PETER C. ANDERSON
UNITED STATES TRUSTEE
JILL M. STURTEVANT, State Bar No. 089395
ASSISTANT UNITED STATES TRUSTEE
HATTY YIP, State Bar No. 246487
ALVIN PAN MAR, State Bar No. 151482
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Blvd., Suite 1850
Los Angeles, California 90017
(213) 894-1507 telephone
(213) 894-2603 facsimile
Email: hatty.yip@usdoj.gov

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>**ZACKY & SONS POULTRY, LLC,**<br><br>Debtor(s). | Case No.: 2:18-bk-23361-RK<br><br>Chapter 11<br><br>**NOTICE OF FORMATION MEETING FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS**<br><br>**Formation Meeting Time:**<br>Date:    November 27, 2018<br>Time:    **9:00 a.m.**<br>Place:   915 Wilshire Blvd, 10th Fl. Room 1<br>         Los Angeles, CA 90017-3560 |

TO THE HONORABLE ROBERT N. KWAN, UNITED STATES BANKRUPTCY JUDGE FOR THE CENTRAL DISTRICT OF CALIFORNIA, DEBTOR, AND ALL PARTIES IN INTEREST:

The above-named debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. Section 1102(b) of the Bankruptcy Code authorizes the United States Trustee to appoint an Official Committee of Unsecured Creditors ("Committee"). The Committee represents the interests, and acts on behalf of all unsecured creditors. Members of the Committee are generally selected from the list of the twenty largest unsecured creditors. Under the Bankruptcy Code, the Committee has the right to demand that the debtor consult with the Committee before making major decisions or changes, to request the appointment of a trustee or examiner, to participate in the formation of a plan of reorganization, and in some cases, to propose its own plan of reorganization. If appropriate, the Committee may request that the Bankruptcy Court convert a chapter 11 case to one under chapter 7, at which time the debtor's operations would cease and its assets would be liquidated. The Committee is authorized to select and employ an attorney and other necessary professionals, subject to court approval. Fees of professionals employed by the Committee may be paid from available assets, if any, of the bankruptcy estate after court approval. Further, Committee members' actual expenses may be reimbursed from estate assets.

**PLEASE TAKE NOTICE** that the United States Trustee will hold a meeting to form a Committee on <u>**TUESDAY, NOVEMBER 27, 2018 AT 9:00 A.M. at the Office of the United States Trustee, 915 Wilshire Blvd, 10th Floor, Room 1, Los Angeles, CA 90017-3560.**</u> **If you wish to be considered for membership on the Committee**, please complete the attached Questionnaire and return the form via email (hatty.yip@usdoj.gov) to the Office of the United States Trustee, Attn. Hatty Yip, 915 Wilshire Blvd, Suite 1850, Los Angeles, CA 90017 by <u>Monday, November 26, 2018 by noon</u>. The United States Trustee will take completed Questionnaires at the formation meeting, but submission of the Questionnaire by November 26, 2018 is preferable. No telephonic appearances for the meeting will be available.

If you wish to be considered for Committee membership but are unable to attend, you should immediately notify the Office of the United States Trustee and return a completed

- 2 -

1  Questionnaire. If you do not attend the meeting and do not affirmatively indicate your willingness
2  to serve, you will not be considered. If you send an individual to represent you at the meeting, that
3  representative must present your written notarized proxy authorizing him or her to act on your
4  behalf.
5     **PLEASE ALSO TAKE NOTICE** that all professionals who wish to seek employment as a
6  professional for the Committee should arrive *no earlier than 1:00 p.m.* on November 27, 2018 in
7  Room 1, 915 Wilshire Blvd, Suite 1850, Los Angeles, CA. The United States Trustee urges said
8  professionals to arrive no earlier than 1:00 p.m. due to the limited amount of space available.
9  DATED: November 19, 2018

Respectfully submitted,
PETER C. ANDERSON
UNITED STATES TRUSTEE

By: HATTY YIP
Trial Attorney



**U.S. Department of Justice**
*United States Trustee*
*Central District of California*

---

*915 Wilshire Boulevard, Suite 1850*     Phone:    *(213) 894-6811*
*Los Angeles, California 90017*    Fax:    *(213) 894-2603*
   Website www.justice.gov/ust/r16

**November 19, 2018**

**VIA U.S. MAIL**

RE: ZACKY & SONS POULTRY, LLC; 18-23316-RK

**QUESTIONNAIRE FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS[1]**

**Please Type or Print Clearly.**

I am willing to serve on a Committee of Unsecured Creditors.   Yes ( ) No ( )

A.   Unsecured Creditor's Name and Contact Information:

Name: _____   Phone: _____
Address: _____   Fax: _____
_____   E-mail: _____
_____

B.   Counsel (If Any) for Creditor and Contact Information:

Name: _____   Phone: _____
Address: _____   Fax: _____
_____   E-mail: _____
_____

---

[1] *Note: This is not a proof of claim form. Proof of claims forms are filed with the Clerk of the Bankruptcy Court, not with the United States Trustee*

Page 2
November 19, 2018

C. If you have been contacted by a professional person(s) (*e.g.*, attorney, accountant, or financial advisor) regarding the formation of this committee, please provide that individual's name and/or contact information:

Name: _____    Phone: _____
Address: _____    Fax: _____
         _____    E-mail: _____
         _____

D. Amount of Unsecured Claim (U.S. $) _____

E. If your claim is against more than one debtor, list all debtors:
   _____
   _____
   _____

F. Describe the nature of your claim(s), *i.e.*, whether arising from goods or services provided; loans made; litigation; *etc.*, including whether any portion is secured. If secured, please describe the collateral securing the claim. If any portion of the claim(s) arises from litigation, please state the nature of the claim, the case number and jurisdiction (if applicable) and the status.
   _____
   _____
   _____

G. Amount of Unsecured Claim entitled to 11 U.S.C. §503(b) treatment as an administrative expense:
   _____

H. Would your schedule permit you to actively participate on the committee by attending weekly meetings (either by telephone or in person)?    Yes ( ) No ( )

**Representations:**

1. Are you or the company you represent in any way "affiliated" with any of the debtors within the meaning of Section 101(2) of the Bankruptcy Code, or a shareholder of, or related to, the debtor(s)? Yes ( ) No ( )

   If a shareholder, state the number of shares:_____

2. Do you, or the company you represent, engage in a business which directly or indirectly competes with any of the businesses of the debtor(s)? Yes ( ) No ( )

Page 3
November 19, 2018

3. Have you ever been or are you an officer, director, agent, representative or employee of the debtor(s)?  Yes ( ) No ( )

   Does your claim arise from this relationship?  Yes ( ) No ( )

4. State when you acquired the claim, the amount paid, and the face amount of the claim:
   _____

5. Have you or your attorney entered into a settlement agreement with the debtor regarding resolution of your claim?  Yes ( ) No ( )

6. Do you have a claim against any entity affiliated with the debtor?  Yes ( ) No ( )
   State the name of the entity and the nature and amount of the claims:
   _____
   _____
   _____

7. Do you or any affiliated entities have any other claims against, or debt or equity securities of, the debtor(s)?  Yes ( ) No ( )

8. Do you or any affiliated entities have any financial arrangement that may affect the value of your claim(s) against or interest(s) in the debtor(s) *(e.g.,* personal guarantees, credit insurance, *etc.*)?  Yes ( ) No ( )

9. If you have given a proxy to a third party either to represent you at the creditors' committee formation meeting, or in connection with your claim, please attach a copy of the written proxy. If a professional person has arranged for someone to hold a proxy on your behalf, please identify that individual: _____

**You may attach a written statement to explain or supplement any responses.**

Page 4
November 19, 2018

**Creditors wishing to serve as fiduciaries on an official committee are advised that they may not purchase, sell or otherwise trade in or transfer claims against the debtor while they are committee members absent an order of the court on application of the creditor.**

Please be advised that once a committee is formed, the United States Trustee will file a notice of appointment in the court record that contains contact information for any creditor appointed, including the creditor's name, address, and telephone number.

**Privacy Act Statement.** 11 U.S.C. § 1102 authorizes the collection of this information. The information will be used by the United States Trustee to determine your qualifications for appointment to the Committee. Disclosure of this information may be to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Your disclosure of information is voluntary; however, failure to provide the requested information may result in the rejection of your application to be appointed to the Committee.

I hereby certify that, to the best of my knowledge and belief, the answers to this Questionnaire are true and correct. By executing this Questionnaire, I also agree to the restrictions and conditions set forth in the preceding paragraphs and in the Committee Information Sheet, and I agree to provide the periodic certifications upon the request of the United States Trustee.

**Date:** _____    _____
**Signature**

_____
**Print Name**

_____
**Title**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017**

A true and correct copy of the foregoing document entitled (*specify*): __**NOTICE OF FORMATION MEETING FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS**__
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __**11/19/2018**__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

SEE ATTACHED LIST

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) __**11/20/18**__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

SEE ATTACHED LIST

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __**11/20/18**__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
JUDGE'S COPY: [Pursuant to the UST's agreement with the U.S. Bankruptcy Court, Judge's Courtesy Copy was mailed via Federal Express overnight mail to the following address] U.S. Bankruptcy Court, 255 E. Temple St., Room 940, Los Angeles, CA 90012, Attn: Mail Room Clerk—Judges Copies

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| Date | Printed Name | Signature |
|---|---|---|
| 11/20/18 | Helen Cruz | /s/ Helen Cruz |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

   - Todd M Arnold    tma@lnbyb.com
   - Ron Bender    rb@lnbyb.com
   - Carol Chow    carol.chow@ffslaw.com
   - Gail L Chung    GL@outtengolden.com, JXH@outtengolden.com;kdeleon@outtengolden.com;JAR@outtengolden.com;RSR@outtengolden.com;rfisher@outtengolden.com;rima-8863@ecf.pacerpro.com;jquinonez@outtengolden.com;bkouroupas@outtengolden.com
   - Steven T Gubner    sgubner@bg.law, ecf@bg.law
   - Robert B Kaplan    rbk@jmbm.com
   - Juliet Y Oh    jyo@lnbrb.com, jyo@lnbrb.com
   - Susan K Seflin    sseflin@brutzkusgubner.com
   - Bradley A Silva    bas@silvalawoffice.net
   - Lindsey L Smith    lls@lnbyb.com, lls@ecf.inforuptcy.com
   - Valerie Smith    claims@recoverycorp.com
   - Alan G Tippie    atippie@sulmeyerlaw.com, dwalker@sulmeyerlaw.com;atippie@ecf.inforuptcy.com;dperez@ecf.inforuptcy.com;dperez@sulmeyerlaw.com
   - United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
   - Riley C Walter    ecf@w2lg.com
   - Hatty K Yip    hatty.yip@usdoj.gov

2. **SERVED BY UNITED STATES MAIL**:
   - DEBTOR: Zacky & Sons Poultry, LLC, PO BOX 12556, Fresno, CA 93778
   - MANUAL: Arash Beral, reeman, Freeman & Smiley, LLP, 1888 Century Park East Ste 1900, Los Angeles, CA 90067
   - MANUAL: Robert N Fisher, Outten & Golden LLP, 685 Third Avenue 25th floor, New York, NY 10017
   - MANUAL: Todd M Lander, Freeman, Freeman & Smiley, LLP, 1888 Century Park East Ste 1900 Los Angeles, CA 90067
   - MANUAL: Jack A Raisner, Outten & Golden LLP, 685 Third Avenue 25th floor, New York, NY 10017
   - MANUAL: Rene S Roupinian, Outten & Golden LLP, 685 Third Avenue 25th floor, New York, NY 10017
   - MANUAL: Theodore B Stolman, Freeman, Freeman & Smiley, LLP, 1888 Century Park East Ste 1900, Los Angeles, CA 90067

   <u>20 LARGEST CREDITOR</u>
   - Western Milling, 31120 Nutmeg Road, 31120 West Street, Goshen, CA 93227
   - Cuddy Farms Inc., 28429 Center Road, RR#5, Canada N7G3H6, Strathroy, Ontario, CD
   - Packers Sanitation Services, Inc., P.O. Box 340, Kieler, WI 53812
   - Cascade Specialty Pr Group, Kingsley Falls 404, Marie-Victorin, Quebec, Canada
   - Jennie-O Turkey Stor, 2505 Willmar Ave, SO/West Wilmar, MN 56201
   - Cargill Meat Soplutio, 151 N. Main Street, Wichita, KS 67202
   - Dreisbach Enterprise, 2530 E. 11th Street, Oakland, CA 94601
   - Viscofan USA, Inc. 50 County Court, Montgomery, AL 36105
   - Chemstation, 1448 N. Shaw Road, Stockton, CA 95215
   - Associated Feed & Su, P.O. Box 2367, Turlock, CA 95381
   - Central Valley Trail, P.O. Box 12427, Fresno, CA 93725
   - American Surveying & Mapping, Inc., Suite 200, 3191 Maguire Blvd, Orlando, FL 32803
   - Shell Energy North America US LP, Suite 700, 909 Fanin St., Houston, TX 77010
   - JCF Farm Labor Contractor, P.O. Box 2843, Fresno, CA 93745
   - Veritiv Corp., 2325 S. Cedar Ave, Fresno, CA 93725
   - CES Cleaning Cntrctr, 1448 N. Shaw Road, Stockton, CA 95215
   - KTec, Inc., P.O. Box 746, Miami, OK 74355
   - Gene Hull Trucking, 2145 E. Conejo Ave, Fresno, CA 93725
   - Elite Supply Source, 3374 Monier Circle #1, Rancho Cordova, CA 95742
   - Pacific Gas & Electr, P.O. Box 997300, Sacramento, CA 95826

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**