**Fill in this information to identify the case:**

Debtor name    **Zacky & Sons Poultry, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known)    **2:18-bk-23361-RK**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■   *Schedule H: Codebtors* (Official Form 206H)
■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■   Other document that requires a declaration    **Amended List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   *12/13/18*    x  *Marvin Scheidt*
                Signature of individual signing on behalf of debtor

**Marvin Scheidt**
Printed name

**Chief Financial Officer**
Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Zacky & Sons Poultry, LLC** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION** |
| Case number (if known): | **2:18-bk-23361-RK** |

☑ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| WESTERN MILLING 31120 NUTMEG ROAD 31120 WEST STREET GOSHEN, CA 93227 | | | | | | $7,593,954.97 |
| CUDDY FARMS INC. 28429 CENTER RD. RR#5 STRATHROY, ONTARIO CANADA N7G3H6 | | | | | | $1,279,500.75 |
| PACKERS SANITATION SERVICES INC P.O. BOX 340 KIELER, WI 53812 | | | | | | $613,587.54 |
| CASCADE SPECIALTY PROD GRP 404 MARIE-VICTORIN KINGSEY FALLS, QUEBEC CANADA J0A 1 | | | | | | $478,129.74 |
| JENNIE-O TURKEY STORE,INC 2505 WILLMAR AVE SO/WEST WILMAR, MN 56201 | | | | | | $368,087.56 |
| CARGILL MEAT SOLUTIONS CORPORATION 151 N. MAIN STREET WICHITA, KS 67202 | | | | | | $275,004.07 |

| Debtor | Zacky & Sons Poultry, LLC | | | Case number *(if known)* | **2:18-bk-23361-RK** | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| PACIFIC GAS & ELECTRIC P.O. BOX 997300 SACRAMENTO, CA 95899 | | | | | | $252,010.22 |
| SHELL ENERGY NORTH AMERICA US LP 909 FANIN ST., STE 700 HOUSTON, TX 77010 | | | | | | $234,441.97 |
| VISCOFAN USA, INC 50 COUNTY COURT MONTGOMERY, AL 36105 | | | | | | $205,796.86 |
| KTEC, INC PO BOX 746 MIAMI, OK 74355 | | | | | | $204,750.00 |
| DREISBACH ENTERPRISES INC 2530 E. 11TH STREET OAKLAND, CA 94601 | | | | | | $172,592.00 |
| CENTRAL VALLEY TRAILER REPAIR P.O. BOX 12427 FRESNO, CA 93777 | | | | | | $166,947.58 |
| CITY OF FRESNO UTILITIES P.O. BOX 2069 FRESNO, CA 93764 | | | | | | $160,550.93 |
| AMERICAN SURVEYING & MAPPING, INC. 3191 MAGUIRE BLVD., STE 200 ORLANDO, FL 32803 | | | | | | $148,400.00 |
| CHEMSTATION 1448 N. SHAW ROAD STOCKTON, CA 95215 | | | | | | $145,978.17 |
| NORTHERN PRIDE INC. 401 S. CONLEY AVE THIEF RIVERFALLS, MN 56701 | | | | | | $144,246.07 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Zacky & Sons Poultry, LLC**
_____

Name

Case number *(if known)*    **2:18-bk-23361-RK**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **JCF FARM LABOR CONTRACTOR P.O. BOX 2843 FRESNO, CA 93745** | | | | | | $135,780.24 |
| **VERITIV CORP. 2325 S. CEDAR AVE. FRESNO, CA 93725** | | | | | | $125,994.69 |
| **GENE HULL TRUCKING 2145 E. CONEJO AVE FRESNO, CA 93725** | | | | | | $118,913.30 |
| **PACIFIC GAS AND ELECTRIC 1745 2ND STREET SELMA, CA 93662** | | | | | | $113,998.18 |

# United States Bankruptcy Court
## Central District of California - Los Angeles Division

In re    **Zacky & Sons Poultry, LLC** _____    Case No.    **2:18-bk-23361-RK**

_____ Debtor(s)    Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Lillian Zacky**<br>**1010 Moraga Drive**<br>**Los Angeles, CA 90049** | **Membership Interests in LLC** | | **100%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Financial Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  _12/13/18_ _____    Signature _Marvin Schmidt_ _____

**Marvin Scheidt**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**Fill in this information to identify the case:**

Debtor name    **Zacky & Sons Poultry, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known)    **2:18-bk-23361-RK**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

**Part 1:**    **Summary of Assets**

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
     Copy line 88 from *Schedule A/B*..................................................................................   $    **31,206,000.00**

   1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*................................................................................   $    **8,748,088.26**

   1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*..................................................................................   $    **39,954,088.26**

**Part 2:**    **Summary of Liabilities**

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $    **65,955,336.34**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................   $    **1,603,224.84**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................   +$    **18,262,589.71**

4.   **Total liabilities** ...............................................................................................................
   Lines 2 + 3a + 3b      $    **85,821,150.89**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Zacky & Sons Poultry, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known)    **2:18-bk-23361-RK**

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor      **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **Wells Fargo** | **Deposit Account for Revenues** | **9914** | **$101,431.15** |
| 3.2. | **Wells Fargo** | **Checking - Primary Disbursement Account** | **5858** | **$143,502.96** |
| 3.3. | **Wells Fargo** | **Zero Balance Account - Controlled Disbursements for Accounts Payable** | **3497** | **$0.00** |
| 3.4. | **Wells Fargo** | **Zero Balance Account - Hourly Payroll** | **9948** | **$0.00** |
| 3.5. | **Wells Fargo** | **Zero Balance Account - Salary Payroll** | **9930** | **$0.00** |
| 3.6. | **Wells Fargo** | **Checking - Medical Claims Clearing Account** | **0789** | **$10,058.61** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Zacky & Sons Poultry, LLC** | | Case number *(if known)* | **2:18-bk-23361-RK** |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 3.7. | **Wells Fargo** | **Zero Balance Account - Flexible Spending Plan Clearing Account** | 0771 | $0.00 |
| 3.8. | **Wells Fargo** | **Checking - Clearing Account for Nonrecurring Activity** | 9922 | $0.00 |
| 3.9. | **Wells Fargo** | **Checking - Workers' Comp. Claims Clearing Account** | 1696 | $17,450.26 |
| 3.10. | **Wells Fargo** | **Time Deposit - Security for Obligations to Wells Fargo** | 0710 | $25,000.00 |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$297,442.98

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **RR&C Development Co. and Redlands Joint Venture LLC - security deposit for leased real property** | $8,609.38 |
| 7.2. | **Comdata - security deposit for services** | $3,000.00 |
| 7.3. | **TID Water and Power - deposit for utilities** | $2,355.00 |
| 7.4. | **Valley Pacific Petroleum - deposit for utilities** | $5,000.00 |
| 7.5. | **Saroni** | $4,617.00 |
| 7.6. | **Flyers - deposit for utilities** | $15,000.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

| Debtor | **Zacky & Sons Poultry, LLC** | Case number *(if known)* | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 7.7. | **Pacific Gas & Electric - deposit for utilities** | $398,308.79 |
| 7.8. | **Federal Express - deposit for services** | $7,000.00 |
| 7.9. | **Southern California Edison - deposit for utilities** | $18,305.00 |
| 7.10. | **Lowes** | $4,000.00 |
| 7.11. | **Penske Truck Leasing** | $40,000.00 |
| 7.12. | **Southwest Gas - deposit for utilities** | $815.00 |
| 7.13. | **Gilkey Five** | $7,500.00 |
| 7.14. | **Provost & Pritchard** | $10,000.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **Levene, Neale, Bender, Yoo & Brill L.L.P. - professional services retainer** | $209,217.01 |
| 8.2. | **GlassRatner Advisory & Capital Group LLC - professional services retainer** | $200,000.00 |

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

| $933,727.18 |
|---|

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| 11a. 90 days old or less: | 3,938,485.00 | - | 70,955.00 | = .... | $3,867,530.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

| Debtor | **Zacky & Sons Poultry, LLC** | Case number *(If known)* **2:18-bk-23361-RK** |
|---|---|---|
| | Name | |

| 12. | **Total of Part 3.** | | $3,867,530.00 |
|---|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | | |

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

   ■ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ☐ No.  Go to Part 6.
   ■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.   **Raw materials** | | | | |
| 20.   **Work in progress** | | | | |
| 21.   **Finished goods, including goods held for resale** **Finished Goods Poultry Inventory - 2,979,224 lbs.** | | $0.00 | Liquidation | $298,000.00 |
| 22.   **Other inventory or supplies** | | | | |

| 23. | **Total of Part 5.** | | $298,000.00 |
|---|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | | |

24. **Is any of the property listed in Part 5 perishable?**
   ☐ No
   ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ■ No
   ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ☐ No.  Go to Part 7.
   ■ Yes Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 28.   **Crops-either planted or harvested** **Packaging Materials** | | $1,367,873.00 | Liquidation | $273,574.60 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Zacky & Sons Poultry, LLC** | Case number *(If known)* | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

| 29. | **Farm animals** *Examples: Livestock, poultry, farm-raised fish* **123,472 Chickens** **351,158 Turkeys** | **$6,262,132.00** | Liquidation | **$300,000.00** |
|---|---|---|---|---|

| 30. | **Farm machinery and equipment** *(Other than titled motor vehicles)* **See Item 50** | **$0.00** | | **$0.00** |
|---|---|---|---|---|

| 31. | **Farm and fishing supplies, chemicals, and feed** **Feed** | **$165,249.00** | Liquidation | **$82,624.50** |
|---|---|---|---|---|

32. **Other farming and fishing-related property not already listed in Part 6**

33. **Total of Part 6.**

Add lines 28 through 32.  Copy the total to line 85.

| **$656,199.10** |
|---|

34. **Is the debtor a member of an agricultural cooperative?**

■ No

☐ Yes.  Is any of the debtor's property stored at the cooperative?

　　☐ No

　　☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

■ Yes. Book value _____ **165249** Valuation method **Cost** Current Value **165249**

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

■ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

■ No

☐ Yes

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **See Item 41** | **$0.00** | | **$0.00** |
| 40. **Office fixtures** **See Item 41** | **$0.00** | | **$0.00** |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **See Schedules Exhibit 41** | **$270,555.00** | Liquidation | **$81,166.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com　　　　　Best Case Bankruptcy

# EXHIBIT "41"

**Zacky & Sons Poultry, LLC**
**Case #2:18-bk-23361-RK**
**Fixed Asset List - Office Furniture & Equipment**

| DESCRIPTION | ACQ | DM | LF | BEGBASIS | Accum Dep | NBV |
|---|---|---|---|---|---|---|
| LABEL PRINTER | 2/28/13 | SL | 5 | | - | - |
| COMM/ADAPTOR | 2/28/13 | SL | 5 | | - | - |
| COMPUTER SYSTEM | 2/28/13 | SL | 5 | | - | - |
| TELEPHONE SYSTEM | 2/28/13 | SL | 5 | | - | - |
| FARGO PRODIGY & PRINTER | 2/28/13 | SL | 5 | | - | - |
| FARGO PRODIGY W/ PRINTER | 2/28/13 | SL | 5 | | - | - |
| CONVERTER | 2/28/13 | SL | 5 | | - | - |
| CONVERTER | 2/28/13 | SL | 5 | | - | - |
| OVEN5 COMPTR CONTROL | 2/28/13 | SL | 5 | | - | - |
| PC | 2/28/13 | SL | 5 | | - | - |
| SCANNER TERMINAL LICENSE | 2/28/13 | SL | 5 | | - | - |
| TRANSCIEVER BASE | 2/28/13 | SL | 5 | | - | - |
| TRANSCIEVER BASE | 2/28/13 | SL | 5 | | - | - |
| LRT CRADLE | 2/28/13 | SL | 5 | | - | - |
| LRT CRADLE | 2/28/13 | SL | 5 | | - | - |
| CEM ANALYZER SYSTEM | 2/28/13 | SL | 5 | | - | - |
| LABWAVE 900 W/ PRINTER | 2/28/13 | SL | 5 | | - | - |
| DRACON D300 AMPLIFIER | 2/28/13 | SL | 5 | | - | - |
| CASE PRINTER | 2/28/13 | SL | 5 | | - | - |
| CONTROL SYSTEM SOFTWARE | 2/28/13 | SL | 5 | | - | - |
| PENTIUM BASE COMPUTER | 2/28/13 | SL | 5 | | - | - |
| COMMUNICATION BOARD | 2/28/13 | SL | 5 | | - | - |
| TELEPHONE SYSTEM @ SALES | 2/28/13 | SL | 5 | | - | - |
| PRINTER ENGINE | 2/28/13 | SL | 5 | | - | - |
| TRAY PACK PRINTER | 2/28/13 | SL | 5 | | - | - |
| PRINTER, BARCODE | 2/28/13 | SL | 5 | 1,435 | 1,435 | - |
| OFFICE EQUP-MISC | 2/28/13 | SL | 12 | 3 | 2 | 2 |
| ARTIC STAR DISPLAY CASE | 2/28/13 | SL | 12 | 41 | 19 | 21 |
| TOSHIBA COPIER | 2/28/13 | SL | 12 | 1,699 | 808 | 891 |
| TOSHIBA E-STUDIO28 COPIER | 2/28/13 | SL | 12 | 1,727 | 821 | 906 |
| ID SYSTEM | 2/28/13 | SL | 12 | 2,720 | 1,294 | 1,427 |
| PANASONIC TIME LAPSE VCR | 2/28/13 | SL | 12 | 22 | 11 | 12 |
| TURKEY TAG PRINTER | 2/28/13 | SL | 5 | | - | - |
| 386 SX COMPUTER | 2/28/13 | SL | 5 | | - | - |
| TAG SYSTEM PC-PENTIUM | 2/28/13 | SL | 5 | | - | - |
| (2) RISC COMMUNICATION BO | 2/28/13 | SL | 5 | | - | - |
| LABEL DESIGN PROGRAM | 2/28/13 | SL | 5 | | - | - |
| DESKJET PRINTER | 2/28/13 | SL | 5 | | - | - |
| HP DESKJET 692C | 2/28/13 | SL | 5 | | - | - |
| MAINTENANCE SOFTWARE | 2/28/13 | SL | 5 | | - | - |
| PC-BIN LABELER | 2/28/13 | SL | 5 | | - | - |
| I-O PRINT SERVER | 2/28/13 | SL | 5 | | - | - |
| PORTABLE SCANNER | 2/28/13 | SL | 5 | | - | - |
| FOX CPU W/SOFTWARE V1.12 | 2/28/13 | SL | 5 | | - | - |
| SOFTWARE,LABERLING,BARCOD | 2/28/13 | SL | 5 | 320 | 320 | - |
| PRINTERS, SATO | 2/28/13 | SL | 5 | 173 | 173 | - |
| PRINTER,SATO | 2/28/13 | SL | 5 | 173 | 173 | - |
| PRINTER, SATO | 2/28/13 | SL | 5 | 1,510 | 1,510 | - |
| PRINTER,DATAMAX,M-4210 | 2/28/13 | SL | 5 | 639 | 639 | - |
| PRINTER,SATO,CL408E(2) | 2/28/13 | SL | 5 | 1,738 | 1,738 | - |
| PRINTER, DATAMAX | 2/28/13 | SL | 5 | 830 | 830 | - |
| COMPUTER,DELL PRECISION | 2/28/13 | SL | 5 | 1,128 | 1,128 | - |
| TOE TAG SERVER UPGRADE | 2/28/13 | SL | 5 | 8,146 | 8,146 | - |
| SOFTWARE WONDERWARE | 2/28/13 | SL | 5 | 6,152 | 6,152 | - |
| WONDERWARE,REFRIGERATION | 2/28/13 | SL | 5 | 747 | 747 | - |
| PRINTER, DATAMAX | 2/28/13 | SL | 5 | 3,539 | 3,539 | - |
| COMPUTER,ELE-ASY-79 | 2/28/13 | SL | 5 | 2,107 | 2,107 | - |
| PRINTER,DATAMAX 1-4,TRPAK | 2/28/13 | SL | 5 | 1,072 | 1,072 | - |
| COMPUTER,ELE-ASY-83 | 2/28/13 | SL | 5 | 2,036 | 2,036 | - |
| PRINTER,LABEL SATO | 2/28/13 | SL | 5 | 1,275 | 1,275 | - |
| COMPUTER, AMD XP | 2/28/13 | SL | 5 | 771 | 771 | - |
| TOUCH SCREEN, WINC,SPARE | 2/28/13 | SL | 5 | 463 | 463 | - |
| TOUCH SCREEN,WINC,EAST | 2/28/13 | SL | 5 | 958 | 958 | - |
| TOUCH SCREEN,WINC,MDM | 2/28/13 | SL | 5 | 958 | 958 | - |

**Zacky & Sons Poultry, LLC**
**Case #2:18-bk-23361-RK**
**Fixed Asset List - Office Furniture & Equipment**

| DESCRIPTION | ACQ | DM | LF | BEGBASIS | Accum Dep | NBV |
|---|---|---|---|---|---|---|
| TOUCH SCREEN, WIND, TP | 2/28/13 | SL | 5 | 958 | 958 | - |
| TOUCH SCREEN, WINC,DB | 2/28/13 | SL | 5 | 958 | 958 | - |
| DATA MGR SOFTWARE | 2/28/13 | SL | 5 | 1,403 | 1,403 | - |
| BIN LABELING SOFTWARE | 2/28/13 | SL | 5 | 2,104 | 2,104 | - |
| 2 DESKS 3 DSK CHRS | 2/28/13 | SL | 12 | | - | - |
| FACSIMILE-TKY PLANT | 2/28/13 | SL | 12 | | - | - |
| (23) TELEPHONE SETS | 2/28/13 | SL | 12 | 15 | 7 | 8 |
| SECURITY ALARM | 2/28/13 | SL | 12 | 14 | 7 | 7 |
| TRANSMITTER RECVR W/ANTEN | 2/28/13 | SL | 12 | 20 | 9 | 10 |
| BURLE CAMERA | 2/28/13 | SL | 12 | 18 | 8 | 9 |
| PANAFAX INKJET | 2/28/13 | SL | 12 | 16 | 8 | 8 |
| COPIER,TOSHIBA ESTUDIO280 | 2/28/13 | SL | 12 | 2,662 | 1,266 | 1,396 |
| AS/400 FO2 | 2/28/13 | SL | 5 | | - | - |
| BARCODE SCANNERS (4) | 2/28/13 | SL | 5 | | - | - |
| TRANSCIEVER | 2/28/13 | SL | 5 | | - | - |
| BATTERY CHARGER | 2/28/13 | SL | 5 | | - | - |
| PC 486 - 50MHZ | 2/28/13 | SL | 5 | | - | - |
| PROTOCOL CONVERTOR | 2/28/13 | SL | 5 | | - | - |
| PROTOCOL CONVERTER | 2/28/13 | SL | 5 | | - | - |
| COMPUTER,PC,486 | 2/28/13 | SL | 5 | | - | - |
| 2ND POE FOR PHONES | 2/28/13 | SL | 5 | | - | - |
| AS400 MODEL 9402-2031 | 2/28/13 | SL | 5 | | - | - |
| OUTBOUND DISTRIBUTION SYS | 2/28/13 | SL | 5 | | - | - |
| RADIO FREQUENCY/ODS | 2/28/13 | SL | 5 | | - | - |
| INVENTORY MGT. SYSTEM (IM | 2/28/13 | SL | 5 | | - | - |
| RADIO FREQUENCY/IMS | 2/28/13 | SL | 5 | | - | - |
| FREIGHT MANAGEMENT SYSTEM | 2/28/13 | SL | 5 | | - | - |
| ADD'L TO 66007 | 2/28/13 | SL | 5 | | - | - |
| COMMUNCATION CONTROL | 2/28/13 | SL | 12 | | - | - |
| ALARM SYSTEM | 2/28/13 | SL | 12 | 20 | 9 | 10 |
| CANON NP6650 COPIER | 2/28/13 | SL | 12 | 86 | 41 | 45 |
| TOSHIBA COPIER | 2/28/13 | SL | 12 | 273 | 130 | 143 |
| COPIER - TOSHIBA | 2/28/13 | SL | 12 | 1,701 | 809 | 892 |
| TOSHIBA COPIER | 2/28/13 | SL | 12 | 853 | 406 | 448 |
| FAX MACHINE | 2/28/13 | SL | 12 | | - | - |
| CABINETS, STORAGE (5) | 2/28/13 | SL | 12 | 656 | 312 | 344 |
| TEMP/FEED MONITORING SYS | 2/28/13 | SL | 12 | 108 | 51 | 57 |
| TOSHIBA E-STUDIOS COPIER | 2/28/13 | SL | 12 | 3,542 | 1,684 | 1,857 |
| BROTHERS TYPEWRITER | 2/28/13 | SL | 12 | | - | - |
| COMPUTER-IBM PC 286 | 2/28/13 | SL | 5 | | - | - |
| COMPUTER UPGRADE | 2/28/13 | SL | 5 | | - | - |
| 2 DESKS & 1 CHAIR | 2/28/13 | SL | 12 | | - | - |
| PHONES/CABLE/JACK | 2/28/13 | SL | 12 | | - | - |
| COPIER RPLC | 2/28/13 | SL | 12 | 29 | 14 | 15 |
| PANSONIC COPIER | 2/28/13 | SL | 12 | 97 | 46 | 51 |
| COPIER,TOSHIBA,ESTUDIO355 | 2/28/13 | SL | 12 | 4,036 | 1,919 | 2,117 |
| SONITROL ADVAN. 3000 | 2/28/13 | SL | 12 | | - | - |
| AUTOCAD LT 2010 SOFTWARE | 2/28/13 | SL | 5 | 320 | 320 | - |
| PLOTTER HP DJ51024 | 2/28/13 | SL | 5 | 1,735 | 1,735 | - |
| MICROSCOPE | 2/28/13 | SL | 12 | | - | - |
| UPGRADE FORM 5 TO 10 USRS | 2/28/13 | SL | 5 | | - | - |
| IMAGING SOFTWARE (1) | 2/28/13 | SL | 5 | | - | - |
| SCANNERS, DUPLEX (1) | 2/28/13 | SL | 5 | | - | - |
| KODAK SLIDE PROJECTR | 2/28/13 | SL | 12 | | - | - |
| CAMERA/LAMINATOR | 2/28/13 | SL | 12 | | - | - |
| ID MAKER SYSTEM | 2/28/13 | SL | 12 | 2,386 | 1,135 | 1,251 |
| COPIER,TOSHIBA,DIGITAL | 2/28/13 | SL | 12 | 5,764 | 2,741 | 3,023 |
| EQUIP - DATA PROCESSING | 2/28/13 | SL | 5 | | - | - |
| HEWLETT PACKARD DESKJET P | 2/28/13 | SL | 5 | | - | - |
| LOCKING DATA RACK | 2/28/13 | SL | 12 | | - | - |
| OAK DESK | 2/28/13 | SL | 12 | | - | - |
| 3 CHRS,2 DSK,1 CALCU | 2/28/13 | SL | 12 | | - | - |
| AUTO CHECK SIGNER | 2/28/13 | SL | 12 | | - | - |
| BURROUGHS BURSTER | 2/28/13 | SL | 12 | | - | - |

**Zacky & Sons Poultry, LLC**
**Case #2:18-bk-23361-RK**
**Fixed Asset List - Office Furniture & Equipment**

| DESCRIPTION | ACQ | DM | LF | BEGBASIS | Accum Dep | NBV |
|---|---|---|---|---|---|---|
| SHREDDER #1644 | 2/28/13 | SL | 12 | | - | - |
| MICROFILM READR/PRNT | 2/28/13 | SL | 12 | | | |
| BROS. FAX MACHINE | 2/28/13 | SL | 12 | 8 | 4 | 4 |
| KOFAX ASCENT CAPTURE | 2/28/13 | SL | 5 | | - | - |
| LASER PRINTER | 2/28/13 | SL | 5 | | - | |
| PC W/21" MONITOR | 2/28/13 | SL | 5 | | - | |
| DOCUMENT SCANNER SYSTEM | 2/28/13 | SL | 5 | | - | |
| SHARP CALCULATOR | 2/28/13 | SL | 12 | | - | |
| BROTHER TYPEWRITER | 2/28/13 | SL | 12 | | - | |
| BROTHER TYPEWRITER | 2/28/13 | SL | 12 | | - | |
| EXEC OFFICE FURNITUR | 2/28/13 | SL | 12 | | - | - |
| TELECON PAGER | 2/28/13 | SL | 12 | | - | |
| TYLER FURNITURE | 2/28/13 | SL | 12 | | - | - |
| FAX MACHINE-2ND FLR | 2/28/13 | SL | 12 | | - | |
| STD CUMMINS PERFORTR | 2/28/13 | SL | 12 | 22 | 10 | 11 |
| CONF. FAX MACHINE (2ND FL | 2/28/13 | SL | 12 | 4 | 2 | 2 |
| PANSONIC COPIER 7750 | 2/28/13 | SL | 12 | 93 | 44 | 49 |
| COPIER,TOSHIBA E-STUDIO | 2/28/13 | SL | 12 | 5,174 | 2,461 | 2,713 |
| CHECK PROTECT W/SIGR | 2/28/13 | SL | 12 | | - | - |
| CANON COPIER | 2/28/13 | SL | 12 | 174 | 83 | 91 |
| PANOSONIC COPIER | 2/28/13 | SL | 12 | 325 | 155 | 171 |
| COPIER,TOSHIBA, DIGITAL | 2/28/13 | SL | 12 | 3,910 | 1,859 | 2,050 |
| DECISION DATA PRINTR | 2/28/13 | SL | 5 | | - | - |
| IBM TERMINAL | 2/28/13 | SL | 5 | | - | |
| UPS | 2/28/13 | SL | 5 | | - | |
| 5728PTI OP. SOFTWARE | 2/28/13 | SL | 5 | | - | |
| 5728SS1 OP. SOFTWARE | 2/28/13 | SL | 5 | | - | |
| 5728PC1 OP. SOFTWARE | 2/28/13 | SL | 5 | | - | |
| 5728WP1 OP. SOFTWARE | 2/28/13 | SL | 5 | | - | |
| 5728DS1 OP. SOFTWARE | 2/28/13 | SL | 5 | | - | |
| UTILITY SOFTWARE | 2/28/13 | SL | 5 | | - | |
| MONARCH SOFTWARE | 2/28/13 | SL | 5 | | - | |
| INV. PRINTER W/STAND | 2/28/13 | SL | 5 | | - | |
| EDI SOFTWARE LICENSE | 2/28/13 | SL | 5 | | - | |
| CONTROLLER/PATCH PANEL-SF | 2/28/13 | SL | 5 | | - | |
| T1 COMMUN.SYSTEM - SFP | 2/28/13 | SL | 5 | | - | |
| PRMS-2 MODULE MFG | 2/28/13 | SL | 5 | | - | |
| PRMS - 3 MOD INVENTORY | 2/28/13 | SL | 5 | | - | |
| PRMS-1 MODULE PURCHASING | 2/28/13 | SL | 5 | | - | |
| AS400 MODEL 200 SFP SCAN | 2/28/13 | SL | 5 | | - | |
| ATT PAGING SYSTEM - SFP | 2/28/13 | SL | 5 | | - | |
| V35 ONE-LN AS400 ADPTRS(3 | 2/28/13 | SL | 5 | | - | |
| MISC TELEPHONE EQ - SFP | 2/28/13 | SL | 5 | | - | |
| DISK DRIVES 103GB (SFP) | 2/28/13 | SL | 5 | | - | |
| DISK DRIVE 103GB (EMPIRE) | 2/28/13 | SL | 5 | | - | |
| AS400 MODEM | 2/28/13 | SL | 5 | | - | |
| CANNON BUBBLE PRINTER BJC | 2/28/13 | SL | 5 | | - | |
| PRMS - A/P MODULE | 2/28/13 | SL | 5 | | - | |
| AS400 ABSTRACT PROBE | 2/28/13 | SL | 5 | | - | |
| WAREHOUSE AS400 UPGRADE | 2/28/13 | SL | 5 | | - | |
| ETHERNET CARD | 2/28/13 | SL | 5 | | - | |
| OLAP SYSTEM | 2/28/13 | SL | 5 | | - | |
| KRONOS @ EMPIRE | 2/28/13 | SL | 5 | | - | |
| KRONOS @ EAST PLANT | 2/28/13 | SL | 5 | | - | |
| KRONOS- | 2/28/13 | SL | 5 | | - | |
| ADD'L TO FA#65915-65919 | 2/28/13 | SL | 5 | | - | |
| KRONOS @ SFP | 2/28/13 | SL | 5 | | - | |
| AS400 RISC PGMR | 2/28/13 | SL | 5 | | - | |
| FRESNO PHONE SYS-EMPIRE | 2/28/13 | SL | 5 | | - | |
| EAST PLT PHONE SYSTEM | 2/28/13 | SL | 5 | | - | |
| FRESNO MILL PHONE SYSTEM | 2/28/13 | SL | 5 | | - | |
| BELGRAVIA PHONE SYSTEM | 2/28/13 | SL | 5 | | - | |
| PAMS/FAMS ACCTG SYSTEM | 2/28/13 | SL | 5 | | - | |
| MAGSTAR MAG TAPE DRIVE | 2/28/13 | SL | 5 | | - | |

**Zacky & Sons Poultry, LLC**
**Case #2:18-bk-23361-RK**
**Fixed Asset List - Office Furniture & Equipment**

| DESCRIPTION | ACQ | DM | LF | BEGBASIS | Accum Dep | NBV |
|---|---|---|---|---|---|---|
| DECISION DATA PRINTER | 2/28/13 | SL | 5 | | - | - |
| ETHERNET EXTENDER | 2/28/13 | SL | 5 | | - | - |
| INTRA/INTERNET ACCESS | 2/28/13 | SL | 5 | | - | - |
| MONITORS- 17" (6) | 2/28/13 | SL | 5 | | - | - |
| MONITOR, 1 - 21" COLOR | 2/28/13 | SL | 5 | | - | - |
| DOCUMENT IMAGING SYSTEM | 2/28/13 | SL | 5 | | - | - |
| LANROVER XP16 RAS W/MODEM | 2/28/13 | SL | 5 | | - | - |
| OLAP USERS ADDED | 2/28/13 | SL | 5 | | - | - |
| MONITORS, 6 - 17" COLOR | 2/28/13 | SL | 5 | | - | - |
| MONITORS, 17" (2) | 2/28/13 | SL | 5 | | - | - |
| KRONOS ADD'L MISC 2-480TK | 2/28/13 | SL | 5 | | - | - |
| PRINTER, SHUTTLE DOT MATR | 2/28/13 | SL | 5 | | - | - |
| AS400 UPGRAGE | 2/28/13 | SL | 5 | | - | - |
| DISK STORAGE-AS400 UPGRDE | 2/28/13 | SL | 5 | | - | - |
| MEMORY-AS400 UPGRADE | 2/28/13 | SL | 5 | | - | - |
| NETWORK MGMT SYSTEM | 2/28/13 | SL | 5 | | - | - |
| INFRASTRUCTURE UPGRADE | 2/28/13 | SL | 5 | | - | - |
| PRINTER,1500 LPM DOT MATR | 2/28/13 | SL | 5 | | - | - |
| KRONOS ETHERNET BOARDS | 2/28/13 | SL | 5 | | - | - |
| AS400 UPGRADE (FA65922) | 2/28/13 | SL | 5 | | - | - |
| EDI SOFTWARE UPGRADE | 2/28/13 | SL | 5 | | - | - |
| HARDRIVE SYSTEMS | 2/28/13 | SL | 5 | | - | - |
| ANTI-VIRUS SOFTWARE | 2/28/13 | SL | 5 | | - | - |
| SPT PILOT UNIT | 2/28/13 | SL | 5 | | - | - |
| PIII/600 DESKTOP COMPUTER | 2/28/13 | SL | 5 | | - | - |
| EMPIRE PHONE SYSTEM EXPAN | 2/28/13 | SL | 5 | | - | - |
| INTERIM OFFICE PHONE SYS | 2/28/13 | SL | 5 | | - | - |
| EMPIRE AS400 REPLCMNT | 2/28/13 | SL | 5 | | - | - |
| PC W/MONITOR | 2/28/13 | SL | 5 | | - | - |
| PC W/MONITOR | 2/28/13 | SL | 5 | | - | - |
| PC W/MONITOR | 2/28/13 | SL | 5 | | - | - |
| FOSTER FARMS AS400 | 2/28/13 | SL | 5 | | - | - |
| SECURE VPN | 2/28/13 | SL | 5 | | - | - |
| TOSHIBA LAPTOP | 2/28/13 | SL | 5 | | - | - |
| TOSHIBA LAPTOP | 2/28/13 | SL | 5 | | - | - |
| DIMENSION 3000 PC (3) | 2/28/13 | SL | 5 | | - | - |
| SCAN SOFTWARE | 2/28/13 | SL | 5 | | - | - |
| DATAMAX PRODITY MAS PRNTR | 2/28/13 | SL | 5 | | - | - |
| ETHERNET ACCESS POINT | 2/28/13 | SL | 5 | | - | - |
| SCANNERS,HOLSTERS,BATTERY | 2/28/13 | SL | 5 | | - | - |
| TOSHIBA LAPTOP | 2/28/13 | SL | 5 | | - | - |
| TOSHIBA LAPTOP | 2/28/13 | SL | 5 | | - | - |
| TOSHIBA LAPTOP | 2/28/13 | SL | 5 | | - | - |
| TOSHIBA LAPTOP | 2/28/13 | SL | 5 | | - | - |
| TOSHIBA LAPTOP | 2/28/13 | SL | 5 | | - | - |
| TOSHIBA LAPTOP | 2/28/13 | SL | 5 | | - | - |
| TOSHIBA NOTEBOOK | 2/28/13 | SL | 5 | | - | - |
| TOSHIBA NOTEBOOK | 2/28/13 | SL | 5 | | - | - |
| TOSHIBA LAPTOP | 2/28/13 | SL | 5 | | - | - |
| TOSHIBA LAPTOP | 2/28/13 | SL | 5 | | - | - |
| TOSHIBA LAPTOP | 2/28/13 | SL | 5 | | - | - |
| SERVER MICRONET | 2/28/13 | SL | 5 | | - | - |
| WHITEBOARD PLOYVISION | 2/28/13 | SL | 5 | | - | - |
| PRINTRONIX 4503 PRINTERS | 2/28/13 | SL | 5 | | - | - |
| TOSHIBA LAPTOP | 2/28/13 | SL | 5 | | - | - |
| SATA STORAGE SR420 | 2/28/13 | SL | 5 | | - | - |
| KINGSTON NOTEBOOK | 2/28/13 | SL | 5 | | - | - |
| KINGSTON NOTEBOOK | 2/28/13 | SL | 5 | | - | - |
| COMPUTER STD | 2/28/13 | SL | 5 | | - | - |
| COMPUTER STD | 2/28/13 | SL | 5 | | - | - |
| COMPUTER STD | 2/28/13 | SL | 5 | | - | - |
| COMPUTER STD | 2/28/13 | SL | 5 | | - | - |
| COMPUTER STD | 2/28/13 | SL | 5 | | - | - |
| COMPUTER STD | 2/28/13 | SL | 5 | | - | - |

**Zacky & Sons Poultry, LLC**
**Case #2:18-bk-23361-RK**
**Fixed Asset List - Office Furniture & Equipment**

| DESCRIPTION | ACQ | DM | LF | BEGBASIS | Accum Dep | NBV |
|---|---|---|---|---|---|---|
| INTEL P4 COMPUTER | 2/28/13 | SL | 5 | | - | - |
| TOSHIBA LAPTOP | 2/28/13 | SL | 5 | | - | - |
| TOSHIBA LAPTOP | 2/28/13 | SL | 5 | | - | - |
| TOSHIBA LAPTOP | 2/28/13 | SL | 5 | | - | - |
| UNIX SERVER | 2/28/13 | SL | 5 | | - | - |
| PRINTER, DATAMAX | 2/28/13 | SL | 5 | 424 | 424 | - |
| COMPUTER AMD XP 64BIT | 2/28/13 | SL | 5 | 598 | 598 | - |
| COMPUTER AMD XP 64BIT | 2/28/13 | SL | 5 | 535 | 535 | - |
| COMPUTER AMD XP 64BIT | 2/28/13 | SL | 5 | 535 | 535 | - |
| COMPUTER AMD XP 64 BIT | 2/28/13 | SL | 5 | 535 | 535 | - |
| PRINTER,HP LJP4015X | 2/28/13 | SL | 5 | 1,028 | 1,028 | - |
| DIGITAL NETWORK | 2/28/13 | SL | 12 | | - | - |
| PROJECTOR 900, INFOCUS | 2/28/13 | SL | 12 | 83 | 39 | 43 |
| NEC IPS 2000 PHONE SYSTEM | 2/28/13 | SL | 5 | | - | - |
| DELL POWEREDGE | 2/28/13 | SL | 5 | 240 | 240 | - |
| DELL POWEREDGE | 2/28/13 | SL | 5 | 665 | 665 | - |
| LOFAX ASCENT CAPTURE S/W | 2/28/13 | SL | 5 | 1,333 | 1,333 | - |
| APPLICATION XTENDER | 2/28/13 | SL | 5 | 3,106 | 3,106 | - |
| VCR / VHS | 2/28/13 | SL | 12 | | - | - |
| COPIER - TOSHIBA | 2/28/13 | SL | 12 | 2,155 | 1,025 | 1,130 |
| PHONES/COMPUTER LINES | 2/28/13 | SL | 5 | | - | - |
| REFRIGERATOR HQ OFFICE | 2/28/13 | SL | 12 | 141 | 67 | 74 |
| FREEZER - HQ OFFICE | 2/28/13 | SL | 12 | 127 | 61 | 67 |
| OVEN/RANGE HQ TEST KITCH | 2/28/13 | SL | 12 | 896 | 426 | 470 |
| DISWASHER - HQ OFFICE | 2/28/13 | SL | 12 | 87 | 41 | 46 |
| DISWASHER - HQ OFFICE | 2/28/13 | SL | 12 | 87 | 41 | 46 |
| RANGE HOOD - HQ OFFICE | 2/28/13 | SL | 12 | 287 | 137 | 151 |
| POSTAGE SCALE | 2/28/13 | SL | 12 | 3,198 | 1,521 | 1,677 |
| POSTAGE MACHINE | 2/28/13 | SL | 12 | 3,369 | 1,602 | 1,767 |
| COPIER,TOSHIBA,DIGITAL | 2/28/13 | SL | 12 | 5,324 | 2,532 | 2,792 |
| PANAFAX INKJET | 2/28/13 | SL | 12 | 19 | 9 | 10 |
| TIME CLOCK | 2/28/13 | SL | 12 | | - | - |
| COMPUTER, UPS FOR COMPUTER ROOM | 3/11/13 | SL | 5 | 14,489 | 14,489 | - |
| PRINTER, HP CLR LJ | 4/25/13 | SL | 5 | 1,176 | 1,176 | - |
| COMPUTER, IBM ISERIES | 5/19/13 | SL | 5 | 2,964 | 2,964 | - |
| PRINTERS, DATA-MAX I4212E | 8/20/13 | SL | 5 | 3,261 | 3,261 | - |
| COMPUTER, CHICKMASTER&SW | 10/11/13 | SL | 5 | 1,723 | 1,723 | - |
| CULLIGAN, 2 WATER COOLERS | 11/11/13 | SL | 12 | 1,125 | 469 | 656 |
| COPIER, TOSHIBA E-STUDIO | 2/21/14 | SL | 12 | 6,196 | 2,440 | 3,756 |
| COPIER, TOSHIBA E-STUDIO | 1/1/14 | SL | 12 | 4,438 | 1,800 | 2,639 |
| LAPTOP, TOSHIBA | 10/9/14 | SL | 5 | 1,054 | 863 | 191 |
| PRINTER, SATO CL4NX | 11/6/14 | SL | 5 | 1,618 | 1,301 | 317 |
| COPIER, TOSHIBA E-STUDIO | 12/11/14 | SL | 12 | 4,437 | 1,451 | 2,987 |
| COMPUTERS (3), AMD XP 64 BIT | 4/26/15 | SL | 5 | 3,084 | 2,190 | 894 |
| COMPUTERS (3), AMD XP 64 BIT XII 250+ | 7/22/15 | SL | 5 | 3,084 | 2,043 | 1,041 |
| BATTERY, EXTERNAL BACKUP FOR UPS COMP | 9/28/15 | SL | 5 | 1,514 | 947 | 567 |
| COMPUTERS (3), AMD XP 64 BIT XII 250+ | 9/11/15 | SL | 5 | 3,084 | 1,957 | 1,127 |
| PRINTERS (2), C14NX 203DPI | 8/31/15 | SL | 5 | 3,348 | 2,144 | 1,203 |
| PRINTER, SATO S84EX PRINT ENGINE RH203 DPI | 10/19/15 | SL | 5 | 4,344 | 2,666 | 1,678 |
| COMPUTERS (6), AMD XP 64 BIT DUAL CORE XII 250+ | 10/26/15 | SL | 5 | 6,169 | 3,762 | 2,407 |
| TELEPHONE EQUIP & DATA WIRING | 12/28/15 | SL | 5 | 1,692 | 974 | 719 |
| SERVER, DELL POWER EDGE CPU 72GB RAM | 1/2/16 | SL | 12 | 4,656 | 1,111 | 3,545 |
| ID MAKER PRIMACY DUAL SIDED BASE KIT & PRINTER | 8/2/16 | SL | 12 | 2,445 | 464 | 1,980 |
| INTERCOM SYSTEM, WIRELESS, WILLIAMS SOUND, DWS | 12/5/17 | SL | 5 | 2,992 | 561 | 2,431 |
| CELLULAR INDUSTRIAL AMPLIFIER, HIBOOST PRO AMP 3G 4G LTE | 4/6/18 | SL | 5 | 2,949 | 355 | 2,593 |
| DOUBLE DOOR (USDA) | 2/28/13 | SL | 12 | 11 | 5 | 6 |
| DOUBLE DOOR (USDA) | 2/28/13 | SL | 12 | 11 | 5 | 6 |
| DOUBLE DOOR (USDA) | 2/28/13 | SL | 12 | 11 | 5 | 6 |
| AIR CURTAIN | 2/28/13 | SL | 12 | 18 | 9 | 10 |
| DROP RAILS | 2/28/13 | SL | 12 | 40 | 19 | 21 |
| SS PRINTER STAND | 2/28/13 | SL | 12 | 13 | 6 | 7 |
| SS OVEN DOORS (12 SETS) | 2/28/13 | SL | 12 | 963 | 458 | 505 |
| SECURITY CAMERA SYSTEM | 2/28/13 | SL | 12 | 95 | 45 | 50 |
| DISHWASHER | 2/28/13 | SL | 12 | 5 | 3 | 3 |

**Zacky & Sons Poultry, LLC**
**Case #2:18-bk-23361-RK**
**Fixed Asset List - Office Furniture & Equipment**

| DESCRIPTION | ACQ | DM | LF | BEGBASIS | Accum Dep | NBV |
|---|---|---|---|---|---|---|
| BALL TRF TABLE (3)/STANDS | 2/28/13 | SL | 12 | 16 | 8 | 8 |
| IMPACT TRAFFIC DOORS | 2/28/13 | SL | 12 | 3,365 | 1,600 | 1,765 |
| CHAIRS,BLACK,STACK,(100) | 2/28/13 | SL | 12 | 2,652 | 1,261 | 1,391 |
| TABLES, LUNCHROOM | 2/28/13 | SL | 12 | 1,181 | 561 | 619 |
| SECURITY CAMERA SYS UPGRA | 2/28/13 | SL | 12 | 3,031 | 1,442 | 1,590 |
| SINK, WALL MOUNT,SS,RESTM | 2/28/13 | SL | 12 | 1,420 | 675 | 745 |
| CCTV SECURITY SYSTEM | 2/28/13 | SL | 12 | 4,245 | 2,019 | 2,226 |
| BOLLARDS, PEELER ROOM | 2/28/13 | SL | 12 | 3,161 | 1,503 | 1,658 |
| BOOT BENCH & RACKS | 2/28/13 | SL | 12 | 11,197 | 5,325 | 5,872 |
| CCTV SECURITY SYSTEM | 2/28/13 | SL | 12 | 7,130 | 3,391 | 3,739 |
| CABINET, HITEC PARTS | 2/28/13 | SL | 12 | 3,363 | 1,599 | 1,764 |
| CABINET, PARTS | 2/28/13 | SL | 12 | 3,301 | 1,570 | 1,731 |
| CABINET,MODULAR,PARTS | 2/28/13 | SL | 12 | 2,270 | 1,080 | 1,191 |
| A/C,WALL,GUARD SHACK | 2/28/13 | SL | 12 | 1,004 | 478 | 527 |
| HARDNOSE POLYDRAIN | 2/28/13 | SL | 12 | 36 | 17 | 19 |
| RESTROOM SINKS | 2/28/13 | SL | 12 | 251 | 119 | 131 |
| LUNCHROOM TABLES | 2/28/13 | SL | 12 | 289 | 138 | 152 |
| ROLLUP DOOR PROVENE | 2/28/13 | SL | 12 | 1,466 | 697 | 769 |
| FAN,EXHAUST,24 IN | 2/28/13 | SL | 12 | 675 | 321 | 354 |
| WASH STATION | 2/28/13 | SL | 12 | 2,117 | 1,007 | 1,110 |
| BOARDROOM TABLE | 2/28/13 | SL | 12 | | - | - |
| BOARDROOM CHAIRS | 2/28/13 | SL | 12 | | - | - |
| A/C UNIT 2 TON | 2/28/13 | SL | 12 | | - | - |
| RESTROOMS PARTITIONS | 2/28/13 | SL | 12 | | - | - |
| (6) CAFETERIA TABLES | 2/28/13 | SL | 12 | 3 | 1 | 1 |
| 200 AMP SUB FEED | 2/28/13 | SL | 12 | 320 | 152 | 168 |
| 400 AMP SERVICE | 2/28/13 | SL | 12 | 169 | 80 | 89 |
| 2000 AMP BREAKER | 2/28/13 | SL | 12 | 72 | 34 | 38 |
| BIKE RACK | 2/28/13 | SL | 12 | 10 | 5 | 5 |
| ELECTRICAL/CHLR EXPN | 2/28/13 | SL | 12 | 1,905 | 906 | 999 |
| UG ELECTRICAL/EXPAN | 2/28/13 | SL | 12 | 385 | 183 | 202 |
| EVIS. OFFICE ELECTRC | 2/28/13 | SL | 12 | 28 | 13 | 15 |
| LUNCHRM A.C. ELECTRC | 2/28/13 | SL | 12 | 25 | 12 | 13 |
| 8 X 10 DOCK SEALS(3) | 2/28/13 | SL | 12 | 76 | 36 | 40 |
| DOCK LEVELERS (3) | 2/28/13 | SL | 12 | 90 | 43 | 47 |
| LUNCH TABLES | 2/28/13 | SL | 12 | 52 | 25 | 27 |
| COLOR LIGHT SYSTEM | 2/28/13 | SL | 12 | 314 | 149 | 165 |
| INSTALL LOUVRES | 2/28/13 | SL | 12 | 14 | 7 | 7 |
| 13 FT LADDER | 2/28/13 | SL | 12 | 22 | 11 | 12 |
| 2" WATER LINE | 2/28/13 | SL | 12 | 17 | 8 | 9 |
| EMERGENCY LIGHTING | 2/28/13 | SL | 12 | 67 | 32 | 35 |
| DOCK AIR CURTAINS (3) | 2/28/13 | SL | 12 | 78 | 37 | 41 |
| FIRE SPRINKLERS | 2/28/13 | SL | 12 | 74 | 35 | 39 |
| ELECTRICAL-PRIMARY SERVIC | 2/28/13 | SL | 12 | 3,254 | 1,547 | 1,706 |
| FIRE PROTECTION | 2/28/13 | SL | 12 | 109 | 52 | 57 |
| ELECTRICAL-ADD'L ALLOWANC | 2/28/13 | SL | 12 | 863 | 410 | 452 |
| (2) S.S. SINKS | 2/28/13 | SL | 12 | 65 | 31 | 34 |
| HOT WATER LINE EXTENTION | 2/28/13 | SL | 12 | 52 | 25 | 27 |
| (11) PIPING DROPS | 2/28/13 | SL | 12 | 98 | 47 | 52 |
| ELECTRICAL - ADD'L ALLOWA | 2/28/13 | SL | 12 | 38 | 18 | 20 |
| INSULATED DOORS | 2/28/13 | SL | 12 | 303 | 144 | 159 |
| PLUMBING/MISC | 2/28/13 | SL | 12 | 1,798 | 855 | 943 |
| LIGHT FIXTURES (16 RECESS | 2/28/13 | SL | 12 | 188 | 89 | 99 |
| ELECTRICAL WIRING | 2/28/13 | SL | 12 | 46 | 22 | 24 |
| LIGHT FIXTURES (14) | 2/28/13 | SL | 12 | 97 | 46 | 51 |
| A/C-CONTROL ROOM | 2/28/13 | SL | 12 | 9 | 4 | 5 |
| BULLETIN BOARDS | 2/28/13 | SL | 12 | 54 | 26 | 28 |
| FIRE SPRINKLERS | 2/28/13 | SL | 12 | 1,086 | 516 | 569 |
| ROOF VENTILATOR W/CONTRLS | 2/28/13 | SL | 12 | 1,099 | 522 | 576 |
| CIRCULATION FANS | 2/28/13 | SL | 12 | 1,744 | 829 | 915 |
| PIPE INSULATION | 2/28/13 | SL | 12 | 1,880 | 894 | 986 |
| SHELVING,BAG TRAILER,46' | 2/28/13 | SL | 12 | 1,698 | 807 | 890 |
| SHELVING,BAG TRAILER,22' | 2/28/13 | SL | 12 | 788 | 375 | 413 |
| SS TABLE FOR BAG FILLER | 2/28/13 | SL | 12 | 1,003 | 477 | 526 |

**Zacky & Sons Poultry, LLC**
**Case #2:18-bk-23361-RK**
**Fixed Asset List - Office Furniture & Equipment**

| DESCRIPTION | ACQ | DM | LF | BEGBASIS | Accum Dep | NBV |
|---|---|---|---|---|---|---|
| SHELVE,90 DEGREE | 2/28/13 | SL | 12 | 895 | 425 | 469 |
| SS FAN COOLER PANELS (3) | 2/28/13 | SL | 12 | 928 | 441 | 487 |
| SS ADJ CHAIRS (5) | 2/28/13 | SL | 12 | 2,598 | 1,235 | 1,362 |
| AIR CONDITIONER,WINDOW | 2/28/13 | SL | 12 | 675 | 321 | 354 |
| ALARM SYSTEM | 2/28/13 | SL | 12 | 3,769 | 1,792 | 1,976 |
| RAMPS,LOADING, ALUM | 2/28/13 | SL | 12 | 2,306 | 1,097 | 1,209 |
| TABLE,PICNIC (3) | 2/28/13 | SL | 12 | 1,449 | 689 | 760 |
| RECYCLE STATION | 2/28/13 | SL | 12 | 2,901 | 1,380 | 1,521 |
| DOCK LEVELER,BAGGING | 2/28/13 | SL | 12 | 5,421 | 2,578 | 2,843 |
| CABINET,DRAWER,PARTS STRA | 2/28/13 | SL | 12 | 3,046 | 1,449 | 1,597 |
| HVAC UNIT-QA OFFICE | 2/28/13 | SL | 12 | 3,853 | 1,832 | 2,021 |
| LADDER@FORKLIFT RAMP | 2/28/13 | SL | 12 | 1,109 | 527 | 581 |
| WASH STATION,S.S. | 2/28/13 | SL | 12 | 3,373 | 1,604 | 1,769 |
| TABLE,SS FOR 55 GAL DRUM | 2/28/13 | SL | 12 | 1,068 | 508 | 560 |
| A/C WALL UNIT RPL FRIEDRI | 2/28/13 | SL | 12 | 3,713 | 1,766 | 1,947 |
| AIR CONDTNR & HEATER | 2/28/13 | SL | 12 | | - | - |
| WREHSE LIGHTING | 2/28/13 | SL | 12 | 114 | 54 | 60 |
| INSULATE NH4 PIPES | 2/28/13 | SL | 12 | 132 | 63 | 69 |
| MCC-600 AMP SVC | 2/28/13 | SL | 12 | 120 | 57 | 63 |
| PIPE INSULATION | 2/28/13 | SL | 12 | 94 | 45 | 49 |
| CONCRETE SLAB-COMPRESSOR | 2/28/13 | SL | 12 | 18 | 8 | 9 |
| 65670 | 2/28/13 | SL | 12 | 117 | 55 | 61 |
| GLYCOL SYSTEM | 2/28/13 | SL | 12 | 2,554 | 1,215 | 1,339 |
| INSULATED DOORS | 2/28/13 | SL | 12 | 3,303 | 1,571 | 1,732 |
| PLUMBING (EQUIP) | 2/28/13 | SL | 12 | 113 | 54 | 60 |
| HVAC | 2/28/13 | SL | 12 | 796 | 378 | 417 |
| FIRE PROTECTION | 2/28/13 | SL | 12 | 3,927 | 1,868 | 2,059 |
| ELECTRICAL-PRIMARY SRVC A | 2/28/13 | SL | 12 | 2,077 | 988 | 1,089 |
| ELECTRICAL - ADD'L ALLOWA | 2/28/13 | SL | 12 | 4,247 | 2,020 | 2,227 |
| RACKS | 2/28/13 | SL | 12 | 18,462 | 8,780 | 9,682 |
| REFRIGERATION & CONTROLS | 2/28/13 | SL | 12 | 31,143 | 14,810 | 16,332 |
| MISCELLANEOUS CONCRETE | 2/28/13 | SL | 12 | 392 | 186 | 206 |
| INTRUSION ALARM CONDUITS | 2/28/13 | SL | 12 | 163 | 77 | 85 |
| LIMIT SWITCHES | 2/28/13 | SL | 12 | 59 | 28 | 31 |
| WALL PACK LIGHTS | 2/28/13 | SL | 12 | 20 | 9 | 10 |
| U/G 2" CONDUITS (2) | 2/28/13 | SL | 12 | 167 | 79 | 87 |
| ROOF 2" CONDUITS (2) | 2/28/13 | SL | 12 | 12 | 5 | 6 |
| REFRIGERATOR BOOSTER | 2/28/13 | SL | 12 | 192 | 91 | 101 |
| ALARM CONDUITS | 2/28/13 | SL | 12 | 29 | 14 | 15 |
| 1" CONDUIT ELECT. | 2/28/13 | SL | 12 | 39 | 19 | 21 |
| 1" CONDUIT DATA/PHONE | 2/28/13 | SL | 12 | 39 | 19 | 21 |
| MODULAR DESK UNITS | 2/28/13 | SL | 12 | 135 | 64 | 71 |
| FOUR DRWR FILE CABINETS ( | 2/28/13 | SL | 12 | 44 | 21 | 23 |
| CHAIRS (8) | 2/28/13 | SL | 12 | 24 | 11 | 12 |
| STORAGE CABINETS (3) | 2/28/13 | SL | 12 | 24 | 11 | 13 |
| TWO TIER LOCKERS (3) | 2/28/13 | SL | 12 | 41 | 19 | 21 |
| SHOP DESKS (3) | 2/28/13 | SL | 12 | 26 | 12 | 14 |
| AIR CONDITIONER | 2/28/13 | SL | 12 | 950 | 452 | 498 |
| ROLLUP SECTIONAL DOOR | 2/28/13 | SL | 12 | 1,309 | 623 | 687 |
| DOCK LEVELER HYD | 2/28/13 | SL | 12 | 3,090 | 1,469 | 1,620 |
| DOCK SEALS | 2/28/13 | SL | 12 | 1,600 | 761 | 839 |
| DOCK LEVELER | 2/28/13 | SL | 12 | 4,651 | 2,212 | 2,439 |
| 6 UNIT LOCKER | 2/28/13 | SL | 12 | 2,333 | 1,109 | 1,223 |
| CABINET,STORAGE, | 2/28/13 | SL | 12 | 1,092 | 519 | 573 |
| CABINET,FIRE HOSE | 2/28/13 | SL | 12 | 1,340 | 637 | 703 |
| DESK AND CHAIR | 2/28/13 | SL | 12 | | - | - |
| ADT SECURITY SYSTEM | 2/28/13 | SL | 12 | 2,574 | 1,224 | 1,350 |
| REFRIG W/ 2 GLASS DOORS | 2/28/13 | SL | 12 | 1,029 | 489 | 539 |
| STORAGE EQUIP ANNEX | 2/28/13 | SL | 12 | 2,524 | 1,200 | 1,323 |
| FENCE, CHAIN LINK W/GATES | 2/28/13 | SL | 12 | 4,188 | 1,992 | 2,196 |
| HVAC ROOF UNIT,25T | 2/28/13 | SL | 12 | 4,149 | 1,973 | 2,176 |
| HVAC ROOF UNIT,2.5T | 2/28/13 | SL | 12 | 4,149 | 1,973 | 2,176 |
| FLOORING UPGRADE | 2/28/13 | SL | 12 | 4,249 | 2,021 | 2,228 |
| AIR CONDITIONER | 2/28/13 | SL | 12 | 2,085 | 992 | 1,094 |

**Zacky & Sons Poultry, LLC**
**Case #2:18-bk-23361-RK**
**Fixed Asset List - Office Furniture & Equipment**

| DESCRIPTION | ACQ | DM | LF | BEGBASIS | Accum Dep | NBV |
|---|---|---|---|---|---|---|
| MINI BLINDS | 2/28/13 | SL | 12 | 495 | 236 | 260 |
| YORK A/C 3 TON | 2/28/13 | SL | 12 | 3,070 | 1,460 | 1,610 |
| HVAC UNIT,RESIDENCE | 2/28/13 | SL | 12 | 4,259 | 2,025 | 2,233 |
| CARRIER GASPACK A/C | 2/28/13 | SL | 12 | 1,903 | 905 | 998 |
| HVAC EGG ROOM | 2/28/13 | SL | 12 | 796 | 379 | 418 |
| DESK AND CHAIR | 2/28/13 | SL | 12 | | - | - |
| CABINETS-MICROBIO LAB | 2/28/13 | SL | 12 | | - | - |
| CHEM LAB A/C REPLACEMENT | 2/28/13 | SL | 12 | 644 | 306 | 338 |
| LAB FURNITURE | 2/28/13 | SL | 12 | | - | - |
| CREDENZA | 2/28/13 | SL | 12 | | - | - |
| 4-DRAWER FILE - F/AD | 2/28/13 | SL | 12 | | - | - |
| 4-DRAWER FILE -PERSN | 2/28/13 | SL | 12 | | - | - |
| CHAIRS (6)/DESKS (6) | 2/28/13 | SL | 12 | 67 | 32 | 35 |
| PENDAFLEX FILE | 2/28/13 | SL | 12 | | - | - |
| PENDAFLEX FILE | 2/28/13 | SL | 12 | | - | - |
| 2 DRAWER FILE | 2/28/13 | SL | 12 | | - | - |
| PENDAFLEX | 2/28/13 | SL | 12 | | - | - |
| FILE CABINETS | 2/28/13 | SL | 12 | | - | - |
| 4-LEGAL LAT FILES | 2/28/13 | SL | 12 | | - | - |
| FILE CABINET | 2/28/13 | SL | 12 | | - | - |
| 4DR FILE CABINET | 2/28/13 | SL | 12 | | - | - |
| ANDERSON DESK | 2/28/13 | SL | 12 | | - | - |
| ANDERSON DESK | 2/28/13 | SL | 12 | | - | - |
| DESK | 2/28/13 | SL | 12 | | - | - |
| LEGAL FILE  FRSNO | 2/28/13 | SL | 12 | | - | - |
| FILE CABINET  FRSNO | 2/28/13 | SL | 12 | | - | - |
| PENAFLEX FILE | 2/28/13 | SL | 12 | | - | - |
| 4 DRAWER FILE | 2/28/13 | SL | 12 | | - | - |
| DESK AND CHAIR | 2/28/13 | SL | 12 | | - | - |
| DESK AND CHAIR | 2/28/13 | SL | 12 | | - | - |
| 3 4DRWR FILE CABINTS | 2/28/13 | SL | 12 | | - | - |
| 4 DRAWER LEGAL FILE | 2/28/13 | SL | 12 | | - | - |
| FILE CABINET 4 DRAWER | 2/28/13 | SL | 12 | | - | - |
| USED DESK AND CHAIR | 2/28/13 | SL | 12 | | - | - |
| CABINTS- NEW OFFICE | 2/28/13 | SL | 12 | | - | - |
| DESKS- NEW OFFICE | 2/28/13 | SL | 12 | | - | - |
| DESK CHRS- NEW OFFIC | 2/28/13 | SL | 12 | | - | - |
| TUB FILES- NEW OFFCE | 2/28/13 | SL | 12 | | - | - |
| STAKNG CHRS-NEW OFCE | 2/28/13 | SL | 12 | | - | - |
| MICROFILM HOLDER CAB | 2/28/13 | SL | 12 | | - | - |
| OFFICE DIVIDR PANELS | 2/28/13 | SL | 12 | | - | - |
| 4 DRAWER FILE/LOCK | 2/28/13 | SL | 12 | | - | - |
| 4 DRAWER FILE CABNET | 2/28/13 | SL | 12 | | - | - |
| DESK, METAL 78 X 41 | 2/28/13 | SL | 12 | | - | - |
| 4 OFFICE CHAIRS | 2/28/13 | SL | 12 | | - | - |
| CHAIRS | 2/28/13 | SL | 12 | | - | - |
| CHAIRS-CORP OFFICE | 2/28/13 | SL | 12 | | - | - |
| EXECUTIVE DESK | 2/28/13 | SL | 12 | | - | - |
| CREDENZA | 2/28/13 | SL | 12 | | - | - |
| EXECUTIVE CHAIR | 2/28/13 | SL | 12 | | - | - |
| BOOKCASE | 2/28/13 | SL | 12 | | - | - |
| LATERAL FILE CABINET | 2/28/13 | SL | 12 | | - | - |
| 2 SIDE CHAIRS | 2/28/13 | SL | 12 | | - | - |
| 20 X 28 CORNER TABLE | 2/28/13 | SL | 12 | | - | - |
| 4 SIDE CHAIRS | 2/28/13 | SL | 12 | | - | - |
| USED OFFICE PANELS | 2/28/13 | SL | 12 | | - | - |
| CONFER. ROOM CHAIRS | 2/28/13 | SL | 12 | | - | - |
| OFFICE FURNITURE | 2/28/13 | SL | 12 | | - | - |
| OFFICE FURNITURE | 2/28/13 | SL | 12 | | - | - |
| EXEC. OFFICE FURN. | 2/28/13 | SL | 12 | | - | - |
| OFFICE FURNITURE | 2/28/13 | SL | 12 | | - | - |
| MODULAR WORKSTATIONS | 2/28/13 | SL | 12 | 1,914 | 910 | 1,004 |
| MODULAR FURNITURE, OFFICE | 2/28/13 | SL | 12 | 10,823 | 5,147 | 5,676 |
| 4 DRAWER FILE/LOCK | 2/28/13 | SL | 12 | | - | - |

**Zacky & Sons Poultry, LLC**
**Case #2:18-bk-23361-RK**
**Fixed Asset List - Office Furniture & Equipment**

| DESCRIPTION | ACQ | DM | LF | BEGBASIS | Accum Dep | NBV |
|---|---|---|---|---|---|---|
| 2 DRAWER FILE STLMST | 2/28/13 | SL | 12 | | - | - |
| 2 DRAWER COMB FILE | 2/28/13 | SL | 12 | | - | - |
| 2 DRAWER FILE CABNET | 2/28/13 | SL | 12 | | - | - |
| DESK, WALNUT 72X36 | 2/28/13 | SL | 12 | | - | - |
| 4 DRAWER FILE - LTR | 2/28/13 | SL | 12 | | - | - |
| SORENSEN FURNITURE | 2/28/13 | SL | 12 | | - | - |
| CHAIRS W/ARMS (4) | 2/28/13 | SL | 12 | 13 | 6 | 7 |
| CHAIR, TILT, W ARMS | 2/28/13 | SL | 12 | 6 | 3 | 3 |
| DESK, WALNUT 72X36 | 2/28/13 | SL | 12 | | - | - |
| #15-48180 SURF TABLE | 2/28/13 | SL | 12 | | - | - |
| USED COFFEE TABLE - | 2/28/13 | SL | 12 | | - | - |
| (4) CNF TABLE CHAIRS | 2/28/13 | SL | 12 | | - | - |
| 2 JUDGES CHAIRS | 2/28/13 | SL | 12 | | - | - |
| SAFE | 2/28/13 | SL | 12 | | - | - |
| MODULAR WORKSTATIONS HQ | 2/28/13 | SL | 12 | 6,952 | 3,306 | 3,646 |
| MODULAR WK STA ADMIN | 2/28/13 | SL | 12 | 465 | 221 | 244 |
| MODULAR WK STA PRIVATE | 2/28/13 | SL | 12 | 948 | 451 | 497 |
| MODULAR WK STA PRINTERS | 2/28/13 | SL | 12 | 337 | 160 | 177 |
| FURNITURE, FREE STANING | 2/28/13 | SL | 12 | 356 | 169 | 186 |
| BREAK ROOM FURNITURE | 2/28/13 | SL | 12 | 339 | 161 | 178 |
| PATIO FURNITURE HQ OFF | 2/28/13 | SL | 12 | 167 | 79 | 87 |
| LIGHT FIXTURES,O/S HID | 2/28/13 | SL | 12 | 1,234 | 587 | 647 |
| ELECTRICAL DISCONNECT | 2/28/13 | SL | 12 | 4,005 | 1,905 | 2,100 |
| PROTECTALL SAFE | 2/28/13 | SL | 12 | | - | - |
| CARPET "H" STREET | 2/28/13 | SL | 12 | | - | - |
| CABINET, JANITORIAL STORAGE | 2/28/13 | SL | 12 | 1,061 | 505 | 557 |
| SECURITY CAMERAS (12) | 1/1/14 | SL | 12 | 1,857 | 753 | 1,104 |
| SECURITY CAMERAS (12) | 1/1/14 | SL | 12 | 1,857 | 753 | 1,104 |
| A/C UNIT, 2 TON FRONT OFFICE | 3/7/14 | SL | 12 | 4,230 | 1,652 | 2,578 |
| WIRE PARTITIONED ROOM | 6/10/14 | SL | 12 | 1,096 | 404 | 692 |
| SECURITY CAMERAS (8) | 12/1/14 | SL | 12 | 1,679 | 553 | 1,126 |
| SECURITY CAMERAS (12) | 9/1/14 | SL | 12 | 5,297 | 1,854 | 3,443 |
| DOCK LEVELER, 6X6 | 2/26/15 | SL | 12 | 13,095 | 4,051 | 9,044 |
| DOCK LEVELER, 6X6 | 2/26/15 | SL | 12 | 13,095 | 4,051 | 9,044 |
| DVR FOR CAMERA SYSTEM | 1/8/15 | SL | 12 | 1,820 | 583 | 1,237 |
| A/C UNIT 2TON, CARRIER | 6/10/15 | SL | 12 | 3,875 | 1,107 | 2,768 |
| HVAC (2), 4T, AMERICAN STANDARD GAS, 220V 3PHASE, FLORENCE WH | 12/28/15 | SL | 12 | 22,750 | 5,454 | 17,296 |
| FANS (2), SHOP PEDESTAL, 30", FLORENCE WH | 12/28/15 | SL | 12 | 312 | 75 | 237 |
| FURNACE, THERMO SCIENTIFIC THERMOLYNE LARGE MUFFLE 0.5CF, FLORENCE WH | 12/28/15 | SL | 12 | 4,825 | 1,157 | 3,668 |
| CHAIRS (3), 300LB PNEUMATIC TASK, BLUE, FLORENCE WH | 12/28/15 | SL | 12 | 736 | 176 | 559 |
| DISHWASHER, KITCHEN AID, FLORENCE WH | 12/28/15 | SL | 12 | 925 | 222 | 703 |
| CABINETS, FLORENCE WH | 12/28/15 | SL | 12 | 9,991 | 2,395 | 7,596 |
| MONITOR, 27" HKC INNOVIEW WIDESCREEN LED - Ward's Office | 8/10/16 | SL | 12 | 157 | 30 | 127 |
| MONITOR, 23" HP LV2311 - LED BACKLIT 1920 x 1080 Model A6B85A9#ABA  - Ward's Office | 8/10/16 | SL | 12 | 120 | 23 | 97 |
| CAMERA, SECURITY, NIGHT OWL, 900 TVL BULLET, 1 OF 8, HIGH RESOLUTION, 100FT NI | 8/10/16 | SL | 12 | 49 | 9 | 40 |
| CAMERA, SECURITY, NIGHT OWL, 900 TVL BULLET, 2 OF 8, HIGH RESOLUTION, 100FT NI | 8/10/16 | SL | 12 | 49 | 9 | 40 |
| CAMERA, SECURITY, NIGHT OWL, 900 TVL BULLET, 3 OF 8, HIGH RESOLUTION, 100FT NI | 8/10/16 | SL | 12 | 49 | 9 | 40 |
| CAMERA, SECURITY, NIGHT OWL, 900 TVL BULLET, 4 OF 8, HIGH RESOLUTION, 100FT NI | 8/10/16 | SL | 12 | 49 | 9 | 40 |
| CAMERA, SECURITY, NIGHT OWL, 900 TVL BULLET, 5 OF 8, HIGH RESOLUTION, 100FT NI | 8/10/16 | SL | 12 | 49 | 9 | 40 |
| CAMERA, SECURITY, NIGHT OWL, 900 TVL BULLET, 6 OF 8, HIGH RESOLUTION, 100FT NI | 8/10/16 | SL | 12 | 49 | 9 | 40 |
| CAMERA, SECURITY, NIGHT OWL, 900 TVL BULLET, 7 OF 8, HIGH RESOLUTION, 100FT NI | 8/10/16 | SL | 12 | 49 | 9 | 40 |
| CAMERA, SECURITY, NIGHT OWL, 900 TVL BULLET, 8 OF 8, HIGH RESOLUTION, 100FT NI | 8/10/16 | SL | 12 | 49 | 9 | 40 |
| 8 CHANNEL VIDEO SECURITY DVR NIGHT OWL, 1TB HDD 960H - Ward's Office | 8/10/16 | SL | 12 | 119 | 22 | 96 |
| 8 CHANNEL VIDEO SECURITY DVR NIGHT OWL, 1TB HDD 960H - FG Trans Steve Lyon | 8/10/16 | SL | 12 | 134 | 25 | 109 |
| CAMERA, SECURITY, NIGHT OWL, 900 TVL BULLET, 1 OF 8, HIGH RESOLUTION, 100FT NI | 8/10/16 | SL | 12 | 51 | 10 | 41 |
| CAMERA, SECURITY, NIGHT OWL, 900 TVL BULLET, 2 OF 8, HIGH RESOLUTION, 100FT NI | 8/10/16 | SL | 12 | 51 | 10 | 41 |
| CAMERA, SECURITY, NIGHT OWL, 900 TVL BULLET, 3 OF 8, HIGH RESOLUTION, 100FT NI | 8/10/16 | SL | 12 | 51 | 10 | 41 |
| CAMERA, SECURITY, NIGHT OWL, 900 TVL BULLET, 4 OF 8, HIGH RESOLUTION, 100FT NI | 8/10/16 | SL | 12 | 51 | 10 | 41 |
| CAMERA, SECURITY, NIGHT OWL, 900 TVL BULLET, 5 OF 8, HIGH RESOLUTION, 100FT NI | 8/10/16 | SL | 12 | 51 | 10 | 41 |
| CAMERA, SECURITY, NIGHT OWL, 900 TVL BULLET, 6 OF 8, HIGH RESOLUTION, 100FT NI | 8/10/16 | SL | 12 | 51 | 10 | 41 |
| CAMERA, SECURITY, NIGHT OWL, 900 TVL BULLET, 7 OF 8, HIGH RESOLUTION, 100FT NI | 8/10/16 | SL | 12 | 51 | 10 | 41 |
| CAMERA, SECURITY, NIGHT OWL, 900 TVL BULLET, 8 OF 8, HIGH RESOLUTION, 100FT NI | 8/10/16 | SL | 12 | 51 | 10 | 41 |
| 8 CHANNEL VIDEO SECURITY DVR NIGHT OWL, 1TB HDD 960H - East HR | 11/21/15 | SL | 12 | 146 | 36 | 110 |
| CAMERA, SECURITY, NIGHT OWL, 900 TVL BULLET, 1 OF 8, HIGH RESOLUTION, 100FT NI | 11/21/15 | SL | 12 | 60 | 15 | 45 |

**Zacky & Sons Poultry, LLC**
**Case #2:18-bk-23361-RK**
**Fixed Asset List - Office Furniture & Equipment**

| DESCRIPTION | ACQ | DM | LF | BEGBASIS | Accum Dep | NBV |
|---|---|---|---|---|---|---|
| CAMERA, SECURITY, NIGHT OWL, 900 TVL BULLET, 2 OF 8, HIGH RESOLUTION, 100FT NI | 11/21/15 | SL | 12 | 60 | 15 | 45 |
| CAMERA, SECURITY, NIGHT OWL, 900 TVL BULLET, 3 OF 8, HIGH RESOLUTION, 100FT NI | 11/21/15 | SL | 12 | 60 | 15 | 45 |
| CAMERA, SECURITY, NIGHT OWL, 900 TVL BULLET, 4 OF 8, HIGH RESOLUTION, 100FT NI | 11/21/15 | SL | 12 | 60 | 15 | 45 |
| CAMERA, SECURITY, NIGHT OWL, 900 TVL BULLET, 5 OF 8, HIGH RESOLUTION, 100FT NI | 11/21/15 | SL | 12 | 60 | 15 | 45 |
| CAMERA, SECURITY, NIGHT OWL, 900 TVL BULLET, 6 OF 8, HIGH RESOLUTION, 100FT NI | 11/21/15 | SL | 12 | 60 | 15 | 45 |
| CAMERA, SECURITY, NIGHT OWL, 900 TVL BULLET, 7 OF 8, HIGH RESOLUTION, 100FT NI | 11/21/15 | SL | 12 | 60 | 15 | 45 |
| CAMERA, SECURITY, NIGHT OWL, 900 TVL BULLET, 8 OF 8, HIGH RESOLUTION, 100FT NI | 11/21/15 | SL | 12 | 60 | 15 | 45 |
| SWANN 8 CHANNEL HD NVR, 2TB, REMOTE VIEWING - Empire/Dermody Parking Lot | 4/11/15 | SL | 12 | 859 | 257 | 602 |
| CAMERA, SECURITY, SWANN, 3MP HD IP BULLET, 1 OF 4, 115FT NIGHT VISION - Empire/D | 4/11/15 | SL | 12 | 268 | 80 | 188 |
| CAMERA, SECURITY, SWANN, 3MP HD IP BULLET, 2 OF 4, 115FT NIGHT VISION - Empire/D | 4/11/15 | SL | 12 | 268 | 80 | 188 |
| CAMERA, SECURITY, SWANN, 3MP HD IP BULLET, 3 OF 4, 115FT NIGHT VISION - Empire/D | 4/11/15 | SL | 12 | 268 | 80 | 188 |
| CAMERA, SECURITY, SWANN, 3MP HD IP BULLET, 4 OF 4, 115FT NIGHT VISION - Empire/D | 4/11/15 | SL | 12 | 268 | 80 | 188 |
| SWANN 8 CHANNEL HD NVR, 2TB, REMOTE VIEWING, 1 OF 2 - Ward's Office | 8/10/16 | SL | 12 | | - | - |
| SWANN 8 CHANNEL HD NVR, 2TB, REMOTE VIEWING, 1 OF 2 - Ward's Office | 8/10/16 | SL | 12 | 408 | 77 | 331 |
| SWANN 8 CHANNEL HD NVR, 2TB, REMOTE VIEWING, 2 OF 2 - Ward's Office | 8/10/16 | SL | 12 | | - | - |
| SWANN 8 CHANNEL HD NVR, 2TB, REMOTE VIEWING, 2 OF 2 - Ward's Office | 8/10/16 | SL | 12 | 408 | 77 | 331 |
| CAMERA, SECURITY, SWANN, 3MP HD IP BULLET, 1 OF 16, 115FT NIGHT VISION - Ward's | 8/10/16 | SL | 12 | | - | - |
| CAMERA, SECURITY, SWANN, 3MP HD IP BULLET, 1 OF 16, 115FT NIGHT VISION - Ward's | 8/10/16 | SL | 12 | 102 | 19 | 83 |
| CAMERA, SECURITY, SWANN, 3MP HD IP BULLET, 2 OF 16, 115FT NIGHT VISION - Ward's | 8/10/16 | SL | 12 | | - | - |
| CAMERA, SECURITY, SWANN, 3MP HD IP BULLET, 2 OF 16, 115FT NIGHT VISION - Ward's | 8/10/16 | SL | 12 | 102 | 19 | 83 |
| CAMERA, SECURITY, SWANN, 3MP HD IP BULLET, 3 OF 16, 115FT NIGHT VISION - Ward's | 8/10/16 | SL | 12 | | - | - |
| CAMERA, SECURITY, SWANN, 3MP HD IP BULLET, 3 OF 16, 115FT NIGHT VISION - Ward's | 8/10/16 | SL | 12 | 102 | 19 | 83 |
| CAMERA, SECURITY, SWANN, 3MP HD IP BULLET, 4 OF 16, 115FT NIGHT VISION - Ward's | 8/10/16 | SL | 12 | | - | - |
| CAMERA, SECURITY, SWANN, 3MP HD IP BULLET, 4 OF 16, 115FT NIGHT VISION - Ward's | 8/10/16 | SL | 12 | 102 | 19 | 83 |
| CAMERA, SECURITY, SWANN, 3MP HD IP BULLET, 5 OF 16, 115FT NIGHT VISION - Ward's | 8/10/16 | SL | 12 | | - | - |
| CAMERA, SECURITY, SWANN, 3MP HD IP BULLET, 5 OF 16, 115FT NIGHT VISION - Ward's | 8/10/16 | SL | 12 | 102 | 19 | 83 |
| CAMERA, SECURITY, SWANN, 3MP HD IP BULLET, 6 OF 16, 115FT NIGHT VISION - Ward's | 8/10/16 | SL | 12 | | - | - |
| CAMERA, SECURITY, SWANN, 3MP HD IP BULLET, 6 OF 16, 115FT NIGHT VISION - Ward's | 8/10/16 | SL | 12 | 102 | 19 | 83 |
| CAMERA, SECURITY, SWANN, 3MP HD IP BULLET, 7 OF 16, 115FT NIGHT VISION - Ward's | 8/10/16 | SL | 12 | | - | - |
| CAMERA, SECURITY, SWANN, 3MP HD IP BULLET, 7 OF 16, 115FT NIGHT VISION - Ward's | 8/10/16 | SL | 12 | 102 | 19 | 83 |
| CAMERA, SECURITY, SWANN, 3MP HD IP BULLET, 8 OF 16, 115FT NIGHT VISION - Ward's | 8/10/16 | SL | 12 | | - | - |
| CAMERA, SECURITY, SWANN, 3MP HD IP BULLET, 8 OF 16, 115FT NIGHT VISION - Ward's | 8/10/16 | SL | 12 | 102 | 19 | 83 |
| CAMERA, SECURITY, SWANN, 3MP HD IP BULLET, 9 OF 16, 115FT NIGHT VISION - Ward's | 8/10/16 | SL | 12 | | - | - |
| CAMERA, SECURITY, SWANN, 3MP HD IP BULLET, 9 OF 16, 115FT NIGHT VISION - Ward's | 8/10/16 | SL | 12 | 102 | 19 | 83 |
| CAMERA, SECURITY, SWANN, 3MP HD IP BULLET, 10 OF 16, 115FT NIGHT VISION - Ward's | 8/10/16 | SL | 12 | | - | - |
| CAMERA, SECURITY, SWANN, 3MP HD IP BULLET, 10 OF 16, 115FT NIGHT VISION - Ward's | 8/10/16 | SL | 12 | 102 | 19 | 83 |
| CAMERA, SECURITY, SWANN, 3MP HD IP BULLET, 11 OF 16, 115FT NIGHT VISION - Ward's | 8/10/16 | SL | 12 | | - | - |
| CAMERA, SECURITY, SWANN, 3MP HD IP BULLET, 11 OF 16, 115FT NIGHT VISION - Ward's | 8/10/16 | SL | 12 | 102 | 19 | 83 |
| CAMERA, SECURITY, SWANN, 3MP HD IP BULLET, 12 OF 16, 115FT NIGHT VISION - Ward's | 8/10/16 | SL | 12 | | - | - |
| CAMERA, SECURITY, SWANN, 3MP HD IP BULLET, 12 OF 16, 115FT NIGHT VISION - Ward's | 8/10/16 | SL | 12 | 102 | 19 | 83 |
| CAMERA, SECURITY, SWANN, 3MP HD IP BULLET, 13 OF 16, 115FT NIGHT VISION - Ward's | 8/10/16 | SL | 12 | | - | - |
| CAMERA, SECURITY, SWANN, 3MP HD IP BULLET, 13 OF 16, 115FT NIGHT VISION - Ward's | 8/10/16 | SL | 12 | 102 | 19 | 83 |
| CAMERA, SECURITY, SWANN, 3MP HD IP BULLET, 14 OF 16, 115FT NIGHT VISION - Ward's | 8/10/16 | SL | 12 | | - | - |
| CAMERA, SECURITY, SWANN, 3MP HD IP BULLET, 14 OF 16, 115FT NIGHT VISION - Ward's | 8/10/16 | SL | 12 | 102 | 19 | 83 |
| CAMERA, SECURITY, SWANN, 3MP HD IP BULLET, 15 OF 16, 115FT NIGHT VISION - Ward's | 8/10/16 | SL | 12 | | - | - |
| CAMERA, SECURITY, SWANN, 3MP HD IP BULLET, 15 OF 16, 115FT NIGHT VISION - Ward's | 8/10/16 | SL | 12 | 102 | 19 | 83 |
| CAMERA, SECURITY, SWANN, 3MP HD IP BULLET, 16 OF 16, 115FT NIGHT VISION - Ward's | 8/10/16 | SL | 12 | | - | - |
| CAMERA, SECURITY, SWANN, 3MP HD IP BULLET, 16 OF 16, 115FT NIGHT VISION - Ward's | 8/10/16 | SL | 12 | 102 | 19 | 83 |
| BACKFLOW DEVICE, 1" FEBCO 825Y RP DOMESTIC @ FLORENCE WH- REQ BY FRESNO | 3/20/18 | SL | 12 | 3,910 | 212 | 3,698 |
| SINK, SS SQF REQ, KILL PLANT BREAKROOM | 6/18/18 | SL | 12 | 4,407 | 148 | 4,259 |
| | | | | 550,785 | 280,229 | 270,555 |

| Debtor | **Zacky & Sons Poultry, LLC** | Case number *(if known)* | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
       collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**                                                                                    $81,166.00
       Add lines 39 through 42.  Copy the total to line 86.

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.   Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   See Schedules Exhibit 47 | $104,047.00 | Liquidation | $31,214.00 |
| **48.   Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.   Aircraft and accessories** | | | |
| **50.   Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |
| See Schedules Exhibit 50 | $8,272,699.00 | Liquidation | $2,481,809.00 |

51.   **Total of Part 8.**                                                                                    $2,513,023.00
       Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

   ☐ No.  Go to Part 10.
   ■ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

# EXHIBIT "47"

**Zacky & Sons Poultry, LLC**
**Case #2:18-bk-23361-RK**
**Fixed Asset List - Automobiles, Vans, Trucks, Motorcycles, Trailers & Titled Farm Vehicles**

| DESCRIPTION | ACQ | DM | LF | BEGBASIS | Accum Dep | NBV |
|---|---|---|---|---|---|---|
| TRAILER, 16' | 2/28/13 | SL | 5 | | - | - |
| 1991 TRLMBL REF VAN | 2/28/13 | SL | 5 | | - | - |
| OFFICE TRLR #5765 | 2/28/13 | SL | 5 | | - | - |
| GUARD SHACK  EQ#5807 | 2/28/13 | SL | 5 | | - | - |
| UTIL TRLR/DRY VAN | 2/28/13 | SL | 5 | | - | - |
| REFRIG UNIT ENGINE | 2/28/13 | SL | 5 | 2,805 | 2,805 | - |
| REFRIG UNIT ENGINE | 2/28/13 | SL | 5 | 2,805 | 2,805 | - |
| TRAILER, UTILITY 1999 | 2/28/13 | SL | 5 | 8,996 | 8,996 | - |
| TRAILER, GREAT DANE 1988 | 2/28/13 | SL | 5 | 2,592 | 2,592 | - |
| 1994 USED FREIGHTLINER | 2/28/13 | SL | 5 | | - | - |
| 1997 FORD F800 FLATBED TR | 2/28/13 | SL | 5 | | - | - |
| MODULAR OFFICE TRLR | 2/28/13 | SL | 5 | | - | - |
| 2007 TTC WALKING FLOOR | 2/28/13 | SL | 5 | | - | - |
| 2007 TTC WALKING FLOOR | 2/28/13 | SL | 5 | | - | - |
| 2007 TTC WALKING FLOOR | 2/28/13 | SL | 5 | | - | - |
| 2007 TTC WALKING FLOOR | 2/28/13 | SL | 5 | | - | - |
| HYDRAULIC ENGINE | 2/28/13 | SL | 5 | | - | - |
| 2003 CHEVY SILVERADO 2500 | 2/28/13 | SL | 5 | | - | - |
| 2003 FORD F250 PU | 2/28/13 | SL | 5 | | - | - |
| 2003 CHEVY SILVERADO PU | 2/28/13 | SL | 5 | | - | - |
| 04 CHEVY SILVERADO | 2/28/13 | SL | 5 | | - | - |
| 2001 CHEVY SILVERADO PU | 2/28/13 | SL | 5 | | - | - |
| 2003 FORD F250XL PU | 2/28/13 | SL | 5 | | - | - |
| TOOL BOX | 2/28/13 | SL | 5 | | - | - |
| FORD RANGER 2011 PU | 2/28/13 | SL | 5 | 11,200 | 11,200 | - |
| TRUCK,FORD F550 2006 | 2/28/13 | SL | 5 | 15,134 | 15,134 | - |
| TRAILER-GOOSENECK 1999 | 2/28/13 | SL | 5 | | - | - |
| GMC CANYON '06 EXT CAB PU | 2/28/13 | SL | 5 | | - | - |
| CHEVY COLORADO '06 EXTCAB | 2/28/13 | SL | 5 | | - | - |
| CHEVY SILVERADO 2006 PU | 2/28/13 | SL | 5 | | - | - |
| CHEVY COLORADO 2006 PU | 2/28/13 | SL | 5 | | - | - |
| 2007 EXT CAB CHEVY PU | 2/28/13 | SL | 5 | | - | - |
| 2012 DODGE RAM CHASSIS | 2/28/13 | SL | 5 | 40,898 | 40,898 | - |
| 1989 TRAILER | 2/28/13 | SL | 5 | | - | - |
| 1989 TRAILER EQUIP#6978 | 2/28/13 | SL | 5 | | - | - |
| TRAILER, 28X5 BEAVERTAIL | 2/28/13 | SL | 5 | 9,269 | 9,269 | - |
| FORD F-450 PICKUP | 2/28/13 | SL | 5 | | - | - |
| 2007GMC SIERRA EXT CAB PU | 2/28/13 | SL | 5 | | - | - |
| 1983 FORD LN8000 | 2/28/13 | SL | 5 | | - | - |
| '79 3XL FB TRAILER | 2/28/13 | SL | 5 | | - | - |
| 2000 GMC SIERRA PICKUP | 2/28/13 | SL | 5 | | - | - |
| CHEVY,SILVERADO 2011 PU | 2/28/13 | SL | 5 | 14,861 | 14,861 | - |
| END DUMP TRAILER 1996 | 2/28/13 | SL | 5 | 3,154 | 3,154 | - |
| RBLD9446 END DUMP TRLR | 2/28/13 | SL | 5 | 9,210 | 9,210 | - |
| END DUMP TRAILER 1996 RPR | 2/28/13 | SL | 5 | 4,398 | 4,398 | - |
| CHEVY COLORADO 2006 P/U | 2/28/13 | SL | 5 | | - | - |
| BRDR SEVICE PICKUP S-10 | 2/28/13 | SL | 5 | | - | - |
| FORD F-350 PU,1995 | 2/28/13 | SL | 5 | 397 | 397 | - |
| FORD RANGER 2011 PU | 2/28/13 | SL | 5 | 11,200 | 11,200 | - |
| 1997 CHEVY 1 TON | 2/28/13 | SL | 5 | | - | - |
| FORD F-150 PU,2007 | 2/28/13 | SL | 5 | 4,063 | 4,063 | - |
| SUBLET TRAILER | 2/28/13 | SL | 5 | | - | - |
| UTILITY TRAILER | 2/28/13 | SL | 5 | | - | - |
| REEFER TRAILER, 1997 48' | 2/28/13 | SL | 5 | | - | - |
| 1998 GREAT DANE 48'REEFER | 2/28/13 | SL | 5 | | - | - |

**Zacky & Sons Poultry, LLC**
**Case #2:18-bk-23361-RK**
**Fixed Asset List - Automobiles, Vans, Trucks, Motorcycles, Trailers & Titled Farm Vehicles**

| DESCRIPTION | ACQ | DM | LF | BEGBASIS | Accum Dep | NBV |
|---|---|---|---|---|---|---|
| 2008 SMITHWAY POULT TRANS | 2/28/13 | SL | 5 | | - | - |
| REFRIG UNIT ENGINE | 2/28/13 | SL | 5 | 2,805 | 2,805 | - |
| BRDR SEVICE PICKUP S-10 | 2/28/13 | SL | 5 | | - | - |
| RECEIVER HEAD ASSEM | 2/28/13 | SL | 5 | | - | - |
| FREIGHTLINER, 2013 3 AXLE | 2/28/13 | SL | 5 | 66,123 | 66,123 | - |
| FREIGHTLINER, 2013 3 AXLE | 2/28/13 | SL | 5 | 66,125 | 66,125 | - |
| FREIGHTLINER, 2013 3 AXLE | 2/28/13 | SL | 5 | 66,108 | 66,108 | - |
| FREIGHTLINER, 2013 3 AXLE | 2/28/13 | SL | 5 | 65,057 | 65,057 | - |
| FREIGHTLINER, 2013 3 AXLE | 2/28/13 | SL | 5 | 66,008 | 66,008 | - |
| LEDWELL '91 38' TRLR | 2/28/13 | SL | 5 | | - | - |
| 2001 36' PINSON FEED TRLR | 2/28/13 | SL | 5 | | - | - |
| 2001 36' PINSON FEED TRLR | 2/28/13 | SL | 5 | | - | - |
| 2001 36' PINSON FEED TRLR | 2/28/13 | SL | 5 | | - | - |
| 2001 36' PINSON FEED TRLR | 2/28/13 | SL | 5 | | - | - |
| 2007 PINSON FEED TRAILER | 2/28/13 | SL | 5 | | - | - |
| 2007 PINSON FEED TRAILER | 2/28/13 | SL | 5 | | - | - |
| 1966 LVHL FLTBD TRLR | 2/28/13 | SL | 5 | | - | - |
| 1966 LVHL FLTBD TRLR | 2/28/13 | SL | 5 | | - | - |
| TRAILER, 1967 FLATBED | 2/28/13 | SL | 5 | | - | - |
| TRAILER, 1968 FMC | 2/28/13 | SL | 5 | | - | - |
| TRAILER FA#2198 UPGRD | 2/28/13 | SL | 5 | 7,557 | 7,557 | - |
| CONGEAR, 1970 | 2/28/13 | SL | 5 | 4,502 | 4,502 | - |
| 1965 CONGEAR,BROWN,UPGRD | 2/28/13 | SL | 5 | 2,641 | 2,641 | - |
| 1966 FLATBED TRLR,MODIFY | 2/28/13 | SL | 5 | 18,876 | 18,876 | - |
| TRAILER 2037 UPGRD | 2/28/13 | SL | 5 | 22,707 | 22,707 | - |
| 1966 LVHL FB TRLR UPGRD | 2/28/13 | SL | 5 | 17,703 | 17,703 | - |
| LV HAUL MODULES | 2/28/13 | SL | 5 | 96,277 | 96,277 | - |
| 2012 RAM CREWCAB | 2/28/13 | SL | 5 | 52,839 | 52,839 | - |
| FREIGHTLINER 1995 | 2/28/13 | SL | 5 | 2,311 | 2,311 | - |
| FREIGHTLINER, 2013 2 AXLE | 2/28/13 | SL | 5 | 45,199 | 45,199 | - |
| 2013 FREIGHTLINER, 2 AXLE | 2/28/13 | SL | 5 | 110,940 | 110,940 | - |
| 2013 FREIGHTLINER, 2 AXLE | 2/28/13 | SL | 5 | 110,940 | 110,940 | - |
| 2013 FREIGHTLINER, 2 AXLE | 2/28/13 | SL | 5 | 110,940 | 110,940 | - |
| 2013 FREIGHTLINER, 2 AXLE | 2/28/13 | SL | 5 | 110,940 | 110,940 | - |
| 1964 FRUHOF   DOLLY | 2/28/13 | SL | 5 | | - | - |
| POULTRY HAULING RACK | 2/28/13 | SL | 5 | | - | - |
| POULTRY HAULING RACK | 2/28/13 | SL | 5 | | - | - |
| POULTRY HAULING RACK | 2/28/13 | SL | 5 | | - | - |
| POULTRY HAULING RACK | 2/28/13 | SL | 5 | | - | - |
| POULTRY HAULING RACK | 2/28/13 | SL | 5 | | - | - |
| POULTRY HAULING RACK | 2/28/13 | SL | 5 | | - | - |
| POULTRY HAULING RACK | 2/28/13 | SL | 5 | | - | - |
| POULTRY HAULING RACK | 2/28/13 | SL | 5 | | - | - |
| '74 FLATS AND RACKS | 2/28/13 | SL | 5 | | - | - |
| TURKEY CAGES 2520-40 | 2/28/13 | SL | 5 | | - | - |
| 154 RACKS | 2/28/13 | SL | 5 | | - | - |
| INSTALL WET KIT | 2/28/13 | SL | 5 | | - | - |
| COMPARTMENT RACKS | 2/28/13 | SL | 5 | | - | - |
| LEGAL FILE | 2/28/13 | SL | 12 | | - | - |
| LIVE HAUL RACKS | 2/28/13 | SL | 5 | | - | - |
| LIVE HAUL RACKS | 2/28/13 | SL | 5 | | - | - |
| USE TAX ON 3 VEHICLS | 2/28/13 | SL | 5 | | - | - |
| TIRE CHANGER | 2/28/13 | SL | 12 | | - | - |
| AUX GENERATOR | 2/28/13 | SL | 12 | | - | - |
| UTILILTY FLTBD TRLR | 2/28/13 | SL | 5 | | - | - |

**Zacky & Sons Poultry, LLC**
**Case #2:18-bk-23361-RK**
**Fixed Asset List - Automobiles, Vans, Trucks, Motorcycles, Trailers & Titled Farm Vehicles**

| DESCRIPTION | ACQ | DM | LF | BEGBASIS | Accum Dep | NBV |
|---|---|---|---|---|---|---|
| UTILITY FLTBD TRLR | 2/28/13 | SL | 5 | | - | - |
| PIKE FLATFED TRAILER | 2/28/13 | SL | 5 | | - | - |
| PIKE TRLR WITH CAGES | 2/28/13 | SL | 5 | | - | - |
| CONGEAR--TODCO | 2/28/13 | SL | 5 | | - | - |
| TURKEY CAGES | 2/28/13 | SL | 5 | | - | - |
| TURKEY CAGES | 2/28/13 | SL | 5 | | - | - |
| 1970 CONGEAR DOLLY | 2/28/13 | SL | 5 | | - | - |
| 1969 TRAILMOBILE | 2/28/13 | SL | 5 | | - | - |
| BRGT COOP LIVE CG250 | 2/28/13 | SL | 5 | | - | - |
| TRAILER, 1966 UTILITY | 2/28/13 | SL | 5 | | - | - |
| TRAILER, 1966 UTILITY | 2/28/13 | SL | 5 | | - | - |
| BRIGHT POULTRY CAGES | 2/28/13 | SL | 5 | | - | - |
| POULTRY CAGES (6) | 2/28/13 | SL | 5 | | - | - |
| TURKEY COOPS | 2/28/13 | SL | 5 | | - | - |
| TURKEY COOPS | 2/28/13 | SL | 5 | | - | - |
| ADTL 67155 TKY COOPS #2 | 2/28/13 | SL | 5 | | - | - |
| BRIGHT CAGES FOR TRL#4106 | 2/28/13 | SL | 5 | | - | - |
| BRIGHT CAGES FOR TRL#4800 | 2/28/13 | SL | 5 | | - | - |
| TRAILER,1967,UTILITY | 2/28/13 | SL | 5 | 71 | 71 | - |
| DOLLY,1973,TRAILMOBIL | 2/28/13 | SL | 5 | 35 | 35 | - |
| TRAILER,1973,TRAILMOBILE | 2/28/13 | SL | 5 | 106 | 106 | - |
| BRIGHT POULTRY CAGES | 2/28/13 | SL | 5 | 3,723 | 3,723 | - |
| BRIGHT POULTRY CAGES | 2/28/13 | SL | 5 | 3,496 | 3,496 | - |
| CHEVY SILVERADO 2006 PU | 2/28/13 | SL | 5 | | - | - |
| UTILITY DOLLY 1970 | 2/28/13 | SL | 5 | | - | - |
| 1967 FLAT BED TRLR | 2/28/13 | SL | 5 | | - | - |
| RACKS 2590-2600 | 2/28/13 | SL | 5 | | - | - |
| RACKS 2560-2570 | 2/28/13 | SL | 5 | | - | - |
| WELD TRLRS 2630-2640 | 2/28/13 | SL | 5 | | - | - |
| LV HAUL RACK #2790 | 2/28/13 | SL | 5 | | - | - |
| SPCN FLAT BED 1970 | 2/28/13 | SL | 5 | | - | - |
| SPCN DOLLY 1970 | 2/28/13 | SL | 5 | | - | - |
| SPCN DOLLY 1970 | 2/28/13 | SL | 5 | | - | - |
| 26-6 T/M TRLR-1970 | 2/28/13 | SL | 5 | | - | - |
| SPCNS DOLLY-USD 1971 | 2/28/13 | SL | 5 | | - | - |
| REBLD RACKS -VEH2697 | 2/28/13 | SL | 5 | | - | - |
| UTILITY CNVRTR GEAR | 2/28/13 | SL | 5 | | - | - |
| UTILITY TRLR IMPROV | 2/28/13 | SL | 5 | | - | - |
| FLAT BED TRAILER | 2/28/13 | SL | 5 | | - | - |
| TURKEY CAGES | 2/28/13 | SL | 5 | | - | - |
| 1972 TRLMBL FLTBD | 2/28/13 | SL | 5 | | - | - |
| 1972 TRLMBL FLTBD | 2/28/13 | SL | 5 | | - | - |
| 1972 TRLMBL FLTBD | 2/28/13 | SL | 5 | | - | - |
| 2013 FREIGHTLINER, 2 AXLE | 2/28/13 | SL | 5 | 110,940 | 110,940 | - |
| SPECTRUM DBL-WD EQ#5765 | 2/28/13 | SL | 5 | | - | - |
| UTILITY TRAILER | 2/28/13 | SL | 5 | | - | - |
| UTILITY TRAILER | 2/28/13 | SL | 5 | | - | - |
| REFRIG UNIT ENGINE | 2/28/13 | SL | 5 | 2,805 | 2,805 | - |
| REFRIG UNIT ENGINE | 2/28/13 | SL | 5 | 2,805 | 2,805 | - |
| UTILITY TRAILER | 12/1997 | SL | 5 | - | - | - |
| REFRIG UNIT ENGINE | 2/28/13 | SL | 5 | 2,805 | 2,805 | - |
| REEFER TRAILER,GRATD,2009 | 2/28/13 | SL | 5 | 40,539 | 40,539 | - |
| TRAILER, GREAT DANE 1999 | 2/28/13 | SL | 5 | 8,996 | 8,996 | - |
| UTILITY TRAILER | 2/28/13 | SL | 5 | 3,117 | 3,117 | - |
| 2013 GREAT DANE 28' REFR | 2/28/13 | SL | 5 | 78,933 | 78,933 | - |

**Zacky & Sons Poultry, LLC**
**Case #2:18-bk-23361-RK**
**Fixed Asset List - Automobiles, Vans, Trucks, Motorcycles, Trailers & Titled Farm Vehicles**

| DESCRIPTION | ACQ | DM | LF | BEGBASIS | Accum Dep | NBV |
|---|---|---|---|---|---|---|
| TRUCK, FORD F550 2006 RPR | 2/28/13 | SL | 5 | 12,914 | 12,914 | - |
| TRAILER,1993 REFER | 2/28/13 | SL | 5 | 19,870 | 19,870 | - |
| TRAILER,1998 REFER | 2/28/13 | SL | 5 | 19,405 | 19,405 | - |
| TRAILER,1968 CONGEAR | 2/28/13 | SL | 5 | 3,074 | 3,074 | - |
| TRAILER, 1970 BQ42F | 2/28/13 | SL | 5 | 5,025 | 5,025 | - |
| TRAILER 1985 TUFBY | 2/28/13 | SL | 5 | 9,040 | 9,040 | - |
| TRAILER, 1985 TUFBY | 2/28/13 | SL | 5 | 8,963 | 8,963 | - |
| TRAILER, 1972 BROWN | 2/28/13 | SL | 5 | 9,275 | 9,275 | - |
| TRAILER, 1972 BROWN | 2/28/13 | SL | 5 | 9,220 | 9,220 | - |
| LV SALES MODULES | 2/28/13 | SL | 5 | 54,648 | 54,648 | - |
| 2007 CHEVY TRAILBLAZER | 2/28/13 | SL | 5 | | - | - |
| SEDAN, 4DR, CHEVROLET | 2/28/13 | SL | 5 | | - | - |
| CHEVY TAHOE, 2011 | 2/28/13 | SL | 5 | | - | - |
| CHEVY TAHOE, 2011 | 2/28/13 | SL | 5 | 24,988 | 24,988 | - |
| TRAILER UPGRADE FA#3470 | 2/28/13 | SL | 5 | 1,246 | 1,246 | - |
| TRAILER,1966 UTILITY UPGR | 2/28/13 | SL | 5 | 1,423 | 1,423 | - |
| 2010 DODGE CREW CAB | 2/28/13 | SL | 5 | 40,630 | 40,630 | - |
| CARSON TRAILER | 2/28/13 | SL | 5 | 8,478 | 8,478 | - |
| CHICKEN MODULES (PLANT) | 2/28/13 | SL | 5 | 94,773 | 94,773 | - |
| DRAWERS & CLAMPS | 2/28/13 | SL | 5 | 37,899 | 37,899 | - |
| FORD F250, 1989 DIESEL | 7/14/14 | SL | 5 | 4,000 | 3,467 | 533 |
| MAJOR REPAIR #7351 | 2/6/15 | SL | 5 | 8,579 | 6,463 | 2,115 |
| MAJOR REPAIR #4335 | 2/7/15 | SL | 5 | 5,109 | 3,847 | 1,263 |
| 1985 6800 GAL WATER TANK WITH TRAILER | 4/9/15 | SL | 5 | 21,246 | 15,286 | 5,961 |
| 2015 DODGE RAM 5500 FB | 5/12/15 | SL | 5 | 68,284 | 47,892 | 20,392 |
| 1987 INTL TRUCK, DS, LIC# 9A18419 | 1/20/16 | SL | 5 | 2,706 | 1,523 | 1,183 |
| CHICKEN LIVEHAUL BASKETS (200) (MODULES) EASYLOAD | 5/27/16 | SL | 5 | 12,400 | 6,108 | 6,292 |
| TRAILER, 2016 HYDRAULIC POULT DUMP TRAILER | 8/12/16 | SL | 5 | 66,807 | 30,091 | 36,717 |
| EQUIP HAULING TRAILR | 2/28/13 | SL | 5 | - | - | - |
| PICKUP-1999 11' FLATBED | 7/1999 | SL | 5 | - | - | - |
| TURKEY HAULER CA642857 | 2/28/13 | SL | 5 | - | - | - |
| 1995 INTERNATIONAL, 2 AXELDAYCAB - LIVEHANG | 1/19/18 | SL | 5 | 4,860 | 791 | 4,069 |
| 1998 48' REEFER TRAILER, GREAT DANE | 2/6/17 | SL | 5 | 8,327 | 2,938 | 5,388 |
| 1996 FREIGHTLINER WHITE TRACTOR | 7/11/17 | SL | 5 | 5,184 | 1,389 | 3,795 |
| MAJOR REPAIR FA#5113 2003 FORD F250 PU | 12/15/17 | SL | 5 | 5,533 | 1,007 | 4,527 |
| MAJOR REPAIR FA#1353, FREIGHTLINER 2013 | 2/26/18 | SL | 5 | 13,768 | 1,954 | 11,814 |
| | | | | 2,033,626 | 1,929,579 | 104,047 |

# EXHIBIT "50"

**Zacky & Sons Poultry, LLC**
**Case #2:18-bk-23361-RK**
**Fixed Asset List - Other Equipment**

| DESCRIPTION | ACQ | DM | LF | BEGBASIS | Accum Dep | NBV |
|---|---|---|---|---|---|---|
| HYD HOSE CRIMP MACHINE | 2/28/13 | SL | 12 | 5 | 3 | 3 |
| CUTOFF SAW FLOOR MODEL | 2/28/13 | SL | 12 | 5 | 3 | 3 |
| WELDER CP300 | 2/28/13 | SL | 12 | 7 | 3 | 4 |
| HYDRAULIC JACK PRESS | 2/28/13 | SL | 12 | 4 | 2 | 2 |
| TRAILBLAZER WELDER | 2/28/13 | SL | 12 | 13 | 6 | 7 |
| DISC SANDER/GRINDER | 2/28/13 | SL | 12 | 4 | 2 | 2 |
| BATTERY CHARGERS (14 | 2/28/13 | SL | 12 | 17 | 8 | 9 |
| CLEANER | 2/28/13 | SL | 12 | 4 | 2 | 2 |
| GENERATOR | 2/28/13 | SL | 12 | 2 | 1 | 1 |
| GRINDER | 2/28/13 | SL | 12 | 6 | 3 | 3 |
| LATHE (2) | 2/28/13 | SL | 12 | 7 | 3 | 4 |
| POLSHRS/SCRUBBRS (3) | 2/28/13 | SL | 12 | 9 | 4 | 5 |
| JACKHAMMER 90# | 2/28/13 | SL | 12 | 12 | 6 | 6 |
| HOBERT RECTIFIER CHARGER | 2/28/13 | SL | 12 | | - | - |
| SHEILA-ROTOSTRAIN | 2/28/13 | SL | 12 | | - | - |
| SHEILA-VACUUM PUMP | 2/28/13 | SL | 12 | | - | - |
| SHEILA-SHRINK TUNNEL | 2/28/13 | SL | 12 | | - | - |
| SHEILA-ICE MACHINE | 2/28/13 | SL | 12 | | - | - |
| SHEILA-ROTOMATIC SYS | 2/28/13 | SL | 12 | | - | - |
| FAIRBANKS SCALE | 2/28/13 | SL | 12 | | - | - |
| AUTO PACKAGING MACHINE | 2/28/13 | SL | 12 | | - | - |
| ALONCO LOADER W/FRAM | 2/28/13 | SL | 12 | | - | - |
| DPS-1000 SCALE | 2/28/13 | SL | 12 | | - | - |
| LABEL/DIAGRAPH MACH | 2/28/13 | SL | 12 | | - | - |
| ROLLER CONVEYOR | 2/28/13 | SL | 12 | | - | - |
| 1 SS CONVEYOR | 2/28/13 | SL | 12 | | - | - |
| PUMP/BOILER #15261 | 2/28/13 | SL | 12 | | - | - |
| LABEL MACH-PRINTER | 2/28/13 | SL | 12 | | - | - |
| BEST WEIGH SCALE | 2/28/13 | SL | 12 | | - | - |
| BEST WEIGH SCALE | 2/28/13 | SL | 12 | | - | - |
| BAG LOADER 8177 | 2/28/13 | SL | 12 | | - | - |
| LIQUID SMOKE UNIT | 2/28/13 | SL | 12 | | - | - |
| ELECTRIC WELDER | 2/28/13 | SL | 12 | | - | - |
| CRYOVAC STRIP TABLE | 2/28/13 | SL | 12 | | - | - |
| TWO TON CHAIN HOIST | 2/28/13 | SL | 12 | | - | - |
| FRANK RACKS | 2/28/13 | SL | 12 | | - | - |
| CRYOVAC 8600 PK MACH | 2/28/13 | SL | 12 | | - | - |
| PASTRAMI HORN | 2/28/13 | SL | 12 | | - | - |
| SLICE CHUB EQUIPMENT | 2/28/13 | SL | 12 | | - | - |
| TEMP CONTROL OVEN #1 | 2/28/13 | SL | 12 | 1 | 1 | 1 |
| AIR FUEL MIX SYSTEM | 2/28/13 | SL | 12 | 76 | 36 | 40 |
| 614 INSERT DIES | 2/28/13 | SL | 12 | 4 | 2 | 2 |
| LIQUID RING VAC PUMP | 2/28/13 | SL | 12 | 18 | 8 | 9 |
| (4) SS 4900 SCALES | 2/28/13 | SL | 12 | 10 | 5 | 5 |
| AIR COMPRESSOR | 2/28/13 | SL | 12 | | - | - |
| WARRICK LOADER | 2/28/13 | SL | 12 | 208 | 99 | 109 |
| GIBLET CHILLER | 2/28/13 | SL | 12 | 81 | 39 | 43 |
| HAND SANITIZE SYSTEM | 2/28/13 | SL | 12 | 22 | 10 | 11 |
| SPICE TANKS & STANDS | 2/28/13 | SL | 12 | 117 | 56 | 61 |
| HOBART CHARGER | 2/28/13 | SL | 12 | 8 | 4 | 4 |
| HOBART CHARGER | 2/28/13 | SL | 12 | 8 | 4 | 4 |
| KEEBLER BLENDER | 2/28/13 | SL | 12 | 89 | 43 | 47 |
| DIXIE VAC DIE | 2/28/13 | SL | 12 | 83 | 39 | 43 |
| ROTOSTAT MIXER | 2/28/13 | SL | 12 | 40 | 19 | 21 |
| ROTOSTAT MIXER | 2/28/13 | SL | 12 | 40 | 19 | 21 |
| S/S KETTLE | 2/28/13 | SL | 12 | 12 | 6 | 6 |

**Zacky & Sons Poultry, LLC**
**Case #2:18-bk-23361-RK**
**Fixed Asset List - Other Equipment**

| DESCRIPTION | ACQ | DM | LF | BEGBASIS | Accum Dep | NBV |
|---|---|---|---|---|---|---|
| S/S KETTLE | 2/28/13 | SL | 12 | 12 | 6 | 6 |
| AMFEC VAC BLENDER | 2/28/13 | SL | 12 | 476 | 226 | 250 |
| AMFEC SLICE VALVE | 2/28/13 | SL | 12 | 21 | 10 | 11 |
| INJECTOR METALQUIMA | 2/28/13 | SL | 12 | 1,451 | 690 | 761 |
| T-SIZER STUFFER | 2/28/13 | SL | 12 | 574 | 273 | 301 |
| AMFEC PIVOT DUMPERS | 2/28/13 | SL | 12 | 99 | 47 | 52 |
| AMFEC PIVOT DUMPERS | 2/28/13 | SL | 12 | 99 | 47 | 52 |
| CRYO-VAC SHRK TUNNEL | 2/28/13 | SL | 12 | 65 | 31 | 34 |
| DATA LOGGER/ALKAR | 2/28/13 | SL | 12 | 68 | 32 | 36 |
| BATTERY, FORKLFT 48V | 2/28/13 | SL | 12 | 38 | 18 | 20 |
| BATTERY, FORKLFT 48V | 2/28/13 | SL | 12 | 38 | 18 | 20 |
| V-MAT TANK DUMPER | 2/28/13 | SL | 12 | 42 | 20 | 22 |
| CO2 HOOD FOR GRINDER | 2/28/13 | SL | 12 | 19 | 9 | 10 |
| AMFEC STUFFER B210 | 2/28/13 | SL | 12 | 476 | 227 | 250 |
| AMFEC B210 VAC STUFF | 2/28/13 | SL | 12 | 478 | 227 | 251 |
| TANK DUMPER | 2/28/13 | SL | 12 | 31 | 15 | 16 |
| TIROMAT TSFR CONVYER | 2/28/13 | SL | 12 | 24 | 11 | 12 |
| S/S MOBL BRST CHUTE | 2/28/13 | SL | 12 | 21 | 10 | 11 |
| V-MAG STUFFER | 2/28/13 | SL | 12 | 559 | 266 | 293 |
| STUFFING HEAD | 2/28/13 | SL | 12 | 43 | 20 | 22 |
| TAKE AWAY CONVEYOR | 2/28/13 | SL | 12 | 55 | 26 | 29 |
| INDEXER/DENESTER | 2/28/13 | SL | 12 | 288 | 137 | 151 |
| AMFEC REFRIG'N SYSTM | 2/28/13 | SL | 12 | 176 | 84 | 92 |
| 6 K BLENDER AMFEC | 2/28/13 | SL | 12 | 708 | 337 | 371 |
| 50 LOAF MOLD (2) | 2/28/13 | SL | 12 | 37 | 18 | 20 |
| AIR CURTAIN (13) | 2/28/13 | SL | 12 | 13 | 6 | 7 |
| AIR UNIT | 2/28/13 | SL | 12 | 3 | 1 | 1 |
| BATTERY (25) | 2/28/13 | SL | 12 | 22 | 10 | 11 |
| BLENDER | 2/28/13 | SL | 12 | 30 | 14 | 16 |
| BLENDER | 2/28/13 | SL | 12 | 1 | 1 | 1 |
| BLENDER | 2/28/13 | SL | 12 | 24 | 12 | 13 |
| BLENDER | 2/28/13 | SL | 12 | 24 | 12 | 13 |
| BLENDER | 2/28/13 | SL | 12 | 10 | 5 | 5 |
| BLOWER | 2/28/13 | SL | 12 | 1 | 0 | 1 |
| BRINE CHILLER | 2/28/13 | SL | 12 | 17 | 8 | 9 |
| BRINE CHILLER | 2/28/13 | SL | 12 | 11 | 5 | 6 |
| CABINET (4) | 2/28/13 | SL | 12 | 2 | 1 | 1 |
| MEAT CASES (2) | 2/28/13 | SL | 12 | 3 | 2 | 2 |
| CHILLER | 2/28/13 | SL | 12 | 187 | 89 | 98 |
| CHILLER | 2/28/13 | SL | 12 | 187 | 89 | 98 |
| CODING MACHINE (2) | 2/28/13 | SL | 12 | 12 | 5 | 6 |
| CODING MACHINE (2) | 2/28/13 | SL | 12 | 1 | 1 | 1 |
| COMPACTOR | 2/28/13 | SL | 12 | 8 | 4 | 4 |
| COMPRESSOR | 2/28/13 | SL | 12 | 4 | 2 | 2 |
| COMPRESSOR | 2/28/13 | SL | 12 | 1 | 1 | 1 |
| COMPRESSOR #2 | 2/28/13 | SL | 12 | 6 | 3 | 3 |
| COMPRESSOR | 2/28/13 | SL | 12 | 8 | 4 | 4 |
| COMPRESSOR | 2/28/13 | SL | 12 | 8 | 4 | 4 |
| COMPRESSOR | 2/28/13 | SL | 12 | 5 | 3 | 3 |
| COMPRESSOR | 2/28/13 | SL | 12 | 6 | 3 | 3 |
| COMPRESSOR #4 | 2/28/13 | SL | 12 | 10 | 5 | 6 |
| COMPRESSOR | 2/28/13 | SL | 12 | 22 | 10 | 11 |
| COMPRESSOR | 2/28/13 | SL | 12 | 20 | 9 | 10 |
| CONDENSERS | 2/28/13 | SL | 12 | 8 | 4 | 4 |
| CONDENSERS | 2/28/13 | SL | 12 | 8 | 4 | 4 |
| CONDENSERS | 2/28/13 | SL | 12 | 8 | 4 | 4 |

**Zacky & Sons Poultry, LLC**
**Case #2:18-bk-23361-RK**
**Fixed Asset List - Other Equipment**

| DESCRIPTION | ACQ | DM | LF | BEGBASIS | Accum Dep | NBV |
|---|---|---|---|---|---|---|
| CONDENSERS | 2/28/13 | SL | 12 | 8 | 4 | 4 |
| CONTAINERS (60) | 2/28/13 | SL | 12 | 23 | 11 | 12 |
| CONTAINERS (2) | 2/28/13 | SL | 12 | 3 | 1 | 1 |
| CONTAINERS (20) | 2/28/13 | SL | 12 | 18 | 9 | 9 |
| CONTROL PANEL | 2/28/13 | SL | 12 | 14 | 7 | 7 |
| CONTROL PANEL | 2/28/13 | SL | 12 | 14 | 7 | 7 |
| CONTROL PANEL | 2/28/13 | SL | 12 | 1 | 1 | 1 |
| CONTROL SYSTEM | 2/28/13 | SL | 12 | 5 | 2 | 3 |
| CONTROL SYSTEM | 2/28/13 | SL | 12 | 9 | 4 | 5 |
| CONVEYOR | 2/28/13 | SL | 12 | 3 | 1 | 1 |
| CONVEYOR (2) | 2/28/13 | SL | 12 | 5 | 2 | 2 |
| CONVEYOR (4) | 2/28/13 | SL | 12 | 11 | 5 | 6 |
| CONVEYOR | 2/28/13 | SL | 12 | 7 | 3 | 3 |
| CUTTER _ PLASMA | 2/28/13 | SL | 12 | 3 | 1 | 2 |
| DISPLAY FIXTURE_REFR | 2/28/13 | SL | 12 | 1 | 1 | 1 |
| DIVIDER | 2/28/13 | SL | 12 | 3 | 2 | 2 |
| DUMPER | 2/28/13 | SL | 12 | 13 | 6 | 7 |
| DUMPER | 2/28/13 | SL | 12 | 20 | 9 | 10 |
| EBE SYSTEM | 2/28/13 | SL | 12 | 36 | 17 | 19 |
| FILTER UNITS (5) | 2/28/13 | SL | 12 | 3 | 1 | 1 |
| GASBURN | 2/28/13 | SL | 12 | 45 | 22 | 24 |
| GENERATOR | 2/28/13 | SL | 12 | 17 | 8 | 9 |
| GENERATOR | 2/28/13 | SL | 12 | 9 | 4 | 5 |
| GENERATOR | 2/28/13 | SL | 12 | 17 | 8 | 9 |
| GENERATOR | 2/28/13 | SL | 12 | 17 | 8 | 9 |
| GRILLER | 2/28/13 | SL | 12 | 0 | 0 | 0 |
| GRINDER | 2/28/13 | SL | 12 | 6 | 3 | 3 |
| GRINDER | 2/28/13 | SL | 12 | 2 | 1 | 1 |
| GRINDER | 2/28/13 | SL | 12 | 11 | 5 | 6 |
| GRINDER | 2/28/13 | SL | 12 | 10 | 5 | 5 |
| GRINDER | 2/28/13 | SL | 12 | 16 | 8 | 9 |
| GRINDER | 2/28/13 | SL | 12 | 13 | 6 | 7 |
| HEAT EXCHANGER | 2/28/13 | SL | 12 | 2 | 1 | 1 |
| HOIST | 2/28/13 | SL | 12 | 1 | 1 | 1 |
| HOPPERS (4) | 2/28/13 | SL | 12 | 19 | 9 | 10 |
| HOPPERS (2) | 2/28/13 | SL | 12 | 6 | 3 | 3 |
| INCUBATOR | 2/28/13 | SL | 12 | 0 | 0 | 0 |
| LABELER | 2/28/13 | SL | 12 | 7 | 3 | 3 |
| LABELER | 2/28/13 | SL | 12 | 24 | 11 | 12 |
| LABELER | 2/28/13 | SL | 12 | 5 | 2 | 2 |
| LABELER | 2/28/13 | SL | 12 | 7 | 3 | 3 |
| LADDER | 2/28/13 | SL | 12 | 1 | 0 | 1 |
| METERS (5) | 2/28/13 | SL | 12 | 12 | 6 | 6 |
| MIXER | 2/28/13 | SL | 12 | 13 | 6 | 7 |
| MIXER | 2/28/13 | SL | 12 | 24 | 11 | 13 |
| OVEN - BATCH OVEN #4 | 2/28/13 | SL | 12 | 43 | 20 | 22 |
| OVEN - BATCH OVEN #5 | 2/28/13 | SL | 12 | 61 | 29 | 32 |
| OVEN - BATCH OVEN #3 | 2/28/13 | SL | 12 | 43 | 20 | 22 |
| OVEN - BATCH OVEN #1 | 2/28/13 | SL | 12 | 43 | 20 | 22 |
| OVEN - BATCH OVEN #2 | 2/28/13 | SL | 12 | 43 | 20 | 22 |
| PRINTER | 2/28/13 | SL | 12 | 6 | 3 | 3 |
| PRINTER | 2/28/13 | SL | 12 | 6 | 3 | 3 |
| PRINTER | 2/28/13 | SL | 12 | 1 | 0 | 0 |
| PRINTER | 2/28/13 | SL | 12 | 7 | 3 | 4 |
| PRINTER | 2/28/13 | SL | 12 | 6 | 3 | 3 |
| PRINTER | 2/28/13 | SL | 12 | 4 | 2 | 2 |

**Zacky & Sons Poultry, LLC**
**Case #2:18-bk-23361-RK**
**Fixed Asset List - Other Equipment**

| DESCRIPTION | ACQ | DM | LF | BEGBASIS | Accum Dep | NBV |
|---|---|---|---|---|---|---|
| PUMP  S/N: 1532RR | 2/28/13 | SL | 12 | 5 | 2 | 2 |
| PUMP S/N: A559007 | 2/28/13 | SL | 12 | 6 | 3 | 3 |
| PUMP, MOYNO S/N: 10029 | 2/28/13 | SL | 12 | 5 | 2 | 3 |
| PUMP, AMMONIA S/N:3306882 | 2/28/13 | SL | 12 | 1 | 1 | 1 |
| PUMP, FRANK LINE 2 | 2/28/13 | SL | 12 | 8 | 4 | 4 |
| PUMP, CHIPPED MEAT | 2/28/13 | SL | 12 | 10 | 5 | 5 |
| PUMP, MONO S/N: A10378 | 2/28/13 | SL | 12 | 6 | 3 | 3 |
| PUMP, MOYNO S/N: 112001 | 2/28/13 | SL | 12 | 4 | 2 | 2 |
| PUMP, MOYNO S/N: 1FFJ68 | 2/28/13 | SL | 12 | 5 | 2 | 3 |
| PUMP, WATER S/N: 3038251 | 2/28/13 | SL | 12 | 0 | 0 | 0 |
| PUMP S/N: 45826 | 2/28/13 | SL | 12 | 0 | 0 | 0 |
| PUMP, BOOSTER  S/N: 1PUMP | 2/28/13 | SL | 12 | 4 | 2 | 2 |
| PUMP, 41640 BEACH | 2/28/13 | SL | 12 | 4 | 2 | 2 |
| PUMP, 28040 DEVAL | 2/28/13 | SL | 12 | 6 | 3 | 3 |
| PUMP, WATER  S/N: 19332 | 2/28/13 | SL | 12 | 0 | 0 | 0 |
| PUMP | 2/28/13 | SL | 12 | 11 | 5 | 6 |
| PUMP, AMMONIA S/N:3306871 | 2/28/13 | SL | 12 | 1 | 1 | 1 |
| PUMP, LINE 4 S/N: 254RR | 2/28/13 | SL | 12 | 5 | 2 | 2 |
| PUMP, VAC BOOSTER | 2/28/13 | SL | 12 | 5 | 2 | 2 |
| PUMP, EMULS S/N: BZ311 | 2/28/13 | SL | 12 | 2 | 1 | 1 |
| PUMP, 325 VACUUM | 2/28/13 | SL | 12 | 4 | 2 | 2 |
| PUMP, STEAM BOILER | 2/28/13 | SL | 12 | 4 | 2 | 2 |
| PUMP, 400 CFM | 2/28/13 | SL | 12 | 10 | 5 | 5 |
| PUMP, WATER S/N: A19332 | 2/28/13 | SL | 12 | 0 | 0 | 0 |
| PUMP, WATER S/N: 1PUMP | 2/28/13 | SL | 12 | 0 | 0 | 0 |
| PUMP, VACUUM S/N: 37753 | 2/28/13 | SL | 12 | 2 | 1 | 1 |
| PUMP, MOYNO S/N: A11121 | 2/28/13 | SL | 12 | 4 | 2 | 2 |
| PUMP, AMMONIA S/N:3306881 | 2/28/13 | SL | 12 | 1 | 1 | 1 |
| PUMP, MOYNO S/N: 1121 | 2/28/13 | SL | 12 | 4 | 2 | 2 |
| PUMP, BOOSTER S/N: 54343 | 2/28/13 | SL | 12 | 4 | 2 | 2 |
| PUMP, LINE 1 S/N: C7304 | 2/28/13 | SL | 12 | 11 | 5 | 6 |
| PUMP, BEACH RUSS | 2/28/13 | SL | 12 | 7 | 3 | 3 |
| PUMP, LINE 2 | 2/28/13 | SL | 12 | 11 | 5 | 6 |
| PUMP, LINE 15 | 2/28/13 | SL | 12 | 5 | 3 | 3 |
| PUMP, MOYNO S/N: 112001 | 2/28/13 | SL | 12 | 4 | 2 | 2 |
| PUMP, VAC S/N: 1333 | 2/28/13 | SL | 12 | 12 | 6 | 6 |
| RACK | 2/28/13 | SL | 12 | 33 | 16 | 17 |
| RACKS (98) | 2/28/13 | SL | 12 | 88 | 42 | 46 |
| RACKS, SMOKEHS (110) | 2/28/13 | SL | 12 | 39 | 19 | 21 |
| REFRIGERATION UNIT | 2/28/13 | SL | 12 | 39 | 18 | 20 |
| SCALE, 26070 BLEND | 2/28/13 | SL | 12 | 10 | 5 | 5 |
| SCALE, LOW PRO 26110 | 2/28/13 | SL | 12 | 6 | 3 | 3 |
| SCALE, LOW PRO 26120 | 2/28/13 | SL | 12 | 6 | 3 | 3 |
| SCALE, NCI VERSAFLEX | 2/28/13 | SL | 12 | 8 | 4 | 4 |
| SCALES, PLATFORM (4) | 2/28/13 | SL | 12 | 14 | 7 | 7 |
| SCALES-PACKAGING (2) | 2/28/13 | SL | 12 | 2 | 1 | 1 |
| SEALER 1AFCASE | 2/28/13 | SL | 12 | 10 | 5 | 5 |
| SEALER, LINE 2 TAF | 2/28/13 | SL | 12 | 10 | 5 | 5 |
| SHIP SHEET | 2/28/13 | SL | 12 | 7 | 3 | 4 |
| SILOS (6) | 2/28/13 | SL | 12 | 24 | 11 | 13 |
| SINKS, "B" STAT'N-(2 | 2/28/13 | SL | 12 | 3 | 1 | 2 |
| SLICING MACHINE | 2/28/13 | SL | 12 | 42 | 20 | 22 |
| SLICING MACHINE | 2/28/13 | SL | 12 | 54 | 25 | 28 |
| STUFFER, HANDYMAN | 2/28/13 | SL | 12 | 5 | 2 | 3 |
| STUFFER, 3000S | 2/28/13 | SL | 12 | 17 | 8 | 9 |
| STUFFER, LOAF | 2/28/13 | SL | 12 | 5 | 2 | 3 |

**Zacky & Sons Poultry, LLC**
**Case #2:18-bk-23361-RK**
**Fixed Asset List - Other Equipment**

| DESCRIPTION | ACQ | DM | LF | BEGBASIS | Accum Dep | NBV |
|---|---|---|---|---|---|---|
| STUFFER | 2/28/13 | SL | 12 | 2 | 1 | 1 |
| STUFFER, VACUUM | 2/28/13 | SL | 12 | 53 | 25 | 28 |
| STUFFER, MODEL 3000S | 2/28/13 | SL | 12 | 29 | 14 | 15 |
| STUFFER, VACUUM | 2/28/13 | SL | 12 | 59 | 28 | 31 |
| STUFFER, FRANKOMATIC | 2/28/13 | SL | 12 | 45 | 21 | 23 |
| TRANSFORMER | 2/28/13 | SL | 12 | 1 | 1 | 1 |
| TWIN TAPERS (3) | 2/28/13 | SL | 12 | 2 | 1 | 1 |
| UNLOADER | 2/28/13 | SL | 12 | 2 | 1 | 1 |
| VOLT STARTER | 2/28/13 | SL | 12 | 11 | 5 | 6 |
| V/P CHG PART | 2/28/13 | SL | 12 | 33 | 16 | 17 |
| W/W TREATMENT | 2/28/13 | SL | 12 | 7 | 3 | 4 |
| LINER ROLLERS | 2/28/13 | SL | 12 | 13 | 6 | 7 |
| VALVE, MIXR, THERMCO | 2/28/13 | SL | 12 | 34 | 16 | 18 |
| SS TIROMT TOOL RKS-2 | 2/28/13 | SL | 12 | 28 | 13 | 14 |
| SS TRAY PK WORK TBLS | 2/28/13 | SL | 12 | 17 | 8 | 9 |
| SAFETY CABINET | 2/28/13 | SL | 12 | 10 | 5 | 5 |
| TRAY PK ROLLR CONVYR | 2/28/13 | SL | 12 | 11 | 5 | 6 |
| DISCHRG SPOUT/BLENDR | 2/28/13 | SL | 12 | 12 | 6 | 6 |
| SS VAC HOLDG TANKS-2 | 2/28/13 | SL | 12 | 37 | 18 | 19 |
| WALKIN COOLER POLARK | 2/28/13 | SL | 12 | 220 | 105 | 115 |
| WEIGHTRONX FLR SCALE | 2/28/13 | SL | 12 | 50 | 24 | 26 |
| WTRNX PIT SCALE (2)_ | 2/28/13 | SL | 12 | 181 | 86 | 95 |
| TIROMAT SPILL COVER | 2/28/13 | SL | 12 | 34 | 16 | 18 |
| BREAST RACKS (66) | 2/28/13 | SL | 12 | 1,489 | 708 | 781 |
| VACUUM PACKAGE MACHINE | 2/28/13 | SL | 12 | 125 | 60 | 66 |
| DIVERTER GATE | 2/28/13 | SL | 12 | 25 | 12 | 13 |
| HOT DOG CONVEYOR | 2/28/13 | SL | 12 | 69 | 33 | 36 |
| LEXON SAFETY COVERS  (5) | 2/28/13 | SL | 12 | 16 | 7 | 8 |
| SANIT.WASH STATNS(2) | 2/28/13 | SL | 12 | 30 | 14 | 16 |
| SANIT.WASH STATNS(2) | 2/28/13 | SL | 12 | 31 | 15 | 16 |
| SANITATION FOAMER(4) | 2/28/13 | SL | 12 | 30 | 14 | 16 |
| SS CONVEYR/MTL DETCT | 2/28/13 | SL | 12 | 44 | 21 | 23 |
| TAKE-AWAY CONVEYOR | 2/28/13 | SL | 12 | 35 | 16 | 18 |
| DPS-2601 SS SCALE | 2/28/13 | SL | 12 | 84 | 40 | 44 |
| GP-1000A PRINTER | 2/28/13 | SL | 12 | 36 | 17 | 19 |
| QA TEST SCALE | 2/28/13 | SL | 12 | 10 | 5 | 5 |
| QA TEST SCALE | 2/28/13 | SL | 12 | 10 | 5 | 5 |
| OVEN UPGRADE (6) | 2/28/13 | SL | 12 | 315 | 150 | 165 |
| CHECKWEIGHER (100 LBS) | 2/28/13 | SL | 12 | 10 | 5 | 5 |
| WEIGHT CART | 2/28/13 | SL | 12 | 10 | 5 | 5 |
| TEST WEIGHT (500 LBS) | 2/28/13 | SL | 12 | 13 | 6 | 7 |
| CHECKWEIGHER (100 LBS) | 2/28/13 | SL | 12 | 10 | 5 | 5 |
| REC DOCK PIT SCALE | 2/28/13 | SL | 12 | 30 | 14 | 15 |
| BOILER FEED PUMP | 2/28/13 | SL | 12 | 26 | 12 | 14 |
| HOT WATER HEATER | 2/28/13 | SL | 12 | 38 | 18 | 20 |
| RAM BULK LOADER | 2/28/13 | SL | 12 | 290 | 138 | 152 |
| MULTIPLE LAYER ENABLER | 2/28/13 | SL | 12 | 41 | 19 | 21 |
| HYDRAULIC POWER UNIT | 2/28/13 | SL | 12 | 26 | 12 | 14 |
| AMMONIA PUMP | 2/28/13 | SL | 12 | 19 | 9 | 10 |
| SS DBL WHL TROLLEY | 2/28/13 | SL | 12 | 18 | 9 | 10 |
| AMFEC GEAR BOX | 2/28/13 | SL | 12 | 26 | 12 | 13 |
| YORK RW64 COMPRESSOR | 2/28/13 | SL | 12 | 86 | 41 | 45 |
| COMPU-NOX CNTRLLR PLC SYS | 2/28/13 | SL | 12 | 83 | 39 | 43 |
| 20 HP VARIANCE SPEED DRIV | 2/28/13 | SL | 12 | 48 | 23 | 25 |
| FGR DUCT W/ DAMPER ASSY | 2/28/13 | SL | 12 | 61 | 29 | 32 |
| CLASS 2 FAN | 2/28/13 | SL | 12 | 90 | 43 | 47 |

**Zacky & Sons Poultry, LLC**
**Case #2:18-bk-23361-RK**
**Fixed Asset List - Other Equipment**

| DESCRIPTION | ACQ | DM | LF | BEGBASIS | Accum Dep | NBV |
|---|---|---|---|---|---|---|
| COMPUTER PROGRAM | 2/28/13 | SL | 12 | 98 | 47 | 51 |
| ODYSSEY CHARGER | 2/28/13 | SL | 12 | 17 | 8 | 9 |
| TROJAN BATTERY | 2/28/13 | SL | 12 | 27 | 13 | 14 |
| TROJAN BATTERY | 2/28/13 | SL | 12 | 27 | 13 | 14 |
| TROJAN BATTERY | 2/28/13 | SL | 12 | 27 | 13 | 14 |
| BOILER ROOM INSULATION | 2/28/13 | SL | 12 | 91 | 43 | 48 |
| SHIPPING INSULATION | 2/28/13 | SL | 12 | 60 | 29 | 32 |
| PACKOUT ROOM INSULATION | 2/28/13 | SL | 12 | 47 | 22 | 25 |
| PUMP | 2/28/13 | SL | 12 | 23 | 11 | 12 |
| FAIRBANKS SCALE | 2/28/13 | SL | 12 | 9 | 4 | 5 |
| SAFETY COVER | 2/28/13 | SL | 12 | 15 | 7 | 8 |
| PUMP | 2/28/13 | SL | 12 | 13 | 6 | 7 |
| FOOD PROCESSOR | 2/28/13 | SL | 12 | 8 | 4 | 4 |
| SAFETY COVERS | 2/28/13 | SL | 12 | 15 | 7 | 8 |
| SS DRIP PANS (3) | 2/28/13 | SL | 12 | 146 | 69 | 76 |
| HI SPEED SCALE | 2/28/13 | SL | 12 | 227 | 108 | 119 |
| HYTROL CONVEYOR SYSTEM | 2/28/13 | SL | 12 | 185 | 88 | 97 |
| HYDRAULIC POWER UNIT | 2/28/13 | SL | 12 | 17 | 8 | 9 |
| SS CHECKWEIGHER SCALE | 2/28/13 | SL | 12 | 14 | 7 | 7 |
| REWIND HOSE REEL | 2/28/13 | SL | 12 | 9 | 4 | 5 |
| CONVEYOR - HOT DOG LINE | 2/28/13 | SL | 12 | 48 | 23 | 25 |
| INJECTOR DUMP CHUTE | 2/28/13 | SL | 12 | 28 | 13 | 15 |
| ZIDE LOAD DUMPER | 2/28/13 | SL | 12 | 214 | 102 | 112 |
| HOPPER | 2/28/13 | SL | 12 | 87 | 41 | 46 |
| RECEIVING HOPPER | 2/28/13 | SL | 12 | 77 | 37 | 41 |
| EMERY LOAD CELL SYSTEM | 2/28/13 | SL | 12 | 77 | 37 | 41 |
| BATTERY TRANSFER CART | 2/28/13 | SL | 12 | 28 | 13 | 15 |
| TORRELLI MIXER POWER UNIT | 2/28/13 | SL | 12 | 18 | 9 | 10 |
| MEAT CHUTE - TOP SECTION | 2/28/13 | SL | 12 | 51 | 24 | 27 |
| S/S CONVEYOR | 2/28/13 | SL | 12 | 52 | 25 | 27 |
| DIGI TABLES (3) | 2/28/13 | SL | 12 | 14 | 7 | 7 |
| INDEXING CONVEYOR | 2/28/13 | SL | 12 | 73 | 35 | 38 |
| ROLLER CONVEYOR | 2/28/13 | SL | 12 | 5 | 2 | 2 |
| DATA RECORDER | 2/28/13 | SL | 12 | 5 | 3 | 3 |
| FRANK STUFFER | 2/28/13 | SL | 12 | 613 | 292 | 322 |
| CONVEYOR | 2/28/13 | SL | 12 | 183 | 87 | 96 |
| FEED PUMP | 2/28/13 | SL | 12 | 246 | 117 | 129 |
| TOWNSEND PEELER | 2/28/13 | SL | 12 | 223 | 106 | 117 |
| SIHI VACUUM PUMP | 2/28/13 | SL | 12 | 108 | 51 | 57 |
| REPAIR CONTINUOUS OVEN | 2/28/13 | SL | 12 | 420 | 200 | 220 |
| TAPE BOX SEALER | 2/28/13 | SL | 12 | 35 | 17 | 19 |
| EXHAUST VENT STACK | 2/28/13 | SL | 12 | 27 | 13 | 14 |
| SACKETT BATTERY HANDLING | 2/28/13 | SL | 12 | 192 | 91 | 100 |
| BATTERY | 2/28/13 | SL | 12 | 16 | 8 | 8 |
| TROJAN BATTERIES (12) | 2/28/13 | SL | 12 | 156 | 74 | 82 |
| TROJAN BATTER CHARGERS (4 | 2/28/13 | SL | 12 | 50 | 24 | 26 |
| TROJAN BATTERY CHARGERS ( | 2/28/13 | SL | 12 | 28 | 13 | 15 |
| TROJAN BATTERY CHARGER | 2/28/13 | SL | 12 | 18 | 9 | 9 |
| 8600 DUAL FEED SYSTEM | 2/28/13 | SL | 12 | 1,402 | 667 | 735 |
| PACKING LINE (MAJOR REPAI | 2/28/13 | SL | 12 | 579 | 275 | 303 |
| HEAT EXCHANGER | 2/28/13 | SL | 12 | 256 | 122 | 134 |
| D/A TANK MODIFICATION | 2/28/13 | SL | 12 | 184 | 87 | 96 |
| CLEANING UNIT | 2/28/13 | SL | 12 | 148 | 71 | 78 |
| HIGH PRESSURE CLEANING SY | 2/28/13 | SL | 12 | 737 | 350 | 387 |
| DOCK TANK DUMPER W/POWER | 2/28/13 | SL | 12 | 60 | 29 | 31 |
| FRANK STUFFER ADD'L 80484 | 2/28/13 | SL | 12 | 55 | 26 | 29 |

Zacky & Sons Poultry, LLC
Case #2:18-bk-23361-RK
Fixed Asset List - Other Equipment

| DESCRIPTION | ACQ | DM | LF | BEGBASIS | Accum Dep | NBV |
|---|---|---|---|---|---|---|
| S.S. CURING VATS (20) | 2/28/13 | SL | 12 | 105 | 50 | 55 |
| ELECTRIC MODULE LINK | 2/28/13 | SL | 12 | 67 | 32 | 35 |
| RETUBED CHILLER | 2/28/13 | SL | 12 | 109 | 52 | 57 |
| HEAT EXCHNG ADDL FA#80488 | 2/28/13 | SL | 12 | 14 | 7 | 8 |
| 8600 FD SYS ADDL FA#80492 | 2/28/13 | SL | 12 | 10 | 5 | 5 |
| PKNG LN RPR ADDL FA#80496 | 2/28/13 | SL | 12 | 7 | 3 | 4 |
| CONDENSATE TANK | 2/28/13 | SL | 12 | 84 | 40 | 44 |
| ADD'L TO FA#80491-HI PRES | 2/28/13 | SL | 12 | 59 | 28 | 31 |
| BUGGY LIFTER | 2/28/13 | SL | 12 | 50 | 24 | 26 |
| CASINGBREAK/HORN ASSEMBLY | 2/28/13 | SL | 12 | 6 | 3 | 3 |
| FREEZER TUNNEL | 2/28/13 | SL | 12 | 186 | 89 | 98 |
| YORK COMPRESSOR REBUILT | 2/28/13 | SL | 12 | 158 | 75 | 83 |
| DIXIE VAC PUMP | 2/28/13 | SL | 12 | 173 | 82 | 91 |
| INCLINE CONVEYOR | 2/28/13 | SL | 12 | 55 | 26 | 29 |
| AIR COMPRESSOR MOTOR | 2/28/13 | SL | 12 | 108 | 51 | 57 |
| CHICKWEIGH SCALE | 2/28/13 | SL | 12 | 10 | 5 | 5 |
| MOYNO PUMP | 2/28/13 | SL | 12 | 207 | 98 | 109 |
| MOYNO SANITARY PUMP | 2/28/13 | SL | 12 | 109 | 52 | 57 |
| AERATOR MOTOR | 2/28/13 | SL | 12 | 70 | 33 | 37 |
| 30 BREAST RACKS/CARTS | 2/28/13 | SL | 12 | 683 | 325 | 358 |
| MISC POND TEST EQUIPMENT | 2/28/13 | SL | 12 | 23 | 11 | 12 |
| POND TEST EQUIP | 2/28/13 | SL | 12 | 3 | 1 | 2 |
| BLENDER (OSTERIZER) | 2/28/13 | SL | 12 | 2 | 1 | 1 |
| VACUUM TREATMENT | 2/28/13 | SL | 12 | 1 | 1 | 1 |
| TOP LOADER BALANCE | 2/28/13 | SL | 12 | 5 | 3 | 3 |
| VACUUM PUMP | 2/28/13 | SL | 12 | 4 | 2 | 2 |
| HACH SPECTRO | 2/28/13 | SL | 12 | 19 | 9 | 10 |
| COD REACTOR | 2/28/13 | SL | 12 | 6 | 3 | 3 |
| LAB BENCH | 2/28/13 | SL | 12 | 5 | 2 | 2 |
| HOLAC DICER | 2/28/13 | SL | 12 | 83 | 40 | 44 |
| TORRELLI MIXER RBLD | 2/28/13 | SL | 12 | 256 | 122 | 135 |
| CHECKWEIGHER (6LB) | 2/28/13 | SL | 12 | 15 | 7 | 8 |
| CHECKWEIGHER (6LB) | 2/28/13 | SL | 12 | 15 | 7 | 8 |
| CUTTING BOARD/WEIGHT SCAL | 2/28/13 | SL | 12 | 49 | 24 | 26 |
| SCALE, TABLE TOP | 2/28/13 | SL | 12 | 16 | 7 | 8 |
| SCALE, TABLE TOP | 2/28/13 | SL | 12 | 16 | 7 | 8 |
| SAFETY SHIELDS (4) | 2/28/13 | SL | 12 | 13 | 6 | 7 |
| CHECKWEIGHER 60LB | 2/28/13 | SL | 12 | 14 | 7 | 7 |
| TILT TRUCK, 1 CU YARD | 2/28/13 | SL | 12 | 18 | 9 | 10 |
| HORN TUBE FOR PASTRAMI SL | 2/28/13 | SL | 12 | 12 | 6 | 6 |
| LADDER TO MIXER PLATFORM | 2/28/13 | SL | 12 | 34 | 16 | 18 |
| S.S. PARTS BASKET | 2/28/13 | SL | 12 | 35 | 16 | 18 |
| PLASMA CUTTER | 2/28/13 | SL | 12 | 33 | 16 | 17 |
| FOOTBATHS, CONCRETE (3) | 2/28/13 | SL | 12 | 37 | 18 | 19 |
| PRODUCTION SCOREBOARD | 2/28/13 | SL | 12 | 51 | 24 | 27 |
| DRIP PANS | 2/28/13 | SL | 12 | 62 | 29 | 32 |
| PLANET LOADER | 2/28/13 | SL | 12 | 1,662 | 791 | 872 |
| PLANET LOADER | 2/28/13 | SL | 12 | 1,662 | 791 | 872 |
| SUREFLOW PACKAGING SYSTEM | 2/28/13 | SL | 12 | 3,171 | 1,508 | 1,663 |
| COVEYORS, COUPLING | 2/28/13 | SL | 12 | 54 | 26 | 29 |
| CONVEYOR, 4' STRAIGHT | 2/28/13 | SL | 12 | 52 | 25 | 27 |
| CONVEYOR, 4' STRAIGHT | 2/28/13 | SL | 12 | 52 | 25 | 27 |
| CONVEYOR, 90 DEGREE TURN | 2/28/13 | SL | 12 | 42 | 20 | 22 |
| WARRICK PLATFORMS | 2/28/13 | SL | 12 | 23 | 11 | 12 |
| PLENUM BOX | 2/28/13 | SL | 12 | 30 | 14 | 16 |
| STEIN PROGREILL | 2/28/13 | SL | 12 | 734 | 349 | 385 |

**Zacky & Sons Poultry, LLC**
**Case #2:18-bk-23361-RK**
**Fixed Asset List - Other Equipment**

| DESCRIPTION | ACQ | DM | LF | BEGBASIS | Accum Dep | NBV |
|---|---|---|---|---|---|---|
| CONVEYOR, STEIN FRYER RM | 2/28/13 | SL | 12 | 39 | 18 | 20 |
| S.S. GUARD COVER FOR DISC | 2/28/13 | SL | 12 | 28 | 13 | 15 |
| PUMP, BUSCH 630 VACUUM | 2/28/13 | SL | 12 | 264 | 125 | 138 |
| PLUMBING | 2/28/13 | SL | 12 | 25 | 12 | 13 |
| STEAM HOOD/MANIFOLD | 2/28/13 | SL | 12 | 38 | 18 | 20 |
| PUMP, BUSCH 630 VACUUM | 2/28/13 | SL | 12 | 295 | 140 | 155 |
| DAMPER | 2/28/13 | SL | 12 | 24 | 12 | 13 |
| TRAY PACK SCALE | 2/28/13 | SL | 12 | 73 | 35 | 38 |
| EXHAUST SYSTEM | 2/28/13 | SL | 12 | 325 | 155 | 170 |
| PUMP, BUSCH 630 VACUUM | 2/28/13 | SL | 12 | 291 | 138 | 153 |
| PETROLEUM FILTRATION SYST | 2/28/13 | SL | 12 | 120 | 57 | 63 |
| RACKS, HAM PRESS, 10 STAT | 2/28/13 | SL | 12 | 507 | 241 | 266 |
| 3M, TAPER, MANUAL | 2/28/13 | SL | 12 | 52 | 25 | 27 |
| RAPIDPAK RP-55 | 2/28/13 | SL | 12 | 2,679 | 1,274 | 1,405 |
| PR-55 CUTTING DEVICES | 2/28/13 | SL | 12 | 242 | 115 | 127 |
| DIE SET/RAPID PAK | 2/28/13 | SL | 12 | 485 | 231 | 254 |
| ZIPPER EQUIP/RAPID PAK | 2/28/13 | SL | 12 | 727 | 346 | 381 |
| NORWOOD PRINTER/RAPID PAK | 2/28/13 | SL | 12 | 145 | 69 | 76 |
| BUSCH VACUUM PUMP/RAPIKPK | 2/28/13 | SL | 12 | 533 | 254 | 280 |
| SQUARE D TRANSFORMER | 2/28/13 | SL | 12 | 71 | 34 | 37 |
| AUTO BATTERY EXTRACTOR | 2/28/13 | SL | 12 | 74 | 35 | 39 |
| OVEN TEM. MONITOR SYSTEM | 2/28/13 | SL | 12 | 235 | 112 | 123 |
| SLICING BLADES | 2/28/13 | SL | 12 | 2,273 | 1,081 | 1,192 |
| 440 NOVA SHORT CONVEYOR | 2/28/13 | SL | 12 | 426 | 203 | 223 |
| TWIN SERVO | 2/28/13 | SL | 12 | 95 | 45 | 50 |
| PRINTER W/ INTERFACE | 2/28/13 | SL | 12 | 47 | 23 | 25 |
| HORIZONTAL DIVERTER | 2/28/13 | SL | 12 | 331 | 158 | 174 |
| OFF FEED CONVEYOR | 2/28/13 | SL | 12 | 379 | 180 | 199 |
| THREE GRIPPER(SETS: 10X8) | 2/28/13 | SL | 12 | 189 | 90 | 99 |
| RP-25 PACKAGE MACHINE | 2/28/13 | SL | 12 | 1,166 | 554 | 611 |
| 30' ELECTRIC BOOM LIFT | 2/28/13 | SL | 12 | 371 | 176 | 195 |
| TOP FILM REGIST SYSTEM | 2/28/13 | SL | 12 | 55 | 26 | 29 |
| DOUBLE WHEEL TROLLEYS | 2/28/13 | SL | 12 | 146 | 69 | 76 |
| PUSH BACK RACKING | 2/28/13 | SL | 12 | 219 | 104 | 115 |
| PPI-200 13" SS INTERLEAV | 2/28/13 | SL | 12 | 1,697 | 807 | 890 |
| LARGE PORTION STAR WHEEL | 2/28/13 | SL | 12 | 200 | 95 | 105 |
| INCLINE FOLD/OVER SYSTEM | 2/28/13 | SL | 12 | 100 | 47 | 52 |
| RAIL SYSTEM MODIFICATIONS | 2/28/13 | SL | 12 | 124 | 59 | 65 |
| GALESH VACUUM TUMBLER | 2/28/13 | SL | 12 | 1,913 | 910 | 1,003 |
| 8600 LINE BELT CONVEYOR | 2/28/13 | SL | 12 | 144 | 69 | 76 |
| STORK IND. MEAT TENDERIZR | 2/28/13 | SL | 12 | 400 | 190 | 210 |
| VACUUM TUMBLER GAL-ESH | 2/28/13 | SL | 12 | 507 | 241 | 266 |
| GALESH VAC TUMB FRT/TAX | 2/28/13 | SL | 12 | 178 | 85 | 93 |
| TILE SAW AND TABLE | 2/28/13 | SL | 12 | 12 | 6 | 6 |
| CORE DRILLING MACHINE | 2/28/13 | SL | 12 | 31 | 15 | 16 |
| DIVIDER SET - RAPID PAK | 2/28/13 | SL | 12 | 133 | 63 | 70 |
| CONTAINMNT ARE EXPANSION | 2/28/13 | SL | 12 | 224 | 106 | 117 |
| HOT WATER PRESSURE WASHR | 2/28/13 | SL | 12 | 87 | 41 | 46 |
| TAPE MACHINE | 2/28/13 | SL | 12 | 138 | 65 | 72 |
| SAUSAGE PEELER | 2/28/13 | SL | 12 | 342 | 163 | 180 |
| OVEN STMLN INSULATION | 2/28/13 | SL | 12 | 104 | 49 | 54 |
| METAL DETECTOR/CONVY SYS | 2/28/13 | SL | 12 | 306 | 146 | 161 |
| TORRELLI MIXER | 2/28/13 | SL | 12 | 1,222 | 581 | 641 |
| HYLIFT DUMPER - CHAIN | 2/28/13 | SL | 12 | 171 | 81 | 90 |
| OVEN CHAIN - CONTINUOUS | 2/28/13 | SL | 12 | 706 | 336 | 370 |
| VACUUM PUMP - ADD'L | 2/28/13 | SL | 12 | 31 | 15 | 16 |

**Zacky & Sons Poultry, LLC**
**Case #2:18-bk-23361-RK**
**Fixed Asset List - Other Equipment**

| DESCRIPTION | ACQ | DM | LF | BEGBASIS | Accum Dep | NBV |
|---|---|---|---|---|---|---|
| RAPID PAK RP-55 ADD'L | 2/28/13 | SL | 12 | 688 | 327 | 361 |
| CONDUIT BENDER GREENLEE | 2/28/13 | SL | 12 | 190 | 90 | 100 |
| TAPED BAG LOADER | 2/28/13 | SL | 12 | 788 | 375 | 413 |
| FORMING/SEALING INSERT | 2/28/13 | SL | 12 | 910 | 433 | 477 |
| RP-25 FREIGT CHARGES | 2/28/13 | SL | 12 | 194 | 92 | 102 |
| SATO PRINTER | 2/28/13 | SL | 12 | 365 | 174 | 192 |
| PIPELINE METAL DETECTOR | 2/28/13 | SL | 12 | 1,887 | 897 | 989 |
| PIPELINE METAL DETECTOR | 2/28/13 | SL | 12 | 1,887 | 897 | 989 |
| LIQUID SMOKE ADD-BACK SYS | 2/28/13 | SL | 12 | 969 | 461 | 508 |
| STEAM OVEN COILS | 2/28/13 | SL | 12 | 2,649 | 1,260 | 1,389 |
| RAPID PAK EXIT CONVEYOR | 2/28/13 | SL | 12 | 656 | 312 | 344 |
| PLANT LOADER GEARBOX KIT | 2/28/13 | SL | 12 | 1,099 | 523 | 576 |
| PLANT LOADER GEARBOX KIT | 2/28/13 | SL | 12 | 1,099 | 523 | 576 |
| TOWNSEND PEELER | 2/28/13 | SL | 12 | 3,427 | 1,630 | 1,797 |
| FERRIC CHLORIDE STRG TANK | 2/28/13 | SL | 12 | 1,219 | 580 | 639 |
| CONTINUOUS OVEN INTERIOR | 2/28/13 | SL | 12 | 11,748 | 5,587 | 6,161 |
| OVEN CHAIN LUBE SYSTEM | 2/28/13 | SL | 12 | 2,936 | 1,396 | 1,540 |
| OVEN MOTOR CONTROL PANELS | 2/28/13 | SL | 12 | 5,316 | 2,528 | 2,788 |
| OVEN CHAIN LUBE SYSTEM | 2/28/13 | SL | 12 | 2,817 | 1,340 | 1,477 |
| EXTRUCTOR | 2/28/13 | SL | 12 | 4,144 | 1,971 | 2,173 |
| HAM MOLDS | 2/28/13 | SL | 12 | 14,941 | 7,105 | 7,835 |
| HAM MOLD RACKS | 2/28/13 | SL | 12 | 10,811 | 5,141 | 5,670 |
| WEILER GRINDER REPAIRS | 2/28/13 | SL | 12 | 3,042 | 1,447 | 1,596 |
| VACUUM PACKAGING MACHINE | 2/28/13 | SL | 12 | 3,421 | 1,627 | 1,794 |
| VACUUM PUMP | 2/28/13 | SL | 12 | 5,230 | 2,487 | 2,743 |
| OVEN RACKS STAINLESS STL | 2/28/13 | SL | 12 | 4,464 | 2,123 | 2,341 |
| IMAJE INK JET PRINTER | 2/28/13 | SL | 12 | 4,918 | 2,339 | 2,579 |
| METAL DETECTION SYSTEM | 2/28/13 | SL | 12 | 5,053 | 2,403 | 2,650 |
| MULTIVAC PACKAGING MACHIN | 2/28/13 | SL | 12 | 44,451 | 21,140 | 23,312 |
| WEBER SLICER COMPUT CONTR | 2/28/13 | SL | 12 | 84,965 | 40,407 | 44,558 |
| MSA65002 KNIFE SHARPENER | 2/28/13 | SL | 12 | 4,744 | 2,256 | 2,488 |
| HORN SIDE CLIPPER | 2/28/13 | SL | 12 | 1,912 | 910 | 1,003 |
| DUMP TRAY SIDE CLIPPER | 2/28/13 | SL | 12 | 1,912 | 910 | 1,003 |
| OIL BROWNER/FRYER | 2/28/13 | SL | 12 | 23,214 | 11,040 | 12,174 |
| BELMARK CODER PRINTER | 2/28/13 | SL | 12 | 2,438 | 1,160 | 1,279 |
| WALKIE PALLET JACK | 2/28/13 | SL | 12 | 2,314 | 1,100 | 1,214 |
| HOIST UNIT FOR DIP TANK | 2/28/13 | SL | 12 | 1,005 | 478 | 527 |
| PUMP - WASTE WATER PIT | 2/28/13 | SL | 12 | 2,840 | 1,351 | 1,489 |
| BOX END LABELER | 2/28/13 | SL | 12 | 3,943 | 1,875 | 2,068 |
| BOILER BURNER - RETROFIT | 2/28/13 | SL | 12 | 15,754 | 7,492 | 8,262 |
| DOCK STACKER | 2/28/13 | SL | 12 | 4,738 | 2,253 | 2,485 |
| OIL POT - CHILLER | 2/28/13 | SL | 12 | 2,316 | 1,101 | 1,215 |
| GALESH TUMBLER UPGRADE | 2/28/13 | SL | 12 | 2,821 | 1,342 | 1,480 |
| SCALE & PLATFORM | 2/28/13 | SL | 12 | 1,015 | 483 | 532 |
| SCISSOR LIFT 26' | 2/28/13 | SL | 12 | 1,895 | 901 | 994 |
| MAHAFFY HARDER 730 | 2/28/13 | SL | 12 | 8,617 | 4,098 | 4,519 |
| WARRICK CONVEYOR | 2/28/13 | SL | 12 | 434 | 206 | 228 |
| RIETSCHLE VAC PUMP | 2/28/13 | SL | 12 | 5,291 | 2,516 | 2,775 |
| RIETSCHLE VAC PUMP | 2/28/13 | SL | 12 | 5,291 | 2,516 | 2,775 |
| RIETSCHLE VAC PUMP | 2/28/13 | SL | 12 | 927 | 441 | 486 |
| RIETSCHLE VAC PUMP | 2/28/13 | SL | 12 | 927 | 441 | 486 |
| INTERLEVER UPGRADE | 2/28/13 | SL | 12 | 4,377 | 2,082 | 2,295 |
| PADK COOLER O/H RAIL UPGR | 2/28/13 | SL | 12 | 8,690 | 4,133 | 4,557 |
| DIVIDER SET RAPIDPAK | 2/28/13 | SL | 12 | 3,252 | 1,547 | 1,705 |
| ROTARY KNIFE RAPIDPAK | 2/28/13 | SL | 12 | 899 | 427 | 471 |
| TRIM REWIND SYSTEM | 2/28/13 | SL | 12 | 1,992 | 947 | 1,045 |

**Zacky & Sons Poultry, LLC**
**Case #2:18-bk-23361-RK**
**Fixed Asset List - Other Equipment**

| DESCRIPTION | ACQ | DM | LF | BEGBASIS | Accum Dep | NBV |
|---|---|---|---|---|---|---|
| SS HOT DOG PANS | 2/28/13 | SL | 12 | 558 | 265 | 293 |
| S/S BREAST CAGES (5) | 2/28/13 | SL | 12 | 3,388 | 1,611 | 1,777 |
| S/S BREAST CAGE SCREENS | 2/28/13 | SL | 12 | 2,297 | 1,092 | 1,205 |
| WEBER GRIPPERS | 2/28/13 | SL | 12 | 4,237 | 2,015 | 2,222 |
| WEIGHTRONIX SCALE/STUFFIN | 2/28/13 | SL | 12 | 618 | 294 | 324 |
| EOD LEVELERS | 2/28/13 | SL | 12 | 3,524 | 1,676 | 1,848 |
| STUFFING PUMP WAKESHA | 2/28/13 | SL | 12 | 1,874 | 891 | 983 |
| SS DRIVE BASE/AMFEC TUMBL | 2/28/13 | SL | 12 | 1,256 | 597 | 659 |
| SLICE-N-TACT BH-15 | 2/28/13 | SL | 12 | 9,561 | 4,547 | 5,014 |
| DURAWEIGH O/H FLOOR SCALE | 2/28/13 | SL | 12 | 8,899 | 4,232 | 4,667 |
| MTC VAT DUMPER | 2/28/13 | SL | 12 | 3,475 | 1,653 | 1,822 |
| SAFELINE METAL DETECTOR | 2/28/13 | SL | 12 | 2,605 | 1,239 | 1,366 |
| BELCOR BOX SEALER | 2/28/13 | SL | 12 | 1,473 | 700 | 772 |
| 10' CONVEYOR | 2/28/13 | SL | 12 | 1,192 | 567 | 625 |
| JOHN DEERE RIDING MOWER | 2/28/13 | SL | 12 | 845 | 402 | 443 |
| RAIL SYSTEM UPGRADE | 2/28/13 | SL | 12 | 1,243 | 591 | 652 |
| VEMAG 500 ROBOT STUFFER | 2/28/13 | SL | 12 | 9,122 | 4,338 | 4,784 |
| AMFEC COMBO DUMPER | 2/28/13 | SL | 12 | 2,635 | 1,253 | 1,382 |
| AMFEC LANDING TABLE | 2/28/13 | SL | 12 | 2,360 | 1,122 | 1,238 |
| LITTLE DAVID BOX TAPER | 2/28/13 | SL | 12 | 1,212 | 577 | 636 |
| MOYNO PUMP | 2/28/13 | SL | 12 | 5,803 | 2,760 | 3,043 |
| METAL DETECTOR SAFELINE | 2/28/13 | SL | 12 | 6,587 | 3,133 | 3,455 |
| 2-SS FRANK STICK CARTS | 2/28/13 | SL | 12 | 2,387 | 1,135 | 1,252 |
| PLATFORM W/STEPS,HANDRAIL | 2/28/13 | SL | 12 | 2,108 | 1,002 | 1,105 |
| YORK AMMONIA COMPRESSOR | 2/28/13 | SL | 12 | 1,206 | 574 | 633 |
| CROWN FORKLIFT | 2/28/13 | SL | 12 | 4,059 | 1,930 | 2,128 |
| CUTTER,CROSS GUILLOTINE | 2/28/13 | SL | 12 | 3,089 | 1,469 | 1,620 |
| SET,KNIFE,CROSS CUT | 2/28/13 | SL | 12 | 801 | 381 | 420 |
| MINCEMASTER EMULSIFIER | 2/28/13 | SL | 12 | 1,515 | 721 | 795 |
| TOWNSEND SMOKE-A-MATIC | 2/28/13 | SL | 12 | 3,366 | 1,601 | 1,765 |
| SAFELINE METAL DETECTOR | 2/28/13 | SL | 12 | 1,515 | 721 | 795 |
| MINCEMASTER EMULSIFER | 2/28/13 | SL | 12 | 3,002 | 1,428 | 1,574 |
| S/S PORTABLE WORK STAND | 2/28/13 | SL | 12 | 758 | 360 | 397 |
| TRANSFER CONVEYOR | 2/28/13 | SL | 12 | 842 | 400 | 442 |
| PALLET JACK, SS | 2/28/13 | SL | 12 | 724 | 344 | 380 |
| BATCH SAUSAGE RACKS | 2/28/13 | SL | 12 | 13,483 | 6,412 | 7,071 |
| LABELING SYSTEM | 2/28/13 | SL | 12 | 3,934 | 1,871 | 2,063 |
| PALLET JACK, SS | 2/28/13 | SL | 12 | 734 | 349 | 385 |
| BATTERY HAWKER, 24V | 2/28/13 | SL | 12 | 1,154 | 549 | 605 |
| BATTERY HAWKER, 24V | 2/28/13 | SL | 12 | 1,154 | 549 | 605 |
| DOCKSTOCKER,RAYMOND | 2/28/13 | SL | 12 | 8,282 | 3,939 | 4,343 |
| DRUM DEHEADER ELEC | 2/28/13 | SL | 12 | 778 | 370 | 408 |
| BATTERY HAWKER, 36V | 2/28/13 | SL | 12 | 2,393 | 1,138 | 1,255 |
| SS BLOWOFF CONVEYOR | 2/28/13 | SL | 12 | 2,493 | 1,186 | 1,308 |
| SS VAT DUMPER | 2/28/13 | SL | 12 | 3,269 | 1,555 | 1,715 |
| PALLET JACK,SS | 2/28/13 | SL | 12 | 803 | 382 | 421 |
| AIR KNIFE TUNNEL | 2/28/13 | SL | 12 | 1,734 | 824 | 909 |
| LIFT,INGREDIENT | 2/28/13 | SL | 12 | 564 | 268 | 296 |
| FORKLIFT, KALMAR AC ELEC | 2/28/13 | SL | 12 | 1,690 | 804 | 887 |
| BULKER,HOLLYMATIC 120 | 2/28/13 | SL | 12 | 443 | 211 | 233 |
| MIXER/GRINDER 180A | 2/28/13 | SL | 12 | 5,099 | 2,425 | 2,674 |
| CART,ROLL BAG,SS | 2/28/13 | SL | 12 | 1,452 | 690 | 761 |
| TABLE, SS | 2/28/13 | SL | 12 | 1,069 | 508 | 561 |
| TABLE,SS | 2/28/13 | SL | 12 | 1,069 | 508 | 561 |
| TABLE,SS | 2/28/13 | SL | 12 | 1,069 | 508 | 561 |
| PACKAGING MACHINE CRYOVAC | 2/28/13 | SL | 12 | 23,597 | 11,222 | 12,375 |

**Zacky & Sons Poultry, LLC**
**Case #2:18-bk-23361-RK**
**Fixed Asset List - Other Equipment**

| DESCRIPTION | ACQ | DM | LF | BEGBASIS | Accum Dep | NBV |
|---|---|---|---|---|---|---|
| HITEC LINER #1 | 2/28/13 | SL | 12 | 38,335 | 18,231 | 20,104 |
| HITEC LINKER #2 | 2/28/13 | SL | 12 | 38,335 | 18,231 | 20,104 |
| HITEC LINER #3 | 2/28/13 | SL | 12 | 38,335 | 18,231 | 20,104 |
| HITEC LINER #4 | 2/28/13 | SL | 12 | 38,335 | 18,231 | 20,104 |
| HITEC HOPPER | 2/28/13 | SL | 12 | 3,485 | 1,657 | 1,828 |
| HITEC EQUILIZER | 2/28/13 | SL | 12 | 5,228 | 2,486 | 2,741 |
| HITEC PUMP UNIT | 2/28/13 | SL | 12 | 12,198 | 5,801 | 6,397 |
| PEELER #1 TOWNSEND | 2/28/13 | SL | 12 | 12,500 | 5,945 | 6,555 |
| PEELER #2 TOWNSEND | 2/28/13 | SL | 12 | 12,500 | 5,945 | 6,555 |
| OVEN UPGRADE | 2/28/13 | SL | 12 | 19,853 | 9,442 | 10,412 |
| CHILLER UPGRADE | 2/28/13 | SL | 12 | 11,562 | 5,499 | 6,064 |
| LIQUID SMOKE SYSTEM UPGR | 2/28/13 | SL | 12 | 4,100 | 1,950 | 2,150 |
| OVEN CHAINS,CONTINUOUS | 2/28/13 | SL | 12 | 19,744 | 9,390 | 10,355 |
| FORKLIFT,KOMATSU,2005,LPG | 2/28/13 | SL | 12 | 9,512 | 4,523 | 4,988 |
| ISCO PRETREATMENT SAMPLER | 2/28/13 | SL | 12 | 3,018 | 1,435 | 1,583 |
| LIFT,PLATFORM,GENIE | 2/28/13 | SL | 12 | 1,716 | 816 | 900 |
| RAIL,OH,RAW FAB,UPGR67257 | 2/28/13 | SL | 12 | 18,266 | 8,687 | 9,579 |
| PLANET SERVO LOADER 05398 | 2/28/13 | SL | 12 | 12,840 | 6,106 | 6,734 |
| PLANET SERVO LOADER 05498 | 2/28/13 | SL | 12 | 12,840 | 6,106 | 6,734 |
| GAS PRESSURE REGULATOR | 2/28/13 | SL | 12 | 1,693 | 805 | 888 |
| LIFT TRUCK FOR FILM ROLL | 2/28/13 | SL | 12 | 825 | 392 | 432 |
| PRODUCT HOPPER/MODIFY | 2/28/13 | SL | 12 | 2,945 | 1,400 | 1,544 |
| STUFFER,B210,UPGRADE | 2/28/13 | SL | 12 | 1,956 | 930 | 1,026 |
| 10K DUMP APRON | 2/28/13 | SL | 12 | 857 | 407 | 449 |
| PUMPS BOILER FEED | 2/28/13 | SL | 12 | 2,984 | 1,419 | 1,565 |
| OVER CHAIN #1 BOTTON | 2/28/13 | SL | 12 | 15,276 | 7,265 | 8,011 |
| SAUSAGE DIE SET MULTIVAC | 2/28/13 | SL | 12 | 27,546 | 13,100 | 14,446 |
| W/W TREATMENT UPGRADE | 2/28/13 | SL | 12 | 1,974 | 939 | 1,035 |
| PUMP,DIAPHRAGM | 2/28/13 | SL | 12 | 1,308 | 622 | 686 |
| CONVEYOR,TIROMAT DISCHARG | 2/28/13 | SL | 12 | 2,883 | 1,371 | 1,512 |
| PALLET JACK,HYSTER | 2/28/13 | SL | 12 | 648 | 308 | 340 |
| PALLET JACK,HYSTER | 2/28/13 | SL | 12 | 648 | 308 | 340 |
| IBC CONTAINMENT | 2/28/13 | SL | 12 | 3,918 | 1,863 | 2,055 |
| CONVEYORS,HYTOL | 2/28/13 | SL | 12 | 2,713 | 1,290 | 1,423 |
| TOTE STANDS | 2/28/13 | SL | 12 | 11,282 | 5,365 | 5,917 |
| LIFTER,INGREDIENT | 2/28/13 | SL | 12 | 3,876 | 1,843 | 2,033 |
| VACUUM,CABINET | 2/28/13 | SL | 12 | 6,890 | 3,277 | 3,613 |
| CART,SS,MOBILE,DIE STORAG | 2/28/13 | SL | 12 | 1,354 | 644 | 710 |
| SANITATION STORAGE CAGE | 2/28/13 | SL | 12 | 997 | 474 | 523 |
| CART,STORAGE | 2/28/13 | SL | 12 | 1,028 | 489 | 539 |
| CATCH BASTETS(2),SS | 2/28/13 | SL | 12 | 2,276 | 1,082 | 1,193 |
| BOILER,REFRACTORY,CB | 2/28/13 | SL | 12 | 9,598 | 4,565 | 5,034 |
| PALLET JACK,SS | 2/28/13 | SL | 12 | 1,211 | 576 | 635 |
| SERVO CONTROLLERS,CONVEYO | 2/28/13 | SL | 12 | 3,126 | 1,487 | 1,640 |
| SERVO MOTORCESSING | 2/28/13 | SL | 12 | 3,154 | 1,500 | 1,654 |
| SERVO MOTOR | 2/28/13 | SL | 12 | 3,154 | 1,500 | 1,654 |
| PUMP SERVO CONTROLLER | 2/28/13 | SL | 12 | 4,159 | 1,978 | 2,181 |
| PALLET JACK,HYSTER | 2/28/13 | SL | 12 | 743 | 353 | 390 |
| PALLET JACK,YALE | 2/28/13 | SL | 12 | 743 | 353 | 390 |
| PACKOUT LINE MODIFICATION | 2/28/13 | SL | 12 | 22,378 | 10,642 | 11,736 |
| BATTERY CHARGER SYSTEM | 2/28/13 | SL | 12 | 3,158 | 1,502 | 1,656 |
| EQUIP INSULATION UPGRADE | 2/28/13 | SL | 12 | 3,847 | 1,830 | 2,018 |
| TANK, BOIL IN PARTS | 2/28/13 | SL | 12 | 3,748 | 1,782 | 1,965 |
| DRIP PANS(3)FOR OVEN COIL | 2/28/13 | SL | 12 | 2,747 | 1,306 | 1,441 |
| PUMPS W/SEAL KIT | 2/28/13 | SL | 12 | 1,870 | 889 | 981 |
| PUMPS | 2/28/13 | SL | 12 | 621 | 295 | 326 |

**Zacky & Sons Poultry, LLC**
**Case #2:18-bk-23361-RK**
**Fixed Asset List - Other Equipment**

| DESCRIPTION | ACQ | DM | LF | BEGBASIS | Accum Dep | NBV |
|---|---|---|---|---|---|---|
| PH PROBE FOR CITY DISCHAR | 2/28/13 | SL | 12 | 508 | 242 | 267 |
| FILM CUTTER(3) | 2/28/13 | SL | 12 | 1,950 | 928 | 1,023 |
| COOLER DOOR FRAME | 2/28/13 | SL | 12 | 1,239 | 589 | 650 |
| TAPE MACHINE PACKOUT | 2/28/13 | SL | 12 | 3,615 | 1,719 | 1,896 |
| REBUILD MAHAFFY HARDER | 2/28/13 | SL | 12 | 9,179 | 4,365 | 4,814 |
| TAPE MACHINE FOR PACKOUT | 2/28/13 | SL | 12 | 3,654 | 1,738 | 1,916 |
| PUMP, GOULDS | 2/28/13 | SL | 12 | 2,698 | 1,283 | 1,415 |
| PANS(6)F CONTINUOUS OVEN | 2/28/13 | SL | 12 | 3,156 | 1,501 | 1,655 |
| SLUDGE PRESS UPG FA#80319 | 2/28/13 | SL | 12 | 2,163 | 1,029 | 1,135 |
| RBLD MINCEMASTER,FA#67783 | 2/28/13 | SL | 12 | 2,103 | 1,000 | 1,103 |
| HYDRAULIC POWER UNIT | 2/28/13 | SL | 12 | 901 | 429 | 473 |
| FREEZER DOOR FRAME | 2/28/13 | SL | 12 | 2,137 | 1,016 | 1,121 |
| EVAP UNITS (8)CONVERSION | 2/28/13 | SL | 12 | 34,910 | 16,602 | 18,308 |
| WELDER,TIG,DIVERSION165 | 2/28/13 | SL | 12 | 1,047 | 498 | 549 |
| WASHER, PRESSURE | 2/28/13 | SL | 12 | 915 | 435 | 480 |
| PUMP,BUSCH | 2/28/13 | SL | 12 | 6,257 | 2,976 | 3,281 |
| TABLE,MOBILE,SS | 2/28/13 | SL | 12 | 848 | 403 | 445 |
| BIRD CARMELIZER | 2/28/13 | SL | 12 | 9,098 | 4,327 | 4,771 |
| SCALE,WEIGHTRONIX #3265 | 2/28/13 | SL | 12 | 1,141 | 543 | 599 |
| SCALE, WEIGHTRONIX #3265 | 2/28/13 | SL | 12 | 1,141 | 543 | 599 |
| MAHAFFEY,RBLD FA#67166 | 2/28/13 | SL | 12 | 28,599 | 13,601 | 14,998 |
| TABLES,SS,(3) IN PACKOUT | 2/28/13 | SL | 12 | 2,118 | 1,007 | 1,111 |
| DRAIN CLEANING MACHINE | 2/28/13 | SL | 12 | 1,450 | 689 | 760 |
| CIRCULATOR,AIR,FAN,30" | 2/28/13 | SL | 12 | 1,732 | 824 | 908 |
| CIRCULATOR, AIR,FAN,20" | 2/28/13 | SL | 12 | 1,294 | 615 | 679 |
| TANK,WASTE OIL 240 GAL | 2/28/13 | SL | 12 | 3,290 | 1,565 | 1,726 |
| PALLET JACK FOR PACKFLOOR | 2/28/13 | SL | 12 | 1,396 | 664 | 732 |
| SEALING DIE INSERT | 2/28/13 | SL | 12 | 3,038 | 1,445 | 1,593 |
| OVEN CHAIN #2 BOTTOM | 2/28/13 | SL | 12 | 23,972 | 11,400 | 12,572 |
| BLOWER,EXHAUST, 10" | 2/28/13 | SL | 12 | 828 | 394 | 434 |
| PALLETS, S/S | 2/28/13 | SL | 12 | 14,789 | 7,033 | 7,756 |
| GRIPPER ROLLER CHAIN | 2/28/13 | SL | 12 | 26,657 | 12,677 | 13,980 |
| SCALE, CHECKWEIGHER | 2/28/13 | SL | 12 | 1,043 | 496 | 547 |
| SCALE,CHKWGHR | 2/28/13 | SL | 12 | 1,180 | 561 | 619 |
| PLATFORM | 2/28/13 | SL | 12 | 1,387 | 660 | 728 |
| TABLES,SS(3) | 2/28/13 | SL | 12 | 2,191 | 1,042 | 1,149 |
| AIR & STEAM LINE UPGRADE | 2/28/13 | SL | 12 | 5,235 | 2,490 | 2,746 |
| FOUNDATION FOOTING,10K | 2/28/13 | SL | 12 | 8,499 | 4,042 | 4,457 |
| STARTER FOR COMPRESSOR#6 | 2/28/13 | SL | 12 | 2,204 | 1,048 | 1,156 |
| TABLE,SS, PACKOUT | 2/28/13 | SL | 12 | 811 | 386 | 425 |
| MINCEMATER EMULSIFER | 2/28/13 | SL | 12 | 2,322 | 1,104 | 1,218 |
| PUMP, AMMONIA | 2/28/13 | SL | 12 | 7,611 | 3,620 | 3,992 |
| SAFETY CIRCUIT UPGRADE | 2/28/13 | SL | 12 | 9,731 | 4,628 | 5,103 |
| AIR CURTAINS (2) | 2/28/13 | SL | 12 | 2,178 | 1,036 | 1,142 |
| SS 3/TUB STAND | 2/28/13 | SL | 12 | 1,137 | 541 | 596 |
| OIL CONTAINMENT SYSTEM | 2/28/13 | SL | 12 | 3,502 | 1,665 | 1,836 |
| SCALES, CHECK WEIGHER (2) | 2/28/13 | SL | 12 | 2,249 | 1,069 | 1,179 |
| VACUUM PUMP W/MOTOR | 2/28/13 | SL | 12 | 12,838 | 6,105 | 6,733 |
| VACUUM PUMP W/MOTOR | 2/28/13 | SL | 12 | 4,160 | 1,979 | 2,182 |
| PUMP,VACUUM BOOSTER 6HP | 2/28/13 | SL | 12 | 8,556 | 4,069 | 4,487 |
| PACKAGER,RAPIDPAK | 2/28/13 | SL | 12 | 35,322 | 16,798 | 18,524 |
| STAND,SANITIZING, 5-TUB | 2/28/13 | SL | 12 | 1,177 | 560 | 617 |
| STAND,HOT DOG SORTING | 2/28/13 | SL | 12 | 4,010 | 1,907 | 2,103 |
| GRADING TUBS (2) | 2/28/13 | SL | 12 | 1,119 | 532 | 587 |
| FEED HOPPER SLIDES (2) | 2/28/13 | SL | 12 | 1,119 | 532 | 587 |
| TABLE S/S PACKOUT | 2/28/13 | SL | 12 | 772 | 367 | 405 |

**Zacky & Sons Poultry, LLC**
**Case #2:18-bk-23361-RK**
**Fixed Asset List - Other Equipment**

| DESCRIPTION | ACQ | DM | LF | BEGBASIS | Accum Dep | NBV |
|---|---|---|---|---|---|---|
| METAL DETECTOR UPGRADE | 2/28/13 | SL | 12 | 4,778 | 2,272 | 2,506 |
| PLANET FRANK LOADER | 2/28/13 | SL | 12 | 32,648 | 15,527 | 17,122 |
| CAMERA,CCD-COLOR SECURITY | 2/28/13 | SL | 12 | 1,836 | 873 | 963 |
| METAL DETECTOR UPGRADE | 2/28/13 | SL | 12 | 4,454 | 2,118 | 2,336 |
| PALTFORMS,CONT OVENS | 2/28/13 | SL | 12 | 4,094 | 1,947 | 2,147 |
| AIR CURTAINS (2) | 2/28/13 | SL | 12 | 2,259 | 1,074 | 1,185 |
| AIR CURTAINS (2) | 2/28/13 | SL | 12 | 2,299 | 1,093 | 1,206 |
| AIR CURTAINS (2) | 2/28/13 | SL | 12 | 4,598 | 2,187 | 2,411 |
| EOD LEVELERS DOCK#2 | 2/28/13 | SL | 12 | 2,327 | 1,107 | 1,220 |
| MOD 80581 STEINFRYER | 2/28/13 | SL | 12 | 16,512 | 7,853 | 8,660 |
| EOD LEVELERS DOCK#10 | 2/28/13 | SL | 12 | 2,347 | 1,116 | 1,231 |
| OVEN #3,BATCH - LARGE | 2/28/13 | SL | 12 | 136,751 | 65,035 | 71,716 |
| STANDS FOR MOTORS | 2/28/13 | SL | 12 | 2,728 | 1,297 | 1,430 |
| AIR CURTAINS (2) | 2/28/13 | SL | 12 | 2,119 | 1,008 | 1,111 |
| AIR CURTAINS (2) | 2/28/13 | SL | 12 | 2,119 | 1,008 | 1,111 |
| STANDS FOR CABINETS | 2/28/13 | SL | 12 | 1,470 | 699 | 771 |
| BANDSAW, HORIZONTAL | 2/28/13 | SL | 12 | 1,910 | 909 | 1,002 |
| AIR CURTAIN (2) | 2/28/13 | SL | 12 | 2,178 | 1,036 | 1,142 |
| AIR CURTAINS (2) | 2/28/13 | SL | 12 | 1,149 | 547 | 603 |
| AIR CURTAINS (4) | 2/28/13 | SL | 12 | 3,408 | 1,621 | 1,787 |
| RAIL SCALE W/DIGITAL CONT | 2/28/13 | SL | 12 | 6,076 | 2,890 | 3,186 |
| AIR CURTAINS (2) | 2/28/13 | SL | 12 | 2,178 | 1,036 | 1,142 |
| AIR CURTAIN | 2/28/13 | SL | 12 | 1,149 | 547 | 603 |
| AIR CURTAINS (2) | 2/28/13 | SL | 12 | 2,339 | 1,112 | 1,227 |
| AIR CURTAINS (2) | 2/28/13 | SL | 12 | 2,339 | 1,112 | 1,227 |
| FEED SCREW | 2/28/13 | SL | 12 | 5,376 | 2,557 | 2,819 |
| PUMP,MEAT-FULLASSY WHINGE | 2/28/13 | SL | 12 | 11,330 | 5,388 | 5,942 |
| VANES,ROTOR,UPPER&LOWER | 2/28/13 | SL | 12 | 769 | 366 | 403 |
| ROTOR,W/O-RING | 2/28/13 | SL | 12 | 2,843 | 1,352 | 1,491 |
| MOTOR 250HP | 2/28/13 | SL | 12 | 13,455 | 6,399 | 7,056 |
| FANS (4) | 2/28/13 | SL | 12 | 3,605 | 1,714 | 1,890 |
| PUMP,FRISTAM,FPX-712 | 2/28/13 | SL | 12 | 1,706 | 811 | 895 |
| SILO VATS UPGRADE #1&#2 | 2/28/13 | SL | 12 | 3,622 | 1,722 | 1,899 |
| PALLET JACK,ELECTRIC | 2/28/13 | SL | 12 | 3,370 | 1,603 | 1,767 |
| PALLET JACK,ELECTRIC | 2/28/13 | SL | 12 | 3,370 | 1,603 | 1,767 |
| PUMP,FRISTAM,FPX-712 | 2/28/13 | SL | 12 | 1,720 | 818 | 902 |
| MINCEMASTER RBLD 67783 | 2/28/13 | SL | 12 | 9,908 | 4,712 | 5,196 |
| MINCEMASTER,RBLD #67786 | 2/28/13 | SL | 12 | 5,866 | 2,790 | 3,076 |
| CONDENSATE PANS,SS | 2/28/13 | SL | 12 | 4,678 | 2,225 | 2,453 |
| STANDS,SS (6) | 2/28/13 | SL | 12 | 875 | 416 | 459 |
| PUMP, FOR HOPPER #1 | 2/28/13 | SL | 12 | 8,675 | 4,126 | 4,550 |
| PUMP, FOR HOPPER #3 | 2/28/13 | SL | 12 | 9,391 | 4,466 | 4,925 |
| STARTER COMPRESSOR #4 | 2/28/13 | SL | 12 | 3,688 | 1,754 | 1,934 |
| PUMP, VACUUM VANE | 2/28/13 | SL | 12 | 27,554 | 13,104 | 14,450 |
| HEAT EXCHANGER | 2/28/13 | SL | 12 | 5,333 | 2,536 | 2,797 |
| DOOR SEALS,SHIP DOCK (8) | 2/28/13 | SL | 12 | 12,872 | 6,121 | 6,750 |
| STAND, VACUUM PUMP | 2/28/13 | SL | 12 | 1,374 | 654 | 721 |
| OVEN#4 RECONDITION | 2/28/13 | SL | 12 | 134,674 | 64,047 | 70,627 |
| PACKAGER,RAPIDPAK,ATDL | 2/28/13 | SL | 12 | 28,760 | 13,678 | 15,083 |
| RAIL SCALE,INSTALLATION | 2/28/13 | SL | 12 | 3,827 | 1,820 | 2,007 |
| PALLET JACK,WALKIE RIDER | 2/28/13 | SL | 12 | 3,427 | 1,630 | 1,797 |
| PALLET JACK,WALKIE RIDER | 2/28/13 | SL | 12 | 3,427 | 1,630 | 1,797 |
| PALLET JACK,WALKIE RIDER | 2/28/13 | SL | 12 | 3,427 | 1,630 | 1,797 |
| PALLET JACK,WALKIE RIDER | 2/28/13 | SL | 12 | 3,427 | 1,630 | 1,797 |
| COMPRESSOR RBLD | 2/28/13 | SL | 12 | 5,797 | 2,757 | 3,040 |
| FANS, WALL MOUNT | 2/28/13 | SL | 12 | 14,562 | 6,925 | 7,637 |

**Zacky & Sons Poultry, LLC**
**Case #2:18-bk-23361-RK**
**Fixed Asset List - Other Equipment**

| DESCRIPTION | ACQ | DM | LF | BEGBASIS | Accum Dep | NBV |
|---|---|---|---|---|---|---|
| SQUEEGEE HOLDER (2) | 2/28/13 | SL | 12 | 4,172 | 1,984 | 2,188 |
| BOILER FOOTINGS | 2/28/13 | SL | 12 | 16,050 | 7,633 | 8,417 |
| STANDS (4),DRY GOODS | 2/28/13 | SL | 12 | 1,669 | 794 | 875 |
| CONTROLLER,DIGITAL | 2/28/13 | SL | 12 | 940 | 447 | 493 |
| PLANET FRANK LOADER, ADTL | 2/28/13 | SL | 12 | 25,284 | 12,024 | 13,260 |
| CONDENSATE PANS,INSTL | 2/28/13 | SL | 12 | 22,522 | 10,711 | 11,811 |
| WELDER,DC TIG/STICK | 2/28/13 | SL | 12 | 1,515 | 720 | 794 |
| TANK,CONDENSATE BLOW DOWN | 2/28/13 | SL | 12 | 3,648 | 1,735 | 1,913 |
| BOX UNIT, VACUUM PEELER | 2/28/13 | SL | 12 | 7,887 | 3,751 | 4,136 |
| PUMP STANDS | 2/28/13 | SL | 12 | 1,183 | 563 | 621 |
| PALLET JACK, 11000 P | 2/28/13 | SL | 12 | 1,393 | 663 | 731 |
| MOTOR & STARTER COMPRES#2 | 2/28/13 | SL | 12 | 11,672 | 5,551 | 6,121 |
| PUMP, WAUKESHA 134 | 2/28/13 | SL | 12 | 5,153 | 2,451 | 2,702 |
| BRINE CHILLER UPGRD | 2/28/13 | SL | 12 | 7,862 | 3,739 | 4,123 |
| BRIEN CHILLER,UPGRD | 2/28/13 | SL | 12 | 7,862 | 3,739 | 4,123 |
| TUBE BUNDLE | 2/28/13 | SL | 12 | 7,622 | 3,625 | 3,997 |
| WATER SOFTNER 3TANK SYS | 2/28/13 | SL | 12 | 27,164 | 12,918 | 14,245 |
| CHAIN ROLLER,RAPID PAK | 2/28/13 | SL | 12 | 13,939 | 6,629 | 7,310 |
| STAND, RACKING (3) S.S | 2/28/13 | SL | 12 | 2,772 | 1,318 | 1,454 |
| SCALE, PORTABLE,BARREL | 2/28/13 | SL | 12 | 1,688 | 803 | 885 |
| SANITATION CARTS(3) S.S | 2/28/13 | SL | 12 | 5,640 | 2,682 | 2,958 |
| DRAIN TRAY,VEMAG CART | 2/28/13 | SL | 12 | 5,751 | 2,735 | 3,016 |
| SCALE, CHECK WEIGHER | 2/28/13 | SL | 12 | 1,275 | 606 | 668 |
| GALESH VACUUM TUMBLER MOF | 2/28/13 | SL | 12 | 6,213 | 2,955 | 3,258 |
| CONVEYOR, PACKOUT | 2/28/13 | SL | 12 | 41,028 | 19,512 | 21,516 |
| SCREEN PANS,HOT DOG MIX 2 | 2/28/13 | SL | 12 | 3,758 | 1,787 | 1,971 |
| MP2 CMMS | 2/28/13 | SL | 12 | 6,756 | 3,213 | 3,543 |
| VACUUM PUMP | 2/28/13 | SL | 12 | 7,897 | 3,756 | 4,142 |
| BOOSTER PUMP | 2/28/13 | SL | 12 | 11,758 | 5,592 | 6,166 |
| VACUUM PUMP | 2/28/13 | SL | 12 | 7,897 | 3,756 | 4,142 |
| CONDENSATE TANK | 2/28/13 | SL | 12 | 12,340 | 5,869 | 6,472 |
| BATTERY,DEKA,FORKLIFT | 2/28/13 | SL | 12 | 3,172 | 1,509 | 1,664 |
| STUFFER, POLY CLIP | 2/28/13 | SL | 12 | 153,162 | 72,839 | 80,323 |
| SMOKE TRITRATION SYSTEM | 2/28/13 | SL | 12 | 26,812 | 12,751 | 14,061 |
| CLEANER, ULTRASONIC | 2/28/13 | SL | 12 | 2,367 | 1,126 | 1,242 |
| CHAIN, RAPIDPAK,LINE 11 | 2/28/13 | SL | 12 | 36,533 | 17,374 | 19,159 |
| OVEN BATCH #2 RECONDITION | 2/28/13 | SL | 12 | 104,747 | 49,815 | 54,933 |
| BUNTING LIQ TRAP MAGNET | 2/28/13 | SL | 12 | 7,720 | 3,671 | 4,048 |
| PUMP,VACUUM,BUSCH630 | 2/28/13 | SL | 12 | 5,836 | 2,775 | 3,061 |
| BOILER BURNER | 2/28/13 | SL | 12 | 34,551 | 16,432 | 18,120 |
| PALLET JACK, WALKIE | 2/28/13 | SL | 3 | 2,037 | 2,037 | - |
| DULA TANK MIX/CHILL SYST | 2/28/13 | SL | 12 | 76,201 | 36,239 | 39,962 |
| DRAIN CLEAN MACHINE | 2/28/13 | SL | 12 | 3,175 | 1,510 | 1,665 |
| TIROMAT 560 | 2/28/13 | SL | 12 | 246,073 | 117,025 | 129,048 |
| INJECTOR, MEPSCO | 2/28/13 | SL | 12 | 172,657 | 82,110 | 90,546 |
| CART,NEEDLE MODULE STORAG | 2/28/13 | SL | 12 | 1,830 | 870 | 960 |
| CABINET,MODULAR PART | 2/28/13 | SL | 12 | 2,357 | 1,121 | 1,236 |
| OVEN,CONTROL RPL #5 | 2/28/13 | SL | 12 | 54,971 | 26,143 | 28,828 |
| OVEN, CONTROL RPL #1 | 2/28/13 | SL | 12 | 54,971 | 26,143 | 28,828 |
| OVEN,CONTROL RPL #2 | 2/28/13 | SL | 12 | 54,971 | 26,143 | 28,828 |
| EOD LEVELORS | 2/28/13 | SL | 12 | 3,610 | 1,717 | 1,893 |
| HORN STROBE | 2/28/13 | SL | 12 | 2,309 | 1,098 | 1,211 |
| C02 FREEZER TUNNEL | 2/28/13 | SL | 12 | 68,788 | 32,714 | 36,074 |
| FORKLIFT, SLIP SHEET | 2/28/13 | SL | 12 | 8,349 | 3,971 | 4,379 |
| BOLZONI PUSH PULL ATTACH | 2/28/13 | SL | 12 | 4,696 | 2,233 | 2,463 |
| 100 48X40 PALLETS PLASTIC | 2/28/13 | SL | 12 | 7,555 | 3,593 | 3,962 |

**Zacky & Sons Poultry, LLC**
**Case #2:18-bk-23361-RK**
**Fixed Asset List - Other Equipment**

| DESCRIPTION | ACQ | DM | LF | BEGBASIS | Accum Dep | NBV |
|---|---|---|---|---|---|---|
| PALLET JACK-HAND OPERATED | 2/28/13 | SL | 12 | 1,523 | 724 | 799 |
| RED ARROW POWERSMOKER | 2/28/13 | SL | 12 | 4,063 | 1,932 | 2,131 |
| PUMP, HYDRAULIC, DOCK LEV | 2/28/13 | SL | 12 | 6,970 | 3,315 | 3,655 |
| HYDRAULIC PIT LEVELER | 2/28/13 | SL | 12 | 9,556 | 4,544 | 5,011 |
| PUMP, BUSCH 630 VACUUM | 2/28/13 | SL | 12 | 6,618 | 3,148 | 3,471 |
| TRANSFORMER FOR LINKERS | 2/28/13 | SL | 12 | 8,987 | 4,274 | 4,713 |
| OIL TANK, AMMONIA SYSTEM | 2/28/13 | SL | 12 | 4,853 | 2,308 | 2,545 |
| LUNG GUNS,MECHANICAL | 2/28/13 | SL | 12 | 2,433 | 1,157 | 1,276 |
| CNVYR,SS,WASHDOWN | 2/28/13 | SL | 12 | 4,362 | 2,074 | 2,287 |
| CNVYR,SS,GRAVITY | 2/28/13 | SL | 12 | 2,846 | 1,353 | 1,492 |
| GAS ACCUMULATOR TANK | 2/28/13 | SL | 12 | 1,105 | 525 | 579 |
| GAS FLUSH UNIT, CORVAC | 2/28/13 | SL | 12 | 16,133 | 7,673 | 8,461 |
| WALL & METAL DOORS | 2/28/13 | SL | 12 | | - | - |
| MOTOR CONTROL | 2/28/13 | SL | 12 | | - | - |
| INSULATE ACCUMULATOR | 2/28/13 | SL | 12 | | - | - |
| 12 CYL 4412 VILTER | 2/28/13 | SL | 12 | 8 | 4 | 4 |
| OSSID 500 STRETCH WP | 2/28/13 | SL | 12 | 1,170 | 556 | 613 |
| OSSID 500 SEAL'G UNT | 2/28/13 | SL | 12 | 160 | 76 | 84 |
| WEILER GRINDER | 2/28/13 | SL | 12 | 287 | 136 | 151 |
| PRINCE DEBONER | 2/28/13 | SL | 12 | 515 | 245 | 270 |
| VAT DUMPERS (2) | 2/28/13 | SL | 12 | 53 | 25 | 28 |
| VAT DUMPER | 2/28/13 | SL | 12 | 53 | 25 | 28 |
| VMAG STUFFER | 2/28/13 | SL | 12 | 184 | 87 | 96 |
| CHUB MACHINE | 2/28/13 | SL | 12 | 552 | 262 | 289 |
| SURFC HEAT EXCHANGER | 2/28/13 | SL | 12 | 415 | 197 | 218 |
| WST/WTR LIFT STATION | 2/28/13 | SL | 12 | 61 | 29 | 32 |
| SEYDELMAN GRINDER | 2/28/13 | SL | 12 | 465 | 221 | 244 |
| PRINCE AUGER | 2/28/13 | SL | 12 | 35 | 16 | 18 |
| CO2 GAS ANALYZER | 2/28/13 | SL | 12 | 39 | 19 | 21 |
| KNIFE, WIZZARD | 2/28/13 | SL | 12 | 22 | 10 | 12 |
| KNIFE, WIZZARD | 2/28/13 | SL | 12 | 22 | 10 | 12 |
| KNIVES, WIZZARD (2) | 2/28/13 | SL | 12 | 40 | 19 | 21 |
| VMAG VERT COL DUMPER | 2/28/13 | SL | 12 | 49 | 24 | 26 |
| HOT WATER SHRINK TUNNEL | 2/28/13 | SL | 12 | 442 | 210 | 232 |
| AUGER-WIELER GRINDER | 2/28/13 | SL | 12 | 152 | 72 | 80 |
| DAPEC THIGH DEBONER | 2/28/13 | SL | 12 | 3,297 | 1,568 | 1,729 |
| METAL DETECTOR, PIPELINE | 2/28/13 | SL | 12 | 497 | 236 | 261 |
| STEP-IN COOLER | 2/28/13 | SL | 12 | 119 | 57 | 62 |
| ULMA HERMETIC SEAL TEST U | 2/28/13 | SL | 12 | 117 | 56 | 61 |
| FEED WATER RETURN | 2/28/13 | SL | 12 | 271 | 129 | 142 |
| BLOWDOWN TANK | 2/28/13 | SL | 12 | 167 | 80 | 88 |
| CHEMICAL FEED SYSTEM | 2/28/13 | SL | 12 | 35 | 17 | 18 |
| HEAT EXCHANGER | 2/28/13 | SL | 12 | 353 | 168 | 185 |
| NATURAL GAS LINE UPGRADE | 2/28/13 | SL | 12 | 74 | 35 | 39 |
| AIR CURTAINS/W MOTORS&BLO | 2/28/13 | SL | 12 | 195 | 93 | 102 |
| PLUMBING-EQUIPMENT | 2/28/13 | SL | 12 | 67 | 32 | 35 |
| GREASE TANK-1500 GAL. | 2/28/13 | SL | 12 | 169 | 80 | 89 |
| TRAINING TABLE | 2/28/13 | SL | 12 | 177 | 84 | 93 |
| REHANG ACCUMULATION CNVYR | 2/28/13 | SL | 12 | 345 | 164 | 181 |
| DRUMSTICK TRNSFR CNVYR | 2/28/13 | SL | 12 | 201 | 96 | 106 |
| THIGH TRNSF CONVEYOR | 2/28/13 | SL | 12 | 158 | 75 | 83 |
| THIGH BYPASS TSFR CNVY | 2/28/13 | SL | 12 | 182 | 87 | 95 |
| SKIN INCLINE CONVEYOR 10" | 2/28/13 | SL | 12 | 166 | 79 | 87 |
| THIGH INCLINE CONVYR 14" | 2/28/13 | SL | 12 | 160 | 76 | 84 |
| THIGH DEBNE TSFR CONV 18" | 2/28/13 | SL | 12 | 194 | 92 | 102 |
| THIGH DEBNR-BNE CNVYR 12" | 2/28/13 | SL | 12 | 141 | 67 | 74 |

**Zacky & Sons Poultry, LLC**
**Case #2:18-bk-23361-RK**
**Fixed Asset List - Other Equipment**

| DESCRIPTION | ACQ | DM | LF | BEGBASIS | Accum Dep | NBV |
|---|---|---|---|---|---|---|
| THIGH TRIM TSFR CNVYR 30" | 2/28/13 | SL | 12 | 829 | 394 | 435 |
| THIGH TRIM TSFR CNVYR 12" | 2/28/13 | SL | 12 | 167 | 79 | 88 |
| WHTE BALL/FLT MCLE CNV24" | 2/28/13 | SL | 12 | 207 | 99 | 109 |
| WHTE BALL/FLT MCLE CNV10" | 2/28/13 | SL | 12 | 159 | 76 | 83 |
| SCAPULA/WSHBN TSFR CNV24" | 2/28/13 | SL | 12 | 207 | 99 | 109 |
| SCAPULA/WSHBN TSFR CNV10" | 2/28/13 | SL | 12 | 159 | 76 | 83 |
| WING TSFR CNVYR 24" | 2/28/13 | SL | 12 | 225 | 107 | 118 |
| WING TSFR CONVEYOR 10" | 2/28/13 | SL | 12 | 159 | 76 | 83 |
| WING TSFR CONVEYOR 24" | 2/28/13 | SL | 12 | 172 | 82 | 90 |
| WING TSFR CONVEYOR 10" | 2/28/13 | SL | 12 | 159 | 76 | 83 |
| BREAST TSFR CONVEYOR 24" | 2/28/13 | SL | 12 | 217 | 103 | 114 |
| BREASE SKIN TSF CNVYR 10" | 2/28/13 | SL | 12 | 157 | 75 | 82 |
| BREAST BYPASS TSFR CNV24" | 2/28/13 | SL | 12 | 198 | 94 | 104 |
| BREAST TRIM CONVEYOR 36" | 2/28/13 | SL | 12 | 912 | 434 | 478 |
| SKIN INCLINE CONVEYR 10" | 2/28/13 | SL | 12 | 171 | 81 | 90 |
| BREAST INCL TSFR CONV 12" | 2/28/13 | SL | 12 | 161 | 77 | 84 |
| TENDER TSFR CNVYR 12" | 2/28/13 | SL | 12 | 161 | 77 | 85 |
| TENDER DEGRISTLER CNVY12" | 2/28/13 | SL | 12 | 256 | 122 | 134 |
| CARCASS TSFR CPMVEYR 24" | 2/28/13 | SL | 12 | 238 | 113 | 125 |
| PARTS PACKING CNVYR 24" | 2/28/13 | SL | 12 | 194 | 92 | 102 |
| POWER BOXFLOW CONVEYOR | 2/28/13 | SL | 12 | 322 | 153 | 169 |
| WHIZARD KNIFE MDL:505M | 2/28/13 | SL | 12 | 1,275 | 606 | 669 |
| WHIZARD KNIFE MDL:850 | 2/28/13 | SL | 12 | 359 | 171 | 188 |
| WHIZARD KNIFE MDG:350M | 2/28/13 | SL | 12 | 127 | 61 | 67 |
| WHIZARD KNIFE MDL: 625M | 2/28/13 | SL | 12 | 260 | 124 | 136 |
| HYDRAULIC POWER UNIT | 2/28/13 | SL | 12 | 1,059 | 504 | 555 |
| COMBO BIN DUMPERS 3000# | 2/28/13 | SL | 12 | 1,589 | 756 | 833 |
| DEICE TABLE | 2/28/13 | SL | 12 | 98 | 47 | 52 |
| O/H TURKEY CONE LINE | 2/28/13 | SL | 12 | 2,948 | 1,402 | 1,546 |
| TURKEY SKINNER | 2/28/13 | SL | 12 | 1,971 | 937 | 1,034 |
| ERGONOMOCI STANDS | 2/28/13 | SL | 12 | 464 | 220 | 243 |
| USED TKY TENDERLOIN DEGRI | 2/28/13 | SL | 12 | 1,773 | 843 | 930 |
| ROSS SLICER | 2/28/13 | SL | 12 | 1,023 | 487 | 537 |
| ALASKA GAS FLUSH OVWRP | 2/28/13 | SL | 12 | 4,977 | 2,367 | 2,610 |
| ALASKA AUTO INFD INDEXER | 2/28/13 | SL | 12 | 602 | 286 | 316 |
| ALASKA HRS-300 SHRK TUNNE | 2/28/13 | SL | 12 | 829 | 394 | 435 |
| ALASKA ELECTRIC PHOTOCELL | 2/28/13 | SL | 12 | 159 | 75 | 83 |
| REISER INLINE GRINDER | 2/28/13 | SL | 12 | 356 | 169 | 187 |
| REISER GRINDER HORN | 2/28/13 | SL | 12 | 71 | 34 | 37 |
| REISER SAUSAGEHORN | 2/28/13 | SL | 12 | 91 | 43 | 48 |
| AMFEC BLENDER MODIFY | 2/28/13 | SL | 12 | 980 | 466 | 514 |
| AMFEC DUMPER | 2/28/13 | SL | 12 | 303 | 144 | 159 |
| DUMPER PORTABLE BASE | 2/28/13 | SL | 12 | 59 | 28 | 31 |
| COMBO DUMPERS | 2/28/13 | SL | 12 | 1,778 | 846 | 933 |
| VACUUM HOPPER 5000# | 2/28/13 | SL | 12 | 589 | 280 | 309 |
| 12 APRON HANGERS MOUNTED | 2/28/13 | SL | 12 | 52 | 25 | 27 |
| FABCO BONE-IN HOPPER | 2/28/13 | SL | 12 | 59 | 28 | 31 |
| FABCO BONE-IN CONVEYOR | 2/28/13 | SL | 12 | 396 | 188 | 208 |
| FABCO UNDERGRADE TABLES | 2/28/13 | SL | 12 | 114 | 54 | 60 |
| FABCO INSPECTION TABLE | 2/28/13 | SL | 12 | 29 | 14 | 15 |
| FABCO INSPECTION TABLE | 2/28/13 | SL | 12 | 29 | 14 | 15 |
| FABCO TRAY CONVEYOR | 2/28/13 | SL | 12 | 103 | 49 | 54 |
| FABCO TRAY CNVYR | 2/28/13 | SL | 12 | 283 | 135 | 148 |
| FABCO TRAY CONVEYOR | 2/28/13 | SL | 12 | 131 | 62 | 68 |
| SAUSAGE STUFFING TABLE | 2/28/13 | SL | 12 | 25 | 12 | 13 |
| SAUSAGE TRANSFER CHUTE | 2/28/13 | SL | 12 | 35 | 17 | 18 |

**Zacky & Sons Poultry, LLC**
**Case #2:18-bk-23361-RK**
**Fixed Asset List - Other Equipment**

| DESCRIPTION | ACQ | DM | LF | BEGBASIS | Accum Dep | NBV |
|---|---|---|---|---|---|---|
| FABCO TRAY CONVEYOR | 2/28/13 | SL | 12 | 143 | 68 | 75 |
| SAUSAGE LOADING CONVEYOR | 2/28/13 | SL | 12 | 190 | 90 | 100 |
| TRAY ACCUMULATION TABLE | 2/28/13 | SL | 12 | 29 | 14 | 15 |
| FABCO TRAY CONVEYOR | 2/28/13 | SL | 12 | 103 | 49 | 54 |
| FABCO PACKING CONVEYOR | 2/28/13 | SL | 12 | 698 | 332 | 366 |
| HOPPER & INCLINE CONVYR | 2/28/13 | SL | 12 | 180 | 86 | 94 |
| QA INSPECTION TABLE | 2/28/13 | SL | 12 | 50 | 24 | 26 |
| PAD PLACE TABLE | 2/28/13 | SL | 12 | 36 | 17 | 19 |
| CUTTING TABLE | 2/28/13 | SL | 12 | 50 | 24 | 26 |
| 19 TRAY HANGERS | 2/28/13 | SL | 12 | 67 | 32 | 35 |
| AMFEC CHILLER 85000BTU | 2/28/13 | SL | 12 | 443 | 211 | 233 |
| AMFEC TUMBLER 5000# | 2/28/13 | SL | 12 | 1,970 | 937 | 1,033 |
| AMFEC MEAT SAW | 2/28/13 | SL | 12 | 117 | 56 | 61 |
| URSCHEL STRIPPER CUTTER | 2/28/13 | SL | 12 | 1,029 | 490 | 540 |
| FAMCO SAUSAGE LINKER | 2/28/13 | SL | 12 | 579 | 275 | 304 |
| DEVRO Z-LINKER BRKFST SGE | 2/28/13 | SL | 12 | 409 | 195 | 215 |
| VEMAG BUGGIES 400# | 2/28/13 | SL | 12 | 234 | 111 | 123 |
| 15" BLOWER | 2/28/13 | SL | 12 | 24 | 11 | 12 |
| THERMCO 02/CO2 MIXER | 2/28/13 | SL | 12 | 321 | 153 | 168 |
| DAPEC THIGH DEBONER | 2/28/13 | SL | 12 | 139 | 66 | 73 |
| HYDRAULIC PUMP CONTROLS | 2/28/13 | SL | 12 | 92 | 44 | 48 |
| TRAYPACK REFRIG. SYSTEM | 2/28/13 | SL | 12 | 5,117 | 2,433 | 2,683 |
| QUINCEY COMPRESSOR 50HP | 2/28/13 | SL | 12 | 620 | 295 | 325 |
| CO2 PIPING | 2/28/13 | SL | 12 | 323 | 153 | 169 |
| DENESTER FOR TRAY PACK | 2/28/13 | SL | 12 | 566 | 269 | 297 |
| SEYDELMAN GRINDER | 2/28/13 | SL | 12 | 863 | 410 | 453 |
| FABCO TRAY CONVEYOR | 2/28/13 | SL | 12 | 143 | 68 | 75 |
| CONVEYR EXHAUST/DUCTING | 2/28/13 | SL | 12 | 978 | 465 | 513 |
| ULMA INFEED LINE MODIFIC | 2/28/13 | SL | 12 | 270 | 128 | 142 |
| HOT H2O SHRINK TUNNEL | 2/28/13 | SL | 12 | 519 | 247 | 272 |
| CO2 TANK AND SLAB | 2/28/13 | SL | 12 | 7,703 | 3,663 | 4,040 |
| BUSS DUCT | 2/28/13 | SL | 12 | 1,987 | 945 | 1,042 |
| HOUSING/AUGER FOR GRINDER | 2/28/13 | SL | 12 | 4,706 | 2,238 | 2,468 |
| MSM SCREEN UPGRADE | 2/28/13 | SL | 12 | 1,951 | 928 | 1,023 |
| CROWN RIDER PALLET JACK | 2/28/13 | SL | 12 | 2,226 | 1,059 | 1,167 |
| SS SCALE STAND W/ROLLERS | 2/28/13 | SL | 12 | 456 | 217 | 239 |
| CONVEYOR UPGRADES TRAYPAC | 2/28/13 | SL | 12 | 1,393 | 662 | 730 |
| BETTCHER WIZZARD KNIVE | 2/28/13 | SL | 12 | 3,773 | 1,794 | 1,979 |
| SS LOAF SLICER CHUTE (R&D | 2/28/13 | SL | 12 | 245 | 116 | 128 |
| OSSID 750E OVERWRAP SYSTM | 2/28/13 | SL | 12 | 119,210 | 56,693 | 62,517 |
| OSSID AUTO-INDEXER | 2/28/13 | SL | 12 | 11,698 | 5,563 | 6,135 |
| OSSID END SEAL SHRINK | 2/28/13 | SL | 12 | 21,925 | 10,427 | 11,498 |
| OSSID GAS FLUSH KIT | 2/28/13 | SL | 12 | 5,326 | 2,533 | 2,793 |
| UNIVERSAL LABEL SYSTEM | 2/28/13 | SL | 12 | 2,541 | 1,208 | 1,333 |
| CROWN RIDER PALLET JACK | 2/28/13 | SL | 12 | 2,439 | 1,160 | 1,279 |
| SS BELT WASHER | 2/28/13 | SL | 12 | 1,496 | 711 | 784 |
| SS CYLINDER CAGE-TRAYPACK | 2/28/13 | SL | 12 | 2,088 | 993 | 1,095 |
| SAFETY COVERS/BLAST TUNNL | 2/28/13 | SL | 12 | 698 | 332 | 366 |
| TRAYPACK CONVEYORS | 2/28/13 | SL | 12 | 2,537 | 1,206 | 1,330 |
| DISCHARGE CHUTE | 2/28/13 | SL | 12 | 1,409 | 670 | 739 |
| SCALE RAMP | 2/28/13 | SL | 12 | 710 | 338 | 373 |
| DAPEC THIGH DEBONER | 2/28/13 | SL | 12 | 45,472 | 21,625 | 23,847 |
| Z INCLINE SS HYD CONVEYOR | 2/28/13 | SL | 12 | 2,373 | 1,129 | 1,245 |
| Z CLEATED SS HYD CONVEYOR | 2/28/13 | SL | 12 | 3,730 | 1,774 | 1,956 |
| INTERLOCK BELT SS HYD CNV | 2/28/13 | SL | 12 | 2,373 | 1,129 | 1,245 |
| T/P HYD CONVEYOR 10X48 | 2/28/13 | SL | 12 | 4,502 | 2,141 | 2,361 |

**Zacky & Sons Poultry, LLC**
**Case #2:18-bk-23361-RK**
**Fixed Asset List - Other Equipment**

| DESCRIPTION | ACQ | DM | LF | BEGBASIS | Accum Dep | NBV |
|---|---|---|---|---|---|---|
| L-SHAPE T/P CONVEYR 10X29 | 2/28/13 | SL | 12 | 2,720 | 1,293 | 1,426 |
| H/D SS BIN DUMPER | 2/28/13 | SL | 12 | 5,683 | 2,702 | 2,980 |
| DANSENSOR GAS CONTROLLER | 2/28/13 | SL | 12 | 7,633 | 3,630 | 4,003 |
| SS 7' TSFR CONVEYOR | 2/28/13 | SL | 12 | 1,866 | 887 | 978 |
| TRAYPACK MODIFICATIONS | 2/28/13 | SL | 12 | 780 | 371 | 409 |
| HYDRAULIC PIPE IN CUTUP | 2/28/13 | SL | 12 | 871 | 414 | 457 |
| DAPEC BELTS | 2/28/13 | SL | 12 | 490 | 233 | 257 |
| DRUM CROSSOVER CONVEYOR | 2/28/13 | SL | 12 | 2,717 | 1,292 | 1,425 |
| THIGH CROSSOVER CONVEYOR | 2/28/13 | SL | 12 | 2,683 | 1,276 | 1,407 |
| INCLINE CONVEYOR | 2/28/13 | SL | 12 | 1,605 | 763 | 842 |
| DRIP PANS & CHUTE-CUTUP | 2/28/13 | SL | 12 | 1,043 | 496 | 547 |
| SS CONVEYOR-TRAY PACK | 2/28/13 | SL | 12 | 3,440 | 1,636 | 1,804 |
| OSSID NDA SEAL STAND | 2/28/13 | SL | 12 | 708 | 337 | 371 |
| HD DRAWER PARTS CABINET | 2/28/13 | SL | 12 | 1,255 | 597 | 658 |
| ADTL DAPEC THIGH DEBONER | 2/28/13 | SL | 12 | 3,734 | 1,776 | 1,958 |
| BATTERY LIFT BRIDGE CRANE | 2/28/13 | SL | 12 | 7,989 | 3,799 | 4,190 |
| HG3 KNIFE SHARPENER | 2/28/13 | SL | 12 | 5,854 | 2,784 | 3,070 |
| HONER KNIFE SHARPENER | 2/28/13 | SL | 12 | 5,318 | 2,529 | 2,789 |
| POSS GRINDER | 2/28/13 | SL | 12 | 128,904 | 61,303 | 67,601 |
| CATWALK, M.S. | 2/28/13 | SL | 12 | 1,972 | 938 | 1,034 |
| S/S GRINDER CONVEYOR | 2/28/13 | SL | 12 | 2,459 | 1,169 | 1,290 |
| CATWALK, M.S. | 2/28/13 | SL | 12 | 862 | 410 | 452 |
| BATTERY FORKLIFT | 2/28/13 | SL | 12 | 1,084 | 516 | 569 |
| BATTERY FORKLIFT | 2/28/13 | SL | 12 | 1,084 | 516 | 569 |
| BATTERY FORKLIFT | 2/28/13 | SL | 12 | 1,114 | 530 | 584 |
| BATTERY FORKLIFT | 2/28/13 | SL | 12 | 1,114 | 530 | 584 |
| NUTEC PATTY MACHINE | 2/28/13 | SL | 12 | 57,482 | 27,337 | 30,145 |
| PALLET JACK CROWN | 2/28/13 | SL | 12 | 2,988 | 1,421 | 1,567 |
| BATTERY FORKLIFT 24V WORKHOG | 2/28/13 | SL | 12 | 1,086 | 517 | 570 |
| BATTERY FORKLIFT | 2/28/13 | SL | 12 | 1,128 | 537 | 592 |
| BATTERY FORKLIFT | 2/28/13 | SL | 12 | 1,128 | 537 | 592 |
| E-Z TEC DSP METAL DETECTO | 2/28/13 | SL | 12 | 7,531 | 3,582 | 3,950 |
| PUMP WAUKESHA | 2/28/13 | SL | 12 | 6,452 | 3,068 | 3,383 |
| BATTERY FORKLIFT DEKA SB175 GRAY | 2/28/13 | SL | 12 | 1,325 | 630 | 695 |
| BATTERY FORKLIFT DEKA SB175 GRAY | 2/28/13 | SL | 12 | 1,325 | 630 | 695 |
| BATTERY FORKLIFT | 2/28/13 | SL | 12 | 1,343 | 639 | 704 |
| BATTERY FORKLIFT | 2/28/13 | SL | 12 | 1,343 | 639 | 704 |
| WATER SOFTENER | 2/28/13 | SL | 12 | 2,351 | 1,118 | 1,233 |
| FORKLIFT, CATEPILLAR ID# 23360 | 2/28/13 | SL | 12 | 7,059 | 3,357 | 3,702 |
| BINDUMPER, MALAVAC | 2/28/13 | SL | 12 | 3,387 | 1,611 | 1,776 |
| METAL DETECTOR EZ TEC | 2/28/13 | SL | 12 | 13,004 | 6,184 | 6,820 |
| HOIST SWING ARM | 2/28/13 | SL | 12 | 3,028 | 1,440 | 1,588 |
| CART,DOUBLEDECK,SS | 2/28/13 | SL | 12 | 724 | 344 | 380 |
| VE-MAG HOPPER ASSEMBLY | 2/28/13 | SL | 12 | 10,811 | 5,141 | 5,670 |
| CENTRE BEARING-PDX 5 | 2/28/13 | SL | 12 | 1,846 | 878 | 968 |
| SCREENS, SET-USED | 2/28/13 | SL | 12 | 2,445 | 1,163 | 1,282 |
| DEBONING SCEW | 2/28/13 | SL | 12 | 4,152 | 1,975 | 2,178 |
| AUTORESTRICTOR | 2/28/13 | SL | 12 | 3,210 | 1,527 | 1,684 |
| SCREENS,SET-NEW | 2/28/13 | SL | 12 | 4,465 | 2,123 | 2,342 |
| KNIFE ASSEMBLY | 2/28/13 | SL | 12 | 2,566 | 1,220 | 1,346 |
| TENDER TENDON PULLER | 2/28/13 | SL | 12 | 46,095 | 21,921 | 24,173 |
| NUTEC 8OZ PATTY PARTS | 2/28/13 | SL | 12 | 6,042 | 2,873 | 3,169 |
| BASKET,BIN DUMPER | 2/28/13 | SL | 12 | 2,762 | 1,313 | 1,448 |
| STORAGE CONTAINER LOCKABL | 2/28/13 | SL | 12 | 878 | 417 | 460 |
| POSS THRUST HOUSING | 2/28/13 | SL | 12 | 5,566 | 2,647 | 2,919 |
| COMPRESSOR REBILD | 2/28/13 | SL | 12 | 8,717 | 4,146 | 4,572 |

**Zacky & Sons Poultry, LLC**
**Case #2:18-bk-23361-RK**
**Fixed Asset List - Other Equipment**

| DESCRIPTION | ACQ | DM | LF | BEGBASIS | Accum Dep | NBV |
|---|---|---|---|---|---|---|
| PALLET JACK,CROWN | 2/28/13 | SL | 12 | 1,972 | 938 | 1,034 |
| BELT FOR CONVEYOR INTRALO | 2/28/13 | SL | 12 | 6,332 | 3,011 | 3,321 |
| PUMP,VACUUM,VOONER | 2/28/13 | SL | 12 | 4,422 | 2,103 | 2,319 |
| VACUUM PUMP FOR TUMBLER | 2/28/13 | SL | 12 | 6,240 | 2,968 | 3,273 |
| PUMP,HIGH PRESSURE | 2/28/13 | SL | 12 | 2,172 | 1,033 | 1,139 |
| DENESTER,BASKETS (210) | 2/28/13 | SL | 12 | 5,585 | 2,656 | 2,929 |
| GAS ANALYZER | 2/28/13 | SL | 12 | 3,084 | 1,466 | 1,617 |
| PRINTER,INKJET | 2/28/13 | SL | 12 | 6,662 | 3,168 | 3,494 |
| NUTEC 6.1OZ PATTY FORMS | 2/28/13 | SL | 12 | 4,274 | 2,033 | 2,241 |
| BOILER/IRON FIREMAN 100HP | 2/28/13 | SL | 12 | 33,102 | 15,742 | 17,360 |
| ROTARY ACTUATOR | 2/28/13 | SL | 12 | 2,664 | 1,267 | 1,397 |
| PUMP, SEWAGE, SUB | 2/28/13 | SL | 12 | 1,410 | 670 | 739 |
| SLICER,SCALLOPINI | 2/28/13 | SL | 12 | 78,411 | 37,290 | 41,121 |
| SEYDELMAN GRINDER UPGR | 2/28/13 | SL | 12 | 22,573 | 10,735 | 11,838 |
| CART,SANITATION | 2/28/13 | SL | 12 | 1,273 | 605 | 668 |
| CART,SANITATION | 2/28/13 | SL | 12 | 1,273 | 605 | 668 |
| STEAM CLEANER | 2/28/13 | SL | 12 | 3,471 | 1,651 | 1,820 |
| GOLF CART,ELEC 2006 | 2/28/13 | SL | 12 | 2,526 | 1,201 | 1,325 |
| TABLE,SAW,SS | 2/28/13 | SL | 12 | 2,318 | 1,102 | 1,215 |
| STANDS,TUB HOLDER SS(2) | 2/28/13 | SL | 12 | 1,020 | 485 | 535 |
| FORKLIFT 2007 MITSUBISHI 3 STAGE W/REACO BATTERY & EXCIDE CH | 2/28/13 | SL | 12 | 15,412 | 7,330 | 8,083 |
| GAS ANALYZER,DANSENSOR | 2/28/13 | SL | 12 | 20,651 | 9,821 | 10,830 |
| SCALE,IN LINE,OSSID | 2/28/13 | SL | 12 | 83,427 | 39,675 | 43,752 |
| FRONT FLANGE FOR PDX5 | 2/28/13 | SL | 12 | 8,568 | 4,075 | 4,493 |
| GAS ANALYZER, MOCON | 2/28/13 | SL | 12 | 7,148 | 3,399 | 3,748 |
| DETECTOR,METAL,EZ TEC | 2/28/13 | SL | 12 | 18,170 | 8,641 | 9,529 |
| PROFAT SS 120V/240V | 2/28/13 | SL | 12 | 29,797 | 14,171 | 15,626 |
| CHAIN LINK ASSYK ASSY | 2/28/13 | SL | 12 | 10,164 | 4,834 | 5,330 |
| ROSS TOP SEALER UPGRADE | 2/28/13 | SL | 12 | 23,884 | 11,358 | 12,525 |
| LABEL APPLICATIOR-IDT | 2/28/13 | SL | 12 | 7,752 | 3,687 | 4,065 |
| LABEL APPLICATIOR-IDT | 2/28/13 | SL | 12 | 7,752 | 3,687 | 4,065 |
| CONVEYOR-LABEL APPLICATOR | 2/28/13 | SL | 12 | 8,816 | 4,193 | 4,623 |
| CONVEYOR-LABEL APPLICATOR | 2/28/13 | SL | 12 | 8,816 | 4,193 | 4,623 |
| VEMAG HP-10-C VAC STUFFER | 2/28/13 | SL | 12 | 50,777 | 24,148 | 26,629 |
| PRINTER,CIMA-M INKJET | 2/28/13 | SL | 12 | 9,917 | 4,716 | 5,201 |
| METAL DETECTOR, ERIEZ | 2/28/13 | SL | 12 | 22,879 | 10,880 | 11,998 |
| METAL DETECTOR | 2/28/13 | SL | 12 | 19,240 | 9,150 | 10,090 |
| C02 INJECTION SYSTEM, 12 | 2/28/13 | SL | 12 | 28,007 | 13,319 | 14,688 |
| POWER SOURCE WELDER | 2/28/13 | SL | 12 | 8 | 4 | 4 |
| DRIP PAN, BAGGING | 2/28/13 | SL | 12 | 2,174 | 1,034 | 1,140 |
| POWER WIRING | 2/28/13 | SL | 12 | | - | - |
| POWER WIRING | 2/28/13 | SL | 12 | | - | - |
| WIRING & INSTALLATN | 2/28/13 | SL | 12 | | - | - |
| WIRING INCREASE 440V | 2/28/13 | SL | 12 | | - | - |
| WIRING PUMP,FLOOD LT | 2/28/13 | SL | 12 | | - | - |
| PUMP-VACUUM CL203 | 2/28/13 | SL | 12 | | - | - |
| CHILLER-GIBLET | 2/28/13 | SL | 12 | | - | - |
| DRAINS-FLOOR & GUTTR | 2/28/13 | SL | 12 | | - | - |
| PUMP VACUUM 30HP | 2/28/13 | SL | 12 | | - | - |
| TABLE GIBLET S/S | 2/28/13 | SL | 12 | | - | - |
| 2 TABLES S/S | 2/28/13 | SL | 12 | | - | - |
| GREASE TRAP | 2/28/13 | SL | 12 | | - | - |
| 2-STAINLESS STEEL TK | 2/28/13 | SL | 12 | | - | - |
| STENCIL MACHINE | 2/28/13 | SL | 12 | | - | - |
| HOCK CUTTER | 2/28/13 | SL | 12 | | - | - |
| TRUCK WASH RACK | 2/28/13 | SL | 12 | | - | - |

**Zacky & Sons Poultry, LLC**
**Case #2:18-bk-23361-RK**
**Fixed Asset List - Other Equipment**

| DESCRIPTION | ACQ | DM | LF | BEGBASIS | Accum Dep | NBV |
|---|---|---|---|---|---|---|
| RIDGID POWER DRIVE | 2/28/13 | SL | 12 | | - | - |
| ICE MAKER INSTALLATN | 2/28/13 | SL | 12 | | - | - |
| SALVAGE STATION | 2/28/13 | SL | 12 | | - | - |
| AIR COMPRESR & DRYR | 2/28/13 | SL | 12 | | - | - |
| BLOOD & LUNG TANK | 2/28/13 | SL | 12 | | - | - |
| NEW EVIS LINE | 2/28/13 | SL | 12 | | - | - |
| NEW BAG LINE | 2/28/13 | SL | 12 | | - | - |
| TURKEY SCALDER | 2/28/13 | SL | 12 | | - | - |
| SS CONVEYOR W/SS TBL | 2/28/13 | SL | 12 | | - | - |
| 2 TRSNS CONVYR TABLS | 2/28/13 | SL | 12 | | - | - |
| GIZZARD SPLITTER | 2/28/13 | SL | 12 | | - | - |
| NEW KILL LINE | 2/28/13 | SL | 12 | | - | - |
| MILLER WELDER | 2/28/13 | SL | 12 | | - | - |
| LBR/PARTS MTR CONTRL | 2/28/13 | SL | 12 | | - | - |
| INSPECTION PLATFORM | 2/28/13 | SL | 12 | | - | - |
| INSPECTION PLATFORM | 2/28/13 | SL | 12 | | - | - |
| ICE MACHINE | 2/28/13 | SL | 12 | | - | - |
| TRUCK SCALE | 2/28/13 | SL | 12 | | - | - |
| S/S TANKS 103 | 2/28/13 | SL | 12 | | - | - |
| BOX CNVYR & HYTL MTR | 2/28/13 | SL | 12 | | - | - |
| HERCULES DUMPER | 2/28/13 | SL | 12 | | - | - |
| NEW DOCK PLATE | 2/28/13 | SL | 12 | | - | - |
| SWECO SEPARATOR | 2/28/13 | SL | 12 | | - | - |
| ICE MAKER & INSTALL | 2/28/13 | SL | 12 | | - | - |
| GIBLET CHILLER | 2/28/13 | SL | 12 | | - | - |
| OSTEOMYELITIS STATIO | 2/28/13 | SL | 12 | | - | - |
| PICKING MACHINE | 2/28/13 | SL | 12 | | - | - |
| ICE AUGERS | 2/28/13 | SL | 12 | | - | - |
| BELT CONVEYOR | 2/28/13 | SL | 12 | | - | - |
| NECK TRIMMER | 2/28/13 | SL | 12 | | - | - |
| STACK CHILL TNKS 53 | 2/28/13 | SL | 12 | | - | - |
| ICE AUGER | 2/28/13 | SL | 12 | | - | - |
| MODIFY SHACKLES | 2/28/13 | SL | 12 | 8 | 4 | 4 |
| STAINLESS TANKS | 2/28/13 | SL | 12 | 36 | 17 | 19 |
| JARVIS VENT GUN (2) | 2/28/13 | SL | 12 | 6 | 3 | 3 |
| 590' EVIS WEBB CHAIN | 2/28/13 | SL | 12 | 23 | 11 | 12 |
| FOMACO W/B INJECTOR | 2/28/13 | SL | 12 | 418 | 199 | 219 |
| ADDL 150A PICKING RM | 2/28/13 | SL | 12 | 15 | 7 | 8 |
| SIMMONS KILL MACHINE | 2/28/13 | SL | 12 | 84 | 40 | 44 |
| PROD RACKING SYSTEM | 2/28/13 | SL | 12 | 58 | 28 | 30 |
| FAIRBANKS SCALE | 2/28/13 | SL | 12 | 6 | 3 | 3 |
| SS TABLE-SCALE & BAG | 2/28/13 | SL | 12 | 4 | 2 | 2 |
| WHIZZARD AIR-OP KNIF | 2/28/13 | SL | 12 | 5 | 3 | 3 |
| WHIZZARD AIR-OP KNIF | 2/28/13 | SL | 12 | 5 | 3 | 3 |
| SS HYDRL TANK DUMPER | 2/28/13 | SL | 12 | 81 | 38 | 42 |
| TROJAN BATT. CHARGER | 2/28/13 | SL | 12 | 11 | 5 | 6 |
| S.S. POST STUNNER | 2/28/13 | SL | 12 | 25 | 12 | 13 |
| TRUCK HOIST-LIV HANG | 2/28/13 | SL | 12 | 39 | 18 | 20 |
| S.S. CASE CONVEYOR | 2/28/13 | SL | 12 | 97 | 46 | 51 |
| BRINE TANKS CATWALK | 2/28/13 | SL | 12 | 21 | 10 | 11 |
| FAIRBANKS SCALE 60# | 2/28/13 | SL | 12 | 8 | 4 | 4 |
| (5) SCALE & READ OUT | 2/28/13 | SL | 12 | 43 | 21 | 23 |
| WATER TANK 2000 GAL | 2/28/13 | SL | 12 | 50 | 24 | 26 |
| ERGO WORK STATIONS | 2/28/13 | SL | 12 | 40 | 19 | 21 |
| BOUMATIC VACUUM PUMP | 2/28/13 | SL | 12 | 23 | 11 | 12 |
| ICE AUGERS | 2/28/13 | SL | 12 | 239 | 114 | 125 |

**Zacky & Sons Poultry, LLC**
**Case #2:18-bk-23361-RK**
**Fixed Asset List - Other Equipment**

| DESCRIPTION | ACQ | DM | LF | BEGBASIS | Accum Dep | NBV |
|---|---|---|---|---|---|---|
| FOOT RAILS | 2/28/13 | SL | 12 | 27 | 13 | 14 |
| GIB CHILLER EXIT | 2/28/13 | SL | 12 | 57 | 27 | 30 |
| AMMONIA COMPRESSOR | 2/28/13 | SL | 12 | 209 | 99 | 109 |
| S/S INTRALOX CONVEYR | 2/28/13 | SL | 12 | 61 | 29 | 32 |
| S/S GRAVITY CONVEYOR | 2/28/13 | SL | 12 | 10 | 5 | 5 |
| S/S GRAVITY CONVEYOR | 2/28/13 | SL | 12 | 12 | 6 | 6 |
| S/S GRAVITY CONVEYOR | 2/28/13 | SL | 12 | 12 | 6 | 6 |
| MORRIS CHILLER #1 | 2/28/13 | SL | 12 | 3,948 | 1,878 | 2,070 |
| WATER RECHILLER #1 | 2/28/13 | SL | 12 | 809 | 385 | 424 |
| 1 300 HP COMPRESSORS | 2/28/13 | SL | 12 | 665 | 316 | 349 |
| BAC CONDENSOR | 2/28/13 | SL | 12 | 748 | 356 | 392 |
| AMMONIA UFC DIFFUSIN | 2/28/13 | SL | 12 | 128 | 61 | 67 |
| WATER TREATMENT SYTM | 2/28/13 | SL | 12 | 100 | 48 | 52 |
| ASME ACCUMULATOR | 2/28/13 | SL | 12 | 78 | 37 | 41 |
| AMMONIA LEAK DETECTR | 2/28/13 | SL | 12 | 31 | 15 | 16 |
| PIPING - AMMONIA | 2/28/13 | SL | 12 | 295 | 140 | 154 |
| PIPING-CHILLED WATER | 2/28/13 | SL | 12 | 281 | 134 | 147 |
| PIPING - AIR | 2/28/13 | SL | 12 | 89 | 42 | 47 |
| 8HP PUMP | 2/28/13 | SL | 12 | 53 | 25 | 28 |
| PIPING/MAKEUP WATER | 2/28/13 | SL | 12 | 21 | 10 | 11 |
| RELOCATE WATER TANK | 2/28/13 | SL | 12 | 120 | 57 | 63 |
| FIRE SPRINKLER/TEMP | 2/28/13 | SL | 12 | 42 | 20 | 22 |
| CONVEYORS/ELEVTORS | 2/28/13 | SL | 12 | 733 | 348 | 384 |
| SHACKLES | 2/28/13 | SL | 12 | 48 | 23 | 25 |
| 12FT SINKS (2) | 2/28/13 | SL | 12 | 35 | 17 | 18 |
| PUMP FIRE LANES | 2/28/13 | SL | 12 | 19 | 9 | 10 |
| MORRIS CHILLER #2 | 2/28/13 | SL | 12 | 4,049 | 1,925 | 2,123 |
| WATER RECHILLER #2 | 2/28/13 | SL | 12 | 829 | 394 | 435 |
| MORRIS CHILLER #3 | 2/28/13 | SL | 12 | 4,049 | 1,925 | 2,123 |
| WATER RECHILLER #3 | 2/28/13 | SL | 12 | 829 | 394 | 435 |
| CONVEYOR/ELEVATOR(5) | 2/28/13 | SL | 12 | 590 | 280 | 309 |
| CHILLER SPRAYER | 2/28/13 | SL | 12 | 18 | 9 | 9 |
| CHIL'R DISCHGE CHUTE | 2/28/13 | SL | 12 | 17 | 8 | 9 |
| ENERGY MGMNT SYSTEM | 2/28/13 | SL | 12 | 139 | 66 | 73 |
| GRADING TABLE LIGHT | 2/28/13 | SL | 12 | 56 | 26 | 29 |
| FIRE SPRINKLERS | 2/28/13 | SL | 12 | 880 | 419 | 462 |
| 150' REPROCESS LINE | 2/28/13 | SL | 12 | 104 | 49 | 55 |
| CHILLER CATWALKS | 2/28/13 | SL | 12 | 294 | 140 | 154 |
| REFRIGERATION SYSTEM | 2/28/13 | SL | 12 | 3,350 | 1,593 | 1,757 |
| ICE AUGERS ELECTRIC | 2/28/13 | SL | 12 | 69 | 33 | 36 |
| PC101 OVHD SIZER | 2/28/13 | SL | 12 | 697 | 331 | 365 |
| PLUMBING/CHLR EXP | 2/28/13 | SL | 12 | 713 | 339 | 374 |
| TRENCH DRAIN | 2/28/13 | SL | 12 | 129 | 61 | 68 |
| 6 WORKSTATIONS | 2/28/13 | SL | 12 | 67 | 32 | 35 |
| FLOW METER | 2/28/13 | SL | 12 | 279 | 133 | 147 |
| GIBLET CHILLER(GAMEC | 2/28/13 | SL | 12 | 23 | 11 | 12 |
| 5' ICE AUGER ADD'N | 2/28/13 | SL | 12 | 124 | 59 | 65 |
| ICE AUGAR MOD & RELO | 2/28/13 | SL | 12 | 329 | 157 | 173 |
| CURVED CHILLER CHUTE | 2/28/13 | SL | 12 | 6 | 3 | 3 |
| BETTCHER 210 SHARPR | 2/28/13 | SL | 12 | 44 | 21 | 23 |
| EVISC SPEED CONTROL | 2/28/13 | SL | 12 | 37 | 17 | 19 |
| EVISC SPEED CONTROL | 2/28/13 | SL | 12 | 37 | 17 | 19 |
| PICKING CONTROL | 2/28/13 | SL | 12 | 214 | 102 | 112 |
| 6" FEATHER WATERLINE | 2/28/13 | SL | 12 | 80 | 38 | 42 |
| AIR CURTAINS (14) | 2/28/13 | SL | 12 | 102 | 49 | 54 |
| AIR, MANIFOLD | 2/28/13 | SL | 12 | 41 | 19 | 21 |

**Zacky & Sons Poultry, LLC**
**Case #2:18-bk-23361-RK**
**Fixed Asset List - Other Equipment**

| DESCRIPTION | ACQ | DM | LF | BEGBASIS | Accum Dep | NBV |
|---|---|---|---|---|---|---|
| SCALE PIT | 2/28/13 | SL | 12 | 12 | 6 | 7 |
| ROASTER HEAD PULLER | 2/28/13 | SL | 12 | 51 | 24 | 27 |
| FAN BOIL | 2/28/13 | SL | 12 | 9 | 4 | 5 |
| 16' CONVEYOR/HOCKCTR | 2/28/13 | SL | 12 | 169 | 81 | 89 |
| TSFR SPEED CONTROL | 2/28/13 | SL | 12 | 45 | 21 | 24 |
| S/S TSFR WATER RAIL | 2/28/13 | SL | 12 | 66 | 31 | 34 |
| S/S HOCK CUT CHUTE | 2/28/13 | SL | 12 | 25 | 12 | 13 |
| TSFR CATCH GRATES | 2/28/13 | SL | 12 | 36 | 17 | 19 |
| S/S HOCK CONV'R CHUT | 2/28/13 | SL | 12 | 29 | 14 | 15 |
| NETTING STANDS | 2/28/13 | SL | 12 | 50 | 24 | 26 |
| HOCK CUTTER CHUTE | 2/28/13 | SL | 12 | 17 | 8 | 9 |
| BIRD WASH SYSTEM | 2/28/13 | SL | 12 | 357 | 170 | 187 |
| INSTALL HEADER | 2/28/13 | SL | 12 | 45 | 22 | 24 |
| BOILER FEED WATER TK | 2/28/13 | SL | 12 | 126 | 60 | 66 |
| CONDESSING TOWER TRT | 2/28/13 | SL | 12 | 202 | 96 | 106 |
| SAND SEPARATOR | 2/28/13 | SL | 12 | 76 | 36 | 40 |
| TURNS | 2/28/13 | SL | 12 | 56 | 27 | 29 |
| ELEVATORS | 2/28/13 | SL | 12 | 33 | 16 | 17 |
| CHAIN | 2/28/13 | SL | 12 | 156 | 74 | 82 |
| I-BEAM | 2/28/13 | SL | 12 | 29 | 14 | 15 |
| INSPECTION STATION | 2/28/13 | SL | 12 | 61 | 29 | 32 |
| SUPPORT FRAMES | 2/28/13 | SL | 12 | 286 | 136 | 150 |
| TKY NECK TRIMMER | 2/28/13 | SL | 12 | 108 | 51 | 57 |
| INSPECTION STATION | 2/28/13 | SL | 12 | 61 | 29 | 32 |
| EVIS SHACKLES-2ND LN | 2/28/13 | SL | 12 | 158 | 75 | 83 |
| GIBLET PUMP | 2/28/13 | SL | 12 | 72 | 34 | 38 |
| GIBLET PUMP | 2/28/13 | SL | 12 | 72 | 34 | 38 |
| CORNER TURNS | 2/28/13 | SL | 12 | 47 | 22 | 25 |
| VACUUM MANIFOLD | 2/28/13 | SL | 12 | 63 | 30 | 33 |
| MODIFY TUCK TABLE | 2/28/13 | SL | 12 | 69 | 33 | 36 |
| (6) LUNG GUNS | 2/28/13 | SL | 12 | 14 | 7 | 7 |
| (2) GIBLET HOPPERS | 2/28/13 | SL | 12 | 32 | 15 | 17 |
| VACUUM PUMP MOTOR | 2/28/13 | SL | 12 | 23 | 11 | 12 |
| HANDWASH SINK | 2/28/13 | SL | 12 | 15 | 7 | 8 |
| SALVAGE STATION | 2/28/13 | SL | 12 | 43 | 21 | 23 |
| GIBLET STRAINER | 2/28/13 | SL | 12 | 9 | 4 | 5 |
| SALVAGE STATION | 2/28/13 | SL | 12 | 28 | 13 | 15 |
| HEAD PULLER MODIF'TN | 2/28/13 | SL | 12 | 32 | 15 | 17 |
| SWECO INSTALLATION | 2/28/13 | SL | 12 | 87 | 42 | 46 |
| LABELLER-PRODIGY PTR | 2/28/13 | SL | 12 | 28 | 13 | 15 |
| LABLLR/PRODIGY PRNTR | 2/28/13 | SL | 12 | 28 | 13 | 15 |
| FEATHER PULLER | 2/28/13 | SL | 12 | 282 | 134 | 148 |
| RP-6 PICKER | 2/28/13 | SL | 12 | 592 | 282 | 311 |
| RP-3 PICKER | 2/28/13 | SL | 12 | 529 | 252 | 277 |
| 90/30 CONTROL PANEL | 2/28/13 | SL | 12 | 119 | 57 | 62 |
| HYD DR UNIT | 2/28/13 | SL | 12 | 352 | 167 | 185 |
| AIR COMPRESSR QUINCY | 2/28/13 | SL | 12 | 159 | 76 | 83 |
| AIR DRYER | 2/28/13 | SL | 12 | 39 | 19 | 21 |
| AIR DRYER - ROTOMTC | 2/28/13 | SL | 12 | 37 | 18 | 20 |
| FAIRBNKS BNCH SCALE | 2/28/13 | SL | 12 | 19 | 9 | 10 |
| S/S EVIS PLATFORM | 2/28/13 | SL | 12 | 51 | 24 | 27 |
| SCALE PIT - TRANSFER | 2/28/13 | SL | 12 | 34 | 16 | 18 |
| SHACKLES (100) | 2/28/13 | SL | 12 | 46 | 22 | 24 |
| SCREW CONVEYORS (2) | 2/28/13 | SL | 12 | 129 | 62 | 68 |
| BELT CONVEYOR | 2/28/13 | SL | 12 | 47 | 22 | 25 |
| SCALDER TEMP CONTROL | 2/28/13 | SL | 12 | 23 | 11 | 12 |

**Zacky & Sons Poultry, LLC**
**Case #2:18-bk-23361-RK**
**Fixed Asset List - Other Equipment**

| DESCRIPTION | ACQ | DM | LF | BEGBASIS | Accum Dep | NBV |
|---|---|---|---|---|---|---|
| PLASTIC BINS (99) | 2/28/13 | SL | 12 | 337 | 160 | 177 |
| CHECKWEIGHER SCALE | 2/28/13 | SL | 12 | 17 | 8 | 9 |
| DIFFUSER TANK | 2/28/13 | SL | 12 | 132 | 63 | 69 |
| 12" TOTALIZER W/W | 2/28/13 | SL | 12 | 110 | 53 | 58 |
| GEAR REDUCER | 2/28/13 | SL | 12 | 22 | 11 | 12 |
| FRBANKS 4908 WEIGHER | 2/28/13 | SL | 12 | 22 | 11 | 12 |
| CONVEYOR | 2/28/13 | SL | 12 | 18 | 9 | 9 |
| (6) STEAM MIX SYSTEM | 2/28/13 | SL | 12 | 378 | 180 | 198 |
| BIRDWASHER CW 1B348 | 2/28/13 | SL | 12 | 724 | 344 | 379 |
| BIRDWASHER PUMP | 2/28/13 | SL | 12 | 23 | 11 | 12 |
| EVIS. SHACKLE | 2/28/13 | SL | 12 | 175 | 83 | 92 |
| PUMP | 2/28/13 | SL | 12 | 30 | 14 | 16 |
| "A" LINE | 2/28/13 | SL | 12 | 347 | 165 | 182 |
| FEATHER PRESS | 2/28/13 | SL | 12 | 1,588 | 755 | 833 |
| SHACKLE LINE BRUSHES | 2/28/13 | SL | 12 | 107 | 51 | 56 |
| SHACKLE LINE BRUSHES | 2/28/13 | SL | 12 | 107 | 51 | 56 |
| ROTOMATIC UPDATES | 2/28/13 | SL | 12 | 383 | 182 | 201 |
| SIZING LINE REHANG CONVEY | 2/28/13 | SL | 12 | 221 | 105 | 116 |
| FEATHER SEPARATOR-CANTREL | 2/28/13 | SL | 12 | 213 | 101 | 112 |
| UPGRADE SIZING LINE | 2/28/13 | SL | 12 | 131 | 62 | 69 |
| 400 EVIS SHACKLES | 2/28/13 | SL | 12 | 201 | 96 | 106 |
| LEWIS HOCK CUTTER | 2/28/13 | SL | 12 | 540 | 257 | 283 |
| NASH VACUUM PUMP | 2/28/13 | SL | 12 | 192 | 91 | 101 |
| NETTING HORNS (4) | 2/28/13 | SL | 12 | 39 | 19 | 21 |
| TMV SHOE & RAMP | 2/28/13 | SL | 12 | 49 | 23 | 26 |
| TMV SHOE & RAMP | 2/28/13 | SL | 12 | 49 | 23 | 26 |
| TMV SHOE & RAMP | 2/28/13 | SL | 12 | 49 | 23 | 26 |
| TMV SHOE & RAMP | 2/28/13 | SL | 12 | 49 | 23 | 26 |
| TMVL SHOE & RAMP | 2/28/13 | SL | 12 | 49 | 23 | 26 |
| TMVL SHOE & RAMP | 2/28/13 | SL | 12 | 49 | 23 | 26 |
| TMVL SHOE & RAMP | 2/28/13 | SL | 12 | 49 | 23 | 26 |
| TMVL SHOE & RAMP | 2/28/13 | SL | 12 | 49 | 23 | 26 |
| 10 HP BOOSTER PUMP | 2/28/13 | SL | 12 | 40 | 19 | 21 |
| SANI-KLEEN I/O BIRDWASHER | 2/28/13 | SL | 12 | 1,101 | 524 | 578 |
| WASTEWATER SAMPLER/FLOWME | 2/28/13 | SL | 12 | 717 | 341 | 376 |
| TAG SYSTEM SCALES (8) | 2/28/13 | SL | 12 | 961 | 457 | 504 |
| INFEED/DISCHARGE CHUTES | 2/28/13 | SL | 12 | 36 | 17 | 19 |
| INFEED/DISCHARGE CHUTES | 2/28/13 | SL | 12 | 41 | 20 | 22 |
| MODIFY CONVEYOR | 2/28/13 | SL | 12 | 63 | 30 | 33 |
| NETTING CONVEYOR | 2/28/13 | SL | 12 | 378 | 180 | 198 |
| STAINLESS STEEL SCALE TAB | 2/28/13 | SL | 12 | 114 | 54 | 60 |
| LINCO SCALDER EXTENSION | 2/28/13 | SL | 12 | 927 | 441 | 486 |
| GENT-L-FLEX PICKER | 2/28/13 | SL | 12 | 1,341 | 638 | 703 |
| GRINDER PUMP | 2/28/13 | SL | 12 | 78 | 37 | 41 |
| PLENUM CABINETS (3) | 2/28/13 | SL | 12 | 82 | 39 | 43 |
| CHILLER ADD'L DUCTWORK | 2/28/13 | SL | 12 | 848 | 403 | 445 |
| AMMONIA COMPRSSR MICROPRO | 2/28/13 | SL | 12 | 121 | 58 | 64 |
| FORKTRUCK BOOM (HOIST) | 2/28/13 | SL | 12 | 19 | 9 | 10 |
| BIG JOE PALLET JACK | 2/28/13 | SL | 12 | 205 | 98 | 108 |
| REFRIGERATION & CONTROLS | 2/28/13 | SL | 12 | 206 | 98 | 108 |
| DIVERTOR KIT | 2/28/13 | SL | 12 | 151 | 72 | 79 |
| PLATFORMS | 2/28/13 | SL | 12 | 173 | 82 | 91 |
| HANDRAILS | 2/28/13 | SL | 12 | 22 | 11 | 12 |
| CONVEYOR MOTOR DRUMS (2) | 2/28/13 | SL | 12 | 98 | 47 | 52 |
| CONVEYOR CHILLER #3 | 2/28/13 | SL | 12 | 101 | 48 | 53 |
| EXIT CONVEYOR CHUTE | 2/28/13 | SL | 12 | 19 | 9 | 10 |

**Zacky & Sons Poultry, LLC**
**Case #2:18-bk-23361-RK**
**Fixed Asset List - Other Equipment**

| DESCRIPTION | ACQ | DM | LF | BEGBASIS | Accum Dep | NBV |
|---|---|---|---|---|---|---|
| 99 SS VATS | 2/28/13 | SL | 12 | 643 | 306 | 337 |
| SHRINK TUNNEL W/CHUTE&CON | 2/28/13 | SL | 12 | 206 | 98 | 108 |
| SHRINK TUNNEL W/CHUTE&CON | 2/28/13 | SL | 12 | 206 | 98 | 108 |
| EXHAUST FAN (SPICE ROOM) | 2/28/13 | SL | 12 | 32 | 15 | 17 |
| AIR TANK | 2/28/13 | SL | 12 | 38 | 18 | 20 |
| AIR TANK | 2/28/13 | SL | 12 | 38 | 18 | 20 |
| AIR PIPING/BAG LINE | 2/28/13 | SL | 12 | 422 | 201 | 221 |
| WATER PIPING/BAG LINE | 2/28/13 | SL | 12 | 289 | 137 | 152 |
| STEAM PIPING/BAG LINE | 2/28/13 | SL | 12 | 400 | 190 | 210 |
| NETTING HORN FILLER | 2/28/13 | SL | 12 | 187 | 89 | 98 |
| MARATHON RO CONTAINER | 2/28/13 | SL | 12 | 121 | 57 | 63 |
| DISCHARGE CHUTE | 2/28/13 | SL | 12 | 6 | 3 | 3 |
| SCALE NO.1 | 2/28/13 | SL | 12 | 85 | 40 | 44 |
| PRINTER NO.1 | 2/28/13 | SL | 12 | 85 | 40 | 44 |
| NETTER NO. 1 | 2/28/13 | SL | 12 | 85 | 40 | 44 |
| SCALE NO. 2 | 2/28/13 | SL | 12 | 85 | 40 | 44 |
| PRINTER NO. 2 | 2/28/13 | SL | 12 | 85 | 40 | 44 |
| NETTER NO. 2 | 2/28/13 | SL | 12 | 85 | 40 | 44 |
| BAGGING LINE WASH STATION | 2/28/13 | SL | 12 | 51 | 24 | 27 |
| NORDSON GLUE SYSTEM | 2/28/13 | SL | 12 | 299 | 142 | 157 |
| NORDSON GLUE SYSTEM | 2/28/13 | SL | 12 | 299 | 142 | 157 |
| GUARD RAILS | 2/28/13 | SL | 12 | 102 | 48 | 53 |
| BLISSMATIC BOXFORMER LINE | 2/28/13 | SL | 12 | 1,843 | 876 | 967 |
| SEALMATIC BOX SEALER LINE | 2/28/13 | SL | 12 | 842 | 400 | 442 |
| BLISSMATIC BOXFORMER LINE | 2/28/13 | SL | 12 | 1,843 | 876 | 967 |
| SEALMATIC BOX SEALER LINE | 2/28/13 | SL | 12 | 842 | 400 | 442 |
| TRUHONE KNIFE SHARPENING | 2/28/13 | SL | 12 | 322 | 153 | 169 |
| BATCH CONTROLLER | 2/28/13 | SL | 12 | 14 | 7 | 7 |
| CENTRIFUGAL PUMP | 2/28/13 | SL | 12 | 47 | 22 | 25 |
| BASTE MIX CONTROL PANEL | 2/28/13 | SL | 12 | 68 | 33 | 36 |
| S.S. PIPING | 2/28/13 | SL | 12 | 70 | 33 | 37 |
| S.S. TANKS | 2/28/13 | SL | 12 | 34 | 16 | 18 |
| AGITATOR | 2/28/13 | SL | 12 | 7 | 3 | 4 |
| BAG LINE ELECTRICAL | 2/28/13 | SL | 12 | 1,435 | 682 | 752 |
| MOTOR CONTROL-BAG LINE | 2/28/13 | SL | 12 | 744 | 354 | 390 |
| VACUUM SYSTEM | 2/28/13 | SL | 12 | 202 | 96 | 106 |
| CAVITY PUMP | 2/28/13 | SL | 12 | 139 | 66 | 73 |
| RBLD VISCERA SCREEN | 2/28/13 | SL | 12 | 52 | 25 | 27 |
| STORAGE TANK | 2/28/13 | SL | 12 | 118 | 56 | 62 |
| WATER PUMP | 2/28/13 | SL | 12 | 7 | 4 | 4 |
| VISCERA FOUNDATION | 2/28/13 | SL | 12 | 52 | 25 | 27 |
| PRESSURE BLOWER | 2/28/13 | SL | 12 | 11 | 5 | 6 |
| PRESSURE BLOWER | 2/28/13 | SL | 12 | 11 | 5 | 6 |
| COMMUNICATION BOARD | 2/28/13 | SL | 12 | 113 | 54 | 59 |
| 2-CHECKWEIGHER | 2/28/13 | SL | 12 | 1,014 | 482 | 532 |
| 2-TRANSFER CASE PRINTERS | 2/28/13 | SL | 12 | 560 | 266 | 293 |
| 2-POWERED PRINTER LIFTS | 2/28/13 | SL | 12 | 58 | 28 | 31 |
| CODE BATCH PRINTER | 2/28/13 | SL | 12 | 47 | 22 | 24 |
| SYSTEM CONTROL SOFTWARE | 2/28/13 | SL | 12 | 108 | 51 | 57 |
| LABEL WIZARD | 2/28/13 | SL | 12 | 9 | 4 | 5 |
| 2-LABEL SCANNERS | 2/28/13 | SL | 12 | 223 | 106 | 117 |
| CODE IN-FEED SCANNER | 2/28/13 | SL | 12 | 223 | 106 | 117 |
| 2-WT/PRODUCT LINE CONTROL | 2/28/13 | SL | 12 | 60 | 29 | 32 |
| 2-CASE LABELER UPGRADE | 2/28/13 | SL | 12 | 58 | 28 | 31 |
| BAGGING LINE CONVEYORS | 2/28/13 | SL | 12 | 5,942 | 2,826 | 3,116 |
| FOX SYSTEM | 2/28/13 | SL | 12 | 1,479 | 704 | 776 |

**Zacky & Sons Poultry, LLC**
**Case #2:18-bk-23361-RK**
**Fixed Asset List - Other Equipment**

| DESCRIPTION | ACQ | DM | LF | BEGBASIS | Accum Dep | NBV |
|---|---|---|---|---|---|---|
| FOX SYSTEM | 2/28/13 | SL | 12 | 1,479 | 704 | 776 |
| CHUTES | 2/28/13 | SL | 12 | 292 | 139 | 153 |
| WATER HEATER | 2/28/13 | SL | 12 | 133 | 63 | 70 |
| WATER HEATER | 2/28/13 | SL | 12 | 133 | 63 | 70 |
| SPLIT CASE PUMP | 2/28/13 | SL | 12 | 235 | 112 | 123 |
| SPLIT CASE PUMP | 2/28/13 | SL | 12 | 172 | 82 | 90 |
| QUIKWATER UNIT | 2/28/13 | SL | 12 | 2,477 | 1,178 | 1,299 |
| GAS METER & LINES | 2/28/13 | SL | 12 | 58 | 28 | 31 |
| HOT GAS DEFROSTER | 2/28/13 | SL | 12 | 155 | 74 | 81 |
| BIN DUMPER | 2/28/13 | SL | 12 | 357 | 170 | 187 |
| JARVIS VENT GUN | 2/28/13 | SL | 12 | 43 | 21 | 23 |
| GAS FLOW METER | 2/28/13 | SL | 12 | 129 | 61 | 68 |
| HOT WATER SHRINK TUNNEL | 2/28/13 | SL | 12 | 442 | 210 | 232 |
| HOT WATER SHRINK TUNNEL | 2/28/13 | SL | 12 | 442 | 210 | 232 |
| QUICKWATER UNIT ADD'L | 2/28/13 | SL | 12 | 23 | 11 | 12 |
| BINS, PLSTC REMCON BSP-38 | 2/28/13 | SL | 12 | 1,380 | 656 | 724 |
| BINS, PLSTC REMCON BSP-36 | 2/28/13 | SL | 12 | 709 | 337 | 372 |
| BINS, PLSTC REMCON FBP-56 | 2/28/13 | SL | 12 | 1,211 | 576 | 635 |
| TURKEY NECK CHILLER | 2/28/13 | SL | 12 | 320 | 152 | 168 |
| COZZINI KNIFE SHARPEN SYS | 2/28/13 | SL | 12 | 634 | 302 | 333 |
| GIZZARD DEFATTERS | 2/28/13 | SL | 12 | 1,004 | 478 | 527 |
| BASKETS/DIVIDERS | 2/28/13 | SL | 12 | 1,891 | 899 | 992 |
| DOLLY,ALUM BASKET 34-450V | 2/28/13 | SL | 12 | 1,680 | 799 | 881 |
| TABLE TOP GRINDER | 2/28/13 | SL | 12 | 48 | 23 | 25 |
| PAC CHECK | 2/28/13 | SL | 12 | 269 | 128 | 141 |
| HOT WATER CONDENSATE PUMP | 2/28/13 | SL | 12 | 85 | 40 | 45 |
| KOBE PUMP PLC | 2/28/13 | SL | 12 | 74 | 35 | 39 |
| HEART & LIVER HARVESTER | 2/28/13 | SL | 12 | 1,142 | 543 | 599 |
| LGHTNG V6P37 VEXTOR MIX | 2/28/13 | SL | 12 | 300 | 143 | 157 |
| WASH DOWN STATIONS | 2/28/13 | SL | 12 | 806 | 383 | 423 |
| FAIRBNKS S/S FLOOR SCALE | 2/28/13 | SL | 12 | 215 | 102 | 113 |
| 2 S/S MIXER TANKS | 2/28/13 | SL | 12 | 230 | 109 | 121 |
| NORDSON GLUE POT | 2/28/13 | SL | 12 | 257 | 122 | 135 |
| TRANSCEIVER | 2/28/13 | SL | 12 | 38 | 18 | 20 |
| SCANNER &SOFTWARE | 2/28/13 | SL | 12 | 97 | 46 | 51 |
| SCANNER & SOFTWARE | 2/28/13 | SL | 12 | 97 | 46 | 51 |
| SCANNER & SOFTWARE | 2/28/13 | SL | 12 | 97 | 46 | 51 |
| 70' FLASHING | 2/28/13 | SL | 12 | 34 | 16 | 18 |
| STEEL GUARDS | 2/28/13 | SL | 12 | 166 | 79 | 87 |
| 130' RAILING | 2/28/13 | SL | 12 | 243 | 116 | 128 |
| ENGINEER FEE/FREIGHT | 2/28/13 | SL | 12 | 131 | 62 | 69 |
| REUSABLE BINS | 2/28/13 | SL | 12 | 1,024 | 487 | 537 |
| EVISCERATION CHAIN | 2/28/13 | SL | 12 | 889 | 423 | 466 |
| FEATHER DRAG CONVEYOR | 2/28/13 | SL | 12 | 561 | 267 | 294 |
| LABEL APPLICATOR | 2/28/13 | SL | 12 | 567 | 270 | 297 |
| FAIRBANKS SCALES PKG STAT | 2/28/13 | SL | 12 | 114 | 54 | 60 |
| FAIRBANKS SCALES PKG STAT | 2/28/13 | SL | 12 | 114 | 54 | 60 |
| FAIRBANKS SCALES PKG STAT | 2/28/13 | SL | 12 | 114 | 54 | 60 |
| FAIRBANKS SCALES PKG STAT | 2/28/13 | SL | 12 | 114 | 54 | 60 |
| PACKING STATION | 2/28/13 | SL | 12 | 267 | 127 | 140 |
| PACKING STATION | 2/28/13 | SL | 12 | 267 | 127 | 140 |
| PACKING STATION | 2/28/13 | SL | 12 | 267 | 127 | 140 |
| PACKING STATION | 2/28/13 | SL | 12 | 267 | 127 | 140 |
| PACKING STATION | 2/28/13 | SL | 12 | 267 | 127 | 140 |
| PACKING STATION | 2/28/13 | SL | 12 | 267 | 127 | 140 |
| NETTING HORNS | 2/28/13 | SL | 12 | 90 | 43 | 47 |

**Zacky & Sons Poultry, LLC**
**Case #2:18-bk-23361-RK**
**Fixed Asset List - Other Equipment**

| DESCRIPTION | ACQ | DM | LF | BEGBASIS | Accum Dep | NBV |
|---|---|---|---|---|---|---|
| NETTING HORN | 2/28/13 | SL | 12 | 90 | 43 | 47 |
| NETTING HORNS | 2/28/13 | SL | 12 | 90 | 43 | 47 |
| METAL DETECTORS | 2/28/13 | SL | 12 | 564 | 268 | 296 |
| FEATHER AUGER (REPLCMNT) | 2/28/13 | SL | 12 | 2,542 | 1,209 | 1,333 |
| TAPED BAGLOADER - 18" | 2/28/13 | SL | 12 | 1,413 | 672 | 741 |
| TAPED BAGLOADER - 16" | 2/28/13 | SL | 12 | 1,103 | 524 | 578 |
| CROSS-OVER CONVEYOR | 2/28/13 | SL | 12 | 1,531 | 728 | 803 |
| S/S CONVEYOR PLATFORM | 2/28/13 | SL | 12 | 401 | 191 | 210 |
| BONE-IN INJECTOR | 2/28/13 | SL | 12 | 16,377 | 7,789 | 8,589 |
| FEED SCREW HOUSING | 2/28/13 | SL | 12 | 2,558 | 1,217 | 1,342 |
| SALES TAX BONE-IN INJECT | 2/28/13 | SL | 12 | 60 | 28 | 31 |
| SHRINK TUNNEL | 2/28/13 | SL | 12 | 564 | 268 | 296 |
| FAMCO LINKER | 2/28/13 | SL | 12 | 3,543 | 1,685 | 1,858 |
| EVISCERATION CHAIN | 2/28/13 | SL | 12 | 4,717 | 2,243 | 2,474 |
| TROLLEY WHEELS - SIZG LN | 2/28/13 | SL | 12 | 1,308 | 622 | 686 |
| BAGGING CAROUSEL BELTS | 2/28/13 | SL | 12 | 1,610 | 766 | 844 |
| FEATHER AUGERS 24" RH | 2/28/13 | SL | 12 | 3,674 | 1,747 | 1,927 |
| EVISCERATAION CHAIN LABOR | 2/28/13 | SL | 12 | 255 | 121 | 134 |
| TRUCK HOIST REBUILD | 2/28/13 | SL | 12 | 3,947 | 1,877 | 2,070 |
| NETTING CLIPPERS SSTEEL | 2/28/13 | SL | 12 | 5,253 | 2,498 | 2,755 |
| BOILERS - TKY PLANT | 2/28/13 | SL | 12 | 18,726 | 8,906 | 9,820 |
| UPGRADE SIZING LINE | 2/28/13 | SL | 12 | 6,719 | 3,195 | 3,524 |
| PLATFORMS,LADDERS | 2/28/13 | SL | 12 | 573 | 273 | 301 |
| PLATFORMS,LADDERS | 2/28/13 | SL | 12 | 1,433 | 681 | 751 |
| PLATFORMS,LADDERS | 2/28/13 | SL | 12 | 860 | 409 | 451 |
| SS CONVEYOR GATE DIVIDER | 2/28/13 | SL | 12 | 919 | 437 | 482 |
| TURKEY GRADER | 2/28/13 | SL | 12 | 2,077 | 988 | 1,089 |
| CROSSOVER CONVEYOR | 2/28/13 | SL | 12 | 2,210 | 1,051 | 1,159 |
| SS HORNS - BAGGING DEPT | 2/28/13 | SL | 12 | 507 | 241 | 266 |
| FAST TOP KITS-MDM&COOLER2 | 2/28/13 | SL | 12 | 963 | 458 | 505 |
| MARIE CALLENDER LINE MODS | 2/28/13 | SL | 12 | 5,697 | 2,709 | 2,988 |
| SS HORNS (3) | 2/28/13 | SL | 12 | 524 | 249 | 275 |
| SS BIN DUMPER STAND | 2/28/13 | SL | 12 | 862 | 410 | 452 |
| CONVEYOR UPGRADES-EVIS DP | 2/28/13 | SL | 12 | 2,781 | 1,323 | 1,458 |
| SS DRIP PANS | 2/28/13 | SL | 12 | 291 | 139 | 153 |
| SS CHUTE-PACKING CONVEYOR | 2/28/13 | SL | 12 | 2,157 | 1,026 | 1,131 |
| GIBLET PACKING CONVEYOR | 2/28/13 | SL | 12 | 2,156 | 1,025 | 1,131 |
| SS GRILLS W/ COVERS | 2/28/13 | SL | 12 | 1,633 | 777 | 857 |
| SS BONE CATCHING BOX | 2/28/13 | SL | 12 | 406 | 193 | 213 |
| NETTING STATION UPGRADES | 2/28/13 | SL | 12 | 3,506 | 1,668 | 1,839 |
| SS STANDS-BAGGING LINE | 2/28/13 | SL | 12 | 693 | 330 | 364 |
| FAIRBANKS SCALE W/BASE | 2/28/13 | SL | 12 | 848 | 403 | 445 |
| PRINTER CABINET-BAGGING D | 2/28/13 | SL | 12 | 464 | 221 | 243 |
| PRINTER CABINET-BAGGING D | 2/28/13 | SL | 12 | 464 | 221 | 243 |
| TIPPER TIE CLIPPER/TAGGER | 2/28/13 | SL | 12 | 3,099 | 1,474 | 1,625 |
| TIPPER TIE CLIPPER | 2/28/13 | SL | 12 | 3,100 | 1,474 | 1,626 |
| NORDSON 3700 ADHESV MELT | 2/28/13 | SL | 12 | 1,935 | 920 | 1,015 |
| PRINTER CABINET | 2/28/13 | SL | 12 | 464 | 221 | 243 |
| CUTTER TRACK BAGGING DPT | 2/28/13 | SL | 12 | 557 | 265 | 292 |
| NETTING STATION - BAGGING | 2/28/13 | SL | 12 | 1,907 | 907 | 1,000 |
| CUMPUTER TABLE-BAGGING DP | 2/28/13 | SL | 12 | 642 | 305 | 337 |
| ROTOMATIC EMERGENCY CABLE | 2/28/13 | SL | 12 | 6,947 | 3,304 | 3,643 |
| TURKEY DEFATTER | 2/28/13 | SL | 12 | 3,222 | 1,532 | 1,690 |
| FAIRBANKS 18"X18" SCALE | 2/28/13 | SL | 12 | 885 | 421 | 464 |
| CROWN PALLET JACK | 2/28/13 | SL | 12 | 2,395 | 1,139 | 1,256 |
| LITTLE DAVID BOX TAPER | 2/28/13 | SL | 12 | 985 | 468 | 516 |

**Zacky & Sons Poultry, LLC**
**Case #2:18-bk-23361-RK**
**Fixed Asset List - Other Equipment**

| DESCRIPTION | ACQ | DM | LF | BEGBASIS | Accum Dep | NBV |
|---|---|---|---|---|---|---|
| OZONE SANITATION SYSTEM | 2/28/13 | SL | 12 | 5,679 | 2,701 | 2,978 |
| BATTERY FORKLIFT EXIDE WORKHOG | 2/28/13 | SL | 12 | 1,030 | 490 | 540 |
| TRASH SUM PUMP | 2/28/13 | SL | 12 | 9,910 | 4,713 | 5,197 |
| FAIRBANKS SCALE | 2/28/13 | SL | 12 | 737 | 351 | 387 |
| FAIRBANKS SCALE | 2/28/13 | SL | 12 | 737 | 351 | 387 |
| FAIRBANKS SCALE | 2/28/13 | SL | 12 | 737 | 351 | 387 |
| FAIRBANKS SCALE | 2/28/13 | SL | 12 | 737 | 351 | 387 |
| FEATHER AUGER | 2/28/13 | SL | 12 | 26,373 | 12,542 | 13,831 |
| FAIRBANKS SCALE | 2/28/13 | SL | 12 | 831 | 395 | 436 |
| FAIRBANKS SCALE | 2/28/13 | SL | 12 | 831 | 395 | 436 |
| FAIRBANKS SCALE | 2/28/13 | SL | 12 | 831 | 395 | 436 |
| SCALE TABLES(4) | 2/28/13 | SL | 12 | 2,512 | 1,195 | 1,318 |
| CONVEYOR DOUBLE DECK | 2/28/13 | SL | 12 | 1,399 | 665 | 734 |
| SS PLATFORM W/STAIRS | 2/28/13 | SL | 12 | 2,912 | 1,385 | 1,527 |
| FRICK SCREW COMPRESSOR | 2/28/13 | SL | 12 | 20,517 | 9,757 | 10,760 |
| TOLLESON GOLF CART | 2/28/13 | SL | 12 | 1,649 | 784 | 865 |
| SIMMONS SF-7002 STUNNER | 2/28/13 | SL | 12 | 14,512 | 6,901 | 7,610 |
| SS CHILLER THRU HOPPER | 2/28/13 | SL | 12 | 1,141 | 543 | 598 |
| HURST 50HP PRESSUR VESSEL | 2/28/13 | SL | 12 | 17,352 | 8,252 | 9,100 |
| GUT AUGER | 2/28/13 | SL | 12 | 21,070 | 10,020 | 11,050 |
| FORKLIFT, TOYOTA 500LB CAP PNEUMATIC | 2/28/13 | SL | 12 | 8,250 | 3,923 | 4,326 |
| RACK SHAFTS & GEARS | 2/28/13 | SL | 12 | 6,042 | 2,873 | 3,169 |
| BLOOD PUMP DIAPHRAGM | 2/28/13 | SL | 12 | 9,295 | 4,421 | 4,875 |
| LABEL APPLICATOR,CASE END | 2/28/13 | SL | 12 | 13,280 | 6,316 | 6,964 |
| TABLES, SS (2) | 2/28/13 | SL | 12 | 1,678 | 798 | 880 |
| STAND,SS,ERGO,BAGGING LIN | 2/28/13 | SL | 12 | 1,405 | 668 | 737 |
| GUIDE RAILING,SS | 2/28/13 | SL | 12 | 961 | 457 | 504 |
| SWITCH,SAFETY,MAIN | 2/28/13 | SL | 12 | 11,315 | 5,381 | 5,934 |
| BIN DUMPER BASKET | 2/28/13 | SL | 12 | 1,242 | 591 | 651 |
| STAND,SS,ERGO,KILL PLANT | 2/28/13 | SL | 12 | 3,559 | 1,693 | 1,867 |
| CONVEYOR,GRADING, UPGRADE | 2/28/13 | SL | 12 | 7,580 | 3,605 | 3,975 |
| BAGGING LINE CNVYR,EXT | 2/28/13 | SL | 12 | 4,071 | 1,936 | 2,135 |
| CONVEYOR,SS,TRANSFER | 2/28/13 | SL | 12 | 4,529 | 2,154 | 2,375 |
| LADDER,ROLLING,11 STEPS | 2/28/13 | SL | 12 | 671 | 319 | 352 |
| TRANSFER CONVEYOR | 2/28/13 | SL | 12 | 1,158 | 551 | 607 |
| CONVEYOR,BAG LINE A TSFR | 2/28/13 | SL | 12 | 4,681 | 2,226 | 2,455 |
| PRINTER,PRODIGY W LABER | 2/28/13 | SL | 12 | 1,786 | 849 | 936 |
| WATER SOFTNER | 2/28/13 | SL | 12 | 1,873 | 891 | 982 |
| TUBS,SANITIZING,SS | 2/28/13 | SL | 12 | 4,195 | 1,995 | 2,200 |
| AIRSHIRZ | 2/28/13 | SL | 12 | 2,828 | 1,345 | 1,483 |
| AIRSHIRZ | 2/28/13 | SL | 12 | 2,828 | 1,345 | 1,483 |
| AIR COMPRESSOR | 2/28/13 | SL | 12 | 4,934 | 2,347 | 2,588 |
| SANITATION SYSTEM | 2/28/13 | SL | 12 | 9,343 | 4,443 | 4,900 |
| SCALE CABINET SS | 2/28/13 | SL | 12 | 1,509 | 718 | 791 |
| SCALE CABINET,SS | 2/28/13 | SL | 12 | 1,525 | 725 | 800 |
| MODIFY INFEED CONVEYOR | 2/28/13 | SL | 12 | 1,441 | 685 | 756 |
| SS FLASHING EVIS WET WALL | 2/28/13 | SL | 12 | 985 | 468 | 516 |
| DRIP PANS,SS | 2/28/13 | SL | 12 | 3,340 | 1,588 | 1,752 |
| TABLE,SANITATION,SS | 2/28/13 | SL | 12 | 692 | 329 | 363 |
| TABLES,ROLLING, SS(2) | 2/28/13 | SL | 12 | 1,902 | 904 | 997 |
| TABLE,W/CASTER,SS | 2/28/13 | SL | 12 | 951 | 452 | 499 |
| TABLE,SS | 2/28/13 | SL | 12 | 1,295 | 616 | 679 |
| ODOR CONTROLLING SYSTEM | 2/28/13 | SL | 12 | 982 | 467 | 515 |
| PUMP,TRAVAINI | 2/28/13 | SL | 12 | 5,393 | 2,565 | 2,828 |
| NECK CUTTER, JARVIS | 2/28/13 | SL | 12 | 893 | 425 | 469 |
| NECK CUTTER, JARVIS | 2/28/13 | SL | 12 | 893 | 425 | 469 |

**Zacky & Sons Poultry, LLC**
**Case #2:18-bk-23361-RK**
**Fixed Asset List - Other Equipment**

| DESCRIPTION | ACQ | DM | LF | BEGBASIS | Accum Dep | NBV |
|---|---|---|---|---|---|---|
| JARVIS VENT GUNS | 2/28/13 | SL | 12 | 7,075 | 3,365 | 3,710 |
| RBLD BLISSMATIC BOXFORMER | 2/28/13 | SL | 12 | 6,753 | 3,211 | 3,541 |
| NECK CUTTER, JARVIS | 2/28/13 | SL | 12 | 887 | 422 | 465 |
| POST STUNNER | 2/28/13 | SL | 12 | 2,031 | 966 | 1,065 |
| TRUCK SCALE REPAIR | 2/28/13 | SL | 12 | 6,270 | 2,982 | 3,288 |
| MIXER,LIGHTNIN,X5P25 | 2/28/13 | SL | 12 | 1,844 | 877 | 967 |
| CONVEYOR,66656 UPGRADE | 2/28/13 | SL | 12 | 6,736 | 3,204 | 3,533 |
| ICE MAKER REBUILD | 2/28/13 | SL | 12 | 19,012 | 9,041 | 9,970 |
| PUMP,ALFA LAVAL,ROTARY | 2/28/13 | SL | 12 | 5,322 | 2,531 | 2,791 |
| TEST SCALE FRAME,SS | 2/28/13 | SL | 12 | 1,057 | 503 | 554 |
| TABLE,SS W/SHELVES | 2/28/13 | SL | 12 | 1,284 | 611 | 674 |
| CONVEYOR,SS,ROLLER | 2/28/13 | SL | 12 | 2,565 | 1,220 | 1,345 |
| CONVEYOR,SS,ROLLER | 2/28/13 | SL | 12 | 2,565 | 1,220 | 1,345 |
| PALLET JACK,CROWN 2002 & EXCIDE BATTERY | 2/28/13 | SL | 12 | 3,534 | 1,681 | 1,853 |
| CONVEYOR,SS,UPGRD | 2/28/13 | SL | 12 | 3,213 | 1,528 | 1,685 |
| CLIPPER,HORIZONTAL PLLYCL | 2/28/13 | SL | 12 | 2,474 | 1,177 | 1,298 |
| CLIPPER,TIPPER TIE | 2/28/13 | SL | 12 | 5,854 | 2,784 | 3,070 |
| CLIPPER,TIPPER TIE | 2/28/13 | SL | 12 | 5,854 | 2,784 | 3,070 |
| CLIPPER,ROTAMATIC,SS | 2/28/13 | SL | 12 | 7,563 | 3,597 | 3,966 |
| CLIPPER,ROTAMATIC,SS | 2/28/13 | SL | 12 | 7,563 | 3,597 | 3,966 |
| CHAIN,SL348,EVIS | 2/28/13 | SL | 12 | 18,389 | 8,745 | 9,644 |
| WHIZARD NKIFE-EVIS | 2/28/13 | SL | 12 | 1,060 | 504 | 556 |
| PUMP,TRAVAINI,SANITATION | 2/28/13 | SL | 12 | 5,176 | 2,462 | 2,714 |
| DRIP PAN,SS 11'X 24" | 2/28/13 | SL | 12 | 875 | 416 | 459 |
| TRUCK HOIST UPGRADE | 2/28/13 | SL | 12 | 12,813 | 6,093 | 6,719 |
| TABLE,SS,W/CASTERS | 2/28/13 | SL | 12 | 2,682 | 1,276 | 1,407 |
| METAL DETECTOR,EZ TEL DSP | 2/28/13 | SL | 12 | 19,102 | 9,084 | 10,017 |
| VEMAG HP-10-C | 2/28/13 | SL | 12 | 56,676 | 26,953 | 29,722 |
| TRUCK HOIST,GEARS,RACKS | 2/28/13 | SL | 12 | 13,603 | 6,469 | 7,134 |
| ROSS TENDERIZER | 2/28/13 | SL | 12 | 8,613 | 4,096 | 4,517 |
| TEST WEIGHTS,1000LB | 2/28/13 | SL | 12 | 4,847 | 2,305 | 2,542 |
| PRINTER,INK JET | 2/28/13 | SL | 12 | 17,538 | 8,341 | 9,197 |
| HEAT EXCHANGER,SCRAP SURF | 2/28/13 | SL | 12 | 170,352 | 81,014 | 89,337 |
| PALLET JACK,MITSUBISHI 2006 | 2/28/13 | SL | 12 | 3,543 | 1,685 | 1,858 |
| FORKLIFT, 2002,MITSUBISHI | 2/28/13 | SL | 12 | 9,854 | 4,686 | 5,168 |
| PUMP, WAUKESHA | 2/28/13 | SL | 12 | 11,527 | 5,482 | 6,045 |
| CONTAINERS, BULK | 2/28/13 | SL | 5 | 3,746 | 3,746 | - |
| PUMPS, WAUKESHA 134 | 2/28/13 | SL | 12 | 3,312 | 1,575 | 1,737 |
| BATTERY, PALLET JACK W/510 AHC | 2/28/13 | SL | 12 | 2,431 | 1,156 | 1,275 |
| BATTERY, PALLET JACK W/510 AHC | 2/28/13 | SL | 12 | 2,431 | 1,156 | 1,275 |
| BATTERY, PALLET JACK | 2/28/13 | SL | 12 | 2,431 | 1,156 | 1,275 |
| BATTERY, PALLET JACK W/510 AHC | 2/28/13 | SL | 12 | 2,431 | 1,156 | 1,275 |
| LOAF FORMER, VEMAG | 2/28/13 | SL | 12 | 6,340 | 3,015 | 3,325 |
| DEBONING SCREW, POSS PDX5 | 2/28/13 | SL | 12 | 6,487 | 3,085 | 3,402 |
| SCREEN PLATES, POSS PDX5 | 2/28/13 | SL | 12 | 5,871 | 2,792 | 3,079 |
| RESTRICTOR POSS PDX5 | 2/28/13 | SL | 12 | 6,872 | 3,268 | 3,604 |
| SES CAL-HYPO SYS | 2/28/13 | SL | 12 | 4,293 | 2,042 | 2,251 |
| STANDS,S.S. (12) | 2/28/13 | SL | 12 | 3,889 | 1,850 | 2,040 |
| VENT GUN-EVIS | 2/28/13 | SL | 12 | 2,538 | 1,207 | 1,331 |
| STANDS, S.S. (2) | 2/28/13 | SL | 12 | 1,067 | 507 | 560 |
| STAND, S.S. | 2/28/13 | SL | 12 | 831 | 395 | 436 |
| TOP SEALER,ROSS IN-PACK | 2/28/13 | SL | 12 | 50,618 | 24,073 | 26,546 |
| GUN,GLUE,NORDSON | 2/28/13 | SL | 12 | 1,053 | 501 | 552 |
| CABINET,SS,DOUBLE DOOR | 2/28/13 | SL | 12 | 3,363 | 1,599 | 1,764 |
| GUN,GLUE NORDSON | 2/28/13 | SL | 12 | 2,231 | 1,061 | 1,170 |
| GLUE TANK, NORDSON | 2/28/13 | SL | 12 | 6,218 | 2,957 | 3,261 |

**Zacky & Sons Poultry, LLC**
**Case #2:18-bk-23361-RK**
**Fixed Asset List - Other Equipment**

| DESCRIPTION | ACQ | DM | LF | BEGBASIS | Accum Dep | NBV |
|---|---|---|---|---|---|---|
| CURTAINS, SAFETY | 2/28/13 | SL | 12 | 12,590 | 5,987 | 6,603 |
| TAPE MACHINE, 3" | 2/28/13 | SL | 12 | 4,983 | 2,370 | 2,613 |
| BLOOD TANK,SS,WASTE WATER | 2/28/13 | SL | 12 | 6,446 | 3,065 | 3,380 |
| APV #4 | 2/28/13 | SL | 12 | 19,657 | 9,348 | 10,309 |
| PALLET JACK,CAT 2008 ID# UT6495 6000LBS | 2/28/13 | SL | 5 | 2,706 | 2,706 | - |
| NECK PULLER, CHICKEN | 2/28/13 | SL | 12 | 1,995 | 949 | 1,046 |
| AUGER UNLOADER,FRAMEWEILE | 2/28/13 | SL | 12 | 2,371 | 1,127 | 1,243 |
| STAND,SS,W/STAIRS | 2/28/13 | SL | 12 | 2,455 | 1,168 | 1,287 |
| VEMAG MMP 220 PORTIONER | 2/28/13 | SL | 12 | 46,591 | 22,157 | 24,434 |
| TOWNSEND SKINNER | 2/28/13 | SL | 12 | 12,916 | 6,143 | 6,774 |
| CONVEYOR | 2/28/13 | SL | 12 | 18,155 | 8,634 | 9,521 |
| CONVEYORS FOR SKINNER | 2/28/13 | SL | 12 | 5,986 | 2,847 | 3,139 |
| INTRALOX MODULAR BELING | 2/28/13 | SL | 12 | 15,583 | 7,411 | 8,172 |
| DANSENSOR UNIT,TRAYPACK | 2/28/13 | SL | 12 | 22,201 | 10,558 | 11,643 |
| SS CHUTE, PATTY MACHINE | 2/28/13 | SL | 12 | 3,940 | 1,874 | 2,066 |
| M-TEK CORR VAC MARK 3 | 2/28/13 | SL | 12 | 13,836 | 6,580 | 7,256 |
| TAPE MACHINE,3M, 3" | 2/28/13 | SL | 12 | 5,566 | 2,647 | 2,919 |
| SAWS, KFC, CKN | 2/28/13 | SL | 12 | 11,833 | 5,627 | 6,205 |
| PUMP,VACUUM,DEKKER | 2/28/13 | SL | 12 | 7,584 | 3,607 | 3,977 |
| CHUBMAKER 4000 | 2/28/13 | SL | 12 | 363,944 | 173,081 | 190,863 |
| MOTOR, SWECO, 2.5HP | 2/28/13 | SL | 12 | 3,319 | 1,579 | 1,741 |
| PUMP. WAUKESHA 134, MEAT | 2/28/13 | SL | 12 | 5,829 | 2,772 | 3,057 |
| FANS, 24" (6)LIVEHANG | 2/28/13 | SL | 12 | 4,841 | 2,302 | 2,539 |
| NUTEC 710 PATTY MACHINE | 2/28/13 | SL | 12 | 4,992 | 2,374 | 2,618 |
| GRINDER/FORMING HEAD | 2/28/13 | SL | 12 | 11,242 | 5,346 | 5,896 |
| JACK, PALLET, ELECT,RIDER 6000LBS | 2/28/13 | SL | 12 | 4,607 | 2,191 | 2,416 |
| TRAY DENESTER 1120 PORTIO | 2/28/13 | SL | 12 | 55,831 | 26,552 | 29,280 |
| CO2 EXHAUST HOOD | 2/28/13 | SL | 12 | 8,788 | 4,179 | 4,609 |
| LIVEHANG PLATFORM | 2/28/13 | SL | 12 | 26,594 | 12,647 | 13,947 |
| LADDER,ROLLING 11 STEP | 2/28/13 | SL | 12 | 1,008 | 480 | 529 |
| PUMP, SELF-PRIMING TRASH | 2/28/13 | SL | 12 | 5,476 | 2,604 | 2,872 |
| EVAPORATOR COIL | 2/28/13 | SL | 12 | 33,736 | 16,044 | 17,692 |
| GRILLS S.S. (4) | 2/28/13 | SL | 12 | 2,679 | 1,274 | 1,405 |
| MOTOR, SWECO | 2/28/13 | SL | 12 | 3,419 | 1,626 | 1,793 |
| CROSSOVER CONVEYOR | 2/28/13 | SL | 12 | 2,057 | 978 | 1,079 |
| MOTOR, 10HP MDM HYDRAULIC | 2/28/13 | SL | 12 | 1,153 | 548 | 605 |
| PUMP, FOR PITS-OFFAL ROOM | 2/28/13 | SL | 12 | 10,349 | 4,922 | 5,427 |
| MOTOR/GEARBOX, TRAYPACK | 2/28/13 | SL | 12 | 1,848 | 879 | 969 |
| PUMP, SUM 5 HP S.S. | 2/28/13 | SL | 12 | 6,215 | 2,956 | 3,260 |
| 2005 CAT PALLET JACK END RIDER ID# UT6673 | 2/28/13 | SL | 12 | 4,386 | 2,086 | 2,300 |
| PUMP, WAUKESHA 134 MDM | 2/28/13 | SL | 12 | 10,373 | 4,933 | 5,440 |
| TOP SEALER, ROSS IN-PACK | 2/28/13 | SL | 12 | 2,725 | 1,296 | 1,429 |
| DOSATRON CHEMICAL PUMP | 2/28/13 | SL | 12 | 1,544 | 734 | 810 |
| METAL DETECTOR RPR | 2/28/13 | SL | 12 | 10,869 | 5,169 | 5,700 |
| SALVAGE STATION SS | 2/28/13 | SL | 12 | 4,382 | 2,084 | 2,298 |
| CONVEYOR, BOX LINE, S.S. | 2/28/13 | SL | 12 | 1,631 | 776 | 855 |
| PALLET JACK, CROWN 2002 | 2/28/13 | SL | 12 | 3,075 | 1,462 | 1,612 |
| GLUE UNIT, NORDSON 3700V | 2/28/13 | SL | 12 | 3,610 | 1,717 | 1,893 |
| PUMP, WAUKESHA RPR | 2/28/13 | SL | 12 | 4,426 | 2,105 | 2,321 |
| PALLET JACK, ELECT,RIDER 6000LBS | 2/28/13 | SL | 12 | 2,118 | 1,007 | 1,111 |
| ELECTRIC MOTOR 125HP | 2/28/13 | SL | 12 | | - | - |
| WIRING | 2/28/13 | SL | 12 | | - | - |
| REWIRE & ELEC-EQUIP | 2/28/13 | SL | 12 | | - | - |
| AIRCOLD CONDENSER | 2/28/13 | SL | 12 | | - | - |
| AMMONIA COMPRESR CYL | 2/28/13 | SL | 12 | | - | - |
| COMPRESSOR 7X7 60HP | 2/28/13 | SL | 12 | | - | - |

**Zacky & Sons Poultry, LLC**
**Case #2:18-bk-23361-RK**
**Fixed Asset List - Other Equipment**

| DESCRIPTION | ACQ | DM | LF | BEGBASIS | Accum Dep | NBV |
|---|---|---|---|---|---|---|
| COMPRESSOR 9X9 100HP | 2/28/13 | SL | 12 | | - | - |
| COMPRESSR 12 CYL | 2/28/13 | SL | 12 | | - | - |
| COMPRESSR 6 CLY 60HP | 2/28/13 | SL | 12 | | - | - |
| COMPRESSR P120 60HP | 2/28/13 | SL | 12 | | - | - |
| COMPRESSR A200 125HP | 2/28/13 | SL | 12 | | - | - |
| COMPRESSR 6 CYL | 2/28/13 | SL | 12 | | - | - |
| REFRIGERATION PIPING | 2/28/13 | SL | 12 | | - | - |
| VILTER AMMONIA COMPR | 2/28/13 | SL | 12 | | - | - |
| TROJAN CHARGER | 2/28/13 | SL | 12 | | - | - |
| NEW MOTOR CONTROL | 2/28/13 | SL | 12 | | - | - |
| CANTRELL CHAIN ASSY | 2/28/13 | SL | 12 | | - | - |
| 2-NEW AIR COMPRESSOR | 2/28/13 | SL | 12 | | - | - |
| INSULATE AMMONIA LN | 2/28/13 | SL | 12 | | - | - |
| COOLING TOWER | 2/28/13 | SL | 12 | | - | - |
| ADD. COOLING TOWER | 2/28/13 | SL | 12 | | - | - |
| NEW PURGE&SUCTION | 2/28/13 | SL | 12 | | - | - |
| INTERCOOLER | 2/28/13 | SL | 12 | | - | - |
| TECO 100 HP MOTOR | 2/28/13 | SL | 12 | 6 | 3 | 3 |
| SULLAIR AIR DRYER | 2/28/13 | SL | 12 | 15 | 7 | 8 |
| HYSTR FRKLIFT S35XL | 2/28/13 | SL | 12 | 61 | 29 | 32 |
| (9) SERIES 1 GE PLCS | 2/28/13 | SL | 12 | 33 | 16 | 18 |
| CHILLER AMMONIA DRUM | 2/28/13 | SL | 12 | 6 | 3 | 3 |
| VILTER COMPRESSOR | 2/28/13 | SL | 12 | 226 | 108 | 119 |
| 6" SUCTION HEADER | 2/28/13 | SL | 12 | 48 | 23 | 25 |
| CAT FORKLIFT GC15 | 2/28/13 | SL | 12 | 119 | 56 | 62 |
| 125HP MOTOR | 2/28/13 | SL | 12 | 18 | 9 | 10 |
| HOBART CHARGER | 2/28/13 | SL | 12 | 13 | 6 | 7 |
| 200# ECLIPSE SCLE QA | 2/28/13 | SL | 12 | 20 | 9 | 10 |
| APV COOLER HOOKUP | 2/28/13 | SL | 12 | 235 | 112 | 123 |
| S/S TRUCK PLATFORM 4 | 2/28/13 | SL | 12 | 34 | 16 | 18 |
| TROJAN BATTERY | 2/28/13 | SL | 12 | 40 | 19 | 21 |
| MOTOR STARTER - COMPRESSO | 2/28/13 | SL | 12 | 74 | 35 | 39 |
| VERTICAL ACCUMULATOR | 2/28/13 | SL | 12 | 858 | 408 | 450 |
| OIL COOLER COMPRESSOR | 2/28/13 | SL | 12 | 194 | 92 | 102 |
| VILTER COMPRESSOR | 2/28/13 | SL | 12 | 163 | 77 | 85 |
| PURGER COMPRESSOR | 2/28/13 | SL | 12 | 129 | 61 | 68 |
| INSTALLATION INTER-COOLER | 2/28/13 | SL | 12 | 1,055 | 502 | 553 |
| BACK PRESSURE REGULATOR | 2/28/13 | SL | 12 | 89 | 42 | 47 |
| FORKLIFT EQUIPMENT | 2/28/13 | SL | 12 | 571 | 271 | 299 |
| FORKLIFT EQUIPMENT | 2/28/13 | SL | 12 | 571 | 271 | 299 |
| ADD'L BATTERY PLUS CHARGE | 2/28/13 | SL | 12 | 106 | 50 | 56 |
| ADD'L BATTERY PLUS CHARGE | 2/28/13 | SL | 12 | 106 | 50 | 56 |
| ADD'L BATTERY PLUS CHARGE | 2/28/13 | SL | 12 | 106 | 50 | 56 |
| ADD'L BATTERY PLUS CHARGE | 2/28/13 | SL | 12 | 106 | 50 | 56 |
| ADD'L BATTERY PLUS CHARGE | 2/28/13 | SL | 12 | 106 | 50 | 56 |
| ADD'L BATTERY PLUS CHARGE | 2/28/13 | SL | 12 | 106 | 50 | 56 |
| ADD'L BATTERY PLUS CHARGE | 2/28/13 | SL | 12 | 106 | 50 | 56 |
| ADD'L BATTERY PLUS CHARGE | 2/28/13 | SL | 12 | 106 | 50 | 56 |
| PALLET INVERTERS IN DE-SL | 2/28/13 | SL | 12 | 484 | 230 | 254 |
| STRETCH WRAPPERS ON DOCK | 2/28/13 | SL | 12 | 415 | 197 | 218 |
| STRETCH WRAPPERS ON DOCK | 2/28/13 | SL | 12 | 415 | 197 | 218 |
| EVAPORATIVE COOLING COIL | 2/28/13 | SL | 12 | 172 | 82 | 90 |
| OIL RECOVERY SYSTEM | 2/28/13 | SL | 12 | 497 | 236 | 261 |
| GALVANIZED STEEL PALLETS | 2/28/13 | SL | 12 | 258 | 123 | 136 |
| TROJAN BATTERY | 2/28/13 | SL | 12 | 38 | 18 | 20 |
| BARCODE SCANNER EQUIPMENT | 2/28/13 | SL | 12 | 1,518 | 722 | 796 |

**Zacky & Sons Poultry, LLC**
**Case #2:18-bk-23361-RK**
**Fixed Asset List - Other Equipment**

| DESCRIPTION | ACQ | DM | LF | BEGBASIS | Accum Dep | NBV |
|---|---|---|---|---|---|---|
| OVERHEAD OUTLETS(INVENTOR | 2/28/13 | SL | 12 | 74 | 35 | 39 |
| HAND HELD SCANNERS (6) | 2/28/13 | SL | 12 | 325 | 155 | 171 |
| SUB-PANEL FOR FUEL PUMP | 2/28/13 | SL | 12 | 87 | 41 | 46 |
| EXHAUST FAN | 2/28/13 | SL | 12 | 29 | 14 | 15 |
| AIR HANDLING UNIT | 2/28/13 | SL | 12 | 194 | 92 | 102 |
| ALARM SYSTEM | 2/28/13 | SL | 12 | 117 | 56 | 62 |
| POWERED INFEED/EXIT CONVE | 2/28/13 | SL | 12 | 127 | 60 | 66 |
| PAINT SPRAYER (USED) | 2/28/13 | SL | 12 | 20 | 9 | 10 |
| SPACE HEATER (PROPANE) | 2/28/13 | SL | 12 | 9 | 4 | 5 |
| REFRIGERATION PIPING UPGR | 2/28/13 | SL | 12 | 1,276 | 607 | 669 |
| REPLACE VALVES OLD FACILI | 2/28/13 | SL | 12 | 2,824 | 1,343 | 1,481 |
| INSTALL HOT H20 TANK/PUMP | 2/28/13 | SL | 12 | 160 | 76 | 84 |
| HYDRAULIC TANK | 2/28/13 | SL | 12 | 477 | 227 | 250 |
| FORKLIFT BATTERY | 2/28/13 | SL | 12 | 89 | 42 | 47 |
| FORKLIFT BATTERY | 2/28/13 | SL | 12 | 89 | 42 | 47 |
| FORKLIFT BATTERY | 2/28/13 | SL | 12 | 208 | 99 | 109 |
| FORKLIFT BATTERY | 2/28/13 | SL | 12 | 208 | 99 | 109 |
| FORKLIFT BATTERY | 2/28/13 | SL | 12 | 188 | 90 | 99 |
| BOOSTER COMPRESSOR | 2/28/13 | SL | 12 | 3,342 | 1,590 | 1,753 |
| BOOSTER COMPRESSOR ADD'L | 2/28/13 | SL | 12 | 1,971 | 937 | 1,033 |
| MOTOR 600 HP SOFT START | 2/28/13 | SL | 12 | 1,857 | 883 | 974 |
| WALKIE RIFER LIFT TOYOTA | 2/28/13 | SL | 12 | 2,131 | 1,013 | 1,117 |
| CATERPILLER LIFT | 2/28/13 | SL | 12 | 2,372 | 1,128 | 1,244 |
| CATERPILLAR LIFT | 2/28/13 | SL | 12 | 2,372 | 1,128 | 1,244 |
| TRAYPACK METAL DETECTOR | 2/28/13 | SL | 12 | 7,513 | 3,573 | 3,940 |
| 3 PC ROLLER RACK | 2/28/13 | SL | 12 | 6,885 | 3,274 | 3,611 |
| BATTERY CABLE RETRACTORS | 2/28/13 | SL | 12 | 401 | 191 | 210 |
| SS DRIP TRAYS | 2/28/13 | SL | 12 | 3,770 | 1,793 | 1,977 |
| RAYMOND FORKLIFT | 2/28/13 | SL | 12 | 23,481 | 11,167 | 12,314 |
| RAYMOND FORKLIFT | 2/28/13 | SL | 12 | 23,481 | 11,167 | 12,314 |
| RAYMOND FORKLIFT | 2/28/13 | SL | 12 | 23,481 | 11,167 | 12,314 |
| RAYMOND FORKLIFT | 2/28/13 | SL | 12 | 23,481 | 11,167 | 12,314 |
| RAYMOND FORKLIFT | 2/28/13 | SL | 12 | 23,481 | 11,167 | 12,314 |
| RAYMOND FORKLIFT | 2/28/13 | SL | 12 | 23,481 | 11,167 | 12,314 |
| RAYMOND FORKLIFT | 2/28/13 | SL | 12 | 23,481 | 11,167 | 12,314 |
| RAYMOND FORKLIFT | 2/28/13 | SL | 12 | 23,481 | 11,167 | 12,314 |
| BATTERY,FORKLIFT,DEKA | 2/28/13 | SL | 12 | 2,939 | 1,398 | 1,541 |
| BATTERY,FORKLIFT,DEKA | 2/28/13 | SL | 12 | 2,939 | 1,398 | 1,541 |
| CHAIN HOIST,VALUSTAR | 2/28/13 | SL | 12 | 1,418 | 674 | 743 |
| HOIST, CHAIN | 2/28/13 | SL | 12 | 1,288 | 613 | 676 |
| COMPRESSOR #6 | 2/28/13 | SL | 12 | 14,551 | 6,920 | 7,631 |
| BATTERY RAYMOND LIFT 36V | 2/28/13 | SL | 12 | 6,432 | 3,059 | 3,373 |
| BATTERY RAYMOND LIFT 36V | 2/28/13 | SL | 12 | 6,432 | 3,059 | 3,373 |
| BATTERY RAYMOND LIFT 36V | 2/28/13 | SL | 12 | 6,432 | 3,059 | 3,373 |
| COMPRESSOR #2, RBLD FRICK | 2/28/13 | SL | 12 | 21,517 | 10,233 | 11,284 |
| PUMP, VIKING AMMONIA | 2/28/13 | SL | 12 | 1,248 | 594 | 655 |
| SCALES, STATIC MOBIL CASE | 2/28/13 | SL | 12 | 17,771 | 8,452 | 9,320 |
| KOMATSU WHEEL LOADER 1999 | 2/28/13 | SL | 12 | 67,288 | 32,000 | 35,288 |
| KOMATSU MAJOR RPR | 2/28/13 | SL | 12 | 12,556 | 5,971 | 6,585 |
| WELDER, BOBCAT KOHLER 250 | 2/28/13 | SL | 12 | 2,206 | 1,049 | 1,157 |
| BOBCAT 250 WELDER KOHLER | 2/28/13 | SL | 12 | 2,390 | 1,137 | 1,253 |
| BIO FOGGER | 2/28/13 | SL | 12 | 2,784 | 1,324 | 1,460 |
| CEMENT MIXER | 2/28/13 | SL | 12 | 2,082 | 990 | 1,092 |
| BANDSAW HVBS | 2/28/13 | SL | 12 | 1,338 | 636 | 702 |
| COMPRESSOR, AIR | 2/28/13 | SL | 12 | 1,551 | 738 | 813 |
| AIR COMPRESSOR STAT | 2/28/13 | SL | 12 | 1,729 | 822 | 907 |

**Zacky & Sons Poultry, LLC**
**Case #2:18-bk-23361-RK**
**Fixed Asset List - Other Equipment**

| DESCRIPTION | ACQ | DM | LF | BEGBASIS | Accum Dep | NBV |
|---|---|---|---|---|---|---|
| WELDER, PORTABLE | 2/28/13 | SL | 12 | 3,142 | 1,494 | 1,648 |
| WELDER,PORTABLE,GAS DRIEN | 2/28/13 | SL | 12 | 3,210 | 1,527 | 1,683 |
| HATCHER | 2/28/13 | SL | 12 | 614 | 292 | 322 |
| EGG FLATS (165 EGG) | 2/28/13 | SL | 12 | 14,567 | 6,927 | 7,639 |
| EGG FLATS (120 EGG) | 2/28/13 | SL | 12 | 14,531 | 6,911 | 7,621 |
| HATCHER UPGRD #65901 | 2/28/13 | SL | 12 | 2,556 | 1,216 | 1,341 |
| INCUBATOR CONV TKY TO CKN | 2/28/13 | SL | 12 | 6,573 | 3,126 | 3,447 |
| KUBOTA 4WD TRACTOR | 2/28/13 | SL | 12 | 245 | 116 | 128 |
| STEAM CLEANER EQ# 7905 | 2/28/13 | SL | 12 | 2,428 | 1,155 | 1,273 |
| KUBOTA TRACTOR EQ# 8879 | 2/28/13 | SL | 12 | 659 | 313 | 346 |
| AUGER DRIVE,CAT A19B | 2/28/13 | SL | 12 | 2,184 | 1,038 | 1,145 |
| BIT,AUGER 9" | 2/28/13 | SL | 12 | 356 | 169 | 187 |
| WINDROWER,LEWIS POULTRY | 2/28/13 | SL | 12 | 16,119 | 7,666 | 8,453 |
| TRACTOR,70DT,DEUTZ FAHR | 2/28/13 | SL | 12 | 17,506 | 8,325 | 9,180 |
| FOAM STATION @ THORNE | 2/28/13 | SL | 12 | 1,395 | 663 | 732 |
| EZ GO FARM (GOLF) CART | 2/28/13 | SL | 12 | 439 | 209 | 230 |
| HOUSE CLEANER SKIMMR | 2/28/13 | SL | 12 | | - | - |
| BUSH HOG CUTTER | 2/28/13 | SL | 12 | | - | - |
| FEED EQUIP REPAIR | 2/28/13 | SL | 12 | | - | - |
| H D ROTO TILLER | 2/28/13 | SL | 12 | | - | - |
| RHINO LR-7 ANGLE BLD | 2/28/13 | SL | 12 | | - | - |
| RHINO S-5 MOWER | 2/28/13 | SL | 12 | | - | - |
| SOILMOVER | 2/28/13 | SL | 12 | | - | - |
| CARRY ALL EQ# 6330 | 2/28/13 | SL | 12 | | - | - |
| LEWIS HOUSEKEEPER | 2/28/13 | SL | 12 | 117 | 56 | 61 |
| JOHN DEERE TRACTOR | 2/28/13 | SL | 12 | 817 | 389 | 428 |
| SPIDER BRUSH | 2/28/13 | SL | 12 | 52 | 25 | 27 |
| 3-PT HITCH | 2/28/13 | SL | 12 | 45 | 21 | 24 |
| LEWIS HOUSE CLEANER | 2/28/13 | SL | 12 | 8,235 | 3,916 | 4,318 |
| TRACTOR MASSEY FERGUSON | 2/28/13 | SL | 12 | 14,084 | 6,698 | 7,386 |
| TRACTOR, 2WD, 2009 | 2/28/13 | SL | 12 | 16,005 | 7,611 | 8,393 |
| PUMPS BOOSTER G&L (2) | 2/28/13 | SL | 12 | 507 | 241 | 266 |
| SAFETY SHOWERS(2) | 2/28/13 | SL | 12 | 539 | 256 | 282 |
| MIXTANK SYSTEM | 2/28/13 | SL | 12 | 2,864 | 1,362 | 1,502 |
| VAPOR METER, LPG SYSTEM | 2/28/13 | SL | 12 | 2,702 | 1,285 | 1,417 |
| TANK,200 GAL,DIESEL | 2/28/13 | SL | 12 | 1,177 | 560 | 617 |
| FREE RANGE PENS | 2/28/13 | SL | 12 | 6,326 | 3,009 | 3,318 |
| GAS REGULATORS | 2/28/13 | SL | 12 | 1,170 | 556 | 613 |
| RANGE PENS | 2/28/13 | SL | 12 | 4,617 | 2,196 | 2,421 |
| FAN MOTOR | 2/28/13 | SL | 12 | 686 | 326 | 360 |
| PUMP,GOULDS GBC PRESSURE | 2/28/13 | SL | 12 | 1,401 | 666 | 735 |
| TRACTOR,FARMS,2009 | 2/28/13 | SL | 12 | 11,899 | 5,659 | 6,240 |
| RANGE PEN, BARN #15 | 2/28/13 | SL | 12 | 3,611 | 1,717 | 1,894 |
| RANGE PEN, BARN #16 | 2/28/13 | SL | 12 | 3,140 | 1,493 | 1,647 |
| RANGE PEN, BARN #17 | 2/28/13 | SL | 12 | 3,101 | 1,475 | 1,626 |
| RANGE PEN, BARN #18 | 2/28/13 | SL | 12 | 3,171 | 1,508 | 1,663 |
| RANGE PEN,BARN #19 | 2/28/13 | SL | 12 | 3,249 | 1,545 | 1,704 |
| RANGE PEN,BARN #20 | 2/28/13 | SL | 12 | 3,216 | 1,529 | 1,687 |
| RANGE PEN,BARN #22 | 2/28/13 | SL | 12 | 3,340 | 1,589 | 1,752 |
| FAN 36" BARN 12 | 2/28/13 | SL | 12 | 4,229 | 2,011 | 2,218 |
| FAN 36" BARN 13 | 2/28/13 | SL | 12 | 4,229 | 2,011 | 2,218 |
| FAN 36" BARN 14 | 2/28/13 | SL | 12 | 4,229 | 2,011 | 2,218 |
| FAN 36" BARN 15 | 2/28/13 | SL | 12 | 4,229 | 2,011 | 2,218 |
| FAN 36" BARN 16 | 2/28/13 | SL | 12 | 4,229 | 2,011 | 2,218 |
| FAN 36" BARN 17 | 2/28/13 | SL | 12 | 4,229 | 2,011 | 2,218 |
| FAN 36" BARN 18 | 2/28/13 | SL | 12 | 4,229 | 2,011 | 2,218 |

**Zacky & Sons Poultry, LLC**
**Case #2:18-bk-23361-RK**
**Fixed Asset List - Other Equipment**

| DESCRIPTION | ACQ | DM | LF | BEGBASIS | Accum Dep | NBV |
|---|---|---|---|---|---|---|
| FAN 36" BARN 19 | 2/28/13 | SL | 12 | 4,229 | 2,011 | 2,218 |
| FAN 36" BARN 20 | 2/28/13 | SL | 12 | 4,229 | 2,011 | 2,218 |
| FAN 36" BARN 21 | 2/28/13 | SL | 12 | 4,229 | 2,011 | 2,218 |
| FAN 36" BARN 22 | 2/28/13 | SL | 12 | 4,230 | 2,011 | 2,218 |
| GOLF CART,ELEC 48VOLT | 2/28/13 | SL | 12 | 3,618 | 1,721 | 1,898 |
| 74" ROTO TILLER | 2/28/13 | SL | 12 | 1,578 | 751 | 828 |
| GOLF CART,ELEC 48 VOLT | 2/28/13 | SL | 12 | 3,618 | 1,721 | 1,898 |
| CARRYALL SCRAPPER MISKIN | 2/28/13 | SL | 12 | 3,025 | 1,438 | 1,586 |
| 6TH AVENUE CURTAINS | 2/28/13 | SL | 12 | 171 | 81 | 90 |
| MISKIN SCRAPPER | 2/28/13 | SL | 12 | 42 | 20 | 22 |
| MISKIN SCRAPPER | 2/28/13 | SL | 12 | 42 | 20 | 22 |
| POULT TRAILER | 2/28/13 | SL | 12 | 42 | 20 | 22 |
| POULT TRAILER | 2/28/13 | SL | 12 | 42 | 20 | 22 |
| POULT TRAILER | 2/28/13 | SL | 12 | 42 | 20 | 22 |
| BUSHHOG POST HOLE DIGGER | 2/28/13 | SL | 12 | 42 | 20 | 22 |
| PACIFIC WEED MOWER | 2/28/13 | SL | 12 | 42 | 20 | 22 |
| LANDPRIDE SCRAPPERS -2 | 2/28/13 | SL | 12 | 42 | 20 | 22 |
| FLATBED TRAILERS | 2/28/13 | SL | 12 | 42 | 20 | 22 |
| FLATBED TRAILERS | 2/28/13 | SL | 12 | 42 | 20 | 22 |
| CUMBERLAND POULT EQUIPMEN | 2/28/13 | SL | 12 | 798 | 379 | 418 |
| CUMBERLAND GROWOUT EQUIPM | 2/28/13 | SL | 12 | 5,318 | 2,529 | 2,789 |
| KUBOTA TRACTOR | 2/28/13 | SL | 12 | 433 | 206 | 227 |
| REARS ORCHARD SPRAYER | 2/28/13 | SL | 12 | 164 | 78 | 86 |
| TRANSPORT AUGER | 2/28/13 | SL | 12 | 48 | 23 | 25 |
| PLASSON DRINKERS (0) | 2/28/13 | SL | 12 | | - | - |
| PLASSON DRINKERS (400) | 2/28/13 | SL | 12 | 36 | 17 | 19 |
| WATER FILTRATION SYSTEM 6  (sand separator & media sand filter) | 2/28/13 | SL | 12 | 204 | 97 | 107 |
| 75 KW DIESEL GENERATOR-PO | 2/28/13 | SL | 12 | 304 | 145 | 159 |
| KRAUSE DISC | 2/28/13 | SL | 12 | 141 | 67 | 74 |
| SWEEPSTER  EQ#8540 | 2/28/13 | SL | 12 | 200 | 95 | 105 |
| 6TH AVE BROODER CURTAIN | 2/28/13 | SL | 12 | 2,129 | 1,013 | 1,117 |
| WATER STORAGE TANK | 2/28/13 | SL | 12 | 2,907 | 1,383 | 1,525 |
| MASSEY FERGUSON TRACTOR | 2/28/13 | SL | 12 | 10,829 | 5,150 | 5,679 |
| 2002 CLUB CAR 48V ELECT | 2/28/13 | SL | 12 | 1,319 | 627 | 692 |
| 2002 CLUB CAR 48V ELECT | 2/28/13 | SL | 12 | 1,319 | 627 | 692 |
| STOVES BROODER (0) | 2/28/13 | SL | 12 | | - | - |
| STOVES BROODER (75) | 2/28/13 | SL | 12 | 5,285 | 2,514 | 2,772 |
| STOVES BROODER (20) | 2/28/13 | SL | 12 | 1,489 | 708 | 781 |
| STOVES BROODER (40) | 2/28/13 | SL | 12 | 2,903 | 1,381 | 1,523 |
| STOVES BROODER (44) | 2/28/13 | SL | 12 | 3,275 | 1,558 | 1,718 |
| STOVES BROODER (75) | 2/28/13 | SL | 12 | 5,583 | 2,655 | 2,928 |
| TANK,PRESSURE | 2/28/13 | SL | 12 | 30,991 | 14,739 | 16,253 |
| SAFETY CHAINS | 2/28/13 | SL | 12 | 5,208 | 2,477 | 2,731 |
| CHLORINATION SYSTEM | 2/28/13 | SL | 12 | 3,435 | 1,634 | 1,802 |
| PUMP, SPRAY STATION PEERLESS 20HP 3600RP | 2/28/13 | SL | 12 | 2,794 | 1,329 | 1,465 |
| TANK,85 GAL BLADDER | 2/28/13 | SL | 12 | 714 | 340 | 375 |
| PUMP,BOOSTER 21/2HP,#JHHG3 STA-RITE | 2/28/13 | SL | 12 | 346 | 165 | 182 |
| TANK,WATER 5000 GAL | 2/28/13 | SL | 12 | 2,963 | 1,409 | 1,554 |
| PUMP PANEL 10HP 480V | 2/28/13 | SL | 12 | 442 | 210 | 232 |
| GOLF CART, ELEC, 48VOLT | 2/28/13 | SL | 12 | 3,618 | 1,721 | 1,898 |
| ENVIRONMENTAL CONTROLLERS | 2/28/13 | SL | 12 | 7,459 | 3,547 | 3,912 |
| BEFCO ROTO TILLER | 2/28/13 | SL | 12 | 1,601 | 761 | 840 |
| BROODER STOVES (25) | 2/28/13 | SL | 12 | 1,911 | 909 | 1,002 |
| FANS UPGRADE (13) 36" | 2/28/13 | SL | 12 | 1,538 | 732 | 807 |
| PUMP G&L W/MOTOR | 2/28/13 | SL | 12 | 531 | 253 | 279 |
| FANS, REPLACEMENT (18) 36" | 2/28/13 | SL | 12 | 4,221 | 2,007 | 2,213 |

**Zacky & Sons Poultry, LLC**
**Case #2:18-bk-23361-RK**
**Fixed Asset List - Other Equipment**

| DESCRIPTION | ACQ | DM | LF | BEGBASIS | Accum Dep | NBV |
|---|---|---|---|---|---|---|
| MACHINES/MOTORS | 2/28/13 | SL | 12 | 26,517 | 12,611 | 13,906 |
| PUMP (2) G/L W/MOTOR HS#32,35 COOLING SYS UPGR | 2/28/13 | SL | 12 | 806 | 383 | 423 |
| FAN W/METAL BOX (10) | 2/28/13 | SL | 12 | 2,115 | 1,006 | 1,109 |
| PUMPS (3), FOGGER FOR COOLING SYSTEM | 2/28/13 | SL | 12 | 2,945 | 1,401 | 1,545 |
| FAN (10) W/METAL BOX W/O CORD | 2/28/13 | SL | 12 | 5,287 | 2,514 | 2,773 |
| CURTAINS,WALL | 2/28/13 | SL | 12 | 58,851 | 27,988 | 30,863 |
| TANK, MEDICATION | 2/28/13 | SL | 12 | 2,205 | 1,049 | 1,157 |
| WATER SYSTEM UPGRD | 2/28/13 | SL | 12 | 2,209 | 1,051 | 1,159 |
| PUMPS(9) FOGGER UPGRD G/LPUMP W/1PH 60HZ 115V MOTOR | 2/28/13 | SL | 12 | 4,809 | 2,287 | 2,522 |
| FAN 36" BARN #30 (8) | 2/28/13 | SL | 12 | 5,949 | 2,829 | 3,120 |
| FAN 36" BARN #31 (8) | 2/28/13 | SL | 12 | 5,949 | 2,829 | 3,120 |
| FAN 36" BARN #32 (8) | 2/28/13 | SL | 12 | 5,949 | 2,829 | 3,120 |
| FAN 36" BARN #33 (8) | 2/28/13 | SL | 12 | 5,949 | 2,829 | 3,120 |
| FAN 36" BARN #34 (8) | 2/28/13 | SL | 12 | 5,949 | 2,829 | 3,120 |
| FAN 36" BARN #35 (0) | 2/28/13 | SL | 12 | | - | - |
| FAN 36" BARN #35 (8) | 2/28/13 | SL | 12 | 5,949 | 2,829 | 3,120 |
| FAN 36" BARN #36 (0) | 2/28/13 | SL | 12 | | - | - |
| FAN 36" BARN #36 (8) | 2/28/13 | SL | 12 | 5,949 | 2,829 | 3,120 |
| FAN 36" BARN #37 (0) | 2/28/13 | SL | 12 | | - | - |
| FAN 36" BARN #37 (8) | 2/28/13 | SL | 12 | 5,949 | 2,829 | 3,120 |
| FAN 36" BARN #38 (0) | 2/28/13 | SL | 12 | | - | - |
| FAN 36" BARN #38 (8) | 2/28/13 | SL | 12 | 5,949 | 2,829 | 3,120 |
| FAN 36" BARN #39 (0) | 2/28/13 | SL | 12 | | - | - |
| FAN 36" BARN #39 (8) | 2/28/13 | SL | 12 | 5,949 | 2,829 | 3,120 |
| FANS, AGD 36" (15) | 2/28/13 | SL | 12 | 6,702 | 3,187 | 3,515 |
| PUMP, WELL WATER DELIVERY | 2/28/13 | SL | 12 | 1,529 | 727 | 802 |
| **FANS UPGRADE (7) 36"** | 2/28/13 | SL | 12 | 828 | 394 | 434 |
| **FANS UPGRADE (7) 36"** | 2/28/13 | SL | 12 | 828 | 394 | 434 |
| MACHINES/MOTORS | 2/28/13 | SL | 12 | 16,346 | 7,774 | 8,572 |
| PUMP G/L W/MOTOR (2) | 2/28/13 | SL | 12 | 798 | 380 | 419 |
| FAN W/METAL BOX (0) | 2/28/13 | SL | 12 | | - | - |
| FAN W/METAL BOX (4) | 2/28/13 | SL | 12 | 847 | 403 | 444 |
| FANS (0)/COOLING SYSTEM | 2/28/13 | SL | 12 | | - | - |
| FANS (10)/COOLING SYSTEM | 2/28/13 | SL | 12 | 2,733 | 1,300 | 1,433 |
| PUMPS (3),FOGGER/COOLING SYS | 2/28/13 | SL | 12 | 1,471 | 700 | 772 |
| CONTROLLER,SAND SEPARATOR | 2/28/13 | SL | 12 | 3,096 | 1,472 | 1,624 |
| MIDICATION TANK, RPL | 2/28/13 | SL | 12 | 2,317 | 1,102 | 1,215 |
| FAN 36" BARN 10 (0) | 2/28/13 | SL | 12 | | - | - |
| FAN 36" BARN 10 (8) | 2/28/13 | SL | 12 | 6,653 | 3,164 | 3,489 |
| FAN 36" BARN 11 (0) | 2/28/13 | SL | 12 | | - | - |
| FAN 36" BARN 11 (8) | 2/28/13 | SL | 12 | 6,653 | 3,164 | 3,489 |
| FAN 36" BARN 12 (0) | 2/28/13 | SL | 12 | | - | - |
| FAN 36" BARN 12 (8) | 2/28/13 | SL | 12 | 6,653 | 3,164 | 3,489 |
| FAN 36" BARN 13 (0) | 2/28/13 | SL | 12 | | - | - |
| FAN 36" BARN 13 (8) | 2/28/13 | SL | 12 | 6,653 | 3,164 | 3,489 |
| FAN 36" BARN 14 (0) | 2/28/13 | SL | 12 | | - | - |
| FAN 36" BARN 14 (8) | 2/28/13 | SL | 12 | 6,653 | 3,164 | 3,489 |
| FAN 36" BARN 15 (0) | 2/28/13 | SL | 12 | | - | - |
| FAN 36" BARN 15 (8) | 2/28/13 | SL | 12 | 6,653 | 3,164 | 3,489 |
| FAN 36" BARN 16 (0) | 2/28/13 | SL | 12 | | - | - |
| FAN 36" BARN 16 (8) | 2/28/13 | SL | 12 | 6,653 | 3,164 | 3,489 |
| FAN 36" BARN 17 (0) | 2/28/13 | SL | 12 | | - | - |
| FAN 36" BARN 17 (8) | 2/28/13 | SL | 12 | 6,653 | 3,164 | 3,489 |
| FAN 36" BARN 18 (0) | 2/28/13 | SL | 12 | | - | - |
| FAN 36" BARN 18 (8) | 2/28/13 | SL | 12 | 6,653 | 3,164 | 3,489 |
| FAN 36" BARN 19 (0) | 2/28/13 | SL | 12 | | - | - |

**Zacky & Sons Poultry, LLC**
**Case #2:18-bk-23361-RK**
**Fixed Asset List - Other Equipment**

| DESCRIPTION | ACQ | DM | LF | BEGBASIS | Accum Dep | NBV |
|---|---|---|---|---|---|---|
| FAN 36" BARN 19 (8) | 2/28/13 | SL | 12 | 6,652 | 3,164 | 3,489 |
| WATER SYSTEM UPG 6TH GREY | 2/28/13 | SL | 12 | 3,673 | 1,747 | 1,926 |
| CURTAINS | 2/28/13 | SL | 12 | 107,353 | 51,054 | 56,299 |
| **FANS, AGD 36" (15)** | 2/28/13 | SL | 12 | 5,883 | 2,798 | 3,085 |
| **FANS, AGD 36" (15)** | 2/28/13 | SL | 12 | 5,883 | 2,798 | 3,085 |
| PUMP/MOTOR, PEERLESS | 2/28/13 | SL | 12 | 1,805 | 859 | 947 |
| PUMP, WELL WATER DELIVERY | 2/28/13 | SL | 12 | 1,819 | 865 | 954 |
| CURTAINS | 2/28/13 | SL | 12 | 80 | 38 | 42 |
| MEDICATION TANK | 2/28/13 | SL | 12 | | - | - |
| SPRINKLING SYSTEM | 2/28/13 | SL | 12 | | - | - |
| FUEL TANK | 2/28/13 | SL | 12 | | - | - |
| PUMP | 2/28/13 | SL | 12 | | - | - |
| SOIL MOVER | 2/28/13 | SL | 12 | | - | - |
| AUTO CURTAIN MINDERS | 2/28/13 | SL | 12 | | - | - |
| CHLORINATION SYSTEM | 2/28/13 | SL | 12 | | - | - |
| BROODER STOVES | 2/28/13 | SL | 12 | | - | - |
| LEWIS HOUSEKEEPER | 2/28/13 | SL | 12 | 16 | 8 | 8 |
| ZETRON ULTRAC ALARM | 2/28/13 | SL | 12 | 46 | 22 | 24 |
| (50) 48" FANS | 2/28/13 | SL | 12 | 385 | 183 | 202 |
| (20) FOGGER INLETS | 2/28/13 | SL | 12 | 19 | 9 | 10 |
| 5' LITTER GITTER | 2/28/13 | SL | 12 | 25 | 12 | 13 |
| TUFF PRESSURE WASHER | 2/28/13 | SL | 12 | 43 | 20 | 22 |
| HUNTSMAN NIPPLE DRINKERS | 2/28/13 | SL | 12 | 729 | 347 | 383 |
| KAWASAKI MULE | 2/28/13 | SL | 12 | 202 | 96 | 106 |
| TRACTOR REPAIR/ENGIN RBLD | 2/28/13 | SL | 12 | 1,773 | 843 | 930 |
| BROODER STOVE | 2/28/13 | SL | 12 | 7,160 | 3,405 | 3,755 |
| CURTAIN - GROW-OUT RANCH | 2/28/13 | SL | 12 | 6,716 | 3,194 | 3,522 |
| CURTAINS UPGRADE | 2/28/13 | SL | 12 | 507 | 241 | 266 |
| 3000 GAL TANK(2) | 2/28/13 | SL | 12 | 1,702 | 809 | 893 |
| CURTAIN MACHINE | 2/28/13 | SL | 12 | 2,721 | 1,294 | 1,427 |
| BUSH HOG RTS 62 TILLER | 2/28/13 | SL | 12 | 1,561 | 742 | 819 |
| END CONTROL PANS | 2/28/13 | SL | 12 | 5,493 | 2,612 | 2,881 |
| RODENT BAIT STATION | 2/28/13 | SL | 12 | 1,488 | 708 | 780 |
| RECIR/FILTRATION SYSTEM | 2/28/13 | SL | 12 | 3,939 | 1,873 | 2,066 |
| FILTRATION SYSTEM | 2/28/13 | SL | 12 | 2,590 | 1,232 | 1,358 |
| WATER TREATMENT SYSTEM | 2/28/13 | SL | 12 | 1,595 | 759 | 837 |
| FEED FILL SYS(10 BARNS) | 2/28/13 | SL | 12 | 27,537 | 13,096 | 14,441 |
| TRACTOR, FARM 2009 | 2/28/13 | SL | 12 | 18,238 | 8,673 | 9,564 |
| FEEDLINE,CHORETIME,BARN 5 | 2/28/13 | SL | 12 | 10,549 | 5,017 | 5,532 |
| FEEDLINE,CHORETIME,BARN 6 | 2/28/13 | SL | 12 | 10,549 | 5,017 | 5,532 |
| FEEDLINE CHORETIME BARN 7 | 2/28/13 | SL | 12 | | - | - |
| FEEDLINE CHORETIME BARN 7 | 2/28/13 | SL | 12 | 10,549 | 5,017 | 5,532 |
| FEEDLINE,CHORETIME,BARN 8 | 2/28/13 | SL | 12 | | - | - |
| FEEDLINE,CHORETIME,BARN 8 | 2/28/13 | SL | 12 | 10,549 | 5,017 | 5,532 |
| FEEDLINE,CHORETIME,BARN 9 | 2/28/13 | SL | 12 | | - | - |
| FEEDLINE,CHORETIME,BARN 9 | 2/28/13 | SL | 12 | 10,549 | 5,017 | 5,532 |
| RANGE PENS | 2/28/13 | SL | 12 | 5,352 | 2,545 | 2,806 |
| RANGE PENS | 2/28/13 | SL | 12 | 23,085 | 10,978 | 12,106 |
| CHORE-TRONICS CONTROL | 2/28/13 | SL | 12 | 3,652 | 1,737 | 1,915 |
| SCALE KITS/FEED HOPPERS 2 | 2/28/13 | SL | 12 | 2,252 | 1,071 | 1,181 |
| HEATERS, QUAD(11)BARN#4 | 2/28/13 | SL | 12 | 7,764 | 3,692 | 4,071 |
| HEATER,TUBE,REFLECTORS(7) | 2/28/13 | SL | 12 | 8,409 | 3,999 | 4,410 |
| FEEDLINE, BARN#10 | 2/28/13 | SL | 12 | 8,505 | 4,045 | 4,460 |
| FEEDLINE, BARN #11 | 2/28/13 | SL | 12 | 8,505 | 4,045 | 4,460 |
| FEEDLINE,BARN #12 | 2/28/13 | SL | 12 | | - | - |
| FEEDLINE | 2/28/13 | SL | 12 | 4,252 | 2,022 | 2,230 |

**Zacky & Sons Poultry, LLC**
**Case #2:18-bk-23361-RK**
**Fixed Asset List - Other Equipment**

| DESCRIPTION | ACQ | DM | LF | BEGBASIS | Accum Dep | NBV |
|---|---|---|---|---|---|---|
| FEEDLINE,BARN #5 | 2/28/13 | SL | 12 | 4,252 | 2,022 | 2,230 |
| FEEDLINE, BARN #13 | 2/28/13 | SL | 12 | | - | |
| FEEDLINE, BARN #12 | 2/28/13 | SL | 12 | 8,505 | 4,045 | 4,460 |
| FEEDLINE, BARN #14 | 2/28/13 | SL | 12 | | - | - |
| FEEDLINE | 2/28/13 | SL | 12 | 5,953 | 2,831 | 3,122 |
| FEEDLINE, BARN #5 | 2/28/13 | SL | 12 | 2,551 | 1,213 | 1,338 |
| TRANSFER AUGER EQ#7037 | 2/28/13 | SL | 12 | | - | - |
| FEED TANKS | 2/28/13 | SL | 12 | | - | - |
| FEED CART 513992 | 2/28/13 | SL | 12 | | - | - |
| EVAP COOLER 4400 CFM | 2/28/13 | SL | 12 | | - | - |
| EVAP COOLER 3400 CFM | 2/28/13 | SL | 12 | | - | - |
| ELECTRICAL SYSTEM | 2/28/13 | SL | 12 | | - | - |
| FOGGER SYSTEM | 2/28/13 | SL | 12 | | - | - |
| OFFSET DISC EQ# 7907 | 2/28/13 | SL | 12 | | - | - |
| FEED TRANSFER AUGER | 2/28/13 | SL | 12 | | - | - |
| SANITATION STATION | 2/28/13 | SL | 12 | | - | - |
| SIDE WALL NETTING | 2/28/13 | SL | 12 | | - | - |
| SANITATION STATION | 2/28/13 | SL | 12 | | - | - |
| 1989 KUBOTA M7030DTL | 2/28/13 | SL | 12 | 27 | 13 | 14 |
| (42) 36" FANS | 2/28/13 | SL | 12 | 146 | 70 | 77 |
| CURTAIN REPLACEMENT | 2/28/13 | SL | 12 | 136 | 65 | 72 |
| DIGI PRO CURTAIN MCH | 2/28/13 | SL | 12 | 103 | 49 | 54 |
| CLARK NIPPLE DRINKRS | 2/28/13 | SL | 12 | 192 | 91 | 101 |
| 1996 LEWIS 450 GL SPRAYER | 2/28/13 | SL | 12 | 105 | 50 | 55 |
| BRAWLEY CURTAINS | 2/28/13 | SL | 12 | 3,091 | 1,470 | 1,621 |
| HEATERS | 2/28/13 | SL | 12 | 5,562 | 2,645 | 2,917 |
| ORP/PH SYSTEM | 2/28/13 | SL | 12 | 1,914 | 910 | 1,004 |
| BROOD RINGS | 2/28/13 | SL | 12 | 1,114 | 530 | 584 |
| TILLER BEFCO | 2/28/13 | SL | 12 | 1,540 | 732 | 807 |
| 2003 ELECT CLUB CAR | 2/28/13 | SL | 12 | 1,584 | 753 | 831 |
| CURTAIN UPGRADE | 2/28/13 | SL | 12 | 625 | 297 | 328 |
| TRACTOR MASSEY FERGUSON | 2/28/13 | SL | 12 | 6,015 | 2,860 | 3,154 |
| FANS W/METAL BOX | 2/28/13 | SL | 12 | 2,115 | 1,006 | 1,109 |
| RANGE PENS | 2/28/13 | SL | 12 | 1,259 | 599 | 660 |
| RANGE PENS | 2/28/13 | SL | 12 | 1,784 | 848 | 936 |
| RANGE PENS | 2/28/13 | SL | 12 | 2,308 | 1,098 | 1,211 |
| RANGE PENS | 2/28/13 | SL | 12 | 17,996 | 8,558 | 9,437 |
| BROODER STOVES (94) | 2/28/13 | SL | 12 | 11,379 | 5,412 | 5,968 |
| COMPRESSOR,610 AIR RITE | 2/28/13 | SL | 12 | 1,138 | 541 | 597 |
| AUTO FEEDING SYSTEM | 2/28/13 | SL | 12 | | - | - |
| 14TON BULK FEED TANK | 2/28/13 | SL | 12 | | - | - |
| BROODER HOUSE WATERS | 2/28/13 | SL | 12 | | - | - |
| FOGGER SYSTEM | 2/28/13 | SL | 12 | | - | - |
| 1-12TON BULK TANK | 2/28/13 | SL | 12 | | - | - |
| 2-12TON BULK TANK | 2/28/13 | SL | 12 | | - | - |
| RANGE FEEDERS-7 | 2/28/13 | SL | 12 | | - | - |
| **FEED CART 514376** | **2/28/13** | **SL** | **12** | | - | - |
| EQUIP MOVING TRAILER | 2/28/13 | SL | 12 | | - | - |
| SANITATION STATION | 2/28/13 | SL | 12 | | - | - |
| **KUBOTA L3600DT** | **2/28/13** | **SL** | **12** | **237** | 113 | 124 |
| BROODER STOVES UPGRADE | 2/28/13 | SL | 12 | 2,860 | 1,360 | 1,500 |
| TANK, 220 GALLONS | 2/28/13 | SL | 12 | 917 | 436 | 481 |
| TANK, PRESSURE | 2/28/13 | SL | 12 | 1,216 | 579 | 638 |
| STOVES, BROODER (10) | 2/28/13 | SL | 12 | 1,078 | 513 | 565 |
| **TRACTOR,FARMS,2WD,2009** | **2/28/13** | **SL** | **12** | **11,899** | 5,659 | 6,240 |
| FEEDERS, 36" MINI | 2/28/13 | SL | 12 | 38 | 18 | 20 |

**Zacky & Sons Poultry, LLC**
**Case #2:18-bk-23361-RK**
**Fixed Asset List - Other Equipment**

| DESCRIPTION | ACQ | DM | LF | BEGBASIS | Accum Dep | NBV |
|---|---|---|---|---|---|---|
| BROODER RING WIRE | 2/28/13 | SL | 12 | 27 | 13 | 14 |
| PLASSON DRINKERS | 2/28/13 | SL | 12 | 31 | 15 | 16 |
| BROODER STOVES | 2/28/13 | SL | 12 | 257 | 122 | 135 |
| FEED CART & AUGER | 2/28/13 | SL | 12 | | - | - |
| PLUMBING TOP OUT | 2/28/13 | SL | 12 | | - | - |
| FEED TANKS | 2/28/13 | SL | 12 | | - | - |
| WATER EQUIPMENT | 2/28/13 | SL | 12 | | - | - |
| CURTAIN SYSTEM | 2/28/13 | SL | 12 | | - | - |
| UNDERGROUND BROODING | 2/28/13 | SL | 12 | | - | - |
| UNDERGROUND ELECTRIC | 2/28/13 | SL | 12 | | - | - |
| DEAD BINS | 2/28/13 | SL | 12 | | - | - |
| MEDICATION SYSTEM | 2/28/13 | SL | 12 | | - | - |
| ELECTRICAL TOP OUT | 2/28/13 | SL | 12 | | - | - |
| BROODER EQUIPMENT | 2/28/13 | SL | 12 | | - | - |
| FEEDER EQUIPMENT | 2/28/13 | SL | 12 | | - | - |
| PUMP SYSTEM | 2/28/13 | SL | 12 | | - | - |
| UNDERGROUND PLUMBING | 2/28/13 | SL | 12 | | - | - |
| GAS LINES | 2/28/13 | SL | 12 | | - | - |
| INSULATION | 2/28/13 | SL | 12 | | - | - |
| SPRAY STATION | 2/28/13 | SL | 12 | | - | - |
| FAN SYSTEM | 2/28/13 | SL | 12 | | - | - |
| FOGGERS | 2/28/13 | SL | 12 | | - | - |
| PUMPING SYSTEM | 2/28/13 | SL | 12 | | - | - |
| SUSPENSION EQUIPMENT | 2/28/13 | SL | 12 | | - | - |
| 1989 KUBOTA TRACTOR | 2/28/13 | SL | 12 | | - | - |
| CURTAIN MACHINES (8) | 2/28/13 | SL | 12 | 138 | 65 | 72 |
| STEAM CLEANER | 2/28/13 | SL | 12 | 59 | 28 | 31 |
| SWEEPSTER | 2/28/13 | SL | 12 | 198 | 94 | 104 |
| FEEDER SYSTEM | 2/28/13 | SL | 12 | 252 | 120 | 132 |
| #8660 MASSEY FERGUSON | 2/28/13 | SL | 12 | 12,884 | 6,127 | 6,757 |
| CURTAIN UPGRADE | 2/28/13 | SL | 12 | 516 | 246 | 271 |
| ENGINE, 16HP KOHLER | 2/28/13 | SL | 12 | 763 | 363 | 400 |
| BROODER STOVES (129) | 2/28/13 | SL | 12 | 17,956 | 8,539 | 9,417 |
| PUMP,CONTRIFUGAL | 2/28/13 | SL | 12 | 789 | 375 | 414 |
| CONTROLLER & PROBE | 2/28/13 | SL | 12 | 3,117 | 1,483 | 1,635 |
| STOVES, (26) BARN 1,2,3 | 2/28/13 | SL | 12 | 5,632 | 2,678 | 2,953 |
| ROTOTILLER | 2/28/13 | SL | 12 | | - | - |
| 1988 SOIL MOVER | 2/28/13 | SL | 12 | | - | - |
| PLUMBING TOP OUT | 2/28/13 | SL | 12 | | - | - |
| FEED TANKS | 2/28/13 | SL | 12 | | - | - |
| WATER EQUIPMENT | 2/28/13 | SL | 12 | | - | - |
| CURTAIN SYSTEM | 2/28/13 | SL | 12 | | - | - |
| UNDERGROUND BROODING | 2/28/13 | SL | 12 | | - | - |
| UNDERGROUND ELECTRIC | 2/28/13 | SL | 12 | | - | - |
| DEAD BINS | 2/28/13 | SL | 12 | | - | - |
| MEDICATION SYSTEM | 2/28/13 | SL | 12 | | - | - |
| ELECTRICAL TOP OUT | 2/28/13 | SL | 12 | | - | - |
| BR0ODER EQUIPMENT | 2/28/13 | SL | 12 | | - | - |
| FEEDER EQUIPMENT | 2/28/13 | SL | 12 | | - | - |
| PUMP SYSTEM | 2/28/13 | SL | 12 | | - | - |
| UNDERGROUND PLUMBING | 2/28/13 | SL | 12 | | - | - |
| GAS LINES | 2/28/13 | SL | 12 | | - | - |
| INSULATION | 2/28/13 | SL | 12 | | - | - |
| SPRAY STATION | 2/28/13 | SL | 12 | | - | - |
| FAN SYSTEM | 2/28/13 | SL | 12 | | - | - |
| FOGGERS | 2/28/13 | SL | 12 | | - | - |

**Zacky & Sons Poultry, LLC**
**Case #2:18-bk-23361-RK**
**Fixed Asset List - Other Equipment**

| DESCRIPTION | ACQ | DM | LF | BEGBASIS | Accum Dep | NBV |
|---|---|---|---|---|---|---|
| PUMPING SYSTEM | 2/28/13 | SL | 12 | | - | - |
| SUSPENSION EQUIPMENT | 2/28/13 | SL | 12 | | - | - |
| NEW HOWSE ROTOTILLER | 2/28/13 | SL | 12 | 9 | 4 | 5 |
| TRACTOR, 1998 FORD | 2/28/13 | SL | 12 | 560 | 266 | 293 |
| SAND MEDIA FILTER | 2/28/13 | SL | 12 | 1,141 | 543 | 598 |
| HEATER REPAIRS,BROODER | 2/28/13 | SL | 12 | 571 | 272 | 300 |
| CURTAIN UPGRADE | 2/28/13 | SL | 12 | 776 | 369 | 407 |
| CURTAIN UPGRADE | 2/28/13 | SL | 12 | 929 | 442 | 487 |
| FAN MOTOR | 2/28/13 | SL | 12 | 298 | 142 | 156 |
| FAN W/CONE | 2/28/13 | SL | 12 | 1,195 | 568 | 627 |
| CURTAIN 3500FT SIDEWALL | 2/28/13 | SL | 12 | 14,725 | 7,003 | 7,722 |
| PUMP, CONTRIFUGAL | 2/28/13 | SL | 12 | 698 | 332 | 366 |
| CONTROLLER & PROBE | 2/28/13 | SL | 12 | 2,538 | 1,207 | 1,331 |
| PUMP, METERING | 2/28/13 | SL | 12 | 934 | 444 | 490 |
| PUMP, METERING | 2/28/13 | SL | 12 | 934 | 444 | 490 |
| CONTROLLER,ALEX-TRANIX | 2/28/13 | SL | 12 | 2,945 | 1,400 | 1,544 |
| LPG VAPOR PIPING UPGRD | 2/28/13 | SL | 12 | 1,024 | 487 | 537 |
| SPACE HEATERS (6), LP | 2/28/13 | SL | 12 | 5,046 | 2,400 | 2,646 |
| RANGE PENS 18 AVE B 1-12 | 2/28/13 | SL | 12 | 44,278 | 21,057 | 23,220 |
| TIME CLOCK | 2/28/13 | SL | 12 | | - | - |
| PLUMBING TOP OUT | 2/28/13 | SL | 12 | | | - |
| FEED TANKS | 2/28/13 | SL | 12 | | | - |
| WATER EQUIPMENT | 2/28/13 | SL | 12 | | - | - |
| UNDERGROUND BROODING | 2/28/13 | SL | 12 | | - | - |
| UNDERGROUND ELECTRIC | 2/28/13 | SL | 12 | | - | - |
| DEAD BINS | 2/28/13 | SL | 12 | | - | - |
| MEDICATION SYSTEM | 2/28/13 | SL | 12 | | - | - |
| ELECTRICAL TOP OUT | 2/28/13 | SL | 12 | | - | - |
| BROODER EQUIPMENT | 2/28/13 | SL | 12 | | - | - |
| FEEDER EQUIPMENT | 2/28/13 | SL | 12 | | - | - |
| PUMP SYSTEM | 2/28/13 | SL | 12 | | - | - |
| UNDERGROUND PLUMBING | 2/28/13 | SL | 12 | | - | - |
| GAS LINES | 2/28/13 | SL | 12 | | - | - |
| INSULATION | 2/28/13 | SL | 12 | | - | - |
| SPRAY STATION | 2/28/13 | SL | 12 | | - | - |
| FAN SYSTEM | 2/28/13 | SL | 12 | | - | - |
| FOGGERS | 2/28/13 | SL | 12 | | - | - |
| PUMPING SYSTEM | 2/28/13 | SL | 12 | | - | - |
| SUSPENSION EQUIPMENT | 2/28/13 | SL | 12 | | - | - |
| KENT RANCH ALARM SYS | 2/28/13 | SL | 12 | 12 | 6 | 7 |
| 1995 FORD 4WD TRACTOR MDL | 2/28/13 | SL | 12 | 456 | 217 | 239 |
| KENT RANCH-CURTAIN REPLAC | 2/28/13 | SL | 12 | 545 | 259 | 286 |
| 820' CHORETIME FEEDER SYS | 2/28/13 | SL | 12 | 4,314 | 2,052 | 2,262 |
| ENGINE KOHLER 16HP | 2/28/13 | SL | 12 | 725 | 345 | 380 |
| CURTAIN UPGRADE | 2/28/13 | SL | 12 | 837 | 398 | 439 |
| RANGE PENS | 2/28/13 | SL | 12 | 9,234 | 4,391 | 4,843 |
| CURTAINS,3500FT SIDEWALL | 2/28/13 | SL | 12 | 13,578 | 6,457 | 7,121 |
| PUMP,CONTRIFUGAL | 2/28/13 | SL | 12 | 616 | 293 | 323 |
| PUMP, METERING | 2/28/13 | SL | 12 | 794 | 378 | 417 |
| PUMP, METERING | 2/28/13 | SL | 12 | 794 | 378 | 417 |
| CONTROLLER & PROBE | 2/28/13 | SL | 12 | 2,246 | 1,068 | 1,178 |
| TILLER, ROTARY | 2/28/13 | SL | 12 | 2,528 | 1,202 | 1,326 |
| SPACE HEATER (4) | 2/28/13 | SL | 12 | 4,753 | 2,261 | 2,493 |
| RANGE PEN BARN #2 | 2/28/13 | SL | 12 | 2,760 | 1,313 | 1,447 |
| RANGE PEN BARN #3 | 2/28/13 | SL | 12 | 2,555 | 1,215 | 1,340 |
| RANGE PEN, BARN #4 | 2/28/13 | SL | 12 | 2,600 | 1,237 | 1,364 |

**Zacky & Sons Poultry, LLC**
**Case #2:18-bk-23361-RK**
**Fixed Asset List - Other Equipment**

| DESCRIPTION | ACQ | DM | LF | BEGBASIS | Accum Dep | NBV |
|---|---|---|---|---|---|---|
| RANGE PEN BARN #9 | 2/28/13 | SL | 12 | 2,448 | 1,164 | 1,284 |
| RANGE PEN,BARN #10 | 2/28/13 | SL | 12 | 2,416 | 1,149 | 1,267 |
| RANGE PEN BARN #11 | 2/28/13 | SL | 12 | 2,515 | 1,196 | 1,319 |
| RANGE PEN BARN #1 | 2/28/13 | SL | 12 | 2,678 | 1,273 | 1,404 |
| RANGE PEN, BARN #12 | 2/28/13 | SL | 12 | 2,641 | 1,256 | 1,385 |
| SPACE HEATERS (5),LP | 2/28/13 | SL | 12 | 4,245 | 2,019 | 2,226 |
| CURTAIN UPGRD KENT N SIDE | 2/28/13 | SL | 12 | 3,696 | 1,758 | 1,938 |
| FEED CART EQ# 7717 | 2/28/13 | SL | 12 | | - | - |
| DETROIT GENERATOR | 2/28/13 | SL | 12 | 15 | 7 | 8 |
| BUSHHOG SQ72 MOWER | 2/28/13 | SL | 12 | 2 | 1 | 1 |
| BEFCO G50 50" TILLER | 2/28/13 | SL | 12 | 3 | 1 | 1 |
| SOILMOVER 500RF 5 YD | 2/28/13 | SL | 12 | 11 | 5 | 6 |
| 500 GAL ORCHD SPRAYR | 2/28/13 | SL | 12 | 20 | 10 | 11 |
| 6"X34' TRANSPRT AUGR | 2/28/13 | SL | 12 | 3 | 1 | 2 |
| PRESSURE WASHER(TUFF 2-15 | 2/28/13 | SL | 12 | 59 | 28 | 31 |
| AMERICAN RANCH SWEEPER | 2/28/13 | SL | 12 | 198 | 94 | 104 |
| MASSEY FERGUSON TRACTOR | 2/28/13 | SL | 12 | 10,617 | 5,049 | 5,568 |
| 480' CHORETIME FEEDER SYS | 2/28/13 | SL | 12 | 2,187 | 1,040 | 1,147 |
| FEEDER SYSTEM UPGRADE | 2/28/13 | SL | 12 | 665 | 316 | 349 |
| STOVES UPGRADE | 2/28/13 | SL | 12 | 1,625 | 773 | 852 |
| PUMP BALDOR 5HP | 2/28/13 | SL | 12 | 766 | 364 | 401 |
| STOVE UPGRADE | 2/28/13 | SL | 12 | 1,677 | 798 | 879 |
| TRACTOR,4WD FARM | 2/28/13 | SL | 12 | 5,508 | 2,619 | 2,889 |
| VAPORIZPOR RPLC | 2/28/13 | SL | 12 | 5,678 | 2,700 | 2,977 |
| DRINKERS | 2/28/13 | SL | 12 | 889 | 423 | 466 |
| STOVE REPLACEMENT(79) | 2/28/13 | SL | 12 | 8,434 | 4,011 | 4,423 |
| RANGE PENS | 2/28/13 | SL | 12 | 6,925 | 3,294 | 3,632 |
| CHORETIME CONTROLLER | 2/28/13 | SL | 12 | 4,609 | 2,192 | 2,417 |
| CHORETIME CONTROLLER | 2/28/13 | SL | 12 | 4,609 | 2,192 | 2,417 |
| CHORETIME CONTROLLER | 2/28/13 | SL | 12 | 4,609 | 2,192 | 2,417 |
| BEFCO 74" TILLER | 2/28/13 | SL | 12 | 5 | 2 | 2 |
| CUMBERLAND FEED SYSTEM | 2/28/13 | SL | 12 | 4,003 | 1,904 | 2,099 |
| CURTAINS UPGRADE | 2/28/13 | SL | 12 | 2,089 | 994 | 1,096 |
| FANS,SINGLE PHASE 48" | 2/28/13 | SL | 12 | 7,482 | 3,558 | 3,924 |
| HEATERS,BARN,GAS/PROPANE | 2/28/13 | SL | 12 | 4,185 | 1,990 | 2,195 |
| FREE RANGE PENS | 2/28/13 | SL | 12 | 7,970 | 3,790 | 4,180 |
| FAN W/CONE COOLING SYS UP | 2/28/13 | SL | 12 | 2,471 | 1,175 | 1,296 |
| RANGE PENS | 2/28/13 | SL | 12 | 20,776 | 9,881 | 10,896 |
| TRACTOR,MASSEY FERGUS2615 | 2/28/13 | SL | 12 | 8,583 | 4,082 | 4,501 |
| FANS/COOLING SYSTEM | 2/28/13 | SL | 12 | 5,244 | 2,494 | 2,750 |
| CURTAIN UPGRADE | 2/28/13 | SL | 12 | 2,400 | 1,141 | 1,259 |
| SPACE HEATER (6) | 2/28/13 | SL | 12 | 2,879 | 1,369 | 1,510 |
| CURTAIN UPGRD BARN 6 | 2/28/13 | SL | 12 | 777 | 370 | 408 |
| FAN 48" BARN 6 | 2/28/13 | SL | 12 | 1,243 | 591 | 652 |
| SPACE HEATERS (6), LP | 2/28/13 | SL | 12 | 5,379 | 2,558 | 2,821 |
| TANK, MEDICATION | 2/28/13 | SL | 12 | 1,976 | 940 | 1,036 |
| BEFCO 74" TILLER | 2/28/13 | SL | 12 | 5 | 2 | 2 |
| KUBOTA M7030DTN-B | 2/28/13 | SL | 12 | 347 | 165 | 182 |
| FREE RANGE HEN PENS | 2/28/13 | SL | 12 | 8,554 | 4,068 | 4,486 |
| AUGER REPAIRS | 2/28/13 | SL | 12 | 1,056 | 502 | 554 |
| FAN UPGRADE | 2/28/13 | SL | 12 | 2,738 | 1,302 | 1,436 |
| CURTAIN UPGRADE | 2/28/13 | SL | 12 | 1,062 | 505 | 557 |
| FANS,SINGLE PHASE 48" | 2/28/13 | SL | 12 | 6,450 | 3,067 | 3,382 |
| COMPRESSOR | 2/28/13 | SL | 12 | 1,104 | 525 | 579 |
| FEED TANK #1 | 2/28/13 | SL | 12 | 1,273 | 605 | 668 |
| FEED TANK #2 | 2/28/13 | SL | 12 | 1,273 | 605 | 668 |

**Zacky & Sons Poultry, LLC**
**Case #2:18-bk-23361-RK**
**Fixed Asset List - Other Equipment**

| DESCRIPTION | ACQ | DM | LF | BEGBASIS | Accum Dep | NBV |
|---|---|---|---|---|---|---|
| FEED ANGER #1 | 2/28/13 | SL | 12 | 405 | 193 | 213 |
| FEED ANGER #2 | 2/28/13 | SL | 12 | 405 | 193 | 213 |
| CONCRETE SLAB | 2/28/13 | SL | 12 | 791 | 376 | 415 |
| CONCRETE SLAB | 2/28/13 | SL | 12 | 791 | 376 | 415 |
| SPRAY STATION | 2/28/13 | SL | 12 | 1,654 | 786 | 867 |
| FAN W/CONE COOLING SYS UP | 2/28/13 | SL | 12 | 1,737 | 826 | 911 |
| CURTAIN UPGRADE | 2/28/13 | SL | 12 | 1,513 | 720 | 794 |
| FANS, COOLING SYSTEM | 2/28/13 | SL | 12 | 3,035 | 1,443 | 1,592 |
| RANGE PENS | 2/28/13 | SL | 12 | 30,050 | 14,291 | 15,759 |
| CURTAIN UPGRD BARN 8 | 2/28/13 | SL | 12 | 1,217 | 579 | 638 |
| FAN 48" BARN 8 | 2/28/13 | SL | 12 | 1,395 | 664 | 732 |
| SPACE HEATERS (5)LP | 2/28/13 | SL | 12 | 4,668 | 2,220 | 2,448 |
| PUMP,BOOSTER 5HP | 2/28/13 | SL | 12 | 1,395 | 663 | 732 |
| PUMP,BOOSTER,5HP | 2/28/13 | SL | 12 | 1,395 | 663 | 732 |
| POULTRY HOUSE SPRAYER | 2/28/13 | SL | 12 | 3,251 | 1,546 | 1,705 |
| MASSEY FERGUSON 492-4 | 2/28/13 | SL | 12 | 12,634 | 6,008 | 6,625 |
| MASSEY FERGUSON 492-4 | 2/28/13 | SL | 12 | 12,634 | 6,008 | 6,625 |
| FORD TRACTOR | 2/28/13 | SL | 12 | 33,110 | 15,746 | 17,364 |
| MASSEY FERGUSON TRACTOR | 2/28/13 | SL | 12 | 4,094 | 1,947 | 2,147 |
| AUTO FEED SYSTEM | 2/28/13 | SL | 12 | 10,142 | 4,823 | 5,319 |
| ROTOTILLER | 2/28/13 | SL | 12 | 744 | 354 | 390 |
| TURKEY TRAILER | 2/28/13 | SL | 12 | 558 | 265 | 293 |
| WATER SYSTEM | 2/28/13 | SL | 12 | 1,675 | 796 | 878 |
| GENERATOR | 2/28/13 | SL | 12 | 558 | 265 | 293 |
| WATER STORAGE TANK | 2/28/13 | SL | 12 | 6,141 | 2,920 | 3,220 |
| AUTO FEED SYSTEM | 2/28/13 | SL | 12 | 40,752 | 19,381 | 21,372 |
| FEED AUGER EQ#8366 | 2/28/13 | SL | 12 | 465 | 221 | 244 |
| AUTO FEED SYSTEM | 2/28/13 | SL | 12 | 24,377 | 11,593 | 12,784 |
| DEAD CONTAINER | 2/28/13 | SL | 12 | 542 | 258 | 284 |
| FANS/MOTORS | 2/28/13 | SL | 12 | 3,843 | 1,827 | 2,015 |
| ZIGG LINE | 2/28/13 | SL | 12 | 5,582 | 2,655 | 2,928 |
| ELECTRICAL BOXES | 2/28/13 | SL | 12 | 46,332 | 22,034 | 24,298 |
| FLATBED TRAILER-FARM USE | 2/28/13 | SL | 12 | 2,186 | 1,039 | 1,146 |
| FLATBED TRAILER-FARM USE | 2/28/13 | SL | 12 | 2,186 | 1,039 | 1,146 |
| FLATBED TRAILER-FARM USE | 2/28/13 | SL | 12 | 2,186 | 1,040 | 1,147 |
| AIR COMPRESSOR | 2/28/13 | SL | 12 | 430 | 204 | 225 |
| PRESSURE WASHER | 2/28/13 | SL | 12 | 324 | 154 | 170 |
| PUMP CENTRIFUGAL | 2/28/13 | SL | 12 | 423 | 201 | 222 |
| ROTEM SCALE LABOR | 2/28/13 | SL | 12 | 628 | 299 | 329 |
| FIRE EXTINGUISHERS | 2/28/13 | SL | 12 | 426 | 203 | 224 |
| SAFETY SHOWERS | 2/28/13 | SL | 12 | 487 | 232 | 255 |
| WATER SYSTEM UPGRADE | 2/28/13 | SL | 12 | 30,634 | 14,569 | 16,065 |
| PORTERS CARRY ALL SCRAPER | 2/28/13 | SL | 12 | 6,640 | 3,158 | 3,482 |
| TANK, 2100 GAL (WEST WELL | 2/28/13 | SL | 12 | 12,088 | 5,749 | 6,339 |
| SIDEWALL NETTING | 2/28/13 | SL | 12 | 14,173 | 6,740 | 7,433 |
| CURTAIN RPLCMNT | 2/28/13 | SL | 12 | 33,932 | 16,137 | 17,795 |
| FAN REPLACEMENT (85 FANS) | 2/28/13 | SL | 12 | 18,078 | 8,597 | 9,481 |
| FEED LINE SYSTEM | 2/28/13 | SL | 12 | 136,759 | 65,039 | 71,720 |
| BROODER STOVES | 2/28/13 | SL | 12 | 20,980 | 9,978 | 11,003 |
| TILLER, BEFCO EQ#5869 | 2/28/13 | SL | 12 | 1,974 | 939 | 1,035 |
| FOGGER SYSTEM | 2/28/13 | SL | 12 | 30,933 | 14,711 | 16,222 |
| FREE RANGE PENS | 2/28/13 | SL | 12 | 7,819 | 3,718 | 4,100 |
| THERMOSTAT FOGGERS/FANS | 2/28/13 | SL | 12 | 1,706 | 812 | 895 |
| WATER TREATMENT WESTWELL | 2/28/13 | SL | 12 | 1,331 | 633 | 698 |
| TANKS, MEDICATION (4) | 2/28/13 | SL | 12 | 7,341 | 3,491 | 3,850 |
| PROPANE REGULATORS (8) | 2/28/13 | SL | 12 | 1,877 | 893 | 984 |

**Zacky & Sons Poultry, LLC**
**Case #2:18-bk-23361-RK**
**Fixed Asset List - Other Equipment**

| DESCRIPTION | ACQ | DM | LF | BEGBASIS | Accum Dep | NBV |
|---|---|---|---|---|---|---|
| CURTAIN UPGRADE | 2/28/13 | SL | 12 | 16,792 | 7,986 | 8,806 |
| GEARBOX, BEFCO TILLER BOX | 2/28/13 | SL | 12 | 1,191 | 567 | 625 |
| RANGE PENS, 20'X460' BARN | 2/28/13 | SL | 12 | 32,148 | 15,289 | 16,859 |
| RANGE PENS, 20'X 460' W/ | 2/28/13 | SL | 12 | 12,009 | 5,711 | 6,298 |
| ROTEM PLATFORM SCALE | 2/28/13 | SL | 12 | 1,498 | 713 | 786 |
| ROTEM PLATFORM SCALE | 2/28/13 | SL | 12 | 1,498 | 713 | 786 |
| ROTEM PLATFORM SCALE | 2/28/13 | SL | 12 | 649 | 309 | 340 |
| ROTEM PLATFORM SCALE | 2/28/13 | SL | 12 | 649 | 309 | 340 |
| CURTAINS UPGRADE | 2/28/13 | SL | 12 | 616 | 293 | 323 |
| TILLER BEFCO | 2/28/13 | SL | 12 | 1,540 | 732 | 807 |
| ROTEM SCALE | 2/28/13 | SL | 12 | 988 | 470 | 518 |
| ROTEM SCALE | 2/28/13 | SL | 12 | 988 | 470 | 518 |
| ROTEM SCALES,INSTALLATION | 2/28/13 | SL | 12 | 5,103 | 2,427 | 2,676 |
| PUMP G/L W/MOTOR | 2/28/13 | SL | 12 | 798 | 380 | 419 |
| FANS W/METAL BOX | 2/28/13 | SL | 12 | 2,335 | 1,111 | 1,225 |
| RANGE PENS | 2/28/13 | SL | 12 | 9,234 | 4,391 | 4,843 |
| RANGE PENS | 2/28/13 | SL | 12 | 13,851 | 6,587 | 7,264 |
| CURTAIN UPGRD | 2/28/13 | SL | 12 | 1,242 | 591 | 652 |
| TANK,WATER PRESSURE 315GA | 2/28/13 | SL | 12 | 1,398 | 665 | 733 |
| PUMP,DIAPHRAGM,UDOR | 2/28/13 | SL | 12 | 1,630 | 775 | 855 |
| CURTAIN 7 BARNS | 2/28/13 | SL | 12 | 40,441 | 19,233 | 21,208 |
| NETTING 7 BARNS | 2/28/13 | SL | 12 | 14,810 | 7,043 | 7,767 |
| TRACTOR FARM 2007 | 2/28/13 | SL | 12 | 15,189 | 7,224 | 7,966 |
| TILLER ROTARY BEFCO | 2/28/13 | SL | 12 | 1,835 | 873 | 962 |
| SOILMOVER/SCRAPER | 2/28/13 | SL | 12 | 7,912 | 3,763 | 4,149 |
| STOVES,BROODER | 2/28/13 | SL | 12 | 1,351 | 642 | 708 |
| FANS,DIRECT DRIVE 36" | 2/28/13 | SL | 12 | 1,255 | 597 | 658 |
| FEED/FILL SYSTEM | 2/28/13 | SL | 12 | 8,373 | 3,982 | 4,391 |
| DIRECT DRIVE FEED MOTORS | 2/28/13 | SL | 12 | 2,788 | 1,326 | 1,462 |
| FEED AUGER WAGON | 2/28/13 | SL | 12 | 2,267 | 1,078 | 1,189 |
| FREE RANGE PENS | 2/28/13 | SL | 12 | 8,101 | 3,853 | 4,249 |
| FEED/FILL SYSTEM BARN #3 | 2/28/13 | SL | 12 | 11,285 | 5,367 | 5,918 |
| FEED/FILL SYSTME BARN #4 | 2/28/13 | SL | 12 | 11,285 | 5,367 | 5,918 |
| FEED/FILL SYSTEM BARN #5 | 2/28/13 | SL | 12 | 11,285 | 5,367 | 5,918 |
| FEED/FILL SYSTEM BARN #6 | 2/28/13 | SL | 12 | 11,710 | 5,569 | 6,141 |
| FEED/FILL SYSTEM BARN #7 | 2/28/13 | SL | 12 | 11,566 | 5,501 | 6,066 |
| FEED/FILL SYSTEM BARN #8 | 2/28/13 | SL | 12 | 11,879 | 5,649 | 6,230 |
| CURTAINS BARN#6 | 2/28/13 | SL | 12 | 1,592 | 757 | 835 |
| CURTAINS BARN#7 | 2/28/13 | SL | 12 | 1,592 | 757 | 835 |
| CURTAINS BARN#8 | 2/28/13 | SL | 12 | 1,592 | 757 | 835 |
| CURTAINS BARN#5 | 2/28/13 | SL | 12 | 1,592 | 757 | 835 |
| RODENT BAIT STATIONS | 2/28/13 | SL | 12 | 975 | 464 | 511 |
| CHLORINE INJECTION SYSTEM | 2/28/13 | SL | 12 | 1,611 | 766 | 845 |
| STOVES,BROODER (92) | 2/28/13 | SL | 12 | 9,568 | 4,550 | 5,018 |
| MED TANKS(2) W/PLUMB | 2/28/13 | SL | 12 | 1,451 | 690 | 761 |
| CHEM. INJECTION SYSTEM | 2/28/13 | SL | 12 | 2,326 | 1,106 | 1,220 |
| STOVES, BROODER(LABOR) | 2/28/13 | SL | 12 | 3,066 | 1,458 | 1,608 |
| RANGE PENS | 2/28/13 | SL | 12 | 13,851 | 6,587 | 7,264 |
| SPRAY STATION | 2/28/13 | SL | 12 | 3,728 | 1,773 | 1,955 |
| 20KW DISEL GENERATOR | 2/28/13 | SL | 12 | | - | - |
| 2200GAL STORAGE TANK | 2/28/13 | SL | 12 | | - | - |
| ZIGGITY NIPPLE DRNKR | 2/28/13 | SL | 12 | 916 | 436 | 480 |
| 1925GAL WATER TANK/PRESSR | 2/28/13 | SL | 12 | 2,177 | 1,035 | 1,142 |
| STOVES UPGRADE | 2/28/13 | SL | 12 | 800 | 380 | 419 |
| PLASSON DRINKERS | 2/28/13 | SL | 12 | 4,269 | 2,030 | 2,239 |
| CURTAIN UPGRADE | 2/28/13 | SL | 12 | 578 | 275 | 303 |

**Zacky & Sons Poultry, LLC**
**Case #2:18-bk-23361-RK**
**Fixed Asset List - Other Equipment**

| DESCRIPTION | ACQ | DM | LF | BEGBASIS | Accum Dep | NBV |
|---|---|---|---|---|---|---|
| BROODER STOVES | 2/28/13 | SL | 12 | 6,036 | 2,870 | 3,165 |
| CURTAINS,VENTILATION | 2/28/13 | SL | 12 | 4,743 | 2,256 | 2,487 |
| PANCAKE BROODERS | 2/28/13 | SL | 12 | | - | - |
| SBM BROODRS-DEEPCR | 2/28/13 | SL | 12 | | - | - |
| WATER TANK | 2/28/13 | SL | 12 | | - | - |
| SPACE HEATERS | 2/28/13 | SL | 12 | 11 | 5 | 6 |
| TURKY CONVERSION | 2/28/13 | SL | 12 | 14,072 | 6,692 | 7,380 |
| BROODER STOVES | 2/28/13 | SL | 12 | 6,003 | 2,855 | 3,148 |
| CURTAINS,VENTILATION | 2/28/13 | SL | 12 | 3,370 | 1,603 | 1,767 |
| 3 FEEDR LINES-DELORO | 2/28/13 | SL | 12 | | - | - |
| WATER PRESSURE TANK | 2/28/13 | SL | 12 | | - | - |
| DEL ORO FEEDER SYSTM | 2/28/13 | SL | 12 | | - | - |
| SPACE HEATERS | 2/28/13 | SL | 12 | 11 | 5 | 6 |
| CHORETIME FEED SYSTEM DEL | 2/28/13 | SL | 12 | 369 | 176 | 194 |
| FEED SYSTEM | 2/28/13 | SL | 12 | 217 | 103 | 114 |
| ZIGGITY DRINKERS | 2/28/13 | SL | 12 | 102 | 49 | 53 |
| GENERATOR 15KW GEN-PRO | 2/28/13 | SL | 12 | 223 | 106 | 117 |
| GENERATOR 15KW GEN-PRO | 2/28/13 | SL | 12 | 223 | 106 | 117 |
| GENERATOR 15KW GEN-PRO | 2/28/13 | SL | 12 | 223 | 106 | 117 |
| TRANSFER SWITCHES | 2/28/13 | SL | 12 | 60 | 28 | 31 |
| CURTAINS UPGRADE | 2/28/13 | SL | 12 | 1,065 | 506 | 558 |
| DRINKERS TURKEY | 2/28/13 | SL | 12 | 17,767 | 8,449 | 9,317 |
| NETTING POULTRY UPG | 2/28/13 | SL | 12 | 1,798 | 855 | 943 |
| POULT FEEDERS TURKEY | 2/28/13 | SL | 12 | 2,759 | 1,312 | 1,447 |
| PUMP METERING | 2/28/13 | SL | 12 | 458 | 218 | 240 |
| BROODER STOVES | 2/28/13 | SL | 12 | 5,293 | 2,517 | 2,776 |
| PLASSON DRINKERS (40) | 2/28/13 | SL | 12 | 849 | 404 | 445 |
| CURTAINS, VENTILATION | 2/28/13 | SL | 12 | 4,899 | 2,330 | 2,569 |
| PUMP, WELL | 2/28/13 | SL | 12 | 3,555 | 1,690 | 1,864 |
| FORKLIFT,MANITOU | 2/28/13 | SL | 12 | 21,083 | 10,026 | 11,056 |
| CLUB CAR, 2006 | 2/28/13 | SL | 12 | 3,659 | 1,740 | 1,919 |
| 2008 EZ GOLF CART | 2/28/13 | SL | 12 | 3,740 | 1,779 | 1,961 |
| CDG-WATER TRTMNT | 2/28/13 | SL | 12 | 3,568 | 1,697 | 1,871 |
| 2008 EZ GOLF CART | 2/28/13 | SL | 12 | 3,740 | 1,779 | 1,961 |
| 2006 CLUB CAR | 2/28/13 | SL | 12 | 3,794 | 1,804 | 1,990 |
| CLUB CAR, 2006 | 2/28/13 | SL | 12 | 3,578 | 1,701 | 1,876 |
| CDG-WATER TRTMNT | 2/28/13 | SL | 12 | 4,376 | 2,081 | 2,295 |
| TABLE-GRADING | 2/28/13 | SL | 12 | | - | - |
| TABLE-ROLLAWAY | 2/28/13 | SL | 12 | | - | - |
| EGG DIPPING EQUIP | 2/28/13 | SL | 12 | | - | - |
| 5-BIOBEAKERS | 2/28/13 | SL | 12 | | - | - |
| POULT MERRYGROUND | 2/28/13 | SL | 12 | | - | - |
| POULT MERRYGORND 9' | 2/28/13 | SL | 12 | | - | - |
| FILTER SYS DIP TANK | 2/28/13 | SL | 12 | | - | - |
| CARBON DIOXIDE DETEC | 2/28/13 | SL | 12 | | - | - |
| HATCH GENERATOR EQ#7252 | 2/28/13 | SL | 12 | | - | - |
| CHICK-G0-ROUND VACC | 2/28/13 | SL | 12 | | - | - |
| ROTARY AIR COMPRESSR | 2/28/13 | SL | 12 | | - | - |
| 48 TRUCK BUGGIES | 2/28/13 | SL | 12 | | - | - |
| POWER VACUUM WASTE | 2/28/13 | SL | 12 | | - | - |
| 1 REFRIGERATOR | 2/28/13 | SL | 12 | | - | - |
| INSULATION | 2/28/13 | SL | 12 | | - | - |
| ELECTRICAL | 2/28/13 | SL | 12 | | - | - |
| KUHL TRAYWASHER | 2/28/13 | SL | 12 | | - | - |
| PLUMBING | 2/28/13 | SL | 12 | | - | - |
| YORK WATER CHILLER | 2/28/13 | SL | 12 | | - | - |

**Zacky & Sons Poultry, LLC**
**Case #2:18-bk-23361-RK**
**Fixed Asset List - Other Equipment**

| DESCRIPTION | ACQ | DM | LF | BEGBASIS | Accum Dep | NBV |
|---|---|---|---|---|---|---|
| BWECO SPRAY & WASH | 2/28/13 | SL | 12 | | - | - |
| HEATING/COOLING/A/C | 2/28/13 | SL | 12 | | - | |
| SPRAY STATION | 2/28/13 | SL | 12 | | - | - |
| STRWIN 5200 BIOJECTR | 2/28/13 | SL | 12 | 6 | 3 | 3 |
| (14) EMERGNCY LIGHTS | 2/28/13 | SL | 12 | 11 | 5 | 6 |
| (5) EVAP COOLERS | 2/28/13 | SL | 12 | 6 | 3 | 3 |
| 10' EGG SHELL CRUSHR | 2/28/13 | SL | 12 | 38 | 18 | 20 |
| MASTER CENTRAL ALARM | 2/28/13 | SL | 12 | 9 | 4 | 5 |
| VENT HATCHER SYST(3) | 2/28/13 | SL | 12 | 314 | 149 | 165 |
| MULTIFANS (2) | 2/28/13 | SL | 12 | 303 | 144 | 159 |
| HATCHER | 2/28/13 | SL | 12 | 614 | 292 | 322 |
| HATCHER | 2/28/13 | SL | 12 | 614 | 292 | 322 |
| HATCHER | 2/28/13 | SL | 12 | 614 | 292 | 322 |
| HATCHER | 2/28/13 | SL | 12 | 614 | 292 | 322 |
| HATCHER | 2/28/13 | SL | 12 | 614 | 292 | 322 |
| HATCHER | 2/28/13 | SL | 12 | 614 | 292 | 322 |
| HATCHER | 2/28/13 | SL | 12 | 614 | 292 | 322 |
| HATCHER | 2/28/13 | SL | 12 | 614 | 292 | 322 |
| HATCHER | 2/28/13 | SL | 12 | 614 | 292 | 322 |
| HATCHER | 2/28/13 | SL | 12 | 614 | 292 | 322 |
| HATCHER | 2/28/13 | SL | 12 | 614 | 292 | 322 |
| TRUCKING BUGGIES (20) | 2/28/13 | SL | 12 | 191 | 91 | 100 |
| OVERHEAD COVER | 2/28/13 | SL | 12 | 21 | 10 | 11 |
| BLOWER/VAC  AIR UNIT | 2/28/13 | SL | 12 | 198 | 94 | 104 |
| DOUBLE CONE & GO-ROUND | 2/28/13 | SL | 12 | 68 | 32 | 36 |
| CONVEYORS S/S | 2/28/13 | SL | 12 | 161 | 77 | 84 |
| CONVEYORS, MODIFICATION | 2/28/13 | SL | 12 | 52 | 25 | 27 |
| HATCHING TRAYS | 2/28/13 | SL | 12 | 433 | 206 | 227 |
| COMPRESSOR - HATCHERY | 2/28/13 | SL | 12 | 2,020 | 961 | 1,060 |
| INCUBATOR VENT UPGRADE | 2/28/13 | SL | 12 | 3,447 | 1,640 | 1,808 |
| (2) INCUBATORS A18T-120 | 2/28/13 | SL | 12 | 74,032 | 35,207 | 38,824 |
| CHILLED WATER PIPING | 2/28/13 | SL | 12 | 35,301 | 16,788 | 18,513 |
| (8) HATCHERS TVH66-120 | 2/28/13 | SL | 12 | 110,294 | 52,453 | 57,841 |
| VENTILATION | 2/28/13 | SL | 12 | 9,450 | 4,494 | 4,956 |
| DOWN COLLECTION | 2/28/13 | SL | 12 | 3,733 | 1,775 | 1,957 |
| HIGH PRESSURE WASH | 2/28/13 | SL | 12 | 5,009 | 2,382 | 2,627 |
| HOT WATER BOILER | 2/28/13 | SL | 12 | 9,051 | 4,304 | 4,747 |
| HOT WATER STORAGE TANK | 2/28/13 | SL | 12 | 2,438 | 1,159 | 1,278 |
| REFRIG COOLING SYS 3STAGE | 2/28/13 | SL | 12 | 12,231 | 5,817 | 6,414 |
| FOGGER,TORNADO,DYNA | 2/28/13 | SL | 12 | 677 | 322 | 355 |
| WATER TREATMENT SYSTEM | 2/28/13 | SL | 12 | 1,129 | 537 | 592 |
| CONDENSER 46 TON | 2/28/13 | SL | 12 | 7,608 | 3,618 | 3,990 |
| TANK, WASTE W/OSHA LADDER | 2/28/13 | SL | 12 | 14,608 | 6,947 | 7,661 |
| DRYER FOR AIR COMPRESSOR | 2/28/13 | SL | 12 | 2,674 | 1,272 | 1,402 |
| CHICKEN LOADER-SHIFF | 2/28/13 | SL | 12 | | - | - |
| BRIGHT TURKEY LOADER | 2/28/13 | SL | 12 | | - | - |
| WATER COOLER | 2/28/13 | SL | 12 | | - | - |
| FIRE HOSE | 2/28/13 | SL | 12 | | - | - |
| OVERHEAD LUBE RACKS | 2/28/13 | SL | 12 | | - | - |
| MEDIUM BATH | 2/28/13 | SL | 12 | | - | - |
| ELECTRONIC BALANCE | 2/28/13 | SL | 12 | | - | - |
| FUME HOOD | 2/28/13 | SL | 12 | | - | - |
| STOMACHER BLENDER | 2/28/13 | SL | 12 | | - | - |
| SPECTROMETER | 2/28/13 | SL | 12 | 5,160 | 2,454 | 2,706 |
| SHIMADZU GAS CHROMATOGRAP | 2/28/13 | SL | 12 | 8,453 | 4,020 | 4,433 |
| PROTEIN ANALYZER | 2/28/13 | SL | 12 | 20,072 | 9,546 | 10,527 |

**Zacky & Sons Poultry, LLC**
**Case #2:18-bk-23361-RK**
**Fixed Asset List - Other Equipment**

| DESCRIPTION | ACQ | DM | LF | BEGBASIS | Accum Dep | NBV |
|---|---|---|---|---|---|---|
| SHAKER, ORIBITAL, VAR SPD | 2/28/13 | SL | 12 | 615 | 292 | 322 |
| CENTRIFUGE, BENCH-MODEL | 2/28/13 | SL | 12 | 1,001 | 476 | 525 |
| ADMIRAL REFRIGERATOR | 2/28/13 | SL | 12 | | - | - |
| FISHER CENTRIFUGE | 2/28/13 | SL | 12 | | - | - |
| THELCO OVEN #18 | 2/28/13 | SL | 12 | | - | - |
| 5FT HOOD AND MOTOR | 2/28/13 | SL | 12 | | - | - |
| OLYMPUS MICROSCOPE | 2/28/13 | SL | 12 | | - | - |
| 28" LABCONCO HOOD | 2/28/13 | SL | 12 | | - | - |
| EXHAUST SYSTEM | 2/28/13 | SL | 12 | | - | - |
| PH METER | 2/28/13 | SL | 12 | | - | - |
| SPECTONIC 21DV | 2/28/13 | SL | 12 | | - | - |
| ANALYTICAL BALANCE | 2/28/13 | SL | 12 | | - | - |
| ISO LAB OVEN | 2/28/13 | SL | 12 | | - | - |
| ALUM PLATE | 2/28/13 | SL | 12 | | - | - |
| ELECTRONIC FURN BOX | 2/28/13 | SL | 12 | | - | - |
| HOBART GRINDER | 2/28/13 | SL | 12 | | - | - |
| BOD INCUBATOR | 2/28/13 | SL | 12 | 4 | 2 | 2 |
| BENCH TOP HOOD | 2/28/13 | SL | 12 | 9 | 4 | 5 |
| GPC SYSTEM | 2/28/13 | SL | 12 | 7,792 | 3,706 | 4,086 |
| SOXTEC SOLVENT EXTRAC SYS | 2/28/13 | SL | 12 | 14,296 | 6,799 | 7,497 |
| VIDAS - MINI, IMMUNOASSAY ANALYZER | 2/28/13 | SL | 12 | 15,325 | 7,288 | 8,037 |
| (3) INCUBATORS | 2/28/13 | SL | 12 | 13 | 6 | 7 |
| SS COMPUTER WORKSTATION | 2/28/13 | SL | 12 | 712 | 338 | 373 |
| SS COMPUTER WORKSTATION | 2/28/13 | SL | 12 | 706 | 336 | 370 |
| EXTERNAL ATENNA ENCLOSURE | 2/28/13 | SL | 12 | 551 | 262 | 289 |
| EXHAUST FANS, | 2/28/13 | SL | 12 | 3,492 | 1,661 | 1,831 |
| PUMP FOR FARM WELL | 2/28/13 | SL | 12 | | - | - |
| TAPE HEAD 3" ACCUGLIDE 3M | 2/28/13 | SL | 12 | 4,986 | 2,371 | 2,615 |
| SCALE, EMERY WINSLOW FOUR | 2/28/13 | SL | 12 | 9,763 | 4,643 | 5,120 |
| OVEN #1 REFURBISHING | 2/28/13 | SL | 12 | 288,874 | 137,380 | 151,494 |
| ROLLING CARTS LIVE SALES | 2/28/13 | SL | 12 | 100,734 | 47,906 | 52,828 |
| FORKLIFT, BRIGHT 3WD | 2/28/13 | SL | 12 | 46,258 | 21,999 | 24,259 |
| ANGLIA AUTOFLOW CHX | 2/28/13 | SL | 12 | 36,209 | 17,220 | 18,989 |
| ANGLIA AUTOFLOW CHX PHASE 2 | 2/28/13 | SL | 12 | 394,030 | 187,389 | 206,641 |
| SAWS | 2/28/13 | SL | 12 | 7,408 | 3,523 | 3,885 |
| CVP-MTEC CORRVAC | 2/28/13 | SL | 12 | 20,318 | 9,663 | 10,655 |
| FORKLIFT, MITSUBISHI | 2/28/13 | SL | 12 | 23,024 | 10,950 | 12,075 |
| MCC, ALLEN BRADLEY | 2/28/13 | SL | 12 | 48,880 | 23,246 | 25,634 |
| ELECTRICAL HYDR PUMPS | 2/28/13 | SL | 12 | 13,561 | 6,449 | 7,112 |
| SHACKLES-PICKING | 2/28/13 | SL | 12 | 3,526 | 1,677 | 1,849 |
| MTEC CORRVAC MARK3 | 2/28/13 | SL | 12 | 13,493 | 6,417 | 7,076 |
| S.S. FOOT UNLOADER | 2/28/13 | SL | 12 | 5,136 | 2,442 | 2,693 |
| PLUMBING, LIVER TANK | 2/28/13 | SL | 12 | 8,023 | 3,815 | 4,207 |
| REHANG CONVEYOR, SHUTE & | 2/28/13 | SL | 12 | 8,656 | 4,116 | 4,539 |
| CONVEYOR, HOCK CUTTER 15' SS | 2/28/13 | SL | 12 | 13,713 | 6,522 | 7,192 |
| CONVEYOR, REHANG 15' SS | 2/28/13 | SL | 12 | 14,846 | 7,060 | 7,785 |
| WORKER PLATFORMS (2), SS | 2/28/13 | SL | 12 | 2,440 | 1,160 | 1,279 |
| CONVEYOR, LIVE HANG 15' EXT | 2/28/13 | SL | 12 | 6,489 | 3,086 | 3,403 |
| PLUMBING, AIRLINE | 2/28/13 | SL | 12 | 1,846 | 878 | 968 |
| PLUMBING, WATER LINE | 2/28/13 | SL | 12 | 1,412 | 672 | 741 |
| CONVEYOR, TRANSFER | 2/28/13 | SL | 12 | 2,793 | 1,328 | 1,465 |
| PLUMBING, COOLER | 2/28/13 | SL | 12 | 1,047 | 498 | 549 |
| TAPE HEAD, UPPER ASSEMBLY | 3/19/13 | SL | 12 | 1,959 | 923 | 1,036 |
| FAN, POULTRY DIRECT DRIVE | 3/29/13 | SL | 12 | 798 | 374 | 424 |
| FAN, POULTRY DIRECT DRIVE | 3/29/13 | SL | 12 | 798 | 374 | 424 |
| PUMP, BOOSTER GOULD | 3/29/13 | SL | 12 | 694 | 325 | 369 |

**Zacky & Sons Poultry, LLC**
**Case #2:18-bk-23361-RK**
**Fixed Asset List - Other Equipment**

| DESCRIPTION | ACQ | DM | LF | BEGBASIS | Accum Dep | NBV |
|---|---|---|---|---|---|---|
| PUMP, BOOSTER GOULD | 3/29/13 | SL | 12 | 694 | 325 | 369 |
| PUMP, BOOSTER 5HP | 3/28/13 | SL | 12 | 1,490 | 699 | 791 |
| PUMP, BOOSTER 5HP | 3/28/13 | SL | 12 | 1,490 | 699 | 791 |
| 2008 CLUB CART UTILITY | 3/20/13 | SL | 12 | 3,898 | 1,836 | 2,062 |
| PUMPS, AMMONIA (2) | 3/4/13 | SL | 12 | 48,400 | 22,973 | 25,426 |
| CHICKEN EVIS SYSTEM PHASE 1 | 2/28/13 | SL | 12 | 38,931 | 18,515 | 20,417 |
| TIG WELDER DIVERSION | 4/10/13 | SL | 12 | 2,042 | 952 | 1,090 |
| PUMP, END SUCTION | 4/23/13 | SL | 12 | 5,991 | 2,775 | 3,216 |
| PALLET LEVEL LOADER | 4/10/13 | SL | 12 | 2,473 | 1,153 | 1,320 |
| PALLET JACK 11,000 LB | 4/25/13 | SL | 12 | 1,626 | 753 | 874 |
| SPRAYER, LEWIS POULTRY | 4/23/13 | SL | 12 | 8,726 | 4,042 | 4,684 |
| PERFORATED TABLE (2) | 4/15/13 | SL | 12 | 3,187 | 1,482 | 1,705 |
| 1 PUMP, BUSCH, 630, RBLD 80565 | 5/9/13 | SL | 12 | 10,784 | 4,956 | 5,828 |
| BATTERY, PALLET JACK 24V | 5/23/13 | SL | 12 | 2,273 | 1,037 | 1,236 |
| BATTERY, FORKLIFT 24V | 5/16/13 | SL | 12 | 2,273 | 1,041 | 1,232 |
| BATTERY, FORKLIFT 36V | 5/22/13 | SL | 12 | 4,325 | 1,975 | 2,350 |
| CURTAIN UPGRADES | 5/17/13 | SL | 12 | 5,523 | 2,528 | 2,995 |
| PUMPS (7) FOGGER, BOOSTING GOULDS GBC | 5/13/13 | SL | 12 | 4,846 | 2,223 | 2,623 |
| COOLING SYSTEM UPG | 5/17/13 | SL | 12 | 4,452 | 2,038 | 2,414 |
| CURTAIN UPGRADES | 5/17/13 | SL | 12 | 4,306 | 1,971 | 2,335 |
| COOLING SYSTEM UPG | 5/17/13 | SL | 12 | 4,279 | 1,959 | 2,320 |
| COOLING CURTAIN SYSTEM | 5/24/13 | SL | 12 | 1,728 | 788 | 940 |
| STOVES, BROODER (79) | 6/5/13 | SL | 12 | 17,562 | 7,963 | 9,599 |
| PALLET LEVEL LOADER | 6/13/13 | SL | 12 | 2,452 | 1,107 | 1,344 |
| PLASMA CUTMASTER 82 20' | 6/21/13 | SL | 12 | 2,381 | 1,071 | 1,310 |
| MOTOR RPLC FA68940 | 6/7/13 | SL | 12 | 2,881 | 1,305 | 1,576 |
| PUMP, BOOSTER 60HP 3550RPM | 6/6/13 | SL | 12 | 4,520 | 2,048 | 2,471 |
| FAN 36" GALV PANEL (15) | 6/19/13 | SL | 12 | 4,653 | 2,095 | 2,558 |
| FAN 36" GALV PANEL (14) | 6/19/13 | SL | 12 | 4,343 | 1,955 | 2,388 |
| FAN 36" GALV PANEL (15) | 6/19/13 | SL | 12 | 4,653 | 2,095 | 2,558 |
| CHICKEN EVIS SYSTEM | 6/1/13 | SL | 12 | 186,272 | 84,630 | 101,642 |
| LUNG VAC TANK, CHILLER | 6/1/13 | SL | 12 | 4,206 | 1,911 | 2,295 |
| NECKBREAKER, RBLD | 6/1/13 | SL | 12 | 13,420 | 6,097 | 7,323 |
| CROPPER, RBLD | 6/1/13 | SL | 12 | 36,496 | 16,581 | 19,914 |
| MOTOR RPLC FA68562 | 5/29/13 | SL | 12 | 1,655 | 753 | 902 |
| PUMP, WASTE WATER RECYLING | 7/15/13 | SL | 12 | 2,051 | 911 | 1,140 |
| GENERATOR, PORTABLE | 7/3/13 | SL | 12 | 2,556 | 1,143 | 1,413 |
| GENERATOR, PORTABLE | 7/3/13 | SL | 12 | 4,014 | 1,794 | 2,219 |
| DEAD BIN DUMPSTER | 7/11/13 | SL | 12 | 1,134 | 505 | 629 |
| DODGE OIL SAC REMOVER CCW | 7/1/13 | SL | 12 | 6,241 | 2,793 | 3,448 |
| JOHNSON VENTOR V-J | 7/1/13 | SL | 12 | 17,308 | 7,745 | 9,563 |
| JOHNSON OPENER V-J | 7/1/13 | SL | 12 | 13,950 | 6,243 | 7,708 |
| JOHNSON EVISCERATOR VI-J | 7/1/13 | SL | 12 | 20,558 | 9,200 | 11,359 |
| PRESSURE WASHER, LANDACOLD | 8/22/13 | SL | 12 | 1,556 | 678 | 878 |
| BATTERY, PALLET JACK 24V REACO TRAY 090 | 8/6/13 | SL | 12 | 2,629 | 1,155 | 1,474 |
| BATTERY, PALLET JACK 24V REACO TRAY 090 | 8/6/13 | SL | 12 | 2,629 | 1,155 | 1,474 |
| CHICK MASTER GEN IV | 8/14/13 | SL | 12 | 1,096 | 479 | 617 |
| LINE DIVIDERS (2) EVIS | 8/1/13 | SL | 12 | 7,623 | 3,357 | 4,265 |
| LEWIS IN-LINE BIRD UNLOAD | 8/1/13 | SL | 12 | 4,697 | 2,069 | 2,628 |
| FAN, 25" TUBE AXIAL | 7/28/13 | SL | 12 | 1,583 | 699 | 885 |
| OVEN CHAINS,CONTINUOUS | 9/2/13 | SL | 12 | 21,855 | 9,466 | 12,389 |
| MOTOR 15HP 3510 RPM | 9/9/13 | SL | 12 | 1,232 | 532 | 701 |
| UNDERGROUND PLUMBING | 9/28/13 | SL | 12 | 7,502 | 3,204 | 4,297 |
| OVEN, CONTROL RPR BATCH #1 | 9/7/13 | SL | 12 | 1,466 | 633 | 833 |
| OVEN, CONTROL RPR BATCH #3 | 9/7/13 | SL | 12 | 1,466 | 633 | 833 |
| OVEN, CONTROL RPR BATCH #4 | 9/7/13 | SL | 12 | 1,466 | 633 | 833 |

**Zacky & Sons Poultry, LLC**
**Case #2:18-bk-23361-RK**
**Fixed Asset List - Other Equipment**

| DESCRIPTION | ACQ | DM | LF | BEGBASIS | Accum Dep | NBV |
|---|---|---|---|---|---|---|
| OVEN, CONTROL RPR BATCH #5 | 9/7/13 | SL | 12 | 1,466 | 633 | 833 |
| MOTOR 10HP 1800RPM | 9/26/13 | SL | 12 | 1,281 | 548 | 733 |
| MAJOR REPAIR #67128 | 9/23/13 | SL | 12 | 2,734 | 1,171 | 1,563 |
| AERATOR MOTOR RBLD #80527 | 8/30/13 | SL | 12 | 4,840 | 2,100 | 2,741 |
| SUMP GRATE, 3/8" PLATE COVE | 8/30/13 | SL | 12 | 4,426 | 1,920 | 2,506 |
| COMRESSOR, SULLAIR RE-MFG | 8/28/13 | SL | 12 | 6,881 | 2,988 | 3,893 |
| DEAD BIN DUMPSTER | 10/4/13 | SL | 12 | 1,072 | 457 | 616 |
| SCALE, FAIRBANKS BENCH | 10/4/13 | SL | 12 | 2,106 | 897 | 1,209 |
| PUMP FOR ROTOMATIC | 10/11/13 | SL | 12 | 4,958 | 2,103 | 2,855 |
| BOILER, VESSEL REPLACEMENT | 11/20/13 | SL | 12 | 32,519 | 13,498 | 19,021 |
| PUMP, AMMONIA TEIKOKU | 11/15/13 | SL | 12 | 45,394 | 18,893 | 26,500 |
| CATCH PANS AT HOT (2) | 11/11/13 | SL | 12 | 2,397 | 1,000 | 1,397 |
| CO2 DETECTOR, GAS ALERT | 11/8/13 | SL | 12 | 1,569 | 656 | 914 |
| EXHAUST FAN, 24' 120V | 11/11/13 | SL | 12 | 1,262 | 527 | 736 |
| SECONDARY DAF CHAIN & | 12/20/13 | SL | 12 | 14,656 | 5,983 | 8,673 |
| IMMERSION, CHILLER PROBE | 12/13/13 | SL | 12 | 2,289 | 938 | 1,351 |
| RACK SMOCK ROLLING,SS | 2/28/13 | SL | 12 | 3,021 | 1,436 | 1,584 |
| DEAD BIN DUMPSTER | 2/18/14 | SL | 12 | 1,023 | 403 | 619 |
| CATCH PANS (2) AT HOT | 1/31/14 | SL | 12 | 2,955 | 1,178 | 1,777 |
| BURNER, MAXON, CYCLOMAX | 1/29/14 | SL | 12 | 8,405 | 3,354 | 5,051 |
| WATER TREATMENT INFRASTRUCTURE | 1/1/14 | SL | 12 | 16,198 | 6,568 | 9,630 |
| COYOTE SIZING SYSTEM | 2/21/14 | SL | 12 | 44,692 | 17,601 | 27,090 |
| CURTAIN UPGRADES | 4/15/14 | SL | 12 | 14,810 | 5,654 | 9,157 |
| CURTAIN REPLACEMENT | 4/15/14 | SL | 12 | 76,135 | 29,063 | 47,071 |
| CONTROLLER, DELTA MOTION | 3/26/14 | SL | 12 | 5,476 | 2,115 | 3,361 |
| OVEN #2 CHILLER PLATE | 3/1/14 | SL | 12 | 2,419 | 948 | 1,471 |
| NUTEC 710 GUARD COVER | 4/2/14 | SL | 12 | 1,407 | 541 | 866 |
| FORKLIFT, 10,000LB | 3/22/14 | SL | 12 | 4,887 | 1,892 | 2,995 |
| DRIP PAN S.S. FOR SHIPPING | 4/4/14 | SL | 12 | 1,463 | 562 | 901 |
| UTILITY CART, STAINLESS | 4/30/14 | SL | 12 | 1,805 | 683 | 1,122 |
| DRIP PAN, S.S. | 5/8/14 | SL | 12 | 1,342 | 505 | 837 |
| PALLET JACK, ELECTRIC 24V | 5/28/14 | SL | 12 | 1,299 | 483 | 816 |
| PALLET JACK, ELECTRIC | 5/28/14 | SL | 12 | 1,299 | 483 | 816 |
| PUMP, WAUKESHA BACK-UP | 2/7/14 | SL | 12 | 4,280 | 1,699 | 2,581 |
| KNIFE SHARPENER, ELEC | 6/3/14 | SL | 12 | 1,311 | 486 | 825 |
| EVAP COOLER, LIVE HANG | 6/25/14 | SL | 12 | 902 | 330 | 572 |
| AMMONIA LEAK DETECTOR | 10/26/14 | SL | 12 | 1,269 | 428 | 841 |
| AMMONIA LEAK DETECTOR | 10/26/14 | SL | 12 | 1,269 | 428 | 841 |
| RAYMOND ELECTRIC PALLET JACK | 10/14/14 | SL | 12 | 4,578 | 1,557 | 3,021 |
| RAYMOND ELECTRIC PALLET JACK | 10/14/14 | SL | 12 | 4,578 | 1,557 | 3,021 |
| HUMIDITY DATA LOGGER | 10/26/14 | SL | 12 | 1,596 | 539 | 1,057 |
| ELECTRIC CHAIN HOIST | 11/18/14 | SL | 12 | 1,397 | 464 | 933 |
| EYEWASH/DRENCH STATION | 11/4/14 | SL | 12 | 1,316 | 441 | 875 |
| AIR COMPRESSOR | 11/12/14 | SL | 12 | 1,745 | 582 | 1,163 |
| PUMP, WELL, VERTICAL | 11/12/14 | SL | 12 | 1,736 | 579 | 1,157 |
| VACUUM PUMP, VOONER | 9/23/14 | SL | 12 | 8,105 | 2,796 | 5,309 |
| PUMP, VIKING, AMMONIA | 12/3/14 | SL | 12 | 1,451 | 477 | 974 |
| CART COVER, LOCKABLE, S/S | 12/4/14 | SL | 12 | 2,258 | 742 | 1,516 |
| PUMP, WAUKESHA W134 | 12/16/14 | SL | 12 | 11,432 | 3,724 | 7,707 |
| BATTERY, FORKLIFT REACO 24V | 12/30/14 | SL | 12 | 2,926 | 944 | 1,982 |
| CHICKMASTER UPGRADE | 12/1/14 | SL | 12 | 5,042 | 1,660 | 3,382 |
| MISKIN SCRAPPER MAJOR RPR | 2/7/14 | SL | 12 | 3,572 | 1,418 | 2,154 |
| DRIVE METAL BOX FANS (4) | 8/15/14 | SL | 12 | 2,037 | 721 | 1,316 |
| MOTOR, COMPRESSOR #8 125HP | 3/15/14 | SL | 12 | 11,484 | 4,465 | 7,019 |
| AMMONIA VALVES (2) FOR +10 & +27 | 7/1/14 | SL | 12 | 33,164 | 12,077 | 21,087 |
| OVEN #1 BEARINGS | 4/1/14 | SL | 12 | 7,966 | 3,066 | 4,900 |

**Zacky & Sons Poultry, LLC**
**Case #2:18-bk-23361-RK**
**Fixed Asset List - Other Equipment**

| DESCRIPTION | ACQ | DM | LF | BEGBASIS | Accum Dep | NBV |
|---|---|---|---|---|---|---|
| OVEN #2 BEARINGS | 3/15/14 | SL | 12 | 17,216 | 6,694 | 10,522 |
| OVEN #2 UPPER OVEN CHAINS | 5/19/14 | SL | 12 | 21,889 | 8,186 | 13,703 |
| BARN #1 COOLING SYSTEM ADDITIONS | 8/1/14 | SL | 12 | 4,229 | 1,510 | 2,719 |
| BARN #3 COOLING SYSTEM ADDITIONS | 8/1/14 | SL | 12 | 4,013 | 1,433 | 2,580 |
| FAN REPLACEMENT | 8/5/14 | SL | 12 | 4,612 | 1,643 | 2,969 |
| BARN #4 COOLING SYSTEM ADDITIONS | 8/1/14 | SL | 12 | 4,435 | 1,584 | 2,852 |
| CHAIN, KILL LINE, 348 | 1/21/15 | SL | 12 | 32,177 | 10,219 | 21,958 |
| WATER FILTRATION SYSTEM | 3/4/15 | SL | 12 | 6,509 | 2,005 | 4,504 |
| CONVEYOR, 4" CURVED FOR TRAYPACK | 1/30/15 | SL | 12 | 1,063 | 335 | 727 |
| PUMP, HAND, LEG CYL | 1/23/15 | SL | 12 | 1,219 | 387 | 833 |
| LAB MILL, STEINLITE, 110 VOLT | 2/4/15 | SL | 12 | 2,441 | 767 | 1,674 |
| PUMP, CHILLER, PULSATRON | 3/1/15 | SL | 12 | 1,628 | 502 | 1,125 |
| BATTERY, STANDUP LIFT | 4/30/15 | SL | 12 | 4,813 | 1,420 | 3,393 |
| PRINTER, LABEL, DURALABEL 9000 | 4/29/15 | SL | 12 | 1,833 | 541 | 1,292 |
| BOILER FEED WATER MAKEUP TANK | 6/10/15 | SL | 12 | 4,944 | 1,412 | 3,532 |
| BAYHEAD HAUL ALL TILT TRUCK | 5/19/15 | SL | 12 | 1,851 | 538 | 1,313 |
| PALLET JACK, EL, MITSUBISHI, 6000 LB, EXCIDE BATTERY | 6/10/15 | SL | 12 | 3,247 | 927 | 2,319 |
| BATTERY, PALLET JACK, REACO 24V TRAY 090 1050 LBS | 6/24/15 | SL | 12 | 2,710 | 765 | 1,945 |
| FLOOR SCRUBBER, AUTOMATIC | 6/25/15 | SL | 12 | 5,194 | 1,466 | 3,728 |
| MAJOR REPAIR FA#69113 | 6/18/15 | SL | 12 | 9,000 | 2,554 | 6,446 |
| BATTERY, FORKLIFT, REACO 36V | 7/14/15 | SL | 12 | 6,298 | 1,750 | 4,548 |
| TANK, VERTICAL, C HD 2000GAL | 7/17/15 | SL | 12 | 1,627 | 451 | 1,176 |
| WATER TANK, 3000GAL STORAGE | 7/22/15 | SL | 12 | 1,843 | 509 | 1,334 |
| WATER TANK, 3000GAL STORAGE | 7/22/15 | SL | 12 | 1,843 | 509 | 1,334 |
| SS AIR BAFFLE, COVER FOR EVAP COOLER | 7/28/15 | SL | 12 | 4,091 | 1,124 | 2,967 |
| PRESSURE TANK, 900 GAL | 10/23/15 | SL | 12 | 6,233 | 1,588 | 4,644 |
| BATTERY, REACO 36V, RAYMOND LIFTS | 9/29/15 | SL | 12 | 6,298 | 1,639 | 4,659 |
| BATTERY, REACO 24V, BAGGING DEPT | 8/25/15 | SL | 12 | 2,710 | 727 | 1,983 |
| BATTERY, REACO 24V, BAGGING DEPT | 8/25/15 | SL | 12 | 2,710 | 727 | 1,983 |
| METAL DETECTOR MDM, ERIEZ EXTREME | 10/26/15 | SL | 12 | 18,487 | 4,698 | 13,789 |
| PUMP, STATOR, MOYNO FOR MEAT SILO #2 | 8/13/15 | SL | 12 | 3,571 | 968 | 2,603 |
| BATTERY, REACO 36V | 8/13/15 | SL | 12 | 6,298 | 1,707 | 4,591 |
| BATTERY, REACO 36V | 7/15/15 | SL | 12 | 4,846 | 1,345 | 3,501 |
| FANS (35) 36" DD BOX FANS | 5/28/15 | SL | 12 | 14,706 | 4,244 | 10,462 |
| GATE VALVE 12", SLURRY KNIFE ON EGG SHELL WASTE TANK | 3/2/15 | SL | 12 | 6,086 | 1,877 | 4,209 |
| RBLD BOOSTER PUMP HEADS & RPLC MOTOR 20HP | 4/9/15 | SL | 12 | 1,855 | 556 | 1,299 |
| RBLD BOOSTER PUMP HEADS & RPLC MOTOR 20HP | 4/9/15 | SL | 12 | 1,855 | 556 | 1,299 |
| POULTRY BOXES (250) GREEN | 6/1/15 | SL | 12 | 9,213 | 2,650 | 6,563 |
| POULTRY BOXES (250) WHITE | 6/1/15 | SL | 12 | 9,213 | 2,650 | 6,563 |
| FANS (8) 36" DD 120/240V | 6/2/15 | SL | 12 | 3,242 | 932 | 2,310 |
| FANS (28) 36" DD BOX FAN 120/240V | 6/2/15 | SL | 12 | 23,674 | 6,805 | 16,869 |
| FANS (4) 36" DD METAL BOX FANS | 11/3/15 | SL | 12 | 1,315 | 332 | 983 |
| FAN MOTORS (4), 36" 1/2 HP | 11/3/15 | SL | 12 | 534 | 135 | 399 |
| 6TH AVENUE CURTAINS | 2/11/15 | SL | 12 | 15,229 | 4,763 | 10,466 |
| 6TH AVENUE CURTAINS | 2/11/15 | SL | 12 | 14,159 | 4,429 | 9,730 |
| FAN, EXHAUST HATCHER ROOM #1 | 10/30/15 | SL | 12 | 1,915 | 485 | 1,430 |
| SCALE, CHECK WEIGHER NEXWEIGH DIGITAL IP-69K | 10/15/15 | SL | 12 | 2,678 | 687 | 1,991 |
| BATTERY, REACO 24V, BAGGING DEPT TRAY 165 | 10/22/15 | SL | 12 | 3,383 | 863 | 2,520 |
| CURTAIN UPGRADES | 1/1/15 | SL | 12 | 5,588 | 1,800 | 3,788 |
| CURTAIN UPGRADES | 1/1/15 | SL | 12 | 2,794 | 900 | 1,894 |
| CURTAIN UPGRADES | 1/1/15 | SL | 12 | 2,794 | 900 | 1,894 |
| CURTAIN UPGRADES | 1/1/15 | SL | 12 | 2,794 | 900 | 1,894 |
| CURTAIN UPGRADES | 1/1/15 | SL | 12 | 1,957 | 630 | 1,326 |
| CURTAIN UPGRADES | 1/1/15 | SL | 12 | 1,957 | 630 | 1,326 |
| GAS SENSOR, PORTABLE, HONEYWELL AMMONIA | 10/29/15 | SL | 12 | 1,828 | 463 | 1,365 |
| PUMP, ENGINE DRIVEN-SEMI-TRASH, 3.5HP | 11/16/15 | SL | 12 | 1,007 | 251 | 756 |

**Zacky & Sons Poultry, LLC**
**Case #2:18-bk-23361-RK**
**Fixed Asset List - Other Equipment**

| DESCRIPTION | ACQ | DM | LF | BEGBASIS | Accum Dep | NBV |
|---|---|---|---|---|---|---|
| PUMP, ENGINE DRIVEN-SEMI-TRASH, 3.5HP | 11/18/15 | SL | 12 | 1,007 | 251 | 756 |
| PUMP, ENGINE DRIVEN-SEMI-TRASH, 3.5HP | 11/18/15 | SL | 12 | 1,007 | 251 | 756 |
| PUMP, ENGINE DRIVEN-SEMI-TRASH, 3.5HP | 11/19/15 | SL | 12 | 1,007 | 250 | 756 |
| PUMP, ENGINE DRIVEN-SEMI-TRASH, 3.5HP | 11/19/15 | SL | 12 | 1,007 | 250 | 756 |
| PUMP, ENGINE DRIVEN-SEMI-TRASH, 3.5HP | 11/19/15 | SL | 12 | 1,007 | 250 | 756 |
| LABOR-JOHNSON OPENER V-J | 7/1/13 | SL | 12 | 595 | 266 | 329 |
| LABOR-JOHNSON EVISCERATOR VI-J | 7/1/13 | SL | 12 | 595 | 266 | 329 |
| TAIL DRUM, FABRICATION | 1/1/15 | SL | 12 | 649 | 209 | 440 |
| DRIVEL DRUM, FABRICATION | 1/1/15 | SL | 12 | 866 | 279 | 587 |
| REHAND CONVEYOR, RPR | 1/1/15 | SL | 12 | 1,798 | 579 | 1,219 |
| VACUUM, S.S. W/PVC PIPES, INSTALLED | 1/1/15 | SL | 12 | 1,550 | 499 | 1,051 |
| TRACKS, TROLLEY, INSTALLED | 1/1/15 | SL | 12 | 1,888 | 608 | 1,280 |
| CROPPER, E-STOP, INSTALLED | 1/1/15 | SL | 12 | 1,397 | 450 | 947 |
| NECK PULLING MACHINE, S.S., TROUGH CHUTE | 1/1/15 | SL | 12 | 1,941 | 625 | 1,316 |
| REBUILD FA#80045, COMPRESSOR #7 | 11/17/15 | SL | 12 | 4,933 | 1,229 | 3,704 |
| MAJOR REPAIRS FA#80213, BOOSTER PUMP | 12/10/15 | SL | 12 | 3,456 | 843 | 2,613 |
| FOODCRAFT BREAST & LEG PROCESS MACHINE | 12/10/15 | SL | 12 | 27,057 | 6,597 | 20,460 |
| JOHNSON I/O BIRD WASHER | 12/10/15 | SL | 12 | 15,419 | 3,760 | 11,659 |
| PUMP, ENGINE DRIVEN-SEMI-TRASH, 3.5HP | 11/24/15 | SL | 12 | 1,007 | 249 | 758 |
| FUME HOOD, POLY, TOP DUCTED 36" W/FAN 120VAC, FLORENCE WH | 12/28/15 | SL | 12 | 3,162 | 758 | 2,404 |
| FUME HOOD, S.S., TOP DUCTED 36" W/FAN 120VAC, FLORENCE WH | 12/28/15 | SL | 12 | 8,412 | 2,017 | 6,396 |
| EXHAUST BLOWERS (2), UPGRADE DUCTWORK, DUCT FANS (3), INLINE | 12/28/15 | SL | 12 | 5,332 | 1,278 | 4,054 |
| WATER HEATERS (2), MINI TANK ELEC, 120V, FLORENCE WH | 12/28/15 | SL | 12 | 1,851 | 444 | 1,407 |
| HOOD, S.S., FLORENCE WH | 12/28/15 | SL | 12 | 6,843 | 1,640 | 5,202 |
| 8FT, 5.5CY, HYDRAULIC CARRYALL SCRAPER W/MEC DOLLY, PORTERS | 2/1/2016 | SL | 12 | 17,160 | 3,977 | 13,184 |
| COMPRESSOR #1 REBUILD UPPER END | 1/19/16 | SL | 12 | 4,843 | 1,137 | 3,707 |
| MOTOR, 50HP, WASTE WATER POND, YOGESH, W/LOVEJOY COUPLER | 1/26/16 | SL | 12 | 4,557 | 1,062 | 3,495 |
| COMPRESSOR #1 REBUILD UPPER END | 1/8/16 | SL | 12 | 5,045 | 1,197 | 3,848 |
| CURTAIN REPLACEMENT, SAMUEL GROW S SIDE | 1/4/16 | SL | 12 | 32,704 | 7,788 | 24,916 |
| AIR COMPRESSOR, 50 HP, FS CURTIS, NxB37 ROTARY SCREW UNIT, 46 | 2/1/16 | SL | 12 | 18,667 | 4,326 | 14,341 |
| AIR DRYER, FS CURTIS, 400 CFM, 460V, 3 PHASE | 2/1/16 | SL | 12 | 6,005 | 1,391 | 4,613 |
| AIR DRYER, FS CURTIS, 400 CFM, 460V, 3 PHASE | 2/1/16 | SL | 12 | 6,005 | 1,391 | 4,613 |
| CURTAIN REPLACEMENT, 8,400F, S SIDE OF 10 BARNS | 2/11/16 | SL | 12 | 52,375 | 12,017 | 40,357 |
| TURKEY FEED SYSTEM, CUMBERLAND, 3 BUILDINGS | 2/18/16 | SL | 12 | 90,386 | 20,595 | 69,791 |
| STOVES, BROODER (40) | 3/18/16 | SL | 12 | 61,161 | 13,531 | 47,630 |
| PUMP, SKIN, 4" HPVC 304 BUNA COMPLETE | 1/16/16 | SL | 12 | 6,304 | 1,484 | 4,820 |
| TAPERED TROUGH, FOR BREAST SKINNERS | 1/16/16 | SL | 12 | 2,002 | 471 | 1,531 |
| TRACTOR, 2008 NEW HOLLAND 4WD | 3/24/16 | SL | 12 | 24,721 | 5,435 | 19,286 |
| TABLES (2), FOR PACKOUT | 2/15/16 | SL | 12 | 2,043 | 467 | 1,576 |
| COMPRESSOR #2 REBUILD 80052 | 2/6/16 | SL | 12 | 5,152 | 1,188 | 3,964 |
| FEED/FILL SYSTEM, BARN #1 | 3/31/16 | SL | 12 | 9,449 | 2,062 | 7,386 |
| FEED/FILL SYSTEM, BARN #3 | 3/31/16 | SL | 12 | 9,449 | 2,062 | 7,386 |
| SCALE, CHECKWEIGHER, 35LB, W/BATTERY FOR QUALITY CONTROL D | 3/28/16 | SL | 12 | 1,298 | 284 | 1,014 |
| UTILITY TRUCK, SS, RELIUS ELITE 48"W, 1,000 LB CAPACITY | 3/15/16 | SL | 12 | 1,170 | 260 | 910 |
| PUMP, WAUKESHA N34, MODEL HH1150 SM-LD, S/N:130131 | 3/17/16 | SL | 12 | 11,191 | 2,478 | 8,712 |
| FANS (10) 36" DD BOX FAN 120/240V | 4/14/16 | SL | 12 | 3,602 | 775 | 2,827 |
| BLOWER, 20" WHEEL | 3/24/16 | SL | 12 | 2,015 | 443 | 1,572 |
| CHICKEN HEAD PULLER | 3/21/16 | SL | 12 | 1,272 | 280 | 991 |
| REBUILD COMPRESSOR #3 SF#56720 | 4/20/16 | SL | 12 | 10,425 | 2,228 | 8,197 |
| PLASMA MACH PMX30 AIR HAND SYS | 4/4/16 | SL | 12 | 1,840 | 400 | 1,440 |
| PRESSURE TANK, 900 GAL GALVANIZED | 4/20/16 | SL | 12 | 4,684 | 1,001 | 3,683 |
| 20" AIR BLOWER & DRAIN SCREEN | 4/6/16 | SL | 12 | 2,745 | 595 | 2,149 |
| CIRCUIT BREAKER, CUTLER HAMMER 150 AMP | 4/13/16 | SL | 12 | 1,741 | 375 | 1,366 |
| GENERATOR, SHARED BTWN 25/81 & 25/82 (FA#69333 & 69333-1 ALL ON | 4/25/16 | SL | 12 | 1,613 | 343 | 1,270 |
| GENERATOR, SHARED BTWN 25/81 & 25/82 (FA#69333 & 69333-1 ALL ON | 4/25/16 | SL | 12 | 1,613 | 343 | 1,270 |
| CHEMSTATION PERACETIC ACID DOSING SYS W/ 2 YAMAHA PUMPS | 5/1/16 | SL | 12 | 2,398 | 506 | 1,892 |

**Zacky & Sons Poultry, LLC**
**Case #2:18-bk-23361-RK**
**Fixed Asset List - Other Equipment**

| DESCRIPTION | ACQ | DM | LF | BEGBASIS | Accum Dep | NBV |
|---|---|---|---|---|---|---|
| POULTRY BOXES (260) WHITE | 4/27/16 | SL | 12 | 11,253 | 2,387 | 8,866 |
| POULTRY BOXES (240) GREEN | 4/27/16 | SL | 12 | 10,387 | 2,203 | 8,184 |
| **FANS (10) 36" DD BOX FAN 120/240V** | 5/26/16 | SL | 12 | 3,602 | 740 | 2,862 |
| FANS (13) 36" DD BOX FAN 120/240V | 5/26/16 | SL | 12 | 4,683 | 962 | 3,721 |
| WELL PRESSURE TANK, 220 GALLON | 5/11/16 | SL | 12 | 1,310 | 274 | 1,036 |
| CONDENSOR, SHELF LIFE COOLER | 5/18/16 | SL | 12 | 2,284 | 473 | 1,810 |
| STOVES, BROODER (50) | 4/30/16 | SL | 12 | 10,097 | 2,135 | 7,962 |
| CURTAIN REPLACEMENT, VENTILATION | 4/30/16 | SL | 12 | 5,866 | 1,240 | 4,626 |
| STOVES, BROODER (50) | 4/30/16 | SL | 12 | 9,856 | 2,084 | 7,772 |
| CURTAIN REPLACEMENT, VENTILATION | 4/30/16 | SL | 12 | 5,952 | 1,258 | 4,694 |
| CLUB CAR, 48V ELECT | 6/30/16 | SL | 12 | 3,553 | 702 | 2,851 |
| BATTERY, FORKLIFT, 36V, FOR GUSTAVO LIFT, M:18-125-13, SN:F05280 | 6/23/16 | SL | 12 | 4,955 | 987 | 3,969 |
| MODIFICATION TO ENCLOSE HOPPER, TO RUN NEW PRODUCT | 6/1/16 | SL | 12 | 1,303 | 266 | 1,037 |
| FAN, CIRC. EXHAUST, FOR LIVE HOLDING SHED, 48" | 6/8/16 | SL | 12 | 1,537 | 311 | 1,226 |
| AIR COMPRESSOR, WHITEWATER, FOR STORAGE TANK | 6/22/16 | SL | 12 | 1,645 | 328 | 1,317 |
| WELL PUMP & MOTOR RPLCMT | 6/27/16 | SL | 12 | 3,960 | 785 | 3,175 |
| ULTRASONIC OPEN CHANNEL FLOWMETER | 7/15/16 | SL | 12 | 3,670 | 712 | 2,958 |
| SANITARY STANDS (6), FOR THE TUB | 7/8/16 | SL | 12 | 3,937 | 770 | 3,167 |
| S.S. POST STUNNER #1 REBUILD, 64504 | 9/29/16 | SL | 12 | 14,348 | 2,535 | 11,813 |
| TANK, WATER 5,000 GAL GREEN 102" X 157" | 9/26/16 | SL | 12 | 17,336 | 3,075 | 14,260 |
| TANK, WATER 5,000 GAL GREEN 102" X 157" | 9/26/16 | SL | 12 | 17,336 | 3,075 | 14,260 |
| HEATERS (22), OVAL 80 L.B. WHITE, LP 20' 1-STAGE, HOUSE #2 | 9/26/16 | SL | 12 | 28,821 | 5,113 | 23,708 |
| DRINKERS, ZIGGITY BIG Z WATERING SYSTEM, (8) 240' LINES, HOUSE # | 9/26/16 | SL | 12 | 21,519 | 3,817 | 17,702 |
| H2 FEEDER LINES, CHORE-TIME, (2) 480' LINES W/ WINCHING, HOUSE # | 9/26/16 | SL | 12 | 18,717 | 3,320 | 15,397 |
| FANS (8), CHORE-TIME 36' DD GALVANIZED W/ HYFLO® SHUTTER, 1PH- | 9/26/16 | SL | 12 | 14,042 | 2,491 | 11,551 |
| CURTAINS, (2) 500' W/ WINCHING, SIDE WALL, 84" SINGLE ITEM CLEAR | 9/26/16 | SL | 12 | 8,115 | 1,440 | 6,676 |
| FEED FILL SYSTEM, MODEL 75, CHORE-TIME FLEX-AUGER, W/ SUSPEN | 9/26/16 | SL | 12 | 2,270 | 403 | 1,867 |
| FOGGER SYSTEM W/ SUSPENSION, HOUSE #2 | 9/26/16 | SL | 12 | 1,151 | 204 | 947 |
| CONTROLLER, CHORE-TRONICS MOD. 24, CHORE-TIME, HOUSE #2 | 9/26/16 | SL | 12 | 3,859 | 685 | 3,175 |
| CONTROLLER, ELECTRONIC DIMMER, 7200W MR3, HOUSE #2 | 9/26/16 | SL | 12 | 3,859 | 685 | 3,175 |
| GENERATOR, 16KW, 24OV 1PH992CC, AIR COOLED LP, HOUSE #2 | 9/26/16 | SL | 12 | 5,348 | 949 | 4,399 |
| PUMP, 2" TRASH, MQ# QP2TH, EXPECTED LIFE 5YRS | 8/16/16 | SL | 12 | 1,824 | 341 | 1,483 |
| H2 FEEDER W/CHUTE, STARTER, FEEDER FOR BROOD | 9/9/16 | SL | 12 | 2,025 | 367 | 1,658 |
| H2 FEEDER W/CHUTE, STARTER, FEEDER FOR BROOD | 9/9/16 | SL | 12 | 2,025 | 367 | 1,658 |
| PUMP, BOOSTER, 2 1/2 HP 3 PHASE STA-RITE | 9/30/16 | SL | 12 | 1,004 | 177 | 827 |
| COMPRESSOR, WHITEWATER AIR RITE MODEL D610HP | 10/4/16 | SL | 12 | 1,824 | 320 | 1,504 |
| COMPRESSOR, AIR, PORTABLE 5.5HP | 10/20/16 | SL | 12 | 1,044 | 179 | 864 |
| INCUBATOR, VWR 1556 10.8 CFT 120V | 7/22/16 | SL | 12 | 5,483 | 1,055 | 4,428 |
| PUMP, VACUUM, VG-4A-M VOONER LIQUID RING SEAL | 8/16/16 | SL | 12 | 8,108 | 1,514 | 6,594 |
| SAW, 8 IN, 332T-115V, HTM115 | 8/24/16 | SL | 12 | 1,606 | 297 | 1,309 |
| EOD DOCK LEVELER, RECEIVING DOCK #1 | 9/21/16 | SL | 12 | 2,200 | 393 | 1,807 |
| LIGHTNIN MIXER X5P33, SN: 1000003149853, FOR BAGGING STIR BASTI | 9/12/16 | SL | 12 | 3,385 | 611 | 2,774 |
| REACO PALLET JACK CHARGER 24V POWERHOUSE MOTIVE | 8/19/16 | SL | 12 | 2,282 | 425 | 1,858 |
| REACO PALLET JACK CHARGER 24V POWERHOUSE MOTIVE | 9/13/16 | SL | 12 | 2,282 | 412 | 1,871 |
| BATTERY, FORKLIFT, REACO 36V 2900 LBS, FOR RAYMOND LIFTS, ELE | 9/14/16 | SL | 12 | 6,298 | 1,134 | 5,163 |
| SCUBA UNIT, COMPLETE UNIT COUGAR, W/30MIN ALUM TANK | 9/9/16 | SL | 12 | 1,293 | 234 | 1,059 |
| SCUBA UNIT, COMPLETE UNIT COUGAR, W/30MIN ALUM TANK | 9/15/16 | SL | 12 | 1,293 | 233 | 1,061 |
| SCUBA UNIT, COMPLETE UNIT COUGAR, W/30MIN ALUM TANK | 9/15/16 | SL | 12 | 1,293 | 233 | 1,061 |
| BATTERY, FORKLIFT, REACO 36V 2900 LBS, FOR RAYMOND LIFTS, ELE | 10/4/16 | SL | 12 | 6,298 | 1,106 | 5,192 |
| MOTOR, COMPRESSOR #3, TECO-WESTINGHOUSE, 250 HP, SHORT SH | 10/12/16 | SL | 12 | 18,601 | 3,232 | 15,369 |
| SOFT START SYSTEM, 361 AMPS 120V COIL 3PH | 10/12/16 | SL | 12 | 3,314 | 576 | 2,738 |
| MOTOR, GRUNDFOS 40HP, FOR GRUNDFOS HIGH PRESSURE PUMP | 10/10/16 | SL | 12 | 6,663 | 1,161 | 5,502 |
| S/S DUCTWORK FOR OVEN EXHAUSTS | 10/7/16 | SL | 12 | 3,728 | 652 | 3,076 |
| SCREENED S/S TABLE FOR SLICE LINE | 10/14/16 | SL | 12 | 1,659 | 287 | 1,371 |
| BIN DIVIDER ON AMFEC HOPPER | 10/18/16 | SL | 12 | 2,372 | 412 | 1,960 |
| S/S PAN WITH FRAME FOR PICKING ROOM | 10/18/16 | SL | 12 | 1,894 | 326 | 1,567 |

**Zacky & Sons Poultry, LLC**
**Case #2:18-bk-23361-RK**
**Fixed Asset List - Other Equipment**

| DESCRIPTION | ACQ | DM | LF | BEGBASIS | Accum Dep | NBV |
|---|---|---|---|---|---|---|
| PUMP, BOOSTER, 7.5HP W/MOTOR | 10/31/16 | SL | 12 | 1,938 | 328 | 1,609 |
| GLUE UNIT, PRO BLUE 10 HOT MELT FOR BOXES @ BAGGING DEPT SN | 10/10/16 | SL | 12 | 4,865 | 847 | 4,017 |
| FAN, EXHAUST 36" UPBLAST VENTILATORS (2) FOR PICKING ROOM MD | 11/8/16 | SL | 12 | 12,114 | 2,030 | 10,084 |
| PUMP, WAUKESHA 2085, FOR RECIRC CHILLERS SN:1000002461408 | 9/20/16 | SL | 12 | 3,697 | 661 | 3,036 |
| GLUE GUN, H206-T, 1.3" CTR, 3+3AIR, 230V | 10/13/16 | SL | 12 | 2,166 | 376 | 1,791 |
| Heaters (66) Oval 80 (22 per house) & Piping - (3) NEW BROOD HOUSES | 9/1/16 | SL | 12 | 74,421 | 13,627 | 60,794 |
| TABLE, WEBER SLICING , FOR LINE 6 | 1/1/17 | SL | 12 | 3,026 | 470 | 2,556 |
| SCUBA UNIT, COMPLETE UNIT COUGAR, W/30MIN ALUM TANK | 12/27/16 | SL | 12 | 1,293 | 202 | 1,091 |
| TABLE, S.S., STUNT W/ UHMW SIDE BRACKETS (POST STUNNER #2, FC | 12/2/16 | SL | 12 | 2,629 | 426 | 2,203 |
| DRIP PAN, S.S., FOR VACUUM TUBE (OVER FMI MACHINE) | 12/7/16 | SL | 12 | 1,850 | 298 | 1,552 |
| BATTERY, FORKLIFT, REACO 36V, FOR RAYMOND LIFTS, ELECTRIC ST | 12/14/16 | SL | 12 | 6,298 | 1,004 | 5,294 |
| G & H PARTITIONS | 12/14/16 | SL | 12 | 1,747 | 278 | 1,469 |
| MODIFY HOPPER FOR AMFEC 210 | 12/23/16 | SL | 12 | 6,273 | 987 | 5,286 |
| MAJOR REPAIR FA#80048 | 12/16/16 | SL | 12 | 1,041 | 165 | 875 |
| CURTAINS & POULTRY NETTING, POTTER GROW | 3/15/17 | SL | 12 | 43,462 | 6,023 | 37,439 |
| MULTIVAC R530 RETOOLING LINE 10 TO 3 | 12/1/16 | SL | 12 | 28,239 | 4,584 | 23,655 |
| MULTIVAC R230 PANEL SCREEN UPGRADE | 4/1/15 | SL | 12 | 12,276 | 3,702 | 8,574 |
| PUMP, 10+ SIDE AMMONIA, TEIKOKU R-12, SEALLESS CANNED MOTOR | 2/2/16 | SL | 12 | 38,397 | 8,889 | 29,507 |
| CHECKWEIGHER W/ RECHARGEABLE BATTERY PACK (HC-061) FS-I SC | 11/1/16 | SL | 12 | 1,210 | 205 | 1,005 |
| EXHAUST FAN, STEAM WITH SHAFT & BEARINGS, CONTINUOUS OVEN | 12/15/16 | SL | 12 | 6,780 | 1,079 | 5,701 |
| BATTERY, FORKLIFT, REACO 24V, M:12-85A-13 TRY, S:R78102 | 1/13/17 | SL | 12 | 2,920 | 445 | 2,474 |
| SMOCK RACK, ALLERGEN S.S., PACKOUT, SLICE LINE | 1/5/17 | SL | 12 | 2,713 | 419 | 2,295 |
| SMOCK RACK, ALLERGEN S.S., PACKOUT, SLICE LINE | 1/5/17 | SL | 12 | 2,713 | 419 | 2,295 |
| BATTERY, FORKLIFT, REACO 24V, WASB175 CNNCTR, M:12-85-13 TRY( | 1/9/17 | SL | 12 | 2,920 | 448 | 2,472 |
| BATTERY, FORKLIFT, REACO 24V, WASB175 CNNCTR, M:12-85-13 TRY( | 1/9/17 | SL | 12 | 2,920 | 448 | 2,472 |
| BATTERY, FORKLIFT, 12x125x13 STB, 30.5"x13"x50" POSITION B, 24V W/ | 2/1/17 | SL | 12 | 3,424 | 507 | 2,916 |
| AIRSHIRZ, STANDARD XL, COMPLETE UNIT FOR PRODUCTION | 1/26/17 | SL | 12 | 2,516 | 376 | 2,140 |
| MAJOR REPAIR FA#68750 WAUKESHA 134 UI PUMP REBUILD | 2/1/17 | SL | 12 | 8,487 | 1,258 | 7,230 |
| V-EDGE DUMP BUGGY, STAINLESS W/ WHEELS, 400 LBS, FOR PACKOU | 1/25/17 | SL | 12 | 1,395 | 209 | 1,186 |
| MOTOR, BALDOR J1210B, CHILLER BLOWER MOTOR | 2/3/17 | SL | 12 | 3,162 | 467 | 2,695 |
| HOPPER, BUMP RELEASE, 1 1/2 YARD | 1/26/17 | SL | 12 | 1,269 | 190 | 1,079 |
| PALLET JACK, SCISSOR LIFT, 27 X 45, 2200 LB CAP M:1785 | 2/8/17 | SL | 12 | 1,023 | 150 | 873 |
| CURTAINS, 84" POLY 2000FT DOUBLE HEM M:A-03-0050 | 2/1/17 | SL | 12 | 2,500 | 362 | 2,138 |
| PUMP, COMPRESSOR, WHITEWATER AIR RITE HIGH PRESSURE, PUMP | 3/1/17 | SL | 12 | 1,741 | 247 | 1,494 |
| PUMP, COMPRESSOR, WHITEWATER AIR RITE HIGH PRESSURE, PUMP | 3/1/17 | SL | 12 | 1,741 | 247 | 1,494 |
| WATER MONITOR, SENTINEL CELLULAR REMOTE MONITOR, FOR PACK | 2/15/17 | SL | 12 | 2,454 | 356 | 2,098 |
| PALLET JACK,USED TOYOTA, 2013 ELECTRIC STAND-UP, 6000 LB CAP, | 3/9/17 | SL | 12 | 6,473 | 906 | 5,567 |
| PUMP, BOOSTER PEERLESS M:C815A, 20HP MOTOR 230/460 VOLT 3 PH | 3/27/17 | SL | 12 | 2,468 | 335 | 2,133 |
| CART, FEED TRANSFER, FOR NORTHERN CHICKEN RANCHES | 4/21/17 | SL | 12 | 1,500 | 195 | 1,305 |
| GENERATOR, PORTABLE, 7500 WATTS, FOR BROOD #4 M:24W827 | 1/23/17 | SL | 12 | 1,694 | 255 | 1,440 |
| GENERATOR, PORTABLE, 7500 WATTS, FOR ELEC STOVES IN BROODE | 1/23/17 | SL | 12 | 1,694 | 255 | 1,440 |
| SANITATION HEAT EXCHANGER UBEND S:LEA31-PN9320E | 5/20/17 | SL | 12 | 14,712 | 1,817 | 12,895 |
| Ziggity Watering System - (3) NEW BROOD HOUSES | 9/1/16 | SL | 12 | 63,765 | 11,676 | 52,089 |
| H2 Pan Feeder Lines - (3) NEW BROOD HOUSES | 9/1/16 | SL | 12 | 61,683 | 11,295 | 50,389 |
| Fans (24) 8 per house, 366DD Gaiv. Hyflo .5H) - (3) NEW BROOD HOUSES | 9/1/16 | SL | 12 | 42,335 | 7,752 | 34,583 |
| Curtains - (3) NEW BROOD HOUSES | 9/1/16 | SL | 12 | 34,956 | 6,401 | 28,556 |
| Feed Fill System (Model 75x70' Tandem Flex Auger Fill System) - (3) NEW BF | 9/1/16 | SL | 12 | 25,242 | 4,622 | 20,620 |
| Fogger System w/ Booster Pump (1.5HP, 1PH, 25GP)- (3) NEW BROOD HOU | 9/1/16 | SL | 12 | 14,182 | 2,597 | 11,585 |
| Controller: Chore-Tronics MOD.24 - (3) NEW BROOD HOUSES | 9/1/16 | SL | 12 | 19,377 | 3,548 | 15,829 |
| Generator, 16kw Electrical Generator - (3) NEW BROOD HOUSES | 9/1/16 | SL | 12 | 12,136 | 2,222 | 9,914 |
| Grain Silo (15.4 Ton w/Ladder) - (3) NEW BROOD HOUSES | 9/1/16 | SL | 12 | 27,680 | 5,068 | 22,612 |
| 6,000 Gal Propane Tank - (3) NEW BROOD HOUSES | 9/1/16 | SL | 12 | 75,435 | 13,813 | 61,623 |
| MAJOR REPAIR FA#80055, COMPRESSOR REBUILD | 4/14/17 | SL | 12 | 4,708 | 620 | 4,088 |
| BUMP RELEASE HOPPER 1 - 1.5 YD | 4/28/17 | SL | 12 | 1,269 | 163 | 1,106 |
| TABLE, WEBER SLICING TABLE FOR LINE 6 | 5/19/17 | SL | 12 | 4,053 | 501 | 3,551 |
| CART, SS H/D 2 SHELF UTILITY CART, 42Lx25w, 1200LB CAP, FOR SLICII | 5/26/17 | SL | 12 | 1,049 | 128 | 921 |

**Zacky & Sons Poultry, LLC**
**Case #2:18-bk-23361-RK**
**Fixed Asset List - Other Equipment**

| DESCRIPTION | ACQ | DM | LF | BEGBASIS | Accum Dep | NBV |
|---|---|---|---|---|---|---|
| PUMP, VERTICAL INLINE PATTERSON HVAC PUMP, FOR CITY BOOSTER | 6/19/17 | SL | 12 | 3,683 | 430 | 3,253 |
| PRINTER, THERMAL, SHARED BTWN 04/70 & 05/70 (FA#69519 & 69519-1 | 7/12/17 | SL | 12 | 821 | 92 | 730 |
| PRINTER, THERMAL, SHARED BTWN 04/70 & 05/70 (FA#69519 & 69519-1 | 7/12/17 | SL | 12 | 821 | 92 | 730 |
| PRESSURE WASHER, BE ELECTRIC, B3010E3C, 3000 PSI,FOR RACK W/ | 7/14/17 | SL | 12 | 1,481 | 164 | 1,317 |
| PUMP, VACUUM, GVS 300, FRG002149, 3PH 230/460V 50/60H | 7/7/17 | SL | 12 | 10,679 | 1,202 | 9,477 |
| PUMP, VACUUM, GVS 300, FRG002150, 3PH 230/460V 50/60H | 7/7/17 | SL | 12 | 10,679 | 1,202 | 9,477 |
| GENERATOR, PORTABLE, 9375 WATTS, 420CC | 8/10/17 | SL | 12 | 1,771 | 186 | 1,586 |
| PUMP, BOOSTER GOULDS, M: 3410 S:Q228C542, 2X3-11, BRONZE FITTE | 7/29/17 | SL | 12 | 9,359 | 1,006 | 8,353 |
| FRICK AMMONIA COIL M: AGHN 090.2H/28-H2L/10P.M S: 300/775929.001 | 8/18/17 | SL | 12 | 38,867 | 4,002 | 34,865 |
| WASTEWATER SAMPLER HEAD, HACH AS950 | 8/25/17 | SL | 12 | 4,070 | 413 | 3,657 |
| MOTOR, SWECO, 2.5 HP 460V 60/3/1200 HOSTILE DUTY | 9/20/17 | SL | 12 | 3,545 | 338 | 3,207 |
| CHICKMASTER COLOR TOUCH SCREEN, 641D-02-4935, GEN IV, 2 PORT | 9/12/17 | SL | 12 | 1,110 | 108 | 1,002 |
| CHICKMASTER COLOR TOUCH SCREEN, 641D-02-4935, GEN IV, 2 PORT | 9/14/17 | SL | 12 | 1,110 | 107 | 1,003 |
| MAJOR REPAIR FA#68408, NEW MOTOR, RAM 500 HP 3570 RPM RS-M90 | 10/2/17 | SL | 12 | 18,369 | 1,703 | 16,666 |
| BATTERY, FORKLIFT, GNB 24V, M:M1501208513A, SN:GHW2835, BAGGI | 10/9/17 | SL | 12 | 3,062 | 279 | 2,783 |
| BATTERY, FORKLIFT, GNB 24V, M:M1501208513A, SN:GHW2838, BAGGI | 10/19/17 | SL | 12 | 3,062 | 272 | 2,790 |
| MAJOR REPAIR FA#68222, (2) 2-1/2" KUNKLE 6252FLJ01-AS BOILER REL | 10/7/17 | SL | 12 | 2,179 | 200 | 1,980 |
| MAJOR REPAIR FA#68222, (2) 2-1/2" KUNKLE 6252FLJ01-AS BOILER REL | 10/7/17 | SL | 12 | 2,338 | 214 | 2,124 |
| MAJOR REPAIR FA#67283 FEED AUGER EQ#8366 | 5/9/17 | SL | 12 | 1,837 | 231 | 1,605 |
| REBUILD FA#80053 COMPRESSOR #4 | 11/29/17 | SL | 12 | 7,068 | 562 | 6,506 |
| MAJOR REPAIR FA#80045 COMPRESSOR #3 | 11/29/17 | SL | 12 | 4,878 | 388 | 4,491 |
| BUCHI ROTOVAPOR R-100 | 11/7/17 | SL | 12 | 4,743 | 401 | 4,342 |
| HATCHER ROOM REPAIRS - EXHAUST SYSTM & DOWN CATCH DUCT | 5/18/17 | SL | 12 | 5,409 | 671 | 4,739 |
| CURTAIN SYSTEM UPGRADE | 4/24/17 | SL | 12 | 4,974 | 644 | 4,330 |
| TANK, 2000 GAL VERTICAL WATER | 11/15/17 | SL | 12 | 1,318 | 109 | 1,209 |
| HEATERS FOR GROWOUT BARNS #9, #14 | 12/5/17 | SL | 12 | 1,595 | 125 | 1,470 |
| WATER SOFTENER SYSTEM, 9100 SXT 90 COMPLETE TWIN ALT. | 1/11/18 | SL | 12 | 3,698 | 258 | 3,441 |
| FA#69474 EXTEND EXISTING BELT CONVEYOR, LINE 10, BY 24" | 1/19/18 | SL | 12 | 2,570 | 174 | 2,396 |
| PUMP, 630 VACUUM, 25HP TEFC MOTOR & 3" VACUUM CANISTER | 1/16/18 | SL | 12 | 23,087 | 1,581 | 21,506 |
| AIRSHIRZ, STANDARD XL, COMPLETE UNIT FOR PRODUCTION | 1/10/18 | SL | 12 | 2,626 | 183 | 2,443 |
| SPRAY STATION, FOAM, 20 GAL, PORTABLE, USED TO CLEAN WALLS | 1/5/18 | SL | 12 | 1,037 | 74 | 963 |
| MAJOR REPAIRS FA#8707 | 1/25/18 | SL | 12 | 13,661 | 908 | 12,753 |
| FEED SYSTEM MODIFICATION, SPLIT HOUSE 1 MIDDLE | 5/4/17 | SL | 12 | 3,609 | 459 | 3,150 |
| UPDATE FEED SYSTEM - (HSE 16 & 36) CUMBERLAND | 5/4/17 | SL | 12 | 7,813 | 994 | 6,820 |
| UPDATE FEED SYSTEM - CUMBERLAND | 5/4/17 | SL | 12 | 2,916 | 371 | 2,545 |
| COMPRESSOR, WHITEWATER AIR RITE | 12/4/17 | SL | 12 | 1,741 | 136 | 1,604 |
| COMPRESSOR, WHITEWATER AIR RITE | 12/4/17 | SL | 12 | 1,741 | 136 | 1,604 |
| LABMASTER-AW STANDARD-LAB WATER ACTIVITY METER | 3/8/17 | SL | 12 | 13,485 | 1,890 | 11,595 |
| MAJOR RPR FA#8200, NEW BLADE, MISKIN SCRAPPER | 1/30/18 | SL | 12 | 2,911 | 190 | 2,721 |
| FORKLIFTS (2), HD SELF DUMPER, WRIGHT 30099, FOR WASTEWATER, | 2/2/18 | SL | 12 | 3,852 | 249 | 3,603 |
| BATTERY, FORKLIFT 24V REACO, TRAY 090, M:12-85-13, SN:R85499 | 3/7/18 | SL | 12 | 3,293 | 188 | 3,105 |
| RANGE PENS | 6/15/17 | SL | 12 | 3,286 | 386 | 2,899 |
| RANGE PENS | 1/29/17 | SL | 12 | 55,198 | 8,217 | 46,981 |
| BRAWLEY HOUSE#5 CONVERSION TO BROOD | 7/30/17 | SL | 12 | 10,862 | 1,166 | 9,696 |
| STOVES (60) BROODING STOVES | 11/15/17 | SL | 12 | 11,973 | 990 | 10,984 |
| RANGE PENS, ALL BROOD & GROWOUT BARNS | 3/15/17 | SL | 12 | 61,940 | 8,584 | 53,356 |
| RANGE PENS | 2/1/17 | SL | 12 | 16,594 | 2,459 | 14,135 |
| PUMP END & MOTOR, 25 HP FRANKLIN SUBMERSIBLE, EAST WELL | 8/15/17 | SL | 12 | 11,688 | 1,211 | 10,476 |
| CURTAIN UPGRADES, HOUSE #5 TO #11 | 1/30/17 | SL | 12 | 24,390 | 3,625 | 20,765 |
| CURTAIN UPGRADES, HOUSE #10 TO #14 | 12/30/16 | SL | 12 | 57,916 | 9,018 | 48,898 |
| VAPORIZER RH120 & COMPLETE HEADER, PROPANE | 12/15/17 | SL | 12 | 11,074 | 839 | 10,234 |
| GENERATOR, PORTABLE, 9375 W, 420CC 7500W 120/240 VAC BRIGGS & | 6/22/18 | SL | 12 | 1,607 | 52 | 1,554 |
| GENERATOR, PORTABLE, 9375 W, 420CC 7500W 120/240 VAC BRIGGS & | 6/22/18 | SL | 12 | 1,607 | 52 | 1,554 |
| PRINTER, SATOLABEL FOR LABEL ROOM | 3/19/18 | SL | 12 | 1,534 | 83 | 1,451 |
| PUMP , WB 5.4 HP VACUUM PUMP BOOSTER FOR LINE 9 | 6/28/18 | SL | 12 | 13,536 | 423 | 13,112 |
| BATTERY, FORKLIFT 24 V REACO M:12-85A-13 JK42 | 6/29/18 | SL | 12 | 3,293 | 102 | 3,191 |

**Zacky & Sons Poultry, LLC**
**Case #2:18-bk-23361-RK**
**Fixed Asset List - Other Equipment**

| DESCRIPTION | ACQ | DM | LF | BEGBASIS | Accum Dep | NBV |
|---|---|---|---|---|---|---|
| PUMP, DIAPHRAGM, REGULATOR HYPRO GH50 HYPRO DBA 160 | 7/5/18 | SL | 12 | 2,635 | 78 | 2,557 |
| PUMP, STATOR, MOYNO, F5111E, 1FF10H | 6/29/18 | SL | 12 | 3,571 | 111 | 3,460 |
| PUMP, DIAPHRAGM, REGULATOR HYPRO GH50 HYPRO DBA 200 SPLIT BETWI | 7/24/18 | SL | 12 | 1,463 | 37 | 1,426 |
| PUMP, DIAPHRAGM, REGULATOR HYPRO GH50 HYPRO DBA 200 SPLIT BETWI | 7/24/18 | SL | 12 | 1,463 | 37 | 1,426 |
| GENORATORS (3) PORTABLE BRIGGD & STRATTON 7500W 2100SERIES | 7/28/18 | SL | 12 | 1,443 | 35 | 1,407 |
| GENORATORS (3) PORTABLE BRIGGD & STRATTON 7500W 2100SERIES | 7/28/18 | SL | 12 | 1,443 | 35 | 1,407 |
| GENORATORS (3) PORTABLE BRIGGD & STRATTON 7500W 2100SERIES | 7/28/18 | SL | 12 | 1,443 | 35 | 1,407 |
| EYE STATION BRADLEY, DRENCH SHOWER W/ EYE WASH S19-360DC | 8/6/18 | SL | 12 | 2,068 | 46 | 2,022 |
| | | | | 14,384,894 | 6,112,195 | 8,272,699 |

| Debtor | **Zacky & Sons Poultry, LLC** | Case number *(If known)* | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **2020 S. East Aveue, Fresno, CA**<br>**Property Name: Fresno Office**<br>**Property Description: Office**<br>**Approx. Acerage: 9.57**<br>**Approx. SF of Buildings on Site: 12,000**<br><br>**Great Rock has a first priority deed of trust lien on all owned real property listed in Schedule A, other than the real property located at 190 N. Throne and 18804 S.Camden Ave.**<br><br>**GemCap has a second priority deed of trust lien on all owned real property listed in Schedule A, other than the real property located at 190 N. Throne and 18804 S.Camden Ave.** | **Fee simple** | **Unknown** | **Liquidation** | **$1,420,000.00** |
| 55.2. **2222 & 2240 S. East Avenue, Fresno, CA**<br>**Property Name: East Plant**<br>**Property Description: Processing Plant**<br>**Approx. Acerage: 4.98**<br>**Approx. SF of Buildings on Site: 51,045** | **Fee simple** | **Unknown** | **Liquidation** | **$1,526,000.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **Zacky & Sons Poultry, LLC**
_____    Case number *(If known)*  **2:18-bk-23361-RK**
Name

| 55.3. | **2950 E. California Avenue, Fresno, CA Property Name: Empire Property Description: Processing Plant Approx. Acerage: 11.53 Approx. SF of Buildings on Site: 164,198** | Fee simple | Unknown | Liquidation | $4,900,000.00 |
|---|---|---|---|---|---|
| 55.4. | **2272 S. East Avenue, Fresno, CA Property Name: Florence Property Description: Dry Goods Warehouse Approx. Acerage: 2.97 Approx. SF of Buildings on Site: 30,000** | Fee simple | Unknown | Liquidation | $1,600,000.00 |
| 55.5. | **1111 Navy Drive, Stockton, CA Property Name: Stockton Property Description: Cook Plant Approx. Acerage: 15.17 Approx. SF of Buildings on Site: 103,988** | Fee simple | Unknown | Liquidation | $3,920,000.00 |
| 55.6. | **43501 6th Avenue, Corcoran, CA Property Name: 6th Avenue Property Description: Brood/ Red/Grow Ranch Approx. Acerage: 400 Approx. SF of Buildings on Site: 966,800** | Fee simple | Unknown | Liquidation | $5,040,000.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

| Debtor | **Zacky & Sons Poultry, LLC** | | Case number *(If known)* **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

| | | | | | |
|---|---|---|---|---|---|
| 55.7. | **19010 & 19012 S. Brawley , Fresno, CA** **Property Name: Brawley** **Property Description: Brood/Grow Ranch** **Approx. Acerage: 80** **Approx. SF of Buildings on Site: 231,052** | Fee simple | Unknown | Liquidation | $1,800,000.00 |
| 55.8. | **590 W. Kamm Avenue, Caruthers, CA** **Property Name: Experimental** **Property Description: Brood/Grow Ranch** **Approx. Acerage: 20** **Approx. SF of Buildings on Site: 104,190** | Fee simple | Unknown | Liquidation | $1,890,000.00 |
| 55.9. | **16395 & 16485 19th Avenue, Lemoore, CA** **Property Name: Holm/Holm** **Property Description: Brood/Grow Ranch** **Approx. Acerage: 40** **Approx. SF of Buildings on Site: 104,388** | Fee simple | Unknown | Liquidation | $870,000.00 |
| 55.10 . | **17432 & 17388 18th Avenue, Lemoore, CA** **Property Name: Holm/18th Avenue** **Property Description: Grow Ranch** **Approx. Acerage: 78.79** **Approx. SF of Buildings on Site: 261,334** | Fee simple | Unknown | Liquidation | $1,710,000.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Zacky & Sons Poultry, LLC** | | Case number *(If known)* **2:18-bk-23361-RK** |
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 55.11· | **19744 Kent Avenue, Lemoore, CA** **Property Name: Holm/Kent** **Property Description: Grow Ranch** **Approx. Acerage: 77.19** **Approx. SF of Buildings on Site: 261,334** | Fee simple | Unknown | Liquidation | $1,830,000.00 |
| 55.12· | **8351 McMullin Grade, Fresno, CA** **Property Name: G&H** **Property Description: Brood/Grow Ranch** **Approx. Acerage: 80** **Approx. SF of Buildings on Site: 478,712** | Fee simple | Unknown | Liquidation | $2,630,000.00 |
| 55.13· | **1486 S. Industrial Way, Kerman, CA** **Property Name: Kerman** **Property Description: Hatchery** **Approx. Acerage: 4** **Approx. SF of Buildings on Site: 26,921** | Fee simple | Unknown | Liquidation | $1,670,000.00 |
| 55.14· | **190 N. Thorne, Fresno, CA** **Property Name: Thorne Garage** **Property Description: Maintinance Shop** **Approx. Acerage: 3.39** **Approx. SF of Buildings on Site: 15,537** | Fee simple | Unknown | Liquidation | $200,000.00 |
| 55.15· | **18804 S. Camden Ave, Laton, CA** **Property Name: Litter Yard** **Property Description: Open Land** **Approx. Acerage: 22.56** **Approx. SF of Buildings on Site: N/A** | Fee simple | Unknown | Liquidation | $200,000.00 |

| Debtor | **Zacky & Sons Poultry, LLC** | | Case number *(If known)* **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 55.16 · | **20115 Del Oro Road, Apple Valley, CA** **Name: Del Oro Ranch** **Approx. SF of Buildings on Site: 152,341** | **Leasehold** | **$0.00** | **$0.00** |
| 55.17 · | **7915 Deep Creek Road, Apple Valley, CA** **Name: Deep Creek Ranch** **Approx. SF of Buildings on Site: 92,393** | **Leasehold** | **$0.00** | **$0.00** |
| 55.18 · | **18606 Lords Road, Helendale, CA** **Name: Helendale Ranch** **Approx. SF of Buildings on Site: 110,982** | **Leasehold** | **$0.00** | **$0.00** |
| 55.19 · | **9507 Niles Ave. , Corcoran, CA** **Name: Samual Brood** **Approx. SF of Buildings on Site: 105,638** | **Leasehold** | **$0.00** | **$0.00** |

| Debtor | **Zacky & Sons Poultry, LLC** | | Case number *(If known)* | **2:18-bk-23361-RK** |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 55.20. | **Single Lease of:**<br>**(1) 8479 South Madera Avenue Fresno, CA**<br>**Name: Huntsman Ranch**<br>**Approx. SF of Buildings on Site: 279,220**<br><br>**(2) 5556 S. Placer Ave., San Juaquin, CA**<br>**Name: Placer Ranch**<br>**Approx. SF of Buildings on Site: 261,092**<br><br>**(3) 5546 S. Placer Ave., San Juaquin, CA**<br>**Name: American Brood Ranch**<br>**Approx. SF of Buildings on Site: 103,950**<br><br>**(4) 20739 W. American Ave., Kerman, CA**<br>**Name: American Grow Ranch**<br>**Approx. SF of Buildings on Site: 261,092** | Leasehold | $0.00 | $0.00 |
| 55.21. | **5606 E. Davis Ave., Laton, CA**<br>**Name: Sunbird Ranch**<br>**Approx. SF of Buildings on Site: 222,800** | Leasehold | $0.00 | $0.00 |
| 55.22. | **25765 W. Whitebridge Rd., Mendota, CA**<br>**Name: Kerman/Whitesbridge Ranch**<br>**Approx. SF of Buildings on Site: 478,712** | Leasehold | $0.00 | $0.00 |
| 55.23. | **15956 S. East Ave., Caruthers, CA**<br>**Name: Potter Ranch**<br>**Approx. SF of Buildings on Site: 111,340** | | $0.00 | $0.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Zacky & Sons Poultry, LLC** | | Case number *(If known)* **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

| | | | | | |
|---|---|---|---|---|---|
| 55.24. | **13200 Crossroads Parkway North, City of Industry, CA Name: Crossroads Office Approx. SF of Buildings on Site: 3,395** | Leasehold | $0.00 | | $0.00 |
| 55.25. | **11005 Nevada Ave., Hanford, CA Name: Crossroads Office Approx. SF of Buildings on Site: 312,812** | Leasehold | $0.00 | | $0.00 |

| | | |
|---|---|---|
| 56. | **Total of Part 9.** | **$31,206,000.00** |
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
■ Yes

**Part 10:**  **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| | | | |

60. **Patents, copyrights, trademarks, and trade secrets**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Zacky & Sons Poultry, LLC** | Case number *(if known)* | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

**US Trademark Registrations, Reg. No., Reg. Date. Expiration Date:**

**Zacky Farms, 2781924, 11/11/03, 11/11/23**
**Zacky Farms (Stylized), 1351943, 7/30/85, N/A**
**THE CALIFORNIAN, 4045537, 10/25/11, 10/25/21**
**Tender Gold, 4031760, 9/27/11, 9/27/21**
**International Poultry, 4406003, 9/24/13, 9/24/23**
**Samuel's Ranch, 4406006, 9/24/13, 9/24/23**
**LillianZ Ranch, 4931634, 4/5/16, 4/5/26**
**The Westerner, 86673467, 11/10/15, 11/10/25**


**California Registrations, Reg. No., Reg. Date. Expiration Date:**

**Quick'n Lean, 106948, 1/5/01, N/A**
**Tender Gold, 105299, 7/22/99, N/A**
**Poppy, 105301, 7/22/99, N/A**
**Soup'R Chicken, 105298, 7/22/99, N/A**
**Culinary Classics, 105297, 7/22/99, N/A**
**International Poultry, 105296, 7/22/99, N/A**
**Zacky Farms, 75993, 2/19/1985, N/A**


**Domain Names:**

**www.zacky.com**
**www.zackyfarms.com**


**Trade Names:**

| | | | |
|---|---|---|---|
| **Zacky**<br>**Zacky Farms** | **$110,000.00** | Liquidation | **$101,000.00** |

| 61. | **Internet domain names and websites**<br>**See Item 60** | **$0.00** | | **$0.00** |
|---|---|---|---|---|

| 62. | **Licenses, franchises, and royalties** | | | |
|---|---|---|---|---|
| 63. | **Customer lists, mailing lists, or other compilations**<br>**Customer Lists** | **Unknown** | | **Unknown** |

| 64. | **Other intangibles, or intellectual property** |
|---|---|
| 65. | **Goodwill** |

| 66. | **Total of Part 10.**<br>Add lines 60 through 65. Copy the total to line 89. | **$101,000.00** |
|---|---|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

Schedule A/B Assets - Real and Personal Property

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

| Debtor | **Zacky & Sons Poultry, LLC** | Case number *(If known)* **2:18-bk-23361-RK** |
| --- | --- | --- |
| | Name | |

■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

| **Part 11:** | **All other assets** |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
| --- | --- |
| 71.   **Notes receivable**<br>Description (include name of obligor) | |
| 72.   **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73.   **Interests in insurance policies or annuities**<br>**The Debtor has various insurance policies with no current value to the Debtor than deposits/unearned premiums.** | **$0.00** |
| 74.   **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>**The Debtor is in the process of analyzing all rights and claims it may have against any and all parties.  By not specifically identifying any such rights and claims, the Debtor is not waiving them.  All rights and claims the Debtor may have against any and all parties are expressly preserved.**<br><br>**The Debtor has no pending litigation claims.** | **Unknown** |
| Nature of claim | |
| Amount requested | **$0.00** |
| 75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76.   **Trusts, equitable or future interests in property** | |
| 77.   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78.   **Total of Part 11.** | **$0.00** |
| Add lines 71 through 77. Copy the total to line 90. | |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor    **Zacky & Sons Poultry, LLC**
Name

Case number *(If known)*    **2:18-bk-23361-RK**

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $297,442.98 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $933,727.18 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $3,867,530.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $298,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $656,199.10 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $81,166.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $2,513,023.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................................> | | $31,206,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $101,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $8,748,088.26 | + 91b. $31,206,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $39,954,088.26 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Zacky & Sons Poultry, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known)    **2:18-bk-23361-RK**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1    Associated Feed & Supply**
Creditor's Name

P.O. BOX 2367
Turlock, CA 95381
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Proceeds from the sale of eggs, poultry, or other products derived from eggs and poultry.

**Describe the lien**
Agricultural
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$189,458.81**    **Unknown**

**2.2    GemCap Lending I, LLC**
Creditor's Name

co Todd Lander/Freeman, Freeman et
1888 Century Park East, Suite 1900
Los Angeles, CA 90067
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
2018
**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
GC has (1) a 1st priority lien on substantially all of the Debtor's personal property and (2) a 2nd priority deed of trust lien on all owned real property listed in Sched A, with exceptions noted therein.

**Describe the lien**
First Priority Lien on Substantially All Pers. Prop. /Second Deed of Trust on RP
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**$15,900,000.00**    **$39,929,088.26**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Zacky & Sons Poultry, LLC** | | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|---|
| | Name | | | |

---

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check that all apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | |
|---|---|---|---|
| **2.3** | **Great Rock Cap. Partners Mgmt, LLC** | **$28,200,000.00** | **$39,929,088.26** |

Creditor's Name

**co Paul Hastings LLP/Leslie Plaskon 200 Park Avenue New York, NY 10166**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
May 2018**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**

**GR has a (1) 1st priority deed of trust lien on all owned real property listed in Sched A, with exceptions noted therein, and (2) a 2nd priority lien on substantially all of the Debtor's personal property**

**Describe the lien**

**First Deed of Trust on RP/Second Priority Lien on Substantially All Pers. Prop.**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check that all apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | |
|---|---|---|---|
| **2.4** | **Lillian Zacky, as Tee of the Robert** | **$21,665,877.53** | **$8,723,088.26** |

Creditor's Name

**D. Zacky and Lillian D. Zacky Trust 1010 Moraga Drive Los Angeles, CA 90049**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**

**Lillian Zacky, as Tee, has a 3rd priority lien on substantially all of the Debtor's personal property**

**Describe the lien**

**UCC Financing Statement**

**Is the creditor an insider or related party?**

☐ No
■ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check that all apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | |
|---|---|---|---|
| **2.5** | **Wells Fargo** | **Unknown** | **$25,000.00** |

**Describe debtor's property that is subject to a lien**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Zacky & Sons Poultry, LLC** | | Case number (if know) | **2:18-bk-23361-RK** |
|---|---|---|---|---|
| | Name | | | |

| Creditor's Name | |
|---|---|
| **c/o JMBM / Robert B. Kaplan** | **Wells Fargo - Time Deposit - Security for Obligations to Wells Fargo - Acct# 0710** |
| **Two Embarcadero Center, 5th Fl** | |
| **San Francisco, CA 94111** | |
| Creditor's mailing address | **Describe the lien** |

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | **$65,955,336. 34**

---

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Zacky & Sons Poultry, LLC** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION |
| Case number (if known) | **2:18-bk-23361-RK** |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**ACOSTA RAMIREZ, CHRISTOPH**<br>**2011 S 4TH ST**<br>**FRESNO, CA 93702** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$402.13** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**ADAME-SALDANA, MACARIO**<br>**3885 E. ANDREWS AVE**<br>**FRESNO, CA 93726** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,589.65** | **$938.69** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Zacky & Sons Poultry, LLC** | | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,407.13 | $386.68 |
|---|---|---|---|---|

**Adan Tejeda Perez**
**9306 GRAYSON RD**
**DENAIR, CA 95316**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,668.49 | $1,405.02 |
|---|---|---|---|---|

**AGUILAR-SANCHEZ, WALTER**
**1808 S 5TH STREET**
**FRESNO, CA 93702**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,754.81 | $3,892.97 |
|---|---|---|---|---|

**AGUIRRE, NICOLAS M**
**4034 EAST GRANT**
**FRESNO, CA 93702**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $279.96 | $0.00 |
|---|---|---|---|---|

**Aldo Aceves Salamanca**
**920 S 2ND ST**
**KERMAN, CA 93630**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,066.34** | **$3.23** |
|---|---|---|---|---|

**Aldo Isal Mendoza**
**1700 DAIRY AVE #147**
**CORCORAN, CA 93212**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,588.08** | **$0.00** |
|---|---|---|---|---|

**Alejadro Maldonado Jr**
**P O BOX 74**
**SAN JOAQUIN, CA 93660**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$73.26** | **$0.00** |
|---|---|---|---|---|

**ALEJANDREZ, EMILIO**
**2038 S WILLOW AVE # 4**
**FRESNO, CA 93727**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,582.05** | **$891.30** |
|---|---|---|---|---|

**Alvarado Pedro Ramos**
**529 E. NINTH ST**
**HANFORD, CA 93230**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|---|
| | Name | | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $13,199.05 | $7,715.33 |
|---|---|---|---|---|

**ALVARADO, RAUL**
**16159 CINDY AVENUE**
**KERMAN, CA 93630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $817.34 | $130.87 |
|---|---|---|---|---|

**ALVAREZ, MARIA DELIDA**
**360 N ROOSEVELT #102**
**FRESNO, CA 93701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,828.56 | $128.67 |
|---|---|---|---|---|

**Ambrosio Castro Vielma**
**PO BOX 132**
**ALPAUGH, CA 93201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,601.82 | $76.49 |
|---|---|---|---|---|

**Angela Montes De Oca**
**2326 S HOLLY AVE**
**FRESNO, CA 93706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

| Debtor | **Zacky & Sons Poultry, LLC** | | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|---|
| | Name | | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,018.52 | $1,919.44 |
|---|---|---|---|---|
| | **AQUINO PEREZ, MARTIN**<br>**4564 N SHARON AVE #D**<br>**FRESNO, CA 93726** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,876.04 | $1,748.34 |
|---|---|---|---|---|
| | **ARIAS-CARRILLO, MISAEL W**<br>**1278 E DUFF AVE**<br>**REEDLEY, CA 93654** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,477.93 | $1,225.23 |
|---|---|---|---|---|
| | **ARIZAGA, HECTOR**<br>**725 VILLA AVE APT #143**<br>**CLOVIS, CA 93612** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $921.48 | $0.00 |
|---|---|---|---|---|
| | **ARMBRISTER, KIANA**<br>**2029 E SUSSEX WAY #214**<br>**FRESNO, CA 93726** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,328.64 | $1,843.86 |
|---|---|---|---|---|

**ARROYO, ENRIQUE SANCHEZ**
**11910 PECOS RD**
**APPLE VALLEY, CA 92308**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $728.45 | $0.00 |
|---|---|---|---|---|

**ARTEAGA, ROSEMARY**
**4524 W PALO ALTO AVE #101**
**FRESNO, CA 93722**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,843.62 | $557.89 |
|---|---|---|---|---|

**AUSBORN, MATTHEW RAY**
**268 N U ST #13**
**FRESNO, CA 93701**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $773.26 | $0.00 |
|---|---|---|---|---|

**AVALOS, CLAUDIA**
**145 E. BROWN AVE**
**FRESNO, CA 93704**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|---|
| | Name | | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,383.10 | $247.78 |
|---|---|---|---|---|

**AVALOS, JUAN**
**1502 S 4TH ST**
**FRESNO, CA 93702**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,470.08 | $2,936.16 |
|---|---|---|---|---|

**AYALA, ARMANDO GARCIA**
**2133 MARIPOSA DR**
**HUGHSON, CA 95326**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,911.21 | $330.53 |
|---|---|---|---|---|

**AYALA, JOSE L**
**3902 E NEVADA AVE**
**FRESNO, CA 93702**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,324.21 | $259.86 |
|---|---|---|---|---|

**AYALA, MARIA**
**4854 E TULARE AVE #104**
**FRESNO, CA 93727**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Zacky & Sons Poultry, LLC** | Case number *(if known)* | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,369.68** | **$5,623.13** |
|---|---|---|---|---|

**AYTO, LARRY**
**7999 DEEP CREEK ROAD**
**APPLE VALLEY, CA 92308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,631.88** | **$922.45** |
|---|---|---|---|---|

**BAKER, GERALD EDWIN**
**2533 W NIELSON**
**FRESNO, CA 93706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,145.27** | **$117.35** |
|---|---|---|---|---|

**BANUELOS, JACOB ANTHONY**
**1619 E. WEBSTER AVE**
**FRESNO, CA 93728**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.88** | **$0.00** |
|---|---|---|---|---|

**BARBOSA, JOVITA**
**1786 E GERALD AVE**
**DINUBA, CA 93618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|---|
| | Name | | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,990.30** | **$929.02** |
|---|---|---|---|---|
| | **BARBOZA, MARIA LUZ ZENDEJ**<br>**4324 E BALL AVE**<br>**FRESNO, CA 93702** | | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,269.92** | **$222.52** |
|---|---|---|---|---|
| | **BECERRIL CONTRERAS, MARIA**<br>**293 E RICHARDSON WAY**<br>**HANFORD, CA 93230** | | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$256.63** | **$39.86** |
|---|---|---|---|---|
| | **BEJARANO, LUIS MANUEL**<br>**3158 E BELMONT AVE**<br>**FRESNO, CA 93702** | | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,163.58** | **$281.86** |
|---|---|---|---|---|
| | **BENJAMIN, MIULEEN**<br>**1619 E WEBSTER AVE**<br>**FRESNO, CA 93728** | | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **Zacky & Sons Poultry, LLC** | | Case number *(if known)* | **2:18-bk-23361-RK** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| | | | |
| --- | --- | --- | --- |
| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$386.74** | **$0.00** |

**BLAZA, MAGDALENA**
**41121 CENTRAL DRIVE**
**OROSI, CA 93647**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,005.53** | **$0.00** |

**BONNER, SHARETHA MASAKO**
**4848 N GLENN AVE APT D**
**FRESNO, CA 93704**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,923.06** | **$1,170.78** |

**BORBA, KIRK A**
**19431 E ADAMS AVE**
**REEDLEY, CA 93654**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,904.42** | **$867.49** |

**BOWERS, JERMAINE DUANE**
**6 PICO AVE APT D**
**CLOVIS, CA 93612**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,964.20 | $0.00 |
|---|---|---|---|---|

**BRIGGS, RICHARD J**
**597 W SCOTT AVE**
**CLOVIS, CA 93612**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,531.86 | $907.01 |
|---|---|---|---|---|

**BROCK, JAYMIE**
**2503 MINNEWAWA AVE**
**CLOVIS, CA 93612**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,679.95 | $2,000.02 |
|---|---|---|---|---|

**BUGARINI, JOSE MANUEL**
**5063 E WEATHERMAKER**
**FRESNO, CA 93727**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,115.04 | $0.00 |
|---|---|---|---|---|

**BURNHAM, STEVE**
**38 Siena**
**Laguna Niguel, CA 92677**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|---|
| | Name | | | |

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,057.86** | **$247.05** |
|---|---|---|---|---|
| | **BUSTAMANTE, ANGEL**<br>**3202 E BUTLER AVE**<br>**FRESNO, CA 93702** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$11,820.14** | **$7,390.16** |
|---|---|---|---|---|
| | **CALDERON, ALVARO**<br>**5478 W HOLLAND AVE**<br>**FRESNO, CA 93722** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,397.04** | **$2,429.58** |
|---|---|---|---|---|
| | **CALDERON, LUZ**<br>**590 W KAMM ST**<br>**CARUTHERS, CA 93609** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,869.26** | **$1,901.80** |
|---|---|---|---|---|
| | **CALDERON-CERDA, BERNARDO**<br>**6999 DEEP CREEK**<br>**APPLE VALLEY, CA 92308** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | Zacky & Sons Poultry, LLC | Case number (if known) | 2:18-bk-23361-RK |
|---|---|---|---|
| | Name | | |

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,198.60 | $308.29 |
|---|---|---|---|---|

**CAMACHO, CARLOS EDUARDO**
**3215 E BUTLER AVE**
**FRESNO, CA 93702**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $618.51 | $161.32 |
|---|---|---|---|---|

**CAMPOS, JOSE**
**340 E ADAMS APT 20**
**FOWLER, CA 93625**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,411.22 | $284.24 |
|---|---|---|---|---|

**Candelaria Ramirez Maria**
**8351 S. McMullin Grade**
**Fresno, CA 93706**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,113.04 | $4,145.58 |
|---|---|---|---|---|

**CARRASCO-SANABRIA, R**
**1113 ALDER AVE**
**CORCORAN, CA 93212**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,302.63 | $2,547.42 |
|---|---|---|---|---|

**CARREON, OLIVERIO H**
**40275 NANCY RD**
**CUTLER, CA 93615**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,881.74 | $548.07 |
|---|---|---|---|---|

**CARRILLO, ANGEL**
**2828 N CHANCE**
**FRESNO, CA 93702**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,644.83 | $316.07 |
|---|---|---|---|---|

**CARRILLO, DANIEL LUPE**
**1025 W VALENCIA AVE**
**FRESNO, CA 93706**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,650.92 | $1,246.32 |
|---|---|---|---|---|

**CARRILLO, MARIA C**
**2453 S 11TH STREET**
**FRESNO, CA 93725**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Zacky & Sons Poultry, LLC** | | Case number *(if known)* | **2:18-bk-23361-RK** |
|---|---|---|---|---|
| | Name | | | |

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,544.85 | $1,761.96 |
|---|---|---|---|---|

**CARRILLO-COSIO, ALLAN A**
**1856 S PRICE AVE**
**FRESNO, CA 93702**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,954.84 | $530.58 |
|---|---|---|---|---|

**CASAS, FERNANDO**
**2369 S G ST**
**FRESNO, CA 93721**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,038.36 | $1,285.53 |
|---|---|---|---|---|

**CASTANEDA, LUCIANA FLOREN**
**4778 E SIMPSON**
**FRESNO, CA 93703**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,922.20 | $531.43 |
|---|---|---|---|---|

**CASTILLO, BENJAMIN JESSE**
**981 POLLASKY AVE APT F**
**CLOVIS, CA 93612**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|---|
| | Name | | | |

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $897.31 | $0.00 |
|---|---|---|---|---|

**CAYABO, SILVIA SIAGAN**
**810 N FLORAL ST**
**VISALIA, CA 93291**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $781.36 | $76.49 |
|---|---|---|---|---|

**CERVANTES, CHRISTOPHER SY**
**4136 N THESTA AVE APT 7**
**FRESNO, CA 93726**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,160.00 | $16.35 |
|---|---|---|---|---|

**CERVANTES, MARIA D**
**4773 E BUTLER  AVE**
**FRESNO, CA 93702**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,871.09 | $151.11 |
|---|---|---|---|---|

**Cesar Ballesteros**
**1515 CLAIRE AVE**
**CORCORAN, CA 93212**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,364.39** | **$555.16** |
|---|---|---|---|---|

**CHANG, SEE**
**4054 E. DWIGHT WAY #109**
**FRESNO, CA 93702**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,004.70** | **$0.00** |
|---|---|---|---|---|

**CHAPMAN, GARRY**
**454 W TRENTON AVE**
**CLOVIS, CA 93619**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,091.39** | **$231.35** |
|---|---|---|---|---|

**CHATMAN, DEVON MARSHAWN**
**2240 S. CHERRY AVE**
**FRESNO, CA 93706**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,072.16** | **$1,150.86** |
|---|---|---|---|---|

**CHAVEZ, ESMERALDA**
**591 S SISKIYOU**
**KERMAN, CA 93630**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|---|
| | Name | | | |

| 2.67 | Priority creditor's name and mailing address<br>**CHITTAPHONG, VINCE T**<br>**4121 W FENDER AVE**<br>**FRESNO, CA 93722** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$7,912.39** | **$3,354.87** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.68 | Priority creditor's name and mailing address<br>**COLEMAN, CATRINNA MARIE**<br>**5175 N. FRESNO ST 231**<br>**FRESNO, CA 93710** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$163.68** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.69 | Priority creditor's name and mailing address<br>**CONWAY, EDWIN KEITH**<br>**108 W. EDEN**<br>**FRESNO, CA 93706** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,112.35** | **$406.89** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.70 | Priority creditor's name and mailing address<br>**COOPER, DELONI DEADWYLER**<br>**4782 E DWIGHTWAY**<br>**FRESNO, CA 93702** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,419.55** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Zacky & Sons Poultry, LLC | Case number (if known) | 2:18-bk-23361-RK |
|---|---|---|---|
| | Name | | |

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,379.49 | $708.87 |
|---|---|---|---|---|

**CORNEJO, VICENTE**
**1608 S. HAZELWOOD**
**FRESNO, CA 93702**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,161.51 | $713.85 |
|---|---|---|---|---|

**CORONA, AMELIA**
**3749 1/2 CYPRESS AVE**
**EL MONTE, CA 91731**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,937.26 | $3,969.80 |
|---|---|---|---|---|

**CORONA, HUMBERTO**
**679 VIA CERIONI**
**MADERA, CA 93637**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,260.76 | $299.00 |
|---|---|---|---|---|

**CORTES, TERESA**
**1215 S ARROYO AVE**
**FRESNO, CA 93727**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | | Case number (if known) | **2:18-bk-23361-RK** |
| | Name | | | |

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $784.94 | $0.00 |
|---|---|---|---|---|

**COSIO, LUIS ALBERTO SANTO**
**330 S GARDEN**
**FRESNO, CA 93702**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,633.07 | $1,206.77 |
|---|---|---|---|---|

**COSIO-VILLA, MARIA R**
**2432 S LOTUS AVE**
**FRESNO, CA 93706**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,929.10 | $4,271.14 |
|---|---|---|---|---|

**COVARRUBIAS, JAVIER**
**50 REDWOOD AVE**
**SANGER, CA 93657**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,916.00 | $1,850.79 |
|---|---|---|---|---|

**COX, JOHN D**
**3708 N PALM AVE**
**FRESNO, CA 93704**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | Zacky & Sons Poultry, LLC | Case number (if known) | 2:18-bk-23361-RK |
|---|---|---|---|
| | Name | | |

| 2.79 | Priority creditor's name and mailing address<br>**CZECHNER, MARTHA G**<br>**1346 N. EATON AVE**<br>**DINUBA, CA 93618** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,426.41** | **$1,199.55** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.80 | Priority creditor's name and mailing address<br>**DAHLEN, TOM**<br>**9929 Laurel Springs Ave**<br>**Las Vegas, NV 89134** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$27,816.70** | **$1,437.39** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.81 | Priority creditor's name and mailing address<br>**Daniel Torres**<br>**9235 S LAC JAC**<br>**REEDLEY, CA 93654** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$9,949.39** | **$6,339.12** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.82 | Priority creditor's name and mailing address<br>**DAYTON, CHRIS E**<br>**12460 STARDUST CIRCLE**<br>**VICTORVILLE, CA 92392** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,795.55** | **$1,310.77** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,307.00** | **$1,118.30** |
|---|---|---|---|---|

**DEALBA, MARY ELVIRA**
**5250 E HUNTINGTON**
**FRESNO, CA 93727**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$799.89** | **$147.79** |
|---|---|---|---|---|

**DEJEAN, BRANDON JOSEPH**
**1527 S THIRD ST**
**FRESNO, CA 93702**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$696.00** | **$9.53** |
|---|---|---|---|---|

**DEVI, SATYA**
**6204 W SAN JOSE AVE**
**FRESNO, CA 93723**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,385.12** | **$937.53** |
|---|---|---|---|---|

**DHALIWAL, BALBIR KAUR**
**5160 W COTTON AVENUE**
**FRESNO, CA 93722**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|---|
| | Name | | | |

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,161.46** | **$0.00** |
|---|---|---|---|---|

**DI PINTO, RANDEL J**
**2377 LOS ALTOS AVE**
**CLOVIS, CA 93611**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.88 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,158.64** | **$13.11** |
|---|---|---|---|---|

**DIAZ DE MICHEL, MARIA**
**3754 E NEVADA**
**FRESNO, CA 93702**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.89 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,723.52** | **$446.46** |
|---|---|---|---|---|

**DIAZ, MIGUEL ANGEL**
**147 E EDEN AVE**
**FRESNO, CA 93706**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.90 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,855.64** | **$0.00** |
|---|---|---|---|---|

**DOBIS, JASON**
**4929 N. Hollow Ln**
**Boise, ID 83702**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,321.71** | **$0.00** |
|---|---|---|---|---|

**DRUM, LOUISE**
**3093 W ASHCROFT**
**FRESNO, CA 93722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.92 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,133.59** | **$1,561.84** |
|---|---|---|---|---|

**DURAN, ROY JESUS**
**5122 E. OLIVE APT # 120**
**FRESNO, CA 93727**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.93 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,363.23** | **$151.90** |
|---|---|---|---|---|

**EASON, DEONDRE REY**
**5235 N AGUSTA**
**FRESNO, CA 93710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.94 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,586.07** | **$16.56** |
|---|---|---|---|---|

**EASTER, LEROY**
**942 KAVILAND AVE**
**FRESNO, CA 93706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

| 2.95 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,927.27 | $461.98 |
|---|---|---|---|---|
| | **EDELBROCK, JEREMY**<br>**2229 E DONNER AVE**<br>**FRESNO, CA 93726** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.96 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,498.85 | $0.01 |
|---|---|---|---|---|
| | **Efrain Pulido**<br>**262 S BORDEAUX AVE**<br>**KERMAN, CA 93630** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.97 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,782.88 | $149.86 |
|---|---|---|---|---|
| | **Elizabeth Floresdeacosta**<br>**9123 S BRYAN AVE**<br>**RAISIN CITY, CA 93652** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.98 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,166.21 | $309.97 |
|---|---|---|---|---|
| | **Emidio Carranza Carranza**<br>**6998 MERCED FALLS RD**<br>**SNELLING, CA 95369** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Zacky & Sons Poultry, LLC** | | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|---|
| | Name | | | |

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,898.36** | **$2,557.26** |
|---|---|---|---|---|

**Emilia Arias Munoz**
**145 HUNT RD**
**NEWMAN, CA 95360**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,336.57** | **$0.00** |
|---|---|---|---|---|

**ESCOBAR, MERY A**
**2809 MILL ST**
**SELMA, CA 93662**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,510.92** | **$3,784.98** |
|---|---|---|---|---|

**ESPARZA-FLORES, MAURICIO**
**475 N ALICE STREET**
**DINUBA, CA 93618**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,500.84** | **$2,016.06** |
|---|---|---|---|---|

**ESPINO-DIAZ, GERARDO**
**11931 KIOWA ROAD**
**APPLE VALLEY, CA 92308**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Zacky & Sons Poultry, LLC** | | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|---|
| | Name | | | |

| 2.103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,110.25 | $1,757.12 |
|---|---|---|---|---|
| | **ESQUIVEL, MARIO**<br>**974 FILBERT AVE**<br>**CLOVIS, CA 93611** | | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,095.76 | $308.77 |
|---|---|---|---|---|
| | **ESTRADA, JOSE ANTONIO**<br>**11344 S BRAWLEY AVE**<br>**CARUTHERS, CA 93609** | | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,157.15 | $500.62 |
|---|---|---|---|---|
| | **ESTRADA-GUZMAN, JOSE M**<br>**2006 9TH STREET**<br>**SANGER, CA 93657** | | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,747.32 | $244.38 |
|---|---|---|---|---|
| | **ESTRADADEENCISO, SILVIA**<br>**4320 E TURNER AVE**<br>**FRESNO, CA 93702** | | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

| 2.107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,157.80 | $1,679.27 |
|---|---|---|---|---|

**FARR, MICHAEL RAY**
**208 NO 3RD ST**
**FOWLER, CA 93625**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,088.86 | $2,202.34 |
|---|---|---|---|---|

**Felimon C. Rodriguez**
**5602 E DAVIS AVE**
**LATON, CA 93242**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,032.76 | $3.23 |
|---|---|---|---|---|

**FIGUEROA IBARRA, MERCEDES**
**1070 W GRIFFITH WAY #104**
**FRESNO, CA 93705**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20,153.04 | $10,678.18 |
|---|---|---|---|---|

**FISHER, MARK**
**316 W Palo Alto**
**Clovis, CA 93612**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

| 2.111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,091.38 | $476.67 |
|---|---|---|---|---|

**FLORES, JOSE MORENO**
**2119 S LOTUS**
**FRESNO, CA 93706**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,500.46 | $712.35 |
|---|---|---|---|---|

**FLORES, RAFAELA**
**4816 E FILLMORE AVE # 204**
**FRESNO, CA 93727**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,309.98 | $552.64 |
|---|---|---|---|---|

**FONSECADESANCHEZ, ROSALIA**
**2540 N FIRST**
**FRESNO, CA 93703**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,072.58 | $0.00 |
|---|---|---|---|---|

**FOSTER, ERIC JAVON WILL**
**1221 N PEACH AVE #264**
**FRESNO, CA 93727**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

| 2.115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,092.35 | $263.82 |
|---|---|---|---|---|

**Francisco Ozuna Vasquez**
**614 OTIS AVE SPC #6**
**CORCORAN, CA 93212**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,488.91 | $2,091.87 |
|---|---|---|---|---|

**FREA, TRACY A**
**5845 W WILLIS AVE**
**FRESNO, CA 93722**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,919.04 | $2,434.26 |
|---|---|---|---|---|

**FRIAS, CESAR SALINAS**
**16469 YUCCA AVENUE**
**VICTORVILLE, CA 92395**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,954.42 | $1,191.56 |
|---|---|---|---|---|

**GALEANA-RENTERIA, TOMAS**
**709 7TH STREET**
**SANGER, CA 93657**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Zacky & Sons Poultry, LLC | Case number (if known) | 2:18-bk-23361-RK |
|---|---|---|---|
| | Name | | |

| 2.119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $717.06 | $0.00 |
|---|---|---|---|---|

**GALLEGOS CEJA, ROSA E**
**936 KLETTE AVE**
**FRESNO, CA 93706**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,191.97 | $84.07 |
|---|---|---|---|---|

**GALVAN MANRIQUEZ, VERONIC**
**2304 S. LILY AVE**
**FRESNO, CA 93706**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.121 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,458.09 | $151.90 |
|---|---|---|---|---|

**GARCIA, BRENDA BERNICE**
**3130 E PINE AVE**
**FRESNO, CA 93703**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,818.32 | $84.07 |
|---|---|---|---|---|

**GARCIA, EPIFANIA BELMONTE**
**233 N. MARIPOSA ST**
**FRESNO, CA 93701**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$360.00** | **$5.29** |
|---|---|---|---|---|

**GARCIA, LUIS ANGEL GARCIA**
**771 N LOURAE AVE**
**REEDLEY, CA 93654**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.124 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,797.61** | **$1,238.42** |
|---|---|---|---|---|

**GARCIA-ALVAREZ, JUAN M**
**2357 SOUTH MAPLE**
**FRESNO, CA 93725**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.125 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,298.53** | **$780.07** |
|---|---|---|---|---|

**GARCIADEMEDRANO, MARIA**
**4069 N FEDORA AVE**
**FRESNO, CA 93722**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.126 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$981.18** | **$0.00** |
|---|---|---|---|---|

**GARIBAY, JUAN ARMANDO**
**330 S GARDEN AVE APT 105**
**FRESNO, CA 93727**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | Zacky & Sons Poultry, LLC | Case number (if known) | 2:18-bk-23361-RK |
|---|---|---|---|
| | Name | | |

| 2.127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,387.78 | $946.68 |
|---|---|---|---|---|
| | **GARZA, ROBERT ANTHONY**<br>**424 K ST.**<br>**SANGER, CA 93657** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.128 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,638.49 | $0.00 |
|---|---|---|---|---|
| | **GILBRETH, JASON ALLEN**<br>**4347 W. REGENCY APT 102**<br>**FRESNO, CA 93727** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.129 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,301.83 | $113.23 |
|---|---|---|---|---|
| | **GIVENS, LAMONT V**<br>**2330 E ASHLAN AVE #207**<br>**FRESNO, CA 93726** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.130 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,610.12 | $231.35 |
|---|---|---|---|---|
| | **GIVENS, ROSHAUD MARQUEE**<br>**1515 E JENSEN AVE APT 219**<br>**FRESNO, CA 93706** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **Zacky & Sons Poultry, LLC** | | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|---|
| | Name | | | |

| 2.131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,509.48 | $1,577.70 |
|---|---|---|---|---|

**GLASS, DEBBIE G**
**2146 FLORAL AVENUE**
**SELMA, CA 93662**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,937.95 | $3,972.37 |
|---|---|---|---|---|

**GOMEZ-ACEVEDO, OLIVA**
**4674 E ALTA**
**FRESNO, CA 93702**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,281.30 | $79.27 |
|---|---|---|---|---|

**GONZALES RIOS JR, MARIO**
**2535 N FIRST APT 101**
**FRESNO, CA 93703**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $743.36 | $0.00 |
|---|---|---|---|---|

**GONZALES, JENNIFER LOUISE**
**271 MCCABE AVE**
**MENDOTA, CA 93640**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

| 2.135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,996.57** | **$244.90** |
|---|---|---|---|---|
| | **GONZALEZ, ANTONIO** | Check all that apply. | | |
| | **2424 E PRINCETON AVE** | ☐ Contingent | | |
| | **FRESNO, CA 93703** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.136 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,110.28** | **$0.00** |
|---|---|---|---|---|
| | **GONZALEZ, BASILIA** | Check all that apply. | | |
| | **1901 PAYAN AVE** | ☐ Contingent | | |
| | **DINUBA, CA 93618** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.137 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$986.16** | **$0.00** |
|---|---|---|---|---|
| | **GONZALEZ, MARIA** | Check all that apply. | | |
| | **830 ROMERO AVE** | ☐ Contingent | | |
| | **PARLIER, CA 93648** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.138 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,482.91** | **$39.86** |
|---|---|---|---|---|
| | **GONZALEZ, SALLY** | Check all that apply. | | |
| | **1432 S GEARHART ST** | ☐ Contingent | | |
| | **FRESNO, CA 93702** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | Zacky & Sons Poultry, LLC | Case number (if known) | 2:18-bk-23361-RK |
|---|---|---|---|
| | Name | | |

| 2.139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,385.95 | $1,901.17 |
|---|---|---|---|---|

**GONZALEZ, VENTURA**
**11809 CIBOLA RD**
**APPLE VALLEY, CA 92308**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.140 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $735.13 | $39.86 |
|---|---|---|---|---|

**GONZALEZVASQUEZ, RIGOBERT**
**5271 E KINGS CANYON #109**
**FRESNO, CA 93727**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.141 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,551.37 | $589.37 |
|---|---|---|---|---|

**GOODWIN, TAMARA**
**23215 IRONHORSE CANYON RD**
**DIAMOND BAR, CA 91765**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.142 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,458.66 | $2,662.48 |
|---|---|---|---|---|

**Gregorio Torres**
**20739 W AMERICAN**
**KERMAN, CA 93630**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | Zacky & Sons Poultry, LLC | Case number (if known) | 2:18-bk-23361-RK |
|---|---|---|---|
| | Name | | |

---

**2.143** | Priority creditor's name and mailing address
**GREGORY, JD**
**5014 E ALTA #104**
**FRESNO, CA 93727**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$652.86    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.144** | Priority creditor's name and mailing address
**GRIMES, ADOLPH R**
**62 W SIERRA #102**
**FRESNO, CA 93704**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,417.88    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.145** | Priority creditor's name and mailing address
**GUEL, FABIOLA**
**353 RECREATION**
**SANGER, CA 93657**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$595.00    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.146** | Priority creditor's name and mailing address
**GUTIERREZ, ERNEST HENRY**
**1337 SONORA ST**
**MADERA, CA 93638**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,385.04    $2,649.58

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

| 2.147 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,855.32** | **$4,930.18** |
|---|---|---|---|---|
| | **GUTIERREZ, RUBEN RAMIREZ**<br>**3053 E CORNELL**<br>**FRESNO, CA 93703** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.148 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,205.07** | **$0.00** |
|---|---|---|---|---|
| | **GUZMAN, ANA M**<br>**990 N PECAN**<br>**REEDLEY, CA 93654** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.149 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,086.20** | **$2,393.91** |
|---|---|---|---|---|
| | **HAENSELER, INGEBORG V**<br>**2371 E DECATUR AVE**<br>**FRESNO, CA 93720** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.150 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,490.03** | **$0.00** |
|---|---|---|---|---|
| | **HAMILTON, DAVID JAMES**<br>**4521 E INYO**<br>**FRESNO, CA 93702** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **Zacky & Sons Poultry, LLC** | | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|---|
| | Name | | | |

| 2.151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,459.01** | **$6.81** |
|---|---|---|---|---|

**HARRIS, JOVAN CHARLES**
**1671 E BULLDOG LN #209**
**FRESNO, CA 93710**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.152 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$12,279.26** | **$6,838.48** |
|---|---|---|---|---|

**HARRIS, MICHAEL**
**1334 Mill Street**
**Selma, CA 93622**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.153 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,567.56** | **$261.78** |
|---|---|---|---|---|

**HARRIS, RYAN NATHAN**
**6081 N ANGUS ST #137**
**FRESNO, CA 93710**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.154 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$232.00** | **$0.00** |
|---|---|---|---|---|

**HARRIS, SHONTA SHERI**
**2232 E TYLER AVE #201**
**FRESNO, CA 93701**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | Case number *(if known)* | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

| 2.155 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$1,473.76** | **$3.35** |
|---|---|---|---|---|---|
| | **HAYER JR, RICARDO** | *Check all that apply.* | | | |
| | **5059 E LAMONA** | ☐ Contingent | | | |
| | **FRESNO, CA 93727** | ☐ Unliquidated | | | |
| | | ☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim: | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | | |
| | | ☐ Yes | | | |

| 2.156 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$6,445.52** | **$1,440.28** |
|---|---|---|---|---|---|
| | **HENDERSON, GREG** | *Check all that apply.* | | | |
| | **6913 Winterberry Way** | ☐ Contingent | | | |
| | **Corona, CA 92880** | ☐ Unliquidated | | | |
| | | ☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim: | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | | |
| | | ☐ Yes | | | |

| 2.157 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$618.63** | **$0.00** |
|---|---|---|---|---|---|
| | **HER, KHOU** | *Check all that apply.* | | | |
| | **3464 E JOYCE DR** | ☐ Contingent | | | |
| | **FRESNO, CA 93703** | ☐ Unliquidated | | | |
| | | ☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim: | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | | |
| | | ☐ Yes | | | |

| 2.158 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$3,806.98** | **$1,453.70** |
|---|---|---|---|---|---|
| | **HERNANDEZ, MARIA P** | *Check all that apply.* | | | |
| | **14281 W. B STREET** | ☐ Contingent | | | |
| | **KERMAN, CA 93630** | ☐ Unliquidated | | | |
| | | ☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim: | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | | |
| | | ☐ Yes | | | |

| Debtor | **Zacky & Sons Poultry, LLC** | | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|---|
| | Name | | | |

| 2.159 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,920.72 | $2,763.73 |
|---|---|---|---|---|

**HERNANDEZ, SERGIO**
**2166 S GENEVA**
**FRESNO, CA 93706**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.160 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $922.52 | $0.00 |
|---|---|---|---|---|

**HERRERA, BERTHA ALICIA**
**4554 E HUNTINGTON**
**FRESNO, CA 93702**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.161 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,243.57 | $1,949.61 |
|---|---|---|---|---|

**HERRERADERAMIREZ, C**
**552 S. WOODROW**
**FRESNO, CA 93702**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.162 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $786.24 | $97.35 |
|---|---|---|---|---|

**HOOPINGARNER, ERIC**
**4680 E MCKENZIE AVE**
**FRESNO, CA 93702**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

| 2.163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,152.58 | $7.81 |
|---|---|---|---|---|

**Isidro Garcia Serrano**
**2226 NORWALK ST**
**DELANO, CA 93215**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.164 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,268.81 | $2,764.48 |
|---|---|---|---|---|

**Ismael Carrasco Sanabria**
**16485 19TH AVE**
**LEMOORE, CA 93245**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.165 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,837.44 | $223.23 |
|---|---|---|---|---|

**Ivan Rodriguez Del angel**
**1199 MARIPOSA AVE**
**SELMA, CA 93212**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.166 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,571.57 | $149.86 |
|---|---|---|---|---|

**Jaime Ramirez**
**PO BOX 103**
**BIOLA, CA 93606**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | Zacky & Sons Poultry, LLC | Case number (if known) | 2:18-bk-23361-RK |
|---|---|---|---|
| | Name | | |

| 2.167 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $4,285.96 | $2,119.02 |
|---|---|---|---|---|
| | **JAIMES-RODRIGUEZ, JOSE**<br>**649 1/2 E DUDLEY AVE**<br>**FRESNO, CA 93728** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| 2.168 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,514.24 | $420.16 |
|---|---|---|---|---|
| | **Javier De La Cruz**<br>**556 SOUTH PLACER**<br>**SAN JOAQUIN, CA 93660** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| 2.169 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $6,734.00 | $4,339.71 |
|---|---|---|---|---|
| | **Jerardo R. Leal Espino**<br>**1505 W-D**<br>**KERMAN, CA 93630** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| 2.170 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $4,626.64 | $1,253.58 |
|---|---|---|---|---|
| | **Jesse Esparza**<br>**2169 W KENNEDY SPC #5**<br>**MADERA, CA 93637** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

---

**2.171** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,588.11** | **$3,769.18**

**Jorge Calderon**
**2920 W FREELAND ST**
**CARUTHERS, CA 93609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.172** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,029.41** | **$2,568.51**

**Jose a Meza ansaldo**
**2875 W LAWSON**
**CARUTHERS, CA 93609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.173** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,609.30** | **$0.00**

**Jose abel Sotelo Padilla**
**4321 CEDAR AVE #209**
**FRESNO, CA 93726**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.174** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,734.32** | **$253.55**

**Jose Alfredo Gomez**
**10212 AVE 56**
**EARLIMART, CA 93219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.175 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$999.96** | **$243.52** |
|---|---|---|---|---|
| | **Jose D. Salamanca Lopez**<br>**920 S 2ND ST**<br>**KERMAN, CA 93630** | | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.176 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$921.80** | **$0.00** |
|---|---|---|---|---|
| | **Jose J Saldana**<br>**2027 CHENAULT AVE**<br>**CLOVIS, CA 93611** | | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.177 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$6,792.19** | **$4,520.03** |
|---|---|---|---|---|
| | **Jose L Granados Zaragoza**<br>**150 S 1ST ST #154**<br>**KERMAN, CA 93630** | | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.178 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,245.73** | **$1,080.59** |
|---|---|---|---|---|
| | **Jose L Valladares**<br>**P O BOX 413**<br>**ARMONA, CA 93202** | | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | Zacky & Sons Poultry, LLC | Case number (if known) | 2:18-bk-23361-RK |
|---|---|---|---|
| | Name | | |

| 2.179 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,441.01 | $3,978.83 |
|---|---|---|---|---|

**Jose Luis Navarro**
**14573 W STANISLAUS**
**KERMAN, CA 93630**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.180 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,755.19 | $1,392.94 |
|---|---|---|---|---|

**Jose R. Morales**
**920 S 2ND STREET**
**KERMAN, CA 93630**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.181 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,248.80 | $1,073.14 |
|---|---|---|---|---|

**Jose Ramon B Estrada**
**PO BOX 391**
**ARMONA, CA 93202**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.182 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,595.68 | $6,569.95 |
|---|---|---|---|---|

**Jose Urbano**
**21748 PUNJAB ST-POBOX 271**
**SAN JOAQUIN, CA 93660**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|---|
| | Name | | | |

| 2.183 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,618.29 | $1,679.77 |
|---|---|---|---|---|

**Juan D. Barrios**
**11258 OAK AVE**
**ARMONA, CA 93202**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.184 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,290.70 | $1,003.48 |
|---|---|---|---|---|

**Juan Flores Flores**
**220 S MADERA AVE #16**
**KERMAN, CA 93630**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.185 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,785.38 | $727.05 |
|---|---|---|---|---|

**Juan Jose Jimenez**
**2266 LAGUNA WAY**
**LOS BANOS, CA 93635**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.186 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,368.98 | $523.36 |
|---|---|---|---|---|

**Juan Ramirez Avilez**
**14721 W 'C' STREET**
**KERMAN, CA 93630**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Zacky & Sons Poultry, LLC | Case number (if known) | 2:18-bk-23361-RK |
|---|---|---|---|
| | Name | | |

| 2.187 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,123.42 | $348.38 |
|---|---|---|---|---|

**Juana Herrera Rojo**
**1745 JENNINGS**
**MENDOTA, CA 93640**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.188 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,287.91 | $0.00 |
|---|---|---|---|---|

**KAILA, HARJINDER KAUR**
**5684 E ATWOOD**
**FRESNO, CA 93727**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.189 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,921.76 | $803.15 |
|---|---|---|---|---|

**KAUR, BAKHSHISH**
**4323 E HAMILTON AVE #107**
**FRESNO, CA 93702**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.190 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,790.39 | $357.53 |
|---|---|---|---|---|

**KAUR, BALWINDER**
**14047 W F STREET**
**KERMAN, CA 93630**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | | | | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|---|---|---|

Name

| 2.191 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,443.54 | $903.72 |
|---|---|---|---|---|

**KAUR, KASHMIR**
**5397 N ROSALIA AVE**
**FRESNO, CA 93723**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.192 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,042.27 | $1,008.30 |
|---|---|---|---|---|

**Kenneth Ray Hatley**
**2567 S HOLLY**
**FRESNO, CA 93706**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.193 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,410.60 | $276.05 |
|---|---|---|---|---|

**Kim Diaz**
**524 N FULTON ST #207**
**FRESNO, CA 93728**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.194 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,617.92 | $4,269.00 |
|---|---|---|---|---|

**KINDSTROM, MARY E**
**8397 S ELM**
**FRESNO, CA 93706**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | | Case number *(if known)* | **2:18-bk-23361-RK** |
|---|---|---|---|---|
| | Name | | | |

| 2.195 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,296.68 | $754.93 |
|---|---|---|---|---|

**KOENIG, STEVEN THOMAS**
**2339 S. G ST #107**
**FRESNO, CA 93721**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.196 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,311.72 | $755.37 |
|---|---|---|---|---|

**LAIRD, REBECCA LYNN**
**1341 N PALM**
**FRESNO, CA 93728**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.197 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,871.21 | $1,610.74 |
|---|---|---|---|---|

**LAMBAYON, EVELYN C**
**12899 CLYDE AVE**
**OROSI, CA 93647**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.198 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,530.95 | $617.62 |
|---|---|---|---|---|

**LARA, LYDIA**
**5444 E KAVILAND**
**FRESNO, CA 93727**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Zacky & Sons Poultry, LLC** | | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|---|
| | Name | | | |

| 2.199 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,890.77** | **$0.00** |
|---|---|---|---|---|

**LARA, RAQUEL**
**1252 E WHITTAKER**
**DINUBA, CA 93618**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.200 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,594.72** | **$2,366.90** |
|---|---|---|---|---|

**LARA-GARCIA, ARMANDO**
**669 OTERO ST**
**LEMOORE, CA 93245**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.201 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$307.69** | **$0.00** |
|---|---|---|---|---|

**LARIOS, REALITY DEL ROSAR**
**319 N DELNO**
**FRESNO, CA 93706**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.202 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,874.83** | **$0.00** |
|---|---|---|---|---|

**Leonard Martinez**
**P.O. BOX 1031**
**EMPIRE, CA 95319**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Zacky & Sons Poultry, LLC** | | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|---|
| | Name | | | |

| 2.203 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$860.07** | **$0.00** |
|---|---|---|---|---|

**LEONARDO, NEIL S**
**1238 N LUCERNE LN**
**FRESNO, CA 93728**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.204 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$738.00** | **$0.00** |
|---|---|---|---|---|

**Leonel Bravo**
**22079 KAREN-PO BOX 1214**
**SAN JOAQUIN, CA 93660**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.205 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,157.33** | **$0.00** |
|---|---|---|---|---|

**LESLIE, DONZEAL DORNAIL**
**2303 S LOTUS**
**FRESNO, CA 93706**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.206 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,882.79** | **$3,170.36** |
|---|---|---|---|---|

**LIU, ANGELA**
**1776 N HUGHES AVE**
**CLOVIS, CA 93619**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

| 2.207 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,740.63** | **$701.51** |
|---|---|---|---|---|
| | **LOPEZ, ARTURO**<br>**944 5TH STREET**<br>**SANGER, CA 93657** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.208 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$10,901.25** | **$6,250.93** |
|---|---|---|---|---|
| | **LOPEZ, EDWARD**<br>**1416 W FEDORA**<br>**FRESNO, CA 93705** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.209 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,788.41** | **$494.88** |
|---|---|---|---|---|
| | **LOPEZ, GREGORIO V**<br>**PO BOX 1494**<br>**ARMONA, CA 93202** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.210 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,892.00** | **$0.00** |
|---|---|---|---|---|
| | **LOPEZ, JOSELIA CAMPUZANO**<br>**4751 E BRALY**<br>**FRESNO, CA 93702** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **Zacky & Sons Poultry, LLC** | | Case number *(if known)* | **2:18-bk-23361-RK** |
|---|---|---|---|---|
| | Name | | | |

| 2.211 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,134.03 | $229.04 |
|---|---|---|---|---|

**LOPEZ, MARY ELLEN**
**1733 E VASSAR AVE**
**FRESNO, CA 93703**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.212 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,584.58 | $435.39 |
|---|---|---|---|---|

**LOPEZ, SALVADOR**
**1019 N PEACH #226**
**FRESNO, CA 93727**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.213 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,517.86 | $2,651.73 |
|---|---|---|---|---|

**LOPEZ, SAMUEL O**
**248 WHITNEY**
**DINUBA, CA 93618**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.214 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,754.91 | $3,507.28 |
|---|---|---|---|---|

**LOPEZ-GARCIA, MARIA**
**705 W BROWN AVE**
**FRESNO, CA 93705**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|---|
| | Name | | | |

| | | | | | |
|---|---|---|---|---|---|
| 2.215 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,643.24** | **$2,162.82** |
| | **LOPEZ-HERNANDEZ, SOCORRO** | *Check all that apply.* | | |
| | **1133 W PONTIAC WAY** | ☐ Contingent | | |
| | **FRESNO, CA 93705** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| | | | | | |
|---|---|---|---|---|---|
| 2.216 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,943.83** | **$2,358.32** |
| | **LOPEZ-LOPEZ, ADAN** | *Check all that apply.* | | |
| | **3338 W GLENDALE** | ☐ Contingent | | |
| | **VISALIA, CA 93291** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| | | | | | |
|---|---|---|---|---|---|
| 2.217 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,836.93** | **$3,289.79** |
| | **LOPEZ-MARTINEZ, CARLOS** | *Check all that apply.* | | |
| | **4639 WEST INDIANAPOLIS** | ☐ Contingent | | |
| | **FRESNO, CA 93722** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| | | | | | |
|---|---|---|---|---|---|
| 2.218 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,736.00** | **$2,330.53** |
| | **LOPEZDESOTO, SOCORRO** | *Check all that apply.* | | |
| | **1805 W FEDORA AVE** | ☐ Contingent | | |
| | **FRESNO, CA 93705** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | Zacky & Sons Poultry, LLC | | Case number (if known) | 2:18-bk-23361-RK |
|--------|---------------------------|---|------------------------|------------------|
| | Name | | | |

| 2.219 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,235.37 | $404.05 |
|-------|----------------------------------------------|-----------------------------------------------|-----------|---------|
| | **LOWE, KENNETH**<br>**4849 NORTH GREENWOOD**<br>**SANGER, CA 93657** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.220 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,543.96 | $3.23 |
|-------|----------------------------------------------|-----------------------------------------------|-----------|-------|
| | **Luis E. Magdaleno Reyes**<br>**605 VINE CT**<br>**LEMOORE, CA 93245** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.221 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,343.69 | $3,528.40 |
|-------|----------------------------------------------|-----------------------------------------------|-----------|-----------|
| | **LUJAN, MARTHA E**<br>**4595 W TENAYA**<br>**FRESNO, CA 93722** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.222 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $803.35 | $0.00 |
|-------|----------------------------------------------|-----------------------------------------------|---------|-------|
| | **LUPERCIO, JASMINE DESTINY**<br>**423 W ALLUVIAL**<br>**FRESNO, CA 93650** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **Zacky & Sons Poultry, LLC** | | Case number *(if known)* | **2:18-bk-23361-RK** |
|---|---|---|---|---|
| | Name | | | |

| 2.223 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$180.00** | **$0.00** |

**LYLES, JOHN G**
**409 S SUNNYSIDE AVE**
**FRESNO, CA 93727**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No
☐ Yes

---

| 2.224 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,199.06** | **$2,703.50** |

**LYON, STEVEN D**
**9074 W KEARNEY BLVD.**
**FRESNO, CA 93706**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No
☐ Yes

---

| 2.225 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,754.96** | **$851.74** |

**Ma Arredondo**
**9680 SHY STREET**
**GUSTINE, CA 95322**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No
☐ Yes

---

| 2.226 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$638.34** | **$0.00** |

**MADRIGAL TEJEDA, OSCAR**
**2240 E TYLER AVE**
**FRESNO, CA 93701**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No
☐ Yes

| Debtor | **Zacky & Sons Poultry, LLC** | | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|---|
| | Name | | | |

| 2.227 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,320.75 | $0.00 |
|---|---|---|---|---|

**MADRIGAL, ALEJANDRO**
**912 MERCED ST**
**MADERA, CA 93638**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.228 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,746.52 | $3,779.06 |
|---|---|---|---|---|

**MAGANA, MARIO**
**20115 DEL ORO RD**
**APPLE VALLEY, CA 92308**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.229 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20,307.59 | $12,064.30 |
|---|---|---|---|---|

**MANCHA, FREDDY**
**2410 Stephanie Lane**
**Selma, CA 93662**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.230 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,820.27 | $2,867.08 |
|---|---|---|---|---|

**Manuel Arciniega**
**4673 E EUGENIA**
**FRESNO, CA 93725**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | Zacky & Sons Poultry, LLC | Case number (if known) | 2:18-bk-23361-RK |
|--------|---------------------------|------------------------|------------------|
|        | Name                      |                        |                  |

---

**2.231** | Priority creditor's name and mailing address

**Manuel Larios Morfin**
**19014 BRAWLEY**
**RIVERDALE, CA 93656**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$7,683.21**  **$4,999.81**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.232** | Priority creditor's name and mailing address

**Manuel Romero Espinoza**
**159565 EAST AVE**
**CARUTHERS, CA 93609**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,747.57**  **$445.66**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.233** | Priority creditor's name and mailing address

**Marcelino Magana**
**9535 NILES- PO BOX 624**
**CORCORAN, CA 93212**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$7,432.10**  **$4,880.91**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.234** | Priority creditor's name and mailing address

**Maria Baltazar Marcelo**
**11725 S POLK AVE**
**CARUTHERS, CA 93609**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,543.82**  **$499.48**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | | Case number (*if known*) | **2:18-bk-23361-RK** |
|---|---|---|---|---|
| | Name | | | |

| 2.235 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,976.40 | $258.61 |
|---|---|---|---|---|

**Maria G. Pimentel Alonso**
**P O BOX 2**
**STRATFORD, CA 93266**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.236 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $959.19 | $3.23 |
|---|---|---|---|---|

**MARIN JR, HIGINIO**
**4040 E DAKOTA AVE #12**
**FRESNO, CA 93726**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.237 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $733.26 | $516.49 |
|---|---|---|---|---|

**MARIN, YESENIA**
**4040 E. DAKOTA APT#12**
**FRESNO, CA 93726**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.238 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $829.88 | $0.00 |
|---|---|---|---|---|

**Mario Lopez Magana**
**PO BOX 1345-9507 NILES**
**CORCORAN, CA 93212**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
| --- | --- | --- | --- |
| | Name | | |

| 2.239 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,121.74 | $7,336.04 |
| --- | --- | --- | --- | --- |

**MARTINEZ, DOMINGO**
**3538 N VERNAL AVE**
**FRESNO, CA 93722**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.240 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,016.06 | $1,173.19 |
| --- | --- | --- | --- | --- |

**MARTINEZ, ENRIQUE**
**1553 N. CARNEGIE**
**FRESNO, CA 93722**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.241 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,615.25 | $226.27 |
| --- | --- | --- | --- | --- |

**MARTINEZ, JESSICA**
**3033 E. PLATT APT. F**
**FRESNO, CA 93721**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.242 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,426.40 | $424.18 |
| --- | --- | --- | --- | --- |

**MARTINEZ, RAMIRO**
**516 W PERALTA WAY**
**FRESNO, CA 93705**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|---|
| | Name | | | |

| 2.243 | Priority creditor's name and mailing address<br>**MARTINEZ-ARENAS, LUIS**<br>**1805 NINTH STREET**<br>**SANGER, CA 93657** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,444.64** | **$408.07** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.244 | Priority creditor's name and mailing address<br>**MARTINEZ-DELEON, EPIFANIA**<br>**2563 S ROWELL ST**<br>**FRESNO, CA 93725** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,331.44** | **$476.94** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.245 | Priority creditor's name and mailing address<br>**Matias Lomeli**<br>**1167 FITZGERALD LANE**<br>**HANFORD, CA 93230** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,165.78** | **$883.48** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.246 | Priority creditor's name and mailing address<br>**Maximiliano Corona**<br>**2306 KING AVE**<br>**CORCORAN, CA 93212** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,646.02** | **$523.82** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

| 2.247 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,041.81 | $2,589.42 |
|---|---|---|---|---|

**MCCORKLE, JANEEN J**
**P O BOX 692**
**AUBERRY, CA 93602**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.248 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,328.86 | $0.00 |
|---|---|---|---|---|

**MCDANIELROBINSON, TYRESE**
**5317 N ROSALIA AVE**
**FRESNO, CA 93723**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.249 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,813.27 | $6,995.10 |
|---|---|---|---|---|

**MCDERMOTT, JOYCE L**
**3812 N ARMSTRONG**
**FRESNO, CA 93727**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.250 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $711.93 | $0.00 |
|---|---|---|---|---|

**MCDOWELL, ISLEY MICHAEL**
**145 S JACKSON AVE**
**FRESNO, CA 93702**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|---|
| | Name | | | |

| 2.251 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,596.12 | $1,108.21 |
|---|---|---|---|---|

**MCMILLIN, JAMES TIBERIUS**
**4306 N FIRST #202**
**FRESNO, CA 93726**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.252 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,311.85 | $0.00 |
|---|---|---|---|---|

**MCPHEARSON, JAMES ALVIN**
**1832 S WOODDROW**
**FRESNO, CA 93702**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.253 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $757.78 | $0.00 |
|---|---|---|---|---|

**MCTIZIC, SANDRA**
**4977 RECREATION AVE #203**
**FRESNO, CA 93726**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.254 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,397.23 | $1,127.28 |
|---|---|---|---|---|

**MENDOZA, MARIA ROSALBA**
**809 N BENGSTON AVE**
**FRESNO, CA 93728**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|---|
| | Name | | | |

| 2.255 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,586.27** | **$267.64** |
|---|---|---|---|---|

| 2.255 | Priority creditor's name and mailing address<br>**MENDOZA, SALVADOR R**<br>**5494 N. MILLBROOK AVE**<br>**FRESNO, CA 93710** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,586.27** | **$267.64** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.256 | Priority creditor's name and mailing address<br>**MEZA OJEDA, BRISEIDA**<br>**5425 E BELMONT #130**<br>**FRESNO, CA 93727** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$839.10** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.257 | Priority creditor's name and mailing address<br>**Michael A. Rueda**<br>**1058 N BRAWLEY**<br>**FRESNO, CA 93722** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$319.92** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.258 | Priority creditor's name and mailing address<br>**MICHEL, DANIEL**<br>**6017 E LOWE**<br>**FRESNO, CA 93727** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,022.90** | **$1,030.89** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Zacky & Sons Poultry, LLC** | | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.259 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,634.59 | $513.74 |
|---|---|---|---|---|

**Miguel Gonzales**
**1700 DAIRY AVE APT 159**
**CORCORAN, CA 93212**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.260 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,021.63 | $2,351.97 |
|---|---|---|---|---|

**MILAN, JUAN B**
**4827 E FLORADORA**
**FRESNO, CA 93727**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.261 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,923.11 | $0.00 |
|---|---|---|---|---|

**MILLER, STACY L**
**6952 E MICHIGAN AVE**
**FRESNO, CA 93727**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.262 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,546.89 | $909.90 |
|---|---|---|---|---|

**Mohamed B. Rafai**
**4787 W CORNELL AVE.**
**FRESNO, CA 93722**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Zacky & Sons Poultry, LLC | | Case number (if known) | 2:18-bk-23361-RK |
|---|---|---|---|---|
| | Name | | | |

| 2.263 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,054.43 | $1,136.77 |
|---|---|---|---|---|

**MONTANODEONESTO, AYDA D**
**210 S. HAYSTON AVE**
**FRESNO, CA 93702**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.264 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,415.78 | $3.23 |
|---|---|---|---|---|

**MONTEJANO, JUAN EVARISTO**
**1010 E MICHIGAN**
**FRESNO, CA 93704**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.265 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $580.00 | $0.00 |
|---|---|---|---|---|

**MONTES, MARIA CARMEN**
**4704 E BELGRAVIA AVE**
**FRESNO, CA 93725**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.266 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,577.19 | $1,509.62 |
|---|---|---|---|---|

**MORA, YOLANDA B**
**1376 N DEL MAR**
**FRESNO, CA 93728**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

| 2.267 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,954.52** | **$2,987.06** |
|---|---|---|---|---|

**MORELOS, EZEQUIEL P**
**18606 LORDS ROAD**
**HELENDALE, CA 92342**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.268 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,091.11** | **$499.22** |
|---|---|---|---|---|

**Nahum Sanchez Ambriz**
**5012 BENTLEY RD.**
**OAKDALE, CA 95361**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.269 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,588.62** | **$0.00** |
|---|---|---|---|---|

**NAVARRETE-GUZMAN, BRIAN A**
**2119 6TH ST**
**SANGER, CA 93657**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.270 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,334.90** | **$676.18** |
|---|---|---|---|---|

**NAVARRO, SALVADOR GALVAN**
**3843 E HEATON AVE**
**FRESNO, CA 93702**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (*if known*) | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

| 2.271 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $37.96 | $0.00 |
|---|---|---|---|---|

**NEWSOME, RICHARD ALLAN**
**1944 E HARVARD**
**FRESNO, CA 93703**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.272 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,942.62 | $96.31 |
|---|---|---|---|---|

**NICKEL, BLAKE MALACHI**
**1386 N POPLAR**
**FRESNO, CA 93728**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.273 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,359.01 | $0.00 |
|---|---|---|---|---|

**NICKEL, MELISSA TULAY**
**1386 N POPLAR**
**FRESNO, CA 93728**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.274 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,892.52 | $940.94 |
|---|---|---|---|---|

**NUNEZ, JOSE**
**901 S CEDAR AVE**
**FRESNO, CA 93702**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Zacky & Sons Poultry, LLC** | | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|---|
| | Name | | | |

| 2.275 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,516.98 | $4,554.48 |
|---|---|---|---|---|

**OCAMPO, FRANCISCO A**
**4044 BELLAIRE WAY**
**FRESNO, CA 93726**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.276 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,952.00 | $5,720.00 |
|---|---|---|---|---|

**OCHOA, ANTONIO**
**828 E BELGRAVIA APT C**
**FRESNO, CA 93706**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.277 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,178.58 | $0.00 |
|---|---|---|---|---|

**OLEA, JOSE M**
**3897 MAYWOOD DR N**
**FRESNO, CA 93703**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.278 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $59.94 | $0.00 |
|---|---|---|---|---|

**OLIVER III, RICHARD ROSEL**
**7634 E FEDORA AVE**
**FRESNO, CA 93737**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | Zacky & Sons Poultry, LLC | Case number (if known) | 2:18-bk-23361-RK |
|---|---|---|---|
| | Name | | |

| 2.279 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,067.50 | $921.74 |
|---|---|---|---|---|

**OROSCO, ALICIA**
**3759 E EUGENIA**
**FRESNO, CA 93725**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.280 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $232.00 | $0.00 |
|---|---|---|---|---|

**ORTEGA, ANNA M**
**4164 E ASHLAN AVE**
**FRESNO, CA 93726**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.281 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,533.53 | $0.00 |
|---|---|---|---|---|

**Oscar Castellanoz**
**10943 BEVERLY DR**
**HANFORD, CA 93230**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.282 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,971.45 | $335.14 |
|---|---|---|---|---|

**Oscar Rosales**
**10775 WHITE CRANE RD**
**ATWATER, CA 95301**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

| 2.283 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,046.80 | $2,512.88 |
|---|---|---|---|---|

**OSUNA, HUMBERTO**
**4476 E IOWA AVE**
**FRESNO, CA 93702**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.284 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,680.15 | $253.37 |
|---|---|---|---|---|

**OVIEDO IV, ABEL**
**5767 W. SAN GABRIEL AVE**
**FRESNO, CA 93722**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.285 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,134.20 | $5,891.85 |
|---|---|---|---|---|

**PALACIOS, CARLOS M**
**1605 CASUGA CT**
**ORANGE COVE, CA 93646**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.286 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $360.00 | $5.29 |
|---|---|---|---|---|

**PALMA JR, RICK JOE**
**2533 W. MCKINLEY APT 104**
**FRESNO, CA 93728**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|---|
| | Name | | | |

| 2.287 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,035.88 | $1,970.67 |
|---|---|---|---|---|

**PALMA, RUDY CARILLO**
**2545 N CECLIA AVE**
**FRESNO, CA 93722**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.288 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,252.78 | $241.53 |
|---|---|---|---|---|

**PAVON-SOLIS, CRISTINA**
**1535 S 5TH ST**
**FRESNO, CA 93702**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.289 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,414.90 | $7,882.11 |
|---|---|---|---|---|

**Pedro P. Blanco Nunez**
**304 MONO STREET**
**AVENAL, CA 93204**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.290 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,887.65 | $1,387.32 |
|---|---|---|---|---|

**PEREZ, EUSTAQUIO SERRANO**
**4109 N CHATEAU**
**FRESNO, CA 93723**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Zacky & Sons Poultry, LLC | Case number (if known) | 2:18-bk-23361-RK |
|---|---|---|---|
| | Name | | |

| 2.291 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,155.86 | $2,251.25 |
|---|---|---|---|---|

**PEREZ, FAUSTINA M**
**3846 N ATLAS WAY**
**FRESNO, CA 93705**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.292 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $313.26 | $0.00 |
|---|---|---|---|---|

**PEREZ, JULIAN L**
**4005 E LOWE AVE**
**FRESNO, CA 93702**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.293 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,184.16 | $1,470.06 |
|---|---|---|---|---|

**PEREZ, MARIA A**
**2468 N CORNELIA**
**FRESNO, CA 93722**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.294 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,104.92 | $853.66 |
|---|---|---|---|---|

**PEREZ, RODOLFO**
**5548 S PLACER AVE**
**SAN JOAQUIN, CA 93660**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Zacky & Sons Poultry, LLC** | | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|---|
| | Name | | | |

| 2.295 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,971.26** | **$0.00** |
|---|---|---|---|---|
| | **PERRY, JERMAINE EARL**<br>**6 E GARETT**<br>**FRESNO, CA 93706** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.296 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,870.72** | **$166.89** |
|---|---|---|---|---|
| | **PERRY, JOSEPH LOUIS**<br>**2339 S. G STREET RM #106**<br>**FRESNO, CA 93721** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.297 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,050.14** | **$2,553.66** |
|---|---|---|---|---|
| | **PHILLIPS, SHAWN M**<br>**8440 W SHAIN AVE**<br>**DOS PALOS, CA 93620** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.298 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,286.72** | **$149.86** |
|---|---|---|---|---|
| | **PHRASAVATH, ABBY**<br>**2426 E NORMAL AVE**<br>**FRESNO, CA 93703** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **Zacky & Sons Poultry, LLC** | | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|---|
| | Name | | | |

| 2.299 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $820.22 | $0.00 |
|---|---|---|---|---|

**PICAZO, AMELIA**
**2816 MCCALL**
**SELMA, CA 93662**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                Basis for the claim:

Last 4 digits of account number                Is the claim subject to offset?
Specify Code subsection of PRIORITY            ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)        ☐ Yes

| 2.300 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,214.46 | $4,247.00 |
|---|---|---|---|---|

**PLATAS, CARMEN**
**4734 E LAURITE AVE**
**FRESNO, CA 93725**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                Basis for the claim:

Last 4 digits of account number                Is the claim subject to offset?
Specify Code subsection of PRIORITY            ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)        ☐ Yes

| 2.301 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,131.87 | $1,254.42 |
|---|---|---|---|---|

**PORTILLO, REYMUNDO HERRER**
**1437 CHURCH ST APT D**
**KINGSBURG, CA 93631**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                Basis for the claim:

Last 4 digits of account number                Is the claim subject to offset?
Specify Code subsection of PRIORITY            ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)        ☐ Yes

| 2.302 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $73.26 | $0.00 |
|---|---|---|---|---|

**POUNCEY, RYAN LANCE**
**2053 E. FLORAL AVE**
**FRESNO, CA 93723**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                Basis for the claim:

Last 4 digits of account number                Is the claim subject to offset?
Specify Code subsection of PRIORITY            ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)        ☐ Yes

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (*if known*) | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

| 2.303 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,531.46** | **$2,408.41** |
|---|---|---|---|---|

**POWERS, DENISE M**
**1658 SUSSEX AVE**
**CLOVIS, CA 93611**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.304 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$253.32** | **$0.00** |
|---|---|---|---|---|

**PURKEY, CHRIS ALLAN**
**1015 MINNEWAWA AVE # B**
**CLOVIS, CA 93612**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.305 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,929.06** | **$2,143.40** |
|---|---|---|---|---|

**QUITENO, ROSA MAGDALENA**
**3428 E BALCH AVE**
**FRESNO, CA 93702**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.306 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$42,506.15** | **$25,881.55** |
|---|---|---|---|---|

**QUON, IVY**
**1628 N Timber Ridge**
**Walnut, CA 91789**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|---|
| | Name | | | |

| 2.307 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,399.80** | **$443.44** |
|---|---|---|---|---|

**Rafael E. Alvarez**
**PO BOX 334**
**SAN JOAQUIN, CA 93660**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.308 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,927.13** | **$2,352.34** |
|---|---|---|---|---|

**Rafael Nieto Salgado**
**145 HUNT RD**
**NEWMAN, CA 95360**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.309 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,041.57** | **$223.23** |
|---|---|---|---|---|

**RAMIREZDEMENDOZA, BEATRIZ**
**4430 E BUTLER AVE 203**
**FRESNO, CA 93702**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.310 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,490.67** | **$1,485.61** |
|---|---|---|---|---|

**RAMOS, GREG**
**2427 S. MERIDIAN AVE**
**FRESNO, CA 93725**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|---|
| | Name | | | |

| 2.311 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,052.78 | $2,041.71 |
|---|---|---|---|---|

**RAMOS, LETY PIMENTEL**
**2427 S. MERIDIAN AVE**
**FRESNO, CA 93725**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.312 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,752.81 | $1,755.88 |
|---|---|---|---|---|

**RANGEL, JESSE SHAWN**
**2258 N PROSPECT AVE**
**FRESNO, CA 93722**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.313 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,356.92 | $149.86 |
|---|---|---|---|---|

**RATTANAVONG, JAMES BOND**
**2426 E NORMAL AVE**
**FRESNO, CA 93703**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.314 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $188.26 | $0.00 |
|---|---|---|---|---|

**RAULS, EUGENE LORENZO**
**320 S MERIDIAN AVE**
**FRESNO, CA 93702**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

| 2.315 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,808.00** | **$3,274.08** |
|---|---|---|---|---|
| | **RAZO, RAYMUNDO**<br>**5606 E DAVIS AVE**<br>**LATON, CA 93242** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.316 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,261.20** | **$727.64** |
|---|---|---|---|---|
| | **REINHARDT, MAVIS J**<br>**2654 DENNIS AVENUE**<br>**CLOVIS, CA 93611** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.317 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,249.97** | **$766.81** |
|---|---|---|---|---|
| | **Rene Calderon Rivera**<br>**1501 AURAND CT**<br>**CORCORAN, CA 93212** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.318 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,298.39** | **$259.86** |
|---|---|---|---|---|
| | **REYES MARIN, MARIA T**<br>**3410 E OLIVE AVE**<br>**FRESNO, CA 93702** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Zacky & Sons Poultry, LLC | Case number (if known) | 2:18-bk-23361-RK |
| --- | --- | --- | --- |
| | Name | | |

| 2.319 | Priority creditor's name and mailing address **REYES, SAMUEL HERNANDEZ** **2457 W LANSING WAY** **FRESNO, CA 93705** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $2,179.41 | $249.11 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.320 | Priority creditor's name and mailing address **RICO, JESUS** **3739 E NEVADA** **FRESNO, CA 93702** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $3,070.09 | $410.76 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.321 | Priority creditor's name and mailing address **RIGHT, JOSHUA LAMAR** **1941 N GOLDEN STATE #102** **FRESNO, CA 93705** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $36.63 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.322 | Priority creditor's name and mailing address **RIOS, MARIA GUZMAN** **4728 EAST TURNER AVE** **FRESNO, CA 93702** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $2,400.27 | $16.77 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| Debtor | **Zacky & Sons Poultry, LLC** | | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|---|
| | Name | | | |

| 2.323 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,109.70 | $236.24 |
|---|---|---|---|---|

**RIPOYLA, JONATHAN M**
**4721 N BENGSTON**
**FRESNO, CA 93705**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.324 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,077.71 | $417.06 |
|---|---|---|---|---|

**Rita Alvarez**
**25259 SCAGGS-PO BOX 641**
**TRANQUILLITY, CA 93668**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.325 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,459.11 | $3,759.18 |
|---|---|---|---|---|

**RIVAS, SALVADOR**
**4350 E HARVARD**
**FRESNO, CA 93703**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.326 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,864.00 | $5,632.00 |
|---|---|---|---|---|

**RIVERA, ALFREDO BARRERA**
**714 ESTES AVE**
**CORCORAN, CA 93212**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

| 2.327 | Priority creditor's name and mailing address<br>**RIVERA, DAVID RAUL**<br>**2247 W DAKOTA AVE # 130**<br>**FRESNO, CA 93705** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,702.04 | $6.55 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.328 | Priority creditor's name and mailing address<br>**RIVERA, YAMILET**<br>**4794 E LIBERTY**<br>**FRESNO, CA 93702** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $581.15 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.329 | Priority creditor's name and mailing address<br>**Roberto Tejeda**<br>**9306 E GRAYSON**<br>**DENAIR, CA 95316** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,768.29 | $827.14 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.330 | Priority creditor's name and mailing address<br>**ROBLES, JESUS JOSE**<br>**1015 E PRINCETON AVE**<br>**FRESNO, CA 93704** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,641.25 | $117.35 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

| 2.331 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $265.96 | $41.31 |
|---|---|---|---|---|

**ROBLES, SANTIAGO ANTONIO**
**2240 S. CHERRY AVE**
**FRESNO, CA 93706**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.332 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,218.64 | $0.00 |
|---|---|---|---|---|

**ROCHA, MARIO**
**13039 QUINTO CT**
**CUTLER, CA 93615**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.333 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,213.76 | $827.14 |
|---|---|---|---|---|

**Rodolfo arredendo**
**9680 SHY STREET**
**GUSTINE, CA 95322**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.334 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,522.24 | $2,775.55 |
|---|---|---|---|---|

**RODRIGUEZ, IRMA**
**14566 W SAN JOAQUIN**
**KERMAN, CA 93630**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

| Debtor | **Zacky & Sons Poultry, LLC** | Case number *(if known)* | **2:18-bk-23361-RK** |
| --- | --- | --- | --- |
| | Name | | |

| 2.335 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,026.34 | $649.16 |
| --- | --- | --- | --- | --- |
| | **RODRIGUEZ, LOURDES** | *Check all that apply.* | | |
| | **2513 S HOLLY** | ☐ Contingent | | |
| | **FRESNO, CA 93706** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.336 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,334.89 | $1,095.57 |
| --- | --- | --- | --- | --- |
| | **RODRIGUEZ, MA ANGELES A** | *Check all that apply.* | | |
| | **2312 S ORINDA** | ☐ Contingent | | |
| | **FRESNO, CA 93721** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.337 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $155.90 | $0.00 |
| --- | --- | --- | --- | --- |
| | **ROMAN JR, RAUL** | *Check all that apply.* | | |
| | **263 G ST** | ☐ Contingent | | |
| | **FRESNO, CA 93706** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.338 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,356.19 | $807.78 |
| --- | --- | --- | --- | --- |
| | **ROSALES, IRENE F** | *Check all that apply.* | | |
| | **953 S 3RD ST** | ☐ Contingent | | |
| | **KERMAN, CA 93630** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | **Zacky & Sons Poultry, LLC** | | Case number *(if known)* | **2:18-bk-23361-RK** |
|---|---|---|---|---|
| | Name | | | |

| 2.339 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,133.12 | $291.52 |
|---|---|---|---|---|

**Rosalva Luque Flores**
**220 S MADERA AVE #16**
**KERMAN, CA 93630**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.340 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,891.36 | $2,483.91 |
|---|---|---|---|---|

**ROSE, WELDON LEE**
**4366 N HOLT**
**FRESNO, CA 93705**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.341 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,208.50 | $2,606.45 |
|---|---|---|---|---|

**RUELAS-BRAVO, EFREN**
**3710 W SAN JOSE AVE # 214**
**FRESNO, CA 93711**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.342 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,152.77 | $113.23 |
|---|---|---|---|---|

**RUIZ JR, RIGOBERTO**
**4380 W SAN JOSE ST #108**
**FRESNO, CA 93722**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

| 2.343 | Priority creditor's name and mailing address<br>**RUIZ, KRYSTAL M**<br>**1165 N DE WOLF AVE**<br>**FRESNO, CA 93737** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,232.96** | **$655.54** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.344 | Priority creditor's name and mailing address<br>**RUTH, ART**<br>**P.O. Box 2661**<br>**Clovis, CA 93613-2661** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$17,249.28** | **$10,830.91** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.345 | Priority creditor's name and mailing address<br>**SALAZAR-RODRIGUEZ, FAVIAN**<br>**2239 W CORNELL**<br>**FRESNO, CA 93705** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$9,898.15** | **$6,176.49** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.346 | Priority creditor's name and mailing address<br>**SALINAS, DANIEL SALINAS**<br>**1932 W HOMAN**<br>**FRESNO, CA 93705** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,021.11** | **$615.64** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Zacky & Sons Poultry, LLC** | | Case number (if known) | **2:18-bk-23361-RK** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 2.347 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,846.78 | $247.78 |
| --- | --- | --- | --- | --- |

**SALINAS, YSABEL RIOS**
**2615 N. MILLBROOK**
**FRESNO, CA 93703**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.348 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,623.84 | $2,139.06 |
| --- | --- | --- | --- | --- |

**SALINAS-FRIAS, JOSE MARIO**
**16469 YUCCA AVE**
**VICTORVILLE, CA 92395**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.349 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,028.30 | $288.91 |
| --- | --- | --- | --- | --- |

**SANCHEZ, LUPE**
**1330 W ALAMOS**
**FRESNO, CA 93705**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.350 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,000.72 | $1,515.94 |
| --- | --- | --- | --- | --- |

**SANCHEZ, MARCOS ENRIQUE**
**11910 PECOS ROAD**
**APPLE VALLEY, CA 92308**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

| 2.351 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,586.73 | $3,220.83 |
|---|---|---|---|---|
| | **SANDHU, SURJIT**<br>**2626 N JAMESON**<br>**FRESNO, CA 93723** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.352 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $37.96 | $0.00 |
|---|---|---|---|---|
| | **SANDOVAL, MIGUEL ANGEL**<br>**1010 S. THORNE AVE**<br>**FRESNO, CA 93706** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.353 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $874.73 | $0.00 |
|---|---|---|---|---|
| | **SANTANA, ANGELA M**<br>**865 W GETTYSBURG #707**<br>**CLOVIS, CA 93612** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.354 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,707.21 | $914.52 |
|---|---|---|---|---|
| | **SANTANA, ANTHONY PETE**<br>**865 W. GETTYSBURG APT 707**<br>**CLOVIS, CA 93612** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | Zacky & Sons Poultry, LLC | Case number (if known) | 2:18-bk-23361-RK |
|---|---|---|---|
| | Name | | |

| 2.355 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $98.40 | $0.00 |
|---|---|---|---|---|

**Santos Rueda**
**1058 N BRAWLEY AVE**
**FRESNO, CA 93722**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.356 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22,571.06 | $12,953.51 |
|---|---|---|---|---|

**SCARABELLO, TERI**
**10365 W.Kearney Blvd**
**Fresno, CA 93706**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.357 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $26,311.20 | $15,650.14 |
|---|---|---|---|---|

**SCHEIDT, MARVIN**
**Po Box 931**
**Fresno, CA 93714**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.358 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,123.36 | $8,787.08 |
|---|---|---|---|---|

**SCHEITRUM, WARD**
**6713 E. Amherst Avt**
**Fresno, CA 93727**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

---

**2.359** | Priority creditor's name and mailing address

**SCHMIDT, EVA**
**7854 N BAIN AVENUE**
**FRESNO, CA 93722**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,468.88    $1,985.38

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.360** | Priority creditor's name and mailing address

**SHELTON, KATHY L**
**6069 BELLOWS**
**SANGER, CA 93657**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,827.98    $1,931.09

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.361** | Priority creditor's name and mailing address

**SILSBY, KATHLEEN A**
**4670 E CAMBRIDGE AVE**
**FRESNO, CA 93703**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,537.58    $910.58

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.362** | Priority creditor's name and mailing address

**SIM, HELENA HOIYINCHING**
**1227 LONGVIEW DR**
**DIAMOND BAR, CA 91765**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$8,071.80    $4,972.81

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

| 2.363 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,963.63 | $738.68 |
|---|---|---|---|---|

**SIMPKINS, MICHAEL ANTHONY**
**310 W DAKOTA AVE # 210**
**FRESNO, CA 93705**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.364 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,142.67 | $239.52 |
|---|---|---|---|---|

**SINGH, LOVEDEEP**
**4626 W. PINE AVE**
**FRESNO, CA 93722**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.365 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,720.84 | $0.00 |
|---|---|---|---|---|

**SINGH, MAKHAN**
**155 S ARGYLE AVE #234**
**FRESNO, CA 93727**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.366 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $865.18 | $400.11 |
|---|---|---|---|---|

**SMITH, ROY LEE**
**5175 N FRESNO ST #231**
**FRESNO, CA 93710**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Zacky & Sons Poultry, LLC** | | Case number *(if known)* | **2:18-bk-23361-RK** |
|---|---|---|---|---|
| | Name | | | |

| 2.367 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,718.20** | **$1,405.02** |
|---|---|---|---|---|

**SOLIS, TERESA P**
**760 POTTLE AVE**
**FRESNO, CA 93706**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.368 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,600.06** | **$99.38** |
|---|---|---|---|---|

**SOTELO, MARIA BARAJAS**
**1905 E PONTIAC WAY #120**
**FRESNO, CA 93726**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.369 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,192.20** | **$186.49** |
|---|---|---|---|---|

**SOTO, ERIKA MEGAN**
**2074 N CECELIA AVE**
**FRESNO, CA 93722**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.370 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$36.63** | **$0.00** |
|---|---|---|---|---|

**SUSTAITA, ANGELA MARIE**
**1733 S. FIFTH ST**
**FRESNO, CA 93702**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Zacky & Sons Poultry, LLC** | | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|---|
| | Name | | | |

| 2.371 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,613.27 | $996.52 |
|---|---|---|---|---|

**THAO, KIA**
**1237 N 8TH ST #115**
**FRESNO, CA 93703**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.372 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $366.63 | $149.86 |
|---|---|---|---|---|

**THAO, LEE**
**4961 N RAISIN ST**
**BIOLA, CA 93606**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.373 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,001.89 | $602.72 |
|---|---|---|---|---|

**THOMAS, STEVEN**
**4851 N CEDAR APT 134**
**FRESNO, CA 93726**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.374 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,579.92 | $341.22 |
|---|---|---|---|---|

**THURSTON, CODY DONNELL**
**2102 MITCHELL AVE**
**SELMA, CA 93662**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Zacky & Sons Poultry, LLC** | Case number *(if known)* | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

| 2.375 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$10,594.40** | **$6,237.63** |
|---|---|---|---|---|

**THURSTON, JEFFERY D**
**1340 MERCED ST**
**SELMA, CA 93662**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.376 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,503.72** | **$456.06** |
|---|---|---|---|---|

**TINAJERO, ANGEL E**
**2991 SPENCER AVE**
**SANGER, CA 93657**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.377 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,262.41** | **$0.00** |
|---|---|---|---|---|

**TOMASZEWSKI, CORY DENNIS**
**5050 E. ASHLAN AVE # 116**
**FRESNO, CA 93727**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.378 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,232.98** | **$0.00** |
|---|---|---|---|---|

**TORRES, MARIA R**
**155 S ARGYLE #110**
**FRESNO, CA 93727**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

| 2.379 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,002.27 | $413.28 |
|---|---|---|---|---|

**TORRES-LANDIN, JUVENAL**
**131 WEST LEMON**
**FRESNO, CA 93706**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.380 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,144.55 | $1,043.02 |
|---|---|---|---|---|

**TREVINO III, RAYMOND**
**3518 E LOWE AVE**
**FRESNO, CA 93702**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.381 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $793.25 | $0.00 |
|---|---|---|---|---|

**TREVINO, MARIA ELENA**
**794 8TH STREET**
**ORANGE COVE, CA 93646**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.382 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $690.80 | $0.00 |
|---|---|---|---|---|

**TREVINO, RYAN MATTHEW W**
**2904 E BELLGRAVIA #15**
**FRESNO, CA 93721**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

| 2.383 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,252.16** | **$1,328.20** |
|---|---|---|---|---|

**TRUJILLO-CAMACHO, MANUEL**
**4830 E SIMPSON AVENUE**
**FRESNO, CA 93703**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.384 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,366.96** | **$0.00** |
|---|---|---|---|---|

**URIBE, ANDREA**
**144 W FEDORA**
**FRESNO, CA 93705**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.385 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,235.05** | **$3,326.18** |
|---|---|---|---|---|

**URIBE, MARIA ISIDRA**
**2533 W MCKINLEY SP #39**
**FRESNO, CA 93728**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.386 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,607.03** | **$3.32** |
|---|---|---|---|---|

**UY, SANTOMASSO**
**3165 W ASHCROFT AVE**
**FRESNO, CA 93722**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Zacky & Sons Poultry, LLC** | | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|---|
| | Name | | | |

| 2.387 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,155.67 | $470.81 |
|---|---|---|---|---|

**VALDENEGRO, GRACIELA C**
**2439 S PREUSS AVE**
**FRESNO, CA 93727**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.388 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,110.13 | $357.53 |
|---|---|---|---|---|

**VALDEZ DE MARQUEZ, LETICI**
**2624 E SAGINAW WAY**
**FRESNO, CA 93726**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.389 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $850.72 | $0.00 |
|---|---|---|---|---|

**VALDEZ ROSALES, JOSE D**
**2873 N WEST AVE**
**FRESNO, CA 93705**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.390 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,379.07 | $175.75 |
|---|---|---|---|---|

**VALDIVIA, FRIEDMAN J**
**5603 W FLORADORA AVE**
**FRESNO, CA 93722**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | Case number *(if known)* | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

| 2.391 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$8,039.47** | **$5,122.02** |
|---|---|---|---|---|

**VALENCIA, ALEX**
**2575 S WILLOW AVE SPC 57**
**FRESNO, CA 93725**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.392 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,652.95** | **$1,089.32** |
|---|---|---|---|---|

**VALENCIA, JEMIMA**
**2014 S. WOLTERS AVE**
**FRESNO, CA 93702**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.393 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$569.02** | **$0.00** |
|---|---|---|---|---|

**VALERO, VALENTINE**
**3272 E OLIVE AVE #202**
**FRESNO, CA 93703**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.394 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,385.40** | **$2,642.62** |
|---|---|---|---|---|

**VALLE, AUSENCIO N**
**12530 FIRST STREET**
**CUTLER, CA 93615**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

| 2.395 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $386.51 | $0.00 |
|---|---|---|---|---|

**VANG, GER**
**2650 MIAMI AVE**
**CLOVIS, CA 93611**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.396 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,442.50 | $0.00 |
|---|---|---|---|---|

**VANG, JAY**
**461 S DEARING #203**
**FRESNO, CA 93702**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.397 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,565.42 | $207.72 |
|---|---|---|---|---|

**VANG, KHOUA**
**4121 E PRINCETON AVE**
**FRESNO, CA 93703**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.398 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,402.07 | $1,057.77 |
|---|---|---|---|---|

**VANG, NAO HOUA**
**5072 E OSLIN AVE**
**FRESNO, CA 93727**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

---

**2.399** | Priority creditor's name and mailing address
**VANG, TENG**
**1453 N. ROWELL AVE**
**FRESNO, CA 93703**

As of the petition filing date, the claim is:                    **$2,782.65**    **$894.28**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:

Last 4 digits of account number                    Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)            ■ No
                                                   ☐ Yes

---

**2.400** | Priority creditor's name and mailing address
**VANG, YOUA**
**2368 MARTIN L KING # A**
**FRESNO, CA 93706**

As of the petition filing date, the claim is:                    **$1,842.49**    **$6.81**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:

Last 4 digits of account number                    Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)            ■ No
                                                   ☐ Yes

---

**2.401** | Priority creditor's name and mailing address
**VASQUEZ, LUCIA**
**250 S. CLOVIS AVE**
**FRESNO, CA 93727**

As of the petition filing date, the claim is:                    **$2,063.46**    **$357.53**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:

Last 4 digits of account number                    Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)            ■ No
                                                   ☐ Yes

---

**2.402** | Priority creditor's name and mailing address
**VELASCO, ROBERT**
**3429 EAST LIBERTY AVENUE**
**FRESNO, CA 93702**

As of the petition filing date, the claim is:                    **$4,789.72**    **$2,342.85**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:

Last 4 digits of account number                    Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)            ■ No
                                                   ☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

| 2.403 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$9,674.15** | **$4,041.88** |
|---|---|---|---|---|
| | **VENEGAS, JUAN**<br>**6533 W OLIVE**<br>**FRESNO, CA 93723** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.404 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,974.02** | **$3,074.98** |
|---|---|---|---|---|
| | **VERBURG, JOSHUA W R**<br>**2588 S BRAWLEY**<br>**FRESNO, CA 93706** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.405 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,911.80** | **$1,977.08** |
|---|---|---|---|---|
| | **VERDUZCO, DANIEL R**<br>**476 WEST SWIFT AVENUE**<br>**CLOVIS, CA 93612** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.406 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,536.04** | **$76.49** |
|---|---|---|---|---|
| | **Vicenta Rosasdemondragon**<br>**14230 W G STREET**<br>**KERMAN, CA 93630** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | Zacky & Sons Poultry, LLC | Case number (if known) | 2:18-bk-23361-RK |
|---|---|---|---|
| | Name | | |

| 2.407 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,871.28 | $368.80 |
|---|---|---|---|---|
| | **Victor Vargas Moreno** | Check all that apply. | | |
| | **1911 AZALEA STREET** | ☐ Contingent | | |
| | **CORCORAN, CA 93212** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.408 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,234.38 | $2,011.55 |
|---|---|---|---|---|
| | **VIDALES-BOLANOS, MARISOL** | Check all that apply. | | |
| | **3843 E HEATON AVE** | ☐ Contingent | | |
| | **FRESNO, CA 93702** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.409 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.17 | $0.00 |
|---|---|---|---|---|
| | **VILLA, FRANCISCO ODILON** | Check all that apply. | | |
| | **2345 E. OLIVE AVE** | ☐ Contingent | | |
| | **FRESNO, CA 93702** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.410 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,275.88 | $304.58 |
|---|---|---|---|---|
| | **VILLAGRAN, CLAUDIA LORENA** | Check all that apply. | | |
| | **PO BOX 602** | ☐ Contingent | | |
| | **SAN JOAQUIN, CA 93660** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | Zacky & Sons Poultry, LLC | Case number (if known) | 2:18-bk-23361-RK |
|---|---|---|---|
| | Name | | |

| 2.411 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,048.00** | **$4,982.79** |
|---|---|---|---|---|

**VONGSA, KHAMAI**
**2122 E SAWGRASS AVE**
**FRESNO, CA 93730**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.412 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$11,017.52** | **$6,150.36** |
|---|---|---|---|---|

**WILLIAMS, IRVIN D**
**2574 CHEROKEE CT**
**TURLOCK, CA 95380**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.413 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,206.37** | **$3,430.67** |
|---|---|---|---|---|

**WOODS, JACQUELINE D**
**553 E EL PASO #202**
**FRESNO, CA 93720**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.414 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,755.59** | **$3,144.31** |
|---|---|---|---|---|

**XIONG, LEE S**
**5252 E GEARY ST**
**FRESNO, CA 93727**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | | | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|---|---|
| | Name | | | | |

| 2.415 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,509.97 | $394.08 |
|---|---|---|---|---|
| | **XIONG, MAI VUE** | *Check all that apply.* | | |
| | **11295 E KINGS CANYON RD** | ☐ Contingent | | |
| | **SANGER, CA 93657** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.416 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,270.05 | $936.88 |
|---|---|---|---|---|
| | **XIONG, SUE** | *Check all that apply.* | | |
| | **4054 E DWIGHT WAY APT 109** | ☐ Contingent | | |
| | **FRESNO, CA 93702** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.417 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,140.68 | $523.82 |
|---|---|---|---|---|
| | **Yadira Barrera** | *Check all that apply.* | | |
| | **5012 BENTLEY RD.** | ☐ Contingent | | |
| | **OAKDALE, CA 95361** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.418 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,679.63 | $780.07 |
|---|---|---|---|---|
| | **YANEZ, ANGELICA** | *Check all that apply.* | | |
| | **1546 N. ROWELL AVE** | ☐ Contingent | | |
| | **FRESNO, CA 93703** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

| 2.419 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,680.26** | **$780.07** |
|---|---|---|---|---|
| | **YANEZ, TERESA** | *Check all that apply.* | | |
| | **1546 N. ROWELL AVE** | ☐ Contingent | | |
| | **FRESNO, CA 93703** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| 2.420 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,314.67** | **$981.21** |
|---|---|---|---|---|
| | **YANG, SOUA** | *Check all that apply.* | | |
| | **4121 E YALE AVE** | ☐ Contingent | | |
| | **FRESNO, CA 93703** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| 2.421 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,463.05** | **$163.41** |
|---|---|---|---|---|
| | **YANG, THAI** | *Check all that apply.* | | |
| | **2070 S. CHANCE AVE # 204** | ☐ Contingent | | |
| | **FRESNO, CA 93702** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| 2.422 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,227.33** | **$316.07** |
|---|---|---|---|---|
| | **YOUS, KOSAL** | *Check all that apply.* | | |
| | **4331 E HAMILTON #202** | ☐ Contingent | | |
| | **FRESNO, CA 93702** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

| 2.423 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$793.23** | **$0.00** |
|---|---|---|---|---|

**YZAGUIRRE, JOSE**
**3848 N. CHERYL AVE**
**FRESNO, CA 93705**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.424 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,363.44** | **$2,672.44** |
|---|---|---|---|---|

**ZACKY, JOE**
**29097 Bonneyview Rd**
**Tollhouse, CA 93667-9744**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.425 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$13,307.35** | **$5,064.35** |
|---|---|---|---|---|

**ZACKY, LEO**
**1010 Moraga Drive**
**Los Angeles, CA 90049**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.426 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$41,629.44** | **$26,139.34** |
|---|---|---|---|---|

**ZACKY, LILLIAN**
**1010 Moraga Drive**
**Los Angeles, CA 90049**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Zacky & Sons Poultry, LLC** | | Case number *(if known)* | **2:18-bk-23361-RK** |
|---|---|---|---|---|
| | Name | | | |

| 2.427 | Priority creditor's name and mailing address **ZACKY, SCOTT** **1482 E. Valley Road, Suite 718** **Santa Barbara, CA 93108** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$64,615.68** | **$40,572.52** |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| 2.428 | Priority creditor's name and mailing address **ZAMBRANO, ELIZABETH** **417 NORTH FRUIT AVE** **FRESNO, CA 93706** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$3,378.34** | **$1,109.74** |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| 2.429 | Priority creditor's name and mailing address **ZAMUDIO-ISLAS, GABRIEL** **149 N CALAVERAS** **FRESNO, CA 93701** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$10,814.48** | **$7,605.62** |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| 2.430 | Priority creditor's name and mailing address **ZAPATA, GERARDO EMILIO** **4508 E WASHINGTON** **FRESNO, CA 93702** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$907.76** | **$84.07** |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

| 2.431 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,325.92 | $629.80 |
|---|---|---|---|---|

**ZAPATA, RAMIRO SAUL**
**2515 N FIRST**
**FRESNO, CA 93703**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.432 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,025.67 | $6.81 |
|---|---|---|---|---|

**ZUNIGA, SILVIA RIOS**
**522 S.CEDAR AVE #8**
**FRESNO, CA 93702**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85,150.40 |
|---|---|---|---|

**15956 S. EAST AVE, CARUTHERS LLC**

**149 S. BARRINGTON AVE #720**
**LOS ANGELES, CA 90049**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease**

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,674.52 |
|---|---|---|---|

**18606 LORDS ROAD, HELENDALE LLC**
**1010 MORAGA DRIVE**
**LOS ANGELES, CA 90049**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease**

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,525.00 |
|---|---|---|---|

**1ST SOURCE HEALTH &**
**SAFETY TRAINING SERVICES**
**PO BOX 911241**
**LOS ANGELES, CA 90091**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|---|
| | Name | | | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **1WORLDSYNC, INC**<br>**DEPARTMENT 781341**<br>**PO BOX 78000**<br>**DETROIT, MI 48278** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,646.01 |
|---|---|---|---|
| | **20115 DEL ORO ROAD,**<br>**APPLE VALLEY, LLC**<br>**1010 MORAGA DRIVE**<br>**LOS ANGELES, CA 90049** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **2290TAX.COM**<br>**540 E. FOOTHILL BLVD #100G**<br>**SAN DIMAS, CA 91773-1251** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **3M COMPANY**<br>**PO BOX 844127**<br>**DALLAS, TX 75284** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,880.21 |
|---|---|---|---|
| | **7915 DEEP CREEK ROAD,**<br>**APPLE VALLEY I, LLC**<br>**1010 MORAGA DRIVE**<br>**LOS ANGELES, CA 90049** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Lease** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,224.30 |
|---|---|---|---|
| | **8020 CONSULTING LLC**<br>**6303 OWENSMOUTH AVE., 10TH FL.**<br>**WOODLAND HILLS, CA 91367** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **A & A PORTABLES, INC.**<br>**201 ROSCOE ROAD**<br>**MODESTO, CA 95357-1828** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,866.25 |
|---|---|---|---|

**AAA QUALITY SERVICES INC.**
**P.O. BOX 535**
**FARMERSVILLE, CA 93223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,380.00 |
|---|---|---|---|

**AAA TRUCK WASH LLC**
**11 W.15TH STREET**
**MERCED, CA 95340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $369,866.35 |
|---|---|---|---|

**AB AG SERVICE INC.**
**2020 S EAST AVE**
**FRESNO, CA 93721**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,477.23 |
|---|---|---|---|

**AB AG SERVICES**
**2020 S EAST AVE**
**FRESNO, CA 93721**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ABC Interpreting**
**PO Box 26510**
**Fresno, CA 93729**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,185.51 |
|---|---|---|---|

**AC PALLETS, INC.**
**2959 S. ELM AVE**
**FRESNO, CA 93706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,995.00 |
|---|---|---|---|

**ACCESS INDUSTRIAL**
**AUTOMATION, INC.**
**1990 FOUNDRY COURT**
**CERES, CA 95307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Zacky & Sons Poultry, LLC | Case number (if known) | 2:18-bk-23361-RK |
|---|---|---|---|
| | Name | | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Acclamation Ins Management Services**
**Ms. Jennifer Dutra**
**P.O. Box 28100**
**Fresno, CA 93729**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $87,368.12 |
|---|---|---|---|

**ACCLAMATION INS MGMT**
**SERVICES INC**
**10445 OLD PLACERVILLE RD**
**SACRAMENTO, CA 95827**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ACCOUNTEMPS**
**5250 N. PALM AVE #305**
**FRESNO, CA 93704**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ACE CASH EXPRESS**
**2425 E. MCKINLEY AVENUE**
**FRESNO, CA 93703**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $315.29 |
|---|---|---|---|

**ADP, LLC**
**5355 ORANGETHORPE AVE.**
**LA PALMA, CA 90623**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $487.24 |
|---|---|---|---|

**ADVANCE DISPOSAL CO. INC.**
**P.O. BOX 400725**
**HESPERIA, CA 92340-0097**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,897.88 |
|---|---|---|---|

**ADVANCED CHEMICAL**
**TRANSPORT INC**
**265 RIGGS AVENUE**
**MERCED, CA 95341**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AEI CONSULTANTS**
**2500 CAMINO DIABLO**
**WALNUT CREEK, CA 94597**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AFCO**
**5600 N. RIVER ROAD #400**
**ROSEMONT, IL 60018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $126.33 |
|---|---|---|---|

**AFFINITY TRUCK CENTER**
**2707 S. EAST AVE**
**FRESNO, CA 93725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AIMS**
**Ms. Jennifer Dutra**
**PO Box 28100**
**Fresno, CA 93729**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $18,464.10 |
|---|---|---|---|

**AIRGAS USA, LLC**
**2320 E. CHURCH AVE**
**FRESNO, CA 91109-7423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AIRGAS USA, LLC**
**17052 SEQUOIA AVE.**
**HESPERIA, CA 91109-7423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $67,068.98 |
|---|---|---|---|

**AIRGAS USA, LLC**
**PO BOX 7423**
**PASADENA, CA 91109-7423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

---

**3.32**

Nonpriority creditor's name and mailing address

**AIRTECH VACUUM**
**42 DIGITAL DRIVE #9**
**NOVATO, CA 94949**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.33**

Nonpriority creditor's name and mailing address

**ALBERT'S MOBILE REPAIR**
**21150 MINNETONKA RD**
**APPLE VALLEY, CA 92308**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,790.00**

---

**3.34**

Nonpriority creditor's name and mailing address

**ALERT-O-LITE**
**2379 S. 'G' STREET**
**P.O. BOX 12224**
**FRESNO, CA 93777-2224**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$952.66**

---

**3.35**

Nonpriority creditor's name and mailing address

**ALHAMBRA**
**6750 DISCOVERY BLVD**
**MABLETON, GA 30126**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$40.49**

---

**3.36**

Nonpriority creditor's name and mailing address

**ALKAR-RAPID PAK, INC.**
**135 S. LASALLE, DEPT 4012**
**CHICAGO, IL 60674**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$12,535.38**

---

**3.37**

Nonpriority creditor's name and mailing address

**ALL FIRE PROTECTION**
**SERVICE, INC**
**2339 W. HAMMER LANE, STE C180**
**STOCKTON, CA 95209**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$874.00**

---

**3.38**

Nonpriority creditor's name and mailing address

**ALL VALLEY ENVIRONMENTAL**
**P.O. BOX 11006**
**FRESNO, CA 93771**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$7,500.00**

---

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| 3.39 | **ALL-PHASE ELECTRIC SUPPLY**<br>**1359 E STREET**<br>**FRESNO, CA 93706** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| 3.40 | **Alliance Surgery Center**<br>**1725 Pacific Ave.**<br>**Long Beach, CA 90813-2000** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37.33 |
|---|---|---|---|
| 3.41 | **ALLIED ELECTRIC**<br>**4690 E JENSEN AVE**<br>**FRESNO, CA 93725** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| 3.42 | **ALLIED UNIVERSAL SECURITY**<br>**SERVICES**<br>**P.O. BOX 31001-2374**<br>**PASADENA, CA 91110-2374** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,200.00 |
|---|---|---|---|
| 3.43 | **ALPHA INC.**<br>**P.O. BOX 2939**<br>**TURLOCK, CA 95381** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $323.21 |
|---|---|---|---|
| 3.44 | **AM & PM PLUMBING ROOTER**<br>**1383 N. ABBY**<br>**FRESNO, CA 93703** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| 3.45 | **AM&PM PLUMBING ROOTER**<br>**1383 N. ABBY**<br>**FRESNO, CA 93703** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Zacky & Sons Poultry, LLC | Case number (if known) | 2:18-bk-23361-RK |
|---|---|---|---|
| | Name | | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,153.02 |
|---|---|---|---|

**AMERICAN COMPACTOR EQUIP SALES**
PO BOX 2459
CLOVIS, CA 93619

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $670,700.00 |
|---|---|---|---|

**AMERICAN HUNTSMAN, LLC**
1010 MORAGA DRIVE
LOS ANGELES, CA 90049

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease**

Is the claim subject to offset? ■ No ☐ Yes

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,121.26 |
|---|---|---|---|

**AMERICAN PRESS**
3685 W. GETTYSBURG AVE.
SUITE 102
FRESNO, CA 93722

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,100.00 |
|---|---|---|---|

**AMERICAN PROFICIENCY GROUP INC**
1159 BUSINESS PARK DRIVE
TRAVERSE CITY, MI 49686

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $148,400.00 |
|---|---|---|---|

**AMERICAN SURVEYING & MAPPING, INC.**
3191 MAGUIRE BLVD., STE 200
ORLANDO, FL 32803

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,075.21 |
|---|---|---|---|

**AMERICAN SYSTEMS CONTROLS AND INTEGRATION, INC.**
510 GREGER ST
OAKDALE, CA 95361

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AMERIGAS**
P.O. BOX 7155
PASADENA, CA 91109-7155

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $183.02 |
|---|---|---|---|

**AMFEC**
**21040 FORBES ST.**
**HAYWARD, CA 94545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANGLIA AUTOFLOW, LTD**
**WORTHAM LING, DISS, NORFOLK**
**IP22, 1SR**
**ENGLAND IP22,1SR**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANYWAY LOGISTICS, INC**
**3021 S. GOLDEN STATE**
**FRESNO, CA 93725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**APEX INVESTIGATION SVCS**
**2424 K STREET**
**SACRAMENTO, CA 95816**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,645.00 |
|---|---|---|---|

**APOLLO MEDICAL**
**PO BOX 748**
**CLOVIS, CA 93613-0748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88,753.50 |
|---|---|---|---|

**APPLIED INDUSTRIAL TECH.**
**3190 S. BAGLEY AVE.**
**FRESNO, CA 91189-0538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,961.86 |
|---|---|---|---|

**APPLIED INDUSTRIAL TECH.**
**202 VAL DERVIN PARKWAY**
**STOCKTON, CA 95206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

---

**3.60**

**Nonpriority creditor's name and mailing address**

**ARCHIMEDES HYDRAULIC SERV
7820 ANDERSON STREET
LOT 703
VALLEY SPRINGS, CA 95252-8525**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,943.01**

---

**3.61**

**Nonpriority creditor's name and mailing address**

**ARCTIC GLACIER USA
2003 S. CHERRY AVE
FRESNO, CA 93721**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.62**

**Nonpriority creditor's name and mailing address**

**ARIES TEK LLC
2050 E. FREMONT ST
SUITE B
STOCKTON, CA 95205**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.63**

**Nonpriority creditor's name and mailing address**

**ASCEND SHIPPING SERVICES
1799 BAYSHORE HWY.
SUITE 127
BURLINGAME, CA 94010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.64**

**Nonpriority creditor's name and mailing address**

**ASSOCIATED BAG COMPANY
400 W. BODEN ST.
MILWAUKEE, WI 53207**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.65**

**Nonpriority creditor's name and mailing address**

**ASSOCIATED COMPRESSOR &
EQUIPMENT INC
P.O. BOX 2716
FRESNO, CA 93745**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$12,175.34**

---

**3.66**

**Nonpriority creditor's name and mailing address**

**ASSOCIATED DESIGN &
ENGINEERING
351 W. CROMWELL AVE., STE 108
FRESNO, CA 93711**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Zacky & Sons Poultry, LLC** | Case number *(if known)* | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,943.34** |
|---|---|---|---|

**AT&T**
**P.O. BOX 5025**
**CAROL STREAM, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**AT&T**
**P.O. BOX 105068**
**ATLANTA, GA 30348**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,911.00** |
|---|---|---|---|

**AT&T**
**P.O. BOX 5019**
**CAROL STREAM, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$595.66** |
|---|---|---|---|

**AT&T LONG DISTANCE**
**P.O. BOX 5017**
**CAROL STREAM, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$272.41** |
|---|---|---|---|

**AT&T LONG DISTANCE**
**P.O. BOX 5025**
**CAROL STREAM, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,176.78** |
|---|---|---|---|

**AT&T MOBILITY**
**NATIONAL BUSINESS SERV.**
**P.O. BOX 9004**
**CAROL STREAM, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,308.24** |
|---|---|---|---|

**AT&T PAYMENT CENTER**
**P.O. BOX 5025**
**CAROL STREAM, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Zacky & Sons Poultry, LLC | Case number (if known) | 2:18-bk-23361-RK |
|--------|---------------------------|------------------------|------------------|
|        | Name                      |                        |                  |

---

**3.74** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,798.21**

**ATLAS COPCO USA HOLDINGS**
**ATLAS COPCO COMPRESSORS**
**48434 MILMONT DRIVE**
**FREMONT, CA 94538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$42.00**

**ATOMIC ENERGY INDUSTRIAL**
**LABORATORIES**
**9315 KIRBY DRIVE**
**HOUSTON, TX 77054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$510.21**

**AVCO DISPOSAL INC**
**BURRTEC WASTE INDUSTRIES**
**17080 STODDARD WELLS RD**
**VICTORVILLE, CA 92394**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$310.48**

**AXCO ADHESIVE**
**SYSTEMS CO., INC.**
**2401 EASTMAN AVE #27**
**OXNARD, CA 93030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.78** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,950.00**

**AZAM, MOHAMMAD DR.**
**5137 DOVERTON DRIVE**
**STOCKTON, CA 95219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.79** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$170.00**

**B & A RAMOS CONTRACT**
**4059 E BUTLER AVE**
**FRESNO, CA 93702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.80** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**BAADER-LINCO INC.**
**2955 FAIRFAX TRAFFICWAY**
**KANSAS CITY, KS 66115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|---|
| | Name | | | |

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,099.00 |
|---|---|---|---|

**BAKER COMMODITIES INC**
**16801 W. JENSEN AVE.**
**KERMAN, CA 93630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60,526.62 |
|---|---|---|---|

**BAKER PETERSON & FRANKLI**
**CPA LLP**
**970 W ALLUVIAL, STE 101**
**FRESNO, CA 93711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,496.41 |
|---|---|---|---|

**BANKDIRECT CAPITAL FINANCE**
**TWO CONWAY PARK**
**150 N FIELD DRIVE #190**
**LAKE FOREST, IL 60045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $721.48 |
|---|---|---|---|

**BARTELL REFRIGERATION**
**AMERICAN INCORPORATED**
**1345 N. AMERICAN STREET**
**VISALIA, CA 93291**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BARTON OVERHEAD DOOR**
**1132 N. CARPENTER ROAD**
**MODESTO, CA 95351**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,900.00 |
|---|---|---|---|

**BATORY FOODS**
**1700 E. HIGGINS RD**
**SUITE 300**
**DES PLAINES, IL 60018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BAXTER DUNN, SHERIFF**
**SAN JOAQUIN COUNTY**
**7000 S. MICHAEL CANUS**
**FRENCH CAMP, CA 95231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,218.50 |
|---|---|---|---|

**BAYLOR SERVICES INC**
**P.O. BOX 499**
**LOCKEFORD, CA 95237-0499**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BEESON,HOFFMAN &**
**SIDDALL, INC.**
**500 CENTRAL AVE-#325**
**GLENDALE, CA 91203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $51.93 |
|---|---|---|---|

**BELL-MARK CORP**
**PO BOX 2007**
**PINE BROOK, NJ 07058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Berry Smith & Bartell**
**Wm. Todd Berry**
**6715 N. Palm Ave., Suite 214**
**Fresno, CA 93704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,870.08 |
|---|---|---|---|

**BEST WEIGH SCALE CO. INC.**
**2728 N. SUNNYSIDE, #101**
**FRESNO, CA 93727**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,568.67 |
|---|---|---|---|

**BETTCHER INDUSTRIES INC**
**P.O. BOX 336**
**VERMILION, OH 44089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $719.60 |
|---|---|---|---|

**BIG SAVER**
**4260 CHARTER STREET**
**VERNON, CA 90058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

---

**3.95** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,476.15**

**BIO-MERIEUX VITEK INC.**
**595 ANGLUM DRIVE**
**HAZELWOOD, MO 63042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.96** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**BIRD-IN-HAND FARMS INC.**
**1708 COLUMBIA AVE.**
**LANCASTER, PA 17603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.97** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,533.00**

**BLAND, MARK C**
**DVM & MS**
**3562 JOMAR DRIVE**
**NAPA, CA 94558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,245.71**

**BLUELINE RENTAL LLC**
**2670 S. EAST AVE**
**FRESNO, CA 93703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.99** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,901.03**

**BN RANCH**
**3151 REGATTA AVE #D-40**
**RICHMOND, CA 94804-6411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**BOGIE'S PUMP SYSTEMS**
**4916 E. ASHLAN AVE.**
**FRESNO, CA 93726**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,506.02**

**BORGA INC.**
**300 W. PEACH ST.**
**P.O. BOX 35**
**FOWLER, CA 93625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**BOY SCOUTS OF AMERICA**
**ORANGE COUNTY COUNCIL, IN**
**1211 E. DYER RD**
**SANTA ANA, CA 92705-5605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,828.52** |
|---|---|---|---|

**BPS SUPPLY GROUP**
**4620 EAST VINE AVE**
**FRESNO, CA 90060-0006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**BRIGHT COOP COMPANY**
**803 W. SEALE STREET**
**NACOGDOCHES, TX 75964**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**BRUNING, ROBERT C.**
**EXPENSE REPORT**
**3335 E. FIRST STREET**
**LONG BEACH, CA 90803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$79.41** |
|---|---|---|---|

**BRUNING, ROBERT C.**
**CONSULTING**
**3335 E. FIRST STREET**
**LONG BEACH, CA 90803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**BSK ANALYTICAL**
**LABORATORIES**
**1414 STANISLAUS STREET**
**FRESNO, CA 93706-1623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,253.62** |
|---|---|---|---|

**BUCKEYE BUSINESS PRODUCTS**
**3830 KELLEY AVE**
**CLEVELAND, OH 44114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

---

**3.109** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5.29**

**BUNZL PROCESSOR DIVISION**
**12246 COLLECTION CNTR DR.**
**CHICAGO, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.110** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,499.20**

**BUY LOW MARKET**
**522 E. VERMONT AVE**
**ANAHEIM, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.111** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,842.36**

**C A H F S**
**CA ANIMAL HEALTH & FOOD SAFETY**
**P.O. BOX 1770**
**DAVIS, CA 95616**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.112** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**CA EXECUTIVE PROTECTION**
**1951 N. GATEWAY BLVD**
**SUITE 106**
**FRESNO, CA 93727**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.113** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**CALDERON, ALVARO**
**2210 SANDY STREET**
**CARUTHERS, CA 93609**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.114** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**CALIF. DEPT. OF PUBLIC**
**HEALTH FOOD & DRUG**
**POB 997435, CASHIER MS 7602**
**SACRAMENTO, CA 95899-7435**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.115** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**CALIFORNIA AIR RESOURCES**
**BOARD COMPLIANCE DIVISION**
**P.O. BOX 1436**
**SACRAMENTO, CA 95812**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CALIFORNIA BOILER**
**7341 W. GOSHEN AVE**
**VISALIA, CA 93291**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CALIFORNIA CHECK CASHING**
**STORE**
**330 EAST BULLARD AVE**
**FRESNO, CA 93710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CALIFORNIA DEPARTMENT OF**
**TAX & FEE ADMINISTRATION**
**PO BOX 942879**
**SACRAMENTO, CA 94279-6001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CALIFORNIA GROCER'S ASSOC**
**EDUCATIONAL FOUNDATION**
**1215 K. STREET, SUITE 700**
**SACRAMENTO, CA 95814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,055.16 |
|---|---|---|---|

**CALIFORNIA INDUSTRIAL**
**RUBBER CO.**
**2539 S. CHERRY AVE.**
**FRESNO, CA 93706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,412.91 |
|---|---|---|---|

**CALIFORNIA POULTRY**
**FEDERATION**
**4640 SPYRES WAY SUITE 4**
**MODESTO, CA 95356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CALIFORNIA POULTRY HEALTH**
**4640 SPYRES WAY, SUITE 4**
**MODESTO, CA 95356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Zacky & Sons Poultry, LLC** | Case number *(if known)* | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,847.24** |
|---|---|---|---|

**CALIFORNIA POULTRY INDUST FEDERATION**
**4640 SPYRES WAY, SUITE 4**
**MODESTO, CA 95356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,961.14** |
|---|---|---|---|

**CALIFORNIA WATER SERVICE**
**P.O. BOX 940001**
**SAN JOSE, CA 95194-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$72,126.59** |
|---|---|---|---|

**CALIFORNIA WOOD SHAVINGS**
**4560 SKYWAY DRIVE**
**OLIVEHURST, CA 95961**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$167.42** |
|---|---|---|---|

**CANTRELL**
**P.O. BOX 757**
**GAINSVILLE, GA 30503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CAPITOL COLLECTIONS LLC**
**PO BOX 289**
**FRESNO, CA 93708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**CAPLINKED, INC.**
**3770 HIGHLAND AVE #101**
**MANHATTAN BEACH, CA 90266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,592.00** |
|---|---|---|---|

**CARDENAS MARKETS**
**2501 E. GUASTI RD,**
**ONTARIO, CA 91761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | | Case number *(if known)* | **2:18-bk-23361-RK** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,000.00** |
|---|---|---|---|

**CAREERBUILDER.COM**
**13047 COLLECTION CENTER**
**CHICAGO, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00** |
|---|---|---|---|

**CAREERSINFOOD.COM**
**710 W. SUNSHINE**
**SUITE 110**
**SPRINGFIELD, MO 65804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,357.84** |
|---|---|---|---|

**CARGILL INCORPORATED**
**9380 EXCELSIOR BLVD**
**HOPKINS, MN 55343**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$275,004.07** |
|---|---|---|---|

**CARGILL MEAT SOLUTIONS**
**CORPORATION**
**151 N. MAIN STREET**
**WICHITA, KS 67202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CARGO BARN**
**2109 W. BULLARD**
**SUITE 101**
**FRESNO, CA 93711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Carlos Calles**
**268 N. Poplar Avenue**
**Fresno, CA 93701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CARLTON INDUSTRIES INC.**
**P.O. BOX 280**
**LA GRANGE, TX 78945**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | | Case number *(if known)* | **2:18-bk-23361-RK** |
|---|---|---|---|---|
| | Name | | | |

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$478,129.74** |
|---|---|---|---|
| | **CASCADE SPECIALTY PROD GRP** | ☐ Contingent | |
| | **404 MARIE-VICTORIN** | ☐ Unliquidated | |
| | **KINGSEY FALLS, QUEBEC** | ☐ Disputed | |
| | **CANADA J0A 1** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$702.75** |
|---|---|---|---|
| | **CASCO EQUIPMENT** | ☐ Contingent | |
| | **CORPORATION** | ☐ Unliquidated | |
| | **1400 ENTERPRISE BLVD. #40** | ☐ Disputed | |
| | **WEST SACRAMENTO, CA 95691** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,284.80** |
|---|---|---|---|
| | **CASH & CARRY** | ☐ Contingent | |
| | **SMART FOODSERVICE** | ☐ Unliquidated | |
| | **P.O. BOX 22008** | ☐ Disputed | |
| | **PORTLAND, OR 97269** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00** |
|---|---|---|---|
| | **CCEJ/CALIFORNIA CONF.** | ☐ Contingent | |
| | **FOR EQUALITY & JUSTICE** | ☐ Unliquidated | |
| | **3711 LONG BEACH BLVD #1017** | ☐ Disputed | |
| | **LONG BEACH, CA 90807** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **CCH INCORPORATED** | ☐ Contingent | |
| | **P.O. BOX 4307** | ☐ Unliquidated | |
| | **CAROL STREAM, IL 60197** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **CDFA 90361** | ☐ Contingent | |
| | **DEPT OF FOOD& AGRICULTURE** | ☐ Unliquidated | |
| | **P.O. BOX 942872** | ☐ Disputed | |
| | **SACRAMENTO, CA 94271-2872** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **CDFA ORGANIC PRGRAM 41110** | ☐ Contingent | |
| | **P.O. BOX 942872** | ☐ Unliquidated | |
| | **SACRAMENTO, CA 94271-2872** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Zacky & Sons Poultry, LLC | Case number (if known) | 2:18-bk-23361-RK |
|---|---|---|---|
| | Name | | |

---

**3.144** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,908.86**

**CDW COMPUTER CENTERS, INC**
**P.O.BOX 75723**
**CHICAGO, IL 60675**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.145** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**CENTER FOR HEARING HEALTH**
**2945 BELL RD. #122**
**AUBURN, CA 95603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.146** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,651.10**

**CENTRAL CALIFORNIA EHS**
**6368 N. FIGARDEN DRIVE**
**SUITE 104**
**FRESNO, CA 93722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.147** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,445.18**

**CENTRAL PALLETS**
**1881 E. MARKET STREET**
**STOCKTON, CA 95206-5673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.148** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,102.89**

**CENTRAL SANITARY SUPPLY**
**416 N. 9TH ST**
**MODESTO, CA 95350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.149** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**CENTRAL SUPPLY CO.**
**P.O. BOX 1085**
**FRESNO, CA 93714-1085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.150** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$166,947.58**

**CENTRAL VALLEY TRAILER**
**REPAIR**
**P.O. BOX 12427**
**FRESNO, CA 93777**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | Case number *(if known)* | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

---

| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$44,010.00** |
|---|---|---|---|

**CES CLEANING CNTRCTR, LLC**
**1448 N. SHAW ROAD**
**STOCKTON, CA 95215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CFX INC**
**P.O. BOX 8466**
**FRESNO, CA 93747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CHARM SCIENCES INC.**
**659 ANDOVER ST.**
**LAWRENCE, MA 01843-1032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35.42** |
|---|---|---|---|

**CHASE CHEVROLET GEO**
**P.O. BOX 8349**
**STOCKTON, CA 95208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$164.51** |
|---|---|---|---|

**CHEMICAL WASTE**
**MANAGEMENT, INC.**
**P. O. BOX 471**
**KETTLEMAN CITY, CA 90054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$145,978.17** |
|---|---|---|---|

**CHEMSTATION**
**1448 N. SHAW ROAD**
**STOCKTON, CA 95215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$368.96** |
|---|---|---|---|

**CHICKMASTER INCUBATOR CO.**
**P.O. BOX 704**
**MEDINA, OH 44258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Zacky & Sons Poultry, LLC | | Case number (if known) | 2:18-bk-23361-RK |
|---|---|---|---|---|
| | Name | | | |

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **CHIPPONERI, TIM**<br>**6189 N. HULTBERG RD**<br>**HILMAR, CA 95324** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **CHOPTANK TRANSPORT, INC.**<br>**3601 CHOPTANK ROAD**<br>**PRESTON, MD 21655** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **CIRCLE SIX**<br>**3105 E. VENTURA AVE**<br>**FRESNO, CA 93702** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **CISCO AIR SYSTEMS**<br>**214 27TH ST.**<br>**SACRAMENTO, CA 95816** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $160,550.93 |
|---|---|---|---|
| | **CITY OF FRESNO**<br>**UTILITIES**<br>**P.O. BOX 2069**<br>**FRESNO, CA 93764** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **CITY OF FRESNO**<br>**BUSINESS TAX**<br>**P.O. BOX 45017**<br>**FRESNO, CA 93718-5017** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,392.10 |
|---|---|---|---|
| | **CITY OF KERMAN**<br>**850 S. MADERA**<br>**KERMAN, CA 93630** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,325.09 |
|---|---|---|---|

**CITY OF STOCKTON**
**FINANCE DEPARTMENT**
**425 N. EL DORADO ST.**
**STOCKTON, CA 95202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,027.21 |
|---|---|---|---|

**CITY OF STOCKTON**
**P.O. BOX 1571**
**STOCKTON, CA 95201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,236.26 |
|---|---|---|---|

**CITY OF STOCKTON**
**425 EL DORADO STREET**
**STOCKTON, CA 95202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CITY OF VERNON**
**4305 SANTA FE AVE.**
**VERNON, CA 90058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,739.98 |
|---|---|---|---|

**CITY WASH LLC**
**3451 W. SHAW AVE**
**SUITE 105**
**FRESNO, CA 93711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $453.72 |
|---|---|---|---|

**CITY/BULLDOG/YELLOW/**
**CHECKER CAB COMPANY**
**1356 N. ABBY STREET**
**FRESNO, CA 93703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CLAY LACY AVIATION, INC.**
**7435 VALJEAN AVE**
**VAN NUYS, CA 91406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

---

**3.172** | Nonpriority creditor's name and mailing address

**CLEAR VIEW ENTERPRISES**
**451 AGNES DRIVE**
**P.O. BOX 1330**
**TONTITOWN, AR 72770**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                          **$1,036.87**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.173** | Nonpriority creditor's name and mailing address

**CMI**
**CHOUINARD & MYHRE, INC**
**P.O. BOX 636**
**COTATI, CA 94931**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.174** | Nonpriority creditor's name and mailing address

**CMS, INC**
**PO BOX 751011**
**CHARLOTTE, NC 28275**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                          **$2,069.28**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.175** | Nonpriority creditor's name and mailing address

**COAST PACKAGING**
**PO BOX 248**
**MIRA LOMA, CA 91752**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.176** | Nonpriority creditor's name and mailing address

**COAST TO COAST BUSINESS**
**EQUIPMENT, INC.**
**8 VANDERBILT, P.O. BOX 57077**
**IRVINE, CA 92619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.177** | Nonpriority creditor's name and mailing address

**COAST TO COAST EXPRESS**
**4460 W. SHAW #588**
**FRESNO, CA 93722**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.178** | Nonpriority creditor's name and mailing address

**COCHRAN CONSTRUCTION**
**7315 S. KINGS RIVER ROAD**
**PARLIER, CA 93648**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                          **$1,671.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,266.44** |
|---|---|---|---|

**COKER PUMP
AND EQUIPMENT
1055 THIRD ST.
OAKLAND, CA 94607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**COLBECK CAPITAL
MANAGEMENT
515 S. FLOWER STREET
LOS ANGELES, CA 90071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.181 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Cole, Fisher, Cole & O'Keefe
Rachel Mahoney, Esq.
PO Box 391
Fresno, CA 93708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.182 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,274.17** |
|---|---|---|---|

**COMDATA
P.O. BOX #500544
ST. LOUIS, MO 63150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.183 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,350.09** |
|---|---|---|---|

**COMPUTERWAY
2700 WESTCHESTER DRIVE
HIGH POINT, NC 27262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.184 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$224.05** |
|---|---|---|---|

**CONTROLCO
210 VAN NESS ST.
FRESNO, CA 93701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.185 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**COOPER CONTROLS, INC.
3233 LANCE DRIVE
SUITE B
STOCKTON, CA 95205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,400.39 |

**COUNTRY WIDE BLDG MTRL'S**
**19 FRESNO STREET**
**FRESNO, CA 93706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**COUNTY OF FRESNO**
**TREASURER**
**1730 S. MAPLE**
**FRESNO, CA 93702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**COUNTY OF KINGS**
**ENVIRONMENTAL HEALTH**
**330 CAMPUS DRIVE**
**HANFORD, CA 93230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**COURT ORDERED DEBT.**
**COLLECTIONS, CALIF. - FTB**
**P.O. BOX 1328**
**RANCHO CORDOVA, CA 95741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**CR ENGLAND, INC.**
**4701 WEST 2100 SOUTH**
**SALT LAKE CITY, UT 84120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**CREDITSAFE USA INC**
**4635 CRACKERSPORT RD**
**ALLENTOWN, PA 18104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**CRESCO RESTAURANT EQUIPME**
**SUPPLY**
**2018 SOUTH VAN NESS AVENU**
**FRESNO, CA 93721**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Zacky & Sons Poultry, LLC | Case number (if known) | 2:18-bk-23361-RK |
|---|---|---|---|
| | Name | | |

---

**3.193** Nonpriority creditor's name and mailing address

CROMER EQUIPMENT
WAREHOUSE SYSTEMS
PO BOX 14338
OAKLAND, CA 94614

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$5,088.32**

---

**3.194** Nonpriority creditor's name and mailing address

CROSSROADS PARCEL 4
13191 CROSSROADS PKWY NO
SIXTH FLOOR
CITY OF INDUSTRY, CA 91746

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$8,215.90**

---

**3.195** Nonpriority creditor's name and mailing address

CRYOVAC, INC
SEALED AIR CORPORATION
100 ROGERS BRIDGE RD, BLDG A
DUNCAN, SC 29334

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$12,635.96**

---

**3.196** Nonpriority creditor's name and mailing address

CRYOVAC, INC
SEALED AIR CORPORATION
26081 NETWORK PLACE
CHICAGO, IL 60673

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.197** Nonpriority creditor's name and mailing address

CUDDY FARMS INC.
28429 CENTER RD. RR#5
STRATHROY, ONTARIO
CANADA N7G3H6

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,279,500.75**

---

**3.198** Nonpriority creditor's name and mailing address

CULLIGAN
2479 S. ORANGE AVE
FRESNO, CA 93725

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,028.22**

---

**3.199** Nonpriority creditor's name and mailing address

CUSTOM SHACKLES
1220 INDUSTRIAL BLVD.
GAINESVILLE, GA 30501

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$447.99**

---

| Debtor | **Zacky & Sons Poultry, LLC** | | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.200 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,950.78** |
|---|---|---|---|

**CVT LEASING & RENTAL**
**P.O. BOX 12427**
**FRESNO, CA 93777**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CYBERVERSE**
**600 W. 7TH STREET**
**SUITE 510**
**LOS ANGELES, CA 90017**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,109.85** |
|---|---|---|---|

**D&D WATER TREATMENT**
**3631 RUBLE RD**
**TURLOCK, CA 95380**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,624.40** |
|---|---|---|---|

**DAIRY ENGINEERING CO.**
**5783 N. SHERIDAN**
**ARVADA, CO 80002**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**DALENA FARMS**
**7636 ROAD 34**
**MADERA, CA 93638**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**DARLING INGREDIENTS, INC.**
**P.O. BOX 880006**
**SAN FRANCISCO, CA 94188**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**DARLING INT'L (TURLOCK)**
**P.O. BOX 1608**
**TURLOCK, CA 48255-2210**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,607.53 |
|---|---|---|---|

**DATA-CODE, INC**
**P.O. BOX 865**
**TUSTIN, CA 92781**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,727.00 |
|---|---|---|---|

**DATAVAULT**
**P.O. BOX 12725**
**FRESNO, CA 93779-2725**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DDBC OF SOUTHERN**
**CALIFORNIA**
**P.O. BOX 1872**
**WHITTIER, CA 90609-1872**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DELLAVALLE LABORATORY**
**1910 W. MCKINLEY STE 110**
**FRESNO, CA 93728**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DELONGS GIZZARD EQUIPMENT**
**P.O. BOX 2139**
**GRAY, GA 31032**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,566.07 |
|---|---|---|---|

**DELRAY TIRE & RETREADING**
**2544 S. CHERRY AVE.**
**FRESNO, CA 93706-5008**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DELTA FOOD MARKET INC**
**549 W. CHARTER WAY**
**STOCKTON, CA 95206**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Zacky & Sons Poultry, LLC** | Case number *(if known)* | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

---

**3.214** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,359.22**

**DELTATRAK**
**P.O. BOX 4115**
**MODESTO, CA 95352**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.215** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,017.45**

**DENHAM RESOURCES**
**567 WEST SHAW, STE C1**
**FRESNO, CA 93704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.216** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**DEPT OF IND RELATIONS**
**DOSH PRESSURE VESSEL UNIT**
**1515 CLAY STREET, STE 1622A**
**OAKLAND, CA 94612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.217** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**DEPT OF INDUSTRIAL RELATI**
**OFFICE OF SELF INS PLANS**
**11050 OLSON DRIVE, STE 230**
**RANCHO CORDOVA, CA 95670**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.218** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,000.00**

**DHILLON BROS TRUCKING,INC**
**3736 SNYDER STREET**
**SELMA, CA 93662**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.219** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**DIESTEL TURKEY RANCH**
**22200 LYONS BALD MTN. RD**
**P.O. BOX 576**
**SONORA, CA 95370**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.220** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**DINUBA UNITED MARKET**
**1665 E. EL MONTE WAY**
**DINUBA, CA 93618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

| 3.221 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $169.00 |
|---|---|---|---|

**DMV**
**415 1ST AVE., MAIL STATION F101**
**SACRAMENTO, CA 95818-2606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DMV**
**MTR CARRIER PERMITS-G875**
**BOX 932370**
**SACRAMENTO, CA 94232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $35.00 |
|---|---|---|---|

**DMV**
**P.O. BOX 825339**
**SACRAMENTO, CA 74232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DMV RENEWAL**
**P.O. BOX 942897**
**SACRAMENTO, CA 94294**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $305.92 |
|---|---|---|---|

**DOBIS, JASON**
**4929 N. HOLLOW LANE**
**BOISE, ID 83702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DOERKSEN TRUCKING INC**
**1477 N. BIRCH**
**REEDLEY, CA 93654**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $8,471.44 |
|---|---|---|---|

**DORNS GAS  INC.**
**1865 HERNDON AVE**
**SUITE K, BOX 576**
**CLOVIS, CA 93611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|---|
| | Name | | | |

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DOWNEY GRINDING**
**12323 BELLFLOWER BLVD**
**DOWNEY, CA 90241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $172,592.00 |
|---|---|---|---|

**DREISBACH ENTERPRISES INC**
**2530 E. 11TH STREET**
**OAKLAND, CA 94601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DRITSAS, GROOM**
**MCCORMICK LLP**
**7511 N. REMINGTON AVE #101**
**FRESNO, CA 93711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $682.50 |
|---|---|---|---|

**DTSC**
**P.O. BOX 1288**
**SACRAMENTO, CA 95812-1288**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,312.37 |
|---|---|---|---|

**DURANGO FARM MGT, INC.**
**7683 E. AMERICAN AVE**
**FOWLER, CA 93625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DURO-FLEX RUBBER**
**PRODUCTS INC.**
**13215 LAKELAND ROAD**
**SANTA FE SPRINGS, CA 90670**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,737.00 |
|---|---|---|---|

**DYNAMIC COATINGS**
**5629 E. WESTOVER, STE A**
**FRESNO, CA 93727**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

---

**3.235** | **Nonpriority creditor's name and mailing address**

**EAGLE FOOD REGISTRATIONS INC.**
**123 WEBSTER STREET, STE 300**
**DAYTON, OH 45402**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$5,352.19**

---

**3.236** | **Nonpriority creditor's name and mailing address**

**EAGLE TRANSPORTATION LLC**
**63 NINETY EIGHT PL.BLVD.**
**HATTIESBURG, MS 39402**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$14,844.00**

---

**3.237** | **Nonpriority creditor's name and mailing address**

**EAST BAY TIRE CO.**
**2955 S. ORANGE AVE**
**FRESNO, CA 93725**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$5,071.07**

---

**3.238** | **Nonpriority creditor's name and mailing address**

**ECHO GLOBAL LOGISTICS**
**600 W. CHICAGO AVE**
**SUITE 725**
**CHICAGO, IL 60654**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$4,000.00**

---

**3.239** | **Nonpriority creditor's name and mailing address**

**ELECTRIC MOTOR SHOP**
**P.O. BOX 446**
**FRESNO, CA 93709**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$701.79**

---

**3.240** | **Nonpriority creditor's name and mailing address**

**ELEMENTAR AMERICAS INC.**
**520 FELLOWSHIP RD.**
**SUITE D-408**
**MT. LAUREL, NJ 08054-3408**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$441.80**

---

**3.241** | **Nonpriority creditor's name and mailing address**

**ELITE AG MANAGEMENT INC**
**12487 CONRAD ST. #112**
**MADERA, CA 93637**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

---

**3.242** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$463.33**

**ELITE SPICE INC.**
**7151 MONTEVIDEO ROAD**
**JESSUP, MD 20794**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.243** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$109,720.26**

**ELITE SUPPLY SOURCE, INC.**
**3374 MONIER CIRCLE #1**
**RANCHO CORDOVA, CA 95742**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.244** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**EMA GROUP**
**ENTERPRISE MANAGEMENT**
**601 S. FIGUEROA ST. #4050**
**LOS ANGELES, CA 90017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.245** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$229.54**

**EMEDCO INC**
**P.O. BOX 369**
**BUFFALO, NY 14240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.246** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17.76**

**EMERY WORLDWIDE**
**BOX 371232M**
**PITTSBURG, PA 15250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.247** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**EMJ APPAREL GROUP**
**1526 S BROADWAY**
**LOS ANGELES, CA 90015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.248** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,227.09**

**EMPIRE DISTRIBUTORS**
**11383 NEWPORT DRIVE**
**RANCHO CUCAMONGA, CA 91730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | | Case number *(if known)* | **2:18-bk-23361-RK** |
|---|---|---|---|---|
| | Name | | | |

| 3.249 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EMPLOYMENT DEVELOPMENT
DEPT - PAYROLL TAXES
P.O. BOX 826880, MIC 83
SACRAMENTO, CA 94280-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EMPLOYMENT DEVELOPMENT DE
WAGE GARNISHMENT
PO BOX 989056
WEST SACRAMENTO, CA 95798-9056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Employment Development Department
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  For Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,274.24 |
|---|---|---|---|

**ENERGY RESOURCES CORP
P.O. BOX 27854
FRESNO, CA 93729**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $18,619.08 |
|---|---|---|---|

**ENVIRO TECH CHEMICALS
SERVICE INC
500 WINMOORE WAY
MODESTO, CA 95358**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ENVIRO-PAK
15450 SE FOR MOR CT
CLACKAMAS, OR 97015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ENVIRONMENT CONTROL
1849 N. HELM #105
FRESNO, CA 93727**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

| 3.256 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ENVIRONMENT CONTROL
1849 N. HELM SUITE 105
FRESNO, CA 93727**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,183.00 |
|---|---|---|---|

**ENVIRONMENTAL HEALTH DEPT
SAN JOAQUIN COUNTY
1868 E. HAZELTON AVE
STOCKTON, CA 95205-6232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ENVIRONMENTAL LIGHTING
FOR ARCHITECTURE, INC.
17891 ARENTH AVE
CITY OF INDUSTRY, CA 91748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $911.53 |
|---|---|---|---|

**ERIEZ MAGNETICS CO.
2200 ASBURY RD
ERIE, PA 16506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ESHA RESEARCH
4747 SKYLINE RD S, STE 100
SALEM, OR 97306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**EULER HERMES
NORTH AMERICA INS CO
800 RED BROOK BLVD
OWINGS MILLS, MO 21117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $121.36 |
|---|---|---|---|

**EVODC, LLC
600 W. 7TH STREET
SUITE 510
LOS ANGELES, CA 90017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,082.98 |
|---|---|---|---|

**EVOQUA WATER TECHNOLOGIES**
**5654 E. WESTOVER AVE.**
**SUITE 103**
**FRESNO, CA 93727**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,452.23 |
|---|---|---|---|

**EXPRESS SERVICES, INC**
**P.O. BOX 844277**
**LOS ANGELES, CA 90084-4277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,100.00 |
|---|---|---|---|

**EXTREME INDUSTRIAL**
**COATINGS**
**703 N ABBY ST.**
**FRESNO, CA 93701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**F & M PACKAGING MACHINERY**
**CO., INC.**
**5151 OCEANUS DRV,STE 104**
**HUNTINGTON BEACH, CA 92649**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $136.33 |
|---|---|---|---|

**F.R. DRAKE COMPANY**
**1410 GENICOM DRIVE**
**WAYNESBORO, VA 22980**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $674.47 |
|---|---|---|---|

**FACT AUTOMATED ENTRANCES,**
**INC.**
**1819 EAST LAMONA, SUITE A**
**FRESNO, CA 93703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,690.50 |
|---|---|---|---|

**FALCON PRIVATE SECURITY,**
**INC.**
**130 W. SHAW AVE, STE 105**
**CLOVIS, CA 93612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FARMER'S QUICK STOP**
**17017 BRANNON AVENUE**
**DOS PALOS, CA 93620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FARMERS LUMBER SUPPLY CO.**
**2190 SO. EAST AVE.**
**FRESNO, CA 93721**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FARMERS MARKET POULTRY**
**6333 W. 3RD ST #216**
**LOS ANGELES, CA 90036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FARMERS RICE COOPERATIVE**
**P.O. BOX 15223**
**SACRAMENTO, CA 95851-0223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FAST N ESY #21**
**225 N. 'H' STREET**
**FRESNO, CA 93701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $573.10 |
|---|---|---|---|

**FED EX**
**P.O. BOX 7221**
**PASADENA, CA 91109-7221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FED EX FREIGHT WEST**
**DEPT LA, P.O. BOX 21415**
**PASADENA, CA 91185-1415**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.277 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $574.85 |
|---|---|---|---|
| | **FED EX OFFICE** **CUSTOMER ADMIN SERVICES** **PO BOX 672085** **DALLAS, TX 75267** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.278 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $249.00 |
|---|---|---|---|
| | **FEED ADDITIVE COMPENDIUM** **PO BOX 87439** **CHICAGO, IL 60680** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.279 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7,625.00 |
|---|---|---|---|
| | **FHI, LLC** **PO BOX 546** **FUQUAY VARINA, NC 27526** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.280 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **FIDELITY INVESTMENTS** **INSTITUTIONAL OP CO. INC** **P.O. BOX 73307** **CHICAGO, IL 60673** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.281 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,635.70 |
|---|---|---|---|
| | **FIRST LEGAL NETWORK LLC** **PO BOX 743451** **LOS ANGELES, CA 90074-3451** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.282 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **FISK CONSTRUCTION** **& ROOFING** **738 W. HERITAGE AVE.** **CLOVIS, CA 93619** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.283 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **FISMC** **P.O. Box 3602** **ORANGE, CA 92857** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Zacky & Sons Poultry, LLC** | | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|---|
| | Name | | | |

| 3.284 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **FLYERS ENERGY, LLC** | ☐ Contingent | |
| | **2360 LINDBERGH ST.** | ☐ Unliquidated | |
| | **AUBURN, CA 95206** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.285 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **FOOD & DRINK** | ☐ Contingent | |
| | **#233015** | ☐ Unliquidated | |
| | **3015 MOMENTUM PLACE** | ☐ Disputed | |
| | **CHICAGO, IL 60689** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.286 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,095.31 |
|---|---|---|---|
| | **FOOD PROCESSING EQUIPMENT** | ☐ Contingent | |
| | **13623 PUMICE STREET** | ☐ Unliquidated | |
| | **SANTA FE SPRINGS, CA 90621** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.287 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **FOOD SAFETY NET** | ☐ Contingent | |
| | **SERVICES** | ☐ Unliquidated | |
| | **186 S. WEST AVE. STE 104** | ☐ Disputed | |
| | **FRESNO, CA 93706** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.288 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $27,443.10 |
|---|---|---|---|
| | **FOODCRAFT INC** | ☐ Contingent | |
| | **15180 KEEL STREET** | ☐ Unliquidated | |
| | **PLYMOUTH, MI 48170** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.289 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **FRANCHISE TAX BOARD** | ☐ Contingent | |
| | **P.O. BOX 942867** | ☐ Unliquidated | |
| | **SACRAMENTO, CA 94267-0011** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.290 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **FRANCHISE TAX BOARD** | ☐ Contingent | |
| | **P.O. BOX 942867** | ☐ Unliquidated | |
| | **SACRAMENTO, CA 94267-0651** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Zacky & Sons Poultry, LLC | Case number (if known) | 2:18-bk-23361-RK |
|---|---|---|---|
| | Name | | |

---

**3.291** | Nonpriority creditor's name and mailing address
**Franchise Tax Board Chief Counsel**
**c/o General Counsel Section**
**PO Box 1720, MS:A-260**
**Rancho Cordova, CA 95741-1720**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **For Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.292** | Nonpriority creditor's name and mailing address
**FRESCO COMMUNITY MKT LLC**
**5914 MONTEREY ROAD**
**LOS ANGELES, CA 90042**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.293** | Nonpriority creditor's name and mailing address
**FRESNO COMMUNITY MARKET**
**178 NORTH BLACKSTONE**
**FRESNO, CA 93701**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.294** | Nonpriority creditor's name and mailing address
**FRESNO COUNTY**
**SHERIFF DEPT.**
**P.O. BOX 1788**
**FRESNO, CA 93717**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.295** | Nonpriority creditor's name and mailing address
**FRESNO COUNTY CLERK**
**2221 KERN STREET**
**FRESNO, CA 93721**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.296** | Nonpriority creditor's name and mailing address
**FRESNO COUNTY TAX COLLECT**
**P.O. BOX 1192**
**FRESNO, CA 93715**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.297** | Nonpriority creditor's name and mailing address
**FRESNO COUNTY TREASURER**
**COMMUNITY HEALTH DEPT.**
**P.O. BOX 11800**
**FRESNO, CA 93775-1800**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

---

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$94.00** |
|---|---|---|---|

**FRESNO FIRE DEPARTMENT**
**911 H STREET**
**FRESNO, CA 85011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**FRESNO MOBILE 2-WAY**
**2755 WEST BARSTOW**
**FRESNO, CA 93711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**FRESNO OXYGEN**
**2825 S ELM #101**
**FRESNO, CA 93706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,511.91** |
|---|---|---|---|

**FRESNO PIPE & SUPPLY INC.**
**P.O. BOX 2760**
**FRESNO, CA 93745-2767**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,840.00** |
|---|---|---|---|

**FRESNO ROTO ROOTER**
**2141 INDUSTRIAL CT. STE B**
**VISTA, CA 92081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$880.00** |
|---|---|---|---|

**FRESNO TRUCK WASH**
**4170 SO. BAGLEY**
**FRESNO, CA 93725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,829.83** |
|---|---|---|---|

**FRONTIER**
**PO BOX 5157**
**TAMPA, FL 33675**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | Case number *(if known)* | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

| 3.305 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**FRONTIER COMMUNICATIONS**
**P.O. BOX 7000**
**HAYDEN, ID 83835**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.306 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**FROST LINKS INC.**
**2900 NORTHRIDGE DRIVE N.W**
**GRAND RAPIDS, MI 49544**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.307 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $171.50 |
|---|---|---|---|

**FRS MARKING DEVICES**
**4317 N. GOLDEN STATE BLVD**
**FRESNO, CA 93722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.308 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $59,725.20 |
|---|---|---|---|

**FULL STEAM STAFFING**
**2121 S. HAVEN AVE**
**ONTARIO, CA 91761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.309 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,107.00 |
|---|---|---|---|

**FURNISH, THEODORE**
**2361 N. HUMBOLDT AVE**
**KERMAN, CA 93630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.310 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**G & G PEPPERS**
**P.O. BOX 326**
**ORESTES, IN 46063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.311 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $58,734.34 |
|---|---|---|---|

**G.V. BURROWS, INC.**
**P.O. BOX 546**
**LEMOORE, CA 93245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Zacky & Sons Poultry, LLC** | | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|---|
| | Name | | | |

---

**3.312** | Nonpriority creditor's name and mailing address

**GAMCO SUPPLY**
**17788 US HWY 69 SOUTH**
**TYLER, TX 75703**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,083.90**

---

**3.313** | Nonpriority creditor's name and mailing address

**GARCIA'S PALLETS, INC.**
**4125 S. GOLDEN STATE BLVD**
**FRESNO, CA 93725**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$38,726.82**

---

**3.314** | Nonpriority creditor's name and mailing address

**GARDNER ROSSI**
**4831 ESMAR ROAD**
**CERES, CA 95307**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$46.20**

---

**3.315** | Nonpriority creditor's name and mailing address

**GARTON TRACTOR INC.**
**P.O. BOX 1849**
**TURLOCK, CA 95381**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$10,557.81**

---

**3.316** | Nonpriority creditor's name and mailing address

**GC SERVICES, LC**
**FOR ECMC**
**PO BOX 32500**
**COLUMBUS, OH 43232**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.317** | Nonpriority creditor's name and mailing address

**GELSONS/MAYFAIR**
**GELSONS MARKETS**
**PO BOX 512256**
**LOS ANGELES, CA 90051-2256**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.318** | Nonpriority creditor's name and mailing address

**GEMCAP LENDING 1, LLC**
**24955 PACIFIC COAST HWY**
**SUITE A202**
**MALIBU, CA 90265**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Zacky & Sons Poultry, LLC** | | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|---|
| | Name | | | |

---

**3.319** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$118,913.30**

**GENE HULL TRUCKING**
**2145 E. CONEJO AVE**
**FRESNO, CA 93725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.320** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**GENERAL FILMS, INC.**
**645 S. HIGH ST.**
**COVINGTON, OH 45318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.321** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,662.89**

**GEORGE W. LOWRY INC.**
**P.O. BOX 176**
**4612 KIERNAN**
**SALIDA, CA 95368**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.322** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$255.00**

**GHAZARIAN WELDING INC.**
**P.O. BOX 27375**
**FRESNO, CA 93729**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.323** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$252.27**

**GHX INDUSTRIAL LLC**
**DEPT. 207**
**P.O. BOX 4346**
**HOUSTON, TX 77210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.324** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$232.46**

**GILKEY FIVE**
**P.O. BOX #426**
**CORCORAN, CA 93212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.325** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$470.18**

**GILTON SOLID WASTE**
**MANAGEMENT**
**755 S. YOSEMITE AVENUE**
**OAKDALE, CA 95361-4991**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Zacky & Sons Poultry, LLC | Case number (if known) | 2:18-bk-23361-RK |
|---|---|---|---|
| | Name | | |

---

**3.326**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,230.11 |
|---|---|---|

**GLEIM CROWN PUMP INC**
**P.O. BOX 12585**
**FRESNO, CA 93778**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.327**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|

**GLOBAL EQUIPMENT CO.**
**1070 NORTHBROOK PKWY.**
**SUWANEE, GA 30174**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.328**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|

**GOLDEN BOWL SUPERMARKET**
**1221 NORTH FIRST STREET**
**FRESNO, CA 93703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.329**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|

**GONG'S MARKET OF SANGER**
**NORTHGATE**
**1825 ACADEMY**
**SANGER, CA 93657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.330**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,377.23 |
|---|---|---|

**GOODALL TRUCKING**
**P.O. BOX 3481**
**PINEDALE, CA 93650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.331**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|

**GORDON B. FORD**
**STANISLAUS COUNTY TAX COL**
**PO BOX 859**
**MODESTO, CA 95353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.332**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $766.03 |
|---|---|---|

**GORDON INDUSTRIAL SUPPLY**
**P.O. BOX 11610**
**FRESNO, CA 93774**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

| 3.333 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,564.35 |
|---|---|---|---|

**GRAINGER, INC.**
**1335 TUOLUMNE STREET**
**FRESNO, CA 93706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $215.82 |
|---|---|---|---|

**GRAPHIC PRODUCTS INC.**
**PO BOX 4030**
**BEAVERTON, OR 97076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GREAT ROCK CAPITAL**
**PARTERNS FUND 1, LLC**
**285 RIVERSIDE AVE, STE 335**
**WESTPORT, CT 06880**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $73,922.68 |
|---|---|---|---|

**GREEN EGG AGRITECH**
**22 LYNDHURST**
**NEWPORT BEACH, CA 92660-9000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.337 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**GREEN VALLEY RECYCLING**
**2365 E. NORTH AVE**
**FRESNO, CA 93725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GREG MARKARIAN**
**AG ENTERPRISES, INC.**
**6772 S. ORANGE AVE**
**FRESNO, CA 93725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GREGG INDUSTRIES, INC**
**5048 VIENNA DRIVE**
**WAUNAKEE, WI 53597**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Zacky & Sons Poultry, LLC | Case number (if known) | 2:18-bk-23361-RK |
|---|---|---|---|
| | Name | | |

| 3.340 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Grossman Law Offices**
**Tola Yang, Esq.**
**7161 N. Howard Street, Suite 202**
**Fresno, CA 93720**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.341 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,842.89 |
|---|---|---|---|

**GRW SERVICES**
**2953 BEYER BLVD, PMB 169**
**SAN DIEGO, CA 92154**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.342 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**GXS, INC.**
**9711 WASHINGTONIAN BLVD**
**SUITE 700**
**GAITHERSBURG, MD 20878**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.343 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HACH COMPANY**
**2207 COLLECTIONS CENTER**
**CHICAGO, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.344 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,527.20 |
|---|---|---|---|

**HALAL TRANSACTION**
**P.O. BOX 4546**
**OMAHA, NE 68104**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.345 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $50,172.24 |
|---|---|---|---|

**HAMMER HEAD PROTECTION**
**2321 W. WASHINGTON ST.**
**SUITE L**
**STOCKTON, CA 95203**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.346 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HARBOR FREIGHT TOOLS**
**1349 N. BLACKSTONE AVE.**
**FRESNO, CA 93703**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

---

| 3.347 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,945.42 |
|---|---|---|---|

**HARDY DIAGNOSTICS**
**1430 WEST MCCOY LANE**
**SANTA MARIA, CA 93455**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.348 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HARPAK-ULMA PACKAGING LLC**
**3035 TORRINGTON DRIVE**
**BALL GROUND, GA 30107**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.349 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HARTFORD FIRE**
**INSURANCE COMPANY**
**PO BOX 731178**
**DALLAS, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $486.83 |
|---|---|---|---|

**HAVEN'S FOR TOTAL**
**SECURITY, INC.**
**459 N. BLACKSTONE AVE**
**FRESNO, CA 93701**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.351 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HCVT LLP**
**100 OCEANGATE, 9TH FLOOR**
**LONG BEACH, CA 90802**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $270.00 |
|---|---|---|---|

**HEALTH COMP  TPA**
**P.O. BOX 45018**
**FRESNO, CA 93708-5018**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.353 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HEILBRICE RETAIL**
**ADVERTISING, INC.**
**ONE CORPORATE PLAZA**
**NEWPORT BEACH, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | | Case number *(if known)* | **2:18-bk-23361-RK** |
|---|---|---|---|---|
| | Name | | | |

| 3.354 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**HELPSYSTEMS,LLC**
**6455 CITY WEST PARKWAY**
**EDEN PRAIRIE, MN 55344**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.355 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,724.79 |
|---|---|---|---|

**HENRY & SONS  INC.**
**P.O. BOX 3146**
**PASO ROBLES, CA 93447**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45,508.54 |
|---|---|---|---|

**HERC RENTALS, INC**
**3057 S. GOLDEN STATE FRONTAGE**
**FRESNO, CA 93725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hernandez Law Offices**
**David Hernandez, Esq.**
**6103 N First St., Ste 102**
**Fresno, CA 93710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5.64 |
|---|---|---|---|

**HILL BROTHERS**
**CHEMICAL CO.**
**410 CHARCOT AVE**
**SAN JOSE, CA 95131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.359 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**HILL PARTS CO.**
**211 HOGAN POND LANE**
**BALL GROUND, GA 30107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.360 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,034.15 |
|---|---|---|---|

**HIRESAFE**
**EMPLOYMENT SCREENING**
**2228 LONGPORT CT, STE 130**
**ELK GROVE, CA 95756**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | | Case number *(if known)* | **2:18-bk-23361-RK** |
|---|---|---|---|---|
| | Name | | | |

| 3.361 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,152.63** |
|---|---|---|---|
| | **HITEC FOOD EQUIPMENT, INC** <br> **818 LIVELY BLVD.** <br> **WOOD DALE, IL 60191** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.362 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **HMS Dept of Health Care** <br> **P.O. Box 167807** <br> **Irving, TX 75016** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.363 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **HOME DEPOT** <br> **STORE 6615 - VISALIA** <br> **3500 S. DEMAREE ST.** <br> **VISALIA, CA 93277** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.364 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,502.32** |
|---|---|---|---|
| | **HOSE & FITTINGS  ETC.** <br> **3667 S. BAGLEY #102 .** <br> **FRESNO, CA 93725** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.365 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **HUMBERT, DABY** <br> **778 W. POLSON AVE** <br> **CLOVIS, CA 93612** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.366 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **HYDRAULIC CONTROLS, INC.** <br> **2537 E. JENSEN AVENUE** <br> **FRESNO, CA 93706** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.367 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **HYGIENA LLC** <br> **941 AVENIDA ACASO** <br> **CAMARILLO, CA 93012** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Zacky & Sons Poultry, LLC** | | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|---|
| | Name | | | |

| 3.368 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**I SPY VISION**
**586 COMMERCE CRT**
**MANTECA, CA 95336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.369 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,154.51 |
|---|---|---|---|

**IBM CORPORATION**
**1701 NORTH STREET**
**ENDICOTT, NY 13760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.370 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $445.00 |
|---|---|---|---|

**ICB-GREENLINE, LLC**
**5808 LONG CREEK PARK DR.**
**SUITE Q**
**CHARLOTTE, NC 28269**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $22,408.89 |
|---|---|---|---|

**ID TECHNOLOGY-MARKOR**
**7447 N. PALM BLUFFS AVE**
**FRESNO, CA 93711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,149.62 |
|---|---|---|---|

**IDEXX LAB CORP.**
**P.O. BOX 101327**
**ATLANTA, GA 30392**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $871.11 |
|---|---|---|---|

**IDVILLE**
**5376 52ND STREET SE**
**GRAND RAPIDS, MI 49512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $655.60 |
|---|---|---|---|

**IFM EFECTOR  INC.**
**1100 ATWATER DRIVE**
**MALVERN, PA 19355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Zacky & Sons Poultry, LLC | Case number (if known) | 2:18-bk-23361-RK |
|---|---|---|---|
| | Name | | |

---

**3.375** **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

ILLUMINATORS EDUCATIONAL
FOUNDATION
3 PARK PLAZA, STE 600
IRVINE, CA 92614

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.376** **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

INCUBATION SYSTEMS INC.
116 FOREST PARK DRIVE
HERRIN, IL 62948

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.377** **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,153.60**

INDUSTRIAL CASTER & WHEEL
459 VAN NESS AVE
FRESNO, CA 93721

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.378** **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,564.97**

INDUSTRIAL ELECTRICAL CO.
1417 COLDWELL AVE
MODESTO, CA 95350

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.379** **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$820.00**

INDUSTRIAL HEALTH CARE
1850 WHITSON
SELMA, CA 93662

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.380** **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$496.27**

INSULATION CONTRACTING
& SUPPLY
2706 S. RAILROAD AVE
FRESNO, CA 93745-2336

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.381** **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

INTEGRATED OFFICE
TECHNOLOGY
12150 MORA DR, STE 2
SANTA FE SPRINGS, CA 90670

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|---|
| | Name | | | |

| 3.382 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**INTERNAL REVENUE SERVICE**
P.O. Box 7346
Philadelphia, PA 19101-7346

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **For Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.383 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**INTERNATIONAL PAPER**
1000 MUSCAT AVENUE
SANGER, CA 93657

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.384 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,917.78 |
|---|---|---|---|

**IRON MOUNTAIN**
P.O. BOX 601002
PASADENA, CA 91189-1002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.385 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ISLAMIC SERVICE CENTER
OF AMERICA**
P.O. BOX 3335
CLOVIS, CA 93613

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.386 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ITRAK**
800 RESEARCH DR.SUITE 240
WOODLAND PARK, CO 80863

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.387 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,170.30 |
|---|---|---|---|

**IWS**
P.O. BOX 446
FRESNO, CA 93709

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.388 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $297.50 |
|---|---|---|---|

**J DURAN TRUCKING
JOSE DURAN**
12448 SHEEP CREEK ROAD
PHELAN, CA 92371

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

| 3.389 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,881.83** |
|---|---|---|---|

**J'S COMMUNICATIONS, INC**
**3733 S. BAGLEY AVE**
**SUITE C**
**FRESNO, CA 93725**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.390 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$402.55** |
|---|---|---|---|

**J2 SCIENTIFIC**
**1901 PENNSYLVANIA DRIVE**
**SUITE C**
**COLUMBIA, MO 65202**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.391 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$88.68** |
|---|---|---|---|

**JACK C ARBUCKLE CO**
**2050 H STREET**
**FRESNO, CA 93721**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$342.00** |
|---|---|---|---|

**JACOB RANCHO WATER CO.**
**877 W IONA AVE**
**LEMOORE, CA 93245**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.393 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,965.18** |
|---|---|---|---|

**JAMES G. PARKER & ASSOC.**
**P.O. BOX 3947**
**FRESNO, CA 93650**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JB HUNT TRANSPORT, INC**
**615 JB HUNT CORPORATE DR.**
**LOWELL, AR 72745**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,149.20** |
|---|---|---|---|

**JBT CAT**
**1090 ATLANTIC DRIVE**
**RUSSELLVILLE, AR 72811**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Zacky & Sons Poultry, LLC | Case number (if known) | 2:18-bk-23361-RK |
|---|---|---|---|
| | Name | | |

---

| 3.396 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $135,780.24 |
|---|---|---|---|

**JCF FARM LABOR
CONTRACTOR
P.O. BOX 2843
FRESNO, CA 93745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.397 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|---|

**JEAR LOGISTICS, LLC
3409 SALTERBECK STREET
MT. PLEASANT, SC 29466**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $368,087.56 |
|---|---|---|---|

**JENNIE-O TURKEY STORE,INC
2505 WILLMAR AVE SO/WEST
WILMAR, MN 56201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JERICO FIRE PROTECTION CO
1380 N. HULBERT AVE.
FRESNO, CA 93728**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.400 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,446.00 |
|---|---|---|---|

**JETNET CORPORATION
505 NORTH DRIVE
SEWICKLEY, PA 15143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JKC TRUCKING CO. INC.
5450 S. CENTER AVE.
SUMMIT, IL 60501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,960.00 |
|---|---|---|---|

**JM SWANK, LLC
395 HERKY STREET
NORTH LIBERTY, IA 52317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | | Case number *(if known)* | **2:18-bk-23361-RK** |
|---|---|---|---|---|
| | Name | | | |

| 3.403 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$275.49** |
|---|---|---|---|

**JMP BUSINESS SYSTEMS**
**P.O. BOX 25250**
**FRESNO, CA 93724-5250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JOBPLEX, INC.**
**121 N. JEFFERSON**
**CHICAGO, IL 60661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.405 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JOHN'S WELDING & MFG.**
**5295 S. CLOVIS AVE.**
**FRESNO, CA 93725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JONATHAN NEIL & ASSOC,INC**
**BOX 7000**
**TARZANA, CA 91357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.407 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,441.45** |
|---|---|---|---|

**JONS MARKETPLACE**
**5315 SANTA MONICA BLVD.**
**LOS ANGELES, CA 90029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.408 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,993.99** |
|---|---|---|---|

**JORGENSEN & CO.**
**2467 FOUNDRY PARK AVE**
**FRESNO, CA 93706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.409 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jose Campos**
**340 Adams Avenue, #20**
**Fowler, CA 93625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Zacky & Sons Poultry, LLC | Case number *(if known)* | 2:18-bk-23361-RK |
|---|---|---|---|
| | Name | | |

---

**3.410** | Nonpriority creditor's name and mailing address
**Joy Thompson**
**10565 Civic Center Dr., Ste 165**
**Rancho Cucamonga, CA 91730**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.411** | Nonpriority creditor's name and mailing address
**JS WEST, INC.**
**501 NINTH STREET**
**MODESTO, CA 95354**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$26,746.50

---

**3.412** | Nonpriority creditor's name and mailing address
**Julian Perez**
**4005 Lowe Avenue**
**Fresno, CA 93702**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.413** | Nonpriority creditor's name and mailing address
**JUNGBUNZLAUER**
**7 WELLS AVE**
**NEWTON CENTRE, MA 02459**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$24,876.55

---

**3.414** | Nonpriority creditor's name and mailing address
**KALLE USA INC**
**5750 B CENTERPOINT COURT**
**GURNEE, IL 60031**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,717.00

---

**3.415** | Nonpriority creditor's name and mailing address
**KAMAN INDUSTRIAL TECH. CO**
**2561 S. SARAH**
**FRESNO, CA 93706**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,401.46

---

**3.416** | Nonpriority creditor's name and mailing address
**KEMIN FOOD TECHNOLOGIES,**
**2100 MAURY ST.**
**BOX 70**
**DES MOINES, IA 50306**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

| 3.417 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,183.50 |
|---|---|---|---|

**KENNEDY ENTERPRISES INC.**
**4910 RENT-WORTH DRIVE**
**LINCOLN, NE 68516**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.418 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,270.00 |
|---|---|---|---|

**KENYON, CAROL M.**
**DBA: KENYON ORGANIC SVCS**
**PO BOX 1507**
**EMPIRE, CA 95319**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.419 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,807.30 |
|---|---|---|---|

**KERRY INGREDIENTS & FLVRS**
**3400 MILLINGTON ROAD**
**BELOIT, WI 53511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.420 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,410.34 |
|---|---|---|---|

**KEY INDUSTRIAL**
**997 ENTERPRISE WAY**
**NAPA, CA 94558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.421 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Khakshour Freeman**
**Benjamin Khakshour, Esq.**
**5455 Wilshire Blvd., #2111**
**Los Angeles, CA 90036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.422 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KINGS COUNTY TAX COLLECTO**
**GOVERNMENT CENTER**
**HANFORD, CA 93230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.423 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KISCO INFORMATION SYSTEMS**
**89 CHURCH STREET**
**SARANAC LAKE, NY 12983**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

| 3.424 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KISCO SALES CO**
**301 SUMNER ST**
**BAKERSFIELD, CA 93305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.425 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $51,698.00 |
|---|---|---|---|

**KLEE, TUCHIN, BOGDANOFF &**
**STERN LLP**
**1999 AVE OF THE STARS, 39TH FL.**
**LOS ANGELES, CA 90067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.426 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,143.51 |
|---|---|---|---|

**KOFFLER ELECTRICAL**
**527 WHITNEY STREET**
**SAN LEANDRO, CA 94577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.427 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $9,750.00 |
|---|---|---|---|

**KOPPLE & KLINGER, LLP**
**10866 WILSHIRE BLVD**
**SUITE 1500**
**LOS ANGELES, CA 90024-4357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.428 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KRAZAN & ASSOCIATES INC.**
**215 W. DAKOTA**
**CLOVIS, CA 93612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.429 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,409.00 |
|---|---|---|---|

**KSB INC**
**19234 FLIGHTPATH WAY**
**BAKERSFIELD, CA 93308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.430 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $204,750.00 |
|---|---|---|---|

**KTEC, INC**
**PO BOX 746**
**MIAMI, OK 74355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

| Debtor | Zacky & Sons Poultry, LLC | Case number (if known) | 2:18-bk-23361-RK |
|---|---|---|---|
| | Name | | |

---

**3.431** Nonpriority creditor's name and mailing address

**KWIK LOK**
**P.O. BOX 9548**
**YAKIMA, WA 98909**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$451.80**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.432** Nonpriority creditor's name and mailing address

**L-DURADO TRUCKING, LLC**
**PO BOX 605**
**LA CENTER, WA 98629**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.433** Nonpriority creditor's name and mailing address

**LA ESPERANSA**
**3985 EAST JENSEN AVENUE**
**FRESNO, CA 93725**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.434** Nonpriority creditor's name and mailing address

**LA NOTTE REFRIGERATION**
**1835 S VAN NESS AVE**
**FRESNO, CA 93721**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$5,428.43**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.435** Nonpriority creditor's name and mailing address

**LA TAPATIA MEXICAN MARKET**
**2606 EAST MAIN STREET**
**STOCKTON, CA 95205**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.436** Nonpriority creditor's name and mailing address

**LABEL TECHNOLOGY INC.**
**2050 WARDROBE AVENUE**
**MERCED, CA 95341**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$10,385.66**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.437** Nonpriority creditor's name and mailing address

**LABORATORY CORPORATION**
**OF AMERICA HOLDINGS**
**PO BOX 12140**
**BURLINGTON, NC 27216**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$2,471.07**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | Case number *(if known)* | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

---

| 3.438 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,827.76 |
|---|---|---|---|

**LANDSBERG/EPS**
**3816 S. WILLOW AVE #102**
**FRESNO, CA 93725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.439 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LARRY'S BACKFLOW**
**PREVENTION SERVICE**
**P.O. BOX 618**
**MANTECA, CA 95336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.440 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LATINO LIQUOR**
**3331 E. BUTLER AVE**
**FRESNO, CA 93702-4105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.441 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LATITUDE LTD**
**37 WEST SHORE ROAD**
**HUNTINGTON, NY 11743**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.442 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Law Office of William R. Delaney**
**William R. Delaney, Esq.**
**1514 Shaw Avenue**
**Clovis, CA 93611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.443 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LAW OFFICES OF MICHAEL P.**
**MARTIN, P.C.**
**1925 CENTURY PARK EAST #2050**
**LOS ANGELES, CA 90067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.444 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,092.37 |
|---|---|---|---|

**LE FIELL COMPANY LLC**
**5601 ECHO AVE**
**RENO, NV 89506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

---

**3.445** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,853.99**

**LEWIS MACHINE CO.**
**241 TWIN RIVER RD**
**DEMOREST, GA 30535**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.446** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**LIBERTY MUTUAL INSURANCE**
**PO BOX 9502**
**DOVER, NH 03821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.447** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**LIL BROWN JUG**
**957 CLOVIS AVENUE**
**CLOVIS, CA 93612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.448** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,659.79**

**Lillian Zacky**
**1010 Moraga Drive**
**Los Angeles, CA 90049**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Unreimbursed Employee Expenses of**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.449** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$112,175.00**

**LILLIAN ZACKY, TRUSTEE**
**1010 MORAGA DRIVE**
**LOS ANGELES, CA 90049**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Lease**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.450** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$106,105.50**

**LILLIAN ZACKY, TRUSTEE**
**1010 MORAGA DRIVE**
**LOS ANGELES, CA 90049**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Lease**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.451** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,985.96**

**LINDE, INC**
**731 W. CUTTING**
**RICHMOND, CA 94804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

---

**3.452** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**LKP GLOBAL LAW, LLP**
**1901 AVENUE OF THE STARS**
**LOS ANGELES, CA 90067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.453** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,339.00

**LMS INTELLIBOUND INC**
**6525 THE CORNERS PARKWAY**
**SUITE 520**
**NORCROSS, GA 30092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.454** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,137.91

**LOGIC POWER COAST INC.**
**96 SHAW AVE, STE #212**
**CLOVIS, CA 93612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.455** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**LOS ANGELES COUNTY**
**SHERIFF'S DEPT**
**11234 EAST VALLEY BLVD #114**
**EL MONTE, CA 91731**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.456** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**LOS ANGELES COUNTY TAX**
**COLLECTOR**
**P.O. BOX 54027**
**LOS ANGELES, CA 90054-0027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.457** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,420.64

**LOS ANGELES REGIONAL**
**1734 E 41ST STREET**
**LOS ANGELES, CA 90058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.458** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,436.13

**LOWE'S COMPANIES INC**
**12189 APPLE VALLEY RD**
**APPLE VALLEY, CA 92308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

**3.459**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **LOWE'S COMPANIES, INC.** | ☐ Contingent | |
| **3303 ENTERTAINMENT WAY** | ☐ Unliquidated | |
| **TURLOCK, CA 95380** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.460**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,026.54 |
|---|---|---|
| **LUBRICATION ENGINEERS** | ☐ Contingent | |
| **300 BAILEY AVE** | ☐ Unliquidated | |
| **FORTWORTH, TX 76107** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.461**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **LUCKY'S TRUCK WASH** | ☐ Contingent | |
| **15120 TORREY PINES CIR** | ☐ Unliquidated | |
| **CHOWCILLA, CA 93610** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.462**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **LYNX ELECTRICAL &** | ☐ Contingent | |
| **TELECOMMUNICATIONS, INC.** | ☐ Unliquidated | |
| **5595 DANIELS STREET, STE E** | ☐ Disputed | |
| **CHINO, CA 91710** | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.463**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **M & R MARKET** | ☐ Contingent | |
| **3394 E. BUTLER AVENUE** | ☐ Unliquidated | |
| **FRESNO, 29882 93702-0000** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.464**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **M-I-C, INC** | ☐ Contingent | |
| **486 LINDBERGH AVE** | ☐ Unliquidated | |
| **LIVERMORE, CA 94551** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.465**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **M-TEK** | ☐ Contingent | |
| **1675 TODD FARM DR** | ☐ Unliquidated | |
| **ELGIN, IL 60123** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Zacky & Sons Poultry, LLC** | | Case number *(if known)* | **2:18-bk-23361-RK** |
|---|---|---|---|---|
| | Name | | | |

| 3.466 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,888.50** |
|---|---|---|---|
| | **M.W. WALDROP CO.**<br>**8125 KEMPWOOD DRIVE**<br>**HOUSTON, TX 77055** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.467 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,752.28** |
|---|---|---|---|
| | **MAC'S EQUIPMENT REPAIR**<br>**3690 S. MADERA AVE.**<br>**KERMAN, CA 93630** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.468 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$160.93** |
|---|---|---|---|
| | **MACS EQUIPMENT INC**<br>**5586 S JAMES ROAD**<br>**P.O. BOX 265**<br>**TRANQUILLITY, CA 93668** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.469 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,833.88** |
|---|---|---|---|
| | **MAINTENANCE ALTERNATIVES**<br>**2886 STONY POINT ROAD**<br>**PETALUMA, CA 94952** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.470 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,774.33** |
|---|---|---|---|
| | **MALEKO PERSONNEL, INC.**<br>**5070 6TH ST.**<br>**SUITE #144**<br>**FRESNO, CA 93710** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.471 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$111.30** |
|---|---|---|---|
| | **MAREL, INC.**<br>**8145 FLINT ST**<br>**LENEXA, KS 66214** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.472 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Maria Delia Alvarez**<br>**360 N. Roosevelt Ave., Apt. 102**<br>**Fresno, CA 93701** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Zacky & Sons Poultry, LLC | | Case number (if known) | 2:18-bk-23361-RK |
|---|---|---|---|---|
| | Name | | | |

---

**3.473**

**Nonpriority creditor's name and mailing address**

**Mario Torres**
**P.O. Box 56**
**Kerman, CA 93630**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.474**

**Nonpriority creditor's name and mailing address**

**MARK-EASE PRODUCTS INC.**
**P.O. BOX 607**
**STOCKTON, CA 95201**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$660.00**

---

**3.475**

**Nonpriority creditor's name and mailing address**

**MARTIN PRODUCE INC.**
**P.O. BOX 861509**
**LOS ANGELES, CA 90086**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$301.00**

---

**3.476**

**Nonpriority creditor's name and mailing address**

**MARTINEZ LANDSCAPE**
**AND LAWN SERVICE**
**3275 W. ASHLAN #3364**
**FRESNO, CA 93722**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.477**

**Nonpriority creditor's name and mailing address**

**MASUCCI, LOUIS**
**9955 BLUEGILL DRIVE**
**PASO ROBLES, CA 93446**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.478**

**Nonpriority creditor's name and mailing address**

**MATSON ALARM CO., INC.**
**581 W. FALLBROOK AVE**
**SUITE 100**
**FRESNO, CA 93711**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$649.67**

---

**3.479**

**Nonpriority creditor's name and mailing address**

**MATTCO INDUSTRIAL**
**PRODUCTS, LLC**
**6277 DENVER INDUSTRIAL PARK RD**
**DENVER, NC 28037**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | Zacky & Sons Poultry, LLC | Case number (if known) | 2:18-bk-23361-RK |
|---|---|---|---|
| | Name | | |

| 3.480 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Maximum Medical**
**18011 Mitchell St., Ste A**
**Irvine, CA 92614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.481 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,517.51 |
|---|---|---|---|

**MCDONALD FOOD EQUIPMENT**
**100 MAIN STREET**
**CALPINE, CA 96124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.482 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,857.02 |
|---|---|---|---|

**MCKESSON MEDICAL SURGICAL**
**2800 E. PHILADELPHIA ST.**
**ONTARIO, CA 91761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.483 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MCKINLEY MARKET**
**3249 EAST MCKINLEY AVE.**
**FRESNO, CA 93703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.484 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,184.05 |
|---|---|---|---|

**MCMASTER-CARR SUPPLY CO.**
**P.O. BOX 54960**
**LOS ANGELES, CA 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.485 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MD HYDRAULIC**
**PO BOX 1264**
**MONROVIA, CA 91017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.486 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MECHANICS TRLR & LIFT**
**GATE REPAIRS**
**4360 E WASHINGTON BLVD**
**COMMERCE, CA 90023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

---

**3.487** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**MERCED COUNTY SUPERIOR COURT**
**720 W. 20TH ST**
**MERCED, CA 95340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.488** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**MERCED COUNTY TAX COLLECTOR**
**2222 M STREET**
**MERCED, CA 95340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.489** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,461.04**

**MERCURY PLASTICS, INC.**
**14825 SALT LAKE AVE.**
**CITY OF INDUSTRY, CA 91746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.490** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$616.04**

**MERIAL SELECT INC.**
**1168 AIRPORT PARKWAY**
**GAINESVILLE, GA 30501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.491** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,118.20**

**METROPOLITAN LIFE INS CO**
**METLIFE SMALL BUSINESS**
**P.O. BOX 804466**
**KANSAS CITY, MO 64180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.492** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$320.88**

**METTLER-TOLEDO HI-SP**
**5 BARR ROAD**
**ITHACA, NY 22673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.493** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$74.25**

**MEYHEN INTERNATIONAL CORP**
**5350 ESMAR RD**
**CERES, CA 95307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | | Case number *(if known)* | **2:18-bk-23361-RK** |
|---|---|---|---|---|
| | Name | | | |

---

**3.494**   Nonpriority creditor's name and mailing address

**MEYN AMERICA, LLC**
**1000 EVENFLO DR**
**BALLGROUND, GA 30107**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.495**   Nonpriority creditor's name and mailing address

**Michael Rueda**
**1058 N. Brawley Avenue**
**Fresno, CA 93722**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.496**   Nonpriority creditor's name and mailing address

**MID STATE SCALE**
**651 STONERIDGE COURT**
**LATHROP, CA 95330**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$15,786.70**

---

**3.497**   Nonpriority creditor's name and mailing address

**MID VALLEY DISPOSAL**
**P.O. BOX 12146**
**FRESNO, CA 93776**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$956.86**

---

**3.498**   Nonpriority creditor's name and mailing address

**MID VALLEY DISPOSAL INC.**
**P.O BOX 12227**
**FRESNO, CA 93777**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,573.41**

---

**3.499**   Nonpriority creditor's name and mailing address

**MID VALLEY DISTRIBUTORS I**
**3886 EAST JENSEN AVE**
**FRESNO, CA 93725**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,751.69**

---

**3.500**   Nonpriority creditor's name and mailing address

**MID VALLEY PACKAGING**
**P.O. BOX 96**
**FOWLER, CA 93625**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$30,218.64**

---

| Debtor | Zacky & Sons Poultry, LLC | Case number (if known) | 2:18-bk-23361-RK |
|--------|---------------------------|------------------------|------------------|
| | Name | | |

| 3.501 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $440.78 |
|-------|--------------------------------------------------|----------------------------------------------------|---------|

**MID VALLEY WATER DISTRICT**
**286 W. CROMWELL AVE.**
**FRESNO, CA 93711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.502 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|--------------------------------------------------|----------------------------------------------------|-------|

**MISS WEST COAST**
**PRODUCTIONS, INC.**
**25522 WHARTON DRIVE**
**STEVENSON RANCH, CA 91381**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.503 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|--------------------------------------------------|----------------------------------------------------|-------|

**MISSION PROPERTY**
**ADVISORS, INC.**
**8570 CORY COURT**
**RIVERSIDE, CA 92508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.504 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $154.57 |
|-------|--------------------------------------------------|----------------------------------------------------|---------|

**MOCON**
**7500 MENDELSSOHN AVE. N.**
**MINNEAPOLS, MN 55428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.505 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $202.16 |
|-------|--------------------------------------------------|----------------------------------------------------|---------|

**MODESTO DISPOSAL**
**730 INDUSTRY WAY**
**ATWATER, CA 95301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.506 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|--------------------------------------------------|----------------------------------------------------|-------|

**MONSTER WORLDWIDE, INC.**
**7800 W. BROWN DEER RD.**
**SUITE 200**
**MILWAUKEE, WI 53223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.507 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,009.56 |
|-------|--------------------------------------------------|----------------------------------------------------|-----------|

**MORRIS & ASSOCIATES**
**803 MORRIS DR**
**GARNER, NC 27529**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Zacky & Sons Poultry, LLC | Case number (if known) | 2:18-bk-23361-RK |
|--------|---------------------------|------------------------|------------------|
|        | Name                      |                        |                  |

| 3.508 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|-------------------------------------------------|----------------------------------------------------------------------|-------|

**MPI LABEL SYSTEMS OF CA**
**CHUCK HATTEN**
**2315 STATION DRIVE**
**STOCKTON, CA 95215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.509 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|-------------------------------------------------|----------------------------------------------------------------------|-------|

**MSC INDSTRL SUPPLY CO**
**3848 BAY CENTER PLACE**
**HAYWARD, CA 94545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.510 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|-------------------------------------------------|----------------------------------------------------------------------|-------|

**MULTISOURCE INC.**
**3836 WACKER DRIVE**
**JURUPA VALLEY, CA 91752**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.511 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,750.40 |
|-------|-------------------------------------------------|----------------------------------------------------------------------|-----------|

**MULTIVAC INC.**
**11021 N.W. POMONA AVE.**
**KANSAS CITY, MO 64153**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.512 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|-------------------------------------------------|----------------------------------------------------------------------|-------|

**N & N TRACTO COMIOMES**
**DEL NORTE**
**2399 S. GOLDEN STATE BLVD**
**FRESNO, CA 93725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.513 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|-------------------------------------------------|----------------------------------------------------------------------|-------|

**N W B O C**
**1001 W. JASMINE DRIVE**
**SUITE G**
**LAKE PARK, FL 33403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.514 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|-------------------------------------------------|----------------------------------------------------------------------|-------|

**NATIONWIDE POWER**
**SOLUTIONS, INC.**
**1060 MARY CREST RD**
**HENDERSON, NV 89074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Zacky & Sons Poultry, LLC** | | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.515 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NATL MOTOR TRAFFIC
FREIGHT ASSOC INC
1001 NO FAIRFAX ST-#600
ALEXANDRIA, VA 22314**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.516 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NEOGEN CORPORATION
620 LESHER PLACE
LANSING, MI 48912**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.517 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NEOPOST POSTAGE-ON CALL
CMRS - POC
P.O. BOX 504715
THE LAKES, NV 88905**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.518 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NEOPOST USA, INC.
P.O. BOX 13206
NEWARK, NJ 07101**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.519 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NEUTEC GROUP, INC
1 LENOX AVE
FARMINGDALE, NY 11735**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.520 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NEVADA DEPART OF TAXATION
PO BOX 7165
SAN FRANCISCO, CA 94120**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.521 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NEVADA DEPT OF EMPLOYMENT
SECURITY DIVISION
500 EAST THIRD STREET
CARSON CITY, NV 89713**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | Case number *(if known)* | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

---

**3.522** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$56,966.40**

**NEWLY WEDS FOODS INC.**
**4849 N. MILWAUKEE AVE**
**SUITE 700**
**CHICAGO, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.523** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**NEXT FREIGHT, INC.**
**7700 INDUSTRY AVE**
**PICO RIVERA, CA 90660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.524** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**NEXTGEN COMPUTER**
**SOLUTIONS**
**1822 A E ROUTE 66 #200**
**GLENDORA, CA 91740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.525** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**NH3-PLUS, INC.**
**5382 S. PEACH AVE.**
**FRESNO, CA 93725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.526** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6.89**

**NORDSON CORPORATION**
**11475 LAKEFIELD DRIVE**
**DULUTH, GA 30097**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.527** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,155.63**

**NORMED, INC.**
**P.O. BOX 3644**
**SEATTLE, WA 98124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.528** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,258.60**

**NORTH STAR ICE EQUIP CORP**
**P.O. 80277**
**SEATTLE, WA 98108-0227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

| 3.529 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$144,246.07** |
|---|---|---|---|
| | **NORTHERN PRIDE INC.**<br>**401 S. CONLEY AVE**<br>**THIEF RIVERFALLS, MN 56701** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.530 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,381.20** |
|---|---|---|---|
| | **NORTHERN REFRIGERATED**<br>**TRANSPORTATION**<br>**2700 WEST MAIN STREET**<br>**TURLOCK, CA 95380** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.531 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22,111.68** |
|---|---|---|---|
| | **NOVA TECH**<br>**360 NORTHWEST 45TH ST.**<br>**WILMAR, MN 56201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.532 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,000.00** |
|---|---|---|---|
| | **NTA**<br>**PO BOX 831**<br>**HURON, SD 57350** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.533 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **NUTEC MANUFACTURING**<br>**908 GARNET COURT**<br>**NEW LENOX, IL 60451** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.534 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$612.16** |
|---|---|---|---|
| | **O'REILLY AUTO PARTS**<br>**510 W. OLIVE AVE.**<br>**FRESNO, CA 93728** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.535 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,865.72** |
|---|---|---|---|
| | **OCCUPATIONAL HEALTH CTR**<br>**OF CALIF, A MEDICAL CORP.**<br>**6042 N. FRESNO ST., STE 201**<br>**FRESNO, CA 93710** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

---

**3.536** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,239.59**

**OFFICE DEPOT
BUSINESS SERVICE**
5405 E. HOME #109
FRESNO, CA 93727

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.537** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**OFFICETEAM**
5250 N. PALM
SUITE 305
FRESNO, CA 93704

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.538** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,936.17**

**OHI COMPANY INC.**
820 S. PERSHING AVENUE
P.O. BOX 622
STOCKTON, CA 95201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.539** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**OMEGA INDUSTRIAL SUPPLY**
101 GROBRIC CT UNIT 1
FAIRFIELD, CA 94534

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.540** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00**

**ONE NETWORK ENTERPRISES**
4055 VALLEY VIEW LANE
SUITE 1000
DALLAS, TX 75244-5069

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.541** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$455.94**

**ONTRAC**
2501 SO. PRICE ROAD
SUITE 201
CHANDLER, AZ 85286

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.542** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,150.00**

**OREGON TILTH
CERTIFIED ORGANIC**
2525 SE 3RD STREET
CORVALLIS, OR 97333

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Zacky & Sons Poultry, LLC | Case number (if known) | 2:18-bk-23361-RK |
|---|---|---|---|
| | Name | | |

---

**3.543** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,062.32**

OSSID CORP
4000 COLLEGE ROAD
BATTLEBORO, NC 27809

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.544** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

OSTS - OCCUPATIONAL
SAFETY TRAINING SYSTEMS
14650 CENTRAL AVE.
CHINO, CA 91710

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.545** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$252,010.22**

PACIFIC GAS & ELECTRIC
P.O. BOX 997300
SACRAMENTO, CA 95899

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.546** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$113,998.18**

PACIFIC GAS AND ELECTRIC
1745 2ND STREET
SELMA, CA 93662

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.547** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,977.68**

PACIFIC GAS AND ELECTRIC
705 P STREET
FRESNO, CA 93760

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.548** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,286.00**

PACIFIC LOGISTICS
SERVICES, INC.
225 W. HOSPITALITY LN #201N
SAN BERNARDINO, CA 92408

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.549** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

PACIFIC MATERIAL HANDLING
SOLUTIONS
2331 STAGECOACH ROAD
STOCKTON, CA 95215

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Zacky & Sons Poultry, LLC | | Case number (if known) | 2:18-bk-23361-RK |
|---|---|---|---|---|
| | Name | | | |

---

**3.550**

**Nonpriority creditor's name and mailing address**
**PACIFIC STORAGE COMPANY**
**PO BOX 334**
**STOCKTON, CA 95201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.551**

**Nonpriority creditor's name and mailing address**
**PACKAGING MACHINERY**
**SERVICES, INC.**
**4217 E. JEFFERSON AVENUE**
**FRESNO, CA 93725**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.552**

**Nonpriority creditor's name and mailing address**
**PACKAGING SPECIALTIES,INC**
**P.O. BOX 360**
**FAYETTEVILLE, AR 72702**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.553**

**Nonpriority creditor's name and mailing address**
**PACKERS SANITATION**
**SERVICES INC**
**P.O. BOX 340**
**KIELER, WI 53812**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$613,587.54**

---

**3.554**

**Nonpriority creditor's name and mailing address**
**PACON NETTING DIVISON**
**4249 N. PUENTE AVE.**
**BALDWIN PARK, CA 91706**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.555**

**Nonpriority creditor's name and mailing address**
**PALMETTO ADHESIVES CO**
**112 GUESS STREET**
**GREENVILLE, SC 29605**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.556**

**Nonpriority creditor's name and mailing address**
**PAPE MATERIAL HANDLING**
**3732 S. BAGLEY AVE**
**FRESNO, CA 93725**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$7,270.15**

---

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

| 3.557 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PAPPY'S FINE FOODS**
**5663 E. FOUNTAIN WAY**
**FRESNO, CA 93727**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.558 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,360.00 |
|---|---|---|---|

**PARKS CHICK SEXING, INC.**
**872 S. 8TH ST.**
**KERMAN, CA 93630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.559 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40,804.16 |
|---|---|---|---|

**PAUL HASTINGS LLP**
**200 PARK AVENUE**
**NEW YORK, NY 10166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.560 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PCA CENTRAL CALIFORNIA**
**CORRUGATED, LLC**
**4841 URBAN AVE.**
**MCCLELLAN, CA 95652**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.561 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41,346.15 |
|---|---|---|---|

**PENSKE TRUCK LEASING**
**3080 E. MALAGA AVE**
**FRESNO, CA 93725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.562 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,346.89 |
|---|---|---|---|

**PERFORMANCE MECHANICAL**
**701 WILLOW PASS ROAD**
**SUITE 2**
**PITTSBURG, CA 94565**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.563 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PERKER, KERN, NARD & WNZEL**
**7112 Fresno St., Suite 300**
**Fresno, CA 93720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Professional Svc**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

| 3.564 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,898.83 |
|---|---|---|---|

**PERMACOLD ENGINEERING,INC**
**2945 NE ARGYLE STREET**
**PORTLAND, OR 97211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.565 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $578.30 |
|---|---|---|---|

**PHENIX EQUIPMENT, INC.**
**P.O. BOX 2427**
**LODI, CA 95241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.566 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PHILADELPHIA IND INS CO**
**FLOOD INS PROCESSING CTR**
**555 CORPORATE DRIVE**
**KALISPELL, MT 59901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.567 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $61,608.00 |
|---|---|---|---|

**PILGRIM'S PRIDE CORP.**
**1770 PROMONTORY CIRCLE**
**GREELEY, CO 80634**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.568 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,581.77 |
|---|---|---|---|

**PINA BROTHERS SERVICE**
**13474 W. CENTRAL**
**KERMAN, CA 93630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.569 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PIONEER CREDIT RECOVERY**
**INC.**
**PO BOX 92**
**ARCADE, NY 14009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.570 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,802.75 |
|---|---|---|---|

**PIPER JAFFRAY & CO**
**ATTN: TREASURY, J09STR**
**800 NICOLLET AVE #1000**
**MINNEAPOLIS, MN 55402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Zacky & Sons Poultry, LLC | Case number (if known) | 2:18-bk-23361-RK |
|---|---|---|---|
| | Name | | |

---

**3.571** | Nonpriority creditor's name and mailing address

**PIPESTREAM INDSTRL SUPPLY**
**2501 N. BUSINESS PARK AVE**
**SUITE A**
**FRESNO, CA 93727**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$339.40**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.572** | Nonpriority creditor's name and mailing address

**PLEX-ART INC**
**13010 S BROADWAY**
**LOS ANGELES, CA 90061**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.573** | Nonpriority creditor's name and mailing address

**POINT SERVICE**
**30524 UNION CITY BLVD.**
**UNION CITY, CA 94587**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.574** | Nonpriority creditor's name and mailing address

**POINT SERVICES PACKAGING**
**30530 UNION CITY BLVD**
**UNION CITY, CA 94587**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$1,620.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.575** | Nonpriority creditor's name and mailing address

**POLY CLIP SYSTEM**
**CORPORATION**
**1000 TOWER ROAD**
**MUNDELEIN, IL 60060**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.576** | Nonpriority creditor's name and mailing address

**POSS DESIGN LIMITED**
**2940 PORTLAND DRIVE**
**OAKVILLE, ONTARIO**
**CANADA L6H 5**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.577** | Nonpriority creditor's name and mailing address

**POULTRY PAC CALIF. POULTR**
**INDUSTRY FEDERATION**
**4640 SPYRES WAY, STE 4**
**MODESTO, CA 95356**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$1,093.67**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | | Case number *(if known)* | **2:18-bk-23361-RK** |
|---|---|---|---|---|
| | Name | | | |

| 3.578 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,523.47** |
|---|---|---|---|
| | **PPS PACKAGING COMPANY**<br>**P.O. BOX 427**<br>**FOWLER, CA 93625** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.579 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,756.79** |
|---|---|---|---|
| | **PRAXAIR**<br>**2701 E. JENSEN AVENUE**<br>**FRESNO, CA 93706** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.580 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$226.00** |
|---|---|---|---|
| | **PRECISION ENVIRO-TECH**<br>**3935 N. CORONADO AVE.**<br>**STOCKTON, CA 95204** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.581 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **PRECISION PLASTICS**<br>**998 N TEMPERANCE AVE**<br>**CLOVIS, CA 93611** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.582 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **PREMIER AG APPRAISAL**<br>**4635 W. SPRUCE**<br>**FRESNO, CA 93722** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.583 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,202.00** |
|---|---|---|---|
| | **PRESIDIO SYSTEMS, INC**<br>**159 WRIGHT BROTHERS AVE**<br>**LIVERMORE, CA 94551** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.584 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **PRIMEDGE, INC.**<br>**1281 ARTHUR AVE**<br>**ELK GROVE VILLAG, IL 60007** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

---

| 3.585 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PRINT DEPOT**
**3606 W. WASHINGTON BLVD**
**LOS ANGELES, CA 90018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.586 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PROFORMA**
**2125 WRIGHT AVE**
**SUITE C3-B**
**LA VERNE, CA 90051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.587 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,498.57 |
|---|---|---|---|

**PROVOST & PRITCHARD**
**286 WEST CROMWELL AVE**
**FRESNO, CA 93711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.588 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,263.51 |
|---|---|---|---|

**PRUDENTIAL OVERALL SUPPLY**
**1260 E. NORTH AVE.**
**FRESNO, CA 93725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.589 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PUBLIC STORAGE #00302**
**2050 WORKMAN MILL ROAD**
**WHITTIER, CA 90601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.590 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PUMPING SOLUTIONS INC.**
**1906 S QUAKER RIDGE PLACE**
**ONTARIO, CA 91761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.591 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,008.84 |
|---|---|---|---|

**PURE-CHEM PRODUCTS CO**
**8371 MONROE AVENUE**
**STANTON, CA 90680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

| 3.592 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,323.19 |
|---|---|---|---|

**QUALITY CASING CO., INC.**
**2431 WRIGHT BLVD**
**HEBRON, KY 41048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.593 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Quinlan, Kershaw & Fanuccchi**
**Rene F. Zuzuarregui, Esq.**
**2125 Merced St.**
**Fresno, CA 93721**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.594 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,441.55 |
|---|---|---|---|

**QUINN COMPANY**
**P.O. BOX 12625**
**FRESNO, CA 93778**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**R & S ERECTION OF STOCKTON**
**1705 MARTIN LUTHER KING BLVD**
**SUITE 4**
**STOCKTON, CA 95205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.596 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**R A JONES & CO.**
**2701 CRESCENT SPRINGS RD**
**COVINGTON, KY 41017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.597 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $633.00 |
|---|---|---|---|

**R RANCH MARKET**
**13985 E. LIVE OAK AVE.**
**IRWINDALE, CA 91706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.598 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**R&S ERECTION TRI- COUNTY**
**FRESNO DIVISION**
**3051 E CARTRIGHT**
**FRESNO, CA 93725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|---|
| | Name | | | |

| 3.599 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,351.54 |
|---|---|---|---|
| | **RADWELL INTERNATIONAL INC**<br>**111 MOUNT HOLLY BYPASS**<br>**LUMBERTON, NJ 08048** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.600 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $139.55 |
|---|---|---|---|
| | **RAND MACHINE WORKS**<br>**1955 S. MARY**<br>**FRESNO, CA 93721** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.601 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **RAYMOND HANDLING CONCEPTS**<br>**CORP.**<br>**41400 BOYCE ROAD**<br>**FREMONT, CA 94538** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.602 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **REDLANDS FORD**<br>**1122 W COLTON AVE**<br>**REDLANDS, CA 92374** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.603 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,124.27 |
|---|---|---|---|
| | **RELEVANT SOLUTIONS LLC**<br>**12610 W. AIRPORT BLVD**<br>**SUITE 1000**<br>**SUGAR LAND, TX 77478** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.604 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,309.71 |
|---|---|---|---|
| | **RENTOKIL NORTH AMERICA**<br>**INC**<br>**PO BOX 472127**<br>**CHARLOTTE, NC 28247** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.605 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Resolution Management**<br>**1107 E. Chapman Ave., Ste 102**<br>**Orange, CA 92866** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

| 3.606 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,800.00 |
|---|---|---|---|

**RESOURCE COMPLIANCE, INC**
**PO BOX 305**
**DINUBA, CA 93618**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.607 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,005.55 |
|---|---|---|---|

**RESTEK CORPORATION**
**110 BENNER CIRCLE**
**BELLEFONTE, PA 16823**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.608 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**REXEL**
**2455 N TEEPEE DR**
**STOCKTON, CA 95205**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.609 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,450.63 |
|---|---|---|---|

**REXEL USA, INC**
**DBA PLATT ELECTRIC SUPPLY**
**10605 SW ALLEN BLVD**
**BEAVERTON, OR 97005**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.610 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,436.66 |
|---|---|---|---|

**RF MACDONALD CO.**
**4912 W. JACQUELYN AVE.**
**FRESNO, CA 93722**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.611 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RICO, RACHEL**
**3739 E. NEVADA AVE**
**FRESNO, CA 93702**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.612 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,485.37 |
|---|---|---|---|

**RING CENTRAL, INC**
**20 DAVIS DRIVE**
**BELMONT, CA 94002**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | Case number *(if known)* | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

---

| 3.613 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RIVER CITY FIRE EQUIPMENT
COMPANY, INC.
2419 SELLERS WAY
WEST SACRAMENTO, CA 95691**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.614 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RIVER VALLEY TRADING
PO BOX 57
RUSSELLVILLE, AR 72811**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.615 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ROBERT HALF MANAGEMENT
RESOURCES
P.O. BOX 743295
LOS ANGELES, CA 90074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $169.46 |
|---|---|---|---|

**ROBERT REISER & CO INC
725 DEDHAM STREET
CANTON, MA 02021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.617 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,476.14 |
|---|---|---|---|

**ROMER LABS INC.
130 SANDY DRIVE
NEWARK, DE 19713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.618 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RON LIND POULTRY FARMS
14190 N. DAVIS RD.
LODI, CA 95242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.619 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rosa Gallegos
936 Klette Avenue
Fresno, CA 93706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Zacky & Sons Poultry, LLC | Case number (if known) | 2:18-bk-23361-RK |
|---|---|---|---|
| | Name | | |

---

**3.620**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **ROSS INDUSTRIES INC.** | ☐ Contingent | |
| **5321 MIDLAND ROAD** | ☐ Unliquidated | |
| **MIDLAND, VA 22728** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.621**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **ROTO ROOTER-STOCKTON** | ☐ Contingent | |
| **4228 NEWTON RD SUITE A** | ☐ Unliquidated | |
| **STOCKTON, CA 95205** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.622**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **RR&C DEVELOPMENT CO.** | ☐ Contingent | |
| **AND REDLANDS JOINT VENTURE LLC** | ☐ Unliquidated | |
| **13191 Crossroads Parkway North, 6 F** | ☐ Disputed | |
| **City of Industry, CA 91746** | | |
| Date(s) debt was incurred _ | Basis for the claim: **Lease** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.623**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,477.33 |
|---|---|---|
| **RYAN HERCO PRODUCTS CORP** | ☐ Contingent | |
| **2084 LAPHAM DRIVE** | ☐ Unliquidated | |
| **BUILDING A** | ☐ Disputed | |
| **MODESTO, CA 95354** | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.624**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,736.51 |
|---|---|---|
| **RYTEC CORP** | ☐ Contingent | |
| **ONE CEDAR PARKWAY** | ☐ Unliquidated | |
| **P.O. BOX 403** | ☐ Disputed | |
| **JACKSON, WI 53037-0403** | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.625**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **SABUAYN WILD MEAT MARKET** | ☐ Contingent | |
| **944 WATERLOO ROAD** | ☐ Unliquidated | |
| **STOCKTON, CA 95205** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.626**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **SACRAMENTO CONTAINER CORP** | ☐ Contingent | |
| **909 UNION STREET** | ☐ Unliquidated | |
| **KINGSBURG, CA 93631** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Zacky & Sons Poultry, LLC** | | Case number *(if known)* | **2:18-bk-23361-RK** |
|---|---|---|---|---|
| | Name | | | |

---

**3.627**

**Nonpriority creditor's name and mailing address**

**SAFETY KLEEN**
**ATTN:  JANA**
**3561 S. MAPLE AVE.**
**FRESNO, CA 91109**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,408.69**

---

**3.628**

**Nonpriority creditor's name and mailing address**

**SAGASER,WATKINS & WIELAND**
**5260 N. PALM AVE STE 400**
**FRESNO, CA 93704**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

**$16,590.85**

---

**3.629**

**Nonpriority creditor's name and mailing address**

**SAHUAYO MEAT MRKT & MEAT**
**1020 SOUTH CENTER STREET**
**STOCKTON, CA 95206**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.630**

**Nonpriority creditor's name and mailing address**

**SAI GLOBAL**
**2 SUMMIT PARK DRIVE**
**SUITE 425**
**INDEPENDENCE, OH 44131**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

**$15,106.65**

---

**3.631**

**Nonpriority creditor's name and mailing address**

**SAN BERNARDINO COUNTY**
**DEPT OF PUBLIC HEALTH**
**385 N. ARROWHEAD AVE.**
**SAN BERNARDINO, CA 92415**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.632**

**Nonpriority creditor's name and mailing address**

**SAN BERNARDINO COUNTY**
**TREASURER TAX COLLECTOR**
**268 W HOSPITALITY LN, 1ST FL.**
**SAN BERNARDINO, CA 92415**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.633**

**Nonpriority creditor's name and mailing address**

**SAN BERNARDINO COUNTY**
**FIRE DEPARTMENT**
**157 W. FIFTH STREET, 2ND FL.**
**SAN BERNARDINO, CA 92415**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | Zacky & Sons Poultry, LLC | Case number *(if known)* | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

---

**3.634**

**Nonpriority creditor's name and mailing address**

**San Joaquin Anes Medical Group**
**PO Box 2029**
**Bakersfield, CA 93303**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.635**

**Nonpriority creditor's name and mailing address**

**San Joaquin County**
**Offc of the Treasurer-Tax Collector**
**44 N San Joaquin St #150**
**Stockton, CA 95202**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.636**

**Nonpriority creditor's name and mailing address**

**SAN JOAQUIN UNIFIED AIR**
**4800 ENTERPRISE WAY**
**MODESTO, CA 95356**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.637**

**Nonpriority creditor's name and mailing address**

**SAN JOAQUIN VALLEY AIR**
**POLLUTION CONTROL DIST. 2**
**1990 E. GETTYSBURG AVE.**
**FRESNO, CA 93726**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.638**

**Nonpriority creditor's name and mailing address**

**SANDERSON FARMS**
**P.O. BOX 988**
**LAUREL, MS 39441-0988**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.639**

**Nonpriority creditor's name and mailing address**

**SANDOVAL TRUCKING LLC**
**201 S MADERA AVE**
**SUITE 202**
**KERMAN, CA 93630**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$3,700.00

---

**3.640**

**Nonpriority creditor's name and mailing address**

**Santa Teresa Medical Clinic**
**PO Box 3899**
**Fresno, CA 93650**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | Zacky & Sons Poultry, LLC | | Case number (if known) | 2:18-bk-23361-RK |
|---|---|---|---|---|
| | Name | | | |

| 3.641 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SCHWABENLAND, NANCY**
**10465 S. WESTLAWN**
**FRESNO, CA 93706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.642 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,514.00 |
|---|---|---|---|

**SCOTLYNN COMMODITIES, INC**
**15671 SAN CARLOS BLVD**
**FORT MYERS, FL 33908**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.643 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SEATTLE SPECIALITY**
**INSURANCE SERVICES, INC.**
**PO BOX 1108**
**EVERETT, WA 98206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.644 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,601.56 |
|---|---|---|---|

**SEBASTIAN**
**P.O. BOX 245**
**KERMAN, CA 93630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.645 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,008.44 |
|---|---|---|---|

**SENSIENT COLORS LLC**
**2526 BALDWIN STREET**
**ST. LOUIS, MO 63106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.646 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**SENSITECH**
**800 CUMMINGS CENTER**
**SUITE 258X**
**BEVERLY, MA 01915**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.647 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SFB PLASTICS**
**1819 W. HARRY ST.**
**WICHITA, KS 67213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Zacky & Sons Poultry, LLC | Case number (if known) | 2:18-bk-23361-RK |
|---|---|---|---|
| | Name | | |

---

**3.648** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

SHABBIR A KHAN
SAN JOAQUIN COUNTY TAX COLL
P.O. BOX 2169
STOCKTON, CA 95201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.649** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

SHELBY PUBLISHING
517 GREEN STREET
GAINESVILLE, GA 30501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.650** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$42,367.83**

SHELL ENERGY NORTH
AMERICA (US)L.P.
6601 KOLL CENTER PKWY, STE 245
PLEASANTON, CA 94566

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.651** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$234,441.97**

SHELL ENERGY NORTH
AMERICA US LP
909 FANIN ST., STE 700
HOUSTON, TX 77010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.652** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,512.07**

SHEPARD BROS., INC.
503 S. CYPRESS ST.
LA HABRA, CA 90631

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.653** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$761.63**

SHRED-IT USA LLC
11821 WAKEMAN ST
SANTA FE SPRINGS, CA 90670

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.654** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,575.00**

SIEGFRIED ENGINEERING INC
3244 BROOKSIDE RD. STE100
STOCKTON, CA 95219

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

---

**3.655** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**SIEMENS INDUSTRY, INC**
**4273 W. RICHERT AVE**
**SUITE 110**
**FRESNO, CA 93722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.656** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**SIERRA PACKAGING**
**& SUPPLY , INC.**
**2475 AVE 400**
**KINGSBURG, CA 93631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.657** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Sierra Valley Medico Inc.**
**7780 N. Fresno St., Suite 102**
**Fresno, CA 93720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.658** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$418.41**

**SIGN MAX**
**5852 E BROWN**
**FRESNO, CA 93727**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.659** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$955.95**

**SIGNET MARKING DEVICES**
**3121 RED HILL AVE**
**COSTA MESA, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.660** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$37,138.75**

**SILLIKER LABORATORIES**
**OF CALIFORNIA GROUP**
**1139 EAST DOMINGUEZ, STE 1**
**CARSON, CA 90746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.661** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**SIMMONS ENGINEERING CO.**
**P.O. BOX 546**
**DALLAS, GA 30132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

| 3.662 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$146.65** |
|---|---|---|---|

**SIMPLY MANUFACTURING**
**1800 PRAIRIE STREET**
**PRAIRIE DU SAC, WI 53578**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.663 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,232.00** |
|---|---|---|---|

**SL MACHINE SHOP&FABRICATE**
**5612 PIRONNE ROAD UNIT A6**
**SALIDA, CA 95368**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.664 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$179.33** |
|---|---|---|---|

**SMITHWAY, INC.**
**P.O. BOX 188**
**FAIRVIEW, NC 28730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.665 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SNYDER INDUSTRIES, INC.**
**6940 O STREET, STE. 100**
**LINCOLN, NE 68510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.666 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SOLOMON WELL DRILLING**
**& PUMP SERVICE, INC.**
**37558 HOUSTON ST**
**LUCERNE VALLEY, CA 92356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.667 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SONITROL OF FRESNO**
**3621 W. BEECHWOOD AVE.**
**FRESNO, CA 93711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.668 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,583.45** |
|---|---|---|---|

**SONOCO PROTECTIVE SOLUTIO**
**3930 VENTURA DRIVE**
**SUITE 450**
**ARLINGTONHEIGHTS, IL 60004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Zacky & Sons Poultry, LLC | Case number *(if known)* | 2:18-bk-23361-RK |
|---|---|---|---|
| | Name | | |

| 3.669 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SOSLAND PUBLISHING CO.**
**4801 MAIN ST.**
**SUITE 650**
**KANSAS CITY, MO 64112**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.670 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SOUTHERN CALIF. EDISON CO**
**P.O. BOX 600**
**ROSEMEAD, CA 92771**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.671 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$446.96** |
|---|---|---|---|

**SOUTHWEST GAS CORP.**
**P.O.BOX 98890**
**LAS VEGAS, NV 89193**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.672 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$11,693.88** |
|---|---|---|---|

**SPARKLETTS**
**MCKESSON WATER PRODUCTS**
**5377 E. HOME AVE**
**FRESNO, CA 93727**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.673 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,595.00** |
|---|---|---|---|

**SPEEDY TRUCK WASH LLC**
**3846 S FRONT AVE**
**FRESNO, CA 93725**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.674 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$818.16** |
|---|---|---|---|

**SPRINT**
**4643 S. ULSTER**
**SUITE 500**
**DENVER, CO 80237**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.675 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SPS COMMERCE, INC.**
**333 SOUTH SEVENTH STREET**
**SUITE 1000**
**MINNEAPOLIS, MN 55402**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

| 3.676 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,832.47** |
|---|---|---|---|

**SPX FLOW US, LLC**
**C/O MILTON S. FRANK CO**
**180 A MASON CIRCLE**
**CONCORD, CA 94520**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.677 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SQF INSTITUTE**
**FOOD MARKETING INST.(FMI)**
**2345 CRYSTAL DRIVE, STE 800**
**ARLINGTON, VA 22202-4813**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.678 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$480.00** |
|---|---|---|---|

**SSA TERMINALS OAKLAND**
**11814 ELECTION ROAD**
**SUITE 210**
**DRAPER, UT 84020**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.679 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**STAPLES BUSINESS ADVANTGE**
**500 STAPLES DRIVE**
**FRAMINGHAM, MA 01702**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.680 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**State Board of Equalization**
**Acct. Analysis & Control MIC 29**
**POB 942879**
**Sacramento, CA 94279**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **For Notice Purposes Only**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.681 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**STATE COLLECTIONS &**
**DISBURSEMENT UNIT**
**PO BOX 98950**
**LAS VEGAS, NV 89193**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.682 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,569.89** |
|---|---|---|---|

**STATE DISBURSEMENT UNIT**
**P.O. BOX 989067**
**WEST SACRAMENTO, CA 95798**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

---

**3.683**

**Nonpriority creditor's name and mailing address**
**STATE OF CA DEPT OF HOUSING**
**& COMMUNITY DEVELOPMENT**
**P.O. BOX 1979**
**SACRAMENTO, CA 95812**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.684**

**Nonpriority creditor's name and mailing address**
**STATE OF CALIFORNIA**
**REGISTRATION COLLECTION U**
**P.O. BOX 419001**
**RANCHO CORDOVA, CA 95741**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.685**

**Nonpriority creditor's name and mailing address**
**STOCKTON PIPE & SPPLY INC**
**3811 N. WILCOX ROAD**
**STOCKTON, CA 95215**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,318.36**

---

**3.686**

**Nonpriority creditor's name and mailing address**
**STOCKTON SCAVENGER**
**1240 NAVY DRIVE**
**STOCKTON, CA 95206**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$21,298.32**

---

**3.687**

**Nonpriority creditor's name and mailing address**
**STRAND AG SUPPLY**
**5350 ESMAR ROAD**
**CERES, CA 95307**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$20,086.69**

---

**3.688**

**Nonpriority creditor's name and mailing address**
**SUBWAY SANDWICH SHOP**
**2619 S. EAST AVE**
**FRESNO, CA 93706**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.689**

**Nonpriority creditor's name and mailing address**
**SUN LIFE OF CANADA**
**6991 E CAMELBACK RD**
**SUITE C340**
**SCOTTSDALE, AZ 85251**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$10,578.04**

---

| Debtor | Zacky & Sons Poultry, LLC | Case number (if known) | 2:18-bk-23361-RK |
|---|---|---|---|
| | Name | | |

| 3.690 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
|---|---|---|---|

**SUN M. KIM**
**100 EAGLE TRACE DRIVE**
**HALFMOON BAY, CA 94019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.691 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SUPER A FOODS INC.**
**7200 DOMINION CIRCLE**
**COMMERCE, CA 90040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.692 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SUPERIOR COURT-MERCED CO**
**TRAFFIC DIVISION**
**1159 "G" STREET**
**LOS BANOS, CA 93635**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.693 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SUPERIOR PIPE & STAINLESS**
**SUPPLY, INC.**
**2611 E. CHURCH AVE**
**FRESNO, CA 93706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.694 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SUPPLY CHAIN SERVICES**
**7800 THIRD STREET NORTH**
**SUITE 920**
**OAKDALE, MN 55128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.695 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SWECO**
**M-I  LLC**
**2919 JOYCLIFF ROAD**
**MACON, GA 31211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.696 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SWRCB ACCOUNTING OFFICE**
**ATTN: ANNVAL FEES**
**P.O. BOX 1888**
**SACRAMENTO, CA 95812**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Zacky & Sons Poultry, LLC** | | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|---|
| | Name | | | |

| 3.697 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,797.00 |
|---|---|---|---|

**SYSTEMS & SOLUTIONS**
**5198 ARLINGTON AVE**
**SUITE 687**
**RIVERSIDE, CA 92504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.698 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,478.82 |
|---|---|---|---|

**TAYLOR COMMUNICATIONS**
**3225 S. ORANGE AVE**
**FRESNO, CA 93725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.699 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TCS EXPRESS, INC**
**P.O. BOX 77492**
**CORONA, CA 92877**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.700 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TEL-TECH**
**1295 N. WISHON SUITE 206**
**FRESNO, CA 93728**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.701 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,620.00 |
|---|---|---|---|

**TERENCE SEAN MCGEE, M.D.**
**P.O. BOX 2767**
**MALIBU, CA 90265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.702 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TEXAS CHILD SUPPORT SDU**
**P.O. BOX 659791**
**SAN ANTONIO, TX 78265-9791**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.703 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**THE GOLDEN 1 CREDIT UNION**
**PAYROLL DEPT.**
**P.O. BOX 15966**
**SACRAMENTO, CA 95852**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Zacky & Sons Poultry, LLC | | Case number (if known) | 2:18-bk-23361-RK |
|---|---|---|---|---|
| | Name | | | |

| 3.704 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **THE ILLUMINATORS, INC.**<br>**C/O ANGELA TYE**<br>**10606 TRADEMARK PKWY N #203**<br>**RANCHO CUCAMONGA, CA 91730** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.705 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $554.76 |
|---|---|---|---|
| | **THE PAIGE COMPANY**<br>**PO BOX 443**<br>**ELWOOD PARK, NJ 07407** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.706 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60,225.00 |
|---|---|---|---|
| | **THE SAMUEL LLC**<br>**1482 EAST VALLEY ROAD**<br>**SUITE 718**<br>**MONTECITO, CA 93108** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Lease** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.707 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $118,446.00 |
|---|---|---|---|
| | **THE SAMUEL LLC, AND**<br>**LILLIAN ZACKY, TRUSTEE**<br>**1010 MORAGA DRIVE**<br>**LOS ANGELES, CA 90049** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Lease** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.708 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **THE SAVE MART COMPANIES**<br>**CARES FOUNDATION**<br>**PO BOX 4278**<br>**MODESTO, CA 95352** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.709 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,063.94 |
|---|---|---|---|
| | **THE SHERWIN WILLIAMS CO.**<br>**6584 N. BLACKSTONE AVE**<br>**FRESNO, CA 93710** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.710 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,900.00 |
|---|---|---|---|
| | **THE SPECTRUM GROUP**<br>**208 W. MAIN STREET**<br>**SUITE 5**<br>**VISALIA, CA 93291** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

| 3.711 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,415.66** |
|---|---|---|---|

**THE STELLAR GROUP**
**1035 RENO AVENUE**
**MODESTO, CA 95351**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.712 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$45,000.00** |
|---|---|---|---|

**THE YUCAIPA COMPANIES LLC**
**9130 WEST SUNSET BLVD**
**LOS ANGELES, CA 90069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.713 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,701.39** |
|---|---|---|---|

**THERMO FISHER SCIENTIFIC,**
**INC.**
**2170 MARTIN AVENUE**
**SANTA CLARA, CA 95050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.714 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,661.30** |
|---|---|---|---|

**THERMO KING OF CENTRAL**
**CALIFORNIA**
**2410 S RAILROAD AV**
**FRESNO, CA 93706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.715 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$153.99** |
|---|---|---|---|

**THERMOWORKS, INC**
**741 E. UTAH VALLEY DR**
**AMERICAN FORK, UT 84003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.716 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,258.78** |
|---|---|---|---|

**THIELE TECHNOLOGIES**
**P.O. BOX # 548**
**REEDLEY, CA 93654**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.717 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**TIPPER TIE INC**
**200 LUFKIN ROAD**
**P.O. BOX 866**
**CHICAGO, IL 27502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

---

**3.718** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,323.29**

**TITAN INJECTION PARTS & SERVICE, INC.**
**319 E. VAN EMMON ROAD**
**YORKVILLE, IL 60560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.719** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**TKJ TRUCKING**
**P.O. BOX 3345**
**PINEDALE, CA 93650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.720** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**TOLLESON GOLF CART CORP.**
**3363 S. GOLDEN STATE BLVD**
**FRESNO, CA 93725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.721** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,286.28**

**TOSHIBA FINANCIAL SERVICE**
**1310 MADRID ST. STE 100**
**MARSHALL, MN 56258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Lease**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.722** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,518.07**

**TOTAL FILTRATION SERVICES**
**5405 E. HOME AVE. #101**
**FRESNO, CA 93727**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.723** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,975.00**

**TOTAL QUALITY LOGISTICS**
**PO BOX 799**
**MILFORD, OH 45150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.724** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**TOTAL SEAL**
**19424 PARK ROW DRIVE**
**SUITE 165**
**HOUSTON, TX 77084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.725 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $415.15 |
|---|---|---|---|

**TOWN OF APPLE VALLEY**
**14955 DALE EVANSPARKWAY**
**APPLE VALLEY, CA 92307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.726 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $813.15 |
|---|---|---|---|

**TOYOTA MATERIAL HANDLING**
**6999 SOUTHFRONT ROAD**
**LIVERMORE, CA 94551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.727 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $281.88 |
|---|---|---|---|

**TRAVEL SHOPPE**
**7461 N. FIRST ST**
**SUITE 102**
**FRESNO, CA 93720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.728 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,038.00 |
|---|---|---|---|

**TREBRON COMPANY, INC.**
**5506 - 35TH AVE., N.E.**
**SEATTLE, WA 98105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.729 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TRI-COUNTY WATER**
**AUTHORITY**
**944 WHITLEY AVE, STE E**
**CORCORAN, CA 93212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.730 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TRIUMPH BUSINESS CAPITAL**
**FOR ANYWAY LOGISTICS**
**PO BOX 610028**
**DALLAS, TX 75261-0028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.731 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,131.14 |
|---|---|---|---|

**TRU HONE CORP.**
**1721 N.E. 19TH AVE.**
**OCALA, FL 34470**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

---

**3.732** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**TRUCKER EXAM, INC.**
**6725 N. GOLDEN STATE BLVD**
**FRESNO, CA 93772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.733** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $905.56

**TURLOCK IRRIGATION**
**DISTRICT**
**P.O. BOX 819007**
**TURLOCK, CA 95381**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.734** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**TURLOCK SCAVENGER COMPANY**
**1200 S. WALNUT ROAD**
**TURLOCK, CA 95380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.735** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,436.00

**TW SERVICES, INC.**
**P. O. BOX 784**
**PLACENTIA, CA 92870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.736** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,074.11

**TYCO INTEGRATED SECURITY**
**P.O. BOX 371967**
**PITTSBURGH, PA 15250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.737** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**UFCW 8 GOLDEN STATE**
**3485 W. SHAW AVE.**
**SUITE 101**
**FRESNO, CA 93711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Collective Bargaining Agreement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.738** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**UFCW 8 GOLDEN STATE**
**P.O. BOX 619021**
**ROSEVILLE, CA 95661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | Case number *(if known)* | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

---

**3.739** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,223.01**

**ULINE**
**ATTN:  ACCTS RECEIVABLE**
**PO BOX 88741**
**CHICAGO, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.740** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**UNDER ARMOUR**
**2510 W. WALNUT**
**RIALTO, CA 92376**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.741** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**UNITED LOCAL CREDIT**
**UNION**
**3650 E ASHLAN**
**FRESNO, CA 93726**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.742** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$66.15**

**UNIVAR USA INC.**
**12522 LOS NIETOS ROAD**
**SANTA FE SPRINGS, CA 90670**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.743** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**UNWIRED BROADBAND, INC**
**215 W. FALLBROOK AVE**
**SUITE 203**
**FRESNO, CA 93711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.744** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$460.13**

**UPS**
**P.O. BOX 894820**
**LOS ANGELES, CA 90189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.745** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**URNER BARRY MARKET INFORM**
**INC.**
**P.O. BOX 666**
**TOMS RIVER, NJ 08754**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com | | Best Case Bankruptcy

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

| 3.746 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**US DEPT OF EDUCATION**
**NATIONAL PAYMENT CENTER**
**P.O. BOX 105081**
**ATLANTA, GA 30348**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.747 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**US HEALTHWORKS**
**MEDICAL GROUP, PC**
**P.O. BOX 50042**
**LOS ANGELES, CA 90074**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.748 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**US PERISHABLES**
**3732 MT. DIABLO BLVD.**
**SUITE 395**
**LAFAYETTE, CA 94549**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.749 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$143.00** |
|---|---|---|---|

**US POSTMASTER**

**FRESNO, CA 93706-9998**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.750 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**USC MARSHALL EXEC ED**
**3660 TROUSDALE PKWY**
**ACC 216**
**LOS ANGELES, CA 90089**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.751 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**USDA**
**APHIS, VS, NVSL**
**P.O. BOX 844**
**AMES, IA 50010**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.752 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,138.68** |
|---|---|---|---|

**USDA FOOD SAFETY &**
**INSPECTION SVCS. (FSIS)**
**P.O. BOX 979001**
**ST. LOUIS, MO 63197**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Zacky & Sons Poultry, LLC | Case number (if known) | 2:18-bk-23361-RK |
|---|---|---|---|
| | Name | | |

---

**3.753**  **Nonpriority creditor's name and mailing address**

USDA, AMS POULTRY DIVISIO
GRADING BRANCH
P.O. BOX 790338
ST. LOUIS, MO 63179

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$22,830.99**

---

**3.754**  **Nonpriority creditor's name and mailing address**

USDA/APHIS
P.O.BOX 979039
ST. LOUIS, MO 63197

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$438.30**

---

**3.755**  **Nonpriority creditor's name and mailing address**

VAC-AIR INC
5254 N. 124TH STREET
MILWAUKEE, WI 53225

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.756**  **Nonpriority creditor's name and mailing address**

VALLARTA MARKETS
12881 BRADLEY AVE.
SYLMAR, CA 91342

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$170.00**

---

**3.757**  **Nonpriority creditor's name and mailing address**

VALLEY AG, INC.
7205 AKERS ROAD
BAKERSFIELD, CA 93313

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$6,324.89**

---

**3.758**  **Nonpriority creditor's name and mailing address**

VALLEY FLEET CLEAN
P. O. BOX 9854
FRESNO, CA 93794

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$12,491.96**

---

**3.759**  **Nonpriority creditor's name and mailing address**

VALLEY ICE ONE
2635 S. TEMPERANCE AVE.
FOWLER, CA 93625

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Zacky & Sons Poultry, LLC** | Case number *(if known)* | **2:18-bk-23361-RK** |
|---|---|---|---|
| | Name | | |

| 3.760 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**VALLEY ICE PRODUCTS**
**2635 S. TEMPERANCE AVE.**
**FOWLER, CA 93625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.761 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**VALLEY IRON INC.**
**3114 S. CHERRY**
**FRESNO, CA 93706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.762 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32.59 |
|---|---|---|---|

**VALLEY LUMBER**
**PO BOX 6157**
**STOCKTON, CA 95206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.763 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**VALLEY NETWORK**
**SOLUTIONS**
**364 WEST FALLBROOK AVE. #101**
**FRESNO, CA 93711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.764 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,269.48 |
|---|---|---|---|

**VALLEY PACIFIC PETROLEUM**
**SERVICES, INC.**
**188-A FRANK WEST CIRCLE**
**STOCKTON, CA 95206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.765 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,589.24 |
|---|---|---|---|

**VALLEY PIPE AND SUPPLY CO**
**P.O. BOX 551**
**FRESNO, CA 93709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.766 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,637.23 |
|---|---|---|---|

**VALLEY PRINTING &**
**PROMOTIONAL MARKETING INC**
**340 W. FALLBROOK AVE #108**
**FRESNO, CA 93711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Zacky & Sons Poultry, LLC | Case number *(if known)* | 2:18-bk-23361-RK |
|---|---|---|---|
| | Name | | |

| 3.767 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $488.58 |
|---|---|---|---|

**VALLEY TRANSPORT REFRIGERATION**
2696 S. WILLOW #3
FRESNO, CA 93725

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.768 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125,994.69 |
|---|---|---|---|

**VERITIV CORP.**
2325 S. CEDAR AVE.
FRESNO, CA 93725

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.769 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $586.03 |
|---|---|---|---|

**VERIZON WIRELESS**
P. O. BOX 660108
DALLAS, TX 75266

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.770 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,466.46 |
|---|---|---|---|

**VETERINARY SERVICE, INC.**
2892 S. ORANGE AVE
FRESNO, CA 73725

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.771 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

**VICENTE FOODS**
12027 SAN VICENTE BLVD
WEST LOS ANGELES, CA 90049

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.772 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,724.16 |
|---|---|---|---|

**VICTORY PACKAGING**
2000 CHABOT CT
SUITE 200
TRACY, CA 95304

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.773 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $205,796.86 |
|---|---|---|---|

**VISCOFAN USA, INC**
50 COUNTY COURT
MONTGOMERY, AL 36105

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Zacky & Sons Poultry, LLC | | Case number *(if known)* | **2:18-bk-23361-RK** |
|---|---|---|---|---|
| | Name | | | |

---

**3.774** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Vision Quest Industries, Inc.**
**18011 Mitchell St., Ste A**
**Irvine, CA 92614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.775** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,991.60**

**VISKASE SALES CORPORATION**
**333 E. BUTTERFIELD ROAD**
**SUITE 400**
**LOMBARD, IL 60148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.776** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**VOLK'S HOK-LOK CO.**
**618 S. KILROY RD.**
**TURLOCK, CA 95380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.777** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**VOLKMAN SEED FACTORY, INC**
**P.O. BOX 245**
**CERES, CA 95307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.778** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$360.00**

**VORTEX INDUSTRIES, INC.**
**2546 N. BUSINESS PARK AVE**
**FRESNO, CA 93727**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.779** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,993.91**

**VWR SCIENTIFIC**
**P.O. BOX 7900**
**SAN FRANCISCO, CA 94120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.780** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**WAFC CONVENTION**
**C/O MONTROSE TRAVEL**
**2355 HONOLULU AVENUE**
**MONTROSE, CA 91020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|---|
| | Name | | | |

| 3.781 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WAGNER PROCESS EQUIPMENT,**
**3727 METRO DRIVE, STE B**
**STOCKTON, CA 95215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.782 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WALTON'S INC**
**3639 N. COMOTARA ST.**
**WICHITA, KS 67226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.783 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WANGERIEN, ROBERT**
**11 LONE HOLLOW DRIVE**
**SANDY, UT 84092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.784 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WAREMART/WINCO FOODS**
**ATTN: RETURNED CHECKS DPT**
**1004 SOUTH PEACH AVENUE**
**FRESNO, CA 93727**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.785 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,762.42 |
|---|---|---|---|

**WASTE MANAGEMENT**
**4333 E. JEFFERSON**
**FRESNO, CA 93725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.786 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,310.89 |
|---|---|---|---|

**WATER TECH SPECIALTIES,**
**INC**
**P.O. BOX 32846**
**SAN JOSE, CA 95152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.787 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,413.80 |
|---|---|---|---|

**WATER TECHNOLOGY OF**
**FRESNO**
**P.O. BOX 2867**
**FRESNO, CA 93745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Zacky & Sons Poultry, LLC** | | Case number *(if known)* | **2:18-bk-23361-RK** |
|---|---|---|---|---|
| | Name | | | |

| 3.788 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,222.17 |
|---|---|---|---|

**WATTS EQUIPMENT CO., INC.**
P. O. BOX 2570
MANTECA, CA 95336

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.789 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,813.18 |
|---|---|---|---|

**WEBER INCORPORATED**
10701 N. AMBASSADOR DRIVE
KANSAS CITY, MO 64153

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.790 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**WELLS FARGO**
260 CHARLES LINDBERGH
SALT LAKE CITY, UT 84116

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.791 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**WELLS FARGO BANK N.A.**
Z&S NOTE PAYABLE
420 MONTGOMERY STREET
SAN FRANCISCO, CA 94104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.792 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**WELLS FARGO INS SVS USA**
PO BOX 39000
DEPT 33667
SAN FRANCISCO, CA 94139

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.793 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,150.00 |
|---|---|---|---|

**WERNER ENTERPRISES INC**
PO BOX 45308
OMAHA, NE 68145

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.794 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**WEST SIDE MARKET**
2498 SOUTH ELM
FRESNO, CA 93706

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Zacky & Sons Poultry, LLC | | Case number (if known) | 2:18-bk-23361-RK |
|---|---|---|---|---|
| | Name | | | |

| 3.795 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$52.91** |
|---|---|---|---|
| | **WESTAIR GASES & EQUIPMENT, INC.** ☐ Contingent | |
| | **2929 E. DOROTHY AVES.** ☐ Unliquidated | |
| | **FRESNO, CA 93706** ☐ Disputed | |

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.796 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,000.00** |
|---|---|---|---|
| | **WESTCO CHEMICALS, INC** ☐ Contingent | |
| | **12551-61 SATICOY ST SOUTH** ☐ Unliquidated | |
| | **NORTH HOLLYWOOD, CA 91605** ☐ Disputed | |

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.797 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,169.32** |
|---|---|---|---|
| | **WESTERN BUILDING MATERIAL** ☐ Contingent | |
| | **4620 E. OLIVE AVE** ☐ Unliquidated | |
| | **FRESNO, CA 93702** ☐ Disputed | |

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.798 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,593,954.97** |
|---|---|---|---|
| | **WESTERN MILLING** ☐ Contingent | |
| | **31120 NUTMEG ROAD** ☐ Unliquidated | |
| | **31120 WEST STREET** ☐ Disputed | |
| | **GOSHEN, CA 93227** | |

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.799 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **WESTERN REFRIGERATED** ☐ Contingent | |
| | **FREIGHT SYSTEM INC.** ☐ Unliquidated | |
| | **8238 W. HARRISON ST** ☐ Disputed | |
| | **TOLLESON, AZ 85353** | |

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.800 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **WESTERN RESEARCH** ☐ Contingent | |
| | **1012 PRESSMEN'S HOME RD** ☐ Unliquidated | |
| | **P.O. BOX 907** ☐ Disputed | |
| | **ROGERSVILLE, TN 37857** | |

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.801 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,114.87** |
|---|---|---|---|
| | **WESTERN SHIELD LABEL CO** ☐ Contingent | |
| | **2146 E. GLADWICK ST.** ☐ Unliquidated | |
| | **RANCHO DOMINGUEZ, CA 90220** ☐ Disputed | |

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Zacky & Sons Poultry, LLC** | | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|---|
| | Name | | | |

| 3.802 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00** |
|---|---|---|---|
| | **WHITBECK LABORATORIES,INC**<br>**441 REINERT DRIVE**<br>**SPRINGDALE,, AR 72764** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.803 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$92,054.95** |
|---|---|---|---|
| | **WHOLESALE EQUIP OF FRESNO**<br>**P.O. BOX 2637**<br>**FRESNO, CA 93745** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.804 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,283.60** |
|---|---|---|---|
| | **WILLE ELECTRIC**<br>**P.O. BOX 3246**<br>**MODESTO, CA 95353** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.805 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **WILSHIRE BLVD TEMPLE**<br>**3663 WILSHIRE BLVD**<br>**LOS ANGELES, CA 90010** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.806 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **WINPAK, DIVISION**<br>**100 SAULTEAUX CRESCENT**<br>**WINNIPEG, MB**<br>**CANADA MB R3J 3** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.807 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **WOLFF INDUSTRIES**<br>**107 INTERSTATE PARK**<br>**SPARTANBURG, SC 29303** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.808 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,636.91** |
|---|---|---|---|
| | **WPL TECHNOLOGIES, INC.**<br>**3756 N. 7TH STREET**<br>**FRESNO, CA 93726** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Zacky & Sons Poultry, LLC | | Case number (if known) | 2:18-bk-23361-RK |
|---|---|---|---|---|
| | Name | | | |

| 3.809 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$59,467.27** |
|---|---|---|---|
| | **YORKE ENGINEERING LLC** | ☐ Contingent | |
| | **31726 RANCHO VIEJO RD** | ☐ Unliquidated | |
| | **SUITE 218** | ☐ Disputed | |
| | **SAN JUAN CAPISTRANO, CA 92675** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.810 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **ZEE MEDICAL SERVICE CO.** | ☐ Contingent | |
| | **4221 W. SIERRA MADRE #104** | ☐ Unliquidated | |
| | **FRESNO, CA 93722** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.811 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$81,259.05** |
|---|---|---|---|
| | **ZENITH INSURANCE CO.** | ☐ Contingent | |
| | **AGRIBUSINESS SOLUTIONS** | ☐ Unliquidated | |
| | **21255 CALIFA STREET** | ☐ Disputed | |
| | **WOODLAND HILLS,, CA 91367** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.812 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,947.92** |
|---|---|---|---|
| | **ZM TECHNOLOGIES** | ☐ Contingent | |
| | **1010 SHAW RD** | ☐ Unliquidated | |
| | **STOCKTON, CA 95215** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.813 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,419.28** |
|---|---|---|---|
| | **ZOOM IMAGING SOLUTIONS** | ☐ Contingent | |
| | **4603 W. JENNIFER** | ☐ Unliquidated | |
| | **FRESNO, CA 93722** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $  1,603,224.84 |
| 5b. Total claims from Part 2 | 5b.  + | $  18,262,589.71 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $  19,865,814.55 |

**Fill in this information to identify the case:**

Debtor name    **Zacky & Sons Poultry, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known)    **2:18-bk-23361-RK**

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
   (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Lease of 15956 S. East Ave., Caruthers, CA** | |
| State the term remaining | 03/31/13 to 02/28/21 | |
| List the contract number of any government contract | | **15956 S. EAST AVENUE CARUTHERS LLC**<br>**149 South Barrington, # 720**<br>**Los Angeles, CA 90049** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Lease of 18606 Lords Road, Helendale, CA** | |
| State the term remaining | 03/31/13 to 02/28/21 | |
| List the contract number of any government contract | | **18606 LORDS ROAD, HELLENDALE, LLC**<br>**1010 Moraga Drive**<br>**Los Angeles, CA 90049** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **Lease of 20115 Del Oro Road, Apple Valley, CA** | |
| State the term remaining | 03/31/13 to 02/28/21 | |
| List the contract number of any government contract | | **20115 DEL ORO ROAD,**<br>**APPLE VALLEY, LLC**<br>**1010 Moraga Drive**<br>**Los Angeles, CA 90049** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | **Lease of 7915 Deep Creek Road, Apple Valley, CA** | |
| State the term remaining | | **7915 DEEP CREEK ROAD,**<br>**APPLE VALLEY 1, LLC**<br>**1010 Moraga Drive** |
| List the contract number of any government contract | 03/31/13 to 02/28/21 | **Los Angeles, CA 90049** |

Debtor 1    **Zacky & Sons Poultry, LLC**

First Name          Middle Name          Last Name

Case number *(if known)*    **2:18-bk-23361-RK**

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest | **Single Lease of:**<br>**(1) 8479 South Madera Ave., Fresno, CA**<br>**(2) 5556 S. Placer Ave., San Juaquin, CA**<br>**(3) 5546 S. Placer Ave., San Juaquin, CA**<br>**(4) 20739 W. American Ave., Kerman, CA** | |
| State the term remaining | **03/31/13 to 02/28/21** | **AMERICAN HUNTSMAN LLC**<br>**1010 Moraga Driv**<br>**Los Angeles, CA 90049** |
| List the contract number of any government contract | | |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest | **CDW CSO - MSFT Online Services** | |
| State the term remaining | **Auto Renewals** | **CDW Computer Centers**<br>**PO Box 75723**<br>**Chicago, IL 60675-5723** |
| List the contract number of any government contract | | |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest | **Lease of 9507 Niles Ave. , Corcoran, CA** | |
| State the term remaining | | **Lillian Zacky, Trustee**<br>**1010 Moraga Drive**<br>**Los Angeles, CA 90049** |
| List the contract number of any government contract | **03/31/13 to 02/28/21** | |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest | **Lease of 25765 W. Whitebridge Rd., Mendota, CA** | |
| State the term remaining | **03/31/13 to 02/28/21** | **Lillian Zacky, Trustee**<br>**1010 Moraga Drive**<br>**Los Angeles, CA 90049** |
| List the contract number of any government contract | | |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest | **Lease of 13200 Crossroads Parkway North, City of Industry, CA** | |
| State the term remaining | **04/01/18 to 11/30/18** | **RR&C DEVELOPMENT CO.**<br>**AND REDLANDS JOINT VENTURE LLC**<br>**13191 Crossroads Parkway North, 6 F**<br>**City of Industry, CA 91746** |
| List the contract number of any government contract | | |

| Debtor 1 | **Zacky & Sons Poultry, LLC** | | | Case number *(if known)* | **2:18-bk-23361-RK** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 11005 Nevada Ave., Hanford, CA** | |
|---|---|---|---|
| | State the term remaining | **03/31/13 to 02/28/21** | **THE SAMUEL LLC** |
| | List the contract number of any government contract | | **1482 East Valley Rd., # 718**<br>**Santa Barbara, CA 93108** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 5606 E. Davis Ave., Laton, CA** | |
|---|---|---|---|
| | State the term remaining | **03/31/13 to 02/28/21** | **THE SAMUEL LLC AND LILLIAN ZACKY, TRUSTEE** |
| | List the contract number of any government contract | | **1010 Moraga Drive**<br>**Los Angeles, CA 90049** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Toshiba E-Studio 502** | |
|---|---|---|---|
| | State the term remaining | **Ends 9/13/21** | **Toshiba Financial Services** |
| | List the contract number of any government contract | | **5241 California Avenue, Suite 100**<br>**Irvine, CA 92617** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Collective Bargaining Agreements** | |
|---|---|---|---|
| | State the term remaining | **Expired Post-Petition on 11/19/18** | **UFCW 8 GOLDEN STATE** |
| | List the contract number of any government contract | | **3485 W. SHAW AVE.**<br>**SUITE 101**<br>**FRESNO, CA 93711** |

**Fill in this information to identify the case:**

Debtor name    **Zacky & Sons Poultry, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES
DIVISION

Case number (if known)    **2:18-bk-23361-RK**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1  **LILLIAN ZACKY** | **1010 MORAGA DRIVE LOS ANGELES, CA 90049 Potential personal guaranty of amounts owed on Wells Fargo Letter of Credit issued to fund the Debtor's self-insured workers' compensation insurance obligations to the State of California** | **Wells Fargo** | ☐ D _____ ☐ E/F _____ ☐ G _____ |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Zacky & Sons Poultry, LLC** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION |
| Case number (if known) | **2:18-bk-23361-RK** |

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2018** to **Filing Date** | ☐ Operating a business ☑ Other   **Gross Revenues** | **$76,357,772.00** |
| **For prior year:** From  **1/01/2017** to **12/31/2017** | ☐ Operating a business ☑ Other   **Gross Revenues** | **$90,585,667.00** |
| **For year before that:** From  **1/01/2016** to **12/31/2016** | ☐ Operating a business ☑ Other   **Gross Revenues** | **$96,644,136.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2018** to **Filing Date** | **Gift Certificate Revenues and Interest Income** | **$1,128.00** |
| **For prior year:** From  **1/01/2017** to **12/31/2017** | **Gift Certificate Revenues and Interest Income** | **$11,274.00** |
| **For year before that:** From  **1/01/2016** to **12/31/2016** | **Gift Certificate Revenues and Interest Income** | **$4,031.00** |

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **See Exhibit SOFA 3** | **See Exhibit SOFA 3** | **$28,702,488.72** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other __Various__ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **See Exhibit SOFA 4** | **See Exhibit SOFA 4** | **$3,400,775.71** | **See Exhibit SOFA 4** |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**ZACKY & SONS POULTRY, LLC**
**Case #2:18-bk-23361-RK**
**SOFA # 3 - Payments to Creditors within 90 Days of Filing**

| Vendor | Ck Date | Ck Number | Amount |
|---|---|---|---|
| **CITY OF FRESNO** | 09/12/18 | 273456 | $ 69,048.20 |
| **UTILITIES** | | | |
| **P.O. BOX 2069** | | | |
| **FRESNO, CA  93764** | | | |
| | | | |
| **PACIFIC GAS AND ELECTRIC** | 08/17/18 | 273184 | $ 839.01 |
| **1745 2ND STREET** | 08/22/18 | 273242 | $ 11,303.94 |
| **SELMA, CA  93662** | 09/17/18 | 273549 | $ 57.63 |
| | 09/17/18 | 273582 | $ 51,289.87 |
| | 10/27/18 | 274016 | $ 8.73 |
| | | | $ 63,499.18 |
| | | | |
| **AT&T PAYMENT CENTER** | 08/21/18 | 273236 | $ 14,014.44 |
| **P.O. BOX 5025** | | | |
| **CAROL STREAM, IL  60197** | | | |
| | | | |
| **UNIVAR USA INC.** | 08/30/18 | 273328 | $ 9,642.09 |
| **12522 LOS NIETOS ROAD** | | | |
| **SANTA FE SPRINGS, CA  90670** | | | |
| | | | |
| **PRUDENTIAL OVERALL SUPPLY** | 09/21/18 | 273609 | $ 4,544.85 |
| **1260 E. NORTH AVE.** | 10/25/18 | 273933 | $ 6,162.38 |
| **FRESNO, CA  93725** | | | $ 10,707.23 |
| | | | |
| **CENTRAL VALLEY TRAILER** | 09/21/18 | 273655 | $ 18,000.00 |
| **REPAIR** | | | |
| **P.O. BOX 12427** | | | |
| **FRESNO, CA  93777** | | | |

EXHIBIT SOFA 3

**ZACKY & SONS POULTRY, LLC**

**Case #2:18-bk-23361-RK**

**SOFA # 3 - Payments to Creditors within 90 Days of Filing**

| Vendor | Ck Date | Ck Number | Amount |
|--------|---------|-----------|--------|
| G.V. BURROWS, INC. | 09/13/18 | 273512 | $ 14,911.26 |
| P.O. BOX 546 | 10/04/18 | 273827 | $ 2,482.20 |
| LEMOORE, CA  93245 | 10/26/18 | 274009 | $ 9,534.89 |
| | | | $ 26,928.35 |
| | | | |
| USDA FOOD SAFETY & | 09/13/18 | 273513 | $ 19,670.68 |
| INSPECTION SVCS. (FSIS) | | | |
| P.O. BOX 979001 | | | |
| ST. LOUIS, MO  63197 | | | |
| | | | |
| USDA, AMS POULTRY DIVISIO | 09/05/18 | 273398 | $ 18,221.38 |
| GRADING BRANCH | 10/30/18 | 274035 | $ 40,961.70 |
| P.O. BOX 790338 | | | $ 59,183.08 |
| ST. LOUIS, MO  63179 | | | |
| | | | |
| CALIFORNIA WATER SERVICE | 08/21/18 | 273221 | $ 91.36 |
| P.O. BOX 940001 | 08/21/18 | 273237 | $ 23,385.89 |
| SAN JOSE, CA  95194-0001 | 09/17/18 | 273553 | $ 91.36 |
| | 09/17/18 | 273583 | $ 22,120.25 |
| | | | $ 45,688.86 |
| | | | |
| PACIFIC GAS & ELECTRIC | 08/23/18 | 273250 | $ 91,080.05 |
| P.O. BOX 997300 | | | |
| SACRAMENTO, CA  95899 | | | |
| | | | |
| SILLIKER LABORATORIES | 09/21/18 | 273656 | $ 12,982.87 |
| OF CALIFORNIA GROUP | | | |
| 1139 EAST DOMINGUEZ, STE 1 | | | |
| CARSON, CA  90746 | | | |
| | | | |
| DARLING INT'L (TURLOCK) | 11/09/18 | 274161 | $ 6,471.29 |
| P.O. BOX 1608 | | | |
| TURLOCK, CA   48255-2210 | | | |

**ZACKY & SONS POULTRY, LLC**
**Case #2:18-bk-23361-RK**
**SOFA # 3 - Payments to Creditors within 90 Days of Filing**

| Vendor | Ck Date | Ck Number | Amount |
|---|---|---|---|
| **ASSOCIATED FEED & SUPPLY** | 08/16/18 | 273166 | $ 100,927.65 |
| **P.O. BOX 2367** | 08/24/18 | 273265 | $ 28,349.18 |
| **TURLOCK, CA  95381** | | | $ 129,276.83 |
| | | | |
| **PENSKE TRUCK LEASING** | 08/20/18 | 982324 | $ 29,867.62 |
| **3080 E. MALAGA AVE** | | | |
| **Fresno, CA  93725** | | | |
| | | | |
| **SHELL ENERGY NORTH** | 08/20/18 | 273215 | $ 52,705.11 |
| **AMERICA (US)L.P.** | | | |
| **6601 KOLL CENTER PKWY, STE 245** | | | |
| **PLEASANTON, CA  94566** | | | |
| | | | |
| **BEESON,HOFFMAN &** | 09/05/18 | 273391 | $ 24,900.00 |
| **SIDDALL, INC.** | | | |
| **500 CENTRAL AVE-#325** | | | |
| **GLENDALE, CA  91203** | | | |
| | | | |
| **METROPOLITAN LIFE INS CO** | 09/21/18 | 273659 | $ 10,036.60 |
| **METLIFE SMALL BUSINESS** | 10/25/18 | 273918 | $ 5,029.00 |
| **P.O. BOX 804466** | | | $ 15,065.60 |
| **KANSAS CITY, MO  64180** | | | |
| | | | |
| **JS WEST, INC.** | 09/13/18 | 273515 | $ 24,152.00 |
| **501 NINTH STREET** | 10/25/18 | 273998 | $ 11,072.91 |
| **MODESTO, CA  95354** | | | $ 35,224.91 |
| | | | |
| **CITY OF STOCKTON** | 09/21/18 | 273660 | $ 15,783.12 |
| **FINANCE DEPARTMENT** | 09/21/18 | 273620 | $ 1,027.62 |
| **425 N. EL DORADO ST.** | | | $ 16,810.74 |
| **STOCKTON, CA  95202** | | | |

**ZACKY & SONS POULTRY, LLC**
**Case #2:18-bk-23361-RK**
**SOFA # 3 - Payments to Creditors within 90 Days of Filing**

| Vendor | Ck Date | Ck Number | Amount |
|---|---|---|---|
| | | | |
| **DENHAM RESOURCES** | 09/13/18 | 273481 | $ 3,976.99 |
| **567 WEST SHAW, STE C1** | 10/02/18 | 273776 | $ 3,306.88 |
| **FRESNO, CA  93704** | 10/08/18 | 273844 | $ 3,329.08 |
| | | | $ 10,612.95 |
| | | | |
| **DREISBACH ENTERPRISES INC** | 08/31/18 | 273348 | $ 34,672.21 |
| **2530 E. 11TH STREET** | 09/13/18 | 273465 | $ 20,655.20 |
| **OAKLAND, CA  94601** | 09/21/18 | 273662 | $ 20,177.71 |
| | 10/02/18 | 273795 | $ 16,464.27 |
| | 10/25/18 | 273936 | $ 13,043.01 |
| | 11/06/18 | 274118 | $ 50,000.00 |
| | | | $ 155,012.40 |
| | | | |
| **JAMES G. PARKER & ASSOC.** | 10/01/18 | 273758 | $ 12,729.65 |
| **P.O. BOX 3947** | | | |
| **FRESNO, CA  93650** | | | |
| | | | |
| **VALLARTA MARKETS** | 09/13/18 | 273486 | $ 6,679.26 |
| **12881 BRADLEY AVE.** | | | |
| **SYLMAR, CA  91342** | | | |
| | | | |
| **NOVA TECH** | 08/16/18 | 273162 | $ 7,479.98 |
| **360 NORTHWEST 45TH ST.** | 09/21/18 | 273623 | $ 7,372.20 |
| **WILMAR, MN  56201** | | | $ 14,852.18 |
| | | | |
| **EXPRESS SERVICES, INC** | 09/13/18 | 273517 | $ 12,956.97 |
| **P.O. BOX 844277** | 09/21/18 | 273624 | $ 5,399.21 |
| **LOS ANGELES, CA    90084-4277** | | | $ 18,356.18 |

**ZACKY & SONS POULTRY, LLC**

**Case #2:18-bk-23361-RK**

**SOFA # 3 - Payments to Creditors within 90 Days of Filing**

| Vendor | Ck Date | Ck Number | Amount |
|--------|---------|-----------|-------:|
| **CARDENAS MARKETS** | 09/13/18 | 273518 | $ 13,987.10 |
| **2501 E. GUASTI RD,** | 10/25/18 | 273937 | $ 13,987.10 |
| **ONTARIO, CA  91761** | | | $ 27,974.20 |
| | | | |
| | | | |
| **WESTERN MILLING** | 08/14/18 | 273153 | $ 83,242.67 |
| **31120 NUTMEG ROAD** | 08/15/18 | 273156 | $ 127,924.29 |
| **31120 WEST STREET** | 08/16/18 | 273168 | $ 89,341.38 |
| **GOSHEN, CA  93227** | 08/17/18 | 273182 | $ 82,156.91 |
| | 08/20/18 | 273213 | $ 111,151.20 |
| | 08/21/18 | 273241 | $ 81,069.41 |
| | 08/23/18 | 273245 | $ 51,421.60 |
| | 08/23/18 | 273246 | $ 74,018.74 |
| | 08/24/18 | 273266 | $ 62,408.98 |
| | 08/27/18 | 273270 | $ 111,151.20 |
| | 08/27/18 | 273272 | $ 85,145.84 |
| | 08/28/18 | 273320 | $ 91,148.42 |
| | 08/29/18 | 273323 | $ 86,107.57 |
| | 08/30/18 | 273332 | $ 125,426.81 |
| | 09/04/18 | 273359 | $ 73,465.58 |
| | 09/05/18 | 273393 | $ 65,539.71 |
| | 09/06/18 | 273410 | $ 54,797.61 |
| | 09/07/18 | 273421 | $ 62,684.12 |
| | 09/10/18 | 273452 | $ 59,107.36 |
| | 09/11/18 | 273454 | $ 81,371.09 |
| | 09/12/18 | 273458 | $ 79,429.60 |
| | 09/13/18 | 273462 | $ 73,465.58 |
| | 09/14/18 | 273525 | $ 78,451.54 |
| | 09/14/18 | 273532 | $ 93,034.47 |
| | 09/17/18 | 273585 | $ 66,933.95 |
| | 09/18/18 | 273591 | $ 83,527.64 |
| | 09/20/18 | 273598 | $ 61,705.54 |
| | 09/20/18 | 273599 | $ 56,319.71 |
| | 09/20/18 | 273601 | $ 85,395.29 |
| | 09/20/18 | 273602 | $ 51,060.66 |
| | 09/21/18 | 273664 | $ 84,608.04 |
| | 09/24/18 | 273669 | $ 131,204.22 |
| | 09/25/18 | 273718 | $ 131,448.82 |

**ZACKY & SONS POULTRY, LLC**

**Case #2:18-bk-23361-RK**

**SOFA # 3 - Payments to Creditors within 90 Days of Filing**

| Vendor | Ck Date | Ck Number | Amount |
|---|---|---|---|
| | 09/26/18 | 273726 | $ 106,695.53 |
| | 09/27/18 | 273734 | $ 95,284.53 |
| | 09/27/18 | 273735 | $ 56,124.95 |
| | 10/01/18 | 273759 | $ 67,963.20 |
| | 10/01/18 | 273760 | $ 62,109.65 |
| | 10/01/18 | 273761 | $ 75,818.55 |
| | 10/01/18 | 273762 | $ 46,489.00 |
| | 10/01/18 | 273763 | $ 89,161.95 |
| | 10/01/18 | 273764 | $ 92,756.12 |
| | 10/04/18 | 273825 | $ 80,159.38 |
| | 10/05/18 | 273835 | $ 140,530.45 |
| | 10/08/18 | 273863 | $ 94,803.53 |
| | 10/09/18 | 273865 | $ 76,015.14 |
| | 10/09/18 | 273866 | $ 96,199.35 |
| | 10/11/18 | 273867 | $ 84,867.03 |
| | 10/11/18 | 273868 | $ 65,804.11 |
| | 10/12/18 | 273877 | $ 27,828.86 |
| | 10/17/18 | 273885 | $ 290,062.62 |
| | 10/19/18 | 273896 | $ 241,490.76 |
| | 10/25/18 | 273938 | $ 160,403.37 |
| | 10/26/18 | 273980 | $ 141,092.76 |
| | 10/30/18 | 274039 | $ 322,810.48 |
| | 11/02/18 | 274057 | $ 37.26 |
| | 11/02/18 | 274099 | $ 260,290.10 |
| | 11/06/18 | 274119 | $ 146,324.08 |
| | 11/07/18 | 274142 | $ 133,389.04 |
| | 11/09/18 | 274162 | $ 20,000.00 |
| | 11/12/18 | 274196 | $ 148,081.28 |
| | | | $ 5,957,858.63 |
| | | | |
| | | | |
| **SUN LIFE OF CANADA** | 08/14/18 | 273152 | $ 2,630.47 |
| **6991 E CAMELBACK RD** | 09/07/18 | 273418 | $ 4,914.75 |
| **SUITE C340** | 09/07/18 | 273419 | $ 1,920.56 |
| **SCOTTSDALE, AZ  85251** | 09/07/18 | 273420 | $ 644.60 |
| | | | $ 10,110.38 |

**ZACKY & SONS POULTRY, LLC**
**Case #2:18-bk-23361-RK**
**SOFA # 3 - Payments to Creditors within 90 Days of Filing**

| Vendor | Ck Date | Ck Number | Amount |
|---|---|---|---|
| CHEMSTATION | 09/07/18 | 273425 | $ 2,282.65 |
| 1448 N. SHAW ROAD | 09/21/18 | 273677 | $ 3,215.51 |
| STOCKTON, CA  95215 | 10/02/18 | 273804 | $ 3,215.51 |
|  |  |  | $ 8,713.67 |
|  |  |  |  |
| AT&T | 08/16/18 | 273251 | $ 10,293.08 |
| P.O. BOX 5019 | 08/21/18 | 273230 | $ 112.29 |
| CAROL STREAM, IL  60197 |  |  | $ 10,405.37 |
|  |  |  |  |
| ACCLAMATION INS MGMT | 10/02/18 | 273796 | $ 24,962.32 |
| SERVICES INC | 10/02/18 | 273797 | $ 12,481.16 |
| 10445 OLD PLACERVILLE RD |  |  | $ 37,443.48 |
| SACRAMENTO, CA  95827 |  |  |  |
|  |  |  |  |
| SHELL ENERGY NORTH | 08/23/18 | 273254 | $ 94,326.07 |
| AMERICA US LP |  |  |  |
| 909 FANIN ST., STE 700 |  |  |  |
| HOUSTON, TX  77010 |  |  |  |
|  |  |  |  |
| PACKERS SANITATION | 09/14/18 | 273540 | $ 26,744.00 |
| SERVICES INC | 10/02/18 | 273805 | $ 26,744.00 |
| P.O. BOX 340 |  |  | $ 53,488.00 |
| KIELER, WI  53812 |  |  |  |
|  |  |  |  |
| AZAM, MOHAMMAD DR. | 08/21/18 | 273232 | $ 5,100.00 |
| 5137 DOVERTON DRIVE | 09/21/18 | 273633 | $ 3,400.00 |
| STOCKTON, CA  95219 |  |  | $ 8,500.00 |
|  |  |  |  |
| FLYERS ENERGY, LLC | 08/24/18 | 273264 | $ 36,385.35 |
| 2360 LINDBERGH ST. |  |  |  |
| AUBURN, CA  95206 |  |  |  |

**ZACKY & SONS POULTRY, LLC**

**Case #2:18-bk-23361-RK**

**SOFA # 3 - Payments to Creditors within 90 Days of Filing**

| Vendor | Ck Date | Ck Number | Amount |
|---|---|---|---|
| **SAGASER, WATKINS & WIELAND** | 10/08/18 | 273864 | $ 7,733.50 |
| **5260 N. PALM AVE STE 400** | | | |
| **FRESNO, CA  93704** | | | |
| | | | |
| **FALCON PRIVATE SECURITY,** | 08/17/18 | 273181 | $ 12,852.00 |
| **INC.** | 09/13/18 | 273520 | $ 18,037.00 |
| **130 W. SHAW AVE, STE 105** | | | $ 30,889.00 |
| **CLOVIS, CA  93612** | | | |
| | | | |
| **JCF FARM LABOR** | 08/31/18 | 273343 | $ 15,274.87 |
| **CONTRACTOR** | 09/13/18 | 273521 | $ 15,081.70 |
| **P.O. BOX 2843** | 09/21/18 | 273666 | $ 13,142.95 |
| **FRESNO, CA  93745** | 10/01/18 | 273765 | $ 15,214.09 |
| | | | $ 58,713.61 |
| | | | |
| **HCVT LLP** | 09/05/18 | 273392 | $ 18,897.50 |
| **100 OCEANGATE, 9TH FLOOR** | | | |
| **LONG BEACH, CA  90802** | | | |
| | | | |
| **CES CLEANING CNTRCTR, LLC** | 09/21/18 | 273680 | $ 16,204.00 |
| **1448 N. SHAW ROAD** | 10/02/18 | 273810 | $ 16,204.00 |
| **STOCKTON, CA  95215** | | | $ 32,408.00 |
| | | | |
| **RENTOKIL NORTH AMERICA** | 09/21/18 | 273650 | $ 6,263.58 |
| **INC** | 10/24/18 | 273992 | $ 6,742.08 |
| **PO BOX 472127** | | | $ 13,005.66 |
| **CHARLOTTE, NC  28247** | | | |
| | | | |
| **PHILADELPHIA IND INS CO** | 09/07/18 | 273417 | $ 79,752.00 |
| **FLOOD INS PROCESSING CTR** | 09/13/18 | 273508 | $ 5,673.00 |
| **555 CORPORATE DRIVE** | | | $ 85,425.00 |
| **KALISPELL, MT  59901** | | | |

**ZACKY & SONS POULTRY, LLC**
**Case #2:18-bk-23361-RK**
**SOFA # 3 - Payments to Creditors within 90 Days of Filing**

| Vendor | Ck Date | Ck Number | Amount |
|---|---|---|---|
| **FULL STEAM STAFFING** | 09/13/18 | 273509 | $ 3,346.59 |
| **2121 S. HAVEN AVE** | 09/18/18 | 273593 | $ 11,150.61 |
| **ONTARIO, CA  91761** | 10/02/18 | 273791 | $ 5,583.19 |
| | 10/04/18 | 273822 | $ 5,190.46 |
| | | | $ 25,270.85 |
| | | | |
| **HAMMER HEAD PROTECTION** | 10/02/18 | 273792 | $ 6,438.00 |
| **2321 W. WASHINGTON ST.** | | | |
| **SUITE L** | | | |
| **STOCKTON, CA  95203** | | | |
| | | | |
| **AIRGAS USA, LLC** | 09/14/18 | 273546 | $ 44,351.67 |
| **PO BOX 7423** | | | |
| **PASADENA, CA  91109-7423** | | | |
| | | | |
| **CLOVIS COMMUNITY MEDICAL CENTER** | 08/15/18 | 161275 | $ 4,147.00 |
| | 08/22/18 | 161314 | $ 16.80 |
| | 08/29/18 | 161398 | $ 478.14 |
| | 09/05/18 | 161464 | $ 4,619.28 |
| | 09/26/18 | 161619 | $ 16.80 |
| | 09/26/18 | 161621 | $ 550.40 |
| | 10/10/18 | 161726 | $ 267.78 |
| | 10/17/18 | 161768 | $ 16.80 |
| | 10/24/18 | 161821 | $ 214.72 |
| | | | $ 10,327.72 |
| | | | |
| **COMMUNITY FOUNDATION MEDICAL** | 8/15/18 | 161279 | $ 673.31 |
| | 8/15/18 | 161285 | $ 127.26 |
| | 8/29/18 | 161355 | $ 93.58 |
| | 8/29/18 | 161360 | $ 125.81 |
| | 8/29/18 | 161361 | $ 26.79 |
| | 8/29/18 | 161365 | $ 73.38 |
| | 8/29/18 | 161378 | $ 61.42 |
| | 8/29/18 | 161379 | $ 61.42 |
| | 8/29/18 | 161380 | $ 180.24 |

**ZACKY & SONS POULTRY, LLC**

**Case #2:18-bk-23361-RK**

**SOFA # 3 - Payments to Creditors within 90 Days of Filing**

| Vendor | Ck Date | Ck Number | Amount |
|--------|---------|-----------|--------|
| | 9/5/18 | 47862751 | $ 61.62 |
| | 9/5/18 | 47862779 | $ 516.91 |
| | 9/12/18 | 48294963 | $ 1,411.15 |
| | 9/12/18 | 48294967 | $ 100.16 |
| | 9/12/18 | 48294977 | $ 222.74 |
| | 9/12/18 | 48294978 | $ 273.12 |
| | 9/12/18 | 48294979 | $ 251.45 |
| | 9/19/18 | 48737683 | $ 62.11 |
| | 9/26/18 | 49200770 | $ 2,203.22 |
| | 9/26/18 | 49200794 | $ 73.38 |
| | 10/3/18 | 49685840 | $ 80.83 |
| | 10/3/18 | 49685845 | $ 186.01 |
| | 10/3/18 | 49685863 | $ 552.08 |
| | 10/3/18 | 49685867 | $ 873.80 |
| | 10/10/18 | 50156196 | $ 91.73 |
| | 10/10/18 | 50156197 | $ 490.97 |
| | 10/10/18 | 50156219 | $ 178.21 |
| | 10/10/18 | 50156220 | $ 125.20 |
| | 10/17/18 | 50647119 | $ 443.33 |
| | 10/17/18 | 50647127 | $ 157.60 |
| | 10/17/18 | 50647160 | $ 74.53 |
| | 10/17/18 | 50647162 | $ 100.16 |
| | 10/24/18 | 51104761 | $ 153.17 |
| | 10/24/18 | 51104774 | $ 106.26 |
| | 10/24/18 | 51104792 | $ 100.16 |
| | 10/31/18 | 51571600 | $ 73.38 |
| | 10/31/18 | 51571615 | $ 73.38 |
| | 10/31/18 | 51571620 | $ 411.20 |
| | 11/7/18 | 52057932 | $ 652.51 |
| | 11/7/18 | 52057933 | $ 699.04 |
| | 11/7/18 | 52057934 | $ 103.62 |
| | 11/7/18 | 52057937 | $ 204.24 |
| | 11/7/18 | 52057942 | $ 47.38 |
| | 11/7/18 | 52057959 | $ 71.21 |
| | 11/7/18 | 52057965 | $ 1,067.43 |
| | 11/7/18 | 52057979 | $ 204.83 |
| | | | $ 13,921.33 |
| | | | |
| | | | |
| COMMUNITY REGIONAL MEDICAL CENTER FRESNC | 8/15/18 | 161254 | $ 6,007.61 |
| | 8/15/18 | 161278 | $ 2,699.00 |
| | 8/22/18 | 161310 | $ 214.72 |
| | 8/29/18 | 161366 | $ 214.72 |
| | 8/29/18 | 161430 | $ 519.20 |
| | 9/12/18 | 161515 | $ 1,612.55 |

**ZACKY & SONS POULTRY, LLC**

**Case #2:18-bk-23361-RK**

SOFA # 3 - Payments to Creditors within 90 Days of Filing

| Vendor | Ck Date | Ck Number | | Amount |
|---|---|---|---|---|
| | 9/12/18 | 161529 | $ | 13.44 |
| | 9/19/18 | 161567 | $ | 2,699.00 |
| | 9/26/18 | 161600 | $ | 13.44 |
| | 9/26/18 | 161633 | $ | 3,239.20 |
| | 9/26/18 | 161641 | $ | 37.60 |
| | 10/3/18 | 161688 | $ | 16.80 |
| | 10/3/18 | 161692 | $ | 519.20 |
| | 10/17/18 | 161771 | $ | 238.14 |
| | 10/24/18 | 161811 | $ | 124.58 |
| | 10/24/18 | 161830 | $ | 37.60 |
| | | | $ | 18,206.80 |
| | | | | |
| **HEALTHCOMP INC UM** | 8/15/18 | E   368 | $ | 121.50 |
| | 8/15/18 | E   369 | $ | 1,336.50 |
| | 8/22/18 | E   370 | $ | 81.00 |
| | 8/22/18 | E   371 | $ | 120.62 |
| | 8/22/18 | E   373 | $ | 1,066.50 |
| | 9/5/18 | E   376 | $ | 121.50 |
| | 9/5/18 | E   377 | $ | 270.00 |
| | 9/6/18 | E   378 | $ | 121.50 |
| | 9/12/18 | E   379 | $ | 796.50 |
| | 9/12/18 | E   380 | $ | 1,296.00 |
| | 9/26/18 | E   387 | $ | 120.62 |
| | 9/26/18 | E   388 | $ | 40.50 |
| | 10/3/18 | E   390 | $ | 918.00 |
| | 10/10/18 | E   392 | $ | 121.50 |
| | 10/11/18 | E   396 | $ | 324.00 |
| | 10/17/18 | E   397 | $ | 270.00 |
| | 10/31/18 | E   407 | $ | 13.50 |
| | 11/8/18 | E   408 | $ | 270.00 |
| | | | $ | 7,409.74 |
| | | | | |
| **JOANNE KARLA GABOT HEYMAN DDS INC** | 9/5/18 | 161437 | $ | 72.00 |
| | 9/5/18 | 161438 | $ | 171.00 |
| | 9/19/18 | 161553 | $ | 272.00 |
| | 10/3/18 | 161658 | $ | 4,194.00 |
| | 10/10/18 | 161718 | $ | 1,250.00 |
| | 10/10/18 | 161719 | $ | 755.00 |
| | 10/17/18 | 161754 | $ | 49.00 |
| | | | $ | 6,763.00 |

**ZACKY & SONS POULTRY, LLC**
**Case #2:18-bk-23361-RK**
**SOFA # 3 - Payments to Creditors within 90 Days of Filing**

| Vendor | Ck Date | Ck Number | Amount |
|---|---|---|---|
| **KCI USA INCORPORATED** | 8/22/18 | 47052606 | $ 3,600.00 |
| | 9/19/18 | 48737668 | $ 3,600.00 |
| | 10/3/18 | 49685843 | $ 120.00 |
| | 10/10/18 | 50156223 | $ 2,160.00 |
| | | | $ 9,480.00 |
| | | | |
| **KWPH ENT AMERICAN AMBULANCE** | 9/12/18 | 48294941 | $ 1,730.23 |
| | 9/12/18 | 48294946 | $ 1,969.50 |
| | 9/12/18 | 48294947 | $ 1,844.96 |
| | 9/12/18 | 48294948 | $ 2,430.80 |
| | 9/12/18 | 48294973 | $ 2,009.00 |
| | 10/10/18 | 50156225 | $ 120.00 |
| | | | $ 10,104.49 |
| | | | |
| **OPTUM RX INC** | 8/22/18 | 161323 | $ 15,122.91 |
| | 9/5/18 | 161461 | $ 23,147.33 |
| | 9/5/18 | 161462 | $ 90.00 |
| | 9/19/18 | 161579 | $ 13,086.24 |
| | 10/3/18 | 161693 | $ 11,983.06 |
| | 10/24/18 | 161823 | $ 17,861.03 |
| | 11/7/18 | 161944 | $ 90.00 |
| | 11/7/18 | 161945 | $ 17,773.22 |
| | | | $ 99,153.79 |
| | | | |
| **SATELLITE HEALTHCARE NORT** | 8/15/18 | 161271 | $ 5,850.00 |
| | 8/22/18 | 161311 | $ 5,850.00 |
| | 9/26/18 | 161625 | $ 6,300.00 |
| | 10/24/18 | 161816 | $ 5,400.00 |
| | | | $ 23,400.00 |

**ZACKY & SONS POULTRY, LLC**
**Case #2:18-bk-23361-RK**
**SOFA # 3 - Payments to Creditors within 90 Days of Filing**

| Vendor | Ck Date | Ck Number | Amount |
|---|---|---|---|
| **ST AGNES MEDICAL CENTER** | 8/29/18 | 161396 | $ 1,892.80 |
| | 9/12/18 | 161495 | $ 37.64 |
| | 9/12/18 | 161522 | $ 32,733.70 |
| | 9/19/18 | 161576 | $ 1,794.17 |
| | 9/26/18 | 161602 | $ 40.34 |
| | 10/31/18 | 161874 | $ 77.62 |
| | 11/7/18 | 161955 | $ 2,488.25 |
| | | | $ 39,064.52 |
| | | | |
| **ST JOSEPHS MEDICAL CENTER OF STOCKTON** | 9/12/18 | 48294943 | $ 35,441.12 |
| | | | |
| **TOTAL RENAL CARE INC** | 8/29/18 | 161373 | $ 3,080.00 |
| | 8/29/18 | 161374 | $ 2,310.00 |
| | 9/19/18 | 161565 | $ 2,310.00 |
| | 9/19/18 | 161566 | $ 2,310.00 |
| | 9/26/18 | 161618 | $ 3,080.00 |
| | | | $ 13,090.00 |
| | | | |
| **UC DAVIS MEDICAL CENTER** | 8/20/18 | 161300 | $ 2,464.78 |
| | 8/20/18 | 161301 | $ 222.41 |
| | 8/29/18 | 161382 | $ 10,393.94 |
| | 8/30/18 | 161432 | $ 153.94 |
| | 8/30/18 | 161433 | $ 1,160.15 |
| | 10/24/18 | 161810 | $ 6,750.00 |
| | | | $ 21,145.22 |
| | | | |
| **UCD PROFESSIONAL BILLING GROUP** | 8/20/18 | 161298 | $ 5,649.27 |
| | 8/20/18 | 161299 | $ 5,518.44 |
| | 8/30/18 | 161431 | $ 96.79 |
| | 9/6/18 | 161472 | $ 27.46 |
| | 9/6/18 | 161473 | $ 150.18 |
| | 9/12/18 | 161487 | $ 52.21 |
| | 9/20/18 | 161599 | $ 334.64 |
| | 10/1/18 | 161655 | $ 699.83 |
| | 10/11/18 | 161745 | $ 296.90 |

**ZACKY & SONS POULTRY, LLC**

**Case #2:18-bk-23361-RK**

**SOFA # 3 - Payments to Creditors within 90 Days of Filing**

| Vendor | Ck Date | Ck Number | Amount |
|---|---|---|---|
| | 10/11/18 | 161746 | $ 247.91 |
| | 10/11/18 | 161747 | $ 40.22 |
| | 10/22/18 | 161792 | $ 384.40 |
| | 10/29/18 | 161842 | $ 670.38 |
| | 11/5/18 | 161882 | $ 669.98 |
| | | | $ 14,838.61 |
| | | | |
| | | | |
| **Corvel Corporation** | 8/16/18 | 86897 | $ 590.00 |
| | 8/16/18 | 86898 | $ 9.34 |
| | 8/16/18 | 86961 | $ 1,315.38 |
| | 8/23/18 | 86967 | $ 90.00 |
| | 8/23/18 | 86968 | $ 90.00 |
| | 8/23/18 | 86969 | $ 90.00 |
| | 8/23/18 | 86970 | $ 90.00 |
| | 8/23/18 | 86971 | $ 90.00 |
| | 8/23/18 | 86972 | $ 10.10 |
| | 8/23/18 | 86973 | $ 11.78 |
| | 8/23/18 | 86974 | $ 20.06 |
| | 8/23/18 | 86975 | $ 20.83 |
| | 8/23/18 | 86978 | $ 32.06 |
| | 8/30/18 | 87010 | $ 90.00 |
| | 8/30/18 | 87038 | $ 702.86 |
| | 9/6/18 | 87055 | $ 90.00 |
| | 9/6/18 | 87056 | $ 90.00 |
| | 9/6/18 | 87057 | $ 25.18 |
| | 9/6/18 | 87058 | $ 9.81 |
| | 9/6/18 | 87059 | $ 12.88 |
| | 9/6/18 | 87112 | $ 523.79 |
| | 9/12/18 | 87136 | $ 290.00 |
| | 9/12/18 | 87137 | $ 290.00 |
| | 9/12/18 | 87138 | $ 20.06 |
| | 9/12/18 | 87139 | $ 13.16 |
| | 9/12/18 | 87140 | $ 60.21 |
| | 9/12/18 | 87171 | $ 262.21 |
| | 9/20/18 | 87203 | $ 61.74 |
| | 9/20/18 | 87206 | $ 90.00 |
| | 9/27/18 | 87228 | $ 12.81 |
| | 9/27/18 | 87229 | $ 15.59 |
| | 9/27/18 | 87246 | $ 68.63 |
| | 10/4/18 | 87259 | $ 90.00 |
| | 10/4/18 | 87260 | $ 290.00 |
| | 10/4/18 | 87261 | $ 25.18 |

**ZACKY & SONS POULTRY, LLC**

**Case #2:18-bk-23361-RK**

**SOFA # 3 - Payments to Creditors within 90 Days of Filing**

| Vendor | Ck Date | Ck Number | Amount |
|--------|---------|-----------|--------|
| | 10/4/18 | 87275 | $ 119.23 |
| | 10/11/18 | 87306 | $ 90.00 |
| | 10/11/18 | 87307 | $ 13.15 |
| | 10/11/18 | 87358 | $ 602.55 |
| | 10/18/18 | 87368 | $ 12.57 |
| | 10/18/18 | 87385 | $ 294.59 |
| | 10/25/18 | 87405 | $ 90.00 |
| | 10/25/18 | 87438 | $ 203.19 |
| | 11/1/18 | 87445 | $ 24.00 |
| | 11/1/18 | 87447 | $ 290.00 |
| | 11/1/18 | 87448 | $ 90.00 |
| | 11/1/18 | 87449 | $ 90.00 |
| | 11/1/18 | 87450 | $ 290.00 |
| | 11/1/18 | 87451 | $ 290.00 |
| | 11/1/18 | 87452 | $ 90.00 |
| | 11/1/18 | 87453 | $ 90.00 |
| | 11/1/18 | 87454 | $ 11.61 |
| | 11/1/18 | 87455 | $ 50.34 |
| | 11/1/18 | 87456 | $ 25.18 |
| | 11/1/18 | 87457 | $ 30.52 |
| | 11/8/18 | 87481 | $ 90.00 |
| | 11/8/18 | 87482 | $ 11.89 |
| | 11/8/18 | 87483 | $ 9.39 |
| | 11/8/18 | 87498 | $ 16.00 |
| | | | $ 8,517.87 |
| | | | |
| **Occupational Health Centers of** | 8/16/18 | 86911 | $ 221.42 |
| | 8/16/18 | 86912 | $ 99.37 |
| | 8/16/18 | 86913 | $ 134.43 |
| | 8/16/18 | 86914 | $ 257.63 |
| | 8/16/18 | 86917 | $ 12.21 |
| | 8/16/18 | 86919 | $ 254.22 |
| | 8/30/18 | 87023 | $ 134.43 |
| | 8/30/18 | 87024 | $ 293.50 |
| | 8/30/18 | 87025 | $ 134.43 |
| | 8/30/18 | 87026 | $ 134.43 |
| | 8/30/18 | 87027 | $ 113.81 |
| | 8/30/18 | 87029 | $ 101.35 |
| | 8/30/18 | 87030 | $ 131.77 |
| | 9/6/18 | 87080 | $ 107.29 |
| | 9/6/18 | 87081 | $ 102.79 |
| | 9/6/18 | 87082 | $ 111.58 |
| | 9/6/18 | 87085 | $ 97.15 |
| | 9/6/18 | 87087 | $ 8.09 |

**ZACKY & SONS POULTRY, LLC**

**Case #2:18-bk-23361-RK**

**SOFA # 3 - Payments to Creditors within 90 Days of Filing**

| Vendor | Ck Date | Ck Number | Amount |
|---|---|---|---|
| | 9/6/18 | 87088 | $ 119.79 |
| | 9/6/18 | 87089 | $ 291.15 |
| | 9/6/18 | 87092 | $ 111.58 |
| | 9/6/18 | 87093 | $ 111.58 |
| | 9/6/18 | 87094 | $ 152.07 |
| | 9/12/18 | 87152 | $ 111.58 |
| | 9/12/18 | 87153 | $ 223.16 |
| | 9/12/18 | 87154 | $ 94.85 |
| | 9/12/18 | 87155 | $ 117.31 |
| | 9/12/18 | 87156 | $ 134.43 |
| | 9/12/18 | 87157 | $ 111.58 |
| | 9/12/18 | 87160 | $ 134.43 |
| | 9/20/18 | 87194 | $ 106.15 |
| | 9/20/18 | 87195 | $ 6.92 |
| | 9/20/18 | 87196 | $ 134.43 |
| | 9/20/18 | 87197 | $ 117.31 |
| | 9/20/18 | 87198 | $ 200.72 |
| | 9/20/18 | 87199 | $ 111.58 |
| | 9/20/18 | 87200 | $ 364.09 |
| | 10/11/18 | 87319 | $ 134.43 |
| | 10/11/18 | 87320 | $ 146.34 |
| | 10/11/18 | 87321 | $ 12.21 |
| | 10/11/18 | 87322 | $ 175.93 |
| | 10/11/18 | 87323 | $ 227.02 |
| | 10/11/18 | 87324 | $ 102.79 |
| | 10/11/18 | 87325 | $ 102.79 |
| | 10/11/18 | 87326 | $ 134.43 |
| | 10/11/18 | 87327 | $ 134.43 |
| | 10/11/18 | 87328 | $ 134.43 |
| | 10/11/18 | 87329 | $ 275.09 |
| | 10/11/18 | 87330 | $ 104.33 |
| | 10/25/18 | 87414 | $ 129.04 |
| | 10/25/18 | 87415 | $ 147.88 |
| | 10/25/18 | 87416 | $ 131.77 |
| | 10/25/18 | 87417 | $ 147.88 |
| | 10/25/18 | 87418 | $ 131.77 |
| | 10/25/18 | 87419 | $ 200.29 |
| | 10/25/18 | 87420 | $ 119.79 |
| | 10/25/18 | 87421 | $ 224.47 |
| | 10/25/18 | 87422 | $ 104.33 |
| | 10/25/18 | 87423 | $ 102.79 |
| | 10/25/18 | 87424 | $ 134.43 |
| | 10/25/18 | 87426 | $ 102.79 |
| | 10/25/18 | 87427 | $ 111.53 |
| | 10/25/18 | 87428 | $ 117.31 |

**ZACKY & SONS POULTRY, LLC**

**Case #2:18-bk-23361-RK**

**SOFA # 3 - Payments to Creditors within 90 Days of Filing**

| Vendor | Ck Date | Ck Number | Amount |
|---|---|---|---|
| | 10/25/18 | 87429 | $ 237.56 |
| | | | $ 9,032.46 |
| | | | |
| | | | |
| **GREAT ROCK CAPITAL PARTNERS FUND 1, LLC** | 8/30/18 | EFT | $ 125,000.00 |
| **285 RIVERSIDE AVE, STE 335** | 9/4/18 | EFT | $ 532,862.39 |
| **WESTPORT, CT 06880** | 10/1/18 | EFT | $ 622,221.15 |
| | | | $ 1,280,083.54 |
| | | | |
| | | | |
| **GEMCAP LENDING 1, LLC** | 8/14/18 | EFT | $ 300,024.93 |
| **24955 PACIFIC COAST HWY** | 8/15/18 | EFT | $ 234,359.46 |
| **SUITE A202** | 8/16/18 | EFT | $ 240,003.28 |
| **MALIBU, CA 90265** | 8/17/18 | EFT | $ 86,376.23 |
| | 8/20/18 | EFT | $ 439,305.68 |
| | 8/21/18 | EFT | $ 1,018,766.04 |
| | 8/22/18 | EFT | $ 159,507.97 |
| | 8/23/18 | EFT | $ 210,465.97 |
| | 8/24/18 | EFT | $ 37,140.77 |
| | 8/27/18 | EFT | $ 623,075.07 |
| | 8/28/18 | EFT | $ 361,329.08 |
| | 8/29/18 | EFT | $ 105,163.20 |
| | 8/30/18 | EFT | $ 131,677.03 |
| | 8/31/18 | EFT | $ 59,988.22 |
| | 9/4/18 | EFT | $ 512,230.98 |
| | 9/4/18 | EFT | $ 68,422.65 |
| | 9/5/18 | EFT | $ 737,739.38 |
| | 9/6/18 | EFT | $ 157,696.53 |
| | 9/7/18 | EFT | $ 54,906.44 |
| | 9/10/18 | EFT | $ 304,682.86 |
| | 9/10/18 | EFT | $ 69,817.25 |
| | 9/11/18 | EFT | $ 243,881.50 |
| | 9/12/18 | EFT | $ 142,686.30 |
| | 9/13/18 | EFT | $ 166,276.73 |
| | 9/14/18 | EFT | $ 235,128.89 |
| | 9/17/18 | EFT | $ 449,111.24 |
| | 9/18/18 | EFT | $ 226,210.00 |
| | 9/19/18 | EFT | $ 639,907.18 |
| | 9/20/18 | EFT | $ 120,294.34 |
| | 9/21/18 | EFT | $ 143,514.55 |
| | 9/24/18 | EFT | $ 626,752.15 |
| | 9/25/18 | EFT | $ 283,698.36 |
| | 9/26/18 | EFT | $ 216,384.21 |
| | 9/27/18 | EFT | $ 221,825.94 |

**ZACKY & SONS POULTRY, LLC**

**Case #2:18-bk-23361-RK**

**SOFA # 3 - Payments to Creditors within 90 Days of Filing**

| Vendor | Ck Date | Ck Number | Amount |
|---|---|---|---|
| | 9/28/18 | EFT | $ 213,398.90 |
| | 10/1/18 | EFT | $ 519,767.97 |
| | 10/1/18 | EFT | $ 68,422.65 |
| | 10/2/18 | EFT | $ 215,996.70 |
| | 10/3/18 | EFT | $ 182,947.14 |
| | 10/4/18 | EFT | $ 184,252.48 |
| | 10/5/18 | EFT | $ 170,928.92 |
| | 10/9/18 | EFT | $ 584,902.47 |
| | 10/9/18 | EFT | $ 125,233.44 |
| | 10/10/18 | EFT | $ 852,162.46 |
| | 10/11/18 | EFT | $ 36,326.52 |
| | 10/12/18 | EFT | $ 370,512.17 |
| | 10/15/18 | EFT | $ 635,612.03 |
| | 10/16/18 | EFT | $ 804,017.38 |
| | 10/17/18 | EFT | $ 301,865.77 |
| | 10/18/18 | EFT | $ 149,050.97 |
| | 10/19/18 | EFT | $ 26,095.61 |
| | 10/22/18 | EFT | $ 481,671.86 |
| | 10/23/18 | EFT | $ 396,283.62 |
| | 10/24/18 | EFT | $ 218,507.54 |
| | 10/25/18 | EFT | $ 107,138.64 |
| | 10/26/18 | EFT | $ 116,558.84 |
| | 10/29/18 | EFT | $ 390,671.00 |
| | 10/30/18 | EFT | $ 390,741.17 |
| | 10/31/18 | EFT | $ 133,639.84 |
| | 11/1/18 | EFT | $ 162,679.93 |
| | 11/5/18 | EFT | $ 356,143.60 |
| | 11/6/18 | EFT | $ 282,211.79 |
| | 11/7/18 | EFT | $ 72,890.31 |
| | 11/8/18 | EFT | $ 221,830.00 |
| | 11/9/18 | EFT | $ 131,217.51 |
| | 11/13/18 | EFT | $ 1,014,311.15 |
| | | | $ 19,546,340.79 |

**ZACKY & SONS POULTRY, LLC**
**Case #2:18-bk-23361-RK**
**SOFA # 4 - Payments to Insiders within 1 Year of Filing**

| Name | Date | Amount | Ck No. | Invoice |
|------|------|--------|--------|---------|
| DAHLEN, TOM | 11/17/17 | $ 4,490.51 | 240737 | EMP101717 |
| 9929 LAUREL SPRINGS AVE | 12/26/17 | $ 2,458.55 | 241475 | EMP110917 |
| LAS VEGAS,  NV  89134 | 12/26/17 | $ 3,599.00 | 241475 | EMP113017 |
| CEO | 01/19/18 | $ 3,623.41 | 241706 | EMP122817 |
| | 02/09/18 | $ 2,745.71 | 241949 | EMP010518 |
| | 02/09/18 | $ 2,050.04 | 241949 | EMP011118 |
| | 02/09/18 | $ 2,631.43 | 241949 | EMP 11818 |
| | 02/09/18 | $ 435.18 | 241949 | EMP012518 |
| | 02/09/18 | $ 3,056.52 | 241949 | EMP012518. |
| | 02/09/18 | $ 2,138.77 | 241949 | EMP013118 |
| | 03/16/18 | $ 1,965.07 | 242581 | EMP020818 |
| | 03/16/18 | $ 2,400.91 | 242581 | EMP022218 |
| | 03/16/18 | $ 173.19 | 242581 | EMP022418 |
| | 03/16/18 | $ 3,019.60 | 242581 | EMP030118 |
| | 04/20/18 | $ 1,973.53 | 243257 | EMP030918 |
| | 04/20/18 | $ 2,427.93 | 243257 | EMP031518 |
| | 04/20/18 | $ 344.30 | 243257 | EMP032518 |
| | 04/20/18 | $ 1,785.11 | 243257 | EMP032918 |
| | 05/18/18 | $ 819.81 | 243544 | EMP041918 |
| | 05/18/18 | $ 2,021.75 | 243544 | EMP042618 |
| | 05/18/18 | $ 249.51 | 243544 | EMP050418 |
| | 06/08/18 | $ 3,092.29 | 243990 | EMP051018 |
| | 06/08/18 | $ 1,856.20 | 243990 | EMP051718 |
| | 06/08/18 | $ 313.12 | 243990 | EMP052418 |
| | 06/08/18 | $ 2,197.51 | 243990 | EMP053118 |
| | 08/13/18 | $ 2,797.99 | 273135 | EMP062118 |
| | 08/13/18 | $ 388.73 | 273135 | EMP062418 |
| | 08/13/18 | $ 3,104.66 | 273135 | EMP062918 |
| | 08/28/18 | $ 1,903.28 | 273302 | EMP072018 |
| | 08/28/18 | $ 275.10 | 273302 | EMP072418 |
| | 08/28/18 | $ 1,705.89 | 273302 | EMP072518 |
| | 09/17/18 | $ 1,746.04 | 273571 | EMP080218 |
| | 09/25/18 | $ 1,147.69 | 273702 | EMP080718 |
| | 09/25/18 | $ 710.42 | 273702 | EMP082218 |
| | 09/17/18 | $ 267.11 | 273571 | EMP082818 |
| | 10/26/18 | $ 1,990.47 | 273961 | EMP090518 |
| | 10/26/18 | $ 860.14 | 273961 | EMP092118 |
| | 10/26/18 | $ 168.54 | 273961 | EMP092418 |
| | 11/12/18 | $ 201.15 | 274186 | EMP102418 |
| | 11/12/18 | $ 1,062.07 | 274186 | EMP102818 |
| | | $ 70,198.23 | | Expense Reimb |
| | 11/15/17 | | | Compensation |
| | 11/30/17 | | | Compensation |
| | 12/15/17 | | | Compensation |
| | 12/31/17 | | | Compensation |
| | 01/15/18 | | | Compensation |
| | 01/31/18 | | | Compensation |
| | 02/15/18 | | | Compensation |
| | 02/28/18 | | | Compensation |
| | 03/15/18 | | | Compensation |
| | 03/31/18 | | | Compensation |
| | 04/15/18 | | | Compensation |
| | 04/30/18 | | | Compensation |
| | 05/15/18 | | | Compensation |
| | 05/31/18 | | | Compensation |
| | 06/15/18 | | | Compensation |
| | 06/30/18 | | | Compensation |
| | 07/15/18 | | | Compensation |
| | 07/31/18 | | | Compensation |

# EXHIBIT SOFA 4

**ZACKY & SONS POULTRY, LLC**
**Case #2:18-bk-23361-RK**
**SOFA # 4 - Payments to Insiders within 1 Year of Filing**

| Name | Date | Amount | Ck No. | Invoice | |
|---|---|---|---|---|---|
| | 08/15/18 | | | Compensation | |
| | 08/31/18 | | | Compensation | |
| | 09/15/18 | | | Compensation | |
| | 09/30/18 | | | Compensation | |
| | 10/15/18 | | | Compensation | |
| | 10/31/18 | | | Compensation | |
| | | $    368,000.00 | | | Compensation |
| | | $    438,198.23 | | | |
| | | | | | |
| SCHEIDT, MARVIN | 07/13/18 | $        93.85 | 244497 | EMP032118 | |
| P.O. BOX 931 | 11/29/18 | $      601.73 | 274275 | EMP111718 | |
| FRESNO,  CA 93714 | | $      695.58 | | | Expense Reimb |
| CFO | 11/15/17 | | | Compensation | |
| | 11/30/17 | | | Compensation | |
| | 12/15/17 | | | Compensation | |
| | 12/31/17 | | | Compensation | |
| | 01/15/18 | | | Compensation | |
| | 01/31/18 | | | Compensation | |
| | 02/15/18 | | | Compensation | |
| | 02/28/18 | | | Compensation | |
| | 03/15/18 | | | Compensation | |
| | 03/31/18 | | | Compensation | |
| | 04/15/18 | | | Compensation | |
| | 04/30/18 | | | Compensation | |
| | 05/15/18 | | | Compensation | |
| | 05/31/18 | | | Compensation | |
| | 06/15/18 | | | Compensation | |
| | 06/30/18 | | | Compensation | |
| | 07/15/18 | | | Compensation | |
| | 07/31/18 | | | Compensation | |
| | 08/15/18 | | | Compensation | |
| | 08/31/18 | | | Compensation | |
| | 09/15/18 | | | Compensation | |
| | 09/30/18 | | | Compensation | |
| | 10/15/18 | | | Compensation | |
| | 10/31/18 | | | Compensation | |
| | | $    162,656.25 | | | Compensation |
| | | $    163,351.83 | | | |
| | | | | | |
| ZACKY, JOE | 12/08/17 | $      280.54 | 241133 | EMP111717 | |
| 29097 BONNEYVIEW RD | 01/19/18 | $      292.11 | 241678 | EMP011318 | |
| TOLLHOUSE, CA 93667-9744 | 03/30/18 | $      129.56 | 242839 | EMP031518 | |
| Systems Analyst, Technical | 05/04/18 | $        40.00 | 243416 | EMP042118 | |
| | 05/18/18 | $      283.18 | 243529 | EMP050418 | |
| | 06/01/18 | $        10.00 | 243780 | EMP050418A | |
| | 06/01/18 | $      264.49 | 243780 | EMP053018 | |
| | | $    1,299.88 | | | Expense Reimb |
| | 11/15/17 | | | Compensation | |
| | 11/30/17 | | | Compensation | |
| | 12/15/17 | | | Compensation | |
| | 12/31/17 | | | Compensation | |
| | 01/15/18 | | | Compensation | |
| | 01/31/18 | | | Compensation | |
| | 02/15/18 | | | Compensation | |
| | 02/28/18 | | | Compensation | |
| | 03/15/18 | | | Compensation | |

**ZACKY & SONS POULTRY, LLC**
**Case #2:18-bk-23361-RK**
**SOFA # 4 - Payments to Insiders within 1 Year of Filing**

| Name | Date | Amount | Ck No. | Invoice |
|------|------|--------|--------|---------|
| | 03/31/18 | | | Compensation |
| | 04/15/18 | | | Compensation |
| | 04/30/18 | | | Compensation |
| | 05/15/18 | | | Compensation |
| | 05/31/18 | | | Compensation |
| | 06/15/18 | | | Compensation |
| | 06/30/18 | | | Compensation |
| | 07/15/18 | | | Compensation |
| | 07/31/18 | | | Compensation |
| | 08/15/18 | | | Compensation |
| | 08/31/18 | | | Compensation |
| | 09/15/18 | | | Compensation |
| | 09/30/18 | | | Compensation |
| | 10/15/18 | | | Compensation |
| | 10/31/18 | | | Compensation |
| | | $ 82,465.40 | | Compensation |
| | | $ 83,765.28 | | |
| | | | | |
| ZACKY, LEO | 11/15/17 | | | Compensation |
| 1010 MORAGA DRIVE | 11/30/17 | | | Compensation |
| LOS ANGELES, CA  90049 | 12/15/17 | | | Compensation |
| VP Trade Relations | 12/31/17 | | | Compensation |
| | 01/15/18 | | | Compensation |
| | 01/31/18 | | | Compensation |
| | 02/15/18 | | | Compensation |
| | 02/28/18 | | | Compensation |
| | 03/15/18 | | | Compensation |
| | 03/31/18 | | | Compensation |
| | 04/15/18 | | | Compensation |
| | 04/30/18 | | | Compensation |
| | 05/15/18 | | | Compensation |
| | 05/31/18 | | | Compensation |
| | 06/15/18 | | | Compensation |
| | 06/30/18 | | | Compensation |
| | 07/15/18 | | | Compensation |
| | 07/31/18 | | | Compensation |
| | 08/15/18 | | | Compensation |
| | 08/31/18 | | | Compensation |
| | 09/15/18 | | | Compensation |
| | 09/30/18 | | | Compensation |
| | 10/15/18 | | | Compensation |
| | 10/31/18 | | | Compensation |
| | | $ 115,000.00 | | Compensation |
| | | | | |
| ZACKY, LILLIAN | 03/29/18 | $ 1,402.40 | 242831 | EMP090616 |
| 1010 MORAGA DRIVE | 03/29/18 | $ 1,280.22 | 242831 | EMP011217 |
| LOS ANGELES, CA  90049 | 03/29/18 | $ 1,849.43 | 242831 | EMP011817 |

**ZACKY & SONS POULTRY, LLC**
**Case #2:18-bk-23361-RK**
**SOFA # 4 - Payments to Insiders within 1 Year of Filing**

| Name | Date | Amount | Ck No. | Invoice |
|------|------|--------|--------|---------|
| Founder/Manager | 03/29/18 | $ 865.52 | 242831 | EMP012617 |
| | 03/29/18 | $ 981.47 | 242831 | EMP021217 |
| | 03/29/18 | $ 11,846.50 | 242831 | EMP021617 |
| | 03/23/18 | $ 5,419.78 | 242707 | EMP021717 |
| | 03/23/18 | $ 1,681.45 | 242707 | EMP032017 |
| | 03/29/18 | $ 1,401.47 | 242831 | EMP041817 |
| | 03/29/18 | $ 2,798.90 | 242831 | EMP042017 |
| | 04/05/18 | $ 1,537.86 | 242915 | EMP042117 |
| | 04/05/18 | $ 2,590.84 | 242915 | EMP051217 |
| | 05/18/18 | $ 8,245.25 | 243555 | EMP051917 |
| | 07/07/17 | $ 463.60 | 238136 | EMP070417 |
| | 03/23/18 | $ 2,036.85 | 242707 | EMP 72017 |
| | 08/08/17 | $ 1,104.39 | 238532 | EMP072017 |
| | 04/05/18 | $ 3,426.04 | 242915 | EMP080417 |
| | 03/23/18 | $ 1,072.73 | 242707 | EMP100517 |
| | 04/05/18 | $ 2,823.73 | 242915 | EMP120717 |
| | 05/18/18 | $ 2,253.22 | 243555 | EMP020518 |
| | 05/17/18 | $ 3,331.40 | 243524 | EMP051418 |
| | 06/01/18 | $ 586.24 | 243803 | EMP053018 |
| | 06/08/18 | $ 1,055.90 | 243984 | EMP060418 |
| | 09/17/18 | $ 896.74 | 273568 | EMP090618 |
| | 10/26/18 | $ 606.15 | 273957 | EMP0101018 |
| | | $ 61,558.08 | | Expense Reimb |
| | | | | |
| | 8/15/18 | $ 921.13 | 161297 | Medical Payment |
| | 8/22/18 | $ 6,792.87 | 161335 | Medical Payment |
| | 8/22/18 | $ 80.73 | 161336 | Medical Payment |
| | 9/19/18 | $ 40.00 | 161596 | Medical Payment |
| | 10/10/18 | $ 936.95 | 161744 | Medical Payment |
| | 10/24/18 | $ 292.29 | 161840 | Medical Payment |
| | | $ 9,063.97 | | Medical Payments |
| | 11/15/17 | | | Compensation |
| | 11/30/17 | | | Compensation |
| | 12/15/17 | | | Compensation |
| | 12/31/17 | | | Compensation |
| | 01/15/18 | | | Compensation |
| | 01/31/18 | | | Compensation |
| | 02/15/18 | | | Compensation |
| | 02/28/18 | | | Compensation |
| | 03/15/18 | | | Compensation |
| | 03/31/18 | | | Compensation |
| | 04/15/18 | | | Compensation |
| | 04/30/18 | | | Compensation |
| | 05/15/18 | | | Compensation |
| | 05/31/18 | | | Compensation |
| | 06/15/18 | | | Compensation |
| | 06/30/18 | | | Compensation |
| | 07/15/18 | | | Compensation |
| | 07/31/18 | | | Compensation |
| | 08/15/18 | | | Compensation |
| | 08/31/18 | | | Compensation |
| | 09/15/18 | | | Compensation |
| | 09/30/18 | | | Compensation |
| | 10/15/18 | | | Compensation |
| | 10/31/18 | | | Compensation |
| | | $ 216,104.32 | | Compensation |
| | | $ 286,726.37 | | |

**ZACKY & SONS POULTRY, LLC**
**Case #2:18-bk-23361-RK**
**SOFA # 4 - Payments to Insiders within 1 Year of Filing**

| Name | Date | Amount | Ck No. | Invoice | |
|------|------|--------|--------|---------|--|
| ZACKY, SCOTT | 11/15/17 | | | Compensation | |
| 1482 EAST VALLEY ROAD | 11/30/17 | | | Compensation | |
| SUITE #718 | 12/15/17 | | | Compensation | |
| SANTA BARBARA, CA  93108 | 12/31/17 | | | Compensation | |
| Sr. VP of Customer Relations | 01/15/18 | | | Compensation | |
| | 01/31/18 | | | Compensation | |
| | 02/15/18 | | | Compensation | |
| | 02/28/18 | | | Compensation | |
| | 03/15/18 | | | Compensation | |
| | 03/31/18 | | | Compensation | |
| | 04/15/18 | | | Compensation | |
| | 04/30/18 | | | Compensation | |
| | 05/15/18 | | | Compensation | |
| | 05/31/18 | | | Compensation | |
| | 06/15/18 | | | Compensation | |
| | 06/30/18 | | | Compensation | |
| | 07/15/18 | | | Compensation | |
| | 07/31/18 | | | Compensation | |
| | 08/15/18 | | | Compensation | |
| | 08/31/18 | | | Compensation | |
| | 09/15/18 | | | Compensation | |
| | 09/30/18 | | | Compensation | |
| | 10/15/18 | | | Compensation | |
| | 10/31/18 | | | Compensation | |
| | | $ 335,416.82 | | | Compensation |
| | | | | | |
| AMERICAN HUNTSMAN, LLC | 06/04/18 | $ 35,300.00 | 243869 | STMT060118 | |
| 1010 MORAGA DRIVE | 07/23/18 | $ 35,300.00 | 244615 | STMT070118 | |
| LOS ANGELES      CA 90049 | | $ 70,600.00 | | | Lease Payment |
| Landlord, Owned by Insider | | | | | |
| | | | | | |
| LILLIAN ZACKY, TRUSTEE | 06/04/18 | $ 5,584.50 | 243873 | STMT060118 | |
| 1010 MORAGA DRIVE | 07/23/18 | $ 5,584.50 | 244618 | STMT070118 | |
| LOS ANGELES      CA 90049 | | $ 11,169.00 | | | Lease Payment |
| Landlord, Owned by Insider | | | | | |
| | | | | | |
| THE SAMUEL LLC, AND | 06/04/18 | $ 6,234.00 | 243871 | STMT060118 | |
| LILLIAN ZACKY, TRUSTEE | 07/23/18 | $ 6,234.00 | 244616 | STMT070118 | |
| 1010 MORAGA DRIVE | | $ 12,468.00 | | | Lease Payment |
| LOS ANGELES      CA 90049 | | | | | |
| Landlord, Owned by Insider | | | | | |
| | | | | | |
| 15956 S. EAST AVE CARUTHERS LLC | 06/04/18 | $ 4,481.60 | 243874 | STMT060118 | |
| 149 S. BARRINGTON AVE #720 | 07/23/18 | $ 4,481.60 | 244619 | STMT070118 | |
| LOS ANGELES      CA 90049 | | $ 8,963.20 | | | Lease Payment |
| Landlord, Owned by Insider | | | | | |
| | | | | | |
| LILLIAN ZACKY, TRUSTEE | 06/04/18 | $ 5,904.00 | 243872 | STMT060118 | |
| 10943 WATLON AVE | 07/23/18 | $ 5,904.00 | 244617 | STMT070118 | |
| VICTORVILLE LLCQ | | $ 11,808.00 | | | Lease Payment |
| 1010 MORAGA DRIVE | | | | | |
| LOS ANGELES      CA 90049 | | | | | |
| Landlord, Owned by Insider | | | | | |

**ZACKY & SONS POULTRY, LLC**
**Case #2:18-bk-23361-RK**
**SOFA # 4 - Payments to Insiders within 1 Year of Filing**

| Name | Date | Amount | Ck No. | Invoice | |
|------|------|--------|--------|---------|---|
| THE SAMUEL LLC | 12/01/17 | $ 20,075.00 | 240926 | STMT120117 | |
| 1482 EAST VALLEY ROAD | 01/02/18 | $ 20,075.00 | 241567 | STMT010118 | |
| SUITE #718 | 02/01/18 | $ 20,075.00 | 241806 | STMT020118 | |
| MONTECITO        CA  93108 | 03/01/18 | $ 20,075.00 | 242294 | STMT030118 | |
| Landlord, Owned by Insider | 04/04/18 | $ 20,075.00 | 242898 | STMT040118 | |
| | 05/03/18 | $ 20,075.00 | 243403 | STMT050118 | |
| | 06/04/18 | $ 20,075.00 | 243867 | STMT060118 | |
| | 07/13/18 | $ 20,075.00 | 244533 | STMT070118 | |
| | | $ 160,600.00 | | | Lease Payment |
| | | | | | |
| AB AGRICULTURAL SERVICES | 11/17/17 | $ 20,364.90 | 240606 | 50102117 | |
| 2020 S EAST AVE | 11/22/17 | $ 8,427.45 | 240849 | 51102117 | |
| FRESNO        CA  93721 | 11/17/17 | $ 130.69 | 240606 | 51102117R | |
| Owned by insider | 11/17/17 | $ 69.19 | 240606 | 51102117R1 | |
| | 11/17/17 | $ 281.26 | 240606 | 51102117R2 | |
| | 11/17/17 | $ 501.77 | 240606 | 51102117R3 | |
| | 11/17/17 | $ 96.98 | 240606 | 51102117R4 | |
| | 11/22/17 | $ 8,797.50 | 240849 | 36102817B | |
| | 11/22/17 | $ 612.44 | 240849 | 37102817C | |
| | 11/17/17 | $ 22,579.80 | 240606 | 50102817 | |
| | 11/22/17 | $ 7,674.69 | 240849 | 51102817 | |
| | 11/22/17 | $ 181.94 | 240849 | 51102817B | |
| | 11/22/17 | $ 652.81 | 240849 | 51102817B1 | |
| | 11/22/17 | $ 515.26 | 240849 | 51102817R2 | |
| | 11/22/17 | $ 704.68 | 240849 | 51102817R3 | |
| | 11/22/17 | $ 8,329.22 | 240849 | 36110417B | |
| | 11/22/17 | $ 621.66 | 240849 | 37110417C | |
| | 12/01/17 | $ 23,322.30 | 240922 | 50110417 | |
| | 11/22/17 | $ 7,128.46 | 240849 | 51110417 | |
| | 11/22/17 | $ 739.13 | 240849 | 51110417B | |
| | 11/22/17 | $ 603.21 | 240849 | 51110417T | |
| | 12/01/17 | $ 7,360.92 | 240922 | 36111117B | |
| | 12/01/17 | $ 274.09 | 240922 | 37111117C | |
| | 12/11/17 | $ 28,735.50 | 241221 | 50111117 | |
| | 12/11/17 | $ 211.14 | 241221 | 50111117A | |
| | 12/01/17 | $ 6,644.66 | 240922 | 51111117 | |
| | 12/01/17 | $ 1,355.56 | 240922 | 51111117B1 | |
| | 12/11/17 | $ 1,309.64 | 241221 | 51111117R2 | |
| | 12/11/17 | $ 1,293.79 | 241221 | 51111117R3 | |
| | 12/01/17 | $ 347.16 | 240922 | 51111117T | |
| | 12/01/17 | $ 6,689.78 | 240922 | 36111817B | |
| | 12/11/17 | $ 679.78 | 241221 | 37111817C | |
| | 12/15/17 | $ 27,369.00 | 241348 | 50111817 | |
| | 12/11/17 | $ 774.18 | 241221 | 50111817A | |
| | 12/15/17 | $ 6,752.28 | 241348 | 51111817 | |
| | 12/11/17 | $ 1,014.35 | 241221 | 51111817B1 | |
| | 12/11/17 | $ 455.91 | 241221 | 51111817R2 | |
| | 12/11/17 | $ 638.02 | 241221 | 51111817R3 | |
| | 12/11/17 | $ 596.35 | 241221 | 51111817T | |
| | 12/15/17 | $ 6,689.32 | 241348 | 36112517B | |
| | 12/29/17 | $ 678.75 | 241502 | 37112517C | |
| | 12/22/17 | $ 10,788.00 | 241443 | 50112517 | |
| | 12/29/17 | $ 806.62 | 241502 | 50112517A | |
| | 12/15/17 | $ 4,490.03 | 241348 | 51112517 | |
| | 12/29/17 | $ 693.51 | 241502 | 51112517B1 | |
| | 12/29/17 | $ 462.08 | 241502 | 51112517R1 | |
| | 12/29/17 | $ 467.40 | 241502 | 51112517R2 | |
| | 12/29/17 | $ 1,393.20 | 241502 | 51112517R3 | |

**ZACKY & SONS POULTRY, LLC**
**Case #2:18-bk-23361-RK**
SOFA # 4 - Payments to Insiders within 1 Year of Filing

| Name | Date | Amount | Ck No. | Invoice |
|------|------|--------|--------|---------|
| | 12/29/17 | $ 8,470.44 | 241502 | 36120217B |
| | 12/29/17 | $ 562.73 | 241502 | 37120217C |
| | 12/22/17 | $ 24,936.30 | 241443 | 50120217 |
| | 01/04/18 | $ 1,165.66 | 241576 | 50120217A |
| | 12/29/17 | $ 5,650.94 | 241502 | 51120217 |
| | 12/29/17 | $ 358.75 | 241502 | 51120217B |
| | 12/29/17 | $ 82.00 | 241502 | 51120217R |
| | 12/29/17 | $ 802.06 | 241502 | 51120217R1 |
| | 01/04/18 | $ 148.63 | 241576 | 51120217R2 |
| | 01/04/18 | $ 783.72 | 241576 | 51120217R3 |
| | 12/29/17 | $ 528.39 | 241502 | 51120217T |
| | 01/04/18 | $ 8,454.80 | 241576 | 36120917B |
| | 01/04/18 | $ 542.23 | 241576 | 37120917C |
| | 12/29/17 | $ 19,475.10 | 241502 | 50120917 |
| | 01/04/18 | $ 1,589.77 | 241576 | 50120917A |
| | 01/04/18 | $ 6,303.44 | 241576 | 51120917 |
| | 01/04/18 | $ 215.25 | 241576 | 51120917B |
| | 01/04/18 | $ 116.54 | 241576 | 51120917R |
| | 01/04/18 | $ 84.56 | 241576 | 51120917R2 |
| | 01/04/18 | $ 61.50 | 241576 | 51120917R4 |
| | 01/04/18 | $ 138.38 | 241576 | 51120917R5 |
| | 01/04/18 | $ 337.43 | 241576 | 51120917T |
| | 01/04/18 | $ 6,733.94 | 241576 | 36121617B |
| | 01/04/18 | $ 590.91 | 241576 | 37121617C |
| | 01/12/18 | $ 20,466.60 | 241644 | 50121617 |
| | 01/04/18 | $ 4,964.06 | 241576 | 51121617 |
| | 01/04/18 | $ 138.38 | 241576 | 51121617B |
| | 01/04/18 | $ 74.09 | 241576 | 51121617R |
| | 01/04/18 | $ 180.81 | 241576 | 51121617R1 |
| | 01/04/18 | $ 49.39 | 241576 | 51121617R2 |
| | 01/04/18 | $ 211.20 | 241576 | 51121617R3 |
| | 01/04/18 | $ 56.38 | 241576 | 51121617R4 |
| | 01/04/18 | $ 710.94 | 241576 | 51121617T |
| | 01/12/18 | $ 8,188.00 | 241644 | 36122317B |
| | 01/12/18 | $ 581.38 | 241644 | 37122317C |
| | 01/12/18 | $ 18,734.40 | 241644 | 50122317 |
| | 01/12/18 | $ 7,405.21 | 241644 | 51122317 |
| | 01/12/18 | $ 458.38 | 241644 | 51122317B |
| | 01/12/18 | $ 82.00 | 241644 | 51122317R |
| | 01/12/18 | $ 143.50 | 241644 | 51122317R2 |
| | 01/12/18 | $ 7,322.74 | 241644 | 36123017B |
| | 01/19/18 | $ 425.38 | 241666 | 37123017C |
| | 01/19/18 | $ 12,372.90 | 241666 | 50123017 |
| | 01/19/18 | $ 805.19 | 241666 | 50123017A |
| | 01/19/18 | $ 6,355.11 | 241666 | 51123017 |
| | 01/19/18 | $ 205.00 | 241666 | 51123017B |
| | 01/19/18 | $ 71.75 | 241666 | 51123017R |
| | 01/19/18 | $ 56.38 | 241666 | 51123017R1 |
| | 01/19/18 | $ 78.75 | 241666 | 51123017R2 |
| | 01/19/18 | $ 807.90 | 241666 | 51123017T |
| | 01/19/18 | $ 8,989.32 | 241666 | 36010618B |
| | 01/26/18 | $ 613.05 | 241756 | 37010618C |
| | 01/19/18 | $ 12,397.80 | 241666 | 50010618 |
| | 01/26/18 | $ 5,234.70 | 241756 | 51010618 |
| | 01/26/18 | $ 112.75 | 241756 | 51010618R |
| | 01/26/18 | $ 82.00 | 241756 | 51010618R1 |
| | 01/19/18 | $ (391.68) | 241666 | 50120917B |
| | 01/26/18 | $ 9,211.04 | 241756 | 36011318B |
| | 02/02/18 | $ 574.51 | 241833 | 37011318C |
| | 01/26/18 | $ 15,439.20 | 241756 | 50011318 |

**ZACKY & SONS POULTRY, LLC**
**Case #2:18-bk-23361-RK**
**SOFA # 4 - Payments to Insiders within 1 Year of Filing**

| Name | Date | Amount | Ck No. | Invoice |
|------|------|--------|--------|---------|
| | 02/02/18 | $ 864.55 | 241833 | 50011318A |
| | 01/26/18 | $ 5,601.16 | 241756 | 51011318 |
| | 02/02/18 | $ 425.72 | 241833 | 51011318P |
| | 02/02/18 | $ 241.49 | 241833 | 51011318P1 |
| | 02/02/18 | $ 47.06 | 241833 | 51011318R |
| | 02/02/18 | $ 192.29 | 241833 | 51011318R1 |
| | 02/02/18 | $ 50.59 | 241833 | 51011318R2 |
| | 02/02/18 | $ 691.68 | 241833 | 51011318T |
| | 02/02/18 | $ 6,982.80 | 241833 | 36012018B |
| | 02/09/18 | $ 580.66 | 241951 | 37012018C |
| | 02/02/18 | $ 14,374.50 | 241833 | 50012018 |
| | 02/09/18 | $ 1,204.01 | 241951 | 50012018A |
| | 02/02/18 | $ 6,728.08 | 241833 | 51012018 |
| | 02/09/18 | $ 344.32 | 241951 | 51012018P |
| | 02/09/18 | $ (580.66) | 241951 | 51012018PA |
| | 02/09/18 | $ 929.99 | 241951 | 51012018P1 |
| | 02/09/18 | $ 7,581.72 | 241951 | 36012718B |
| | 02/09/18 | $ 945.35 | 241951 | 37012718C |
| | 02/09/18 | $ 14,843.70 | 241951 | 50012718 |
| | 02/09/18 | $ 5,548.60 | 241951 | 51012718 |
| | 02/09/18 | $ 417.38 | 241951 | 51012718R |
| | 02/09/18 | $ 61.50 | 241951 | 51012718R1 |
| | 02/09/18 | $ 902.81 | 241951 | 51012718T |
| | 02/16/18 | $ 7,028.80 | 242072 | 36020318B |
| | 02/16/18 | $ 1,193.49 | 242072 | 37020318C |
| | 02/16/18 | $ 14,257.80 | 242072 | 50020318 |
| | 02/16/18 | $ 5,698.55 | 242072 | 51020318 |
| | 02/16/18 | $ 713.92 | 242072 | 51020318P |
| | 02/16/18 | $ 306.58 | 242072 | 51020318P1 |
| | 02/16/18 | $ 414.16 | 242072 | 51020318R |
| | 02/16/18 | $ 82.00 | 242072 | 51020318R1 |
| | 02/16/18 | $ 164.00 | 242072 | 51020318R2 |
| | 02/16/18 | $ 492.00 | 242072 | 51020318T |
| | 02/23/18 | $ 8,504.94 | 242135 | 36021018B |
| | 02/23/18 | $ 602.39 | 242135 | 37021018C |
| | 02/23/18 | $ 17,561.40 | 242135 | 50021018 |
| | 02/23/18 | $ 5,779.50 | 242135 | 51021018 |
| | 02/23/18 | $ 729.30 | 242135 | 51021018P |
| | 02/23/18 | $ 491.69 | 242135 | 51021018P1 |
| | 02/23/18 | $ 123.00 | 242135 | 51021018R |
| | 02/23/18 | $ 57.05 | 242135 | 51021018R1 |
| | 02/23/18 | $ 62.73 | 242135 | 51021018R2 |
| | 02/23/18 | $ 778.80 | 242135 | 51021018T |
| | 03/02/18 | $ 8,723.90 | 242347 | 36021718B |
| | 03/02/18 | $ 543.86 | 242347 | 37021718C |
| | 03/02/18 | $ 13,343.40 | 242347 | 50021718 |
| | 03/02/18 | $ 4,647.10 | 242347 | 51021718 |
| | 03/02/18 | $ 689.70 | 242347 | 51021718P |
| | 03/02/18 | $ 187.16 | 242347 | 51021718P1 |
| | 03/02/18 | $ 52.16 | 242347 | 51021718R |
| | 03/02/18 | $ 56.38 | 242347 | 51021718R1 |
| | 03/02/18 | $ 92.25 | 242347 | 51021718R2 |
| | 03/02/18 | $ 110.90 | 242347 | 51021718R3 |
| | 03/02/18 | $ 226.69 | 242347 | 51021718T |
| | 03/09/18 | $ 7,439.58 | 242451 | 36022418B |
| | 03/09/18 | $ 534.03 | 242451 | 37022418C |
| | 03/09/18 | $ 13,514.10 | 242451 | 50022418 |
| | 03/09/18 | $ 4,494.18 | 242451 | 51022418 |
| | 03/09/18 | $ 27.50 | 242451 | 51022418R |
| | 03/09/18 | $ 123.25 | 242451 | 51022418R1 |

**ZACKY & SONS POULTRY, LLC**
**Case #2:18-bk-23361-RK**
**SOFA # 4 - Payments to Insiders within 1 Year of Filing**

| Name | Date | Amount | Ck No. | Invoice |
|---|---|---|---|---|
| | 03/09/18 | $ 648.83 | 242451 | 51022418T |
| | 03/16/18 | $ 10,491.60 | 242598 | 36030318B |
| | 03/16/18 | $ 542.23 | 242598 | 37030318C |
| | 03/16/18 | $ 19,616.00 | 242598 | 50030318 |
| | 03/16/18 | $ 4,260.38 | 242598 | 51030318 |
| | 03/16/18 | $ 1,124.20 | 242598 | 51030318P |
| | 03/16/18 | $ 549.40 | 242598 | 51030318P1 |
| | 03/23/18 | $ 834.03 | 242744 | 60022418 |
| | 03/23/18 | $ 8,766.60 | 242744 | 36031018B |
| | 03/23/18 | $ 547.35 | 242744 | 37031018C |
| | 03/23/18 | $ 15,266.80 | 242744 | 50031018 |
| | 03/23/18 | $ 6,470.60 | 242744 | 51031018 |
| | 03/23/18 | $ 92.25 | 242744 | 51031018B |
| | 03/23/18 | $ 977.74 | 242744 | 51031018T |
| | 04/02/18 | $ 10,079.40 | 242875 | 36031718B |
| | 04/02/18 | $ 557.60 | 242875 | 37031718C |
| | 03/30/18 | $ 18,122.00 | 242855 | 50031718 |
| | 04/02/18 | $ 4,497.60 | 242875 | 51031718 |
| | 04/02/18 | $ 343.06 | 242875 | 51031718B |
| | 04/02/18 | $ 62.73 | 242875 | 51031718R |
| | 04/02/18 | $ 144.53 | 242875 | 51031718R2 |
| | 04/09/18 | $ 10,918.80 | 243091 | 36032418B |
| | 04/06/18 | $ 537.10 | 242921 | 37032418C |
| | 04/06/18 | $ 15,047.20 | 242921 | 50032418 |
| | 04/06/18 | $ 4,393.33 | 242921 | 51032418 |
| | 04/06/18 | $ 81.18 | 242921 | 51032418B |
| | 04/06/18 | $ 94.71 | 242921 | 51032418R |
| | 04/06/18 | $ 84.56 | 242921 | 51032418R1 |
| | 04/06/18 | $ 638.68 | 242921 | 51032418T |
| | 04/13/18 | $ 10,908.00 | 243173 | 36033118B |
| | 04/16/18 | $ 340.71 | 243193 | 37033118C |
| | 04/16/18 | $ 19,652.80 | 243193 | 50033118 |
| | 04/13/18 | $ 4,697.54 | 243173 | 51033118 |
| | 04/13/18 | $ 107.63 | 243173 | 51033118R |
| | 04/13/18 | $ 121.15 | 243173 | 51033118R1 |
| | 04/13/18 | $ 271.41 | 243173 | 51033118T |
| | 04/27/18 | $ 10,048.80 | 243330 | 36040718B |
| | 04/27/18 | $ 689.11 | 243330 | 37040718C |
| | 04/20/18 | $ 19,969.60 | 243274 | 50040718 |
| | 04/20/18 | $ 549.17 | 243274 | 50040718A |
| | 04/24/18 | $ 5,157.46 | 243312 | 51040718 |
| | 04/27/18 | $ 96.25 | 243330 | 51040718R1 |
| | 04/27/18 | $ 445.05 | 243330 | 51040718T |
| | 05/03/18 | $ 10,303.80 | 243396 | 36041418B |
| | 05/04/18 | $ 618.28 | 243447 | 37041418C |
| | 05/04/18 | $ 17,805.20 | 243447 | 50041418 |
| | 05/04/18 | $ 1,582.22 | 243447 | 50041418A |
| | 05/04/18 | $ 2,035.64 | 243447 | 50041418B |
| | 05/04/18 | $ 4,881.01 | 243447 | 51041418 |
| | 05/04/18 | $ 144.29 | 243447 | 51041418R |
| | 05/04/18 | $ 37.04 | 243447 | 51041418T |
| | 05/04/18 | $ 442.78 | 243447 | 60033118 |
| | 05/04/18 | $ 11,706.60 | 243447 | 36042118B |
| | 05/14/18 | $ 726.31 | 243497 | 37042118C |
| | 05/14/18 | $ 18,651.60 | 243497 | 50042118 |
| | 05/14/18 | $ 810.56 | 243497 | 50042118A |
| | 05/14/18 | $ 1,099.42 | 243497 | 50042118B |
| | 05/14/18 | $ 5,024.63 | 243497 | 51042118 |
| | 05/14/18 | $ 87.49 | 243497 | 51042118R |
| | 05/14/18 | $ 34.38 | 243497 | 51042118R1 |

**ZACKY & SONS POULTRY, LLC**
**Case #2:18-bk-23361-RK**
**SOFA # 4 - Payments to Insiders within 1 Year of Filing**

| Name | Date | Amount | Ck No. | Invoice |
|------|------|--------|--------|---------|
| | 05/14/18 | $ 543.04 | 243497 | 51042118T |
| | 05/18/18 | $ 11,774.40 | 243558 | 36042818B |
| | 05/18/18 | $ 544.79 | 243558 | 37042818C |
| | 05/18/18 | $ 17,045.60 | 243558 | 50042818 |
| | 05/18/18 | $ 1,236.24 | 243558 | 50042818A |
| | 05/18/18 | $ 5,767.54 | 243558 | 51042818 |
| | 05/18/18 | $ 346.26 | 243558 | 51042818R |
| | 05/18/18 | $ 65.31 | 243558 | 51042818R1 |
| | 05/18/18 | $ 259.53 | 243558 | 51042818R2 |
| | 05/18/18 | $ 285.06 | 243558 | 51042818R3 |
| | 05/18/18 | $ 10,009.80 | 243558 | 36050518B |
| | 05/25/18 | $ 433.78 | 243657 | 37050518C |
| | 05/25/18 | $ 14,768.40 | 243657 | 50050518 |
| | 05/25/18 | $ 1,226.27 | 243657 | 50050518A |
| | 05/25/18 | $ 5,298.30 | 243657 | 51050518 |
| | 05/25/18 | $ 85.94 | 243657 | 51050518R3 |
| | 05/25/18 | $ 558.63 | 243657 | 51050518T |
| | 05/25/18 | $ 10,773.00 | 243657 | 36051218B |
| | 05/29/18 | $ 539.56 | 243714 | 37051218C |
| | 05/29/18 | $ 19,225.60 | 243714 | 50051218 |
| | 06/01/18 | $ 1,418.48 | 243829 | 50051218A |
| | 06/01/18 | $ 5,695.59 | 243829 | 51051218 |
| | 05/29/18 | $ 115.31 | 243714 | 51051218B |
| | 05/29/18 | $ 777.70 | 243714 | 51051218P |
| | 05/29/18 | $ 339.18 | 243714 | 51051218P1 |
| | 05/29/18 | $ 55.00 | 243714 | 51051218R3 |
| | 05/29/18 | $ 35.88 | 243714 | 51051218T |
| | 06/07/18 | $ 10,153.80 | 243954 | 36051918B |
| | 06/07/18 | $ 570.41 | 243954 | 37051918C |
| | 06/01/18 | $ 17,252.80 | 243829 | 50051918 |
| | 06/01/18 | $ 581.54 | 243829 | 50051918A |
| | 06/01/18 | $ (267.20) | 243829 | 50051918C |
| | 06/07/18 | $ 6,080.26 | 243954 | 51051918 |
| | 06/01/18 | $ 768.90 | 243829 | 51051918P |
| | 06/07/18 | $ 513.11 | 243954 | 51051918P1 |
| | 06/07/18 | $ 20.63 | 243954 | 51051918R |
| | 06/07/18 | $ 34.38 | 243954 | 51051918R1 |
| | 06/07/18 | $ 45.79 | 243954 | 51051918R2 |
| | 06/07/18 | $ 83.18 | 243954 | 51051918R3 |
| | 06/07/18 | $ 567.85 | 243954 | 51051918T |
| | 06/07/18 | $ 11,776.80 | 243954 | 36052618B |
| | 06/07/18 | $ 585.79 | 243954 | 37052618C |
| | 06/12/18 | $ 14,615.60 | 244060 | 50052618 |
| | 06/12/18 | $ 1,309.14 | 244060 | 50052618A |
| | 06/07/18 | $ 6,286.20 | 243954 | 51052618 |
| | 06/07/18 | $ 97.38 | 243954 | 51052618B |
| | 06/07/18 | $ 336.81 | 243954 | 51052618B1 |
| | 06/07/18 | $ 754.60 | 243954 | 51052618P |
| | 06/07/18 | $ 469.05 | 243954 | 51052618P1 |
| | 06/07/18 | $ 40.63 | 243954 | 51052618R1 |
| | 06/07/18 | $ 109.26 | 243954 | 51052618R2 |
| | 06/22/18 | $ (2.40) | 244290 | 36060218 |
| | 06/22/18 | $ 647.40 | 244290 | 36060218A |
| | 06/15/18 | $ 8,616.60 | 244107 | 36060218B |
| | 06/15/18 | $ 546.43 | 244107 | 37060218C |
| | 06/15/18 | $ 15,627.20 | 244107 | 50060218 |
| | 06/15/18 | $ 816.00 | 244107 | 50060218A |
| | 06/12/18 | $ 5,786.05 | 244060 | 51060218 |
| | 06/15/18 | $ 125.93 | 244107 | 51060218B |
| | 06/15/18 | $ 805.22 | 244107 | 51060218P |

**ZACKY & SONS POULTRY, LLC**
**Case #2:18-bk-23361-RK**
**SOFA # 4 - Payments to Insiders within 1 Year of Filing**

| Name | Date | Amount | Ck No. | Invoice |
|------|------|--------|--------|---------|
| | 06/15/18 | $  763.93 | 244107 | 51060218P1 |
| | 06/15/18 | $  488.51 | 244107 | 51060218T |
| | 06/29/18 | $  189.00 | 244393 | CKRQ061118 |
| | 06/22/18 | $  11,836.20 | 244290 | 36060918B |
| | 06/22/18 | $  580.66 | 244290 | 37060918C |
| | 06/22/18 | $  13,975.20 | 244290 | 50060918 |
| | 06/22/18 | $  1,328.72 | 244290 | 50060918A |
| | 06/29/18 | $  12,352.40 | 244393 | 50061618 |
| | 06/22/18 | $  5,452.73 | 244290 | 51060918 |
| | 06/22/18 | $  279.83 | 244290 | 51060918B |
| | 06/22/18 | $  (601.99) | 244290 | 51060918C |
| | 06/22/18 | $  264.65 | 244290 | 51060918R |
| | 06/22/18 | $  108.39 | 244290 | 51060918R1 |
| | 06/22/18 | $  104.44 | 244290 | 51060918R2 |
| | 06/22/18 | $  129.76 | 244290 | 51060918T |
| | 06/29/18 | $  10,557.60 | 244393 | 36061618B |
| | 06/29/18 | $  735.34 | 244393 | 37061618C |
| | 06/29/18 | $  1,090.18 | 244393 | 50061618A |
| | 06/29/18 | $  5,799.43 | 244393 | 51061618 |
| | 06/29/18 | $  129.76 | 244393 | 51061618B |
| | 06/29/18 | $  414.81 | 244393 | 51061618T |
| | 07/06/18 | $  11,388.00 | 244410 | 36062318B |
| | 07/06/18 | $  609.78 | 244410 | 37062318C |
| | 06/29/18 | $  18,753.60 | 244393 | 50062318 |
| | 07/06/18 | $  858.97 | 244410 | 50062318A |
| | 07/06/18 | $  5,689.14 | 244410 | 51062318 |
| | 07/06/18 | $  140.74 | 244410 | 51062318R |
| | 07/06/18 | $  280.03 | 244410 | 51062318R1 |
| | 07/06/18 | $  394.83 | 244410 | 51062318T |
| | 07/13/18 | $  11,420.40 | 244529 | 36063018B |
| | 07/13/18 | $  802.96 | 244529 | 37063018C |
| | 07/13/18 | $  7,788.80 | 244529 | 50063018 |
| | 07/13/18 | $  1,415.76 | 244529 | 50063018A |
| | 07/13/18 | $  6,845.96 | 244529 | 51063018 |
| | 07/13/18 | $  63.96 | 244529 | 51063018B |
| | 07/13/18 | $  66.63 | 244529 | 51063018B1 |
| | 07/13/18 | $  98.34 | 244529 | 51063018R |
| | 07/13/18 | $  65.31 | 244529 | 51063018R1 |
| | 07/13/18 | $  899.24 | 244529 | 51063018T |
| | 07/20/18 | $  11,511.00 | 244599 | 36070718B |
| | 07/20/18 | $  698.35 | 244599 | 37070718C |
| | 07/27/18 | $  11,199.60 | 244710 | 50070718 |
| | 07/20/18 | $  1,118.74 | 244599 | 50070718A |
| | 07/20/18 | $  6,318.24 | 244599 | 51070718 |
| | 07/20/18 | $  241.38 | 244599 | 51070718R |
| | 07/20/18 | $  145.45 | 244599 | 51070718R1 |
| | 07/20/18 | $  961.85 | 244599 | 51070718T |
| | 08/03/18 | $  290.51 | 244748 | 60063018 |
| | 07/27/18 | $  9,601.56 | 244710 | 36071418B |
| | 07/27/18 | $  483.29 | 244710 | 37071418C |
| | 07/27/18 | $  11,668.00 | 244710 | 50071418 |
| | 07/27/18 | $  1,046.66 | 244710 | 50071418A |
| | 07/27/18 | $  5,673.15 | 244710 | 51071418 |
| | 07/27/18 | $  82.00 | 244710 | 51071418B |
| | 07/27/18 | $  127.19 | 244710 | 51071418R |
| | 07/27/18 | $  125.48 | 244710 | 51071418R1 |
| | 07/27/18 | $  705.20 | 244710 | 51071418T |
| | 08/08/18 | $  5,341.96 | 273095 | 36072118B |
| | 08/10/18 | $  4,855.04 | 273110 | 36072118BA |
| | 07/27/18 | $  544.79 | 244710 | 37072118C |

ZACKY & SONS POULTRY, LLC
Case #2:18-bk-23361-RK
SOFA # 4 - Payments to Insiders within 1 Year of Filing

| Name | Date | Amount | Ck No. | Invoice |
|------|------|--------|--------|---------|
| | 08/03/18 | $ 14,360.00 | 244748 | 50072118 |
| | 08/03/18 | $ 1,578.14 | 244748 | 50072118A |
| | 07/27/18 | $ 5,341.96 | 244710 | 51072118 |
| | 07/27/18 | $ 513.01 | 244710 | 51072118T |
| | 08/10/18 | $ 9,685.80 | 273110 | 36072818B |
| | 08/08/18 | $ 425.38 | 273095 | 37072818C |
| | 08/10/18 | $ 13,756.80 | 273110 | 50072818 |
| | 08/08/18 | $ 1,079.30 | 273095 | 50072818A |
| | 08/03/18 | $ 6,144.24 | 244748 | 51072818 |
| | 08/08/18 | $ 371.56 | 273095 | 51072818B |
| | 08/08/18 | $ 958.22 | 273095 | 51072818P |
| | 08/08/18 | $ 415.13 | 273095 | 51072818P1 |
| | 08/08/18 | $ 717.29 | 273095 | 51072818T |
| | 08/20/18 | $ 12,835.20 | 273214 | 36080418B |
| | 08/31/18 | $ 606.39 | 273344 | 37080418C |
| | 08/20/18 | $ 15,885.50 | 273214 | 50080418 |
| | 08/10/18 | $ 2,059.52 | 273110 | 50080418A |
| | 08/24/18 | $ 5,874.45 | 273263 | 51080418 |
| | 08/20/18 | $ 112.75 | 273214 | 51080418B |
| | 08/20/18 | $ 1,270.26 | 273214 | 51080418P |
| | 08/20/18 | $ 649.95 | 273214 | 51080418P1 |
| | 08/10/18 | $ 1,772.98 | 273110 | 51080418T |
| | 10/12/18 | $ 1,188.84 | 273889 | 36080418A |
| | 08/20/18 | $ 3,832.50 | 273214 | 36081118B |
| | 08/24/18 | $ 7,220.50 | 273263 | 36081118BA |
| | 08/31/18 | $ 531.26 | 273344 | 37081118C |
| | 08/24/18 | $ 17,133.00 | 273263 | 50081118 |
| | 08/31/18 | $ 1,923.00 | 273344 | 50081118A |
| | 08/31/18 | $ 5,418.11 | 273344 | 51081118 |
| | 08/31/18 | $ 1,225.95 | 273344 | 51081118P |
| | 09/10/18 | $ 682.45 | 273453 | 51081118P1 |
| | 09/10/18 | $ 799.60 | 273453 | 51081118T |
| | 08/31/18 | $ 14,267.40 | 273344 | 36081818B |
| | 09/10/18 | $ 699.15 | 273453 | 37081818C |
| | 08/31/18 | $ 15,817.00 | 273344 | 50081818 |
| | 09/10/18 | $ 2,296.50 | 273453 | 50081818A |
| | 09/10/18 | $ 5,653.25 | 273453 | 51081818 |
| | 09/10/18 | $ 51.19 | 273453 | 51081818CO |
| | 09/10/18 | $ 607.20 | 273453 | 51081818P |
| | 09/10/18 | $ 589.16 | 273453 | 51081818P1 |
| | 08/31/18 | $ 172.98 | 273344 | 51081818R |
| | 08/31/18 | $ 89.58 | 273344 | 51081818R1 |
| | 09/10/18 | $ 637.25 | 273453 | 51081818T |
| | 09/14/18 | $ 12,592.30 | 273536 | 36082518B |
| | 09/10/18 | $ 585.59 | 273453 | 37082518C |
| | 09/10/18 | $ 13,445.50 | 273453 | 50082518 |
| | 09/10/18 | $ 2,387.50 | 273453 | 50082518A |
| | 09/14/18 | $ 6,927.03 | 273536 | 51082518 |
| | 09/21/18 | $ 82.50 | 273670 | 51082518R |
| | 09/10/18 | $ 1,811.08 | 273453 | 51082518T |
| | 09/14/18 | $ 13,010.90 | 273536 | 36090118B |
| | 09/21/18 | $ 587.43 | 273670 | 37090118C |
| | 09/21/18 | $ 16,940.50 | 273670 | 50090118 |
| | 09/14/18 | $ 2,922.00 | 273536 | 50090118A |
| | 09/28/18 | $ 7,424.45 | 273737 | 51090118 |
| | 09/21/18 | $ 232.26 | 273670 | 51090118T |
| | 09/21/18 | $ 260.37 | 273670 | 52090118 |
| | 09/21/18 | $ 16,615.20 | 273670 | 36090818B |
| | 09/28/18 | $ 529.41 | 273737 | 37090818C |
| | 09/28/18 | $ 19,727.00 | 273737 | 50090818 |

**ZACKY & SONS POULTRY, LLC**
**Case #2:18-bk-23361-RK**
**SOFA # 4 - Payments to Insiders within 1 Year of Filing**

| Name | Date | Amount | Ck No. | Invoice | |
|------|------|--------|--------|---------|---|
| | 09/28/18 | $ 1,921.50 | 273737 | 50090818A | |
| | 09/28/18 | $ 6,125.95 | 273737 | 51090818 | |
| | 10/12/18 | $ 796.40 | 273889 | 51090818P | |
| | 10/12/18 | $ 436.96 | 273889 | 51090818P1 | |
| | 10/12/18 | $ 395.14 | 273889 | 51090818T | |
| | 10/02/18 | $ 12,926.90 | 273800 | 36091518B | |
| | 10/02/18 | $ 541.81 | 273800 | 37091518C | |
| | 10/02/18 | $ 16,151.75 | 273800 | 50091518 | |
| | 10/02/18 | $ 1,930.00 | 273800 | 50091518A | |
| | 10/12/18 | $ 6,245.55 | 273889 | 51091518 | |
| | 10/02/18 | $ 2,261.89 | 273800 | 51091518P | |
| | 10/02/18 | $ 1,241.89 | 273800 | 51091518P1 | |
| | 10/02/18 | $ 75.63 | 273800 | 51091518R | |
| | 10/02/18 | $ 734.16 | 273800 | 52091518 | |
| | | $ 1,702,708.98 | | | Load/Haul Services |

Debtor    **Zacky & Sons Poultry, LLC**                                            Case number *(if known)*    **2:18-bk-23361-RK**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Kirk Vander Geest v. Zacky & Sons Poultry, LLC**<br>**201804-01783703** | **Employment Discrimination** | **California Department of Fair Housing & Employment**<br>**2218 Kausen Drive, Suite 100**<br>**Elk Grove, CA 95758** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **Timothy Rooters v. Zacky & Sons Poultry, LLC**<br>**201806-02609015** | **Employment Discrimination** | **California Department of Fair Housing & Employment** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. **Griselda Munoz Martin, as an individual and on behalf of all others similarly situated v. Zacky & Sons Poultry, LLC**<br>**BC697972** | **Wage & Hour Violations** | **Superior Court of the State of California for the County of LA**<br>**312 N. Spring St., Dept. 10**<br>**Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. **Carlos Calles v. Zacky & Sons Poultry, LLC et al.**<br>**ADJ9866912, ADJ10310560** | **Workers' Compensation** | **Workers' Compensation Appeals Board**<br>**2550 Mariposa St., Rm 4078**<br>**Fresno, CA 93721** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. **Jose Campos v. Zacky & Sons Poultry, LLC et al.**<br>**ADJ9935513** | **Workers' Compensation** | **Workers' Compensation Appeals Board**<br>**2550 Mariposa St., Rm 4078**<br>**Fresno, CA 93721** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. **Julian Perez v. Zacky & Sons Poultry, LLC et al.**<br>**ADJ10797389, ADJ10797388** | **Workers' Compensation** | **Workers' Compensation Appeals Board**<br>**2550 Mariposa St., Rm 4078**<br>**Fresno, CA 93721** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. **Maria Delia Alvarez v. Zacky & Sons Poultry, LLC et al.**<br>**ADJ10671548, ADJ10668192** | **Workers' Compensation** | **Workers' Compensation Appeals Board**<br>**2550 Mariposa St., Rm 4078**<br>**Fresno, CA 93721** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. **Rosa Gallegos v. Zacky & Sons Poultry, LLC et al.**<br>**ADJ10839195** | **Workers' Compensation** | **Workers' Compensation Appeals Board**<br>**2550 Mariposa St., Rm 4078**<br>**Fresno, CA 93721** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. **Senorina Ortiz Reyes v. Zacky & Sons Poultry, LLC et al.**<br>**ADJ4184623, ADJ2806498** | **Workers' Compensation** | **Workers' Compensation Appeals Board**<br>**2550 Mariposa St., Rm 4078**<br>**Fresno, CA 93721** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. **Mario Torres v. Zacky & Sons Poultry, LLC et al.**<br>**ADJ10724387** | **Workers' Compensation** | **Workers' Compensation Appeals Board**<br>**2550 Mariposa St., Rm 4078**<br>**Fresno, CA 93721** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. **Michael Rueda v. Zacky & Sons Poultry, LLC et al.**<br>**ADJ10568673** | **Workers' Compensation** | **Workers' Compensation Appeals Board**<br>**2550 Mariposa St., Rm 4078**<br>**Fresno, CA 93721** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **Zacky & Sons Poultry, LLC**    Case number *(if known)*    **2:18-bk-23361-RK**

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
| --- | --- |

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
| --- | --- | --- | --- |
| 9.1. **City of Fresno**<br>**2600 Fresno Street**<br>**Fresno, CA 93721** | **Poultry Products** | **12/12/16,**<br>**11/21/17** | **$1,125.57** |
| Recipients relationship to debtor | | | |
| 9.2. **Fresno Rescue Mission**<br>**263 G Street**<br>**Fresno, CA 93706** | **Poultry Products** | **12/14/16,**<br>**4/3/17, 4/18/17,**<br>**10/19/17,**<br>**12/20/17,**<br>**1/4/18, 8/10/18** | **$31,463.55** |
| Recipients relationship to debtor | | | |
| 9.3. **California Poultry Federation**<br>**4640 Spryres Way, Suite 4**<br>**Modesto, CA 95356** | **Cash, Sponsor CPF Annual Conference -**<br>**$1,000**<br>**Cash, Board Meeting Reception - $200**<br>**Cash, UC Poultry Professor - $3,000** | **8/14/17,**<br>**4/24/17, 9/20/17** | **$4,200.00** |
| Recipients relationship to debtor | | | |
| 9.4. **Bristol Farms**<br>**915 E. 230th Street**<br>**Carson, CA 90745** | **Cash, Charity Golf Tournment - City of**<br>**Hope** | | **$3,330.00** |
| Recipients relationship to debtor | | | |

| Part 5: | Certain Losses |
| --- | --- |

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
| --- | --- | --- | --- |

| Part 6: | Certain Payments or Transfers |
| --- | --- |

| Debtor | **Zacky & Sons Poultry, LLC** | Case number *(if known)* | **2:18-bk-23361-RK** |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Klee, Tuchin, Bogdanoff & Stern 1999 Avenue of the Stars Suite 3900 Los Angeles, CA 90067** | | **8/23/2018** | **$150,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Levene, Neale, Bender, Yoo & Brill L.L.P. 10250 Constellation Blvd. # 1700 Los Angeles, CA 90067** | | **10/17/2018** | **$25,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.3. | **Levene, Neale, Bender, Yoo & Brill L.L.P. 10250 Constellation Blvd. # 1700 Los Angeles, CA 90067** | | **11/9/2018** | **$25,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.4. | **Levene, Neale, Bender, Yoo & Brill L.L.P. 10250 Constellation Blvd. # 1700 Los Angeles, CA 90067** | | **11/13/2018** | **$250,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? **Great Rock Capital Partners Management, LLC** | | | |

Debtor    **Zacky & Sons Poultry, LLC**                                  Case number (if known)   **2:18-bk-23361-RK**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.5. | **GlassRatner Advisory & Capital Group, LLC 555 W. 5th Street Los Angeles, CA 90013** | | **11/13/2018** | **$200,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? **Great Rock Capital Partners Management, LLC** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Meza Electric, Inc. 6188 N Marty Ave. Fresno, CA 93711** | **Commercial Property at 245 N H Street, Fresno, CA 93701** | **3/5/2018** | **$200,000.00** |
| | Relationship to debtor | | | |

---

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **149 S. Barrington, Ste 720 Los Angeles, CA 90049** | **Only in Articles of Organization** |
| 14.2. | **245 N. H Street Fresno, CA 93701** | **February 2013 - March 2018** |
| 14.3. | **THE DEBTOR HAS ALSO USED ADDRESS SET FORTH IN SCHEDULE A AT VARIOUS TIMES** | |

**Part 8:    Health Care Bankruptcies**

| Debtor | **Zacky & Sons Poultry, LLC** | Case number (if known) | **2:18-bk-23361-RK** |
|---|---|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

　☐ No Go to Part 10.
　■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Zacky & Sons Poultry [401(k)]** | EIN:  **46-1989252** |

Has the plan been terminated?
■ No
☐ Yes

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

| Debtor | Zacky & Sons Poultry, LLC | | Case number (if known) | 2:18-bk-23361-RK |
|---|---|---|---|---|

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Dreisbach Enterprises Inc.**<br>**2530 East 11th Street**<br>**Oakland, CA 94601** | **N/A** | **Frozen Poultry Products** | ☐ No<br>■ Yes |
| **Datavault**<br>**710 W Lyman Ave**<br>**Fresno, CA 93706** | **Art Ruth** | **Backup Computer Files** | ☐ No<br>■ Yes |
| **Public Storage**<br>**2050 Workman Mill Road**<br>**Whittier, CA 90601-1416** | **N/A** | **Single Hot Dog Cart** | ■ No<br>☐ Yes |

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Lawrence Wholesale**<br>**PO Box 58307**<br>**Los Angeles, CA 90058** | **2950 E. California Ave.**<br>**Fresno, CA 93721** | **1843 Cases of Miscellaneous Product** | Unknown |
| **Devon Trading**<br>**1321 Enslen Ave.**<br>**Modesto, CA 95350** | **2950 E California Ave.**<br>**Fresno, CA 93721** | **833 Cases of Miscellaneous Product** | Unknown |
| **BHJ USA**<br>**3902 E Calwa Street**<br>**Fresno, CA 93725** | **2950 E California Ave.**<br>**Fresno, CA 93721** | **763 Cases of Miscellaneous Product** | Unknown |

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

| Debtor | **Zacky & Sons Poultry, LLC** | Case number *(if known)* | **2:18-bk-23361-RK** |
| --- | --- | --- | --- |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number |
| --- | --- | --- |
| | | Do not include Social Security number or ITIN. |
| | | Dates business existed |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
| --- | --- |
| 26a.1.   **Ivy Quon**<br>**1628 N Timber Ridge**<br>**Walnut, CA 91789** | **February 2013 - Present** |
| 26a.2.   **Marvin Scheidt**<br>**PO Box 931**<br>**Fresno, CA 93714** | **February 2013 - Present** |
| 26a.3.   **Kirk Vandergeest**<br>**2491 Poe Ave**<br>**Clovis, CA 93611** | **February 2013 - January 2018** |
| 26a.4.   **Stacy L. Miller**<br>**6952 E. Michigan Ave.**<br>**Fresno, CA 93727** | **July 2018 - November 2018** |
| 26a.5.   **Chris Hoag**<br>**5155 N. Channing Ave.**<br>**Fresno, CA 93711** | **February 2013 - July 2018** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

Debtor    **Zacky & Sons Poultry, LLC**                                    Case number *(if known)*  **2:18-bk-23361-RK**

| Name and address | Date of service From-To |
|---|---|
| 26b.1. | **Baker, Peterson & Franklin** **970 W Alluvial Ave.** **Fresno, CA 93711** | **Audited 2016 Financial Statements** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **Marvin Scheidt** **PO Box 931** **Fresno, CA 93714** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. | **GemCap Lending 1, LLC** **24955 PACIFIC COAST HWY** **SUITE A202** **Malibu, CA 90265** |
| 26d.2. | **Great Rock Capital Partners** **Fund 1, LLC** **285 RIVERSIDE AVE, STE 335** **Westport, CT 06880** |
| 26d.3. | **NORTHERN PRIDE INC.** **PO BOX 598** **Thief River Falls, MN 56701** |
| 26d.4. | **WESTERN MILLING** **31120 NUTMEG ROAD** **Goshen, CA 93227** |
| 26d.5. | **EULER HERMES NORTH AMERICA INS CO** **800 RED BROOK BLVD** **Owings Mills, MD 21117** |
| 26d.6. | **JAMES G. PARKER & ASSOC.** **1753 E FIR AVE** **Fresno, CA 93720** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐  No
☑  Yes. Give the details about the two most recent inventories.

| Debtor | Zacky & Sons Poultry, LLC | Case number (if known) | 2:18-bk-23361-RK |
|---|---|---|---|

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | Michael Harris | | Only Packaging Supplies |
| | | 12/31/16 and 12/31/17 | 12/31/16 - $1,524,788<br>12/31/17 - $1,763,289 |
| | | | Lower of Cost or Market (LCM) |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | Marvin Scheidt<br>2020 S. East Ave.<br>Fresno, CA 93721 |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Tom Dahlen | 2020 S. East Ave.<br>Fresno, CA 93721 | Chief Executive Officer | N/A |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Marvin Scheidt | 2020 S. East Ave.<br>Fresno, CA 93721 | Chief Financial Officer | N/A |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Lillian Zacky | 1010 Moraga Drive<br>Los Angeles, CA 90049 | Managing Member | 100% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | See Exhibit SOFA 4 | See Exhibit SOFA 4 | See Exhibit SOFA 4 | See Exhibit SOFA 4 |
| | Relationship to debtor | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

Debtor    **Zacky & Sons Poultry, LLC** _____    Case number *(if known)*   **2:18-bk-23361-RK** _____

| **Name of the parent corporation** | **Employer Identification number of the parent corporation** |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| **Name of the pension fund** | **Employer Identification number of the parent corporation** |
|---|---|

## Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   *12/13/18*

*Marvin Scheidt* _____        **Marvin Scheidt** _____
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor   **Chief Financial Officer** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California - Los Angeles Division

In re **Zacky & Sons Poultry, LLC** _____    Case No. **2:18-bk-23361-RK**

Debtor(s)    Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept................................................................[1] $ **300,000**

   Prior to the filing of this statement I have received _____ [1] $ **0.00**

   Balance Due _____ [1] $ **0.00**

2. $ **1,717** of the filing fee has been paid.

3. The source of the compensation paid to me was: [1]

   ☑ Debtor     ☑ Other (specify):

   10/17/18 - $25,000 paid by the Debtor.

   11/9/18 - $25,000 paid by the Debtor.

   10/13/18 - $250,000 paid by the Great Rock Capital Partners Management, LLC

4. The source of compensation to be paid to me is: [1]

   ☑ Debtor     ☑ Other (specify):

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]
      **Advising the Debtor with regard to the requirements of the Bankruptcy Court, Bankruptcy Code, Bankruptcy Rules and the Office of the United States Trustee as they pertain to the Debtor; advising the Debtor with regard to certain rights and remedies of its bankruptcy estate and the rights, claims and interests of creditors; representing the Debtor in any proceeding or hearing in the Bankruptcy Court involving its estate unless the Debtor is represented in such proceeding or hearing by other special counsel; conducting examinations of witnesses, claimants or adverse parties and representing the Debtor in any adversary proceeding except to the extent that any such adversary proceeding is in an area outside of LNBYB's expertise or which is beyond LNBYB's staffing capabilities;  preparing and assisting the Debtor in the preparation of reports, applications, pleadings and orders including, but not limited to, applications to employ professionals, interim statements and operating reports, initial filing requirements, schedules and statement of financial affairs, lease pleadings, cash collateral pleadings, financing pleadings, and pleadings with respect to the Debtor's use, sale or lease of property outside the ordinary course of business; representing the Debtor with regard to obtaining use of debtor in possession financing and/or cash collateral including, but not limited to, negotiating and seeking Bankruptcy Court approval of any debtor in possession financing and/or cash collateral pleading or stipulation and preparing any pleadings relating to obtaining use of debtor in possession financing and/or cash collateral; assisting the Debtor in the negotiation, formulation, preparation and confirmation of a plan of reorganization and the preparation and approval of a disclosure statement in respect of the plan; and performing any other services which may be appropriate in LNBYB's representation of the Debtor during its bankruptcy case.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Matters which are outside of LNBYB's specialization**

In re   **Zacky & Sons Poultry, LLC**

Debtor(s)

Case No.  **2:18-bk-23361-RK**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

December 13, 2018
*Date*

*/s/ Ron Bender*
**Ron Bender 143364**
*Signature of Attorney*
**Levene, Neale, Bender, Yoo & Brill LLP**
**10250 Constellation Blvd.**
**Suite 1700**
**Los Angeles, CA 90067**
**(310) 229-1234   Fax: (310) 229-1244**
**rb@lnbyb.com**
*Name of law firm*

---

[1]The $300,000 was for the payment of a pre-petition retainer and the filing fee. The $300,000 was paid to LNBYB set set forth in Item 1 hereof. Great Rock Capital Partners Management, LLC may provide an addtional carve-out of $725,000 for the payment of various administrative expenses, including LNBYB's unpaid professional fees and expenses. In consideration of the foregoing, LNBYB expects that any unpaid balance will be paid from the estate or a carve-out from Great Rock Capital Partners Management, LLC.

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Ron Bender 143364**<br>**10250 Constellation Blvd.**<br>**Suite 1700**<br>**Los Angeles, CA 90067**<br>**(310) 229-1234 Fax: (310) 229-1244**<br>California State Bar Number: **143364 CA**<br>**rb@lnbyb.com** | |

☑ *Attorney for: Debtor and Debtor in Possession*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>    **Zacky & Sons Poultry, LLC**<br><br>                                    Debtor(s),<br><br>                                    Plaintiff(s),<br><br><br><br><br>                                    Defendant(s). | CASE NO.: **2:18-bk-23361-RK**<br>ADVERSARY NO.:<br>CHAPTER:    **11** |
|---|---|
| | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,  **Marvin Scheidt**                                              , the undersigned in the above-captioned case, hereby declare
             *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

_____
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.        I have personal knowledge of the matters set forth in this Statement because:

☑ I am the president or other officer or an authorized agent of the Debtor corporation
☐ I am a party to an adversary proceeding
☐ I am a party to a contested matter
☐ I am the attorney for the Debtor corporation

2.a.     ☑ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
         See Addendum

b.       ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

_12/13/18_____                    By: _Marvin Schmidt_____
Date                                        Signature of Debtor, or attorney for Debtor

                                            Name:    **Marvin Scheidt, Chief Financial Officer**
                                                     Printed name of Debtor, or attorney for
                                                     Debtor

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                               **F 1007-4.CORP.OWNERSHIP.STMT**

## Addendum to Corporate Ownership Statement Pursuant to
## F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

**The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:**

Lillian Zacky
1010 Moraga Drive
Los Angeles, CA 90049

_____
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                    **F 1007-4.CORP.OWNERSHIP.STMT**