RON BENDER (SBN 143364)
JULIET Y. OH (SBN 211414)
TODD M. ARNOLD (SBN 221868)
LEVENE, NEALE, BENDER,
YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone:  (310) 229-1234
Facsimile:  (310) 229-1244
Email:  RB@LNBYB.COM; JYO@LNBYB.COM;
TMA@LNBYB.COM

Attorneys for Chapter 11 Debtor and
Debtor-in-Possession



FILED & ENTERED

MAR 14 2019

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY tatum        DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: 2:18-bk-23361-RK |
| ZACKY & SONS POULTRY, LLC, a California limited liability company, | Chapter 11 |
| Debtor and Debtor in Possession. | **ORDER APPROVING STIPULATION BY AND AMONG DEBTOR, OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND GREAT ROCK CAPITAL PARTNERS MANAGEMENT, LLC TO MODIFY CERTAIN DATES APPROVED BY THE COURT PURSUANT TO ITS *AMENDED ORDER GRANTING MOTION FOR ENTRY OF ORDER: (1) ESTABLISHING BIDDING AND SALE PROCEDURES FOR SALE OF DEBTOR'S REAL ESTATE RELATED ASSETS; (2) APPROVING FORM OF NOTICE TO BE PROVIDED TO PROSPECTIVE BUYERS; AND (3) SCHEDULING A HEARING FOR THE COURT TO CONSIDER APPROVAL OF THE SALE OF THE DEBTOR'S REAL ESTATE RELATED ASSETS TO THE HIGHEST AND BEST BIDDER(S)*** |
| | [RELATES TO DOCKET NO. 226] |
| | [No Hearing Required] |

The Court, having considered that certain *"Stipulation By And Among Debtor, Official Committee Of Unsecured Creditors, And Great Rock Capital Partners Management, LLC To modify Certain Dates Approved By The Court Pursuant To Its Amended Order Granting Motion For Entry Of Order: (1) Establishing Bidding And Sale Procedures For Sale Of Debtor's Real Estate Related Assets; (2) Approving Form Of Notice To Be Provided To Prospective Buyers; And (3) Scheduling A Hearing For The Court To Consider Approval Of The Sale Of The Debtor's Real Estate Related Assets To The Highest And Best Bidder(s)"* [Doc. No. 235] (the "Stipulation") entered into by and among Zacky & Sons Poultry, LLC, the debtor and debtor-in-possession in the above-captioned Chapter 11 bankruptcy case (the "Debtor"), the Official Committee of Unsecured Creditors appointed in the Debtor's case (the "Committee"), and Great Rock Capital Partners Management, LLC ("Great Rock"), and good cause appearing therefor,

IT IS HEREBY ORDERED AS FOLLOWS:

1.    The Stipulation is approved in its entirety

2.    The Court's *Amended Order Granting Motion For Entry Of Order: (1) Establishing Bidding And Sale Procedures For Sale Of Debtor's Real Estate Related Assets; (2) Approving Form Of Notice To Be Provided To Prospective Buyers; And (3) Scheduling A Hearing For The Court To Consider Approval Of The Sale Of The Debtor's Real Estate Related Assets To The Highest And Best Bidder(s)* [Doc. No. 226] (the "Bid Procedures Order") is hereby modified to extend certain of the sale related dates and deadlines set forth therein, as follows:

|  | Current Date | Extended Date |
| --- | --- | --- |
| Stalking Horse Deadline | March 13, 2019 | April 3, 2019 |
| Competing Bid Deadline | March 29, 2019 | April 19, 2019 |
| Auction | April 2, 2019 at 10 am | April 23, 2019 at 10 am |
| Sale Hearing | April 8, 2019 at 1 pm | April 30, 2019 at 2:30 pm |

///

///

///

///

3.    All other provisions of the Bid Procedures Order remain fully effective.

<u>IT IS SO ORDERED.</u>

# # #

Date: March 14, 2019

_____

Robert Kwan
United States Bankruptcy Judge