RON BENDER (SBN 143364)
JULIET Y. OH (SBN 211414)
TODD M. ARNOLD (SBN 221868)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone:  (310) 229-1234
Facsimile:  (310) 229-1244
Email:  RB@LNBYB.COM; JYO@LNBYB.COM; TMA@LNBYB.COM

Attorneys for Chapter 11 Debtor and Debtor-in-Possession

**FILED & ENTERED**

**SEP 19 2019**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY tatum      DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: 2:18-bk-23361-RK |
| ZACKY & SONS POULTRY, LLC, a California limited liability company, | Chapter 11 |
| Debtor and Debtor in Possession. | **INITIAL ORDER RE: DEBTOR'S EMERGENCY MOTION FOR ENTRY OF AN ORDER: (1) APPROVING SETTLEMENT AGREEMENT; (2) APPROVING THE SALE OF REAL PROPERTY TO FOSTER FARMS, LLC FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS, OTHER THAN PERMITTED ENCUMBRANCES; (3) VACATING A PRIOR SALE ORDER REGARDING THE SUBJECT REAL PROPERTY; AND (4) GRANTING RELATED RELIEF** |
| | Hearing:<br>Date:  September 17, 2019<br>Time:  11:00 a.m.<br>Place:  Courtroom 1675<br>       255 East Temple Street<br>       Los Angeles, California 90012 |

A hearing was held on September 17, 2019 at 11:00 a.m. (the "Hearing") before the Honorable Robert N. Kwan, United States Bankruptcy Judge for the Central District of California, Los Angeles Division, in Courtroom "1675" located at 255 E. Temple Street, Los Angeles, California 90012, for the Court to consider that certain *Emergency Motion For Entry Of An Order: (1) Approving Settlement Agreement; (2) Approving The Sale Of Real Property To Foster Farms, LLC Free And Clear Of All Liens, Claims, Encumbrances And Interests, Other Than Permitted Encumbrances; (3) Vacating A Prior Sale Order Regarding The Subject Real Property; And (4) Granting Related Relief* [Doc. No. 355] (the "Motion")[1] filed by Zacky & Sons Poultry, LLC (the "Debtor"), a California limited liability company and the debtor and debtor-in-possession in the above-captioned Chapter 11 bankruptcy case (the "Case"). Appearances were made at the Hearing as set forth on the record of the Court.

The Court, having considered the Motion and all papers filed by the Debtor in support of the Motion, the oral statements and representations of counsel and other parties in interest made at the Hearing, and all other matters of record in the Case, proper notice of the Motion and the Hearing having been provided, having received no opposition or objections to the Motion, finding that: (i) the *Settlement Agreement and Mutual Release* (the "Settlement Agreement"), in substantially the form attached as Exhibit "1" to the Declaration of Lillian D. Zacky annexed to the Motion, which has been entered into by and among the Debtor, secured creditor Great Rock Capital Partners Management, LLC ("Great Rock"), secured creditor GemCap Lending I, LLC ("GemCap"), and the Official Committee of Unsecured Creditors appointed in the Debtor's chapter 11 bankruptcy case (the "Creditors' Committee," and collectively with the Debtor, Great Rock, and GemCap, the "Parties"); (ii) the terms of such Settlement Agreement, are fair, reasonable, and in the best interests of the Debtor's bankruptcy estate and creditors; and (iii) Foster Farms, LLC ("Purchaser") is a "good faith purchaser entitled to the protections afforded by 11 U.S.C. § 363(m) with respect to the 8 Debtor Properties which are listed in **Exhibit "A"**

---

[1] All capitalized terms not specifically defined herein shall have the meanings ascribed to them in the Motion.

hereto, including as to actions taken by Purchaser to effectuate its purchase of the 8 Debtor Properties subsequent to entry of this Order, and other good cause appearing therefor,

    IT IS HEREBY ORDERED AS FOLLOWS:

1. The Settlement Agreement and all of its terms are approved in their entirety and the Debtor is authorized to proceed with consummation of the Settlement Agreement.

2. The Debtor is authorized to execute and/or deliver such additional agreements and documents, and to take all further actions, reasonably necessary to consummate the terms and conditions of the Settlement Agreement.

3. Great Rock and GemCap shall provide reimbursement to Debtor's bankruptcy counsel, Levene, Neale, Bender, Yoo & Brill L.L.P. ("LNBYB") of one-third (1/3) each of the amount of the actual costs incurred by the Debtor and LNBYB to serve notice of the Motion to the Debtor's creditors and other parties in interest, and the remainder of such costs shall be paid from the professional fee carve-out of $250,000 from the Foster Farms Purchase Price and/or other funds in the estate.

4. The Debtor is authorized to sell the 8 Debtor Properties which are listed in Exhibit "A" hereto to Purchaser in accordance with the terms described in the Settlement Agreement, subject to the entry of a further Court order approving the form of the Debtor APA and authorizing the sale of the 19 Properties (which includes the 8 Debtor Properties owned by the Debtor) to Purchaser for the Foster Farms Purchase Price (the "Sale Order").

5. The prior order entered on July 3, 2019 approving the sale of the 19 Properties (as that term is defined in the Motion) to Great Rock [Doc. No. 311] (the "19 Properties Sale Order") is hereby vacated in its entirety; provided, however, that in the event the sale of the 19 Properties to Purchaser does not close as required under the Settlement Agreement, the 19 Properties Sale Order shall be reentered by the Court and any appeal period therefrom shall begin to run from the date the 19 Properties Sale Order is reentered..

6. This Order shall be binding on all creditors of the Debtor, the United States Trustee, on any subsequently appointed trustee or receiver, and all other parties in interest. The validity of the Settlement Agreement approved herein shall not be affected by the appointment of a

successor trustee(s), the dismissal of the Case, or the conversion of the Case to another chapter under the United States Bankruptcy Code.

7. A further hearing on the Motion is set for September 27, 2019 at 11:00 a.m. as a holding date for the Court to consider the sale of the 19 Properties to Purchaser as described in the Motion, but such hearing may be continued with the approval of the Court and/or may be vacated in the event that the APAs have been signed by the Debtor, Non-Debtor Affiliates and Purchaser and submitted to the Court with a proposed form of the Sale Order which has been approved by the Parties and Purchaser, in which event the Court will enter the Sale Order without further notice or hearing.

IT IS SO ORDERED.

###

Date: September 19, 2019

_____
Robert Kwan
United States Bankruptcy Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# **EXHIBIT "A"**

**19 Properties**

8 Debtor Properties:

- 19010 & 19012 S. Brawley Avenue, Riverdale, CA [APN 053-090-37S]
- 43501 & 43473 6th Avenue, Corcoran, CA [APN 046-270-004 & 046-270-035]
- 590 W. Kamm Avenue, Caruthers, CA [APN 043-050-15S]
- 16395 19th Avenue, Lemoore, CA [APN 024-170-020]
- 19744 Kent Avenue, Lemoore, CA [APN 024-170-073]
- 17388 & 17432 18th Avenue, Lemoore, CA [APN 026-060-007]
- 8351 S. McMullin Grade, Fresno, CA [APN 035-061-08S]
- 1486 S. Industrial Way, Kerman, CA [APN 023-060-44S]

11 Non-Debtor Properties:

- 20115 Del Oro Road, Apple Valley, CA [APN 434-191-33]
- 7915 Deep Creek Road, Apple Valley, CA [APN 433-061-02 & 433-061-07]
- 18606 Lords Road, Helendale, CA [APN 466-041-18]
- 5556 S. Placer Avenue, Kerman, CA [APN 030-040-57]
- 9507 Niles Avenue, Corcoran, CA [APN 044-030-036]
- 8479 S. Madera Avenue, Kerman, CA [APN 030-070-49S]
- 5546 S. Placer Avenue, Kerman, CA [APN 030-040-62]
- 20739 W. American Avenue, Kerman, CA [APN 030-040-64]
- 5606 E. Davis Avenue, Laton, CA [APN 056-020-50S]
- 25765 Whitesbridge Avenue, Kerman, CA [APN 015-171-29S]
- 15956 S. East Avenue, Caruthers, CA [APN 042-042-18S]